## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES MICHAEL HALL** | **CIVIL ACTION NO:** _____ |
| **VERSUS** | **JUDGE** _____ |
| **LANDSTAR RANGER, INC., OLD REPUBLIC INSURANCE COMPANY AND JACQUES J. MANASSE** | **MAGISTRATE** _____ |

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Complainant**, JAMES MICHAEL HALL,** a person of the full age of majority and is currently a resident of Lake Charles, Calcasieu Parish, Louisiana, and who avers as follows:

1.

This Court has original jurisdiction in the above captioned matter pursuant to 28 U.S.C.A. § 1332, Diversity of Citizenship.

2.

Made Defendants herein are:

A.)  **LANDSTAR RANGER, INC. ("LANDSTAR")**, a foreign corporation authorized to do and doing business within the State of Louisiana, having a principal place of business at 13410 Sutton Park Drive South, Jacksonville, Florida 32224, and as such, is within the jurisdiction of this Honorable Court and who may be served through its registered agent, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816

B.)  **OLD REPUBLIC INSURANCE COMPANY ("OLD REPUBLIC"),** a foreign insurance company authorized to do and doing business with drivers who routinely travel Louisiana highways, with a domicile at 414 West Pittsburgh Street, Greensburg, PA 15601, and as such, is within the jurisdiction of this Honorable Court and who may be served through its registered agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

B.)    **JACQUES J. MANASSEE ("MANASSEE")**, a person of the full age of majority and a resident of Port Saint Lucie, Florida, having his domicile address at 2081 SW Marblehead Way, Port Saint Lucie, Florida 34953, and as such is within the jurisdiction of this Honorable Court and may be served at the above indicated address pursuant to the Louisiana Long Arm Statute.

3.

This cause of action arises as a result of an automobile accident occurring on September 4, 2017 on Interstate 10 in Calcasieu Parish, Louisiana.

4.

As a result of the accident at issue, Complainant suffered severe physical and mental injuries, which have necessitated his having to undergo two (2) surgeries to date , with more surgeries being recommended by his treating physicians, and his total medical expenses incurred to date are in excess of $90,000.00, and as such the sums in controversy exceed $75,000.00 exclusive of interest and costs, and as such, this court has original jurisdiction over this matter.

5.

On or about September 4, 2017, Complainant, James Michael Hall, was operating a 2002 GMC Envoy, Louisiana license plate number ZEK996, and traveling in a westbound direction on Interstate 10 in Calcasieu Parish, Louisiana.

6.

Upon information and belief, on or about September 4, 2017, Defendant, Manassee, was driving a 2012 Freightliner tractor trailer truck, Illinois license plate number P875932, which said truck was owned by defendant, Landstar and was also traveling in a westerly direction on Interstate 10 in Calcasieu Parish, Louisiana.

7.

Upon information and belief, on or about September 4, 2017, complainant, James Michael Hall was traveling west on I-10 in the right lane when traffic ahead of him had slowed to a stop due to congestion and complainant had slowed to a stop as well.  Defendant, Manassee was traveling behind complainant, when suddenly and without warning, complaint was struck from the rear by Defendant Manassee, causing the accident in question.

8.

Due to his inattention, negligence and fault, defendant, Manassee, collided with the rear end of the vehicle being driven by plaintiff, James Michael Hall, which resulted in severe, crippling and disabling injuries to complainant.

9.

Upon information and belief, on or about September 4, 2017, Defendant, Manassee, was employed and/or working and/or acting in the course and scope of his employment for Defendant, Landstar, and as such, Landstar is vicariously liable unto Complainant, James Hall, for the negligence and/or fault of its employee, defendant, Manassee, under La. Civil Code articles 2315, 2317 and 2320, as well as under the doctrine of respondeat superior.

10.

