UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**JAMES MICHAEL HALL** — **CASE NO. 6:18-CV-00410**

**VERSUS** — **MAGISTRATE JUDGE WHITEHURST**

**LANDSTAR RANGER INC ET AL** — **BY CONSENT OF THE PARTIES**

**EXHIBITS**
**Jury Trial held 1/21/2020 - 1/28/2020**

PARTY: **PLAINTIFF**

| EXHIBIT NUMBER | DESCRIPTION & REMARK | DATE ADMITTED |
|---|---|---|
| 1 | Photographs taken by Louisiana State Police, in globo | 1/21/2020 |
| 2 | Photographs taken by plaintiff, James Hall, in globo | 1/21/2020 |
| 3 | Photographs of James Hall prior to the accident of September 4, 2017 | 1/21/2020 |
| 4 | A copy of all of Mr. Hall's medical records reflecting all treatment of plaintiff, in globo:<br>a. Acadian Ambulance Services, Inc.<br>b. West Cal Cam Hospital<br>c. Lake Charles Urgent Care<br>d. Dr. William Brennan<br>e. Envision Imaging<br>f. Dr. Lynn Aurich<br>g. Dr. Malcolm Stubbs<br>h. Dr. Wael Karim<br>i. Dr. Warren Lowe<br>j. Dr. Patrick Hayes<br>k. Dr. Davis Woodard<br>l. Lafayette Surgical Specialty Hospital<br>m. Louisiana Orthopedic Specialists<br>n. Our Lady of Lourdes Hospital<br>o. Anesthesiology & Pain Consultants<br>p. Doctors Imaging;<br>q. Dr. Fernando Alemany<br>r. Park Place Surgical Hospital<br>s. Dr. Patrick Juneau | 1/21/2020 |
| 5 | Itemization of Medical Expenses of Mr. Hall | 1/22/2020 |
| 6 | Employment records of James Hall from Martin Automotive Group | 1/22/2020 |
| 7 | Employment records of James Hall from Rains & Sons | 1/22/2020 |
| 10 | Accident Report of 9/4/17 | 1/21/2020 |
| 17 | Curriculum Vitae of Dr. David Barczyk, pages 12 – 18 | 1/21/2020 |
| 18 | Letters from Stephanie P Chalfin, M.S. dated 8/14/2018 to Dr. Malcolm Stubbs and Dr. William Brennan re James Michael Hall | 1/22/2020 |