


Plaintiff Trial Exhibit 1 pg 1




Plaintiff Trial Exhibit 1 pg 2




Plaintiff Trial Exhibit 1 pg 3



Plaintiff Trial Exhibit 1 pg 4




Plaintiff Trial Exhibit 1 pg 5






Plaintiff Trial Exhibit 1 pg 7




Plaintiff Trial Exhibit 1 pg 8



Plaintiff Trial Exhibit 1 pg 9



Plaintiff Trial Exhibit 1 pg 10


ZEK996




Plaintiff Trial Exhibit 1 pg 12