

Plaintiff Trial Exhibit 2 pg 1



Plaintiff Trial Exhibit 2 pg 2



Plaintiff Trial Exhibit 2 pg 3



Plaintiff Trial Exhibit 2 pg 4




Plaintiff Trial Exhibit 2 pg 5



Plaintiff Trial Exhibit 2 pg 6