

Plaintiff Trial Exhibit 3 pg 1



Plaintiff Trial Exhibit 3 pg 2




Plaintiff Trial Exhibit 3 pg 3