Upon information and belief, on or about September 4, 2017, the 2012 Freightliner tractor trailer truck, Illinois license plate number P875932, was owned by defendant, Landstar, and which vehicle had in full force and effect, a policy of insurance, commonly known as an commercial automobile liability insurance policy and/or a general commercial liability insurance policy, which was insured through defendant, Old Republic Insurance Company, in addition to other unknown insurance coverage(s) provided to Defendant, Landstar, and which provided automobile liability insurance coverage to the defendants, Manassee and Landstar, s well as the 2012 Freightliner tractor

trailer truck, Illinois license plate number P875932in question, as well as to Defendant, Manassee, for the accident at issue, and, as such, is liable for any negligence and/or fault on the part of Defendant Manassee, in causing the accident at issue.

11.

Defendants, Manassee and Landstar, are strictly liable unto Complainant, James Michael Hall, pursuant to Louisiana Civil Code Article 2315, 2317 and 2320, *et seq*.

12.

Defendant, Manassee, was negligent and/or fault in causing this accident and Complainant's injuries, which negligence includes, but is not limited to the following acts to-wit:

A.)     Negligently being inattentative;

B.)     Negligently failing to maintain a proper lookout;

C.)     Negligently operating his vehicle in a wreckless and careless manner;

D.)     Negligently failing to yield for traffic traveling on Interstate 10;

E.)     Negligently colliding with the vehicle Complainant was occupying;

F.)     Negligently failing to take evasive action in order to avoid a collision with the vehicle being occupied by Complainant, James Hall;

G.)     Failing to see what he should have seen and/or do what he should have done under the circumstances in order to avoid this accident; and,

H.)     Any and all other acts of negligence and/or fault which may be shown at the trial of this matter.

13.

As a result of the negligence and/or fault of Defendants, Manassee and Landstar, Complainant, James Michael Hall, suffered and sustained serious and significant injuries to his brain, low back, neck, shoulder, knee, hand, wrist  and body as a whole, and as such, is entitled to such damages as are reasonable under the premises.

14.

As a result of the injuries sustained in the September 4, 2017 accident, Complainant, James Michael Hall, suffered damages, including, but not limited to the following:

A.)     Past medical expenses;

B.)     Future medical expenses;

C.)     Past lost earnings;

D.)     Future loss of earning capacity;

E.)     Past and future physical pain and suffering;

F.)     Past and future mental and emotional anguish;

G.)     Past and future disability;

H.)     Past and future of enjoyment of life;

I.)     Other such damages as may be proven at the trial of this matter.

15.

Following the accident at issue, James Michael Hall was a resident of and residing in Lafayette, Louisiana and has undergone nearly all of his medical treatment and surgeries in Lafayette Louisiana, and all of his treating physicians are located in Lafayette, Louisiana, and as such,  venue is proper in the Lafayette Division.

16.

As a result of the accident occurring on September 4, 2017, Complainant, James Michael Hall, has suffered and sustained damages to his brain, back, neck, shoulder, knee and body as a whole, which has necessitated medical treatment and, will continue to need medical treatment, and as such, Complainant would submit that, as a  result of the accident in question, his damages are in excess of $75,000.00, exclusively of interest and costs.

17.

**WHEREFORE**, Complainant, **JAMES MICHAEL HALL**, prays for a judgment in his favor, and against Defendants, **LANDSTAR RANGER, INC., OLD REPUBLIC INSURANCE COMPANY AND JACQUES J. MANASSE**, for such damages as are reasonable under the premises, together with legal interest from the date of judicial demand until paid, and that Defendants be required to pay all costs for these proceedings, as well as any and all additional and/or alternative relief as the law, equity or nature of the case may allow.

Respectfully submitted:

BY:   s/ JOSEPH F. GAAR, JR.
          JOSEPH F. GAAR, JR. (#16927)
          JASON M. WELBORN (#26548)
          LUCAS S. COLLIGAN (#31761)
          JACOB H. HARGETT (#32490)
          617 S. Buchanan Street
          Lafayette, Louisiana 70501
          Telephone: (337) 233-3185
          Facsimile:  (337) 233-0690
          **Attorneys for Plaintiff,**
          **JAMES MICHAEL HALL**