# Acadian
## AMBULANCE SERVICE

NATIONALLY ACCREDITED

P.O. Box 98000 • LAFAYETTE, LA • 70509-9800

AMBULANCE DISPATCH
511
800-259-1111

ADMINISTRATION
337-291-3333
800-259-3333

BILLING
800-259-2222

ESOP

## Certificate of Authenticity

December 4, 2017

I hereby certify that the attached copy of medical records and/or bills regarding **JAMES HALL** are true and correct copies. These records were prepared in the course of ordinary business of the health care provider at or near the time of the condition/event.

Sharlotte Hamilton
Sharlotte Hamilton
Medical Records
Acadian Ambulance Service, Inc.

# Prehospital Care Report Summary

Acadian Ambulance Services

**Date:**09/04/2017 **Call #:**0621 **Booklet:**53055052 **Branch:** Southwest LA **Time Zone:**America/Chicago

## Call Information:

**Disposition:** Treated/Transported
**Unit #:** 0411 - 411, Ground-Ambulance **Trip Type:** N/A
**Incident Facility:**
**Incident Location:** I 10 W - Vinton, LA 70668 (Calcasieu County)
**Incident Location Type:** Scene of Accident or Acute Event - Street/Hwy

**Receiving Facility:** West Calcasieu Cameron Hospital-5150 (Hospital) - 701 Cypress St - Sulphur, LA 70663
**Facility Address:** 701 Cypress St - Sulphur, LA 70663
**Destination Type:** N/A
**Dest. Reason:** Nearest/Most Accessible Facility
**Registration #** N/A

**Online Medical Control**
**Authorization Type:** Protocol

**Loaded Mileage:** 17.0 (Total Mileage: 17.0)
**Crew Members:** Dexter Vezinat, EMT Paramedic*(DOC)*; Kaila Johnson, EMT Basic*(DS)(DH)*

**Moved to Amb By:** Walked with Assist **Transport Position:** Semi/Full Fowlers **From Amb By:**

**Call Origin:** 911 **Lights/Siren:** Scene-Not used / Destination-Not used

| | |
|---|---|
| **# Patients Transported In My Unit:** | 1 |
| **# Patients at Scene:** | 1 |
| **Call Received:** | 12:40:32 |
| **Dispatched:** | 12:40:53 |
| **En Route:** | 12:41:03 |
| **On Scene:** | 12:58:31 |
| **Patient Contact:** | 13:00:00 |
| **Left Scene:** | 13:07:22 |
| **At Destination:** | 13:30:24 |
| **Transfer of Care:** | |
| **In Service:** | 14:02:11 |
| **Time On Scene:** | 9 Min |
| **Time to Destination:** | 50 Min |
| **Total Time of Run:** | 81 Min |

## Patient Information:

**Name:** JAMES M HALL
**Address:** 2509 DEMAREST - Lake Charles, LA 70601
**County:** Calcasieu
**Home Phone:** (409) 730-3420
**Email:**
**SSN:** 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
**Driver License:**

**DOB:** 10/07/1973
**Gender:** Male
**Age:** 43 Years
**Weight:** 220.0 lbs, 99.79 kg
**Broselow:**

**Other Contact Info**
**Name:** **Phone:** **Cell Phone:**
**Relationship:**

**Current Meds:** UTO **Comments:**
**Env Allergies:** NKA **Comments:**
**Med Allergies:** NKDA **Comments:**
**Patient Physician:** timothy quatronne
**Advanced Directives:**
**PMH:** None
**Comment:**
**Patient Physical Limitations:**
**Comment:**

## Payer Information:

**Priority:** Primary **Name:** Self Pay - Non-member **Type:** Self Pay **Policy #:** 000000000 **Group #:**
**Policy Holder:** JAMES HALL, , Apt , **Phone:** **DOB:** 10/07/1973
**Relationship of Patient to Insured:**

## Recurring Scheduled Transports - Medical Need/History:

**Primary Condition:** N/A

**Secondary Condition:**

| Bed Confined | Behavioral | Other |
|---|---|---|
| N/A | N/A | None |



**Plaintiff Trial Exhibit 4a pg 2**

**Airway Monitoring**
N/A

**Physical Limitations:**

**Paralysis**
None
**Paresis (Includes Weakness)**
None
**Wounds**
N/A

**Amputations**
None
**Contractures**
N/A

**Fractures / Dislocations**
None
**Other Physical Limitations**
None

## Clinical:

**Onset Date/Time:** 09/04/17 12:40:00
**Dispatch Reason (EMD):** 29 Traffic Accidents
**Medical Need:** Required Stretcher

**Chief Complaint (Primary):** Altered Level of Consciousness **Duration:**
**Provider Impression:** Monitoring Required, Trauma Injury, Alt. Level Conscious
**Mechanism of Injury:** MVA To MV
**Protocol 1:** Altered Mental Status **Protocol 2:**

## Assessments:

| Time | Employee | Type | Summary |
|---|---|---|---|
| | | ABC | Pertinent Negatives:<br>**Breathing:** Normal **Quality:** Unlabored **Lung Sounds: Left:** Clear **Lung Sounds: Right:** Clear<br>**Skin Color:** Normal **Skin Temperature:** Normal **Skin Condition:** Normal |
| | | Head To Toe | **Head and Neck:**<br>**Left Eye:** Reactive<br>**Right Eye:** Reactive |

## Vitals:

| Time | Employee | Summary |
|---|---|---|
| 13:00:00 | | **Glasgow Coma Score:** E (4) + V (4) + M (6) = **14** **RTS:** 12 Adult |
| 13:05:55 | Vezinat, Dexter | **BP:** 140/ 84<br>**Pulse:** 100<br>**Resp:** 14<br>**SPO2:** 95 |
| 13:18:04 | Vezinat, Dexter | **BP:** 111/ 78<br>**Pulse:** 102<br>**Resp:** 14<br>**SPO2:** 92 |
| 13:26:00 | | **Glasgow Coma Score:** E (4) + V (4) + M (6) = **14** **RTS:** 12 Adult |

## Treatments/Medications:

| Time | Employee | Summary |
|---|---|---|
| 13:01:00 | Vezinat, Dexter | **Treatment- CORE Assessment**<br>**Attempts:** N/A **Success:** Yes |
| 13:04:00 | Vezinat, Dexter | **Treatment- ECG: 4-Lead**<br>**Attempts:** N/A **Success:** Yes |
| 13:11:00 | Vezinat, Dexter | **Treatment- IV Procedure (Saline Lock)**<br>**Attempts:** N/A **Success:** Yes |
| 13:22:00 | Vezinat, Dexter | **Treatment- Contact Receiving Hospital**<br>**Attempts:** N/A **Success:** Yes |

**Supply**

**Qty Supply**

## Vehicle Accident/Safety Equipment:

**Areas of Impact:**
**Driver Side:**
**Passenger Side:**
**Front:**
**Rear:** Middle Rear

**Exterior Damage:** Moderate **Interior Damage:** None **Extrication Required:** No

**Airbags Deployed:** Steering Wheel
**Safety Equipment:** Lap Belt, Shoulder Belt

**Patient Position:** Ambulating **Patient Ejected:** **Driver/Passenger:** Driver
**Vehicle Type:** Car **Cellular Phone:** Hand Held **Posted Speed Limit:**

**ECG Device Incident Number:** 2017090413040600-UNIT 411

## FlexFields:

| FlexField | Value |
|---|---|
| ePCR - Patient Status | 3 |
| ePCR - Pertinent Positive and Negative Assessment Findings: | Negative DCAP-BTLS/TIC Present, Denies Chest Pain, Denies Shortness Of Breath, Denies Blurred Vision, Denies Weakness, Denies Back Pain, Denies Neck Pain, Denies Head Pain, Denies Nausea, Denies Vomiting |
| ePCR - Was your patient admitted to the hospital? | Unknown |
| ePCR - Were you able to obtain the patient's Social Security Number | No |
| ePCR - Is This Patient A Veteran? | No |
| ePCR - Is Your Patient Employed? | No |
| ePCR - Is This An Employment Related Accident? | No |

**MVA Documentation - Mechanism of Injury**

| | |
|---|---|
| Drivers Name | james hall |
| Forces involved | Moderate |

| | |
|---|---|
| 13:04 Flow Chart: Treatment ECG: 4-Lead - ECG RHYTHM INTERPRETATION | Normal Sinus Rhythm |

**IV Documenation - 13:11 Flow Chart: Treatment IV Procedure (Saline Lock)**

| | |
|---|---|
| IV CATHETER SIZE | 20g |
| IV SITE | Hand-Left |
| IV/IO Tubing Size | Saline Lock |
| IV FLOW RATE | Saline Lock |
| IV/IO LINE PATENCY CONFIRMATION | Line is Free Flowing with no Signs of Infiltration |

## Narrative History Text:

PT WAS COMING TO A STOP ON I10 AS TRAFFIC WAS SLOWING TO A STOP. 18 WHEELER DID NOT STOP FAST ENOUGH. 18 WHEELER PUSHED CAR OFF THE ROAD CAUSING CAR TO HIT AN ALUMINUM LIGHT POLE. WHEN FIRST RESPONDER ARRIVED ON SCENE PT HAD A POSITIVE LOC, BUT BY THE TIME THEY BROKE GLASS TO GET TO HIM IS WAS AWAKE. THEY CUT THE SEATBELT AND PULLED HIM OUT. HE WAS AMBULATORY AT SCENE AND BEING ATTENDED TO BY BYSTANDERS. HE HAS A SMALL LACERATION ON TOP OF HIS HEAD, BLEEDING UNDER CONTROL. HOWEVER HE DOES NOT REMEMBER ALL OF THE ACCIDENT, HE REMEMBERS BITS AND PIECES OF IT. HE STAYED THAT WAY DURING TRANSFER TO HOSPITAL. HE WAS ABLE TO ANSWER QUESTIONS CORRECTLY. CONTACTED ER AND TURNED OVER CARE WITHOUT INCIDENT

**Auth Signature:** Yes **Privacy Sig:** Yes **Unable to Sign:** No **Refused to Sign:** No

## Signature Image(s):

Authorization Signature - JAMES HALL - 09/04/2017 13:41

"I hereby assign and authorize direct payment to Acadian Ambulance Service (AAS) with regard to all of my rights and benefits under any of my existing policies of insurance providing coverage and payment for any and all expenses incurred as a result of services and treatment rendered by AAS, whether in the past, now or in the future. I understand that any health insurance policies of which I am covered are secondary payers to any of my existing liability policies that will cover ambulance transportation in the event of an accident-related claim. I further direct any of my medical insurers to pay directly to AAS all sums due under the applicable policies of all services rendered to me by AAS, whether in the past, now or in the future. To the extent of services provided, I do hereby assign AAS any and all rights I may have against any of my medical insurers allowing AAS any and all causes of action I may have against my medical insurers for their (insurer's) failure to pay the charges attributable to services rendered by AAS. The assignment of the right(s) is limited as described above, and is not to be considered as a subrogation or assignment of any rights or causes of action I or AAS may have against any other third party who may be responsible for payment of the charges incurred and LSA-R.S. 9:4751 et seq.*"I authorize any holder of medical or other information pertaining to me, including AAS, to release this information to AAS, the Social Security Administration or any other of its affiliates or subsidiaries, or any other institution or person for purposes of treatment, payment and healthcare operations, including but not limited to a determination as to whether I am qualified to receive Medicare benefits for payment of charges incurred for any related claims, whether in the past, now or in the future. I further authorize a copy of this form to be used in lieu of the original." I further understand and recognize that my obligation for charges not paid, within 30 days from demand, is a personable and heritable obligation. In the event that payment is not tendered timely, I will be assessed a 1.5% monthly finance charge on any unpaid balance. I further acknowledge and understand that in the event a third party claim or suit is filed on my behalf, I remain responsible for the full amount due and owing, which will not be subject to any reductions for attorney fees. In the event AAS files suit for collection of any past due amounts I may owe, I agree to pay all costs associated with the collection proceedings including but not limited to 25% of the principle amount as attorney fees* as well as all costs of court and accumulated interest or in accordance with state applicable law."I understand and acknowledge that I am personally responsible for any charges including but not limited to base rate, mileage and any ancillaries for services not paid by any insurer(s), including but not limited to, treatment without transport and services deemed not medically necessary or for convenience."I understand that prior payments by an insurer do not guarantee additional payments."I hereby acknowledge that I have been provided with a copy of Acadian Ambulance's Notice of Privacy Practices on this date.I hereby agree that Acadian Ambulance or their designated agent may contact me in regards to my bill and leave a message regarding same on any type of answering device utilizing the following means: telephone, mobile or otherwise; live voice message; pre-recorded message; automatic dialing device; email; text message; and any other reasonable means of communication, written or oral.*Not applicable to Texas



Privacy Notice Signature - JAMES HALL - 09/04/2017 13:41

"I hereby assign and authorize direct payment to Acadian Ambulance Service (AAS) with regard to all of my rights and benefits under any of my existing policies of insurance providing coverage and payment for any and all expenses incurred as a result of services and treatment rendered by AAS, whether in the past, now or in the future. I understand that any health insurance policies of which I am covered are secondary payers to any of my existing liability policies that will cover ambulance transportation in the event of an accident-related claim. I further direct any of my medical insurers to pay directly to AAS all sums due under the applicable policies of all services rendered to me by AAS, whether in the past, now or in the future. To the extent of services provided, I do hereby assign AAS any and all rights I may have against any of my medical insurers allowing AAS any and all causes of action I may have against my medical insurers for their (insurer's) failure to pay the charges attributable to services rendered by AAS. The assignment of the right(s) is limited as described above, and is not to be considered as a subrogation or assignment of any rights or causes of action I or AAS may have against any other third party who may be responsible for payment of the charges incurred and LSA-R.S. 9:4751 et seq.*"I authorize any holder of medical or other information pertaining to me, including AAS, to release this information to AAS, the Social Security Administration or any other of its affiliates or subsidiaries, or any other institution or person for purposes of treatment, payment and healthcare operations, including but not limited to a determination as to whether I am qualified to receive Medicare benefits for payment of charges incurred for any related claims, whether in the past, now or in the future. I further authorize a copy of this form to be used in lieu of the original." I further understand and recognize that my obligation for charges not paid, within 30 days from demand, is a personable and heritable obligation. In the event that payment is not tendered timely, I will be assessed a 1.5% monthly finance charge on any unpaid balance. I further acknowledge and understand that in the event a third party claim or suit is filed on my behalf, I remain responsible for the full amount due and owing, which will not be subject to any reductions for attorney fees. In the event AAS files suit for collection of any past due amounts I may owe, I agree to pay all costs associated with the collection proceedings including but not limited to 25% of the principle amount as attorney fees* as well as all costs of court and accumulated interest or in accordance with state applicable law."I understand and acknowledge that I am personally responsible for any charges including but not limited to base rate, mileage and any ancillaries for services not paid by any insurer(s), including but not limited to, treatment without transport and services deemed not medically necessary or for convenience."I understand that prior payments by an insurer do not guarantee additional payments."I hereby acknowledge that I have been provided with a copy of Acadian Ambulance's Notice of Privacy Practices on this date.I hereby agree that Acadian Ambulance or their designated agent may contact me in regards to my bill and leave a message regarding same on any type of answering device utilizing the following means: telephone, mobile or otherwise; live voice message; pre-recorded message; automatic dialing device; email; text message; and any other reasonable means of communication, written or oral.*Not applicable to Texas



Receiving RN / MD Signature - brooklyn belcher - 09/04/2017 13:44

(Must accompany Medic's Signature if no Patient OR Patient Representative signature can be obtained)I certify that our institution has furnished care or other services to the above named patient. In the event that you are unable to obtain the patient's signature or the signature of an authorized Patient Representative, I hereby sign on the patient's behalf.



Technician Signature - Vezinat, Dexter - 09/04/2017 13:51

I hereby attest that the information provided in this patient care report ('PCR') accurately reflects my findings based on my evaluation and treatment of the aforementioned patient in my capacity as a duly licensed pre-hospital care provider at the level indicated above and I understand that any intentional falsification, omission, or concealment of a material fact may subject me to disciplinary action.



**Agency Definable Field 1:** 2186982~1589167~LFT **Agency Definable Field 2:** N/A

**General Comments:** N/A

## Prehospital Care Report Summary

**Date:**09/04/2017 **Call #:** 0621 **Booklet:**53055052



## Prehospital Care Report Summary

**Date:**09/04/2017 **Call #:** 0621 **Booklet:**53055052



## Prehospital Care Report Summary

**Date:**09/04/2017 **Call #:** 0621 **Booklet:**53055052



MedSouth Record Management

LA673
WEST CALCASIEU CAMERON HOSPITAL
701 CYPRESS STREET
SULPHUR, LA 70663

## MEDICAL RECORD CERTIFICATION

Requesting Party: Joseph F Gaar Jr.

Patient: Hall, James DOB: ________

Certified Pages: 49

I certify that I am a person over the age of eighteen (18) years, of sound mind, with personal knowledge of the facts herein stated. As a representative of WEST CALCASIEU CAMERON HOSPITAL, I certify that I am the custodian of medical records, that patient records are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; that medical records of the above referenced patient were kept in the course of the regularly conducted medical activities of this office; and that the record was made by the regularly conducted activity as a regular practice. I certify that the attached record is a true original created during the normal course of business. This medical record has been provided to MedSouth Record Management, LLC for reproduction per your request. In the event that the certified pages are zero (0), then I certify that the records requested are not included in any record or data compilation, which are records regularly made and preserved in accordance with the regularly conducted business activities of this office.

Mayra Allemond
Medical Record Custodian, WEST CALCASIEU CAMERON HOSPITAL

As a representative of MedSouth Record Management, LLC, I certify that I received the medical record of the above referenced patient from WEST CALCASIEU CAMERON HOSPITAL for processing its contents as requested. The above referenced pages are true and exact copies of this medical record.

[signature] 10-23-17
MedSouth Record Management, LLC Date

wccH

West Calcasieu Cameron Hospital
*Your Need, Our Commitment.*

## ADVANCE DIRECTIVE ACKNOWLEDGEMENT FORM

**STATEMENTS OF THE HOSPITAL'S POLICY REGARDING ADVANCE DIRECTIVES:**

You and/or your patient representative have the right to make informed decisions regarding care;

- the right to request or refuse treatment
- the right to formulate Advance Directives and to have hospital staff and practitioners comply with those directives

You or your patient representative, when appropriate, must be informed of patient rights in advance of furnishing or discontinuing patient care whenever possible.

The hospital may not honor Advance Directives in all outpatient settings. If an outpatient experiences a decline in their status, emergency measures will be implemented. Once the patient is stabilized and admitted to inpatient status, the Advance Directives will be reviewed with the patient and/or their representative and implemented.

Patient and/or their representative would like information regarding formulation of Advance Directives.

YES ☐ Provide patient and/or their representative with a copy of the Advance Directive Information Packet

NO ☒

Patient Signature: [signature] Date: 9.4.17 Time: 14:13

## ORGAN DONATION

Patient and/or their representative would like information regarding Louisiana Organ Procurement Agency.

YES ☐ Provide patient and/or their representative with a copy of LOPA Information sheet

NO ☒

Admissions Rep Signature: [signature] Date: 9.4.17 Time: 14:13

011730703
HALL,JAMES
QUATTRONE, TIMOTHY 10/07/1973 2000081422
ER07 09/04/2017 13:33 ER Male

# Prehospital Care Report Summary

Acadian Ambulance Services

Date:09/04/2017 Call #:0621 Booklet:53055052 Branch: Southwest LA Time Zone:America/Chicago

## Call Information:

Disposition: Treated/Transported
Unit #: 0411 - 411, Ground-Ambulance Trip Type: N/A
Run Type to Scene: Emergency Scheduled: No
Incident Facility:
Incident Location: I 10 W - Vinton, LA 70668 (Calcasieu County)
Incident Location Type: Scene of Accident or Acute Event - Street/Hwy

Receiving Facility: West Calcasieu Cameron Hospital-5150 (Hospital) - 701 Cypress St - Sulphur, LA 70663
Facility Address: 701 Cypress St - Sulphur, LA 70663
Destination Type: N/A
Dest. Reason: Nearest/Most Accessible Facility
Registration # N/A

Online Medical Control
Authorization Type: Protocol

Loaded Mileage: 17.0 (Total Mileage: 17.0)
Crew Members: Dexter Vezinat, EMT Paramedic*(DOC)*; Kaila Johnson, EMT Basic*(DS)(DH)*

Moved to Amb By: Walked with Assist Transport Position: Semi/Full Fowlers From Amb By:

Call Origin: 911 Lights/Siren: Scene-Not used / Destination-Not used

# Patients Transported In My Unit: 1
# Patients at Scene: 1

| | |
|---|---|
| Call Received: | 12:40:32 |
| Dispatched: | 12:40:53 |
| En Route: | 12:41:03 |
| On Scene: | 12:58:31 |
| Patient Contact: | 13:00:00 |
| Left Scene: | 13:07:22 |
| At Destination: | 13:30:24 |
| Transfer of Care: | |
| In Service: | 14:02:11 |

| | |
|---|---|
| Time On Scene: | 9 Min |
| Time to Destination: | 50 Min |
| Total Time of Run: | 81 Min |

## Patient Information:

Name: JAMES M HALL
Address: 2509 DEMAREST - Lake Charles, LA 70601
County: Calcasieu
Home Phone: (409) 730-3420
Email:
SSN: 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
Driver License:

DOB: 10/07/1973
Gender: Male
Age: 43 Years
Weight: 220.0 lbs, 99.79 kg
Broselow:

Other Contact Info
Name: Phone: Cell Phone:
Relationship:

Current Meds: UTO — Comments:
Env Allergies: NKA — Comments:
Med Allergies: NKDA — Comments:
Patient Physician: timothy quatronne
Advanced Directives:
PMH: None
Comment:
Patient Physical Limitations:
Comment:

## Payer Information:

Priority: Primary Name: Self Pay - Non-member Type: Self Pay Policy #: 000000000 Group #:
Policy Holder: JAMES HALL, , Apt , Phone: DOB: 10/07/1973
Relationship of Patient to Insured:

## Recurring Scheduled Transports - Medical Need/History:

Primary Condition: N/A

Secondary Condition:

Bed Confined Behavioral Other

N/A
Airway Monitoring
N/A

N/A

None

Physical Limitations:

Paralysis
None
Paresis (Includes Weakness)
None
Wounds
N/A

Amputations
None
Contractures
N/A

Fractures / Dislocations
None
Other Physical Limitations
None

## Clinical:

**Onset Date/Time:** 09/04/17 12:40:00
**Dispatch Reason (EMD):** 29 Traffic Accidents
**Medical Need:** Required Stretcher

**Chief Complaint (Primary):** Altered Level of Consciousness **Duration:**
**Provider Impression:** Monitoring Required, Trauma Injury, Alt. Level Conscious
**Mechanism of Injury:** MVA To MV
**Protocol 1:** Altered Mental Status **Protocol 2:**

## Assessments:

| Time | Employee | Type | Summary |
|---|---|---|---|
| | | ABC | Pertinent Negatives:<br>**Breathing:** Normal **Quality:** Unlabored **Lung Sounds: Left:** Clear **Lung Sounds: Right:** Clear<br>**Skin Color:** Normal **Skin Temperature:** Normal **Skin Condition:** Normal |
| | | Head To Toe | **Head and Neck:**<br>**Left Eye:** Reactive<br>**Right Eye:** Reactive |

## Vitals:

| Time | Employee | Summary |
|---|---|---|
| 13:00:00 | | **Glasgow Coma Score:** E (4) + V (4) + M (6) = 14 **RTS:** 12 Adult |
| 13:05:55 | Vezinat, Dexter | **BP:** 140/ 84<br>**Pulse:** 100<br>**Resp:** 14<br>**SPO2:** 95 |
| 13:18:04 | Vezinat, Dexter | **BP:** 111/ 78<br>**Pulse:** 102<br>**Resp:** 14<br>**SPO2:** 92 |
| 13:26:00 | | **Glasgow Coma Score:** E (4) + V (4) + M (6) = 14 **RTS:** 12 Adult |

## Treatments/Medications:

| Time | Employee | Summary |
|---|---|---|
| 13:01:00 | Vezinat, Dexter | **Treatment- CORE Assessment**<br>**Attempts:** N/A **Success:** Yes<br>**Level:** N/A |
| 13:04:00 | Vezinat, Dexter | **Treatment- ECG: 4-Lead**<br>**Attempts:** N/A **Success:** Yes<br>**Level:** ALS1 |
| 13:11:00 | Vezinat, Dexter | **Treatment- IV Procedure (Saline Lock)**<br>**Attempts:** N/A **Success:** Yes<br>**Level:** ALS1 |
| 13:22:00 | Vezinat, Dexter | **Treatment- Contact Receiving Hospital** |

Attempts: N/A Success: Yes
Level: BLS

**Supply**

Qty Supply

**Vehicle Accident/Safety Equipment:**

Areas of Impact:
Driver Side:
Passenger Side:
Front:
Rear: Middle Rear

Exterior Damage: Moderate Interior Damage: None Extrication Required: No

Airbags Deployed: Steering Wheel
Safety Equipment: Lap Belt, Shoulder Belt

Patient Position: Ambulating
Vehicle Type: Car
Patient Ejected:
Cellular Phone: Hand Held
Driver/Passenger: Driver
Posted Speed Limit:

**ECG Device Incident Number:** 2017090413040600-UNIT 411

**FlexFields:**

| FlexField | Value |
|---|---|
| ePCR - Patient Status | 3 |
| ePCR - Pertinent Positive and Negative Assessment Findings: | Negative DCAP-BTLS/TIC Present, Denies Chest Pain, Denies Shortness Of Breath, Denies Blurred Vision, Denies Weakness, Denies Back Pain, Denies Neck Pain, Denies Head Pain, Denies Nausea, Denies Vomiting |
| ePCR - Was your patient admitted to the hospital? | Unknown |
| ePCR - Were you able to obtain the patient's Social Security Number | No |
| ePCR - Is This Patient A Veteran? | No |
| ePCR - Is Your Patient Employed? | No |
| ePCR - Is This An Employment Related Accident? | No |

**MVA Documentation - Mechanism of Injury**

| | |
|---|---|
| Drivers Name | james hall |
| Forces involved | Moderate |

| | |
|---|---|
| 13:04 Flow Chart: Treatment ECG: 4-Lead - ECG RHYTHM INTERPRETATION | Normal Sinus Rhythm |

**IV Documenation - 13:11 Flow Chart: Treatment IV Procedure (Saline Lock)**

| | |
|---|---|
| IV CATHETER SIZE | 20g |
| IV SITE | Hand-Left |
| IV/IO Tubing Size | Saline Lock |
| IV FLOW RATE | Saline Lock |
| IV/IO LINE PATENCY CONFIRMATION | Line is Free Flowing with no Signs of Infiltration |

**Narrative History Text:**

PT WAS COMING TO A STOP ON I10 AS TRAFFIC WAS SLOWING TO A STOP. 18 WHEELER DID NOT STOP FAST ENOUGH. 18 WHEELER PUSHED CAR OFF THE ROAD CAUSING CAR TO HIT AN ALUMINUM LIGHT POLE. WHEN FIRST RESPONDER ARRIVED ON SCENE PT HAD A POSITIVE LOC, BUT BY THE TIME THEY BROKE GLASS TO GET TO HIM IS WAS AWAKE. THEY CUT THE SEATBELT AND PULLED HIM OUT. HE WAS AMBULATORY AT SCENE AND BEING ATTENDED TO BY BYSTANDERS. HE HAS A SMALL LACERATION ON TOP OF HIS HEAD, BLEEDING UNDER CONTROL. HOWEVER HE DOES NOT REMEMBER ALL OF THE ACCIDENT, HE REMEMBERS BITS AND PIECES OF IT. HE STAYED THAT WAY DURING TRANSFER TO HOSPITAL. HE WAS ABLE TO ANSWER QUESTIONS CORRECTLY. CONTACTED ER AND TURNED OVER CARE WITHOUT INCIDENT

**Auth Signature:** Yes **Privacy Sig:** Yes **Unable to Sign:** No **Refused to Sign:** No

**Signature Image(s):**

Authorization Signature - JAMES HALL - 09/04/2017 13:41



Privacy Notice Signature - JAMES HALL - 09/04/2017 13:41



Receiving RN / MD Signature - brooklyn belcher - 09/04/2017 13:44



Technician Signature - Vezinat, Dexter - 09/04/2017 13:51





Plaintiff Trial Exhibit 4b pg 6

## Prehospital Care Report Summary

**Date:**09/04/2017 **Call #:** 0621 **Booklet:**53055052



## Prehospital Care Report Summary

**Date:**09/04/2017 **Call #:** 0621 **Booklet:**53055052



# Prehospital Care Report Summary

**Date:**09/04/2017 **Call #:** 0621 **Booklet:**53055052



West Calcasieu Cameron Hospital
Admission Consent Form

**Care**: This hospital provides people and facilities to help your physician and/or surgeons in providing medical care, performing surgical operations, and carrying out other therapeutic procedures. You have the right to have each of these operations and/or procedures explained to you along with the risks and alternatives.

My physician(s) has determined that I have a condition requiring hospital care. Therefore, I consent to being admitted as a patient at West Calcasieu Cameron Hospital for surgery, medical care, and/or the performance of routine diagnostic procedures as may be ordered by my physician, his or her assistants and/or designees as necessary in his or her judgment.

I am aware that the practice of medicine, surgery and obstetrics is not an exact science and I acknowledge that no guarantees have been made to me as a result of treatments or examinations in the hospital.

I agree to the participation of professional healthcare students in my care. Nursing students participate in patient care as a necessary part of the patient care team under supervision of licensed personnel. At all times, my personal wishes control the extent of my participation in educational programs. At any time, I may withdraw my consent to having students care for me.

I consent to the photographing or video recording of the procedure(s), treatment(s), to be performed, including appropriate portions of my body, for medical, scientific, or educational purposes, provided my identity is not revealed by pictures or by descriptive texts accompanying them.

I authorize and request the authorities of the hospital to dispose of tissue, if any, which may be removed. Such tissue parts or organs may be used for diagnostic, scientific, or teaching purposes.

I understand that West Calcasieu Cameron Hospital is concerned about my safety and the safety of other patients. I authorize the use of soft restraints in the event that they become necessary for my physical safety.

**Valuables**: I understand the hospital maintains a safe for the protection of money and valuables. The hospital is not responsible for the loss or damage to any money, jewelry, documents, garments or other articles of personal property, unless deposited in the hospital's safe. West Calcasieu Cameron Hospital is hereby relieved of any kind of liability for the loss of valuables taken to the patient care areas.

**Release of Information**: I authorize the hospital to release any information from my medical records that may be needed for the settlement by third-party payers of all claims for payment of hospital and physician charges; including release of information to my employer/workers compensation carrier for workers compensation/work related claims. ________ Also, I understand I am responsible for precertification if my insurance requires precertification.

West Calcasieu Cameron Hospital may release protected healthcare information to a public health organization or federal organization in the event of a communicable disease or to report a defective device or unexpected event to a biological product (food or medication). Protected healthcare information may also be released to public or law enforcement officials in the event of an investigation in which you are a victim of abuse, crime or domestic violence.

**Patient Rights**: I hereby acknowledge receipt of a Patient Rights written statement (see Patient Handbook) regarding my rights as a patient, including a mechanism for initiation, review and resolution of a complaint.

________

**Assignment of Benefits**: I hereby assign all of my rights and benefits under my existing policies of insurance providing coverage and payment for any and all expenses incurred as a result of services and treatment rendered by the hospital and/or affiliated physicians and authorize the insurance benefits otherwise payable to me, be paid directly to West Calcasieu Cameron Hospital and my treating physician(s), not to exceed the facility's routine charge for services rendered.
I understand that any health insurance policies under which I am covered are secondary payers to any existing liability policies or any other sources of payment that may or will cover expenses incurred for services and treatment. I hereby appoint the hospital, affiliated physicians, and any agent acting on their behalf as my authorized representative to pursue any claims, penalties, and administrative and/or legal remedies on my behalf for collection against any responsible payer or third party liability carrier of any and all benefits due me for the payment of charges associated with my treatment.

011730703
HALL, JAMES
QUATTRONE, TIMOTHY 10/07/1973
2000081422 ER07
09/04/2017 13:33 ER Male

West Calcasieu Cameron Hospital
Admission Consent Form (Continued)

**Financial Responsibility**: I understand insurance is filed as a courtesy and that I am financially responsible to West Calcasieu Cameron Hospital for all hospital charges rendered to the patient.

**Electronic Prescribing (eRX) Program:** By signing this consent form, I consent that my provider may review my prescription medication history for treatment purposes from other health care providers at West Calcasieu Cameron Hospital, as well as any other sources of medication information such as any other health care providers, pharmacies, and/or health insurance plan/third party benefit payers involved in my care. This may include medications for sensitive diagnoses such as mental health conditions, venereal diseases/sexually transmitted diseases, abortion(s), rape/sexual assault, substance (drug and alcohol) abuse, genetic diseases, and HIV/AIDS. **As part of this Consent Form, I specifically consent to the review of this and any other pertinent sensitive health information.**

**Patient Confidentiality**: The hospital is permitted to post my name on the census: ✓ Yes ___No

**Notice of Privacy Practices**: I have received the Revised Notice of Privacy Practices, effective date September 23, 2013. It has been explained, and I understand its contents.

(Only initial if not previously done—check computer) ____

DATE: 9.4.17 TIME: 14:13 WITNESS: X ____

SIGNATURE OF PATIENT: X ____

If patient is unable to sign, a family member may sign:

X____________________ Relationship: ____________

Signature of Guarantor if different from patient:

X____________________ Relationship: ____________

**Guarantor Mailing Address:**

2509 Demarest St.

**Mailing Address**

Lake Charles La 70601

**City** **State** **Zip Code**

Rev: 01/17

011730703
HALL, JAMES
QUATTRONE, TIMOTHY 10/07/1973
2000081422 ER07
09/04/2017 13:33 ER Male

# WEST CALCASIEU CAMERON HOSPITAL

## Patient Profile report

Patient Name: **HALL, JAMES M.**

Visit ID: **011730703** MR Number: **2000081422** DOB: **10/07/1973**

Admit: **09/04/2017** Location: **EMERGENCY ROOM ROOM ER 7 RM ER 7A**

## Demographics

Called Name: JAMES Sex: Male

### Primary Address

2509 DEMAREST ST
LAKE CHARLES, LA 70601
Country: United States

### Phone Numbers

Cellular Telephone Number: (409)730-3420
Home Telephone Number: (409)730-3420

### Contacts

| Name | Type | Next of Kin | Emergency Contact | Guardian | Agent | Phone | Phone Type |
|---|---|---|---|---|---|---|---|
| NO CONTACT, NO CONTACT | Other | N | Y | N | N | (000)000-0000 | Cellular Telephone Number |

### Highest Education Level:

***NO SCHOOL DATA ***

***NO OCCUPATIONAL HISTORY DATA ***

## Patient Education

***** NO PATIENT EDUCATION DATA *****

# WEST CALCASIEU CAMERON HOSPITAL
## Patient Profile report

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **HALL, JAMES M.** | | | | |
| Visit ID: | **011730703** | MR Number: | **2000081422** | DOB: | **10/07/1973** |
| Admit: | **09/04/2017** | Location: | **EMERGENCY ROOM ROOM ER 7 RM ER 7A** | | |

## Patient Detail

| | | | | | |
|---|---|---|---|---|---|
| Admit Complaint: | MVC - Car/NO PCP | | | | |
| Admit Diagnosis: | | | | | |
| Service: | Emergency Room | Fin Class: | OTHER | Patient Type: | EMERGENCY |
| Discharge Date: | 09/04/2017 | Discharge Status: | 01DISCHARGED TO HOME SELF CARE | Visit Status: | Discharge |
| Race: | White | Age: | 43 YEARS | BSA: | |
| Admit Weight: | | Admit Height: | | | |
| Current Weight: | | Current Height: | | BMI: | |
| Notes: | | | | | |
| Smoking Status: | | Code Status: | | | |

Preferred Pharm: City: State: Zip: Phone: Fax:

***NO ISOLATION CODES DATA ***

Preferred Language: English

Language Ability Mode Expressed:

Language Ability Mode Received:

Communication Barrier:

Special Needs:

| | | | |
|---|---|---|---|
| Organ Donor: N | Last Menstrual Period: | Lactating: | |
| Pregnant: | Exp. Delivery (Date): | Gest. Age at Birth (Date): | |
| | Exp. Delivery (US): | Gest. Age at Birth (US): | |

### Advance Directives

| Document Name | Doc In Chart | Effective Date/Time | Type | Custodian Name, Address and Phone Number |
|---|---|---|---|---|
| Patient does not have living will | N | 09/04/2017 14:06 | | |

Note: NO INFO

## Physicians

| | |
|---|---|
| Admitting | - TIMOTHY L. QUATTRONE |
| Attending | - TIMOTHY L. QUATTRONE |
| Emergency Medicine | - TIMOTHY L. QUATTRONE |
| Family Physician | - NFP NO FAMILY PHYSICIAN |
| Ordering | - TIMOTHY L. QUATTRONE |
| Radiologist | - CHARLES J. BRDLIK, MD |

## Allergies

***** NO ALLERGY DATA *****

## Pre-arrival Medications

***** NO PRE-ARRIVAL MEDICATION DATA *****

## Home Medications

***** NO HOME MEDICATION DATA *****



**Plaintiff Trial Exhibit 4b pg 13**

# WEST CALCASIEU CAMERON HOSPITAL

## Patient Profile report

Patient Name: **HALL, JAMES M.**

Visit ID: **011730703** MR Number: **2000081422** DOB: **10/07/1973**

Admit: **09/04/2017** Location: **EMERGENCY ROOM ROOM ER 7 RM ER 7A**

### Immunizations

*** NO IMMUNIZATION DATA ***

### Problem List - Current Visit

*** NO PROBLEM LIST - CURRENT VISIT DATA ****

### Problem List - Full

*** NO PROBLEM LIST - FULL DATA ***

### Implants

*** NO IMPLANT DATA ***

### Patient Reported Problems

*** NO PATIENT REPORTED PROBLEM DATA ***

### Patient Reported Procedures

*** NO PATIENT REPORTED PROCEDURE DATA ***

### Tobacco Use

*** NO TOBACCO USE DATA ***

### Alcohol Use

*** NO ALCOHOL USE DATA ***

### Recreational Drug Use

*** NO RECREATIONAL DRUG USE DATA ***

### Family History

*** NO FAMILY HISTORY DATA ***

### Patient Detail Documentation

BMI:

Calculated field

BSA:

Calculated field

Preferred Language:

Last Documented by: HEATHER N. CAILLOUET on 09/04/2017 14:05

Organ Donor:

Last Documented by: HEATHER N. CAILLOUET on 09/04/2017 14:05

Patient does not have living will:

Last Documented by: HEATHER N. CAILLOUET on 09/04/2017 14:06

Printed: 09/04/2017 13:35:47

WEST CALCASIEU CAMERON HOSPITAL

**Emergency Department Triage Report**

Page 1 of 1

Patient: HALL, JAMES

Visit ID: 011730703

Age: 43Y DOB:10/07/1973 Sex: M Acuity: 3 Med Rec: 2000081422

Chief Complaint: MVC - Car

Onset:

Head Circum.:

Triage D/T 09/04/2017 13:35

Room/Bed: 7 OBGYN

Arrival D/T: 09/04/2017 13:33

Arrived from:

Mode of Arrival: EMS

Accompanied by:

Informant:

Consent toTreat?:

EMS: ACADIAN AMBULANCE SERVICE

EMS Unit: Radio Call: N

Pre Hospital Care:

[None entered]

Infection Control:

Screening:

Suicide Risk:

Pregnant?: No LMP:

Patient Narrative:

Stroke Assessment Last Known Well:

NPO since: Last Intake Solid: D/T Last Intake Liquid: D/T

| BP | Temperature | Pulse | Respirations | $SpO_2$ | FSBS | GCS | Height |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Site:<br>Pos:<br>Type: | Site: | Site:<br>Qly:<br>Type: | Qly: | $O_2$Del: | | | Weight |

| Pain Assessment | Score: | Scale: | Location: |
|---|---|---|---|

Character:

Non Verbal Signs:

Distribution:

Intensified By:

Radiation

Relieved By:

Duration:

Goal:



Dr: (Unassigned)

PCP: N/A

Electronically Signed By: TRAHAN, ANGELICA D. WC

Dt Signed: 09/04/2017 13:35:47

# West Calcasieu Cameron Hospital

# ER TRIAGE PROTOCOL ORDER SHEET-PAGE 1

Date:

| CHEST PAIN/SOB – presumed cardiac in nature | SUSPECTED CVA/STROKE | ALTERED MENTAL STATUS | SUSPECTED OVERDOSE |
|---|---|---|---|
| • CBC, P-15, CPK, CKMB, Troponin<br>❑ PT if on coumadin<br>• PCXR<br>• **Stat EKG**<br>• O2 2L via NC, cardiac monitor, saline lock, pulse oximetry<br>• **Obtain Previous records, Previous EKG**<br>• **ASA** 324 mg PO chewed (if no allergy to ASA)<br>• **NTG** 0.4 mg SL q 5 min x 3 for chest pain (if systolic BP greater than 90)<br><br>PLEURITIC CHEST PAIN<br>• CXR, EKG, pulse oximetry<br><br>Noted: Time: | • CBC, P-15, PT, PTT<br>❑ UPT (for all pre-menopausal women)<br>• STAT CT Brain , PCXR<br>• EKG<br>• O2 2L via NC, cardiac monitor, saline lock, pulse oximetry.<br>•<br>*disregard all above if symptomatology is that of Bell's Palsy<br><br>Noted: Time: | • CBC, P-15, U/A, UDS, ETOH Level<br>• PCXR (**Consider pneumonia protocol if any resp. complaints or fever)**<br>• EKG<br>• O2 2L via NC, cardiac monitor, saline lock, pulse oximetry<br>• **Accu-check**<br>**HEAD INJURY**<br>❑ CT head (only if loss of Consciousness, or on Coumadin, or subsequent altered mental status)<br>Noted: Time: | • CBC, P-15 Acetaminophen level, Salicylate level, UDS, ETOH level<br>❑ UPT (pre-menopausal women).<br>• EKG<br>• **Accu-check**<br>• Cardiac monitor, pulse oximetry,<br>• Saline lock<br><br>Noted: Time: |
| **SEIZURES** | **EPISTAXIS** | **ETOH INTOXICATION** | **GI BLEED** |
| • CBC, P-15, UDS, ETOH level<br>• CT brain ( if new onset)<br>• **Accucheck**<br>• Cardiac monitor, Pulse oximetry, saline lock<br>• Ativan 2mg IV for active seizures<br><br>Noted: Time: | • ENT Tray to room<br>• Prepare headlamp for use<br>• Attach suction catheter to suction- ready for use.<br>• If patient is hypotensive or tachycardic, draw lab for CBC, PT/INR/PTT and begin IV heplock.<br>Noted: Time: | • CBC, P-15, ETOH level, Magnesium level<br>• Accucheck<br>• Saline lock, pulse oximetry<br><br>Noted: Time: | • CBC, P-15, PT/INR T&S<br>• Cardiac monitor, orthostatic BP's<br>• Saline lock (if actively bleeding start large bore IV of NS @ KVO)<br>Noted: Time: |
| **PAIN MANAGEMENT** | **LACERATIONS** | **MED CLEARANCE FOR PSYCIATRIC ADMISSION/EVAL** | **R/O SEPSIS; TEMP OVER 100.6 ,AGE 50 OR OLDER** |
| **Eye Pain:** 2 gtts proparacaine (Alcaine) or Tetracaine q 30 min. x 2 as needed unless allergic or suspected open globe injury<br>**Visual Acuity in triage prior to administration of eye gtts.**<br><br>**PAIN:**<br>**Mild Pain**(1-3/10): Tylenol 650 mg. PO x 1<br>**Moderate Pain**(4-7/10):<br>**Severe Pain**(8-10/10):<br>Alternative therapy: positioning, cold compresses if indicated<br>[Consult MD for NSAID or Opioid order]<br><br>Noted: Time: | • **Clean wound with normal saline**<br>• X-ray injured area if indicated (rule out foreign body or suspected fracture)<br>• Tetanus diphtheria (Td) 0.5 ml IM (if appropriate)<br>• **Suture set-up at bedside**<br><br>Noted: Time: | • CBC,<br>• P-15, UDS, ASA level, Tylenol level ETOH level<br>❑ EKG, CXR ( 30 y/o or older)<br>❑ UPT (for all pre-menopausal women)<br><br>Noted: Time: | CBC, P-15, U/A, Urine C&S, Blood Cultures x2<br>UPT (for all premenopausal women)<br>• PCXR<br>• Saline lock, pulse oximetry, O2 2L via NC<br>• Tylenol 650 mg PO or Rectal PRN temp greater than 100.5 F<br>• Anticipate immediate antibiotic therapy p BC & UA obtained<br>Noted: Time: |
| **SUSPECTED PNEUMONIA** – age greater than 50 Temp greater than 100.6, Cough, Shortness of breath | **SUSPECTED RENAL COLIC** | **SUSPECTED PYLEONEPHRITIS** | **SUSPECTED UTI W/O FEVER** |
| • **STAT CXR (may be portable if in tx area)**<br>• CBC, P-15 Draw and hold Blood Cultures x2<br>• Pulse oximetry, sputum gram stain & C&S<br>• ***Notify MD when CXR complete***<br>• ***Anticipate antibotic therapy within 4 hrs. of arrival***<br><br>Noted: Time: | • U/A<br>❑ UPT (for all pre-menopausal women)<br>❑ CBC (if temp greater than 100.6)<br>❑ P-8 (if diabetic or 40 y/o or older)<br>• Saline lock<br>• KUB if Hcg is negative<br>• **Consult MD – Pain Mgmt.**<br>Noted: Time: | • U/A, (clean catch/catheter), Urine C&S<br>• UPT (for all pre-menopausal women)<br>• Saline lock<br>• Tylenol 650 mg. PO for temp greater than 38.1<br><br>Noted: Time: | • U/A (clean catch/catheter if bleeding)<br>❑ UPT (for all premenopausal women)<br><br>Noted: Time: |
| **LOWER ABDOMINAL PAIN AND/OR VAGINAL BLEEDING** | **UPPER ABDOMINAL PAIN** | **PATIENTS ON COUMADIN WITH BLEEDING** | **DRUG LEVELS WHEN APPROPRIATE** |
| • CBC, UA<br>❑ Serum HCG if pregnancy status unknown. (all pre-menopausal women)<br>❑ Beta Quantitative HCG if patient known to be pregnant & the patient is less than16 weeks pregnant by dates<br>❑ Group and Rh if vaginal bl... [label obscures] ...eks<br>• ...<br>Noted: | • CBC, P-15 Lipase, Amylase<br>• Pregnancy test (all pre-menopausal women)<br>• Saline lock<br>• EKG (30 year or older)<br><br>Noted: Time: | • PT, CBC<br>• Pulse oximetry, saline lock<br>**R/O Fracture Hip**<br>Saline lock if obvious fracture<br>X-ray affected hip RIGHT LEFT<br>Xray pelvis; include CXR if fracture<br>Ice pack to affected hip<br>Noted: Time: | On any of the following drugs: Consult ERMD<br>❑ Digoxin<br>❑ Theophylline<br>❑ Dilantin<br>❑ Tegretol<br>❑ Lithium<br>❑ Depakote<br>❑ ______<br>Noted: Time: |

Visit ID: 011730703 Room: ER07
HALL, JAMES Age:43Y Male
QUATTRONE, TIMOTHY 10/07/1973
2000081422 ER
09/04/17

PATIENT LABEL

REV. 9/10 LCP79182

*3ER*

West Calcasieu Cameron Hospital

# ER TRIAGE PROTOCOL ORDER SHEET-PAGE 2

| EXTREMITY INJURY | SYNCOPE (age ≥ 40 y/o) | ADULT ASTHMA | PEDI ASTHMA |
|---|---|---|---|
| • Determine mechanism of injury and exact location of pain. Evaluate joint above and joint below for tenderness. **order appropriate x-ray**<br>☐ Right / Left (circle)-________<br>☐ Right / Left (circle) - ________<br>• Immobilize / elevate injured extremity<br>• Apply cold compress if injury less than 48 hours old<br>• Saline lock if obvious displaced fracture<br>Consult MD for Pain Management<br>Noted: Time: | • Orthostatic vital signs<br>• Pulse oximetry<br>• O2 Protocol to keep saturation> 92%<br>• IV NS KVO<br>• Accucheck<br>• EKG, P-15, CBC<br>• If SOB perform CXR and d-dimer<br>Noted: Time: | • O2 2L via NC, pulse ox, saline lock,<br>• Peak flow<br>• Albuterol 0.083% nebulizer treatment x 3<br>Noted: Time: | • Child with O2 Sat <93% should be brought straight back<br>• Notify ERMD and initiate O2 protocol<br>• Xopenex Neb:<br>< 11y/o - 0.31mg<br>≥ 11 y/o – 0.63mg<br>Noted: Time: |
| **SEVERE VOMITING & DIARRHEA IN ADULT** | **SEVERE VOMITING & DIARRHEA IN CHILDREN** | **ADULT FEVER** | **PEDI FEVER** |
| • CBC, P-15, serum pregnancy if premenopausal<br>• Orthostatic Vital Signs if possible<br>• If orthostatics positive or patient hypostensive or tachycardic:<br>Begin IV of NS. Consult MD for bolus rate.<br>Noted: Time: | • If signs of dehydration present (wt. Loss, sunken eyes, decreased urination, prolonged capillary refill, hypotension or tachycardic), IV bolus of NS then D5 ¼ NS @ infusion rate set by MD based on weight.<br>• CBC, P-8<br>Noted: Time: | • Tylenol or Motrin<br>• Fever > 102 & non-specific origin:<br>• CBC, P-15, UA, draw and hold BC x 1<br>• CXR<br>Noted: Time: | • Child <2mo with temp. >100.4 should be brought straight back.<br>• 3mo. Or < with fever >101<br>• CBC. P-8, BC x1, UA,<br>• CXR<br>• Saline lock<br>• Tylenol or Motrin for weight based protocol<br>• Tepid sponge bath if fever >103<br>Noted: Time: |
| **DYSPNEA (Hx of CHF)** | **NAUSEA MANAGEMENT** | | |
| • Cardiac Monitor<br>• Pulse oximetry<br>• O2 Protocol to keep saturation> 94%<br>• CBC, P-8, Dig. Level is indicated, EKG, CPK, CKMB if total CPK elevated, Troponin<br>• IV HL<br>• Port CXR<br>• Foley if indicated<br>Noted: Time: | • Phenergan 12.5 mg IV every 30 min. x 2 pm for nausea<br>• Or Anzemet 12.5mg IV if Phenergan is contraindicated | | |

## Additional Notes:

| Date: | Time: | |
|---|---|---|
| 9/4/17 | 2¹⁰pm | NS open x 1 liter |
| | | Zofran 4mg IVP |
| | | Dilaudid 0.5mg IVP |
| | | [signature] 9/4/17 1415 |

NURSE SIGNATURE: [signature] Initial: [initial]

NURSE SIGNATURE: Initial:

PATIENT SAFETY ATTESTATION Concerning the care of this patient, I have afforded the staff an opportunity to discuss findings or concerns and I either addressed them or no issues were voiced.

PHYSICIAN SIGNATURE: [signature] Initial:

PHYSICIAN SIGNATURE: Initial:

Visit ID: 011730703 Room: ER07
HALL, JAMES Age:43Y Male
QUATTRONE, TIMOTHY 10/07/1973
2000081422 ER
09/04/17

06 West Calcasieu Cameron Hospital
**EMERGENCY NURSING RECORD**
**MVC**

**TRIAGE** DATE 9/4/17 TIME 1336
Level I II (III) IV V

NAME:
Height 6'0 Weight 210 AGE: (M) / F
HISTORIAN: patient paramedics family
♦BARRIERS: learning communication interpreter

PCP: none
ARRIVAL MODE: car (EMS) police walking carried
crutches wheelchair stretcher
transferred in
IMMUNIZATIONS: tetanus ____ years UTD
flu ____ pneumovax ____

TREATMENT PTA see EMS report (IV) O₂ c-collar backboard
last blood glucose ____ mg/dL

VITALS
BP 120/72 P 98 RR 20 Temp ____ °F TM O R
SpO₂ 97 % (RA) / ____ L O₂ via NC / mask GCS ____

**PAIN LEVEL** (1/10) current: 6 /10 max ___ /10 acceptable ___ /10
scale used- Wong-Baker CIA FLACC

**CHIEF COMPLAINT** MVC Altered LOC
occurred just PTA min / hrs / days ago
laceration to posterior aspect of head

**INJURIES / PAIN**

| | | R | | L | |
|---|---|---|---|---|---|
| (head) | neck | shldr | hip | shldr | hip |
| face | back | arm | thigh | arm | thigh |
| nose | chest | elbow | knee | elbow | knee |
| mouth | abdomen | f-arm | lower leg | f-arm | lower leg |
| lip / chin | coccyx | wrist | ankle | wrist | ankle |
| | | hand | foot | hand | foot |
| | | fingers | toes | fingers | toes |

**CRASH**
(driver) / passenger front back
lap belt / shoulder / car seat
air bag deployed "don't know"
walking at scene
lost consciousness
thrown from vehicle
long extrication

**SITE OF IMPACT**
"P" = primary "S" = secondary



speed low mod. high
direct glancing

**ALLERGIES** (NKDA)
PCN / ASA / sulfa / codeine / iodine / latex

**MEDS** none see med list Vitamins, protein

**PAST MEDICAL HX**
angina / CHF / MI / CABG / asthma / COPD / heart disease / HTN
diabetes: Type I Type 2 diet / oral / insulin
past surgeries none Ohand, Oknee ↑ MVC
LNMP N/A pregnant / postmenop / hyst N/A

**SOCIAL HX** occupation
★ smoked in past 12 months ____ ppd quit date ____
drugs / alcohol denies
smoking / alcohol cessation counseling

♦**SCREENINGS**
infectious disease risk hepatitis / HIV / TB exposure / symptoms Ø
physically hurt or threatened by someone close Ø
fall risk completed yes suicide risk

Triage Nurse Signature [signature] RN

---

TIME TO ROOM: 1336 ROOM: ER 7

**PRIMARY ASSESSMENT** TIME: 1340
✓ Airway patent __compromised
✓ Breathing unlabored __labored / respiratory distress
✓ Circulation nml __pale / diaphoretic
✓ neuro awake alert __lethargic / obtunded

**SECONDARY ASSESSMENT**

**NEURO**
__oriented x 4 __disoriented to: person place time situation
✓ PERRL __memory loss
__pupils unequal R ____ L ____
__weakness / sensory loss

**HEAD / FACE** ✓ laceration / abrasion / swelling / ecchymosis
__no evidence of trauma to head / eye / ear / face
__periorbital swelling / hematoma
__dental injury / malocclusion

**NECK / BACK**
✓ no evidence of trauma __laceration / abrasion / swelling
✓ non-tender __tenderness

**CHEST**
✓ no evidence of trauma __laceration / abrasion / swelling / tenderness
✓ nml breath sounds __wheezing / rales / rhonchi
✓ non-tender __deformity
__seat belt marks

**CVS**
✓ regular rate __tachycardia / bradycardia
✓ pulses strong & equal __pulse deficit

**ABDOMEN**
✓ no evidence of trauma __laceration / abrasion / swelling
✓ soft, non-tender __tenderness / rigid / distended
✓ bowel sounds nml __bowel sounds hyper hypo absent

**PELVIS / GU**
✓ no evidence of trauma __laceration / abrasion / swelling
✓ pelvis stable __pelvis unstable / tenderness
__blood at urethral meatus
__catheter present

**EXTREMITIES**
✓ no evidence of trauma __laceration / abrasion / swelling / tenderness
__non-tender __deformity
__sensation / motor intact ✓ sensory / motor deficit sensation loss to hands

**SKIN**
✓ warm, dry __cool / cyanotic
__intact __pressure ulcers sacrum hip heel

♦**FUNCTIONAL / NUTRITIONAL ASSESSMENT**
✓ independent ADL __assisted / total care
__appears well nourished / hydrated __obese / malnourished
__recent weight loss / gain

**FALL RISK Assessment**
Have you fallen within the last 30 days? Yes (No)
Is patient functionally or cognitively impaired? (Yes) No
Risk: Low High

**ADDITIONAL FINDINGS** states he worked out this AM and did 10 of vitamins protein

**INITIAL ACTIONS**

| TIME | | | INIT |
|---|---|---|---|
| 1336 | (ID / allergy band) | (applied / verified) | [initials] |
| | c-collar / backboard | applied | |
| | disrobed / gowned | blanket provided | |
| | ice pack | elevation / immobilization | |
| | bandage | dressing | |
| | (bed low position) | side (rails up) x (x2) | |
| | (call light) in reach | (head of bed elevated) | |
| | Braden Scale | | |

Nurse Signature [signature] RN

★ core measures for Pneumonia / AMI ♦ Regulatory Measure

Visit ID: 011730703 Room: ER07
HALL, JAMES Age:43Y Male
QUATTRONE, TIMOTHY 10/07/1973
2000081422 ER

*2ER*

REV I

Circle (positives), backslash negatives, check √ normals

Date: 9/4/17

## ACTIONS

| TIME | | INIT |
|---|---|---|
| | suture tray eye tray | |
| | cardiac monitor | |
| | pulse oximeter____% RA/____L | |
| | $O_2$ ___L via NC / mask | |
| | bedside glucose______mg/dL | |
| | ready for provider eval / notified provider | |
| | c-collar / backboard removed / cleared by: | |
| | restraints see documentation | |

## IV STARTS

| TIME | # | site | Ga | attempts | comments | INIT |
|---|---|---|---|---|---|---|
| PTA | 1 | L hand | 20 | 1 | per EMS | BB |

## IV / MEDICATION INFUSION RECORD

| Start Date/Time | Solution / Med | Type | Rate ml / hr | Stop Time | Amount Infused | INIT |
|---|---|---|---|---|---|---|
| 1425 | NS 1L bolus | | | 1525 | 1L | CL |
| | Response: no change improved | | | | | |
| | | | | | | |
| | Response: no change improved | | | | | |
| | | | | | | |
| | Response: no change improved | | | | | |

## MEDICATIONS

| Date/Time | Medication | Dose | Route | Site | INIT |
|---|---|---|---|---|---|
| | DTaP / Tdap / DT / Td / TIG | 0.5mL | IM | | |
| | lot #: exp. date manufac | | | | |
| 1425 | Zofran | 4mg | IV | 1 | CL |
| | Response: no change improved pain __/10 | | | | |
| 1425 | Dilaudid | 0.5mg | IV | 1 | CL |
| 1525 | Response: (no change) (improved) VS pain 6/10 | | | | 4 |

## PROCEDURES

| TIME | | INIT |
|---|---|---|
| | portable / to Xray w/ monitor / nurse / $O_2$ / tech | |
| | return to ER | |
| 1425 | to CT w/ contrast / parenteral meds | CL |
| 1425 | w/ monitor / nurse / $O_2$ / tech | |
| | return to ER | CL |
| | lab drawn / sent by ED tech / nurse / lab | |
| | ★ blood Cx drawn by ED tech / nurse / lab | |
| 1515 | laceration repair see additional notes | KS |
| | assisted by nurse / tech site: Scalp | |
| | dislocation / fx reduction see additional notes | |
| | assisted by nurse / tech site: | |
| | splint / sling applied arm leg short long | |
| | type: | |
| | post-splint assessment nml color / sensation / movement | |
| 1515 | cleaned wound applied abx ointment | KS |
| | applied dressing / Band-Aid / elastic wrap | |
| | crutch ... demonstration | |

Visit ID: 011730703 Room: ER07
HALL, JAMES Age:43Y Male
QUATTRONE, TIMOTHY 10/07/1973
2000081422 ER

09/04/17

## VITAL SIGNS

| TIME | BP | P | RR | T | $SpO_2$ | GCS | Pain | Pupils | INIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |

## UPDATED ON PROGRESS OF CARE

| Time | Description | INIT |
|---|---|---|
| | | |
| | | |

## ADDITIONAL NOTES

INTAKE______ OUTPUT______

✓ IV / lock discontinued: cath intact ~~no swelling no redness~~

Time 1528 INIT CL __IV / lock to floor: amount remaining____

PROPERTY TO: patient family security safe see patient belongings list

evidence to:______

Discharge Vitals: BP 128/74 P 92 RR 16 T 98.1°F
pain level 6 /10 $SpO_2$ 98% GCS 15 Time 1525

## CONDITION

__unchanged ✓ improved ✓ stable __other____

## DISPOSITION

✓ discharged (home) nursing home police coroner's office funeral home
✓ (verbal) (written instructions) / (RX given) one / (multi) to: (patient)

✓ verbalized understanding
__patient deemed competent and copy of medication reconciliation form provided to patient____
__Med. Rec. form faxed to Dr.____ at discharge
✓ accompanied by / (driver) wife
__notified family / police / coroner's office____

__admitted / transferred to____
__report to____ time____
__advance directive unavailable added to chart discussed w/ pt family instructed to bring copy information provided____
__transfer documentation completed see transfer of care template
__left AMA / LWOT signed AMA sheet refused ____
__physician notified:____

Mode: (walk) crutches W/C stretcher ambulance carried____

Depart Date 9/04/17 Time 1535

### PATIENT SAFETY ATTESTATION

☑ Concerning the care of this patient, I was afforded an opportunity to discuss findings or concerns. I either had no concerns or all issues were addressed.

Discharge Nurse Signature [signature]

☐ Continuation Sheet

| SIGNATURE | INITIALS |
|---|---|
| [signature] RN | BB |
| [signature] | CL |
| [signature] | KS |

T-SYSTEM © 2001 - 2013 T-System, Inc.

17

# West Calcasieu Cameron Hospital
## EMERGENCY PHYSICIAN RECORD
## MVC

DATE: 7/4/17 TIME SEEN: 1:50 pm on arrival RM: ____ EMS Arrival

HISTORIAN: patient spouse paramedics ________

__HX / __EXAM LIMITED BY: ________

☐ unable to obtain

## HPI

**chief complaint:** (MVC) motorcycle / ATV

injury to: hit from behind by 18 wheeler

**onset / duration:** (just PTA) today yesterday

______ min / hrs / days ago

**position in vehicle:** (driver) passenger *front back*

**context:** (car collision) overturned vehicle

single / __ car accident (*lost control / fell asleep / unknown cause*)

motorcycle / ATV accident ________

(+) seatbelt

(+) LOC

**location of pain / injuries:**

(head) face mouth

(neck) (chest) abdomen

back *upper mid lower*

*radiating to ( R / L ) thigh / leg*

| –right– | | –left– | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

**severity of pain:** mild (moderate) severe (1/10)______

**associated symptoms:** dizziness light-headedness seizure

(lost consciousness:) yes no unknown *duration:* ________ *sec / min*

*remembers:* ~~event~~ *coming to hospital* ________

**site of impact:**

"P" = primary "S" = secondary




*force* low (mod) high

direct ~~glancing~~

**restraints:**

none (lap / shoulder)

doesn't recall air bag deployed

car seat helmeted

thrown from vehicle

long extrication

ambulated at scene

## ROS

*CONST* - ~~recent illness~~ / fever ______

*NEURO* - ~~weakness~~ / numbness ______

*MS* - ~~neck / back pain~~ ______

*RESP* - ~~shortness of breath~~ / cough ______

*GI* - ~~nausea / vomiting~~ ______

*GU* - ~~problems urinating~~ ______

*LNMP* ______ *preg post- menop*

*LYMPH* - ~~ankle swelling~~ ( R / L ) ______

*EYE* - ~~problems with vision~~ ______

*ENT* - ~~nasal drainage~~ ______

*SKIN* - ~~rash~~ ______

*PSYCH* - ~~depression~~ / hallucinations

☒ except as marked positive, all systems above reviewed and found negative

• *NEURO / MS components also addressed in HPI*

MVC - 17 Page 1 of 4 Rev. 10 / 16

Visit ID: 011730703 Room: ER07
HALL, JAMES Age:43Y Male
QUATTRONE, TIMOTHY 10/07/1973
2000081422 ER
09/04/17

## PAST HX

__no chronic diseases

cardiac disease *Afib CAD CHF MI* hypertension ______

diabetes *Type I Type 2* ______ CVA / TIA ( R / L ) ______

*diet / oral / insulin* ______ asthma / COPD ______

__old records reviewed / summary:

(R) head (L) knee → 2° to motorcycle wreck!

Tetanus immun. *UTD / given in ED* ______

Meds- (none) see nurses note aspirin coumadin clopidogrel ______

Allergies- (NKDA) / see nurses note ______

## SOCIAL HX

(smoker) / ___ ppd / never / past / quit: ______ ago

drugs ______ alcohol *(recent / heavy / occasional)* ______

## FAMILY HX

__negative ______

☒ Nursing Assessment Reviewed ☒ Vitals Reviewed ______

## PHYSICAL EXAM

**General Appearance**

✓ no acute distress

✓ alert

__c-collar / backboard ( *PTA / in ED* ) ______

__mild / moderate / severe distress ______

__anxious / lethargic / unconscious ______

**HEAD**

__no evidence of trauma

__see diagram ______

__raccoon eyes / Battle's sign ( *R / L* ) ______

*(see next page for legend)*




**NECK**

~~non-tender~~

✓ painless ROM

✓ trachea midline

(see diagram)

__decreased / limited ROM ______

__pain on movement of neck ______

__Nexus criteria neg

__midline tenderness / distracting injury ______

__altered mental status / recent ETOH ______

__focal neuro deficit ______

**EYES**

✓ PERRL

✓ EOMI

__unequal pupils R- ____ *mm* L- ____ *mm*

__EOM entrapment / palsy ( R / L ) ______

__subconjunctival hemorrhage ( R / L ) ______

**ENT**

✓ nml ext inspection

✓ airway nml

✓ no dental / oral inj

__hemotympanum ( R / L ) ______

__TM obscured by wax ( R / L ) ______

__clotted nasal blood ( R / L ) ______

__dental injury / malocclusion ______

*3ER*

LCP 88798

Circle (positives) backslash negatives, check √normals

T-SYSTEM © 2014 - 2016 T-System, Inc.

## RESP / CVS

- ✓ chest non-tender
- \ no ecchymosis
- \ breath sounds nml
- \ no resp. distress
- \ heart sounds nml

- __see diagram
- __rib tenderness / palpable fracture ( R / L )
- __crepitus / subcutaneous emphysema
- __splinting / paradoxical movements
- __decreased breath sounds ( R / L )
- __wheezes / rales / rhonchi ( R / L )
- __tachycardia / bradycardia

## ABDOMEN

- \ non-tender
- \ no distension

- __see diagram
- __tenderness / guarding / rebound : *generalized RUQ LUQ RLQ LLQ*
- __mass

## GENITAL / RECTAL

- __nml ext. inspection
- __nml rectal tone
- __heme negative stool
- __prostate nml position

- __perineal hematoma
- __blood at urethral meatus
- __decreased rectal tone
- __vaginal bleeding
- __catheter present

## NEURO / PSYCH

- \ oriented x4
- \ CN's nml (2-12)
- \ sensation nml
- \ motor nml
- \ mood / affect nml

- __disoriented to: *person place time situation*
- __facial asymmetry
- __unsteady / ataxic gait
- __sensory / motor deficit
- __repeats questions
- __depressed mood / affect

Reflexes

**Glasgow Coma Score** SCORE=

Eyes Open- spontaneously (4) to voice (3) to pain (2) none (1)
Speech- nml (5) disoriented (4) inapprop. (3) incoherent (2) none (1)
Motor- nml (6) localizes (5) withdraws (4) flexor (3) exten (2) none (1)

## SKIN

- \ intact
- \ warm, dry

- __see diagram
- __ecchymosis / laceration
- __crepitus / diaphoresis
- __pressure ulcer: *location*
  *depth / stage : 1 2 3 4 5*

## BACK

- \ no CVA tenderness
- \ no vertebral tenderness

- __see diagram
- __CVA tenderness ( R / L )
- __vertebral point tenderness
- __muscle spasm / limited ROM

## EXTREMITIES

- \ atraumatic
- \ pelvis stable
- \ hips non-tender
- \ no pedal edema
- \ nml ROM
- \ nml color / temp

- __see diagram
- __bony point-tenderness ( R / L )
- __painful / unable to bear weight ( R / L )
- __pulse deficit ( R / L )
- *Joint Exam:*
- __limited ROM / ligaments laxity ( R / L )
- __joint effusion ( R / L )

A=Abrasion
B=Burn
C=Contusion
E=Ecchymosis
FB= Foreign Body
L=Laceration
M=Muscle Spasm
PT=Point Tenderness
PW=Puncture Wound
S=Swelling
T=Tenderness
Ø= without
m=mild
mod=moderate
s=severe




## PROCEDURES

**Wound Description / Repair:** Time:
**length** 3 cm **location** Occipital
(linear) stellate irregular flap avulsion into: subcut / muscle
(clean) contaminated *moderately / heavily*
**distal NVT:** (neuro / vasc intact) no tendon injury
**anesthesia:** (local) topical __ (lidocaine) bupivacaine (epi) bicarb
digital block
**prep:** ~~Betadine~~ / (Hibiclens)
~~(irrigated with saline)~~ debrided: *mod. / extensive*
wound explored: wound margins revised
*to base / in bloodless field* multiple flaps aligned
foreign body identified:
*wood glass metal other*
foreign material removed
**repair:** *superficial deep complicated*
*Wound closed with: adhesive / steri-strips no closure required*
SKIN- # -0 nylon / prolene / staples
SUBCUT- # -0 vicryl / chromic
OTHER- # Stapled x 5

## PROGRESS

Time__ unchanged improved re-examined

MVC - 17 Page 2 of 4 Rev. 10 / 16

Visit ID: 011730703 Room: ER07
HALL, JAMES Age:43Y Male
QUATTRONE, TIMOTHY 10/07/1973
2000081422 ER
09/04/17

Circle (positives) backslash negatives, check √normals

T-SYSTEM © 2014 - 2016 T-System, Inc.

LCP 88796

## XRAYS: Head, Extremities & Spine *(Torso on pg 4)*

**Xrays done:** *skull facial spine: C T L S*
*R shoulder clavicle humerus elbow f-arm wrist hand*
*L shoulder clavicle humerus elbow f-arm wrist hand*

*R hip femur knee lower leg ankle foot toes*
*L hip femur knee lower leg ankle foot toes*

**Interpretation:** ☐ By me ☐ Viewed by me ☐ Discsd w/ radiologist
__*nml / NAD* __*no fracture* __*nml alignment* __*no FB*
*abnml: fracture / dislocation (see below) STS effusion fat pad sign DJD FB*

### Skull / Facial Fracture:

**Skull:** frontal parietal temporal occipital basilar: *ant mid post*
R / L linear comminuted depressed

**Facial:** nasal orbit malar maxilla zygoma Le Fort: *I II III*
R / L mandible: *ramus angle body condyle subcondyle symphysis*

### Upper Extremity Fracture:

**Clavicle:** proximal shaft distal : *nondisplaced displaced: ant post*
R / L

**Humerus:** proximal: articular head surgical neck: *2 parts 3 4*
R / L greater tuberosity lesser tuberosity
shaft: *transverse oblique spiral segmental comminuted*
distal: supracondylar: *simple comminuted*
condyle: *medial lat* intercondylar transcondylar
epicondyle: *medial lateral*
n / d

**Radius:** proximal: *head neck torus*
R / L shaft: *transverse oblique spiral segmental comminuted*
*Galeazzi's greenstick "bent bone"*
distal: *Colle's Smith's Barton's intra-articular torus styloid*
n / d

**Ulna:** proximal: olecranon coronoid process : *intra-articular torus*
R / L shaft: *transverse oblique spiral segmental comminuted*
*Monteggia's greenstick "bent bone"*
distal: *styloid transverse oblique comminuted torus*
n / d

**Carpal:** navicular: *prox ⅓ mid ⅓ distal ⅓* triquetrum lunate
R / L capitate hamate pisiform trapezium trapezoid
n / d

**Metacarpal:** 1st 2nd 3rd 4th 5th : *base shaft neck head*
R / L *Bennett's Rolondo's*
n / d

### Upper Extremity Dislocation:

R / L **Shoulder:** *anterior posterior inferior*
R / L **AC joint:** post inf displaced: *100% - 200% >200%*
R / L **Elbow:** *ant post med lat* radial head: *ant post med lat*
R / L **Wrist:** *distal radioulnar radiocarpal midcarpal*
*carpometacarpal: 1st 2nd 3rd 4th 5th*

*(n=nondisplaced d=displaced)*

### Spine Fracture:

**C1 fx:** arch: *ant post* burst (Jefferson fx) lateral mass
: *stable unstable nondisplaced displaced*

**C2 fx:** dens: *type I II III* extension teardrop
traumatic spondylo (hangman fx): *type I II IIA III*
: *stable unstable nondisplaced displaced*

**C T L S:** wedge teardrop burst spinous process
#__ : *stable unstable nondisplaced displaced*

**C T L S:** wedge teardrop burst spinous process
#__ : *stable unstable nondisplaced displaced*

### Lower Extremity Fracture:

**Femur:** head: *articular surface* neck: *subcapital transcervical base*
R / L intertrochanteric greater troch lesser troch subtroch
shaft: *transverse oblique spiral segmental comminuted*
distal: supracondylar: *w/ intercondylar*
condyle: *medial lateral* transcondylar
n / d

**Patella:** *longitudinal transverse comminuted osteochondral*
R / L n / d

**Tibia:** proximal: *spine tuberosity* condyle: *medial lateral*
R / L shaft: *transverse oblique spiral segmental comminuted*
distal: *med malleolus pilon torus*
n / d

**Fibula:** proximal: *linear avulsion stress Maisonneuve torus*
R / L shaft: *transverse oblique spiral segmental comminuted*
distal: *lat malleolus comminuted torus*
n / d

**Ankle:** *lat malleolus med malleolus*
R / L *bimalleolar trimalleolar distal tibial pilon*
n / d

**Foot:** calcaneus: *body ant process tuberosity*
R / L *extra-articular intra-articular*
talus: *head neck body dome post process lat process*
*extra-articular intra-articular avulsion chip fx*
navicular cuboid cuneiform: *medial middle lateral*
metatarsal: *1st 2nd 3rd 4th 5th*
toe: *1st 2nd 3rd 4th 5th : prox phalanx middle distal*
n / d

### Lower Extremity Dislocation:

R / L **Hip:** central posterior anterior: *obturator pubic iliac*
R / L **Patella:** *medial lateral*
R / L **Knee:** *anterior posterior medial lateral rotatory*
R / L **Ankle / Foot:** *subtalar midtarsal transmetatarsal Lisfranc*
R / L **Toe:** *1st 2nd 3rd 4th 5th : MTP PIP IP DIP*

MVC - 17 Page 3 of 4 Rev. 10 / 16

Visit ID: 011730703 Room: ER07
HALL, JAMES Age:43Y Male
QUATTRONE, TIMOTHY 10/07/1973
2000081422 ER

*3ER*

T SYSTEM © 2014 - 2016 T-System, Inc.

LCP 83798

Circle positives backslash negatives, check √ normals

## XRAYS / CT cont

Xrays done: CXR rib sternum abdomen pelvis
Interpretation: ☐ By me ☐ Viewed by me ☐ Discsd w/ radiologist
__nml / NAD __no pneumothorax __nml heart size __nml mediastinum
abnml: fracture (see below) STS DJD FB
R / L hemothorax pneumothorax tension pulm. contusion
neg

CT done: (head) (chest) abdomen pelvis
Interpretation: ☐ By me ☐ Viewed by me ☐ Discsd w/ radiologist
__nml / NAD
abnml: neg

Fracture:
Rib: R / L single multiple____
Sternum: body manubrium xiphoid

Pelvis: R / L pubic: superior ramus inferior ramus
R / L ischium: avulsion ramus tuberosity : displaced
R / L acetabulum: ant wall medial post dome : displaced
R / L illium: wing ant sup spine ant inf spine :
avulsion comminuted linear : displaced

Sacrum: transverse: displaced: ant post upper-comminuted
vertical fx thru: ala foramen spinal canal : displaced: mild sv

Ultrasound / FAST Exam: heart / pericardium abdomen
Interpretation: ☐ By me ☐ By radiologist
__nml / NAD____
abnml:____

## LABS

| CBC | Chemistries | UA | ETOH____ |
|---|---|---|---|
| normal except | normal except | normal except | TOX____ |
| WBC____ | Gluc____ | ____ | ____ |
| Hgb____ | BUN____ | ____ | ____ |
| Hct____ | Creat____ | HCG | PT/PTT____ |
| Platelets____ | Na____ | serum / urine | INR____ |
| ____ | K____ | POS NEG | ____ |
| ____ | CO2____ | ____ | ____ |

## EKG

RHYTHM STRIP Rate:____ Rhythm: NSR ____
EKG ☐ Interp. by me ☐ Viewed by me ☐ Discsd w/ cardiologist
__nml / NAD __nml intervals __nml axis __nml QRS __nml ST/T
Rate:____ Rhythm: NSR sinus tach A-fib ____
not / changed from:____ repeat EKG: unchanged / ____

## PROGRESS -Continued

Time____ unchanged improved re-examined

♦ BP Screen - ≥ 18 y / screening / follow-up documented____
♦ Minor head trauma - 2y - 17y / ≥ 18 y / GCS 15 / PECARN risk: high low / CT head ____ see PECARN rule on quality addendum template #200
__measure exclusions: not eligible / refused / not indicated / contraindicated

MVC - 17 Page 4 of 4 Rev. 10 / 16

Visit ID: 011730703 Room: ER07
HALL, JAMES Age:43Y Male
QUATTRONE, TIMOTHY 10/07/1973
2000081422 ER
09/04/17

Discussed with Dr.____ will see patient in: ED / hospital / office
Additional history from: family paramedics
Counseled patient / family regarding: lab / rad. results diagnosis need for follow-up
__Rx given____
CRIT CARE TIME (excluding separately billable procedures) ____ min

Initial visit unless marked: ☐ subsequent ☐ sequelae

## CLINICAL IMPRESSION

**Skin** (**R / L; FB; specify anatomy)
(Laceration) Occipital 3 cm stapled
Abrasion: ____
Contusion: ____
Burn: thermal electrical chemical: ____
accident self-harm assault unk
1st, area: ____; ____%
2nd, area: ____; ____%
3rd, area: ____; ____%
Total BSA= ____%

**Strain** (**R / L; specify anatomy)

**Sprain** (**R / L; except for spine specify joint & ligament)
Spine: C T L

**Ortho** (See Xrays / CT)
Fracture / Dislocation : closed / open

**CV / Resp** (See Xrays / CT)
Aorta transection: abd thoracic
Cardiac arrest
Cardiac contusion
R / L Hemothorax
R / L Pneumothorax tension
R / L Pulmonary: contusion lac
Respiratory arrest

**Abdomen / GI / GU**
Hemoperitoneum
Liver: contusion lac: ____cm stellate multiple
Spleen: contusion: <2cm >2cm lac: <1cm 1-3cm >3cm
Pancreas: head: contusion lac: sm med lg
body: contusion lac: sm med lg
tail: contusion lac: sm med lg
Kidney: R / L : contusion: <2cm >2cm lac: <1cm 1-3cm >3cm

**Neuro** (See HPI & PE)
Concussion
R / L Cerebral: contusion lac traumatic hemorrhage
R / L Epidural Subdural Traumatic SAH
LOC: unknown few sec < min ____sec / mins unk time
Cord injury: incomplete complete : level C: # ____ T: # ____ L: # ____ sacral
Seizure

**Other**
Diaphragm rupture
Shock: traumatic hypovolemic
Crush injury to: ____
Amputation: partial complete : to: ____ at level of: ____
Tooth #____: fx avulsion sublux

Concussion c LOC

DISPOSITION DECISION TIME- 3:35 pm ☒ home ☐ transfer____ ☐ admit __POA pressure ulcer / UTI (foley) ____
CONDITION-- ☐ unchanged ☐ improved ☒ stable

crit care (time excluding separately billable proced.) ☐ 30-74 min ☐ > 75-105 min ☐ 105-134 min ☐ 135-164 min ☐ > 165____document total # min ☐ < 30 min ☒ no crit care
☐ crit care provided solely by overseeing physician:____ Signature
PHYSICIAN ATTESTATION (use when care is provided by physician with NP/PA).
☐ For this patient encounter, I reviewed the NP or PA documentation, treatment plan, and medical decision making; and I had face-to-face time with this patient.
Hx / PE / Treatment Plan:
All procedures were done by me except: 9/4/17 3:25
MD / DO Sig Timothy Quattrone, MD Time 3 pm
transferred care to ____ at____
MD / DO Sig____ Date____ Time____
assumed care____:____
NP / PA ____ Date____ Time____
☐ Template Complete ☐ See Addendum (Dictated / Template #____)

Circle (positives) backslash negatives, check √ normals

♦ Reportable Measure
LCP 88798

West Calcasieu Cameron Hospital
West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Summary (Chart Copy)

Date: 09/04/2017
Time: 3:28 p.m.

Treating Provider: Timothy Quattrone, ERMD Phone: Fax:

Provider Signature: [signature]

Patient Name: JAMES HALL MR#: 2000081422 Account: 011730703

Patient Address: 2509 DEMAREST ST
LAKE CHARLES , LA 70601 Phone: (409)730-3420

| Your Discharge Instructions: | Your Prescriptions: |
|---|---|
| CONCUSSION<br>NARCOTIC MEDICATION<br>STAPLE WOUND CLOSURE<br>WOUND CARE - SCALP LACERATION | Percocet 10-325 Milligram # 20 Tablets<br>1 TABLET EVERY 6 HOURS AS NEEDED FOR PAIN (0 Refills).Printed.<br>Zofran ODT 4 Milligram # 20 Tablets<br>ONE TABLET EVERY SIX HOURS PRN NAUSEA (0 Refills).Printed. |

You should follow up with the following physician 7 days for stable removal:

Physician Name: Primary Care Physician Specialty: Primary Care/Family Practice

Address: Phone:

Follow-up Notes: On 09/04/2017 this patient was treated at West Calcasieu-Cameron Hospital for Refer to Discharge Instruction List.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. I acknowledge that I have been instructed to contact the above physician(s) as indicated for continued and complete medical diagnosis, care, and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies. I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the follow-up physician indicated above.

**I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow-up care.**

[signature] 09/04/17 1534

Signature Patient/Parent/Guardian Date/Time Signature Instructed By Date/Time

West Calcasieu Cameron Hospital
West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instructions (Patient Copy)

Date: 09/04/2017
Time: 3:28 p.m.

| | | | |
|---|---|---|---|
| Treating Provider: | Timothy Quattrone, ERMD | Phone: | Fax: |
| Patient Name: | JAMES HALL | Phone: | (409)730-3420 |
| Patient Address: | 2509 DEMAREST ST<br>LAKE CHARLES , LA 70601 | | |

**Patient Discharge Instructions:**

## CONCUSSION

Concussion is a head injury that causes a transient loss of consciousness, without any serious brain lesion, injury, or complications. Most head injuries do not cause any serious problems and get better within several days. A concussion may cause a moderate headache and loss of memory surrounding the head injury event. You may experience weakness, dizziness, nausea, concentration difficulties, and depression for up to a week or more after the injury. This post-injury state is called a post-concussion syndrome and usually gets better with bed rest and mild pain medicine. If any of these symptoms last for more than a week, you will need further medical attention. See your doctor or return to the Emergency Room if symptoms last longer than one week.

**Please follow these instructions carefully:**

During the first 24 hours:

- Have an adult relative or friend stay with you. You should not be left alone.
- If you were knocked out, someone should wake you every 2 hours and check for confusion.
- Eat and drink very little. Clear liquids are best if your stomach is upset. A clear liquid is one you can see through (water, weak tea, broth or bouillon, ginger ale, jello, Kool-Aid, Gatorade, apple juice, popsicles or ice chips).
- Do not drink alcoholic beverages, including beer and wine.
- Get plenty of rest over the next 2-3 days.
- Do not take sedatives, tranquilizers or other medicine that makes you sleepy unless told to by your doctor.
- Avoid medicine containing aspirin, ibuprofen (Motrin, Advil), naprosyn (Alleve) and Ketoprfen (Orudis). Use acetaminophen (Tylenol) or the medicine your doctor has recommended instead
- Do not drive or operate machinery.
- No heavy lifting or straining.
- No contact sports for two weeks and only then if you have no symptoms and the activity is approved by your doctor.
- For Children: Expect some increased sleepiness after a head injury. This is normal. Your child may fall asleep as soon as you leave the emergency department. If your child was unconscious or knocked out, wake and check your child at least every 2 hours or often as directed to by the doctor.

Return to the Emergency Department or see your own doctor right away if any problems develop, including the following:

- Throwing up.
- Confusion, drowsiness or any change in alertness.
- Loss of memory.
- Dizziness or fainting.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital
West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instructions (Patient Copy)

Date: 09/04/2017
Time: 3:28 p.m.

| | | | | | |
|---|---|---|---|---|---|
| Treating Provider: | Timothy Quattrone, ERMD | Phone: | | Fax: | |
| Patient Name: | JAMES HALL | Phone: | (409)730-3420 | | |
| Patient Address: | 2509 DEMAREST ST<br>LAKE CHARLES , LA 70601 | | | | |

**Patient Discharge Instructions:**

- Trouble walking or staggering. Trouble speaking or slurred speech.
- Your headache gets worse or feels different.
- Convulsions or seizures. These are twitching or jerking movements of the eyes, arms, legs or body.
- A change in the size of one pupil (black part of your eye) as compared to the other eye.
- Weakness or numbness of an arm or leg.
- Stiff neck or fever.
- Blurry vision, double vision or other problems with your eyesight.
- Bleeding or clear liquid drainage from your ears or nose.
- Very sleepy (more than expected) or hard to wake up.
- Anything else that worries you.
- Your or your child's condition worsens in any other way.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital

West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instructions (Patient Copy)

Date: 09/04/2017
Time: 3:28 p.m.

| | | | | | |
|---|---|---|---|---|---|
| Treating Provider: | Timothy Quattrone, ERMD | Phone: | | Fax: | |
| Patient Name: | JAMES HALL | Phone: | (409)730-3420 | | |
| Patient Address: | 2509 DEMAREST ST<br>LAKE CHARLES , LA 70601 | | | | |

**Patient Discharge Instructions:**

## NARCOTIC MEDICATIONS

You have been prescribed narcotic. Narcotic medicines are used to relieve pain. Some examples of narcotic medicines include the following:

- Codeine (Tylenol #2, #3 - cough syrup)
- Propoxyphene (Darvocet, Darvon)

This drug may cause drowsiness; therefore, be sure to take it only as directed.

**How To Take This Medication:**

1. If this medicine makes your stomach upset, take it with food.
2. Pain medicine should be taken only if needed at the times prescribed. If you are not having pain, do not take the medicine, unless you are advised to do so by your doctor.
3. Narcotic medicines can be habit forming; therefore, take this medicine only as directed. Do not take more of it, do not take it more often, and do not take it for a longer period of time than directed.

**What You Should Watch Out For:**

Possible Side Effects:

- If you experience dizziness or drowsiness, take a smaller dose by breaking a pill in half or taking it less often.
- If you develop constipation, drink lots of liquids, use small doses of a mild laxative like Milk of Magnesia as needed, and add fiber to your diet.

Possible Allergic Reactions: Rash, itching, swelling, and trouble breathing or swallowing are all signs of an allergic reaction. You should contact your doctor or return to this facility immediately if any of these occur.

Medical Conditions: Before you begin to take this medicine, be sure your doctor knows if you have any of the following conditions:

- Prostate enlargement.
- Pregnancy or breast-feeding.

Possible Drug Interactions: This drug may cause increased side effects when taken with alcohol, muscle relaxant, sedative, tricyclic antidepressants, MAO-inhibitor, or another pain medicine. Make sure your doctor knows what other medicines you are taking.

Note These Warnings:

-Do not drive, ride a bicycle, operate dangerous equipment, climb a ladder, or do any other activity where you must concentrate and might be injured for at least 12 hours after taking this medicine, until you know how it will affect you.

- Prolonged use of this medicine can be habit forming and may lead to addiction.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital

West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instructions (Patient Copy)

Date: 09/04/2017
Time: 3:28 p.m.

| | | | | | |
|---|---|---|---|---|---|
| Treating Provider: | Timothy Quattrone, ERMD | Phone: | | Fax: | |
| Patient Name: | JAMES HALL | Phone: | (409)730-3420 | | |
| Patient Address: | 2509 DEMAREST ST<br>LAKE CHARLES , LA 70601 | | | | |

**Patient Discharge Instructions:**

- Tell your doctor what other medicines you are taking.

**Stop taking this medication** and call your doctor or return to this facility right away if you experience any of these problems:

- Hives or itching.
- Confusion, dizziness, or lightheadedness.
- A worsening of your condition in any other way.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital
West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instructions (Patient Copy)

Date: 09/04/2017
Time: 3:28 p.m.

| | | | | | |
|---|---|---|---|---|---|
| Treating Provider: | Timothy Quattrone, ERMD | Phone: | | Fax: | |
| Patient Name: | JAMES HALL | Phone: | (409)730-3420 | | |
| Patient Address: | 2509 DEMAREST ST<br>LAKE CHARLES , LA 70601 | | | | |

**Patient Discharge Instructions:**

**STAPLE WOUND CLOSURE**

Your cut has been cleaned and closed with skin staples. Bacteria, dirt and debris can be dragged into this wound increasing the risk of infection. However, antibiotics are usually not prescribed for this injury unless signs of infection are already present. Therefore, it is important to observe the wound closely for the signs of infection listed below.

**Follow These Instructions Carefully:**

1. Rest and elevate the injured part until all the pain and swelling are gone.
2. Keep the area around your staples clean and dry.
3. As your cut heals, you may leave it open to the air and clean it daily with water or half-strength peroxide.
4. Do not soak your wound in water for long periods.
5. You may need a tetanus booster if you have not had one within the past 5 years. Check with your doctor about this.
6. You may take acetaminophen (Tylenol) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**Follow up** with your doctor or this facility as advised by our staff. See your doctor or return to this facility to have your staples removed in _____ days.

**Return to this facility immediately** or contact your doctor if you experience any of the following:

- Unusual redness or swelling around the cut.
- Increasing pain or tenderness.
- Pus drainage.
- A worsening of your condition in any other way.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital

West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instructions (Patient Copy)

Date: 09/04/2017
Time: 3:28 p.m.

| | | | | |
|---|---|---|---|---|
| Treating Provider: | Timothy Quattrone, ERMD | Phone: | | Fax: |
| Patient Name: | JAMES HALL | Phone: | (409)730-3420 | |
| Patient Address: | 2509 DEMAREST ST<br>LAKE CHARLES , LA 70601 | | | |

**Patient Discharge Instructions:**

## WOUND CARE - SCALP LACERATION

You have been treated for a laceration of your scalp. A laceration is a cut through the skin. This will require stitches or staples, if it is deep.

**Follow These Instructions Carefully:**

1. During the first two days, you may carefully rinse your hair in the shower to remove blood, glass, or dirt particles. After two days, you may shower and shampoo your hair normally. Do not touch the stitches or staples.
2. Have someone help you clean your wound every day:
- Wash the area with soap and water. Use Hydrogen Peroxide on a cotton swab (Q tip) to loosen and remove any blood or crust that forms.
- After cleaning, apply a thin layer of Neosporin or Bacitracin ointment. This will keep the wound clean and make it easier to remove the stitches.
- Reapply the bandage.
3. Do not put your head under water (no swimming) until the stitches have been removed.
4. You may take acetaminophen (Tylenol) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**Follow up** with your doctor or this facility as advised by our staff. Most scalp wounds heal within 7 days; however, an infection can sometimes occur; therefore, check the wound daily for the warning signs listed below. Stitches or staples should be removed from the scalp in 8 to 10 days.

**Return to this facility immediately** or contact your doctor if you experience any of the following signs of infection:
- Increasing pain in the wound.
- Redness, swelling, or pus coming from the wound.
- Fever over 100.0 (oral).
- Sutures or staples that open or fall out before 5 days.
- Wound edges that re-open.
- A worsening of your condition in any other way.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital
West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instruction (Chart Copy)

Date: 09/04/2017 Time: 3:28 p.m.

Treating Provider: Timothy Quattrone, ERMD Phone: Fax:

Patient Name: JAMES HALL Phone: (409)730-3420

Patient Address: 2509 DEMAREST ST
LAKE CHARLES , LA 70601

**Patient Discharge Instructions:**

## CONCUSSION

Concussion is a head injury that causes a transient loss of consciousness, without any serious brain lesion, injury, or complications. Most head injuries do not cause any serious problems and get better within several days. A concussion may cause a moderate headache and loss of memory surrounding the head injury event. You may experience weakness, dizziness, nausea, concentration difficulties, and depression for up to a week or more after the injury. This post-injury state is called a post-concussion syndrome and usually gets better with bed rest and mild pain medicine. If any of these symptoms last for more than a week, you will need further medical attention. See your doctor or return to the Emergency Room if symptoms last longer than one week.

**Please follow these instructions carefully:**

During the first 24 hours:

- Have an adult relative or friend stay with you. You should not be left alone.
- If you were knocked out, someone should wake you every 2 hours and check for confusion.
- Eat and drink very little. Clear liquids are best if your stomach is upset. A clear liquid is one you can see through (water, weak tea, broth or bouillon, ginger ale, jello, Kool-Aid, Gatorade, apple juice, popsicles or ice chips).
- Do not drink alcoholic beverages, including beer and wine.
- Get plenty of rest over the next 2-3 days.
- Do not take sedatives, tranquilizers or other medicine that makes you sleepy unless told to by your doctor.
- Avoid medicine containing aspirin, ibuprofen (Motrin, Advil), naprosyn (Alleve) and Ketoprfen (Orudis). Use acetaminophen (Tylenol) or the medicine your doctor has recommended instead
- Do not drive or operate machinery.
- No heavy lifting or straining.
- No contact sports for two weeks and only then if you have no symptoms and the activity is approved by your doctor.
- For Children: Expect some increased sleepiness after a head injury. This is normal. Your child may fall asleep as soon as you leave the emergency department. If your child was unconscious or knocked out, wake and check your child at least every 2 hours or often as directed to by the doctor.

Return to the Emergency Department or see your own doctor right away if any problems develop, including the following:

- Throwing up.
- Confusion, drowsiness or any change in alertness.
- Loss of memory.
- Dizziness or fainting.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital
West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instruction (Chart Copy)

Date: 09/04/2017 Time: 3:28 p.m.

Treating Provider: Timothy Quattrone, ERMD Phone: Fax:

Patient Name: JAMES HALL Phone: (409)730-3420

Patient Address: 2509 DEMAREST ST
LAKE CHARLES , LA 70601

**Patient Discharge Instructions:**

- Trouble walking or staggering. Trouble speaking or slurred speech.
- Your headache gets worse or feels different.
- Convulsions or seizures. These are twitching or jerking movements of the eyes, arms, legs or body.
- A change in the size of one pupil (black part of your eye) as compared to the other eye.
- Weakness or numbness of an arm or leg.
- Stiff neck or fever.
- Blurry vision, double vision or other problems with your eyesight.
- Bleeding or clear liquid drainage from your ears or nose.
- Very sleepy (more than expected) or hard to wake up.
- Anything else that worries you.
- Your or your child's condition worsens in any other way.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital

West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instruction (Chart Copy)

Date: 09/04/2017 Time: 3:28 p.m.

| | | | |
|---|---|---|---|
| Treating Provider: | Timothy Quattrone, ERMD | Phone: | Fax: |
| Patient Name: | JAMES HALL | Phone: | (409)730-3420 |
| Patient Address: | 2509 DEMAREST ST<br>LAKE CHARLES , LA 70601 | | |

**Patient Discharge Instructions:**

**NARCOTIC MEDICATIONS**

You have been prescribed narcotic. Narcotic medicines are used to relieve pain. Some examples of narcotic medicines include the following:
- Codeine (Tylenol #2, #3 - cough syrup)
- Propoxyphene (Darvocet, Darvon)

This drug may cause drowsiness; therefore, be sure to take it only as directed.

**How To Take This Medication:**
1. If this medicine makes your stomach upset, take it with food.
2. Pain medicine should be taken only if needed at the times prescribed. If you are not having pain, do not take the medicine, unless you are advised to do so by your doctor.
3. Narcotic medicines can be habit forming; therefore, take this medicine only as directed. Do not take more of it, do not take it more often, and do not take it for a longer period of time than directed.

**What You Should Watch Out For:**

Possible Side Effects:
- If you experience dizziness or drowsiness, take a smaller dose by breaking a pill in half or taking it less often.
- If you develop constipation, drink lots of liquids, use small doses of a mild laxative like Milk of Magnesia as needed, and add fiber to your diet.

Possible Allergic Reactions: Rash, itching, swelling, and trouble breathing or swallowing are all signs of an allergic reaction. You should contact your doctor or return to this facility immediately if any of these occur.

Medical Conditions: Before you begin to take this medicine, be sure your doctor knows if you have any of the following conditions:
- Prostate enlargement.
- Pregnancy or breast-feeding.

Possible Drug Interactions: This drug may cause increased side effects when taken with alcohol, muscle relaxant, sedative, tricyclic antidepressants, MAO-inhibitor, or another pain medicine. Make sure your doctor knows what other medicines you are taking.

Note These Warnings:
-Do not drive, ride a bicycle, operate dangerous equipment, climb a ladder, or do any other activity where you must concentrate and might be injured for at least 12 hours after taking this medicine, until you know how it will affect you.
- Prolonged use of this medicine can be habit forming and may lead to addiction.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital
West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instruction
## (Chart Copy)

Date: 09/04/2017 Time: 3:28 p.m.

| | | | | |
|---|---|---|---|---|
| Treating Provider: | Timothy Quattrone, ERMD | Phone: | | Fax: |
| Patient Name: | JAMES HALL | Phone: | (409)730-3420 | |
| Patient Address: | 2509 DEMAREST ST<br>LAKE CHARLES , LA 70601 | | | |

**Patient Discharge Instructions:**

- Tell your doctor what other medicines you are taking.

**Stop taking this medication** and call your doctor or return to this facility right away if you experience any of these problems:

- Hives or itching.
- Confusion, dizziness, or lightheadedness.
- A worsening of your condition in any other way.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital
West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instruction (Chart Copy)

Date: 09/04/2017 Time: 3:28 p.m.

| | | | | | |
|---|---|---|---|---|---|
| Treating Provider: | Timothy Quattrone, ERMD | Phone: | | Fax: | |
| Patient Name: | JAMES HALL | Phone: | (409)730-3420 | | |
| Patient Address: | 2509 DEMAREST ST<br>LAKE CHARLES , LA 70601 | | | | |

**Patient Discharge Instructions:**

## STAPLE WOUND CLOSURE

Your cut has been cleaned and closed with skin staples. Bacteria, dirt and debris can be dragged into this wound increasing the risk of infection. However, antibiotics are usually not prescribed for this injury unless signs of infection are already present. Therefore, it is important to observe the wound closely for the signs of infection listed below.

**Follow These Instructions Carefully:**

1. Rest and elevate the injured part until all the pain and swelling are gone.
2. Keep the area around your staples clean and dry.
3. As your cut heals, you may leave it open to the air and clean it daily with water or half-strength peroxide.
4. Do not soak your wound in water for long periods.
5. You may need a tetanus booster if you have not had one within the past 5 years. Check with your doctor about this.
6. You may take acetaminophen (Tylenol) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**Follow up** with your doctor or this facility as advised by our staff. See your doctor or return to this facility to have your staples removed in ______ days.

**Return to this facility immediately** or contact your doctor if you experience any of the following:

- Unusual redness or swelling around the cut.
- Increasing pain or tenderness.
- Pus drainage.
- A worsening of your condition in any other way.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital

West Calcasieu-Cameron Hospital
701 E Cypress St
Sulphur, LA 70663
(337) 527-7034

# Discharge Instruction (Chart Copy)

Date: 09/04/2017 Time: 3:28 p.m.

| | | | |
|---|---|---|---|
| Treating Provider: | Timothy Quattrone, ERMD | Phone: | Fax: |
| Patient Name: | JAMES HALL | Phone: | (409)730-3420 |
| Patient Address: | 2509 DEMAREST ST<br>LAKE CHARLES , LA 70601 | | |

**Patient Discharge Instructions:**

**WOUND CARE - SCALP LACERATION**

You have been treated for a laceration of your scalp. A laceration is a cut through the skin. This will require stitches or staples, if it is deep.

**Follow These Instructions Carefully:**

1. During the first two days, you may carefully rinse your hair in the shower to remove blood, glass, or dirt particles. After two days, you may shower and shampoo your hair normally. Do not touch the stitches or staples.
2. Have someone help you clean your wound every day:
- Wash the area with soap and water. Use Hydrogen Peroxide on a cotton swab (Q tip) to loosen and remove any blood or crust that forms.
- After cleaning, apply a thin layer of Neosporin or Bacitracin ointment. This will keep the wound clean and make it easier to remove the stitches.
- Reapply the bandage.
3. Do not put your head under water (no swimming) until the stitches have been removed.
4. You may take acetaminophen (Tylenol) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**Follow up** with your doctor or this facility as advised by our staff. Most scalp wounds heal within 7 days; however, an infection can sometimes occur; therefore, check the wound daily for the warning signs listed below. Stitches or staples should be removed from the scalp in 8 to 10 days.

**Return to this facility immediately** or contact your doctor if you experience any of the following signs of infection:
- Increasing pain in the wound.
- Redness, swelling, or pus coming from the wound.
- Fever over 100.0 (oral).
- Sutures or staples that open or fall out before 5 days.
- Wound edges that re-open.
- A worsening of your condition in any other way.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

West Calcasieu Cameron Hospital

Script 1 of 2
59820170904152859892
September 04, 2017

Patient: HALL, JAMES Age: 43
Address: 2509 DEMAREST ST
LAKE CHARLES, LA 70601

Provider: Timothy Quattrone, ERMD
Address: 701 E Cypress St
Sulphur, LA 70663
Phone: (337) 527-7034
State ID: 4099779 NPI: 1588618664

Rx
Percocet
Oral Tablet
10-325 Milligram
1 TABLET EVERY 6 HOURS AS NEEDED FOR PAIN

Dispense Amount: 20 (Twenty) Tablets
Subs Permitted: Yes
Refill: 0 (Zero) times

*Pharmacist: Please dispense appropriate size/amounts.*

Timothy Quattrone, ERMD DEA#: BQ1859137

Powered by ScriptRx

WCCH
West Calcasieu Cameron Hospital

Script 2 of 2
59820170904152900048
September 04, 2017

Patient: HALL, JAMES Age: 43
Address: 2509 DEMAREST ST
LAKE CHARLES, LA 70601

Provider: Timothy Quattrone, ERMD
Address: 701 E Cypress St
Sulphur, LA 70663
Phone: (337) 527-7034
State ID: 4099779 NPI: 1588618664

Rx

Zofran ODT
Oral Tablet Dispersible
4 Milligram

ONE TABLET EVERY SIX HOURS PRN NAUSEA

Dispense Amount: 20 (Twenty) Tablets
Subs Permitted: Yes
Refill: 0 (Zero) times

***Pharmacist: Please dispense appropriate size/amounts.***

T Quattrone

Timothy Quattrone, ERMD DEA#: BQ1859137

Powered by ScriptRx

West Calcasieu Cameron Hospital — EMERGENCY - ***Patient Registration***

| ACCOUNT NO. | ADMIT DATE/TIME | DC DATE/TIME | DC STATUS CODE | TYPE | RM/BD | DOB | ARRIVAL MODE | AC |
|---|---|---|---|---|---|---|---|---|
| 011730703 | 09/04/2017 13:33 | | | EMERGENCY | ER07-A | 10/07/1973 | AMBULANCE | hcailloue t |

| MED RECD NO. | ADVANCED DIRECTIVES | RELIG | SRC | FC | M/S | SEX | LANGUAGE | RACE | AGE |
|---|---|---|---|---|---|---|---|---|---|
| 2000081422 | Patient does not have living will | NR | ER | OT | D | M | English | WHITE | 43Y |

| NAME & ADDRESS | PHONE | SOC. SEC NO | EMP STATUS | EMPLOYER NAME AND ADDRESS | PHONE |
|---|---|---|---|---|---|
| HALL, JAMES MICHAEL<br>2509 DEMAREST ST<br>LAKE CHARLES, LA 70601 | (409)730-3420 | 283765686 | Employed full time | MARTINS PAINT AND BODY<br>HWY 90<br>LAKE CHARLES, LA 70605 | 437-7666 |

**PRESENTING COMPLAINT**
MVC - Car/NO PCP

| | |
|---|---|
| **Admitting Physician:** | QUATTRONE , TIMOTHY |
| **Attending Physician:** | QUATTRONE , TIMOTHY |
| **Family Physician:** | NO FAMILY PHYSICIAN , NFP |
| **Emergency Physician:** | QUATTRONE , TIMOTHY |

| RELATIVE NAME AND ADDRESS | PHONE | RELATION | OTHER REL./SIG. OTHER ADDR | PHONE | REL |
|---|---|---|---|---|---|
| , | | | NO CONTACT, NO CONTACT | (000)000-0000 | Other |

| GUARANTOR NAME AND ADDRESS | PHONE | SOC. SEC NO. |
|---|---|---|
| HALL, JAMES<br>2509 DEMAREST ST<br>LAKE CHARLES, LA 70601 | (409)730-3420 | 283765686 |

**INSURANCE**

| Primary Ins. Name | Carrier Code | Group # | Certificate # | Insured | REL. | Pre-Cert # |
|---|---|---|---|---|---|---|
| PENDING INSURANCE MVC<br>701 CYPRESS<br>SULPHUR LA 70663<br>(000)000-0000 | PEND | | | HALL, JAMES MICHAEL<br>DOB:10/07/1973<br>SSN:283765686 | Patient is Insured | |
| **Secondary Ins. Name** | **Carrier Code** | **Group #** | **Certificate #** | **Insured** | **REL.** | |
| SELF PAY<br>701 E CYPRESS ST<br>SULPHUR LA 70663<br>(337)527-0000 | S48300 | | 283765686 | HALL, JAMES MICHAEL<br>DOB:10/07/1973<br>SSN:283765686 | Patient is Insured | |
| **Tertiary Ins. Name** | **Carrier Code** | **Group #** | **Certificate #** | **Insured** | **REL.** | |
| | | | | DOB:<br>SSN: | | |

Visit ID #: *011730703*  Medical Record # 2000081422

*1fac*

WEST CALCASIEU CAMERON HOSPITAL

## CPOE Orders Report

09/04/2017

Patient Name: HALL, JAMES M.
Visit ID: 011730703
Birthdate: 10/07/1973 Sex: Male
Location: EMERGENCY ROOM
Current Problems:
Allergies:

Attending: QUATTRONE, TIMOTHY L., MD
Age: 44Y
Room/Bed: RM ER 7A

Med Rec No: 2000081422
Arrival Date: 09/04/2017 13:33
Discharged: 09/04/2017 15:33

---

CPOE Request: ADD — Fully Processed: ☑ Protocol
Order Code: CT002 CT Brain w/o Contrast
Type: Computer Tomography — STAT: ☑ Pregnant: No
Frequency: ONCE — Call Results? ☐ — Order Phys: QUATTRONE, TIMOTHY L., MD
Priority: Stat — Entered By: JONES, ANGELA K., APRN
Side: Transport: Stretcher
Prep: — Start Date: — Stop Date: — Qty Today: 0
\# Days: — Total Qty:
Instructions:
Rsn/Indication:
Rsn/Ind Text: mvc-altered LOC

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 1654525 | 1 | CT Brain w/o Contrast | 09/04/2017 14:00 | 09/04/2017 14:00 | 09/04/2017 13:51 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Submitted by | 09/04/2017 13:51 | JONES, ANGELA K., APRN | |
| Protocol Electronically Signed by | 09/04/2017 14:04 | QUATTRONE, TIMOTHY L., MD | |

---

CPOE Request: ADD — Fully Processed: ☑ Verbal
Order Code: CT013 CT Cervical Spine
Type: Computer Tomography — STAT: ☑ Pregnant: No
Frequency: ONCE — Call Results? ☐ — Order Phys: QUATTRONE, TIMOTHY L., MD
Priority: Stat — Entered By: JONES, ANGELA K., APRN
Side: Transport: Stretcher — Read Back & Verified: 09/04/2017 13:59
Prep: — Start Date: — Stop Date: — Qty Today: 0
\# Days: — Total Qty:
Instructions:
Rsn/Indication:
Rsn/Ind Text: MVC

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 1654526 | 2 | CT Cervical Spine | 09/04/2017 14:45 | 09/04/2017 14:45 | 09/04/2017 13:59 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Submitted by | 09/04/2017 13:59 | JONES, ANGELA K., APRN | |
| Verbal Electronically Signed by | 09/04/2017 14:04 | QUATTRONE, TIMOTHY L., MD | |

WEST CALCASIEU CAMERON HOSPITAL
CPOE Orders Report
09/04/2017

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | HALL, JAMES M. | | | Med Rec No: | 2000081422 |
| Visit ID: | 011730703 | Attending: | QUATTRONE, TIMOTHY L., MD | Arrival Date: | 09/04/2017 13:33 |
| Birthdate: | 10/07/1973 Sex: Male | Age: | 44Y | Discharged: | 09/04/2017 15:33 |
| Location: | EMERGENCY ROOM | Room/Bed: | RM ER 7A | | |
| Current Problems: | | | | | |
| Allergies: | | | | | |

CPOE Request: ADD — Fully Processed: ☑ Verbal
Order Code: CT020 CT Chest
Type: Computer Tomography — STAT: ☑ Pregnant: No
Frequency: ONCE — Call Results? ☐ — Order Phys: QUATTRONE, TIMOTHY L., MD
Priority: Stat — Entered By: JONES, ANGELA K., APRN
Side: Transport: Stretcher — Read Back & Verified: 09/04/2017 13:59
Prep: CT Thorax Prep — Start Date: — Stop Date: — Qty Today: 0
\# Days: — Total Qty:

Instructions:

Rsn/Indication:
Rsn/Ind Text: MVC

| CPOE # | Order # | Order Description | Start Date | Stop Date | Order Processed |
|---|---|---|---|---|---|
| 1654527 | 3 | CT Chest | 09/04/2017 14:15 | 09/04/2017 14:15 | 09/04/2017 13:59 |

| Activity Type | Activity Date | Performed By | Reason for Deferral or Cancellation |
|---|---|---|---|
| Submitted by | 09/04/2017 13:59 | JONES, ANGELA K., APRN | |
| Verbal Electronically Signed by | 09/04/2017 14:04 | QUATTRONE, TIMOTHY L., MD | |

Ordering Physicians:
tqua QUATTRONE, TIMOTHY L., MD

West Calcasieu Cameron Hospital
*Your Need. Our Commitment.*

**701 E. Cypress St., Sulphur, LA 70663 Phone: 337-527-4256**
## Diagnostic Imaging Department

**Patient Name:** HALL, JAMES MICHAEL **Procedure #:** 400374

**Med Rec #:** 2000081422
**Patient Location:** Emergency Department
**DOB:** 10/07/1973 **Gender:** M **Age:** 43Y
**Visit ID:** 011730703
**Patient Type:** EMERGENCY
**Phone:** (409)730-3420

**Exam Reason:** mvc-altered LOC
**Order Phys:** QUATTRONE, TIMOTHY L **Read By:** BRDLIK, MD, CHARLES J
**Family Phys:** NO FAMILY PHYSICIAN, NFP
**Procedure:** 09/04/17 14:00 CT Brain w/o Contrast

CLINICAL HISTORY:
MVA

TECHNIQUE:
Acquisition: Helical scan slices were obtained from the skull base to the vertex.
Reconstruction: Axial, sagittal and coronal.
Contrast:
IV:No contrast was administered for the exam.
Phases: Non-contrasted.
Limitations: Diagnostic images.
Estimated radiation dose: 2.3 mSv.
*All CT scans at this facility use dose modulation and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

COMPARISON:
No prior relevant studies are available.

FINDINGS:
Cerebral parenchyma:Normal. No acute hemorrhage, mass effect or infarct is seen. No midline shift is seen.

Cerebellum and brainstem:Normal.

Ventricles:Normal. They are symmetric and proportional to the volume of brain parenchyma.

Basal cisterns and extra-axial CSF spaces:Normal.

**Transcribed: 09/04/2017 14:35 By: BRDLIK, MD, CHARLES J.** **Visit ID: 011730703**

***Confidentiality Notice:*** The information contained in this facsimile may be privileged and confidential. It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

West Calcasieu Cameron Hospital
*Your Need, Our Commitment*

701 E. Cypress St., Sulphur, LA 70663 Phone: 337-527-4256

## Diagnostic Imaging Department

**Patient Name:** HALL, JAMES MICHAEL **Procedure #:** 400374

Skull base, sella and calvarium:Normal.

Vessels:Normal.

Orbits:Normal.Limited exam.

Paranasal sinuses and mastoids:Normal.

Additional findings:
1. A scalp hematoma is noted in the right parietal region.

IMPRESSION:

RIGHT PARIETAL SCALP HEMATOMA.

NO INTRACRANIAL PATHOLOGY.

**Electronically Approved By: CHARLES J. BRDLIK, MD**
Date: 09/04/2017 14:35

**Transcribed: 09/04/2017 14:35 By: BRDLIK, MD, CHARLES J.** **Visit ID: 011730703**

***Confidentiality Notice:*** The information contained in this facsimile may be privileged and confidential. It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

West Calcasieu Cameron Hospital
*Your Need, Our Commitment.*

701 E. Cypress St., Sulphur, LA 70663 Phone: 337-527-4256

## Diagnostic Imaging Department

**Patient Name:** HALL, JAMES MICHAEL **Procedure #:** 400376

**Med Rec #:** 2000081422 **Visit ID:** 011730703
**Patient Location:** Emergency Department **Patient Type:** EMERGENCY
**DOB:** 10/07/1973 **Gender:** M **Age:** 43Y **Phone:** (409)730-3420

**Exam Reason:** MVC
**Order Phys:** QUATTRONE, TIMOTHY L **Read By:** BRDLIK, MD, CHARLES J
**Family Phys:** NO FAMILY PHYSICIAN, NFP
**Procedure:** 09/04/17 14:45 CT Cervical Spine

CLINICAL HISTORY:
MVA

TECHNIQUE:
Coverage: Contiguous scan slices were obtained from the skull base to the thoracic region.
Contrast: None given.
Reconstructions: axial, coronal and sagittal reconstructions of the data set were obtained.
Technical limitations: No technical limitations.
Radiation dose: 2.1 mSv.
*All CT scans at this facility use dose modulation and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

COMPARISON:
No prior relevant studies are available.

FINDINGS:
Alignment: There is reversal of the normal lordotic curvature from C2 down to C7. This may be positional in nature, however, muscle spasm cannot be excluded as the etiology.

Vertebrae: Normal.

Posterior fossa: Normal.

Craniocervical junction, C1 and C2: Normal.

**Transcribed: 09/04/2017 14:38 By: BRDLIK, MD, CHARLES J.** **Visit ID: 011730703**

*Confidentiality Notice:* The information contained in this facsimile may be privileged and confidential. It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

West Calcasieu Cameron Hospital
*Your Need, Our Commitment.*

701 E. Cypress St., Sulphur, LA 70663 Phone: 337-527-4256

## Diagnostic Imaging Department

**Patient Name:** HALL, JAMES MICHAEL **Procedure #:** 400376

C2-C3: Degenerative changes noted in the posterior facets and in the left uncovertebral region. There is mild to moderate narrowing of the left neural foramen. The central canal is normally maintained.

C3-C4: The disc appears normal. Degenerative changes noted in the facets. The central canal and neural foramen appear normal.

C4-C5: The disc appears normal. No significant degenerative changes are seen. The central canal and neural foramen appear normal.

C5-C6: Loss of disc space height with circumferential osteophytic ridging off the vertebrae is seen. This causes narrowing of the central canal. Degenerative changes are also noted in the uncovertebral region and posterior facets causing moderate narrowing of the neural foramen bilaterally.

C6-C7: Loss of disc space height with circumferential osteophytic ridging off of the vertebrae is seen. This causes mild narrowing of the central canal. Degenerative changes are also noted in the posterior facets and uncovertebral region causing narrowing of the neural foramen bilaterally.

C7-T1: The disc appears normal. No significant degenerative changes are seen. The central canal and neural foramen appear normal.

Spinal cord: Limited evaluation. No definite abnormality is seen.

Soft tissues: Normal.

Additional findings: None seen.

IMPRESSION:

1.
MULTILEVEL DEGENERATIVE CHANGES.

**Electronically Approved By: CHARLES J. BRDLIK, MD**

**Transcribed: 09/04/2017 14:38 By: BRDLIK, MD, CHARLES J.** **Visit ID: 011730703**

***Confidentiality Notice:*** The information contained in this facsimile may be privileged and confidential. It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

West Calcasieu Cameron Hospital
*Your Need, Our Commitment*

**701 E. Cypress St., Sulphur, LA 70663 Phone: 337-527-4256**

## Diagnostic Imaging Department

**Patient Name:** HALL, JAMES MICHAEL **Procedure #:** 400376

Date: 09/04/2017 14:38

**Transcribed: 09/04/2017 14:38 By: BRDLIK, MD, CHARLES J.** **Visit ID: 011730703**

***Confidentiality Notice:*** The information contained in this facsimile may be privileged and confidential. It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

West Calcasieu Cameron Hospital
*Your Need, Our Commitment.*

701 E. Cypress St., Sulphur, LA 70663 Phone: 337-527-4256

## Diagnostic Imaging Department

**Patient Name:** HALL, JAMES MICHAEL **Procedure #:** 400375

**Med Rec #:** 2000081422
**Patient Location:** Emergency Department
**DOB:** 10/07/1973 **Gender:** M **Age:** 43Y
**Visit ID:** 011730703
**Patient Type:** EMERGENCY
**Phone:** (409)730-3420

**Exam Reason:** MVC
**Order Phys:** QUATTRONE, TIMOTHY L
**Family Phys:** NO FAMILY PHYSICIAN, NFP
**Procedure:** 09/04/17 14:15 CT Chest
**Read By:** BRDLIK, MD, CHARLES J

CLINICAL HISTORY:
MVA with chest pain

TECHNIQUE:
Acquisition: Apex of the lungs through the diaphragms.
Reconstructions: Axial, sagittal and coronal reconstructions.
Contrast:
IV:80 cc's of Optiray 300.
Other:
Limitations: No technical limitations.
Radiation dose: 8.7 mSv.
*All CT scans at this facility use dose modulation and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

COMPARISON:
No prior relevant studies are available.

FINDINGS:
Lungs and large airways:Normal.

Pleura:Normal.

Heart:Normal.

Vessels:Normal.

Mediastinal and hilar structures:Normal.

Chest wall, axial and lower neck:Normal.


***Confidentiality Notice:*** The information contained in this facsimile may be privileged and confidential. It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

West Calcasieu Cameron Hospital
*Your Need, Our Commitment.*

**701 E. Cypress St., Sulphur, LA 70663 Phone: 337-527-4256**

## Diagnostic Imaging Department

**Patient Name:** HALL, JAMES MICHAEL **Procedure #:** 400375

Upper abdomen:Normal.

Osseous structures:Normal.

Additional findings: None seen.

IMPRESSION:

NEGATIVE EXAM.

**Electronically Approved By: CHARLES J. BRDLIK, MD**
Date: 09/04/2017 14:39

**Transcribed: 09/04/2017 14:39 By: BRDLIK, MD, CHARLES J.** **Visit ID: 011730703**

***Confidentiality Notice:*** The information contained in this facsimile may be privileged and confidential. It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

LAKE CHARLES URGENT CARE

## CERTIFICATION OF MEDICAL RECORDS/BILLS

STATE OF LOUISIANA

I, **Amber Baltazar**, do hereby certify that this document is a true and correct copy of the original(s) thereof, consisting of **12** page(s), being a reproduction thereof from the records on file with the undersigned, in accordance with Louisiana Revised Statute **40:1165.1.**

Baton Rouge, Louisiana, this **23** of the month of **October 2017**

Signature [signature]
Print Name **Amber Baltazar**
Name of Business Lake Charles Urgent Care
Title Medical Records Department
Address 10319 Jefferson Hwy.
Baton Rouge, Louisiana 70809
Phone Number 225-239-7190 ext 4095
Name of Patient **James Hall**

1905 Country Club Road, Lake Charles, La 70605, Ph (337) 990-8000 Fax (337) 990-8010

**Patient:** James Hall (DOB:10/7/1973)
(Phone: 409-730-3240)
**Seen On:** 09/11/2017 by Lauren Hay, NP Supervised By: Melvin Marque III, MD

**Seen At:** Lake Charles Urgent Care- Ryan St, 2400 Ryan Street, Lake Charles, LA 70601-7322; Phone: 337-433-1260; Fax: 337-433-3455
**PCP:**

The data contained in this FAX is HIGHLY CONFIDENTIAL. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as such.

**Chief Complaint:** Patient comes in today for a staple removal, MVA/MCA, Thumb injury, Knee pain , Knee pain, Neck pain, Back pain and Headache. (SOURCE: Patient)

**Family History:** Family History is unremarkable

**Exam:**
General - NORMAL: Well developed, No acute distress, Appears to be well nourished, Normal hygiene, Patient appears non-toxic
Skin, Hair, Nails - NORMAL: Normal Inspection of Skin and SC Tissue, Normal skin temperature upon palpation, No rashes noted
Head - NORMAL: Normocephalic, Face is grossly normal, No evidence of trauma
Eyes - NORMAL: Eyes grossly unremarkable to examination
Ears - NORMAL: Normal TMs, Normal Pinnae, Normal External canal
Nose - NORMAL: Normal nasal mucosa, Nasal discharge absent, No septal deviation, Normal nostril(s) noted
Oral pharynx - NORMAL: Lips are normal, Tongue is normal, Gingiva are normal, Tonsils are normal, Soft palate is normal, Oral mucosa is normal, Posterior pharynx are normal, Uvula midline, no abscess present, No exudate present
Neck - NORMAL: No deformity of neck, Neck is supple, Full cervical range of motion noted; ABNORMAL: C5-6 tenderness
Chest/Lungs - NORMAL: No signs of respiratory distress, Breath sounds are normal upon exam, No wheezing auscultated upon exam, No Rhonchi on auscultation, No Rales on auscultation, No crackles on auscultation, No stridor noted
Cardiac - NORMAL: Heart normal to auscultation, Normal heart rate noted, Normal rhythm noted, Normal peripheral pulses noted, Peripheral edema absent
Neurological - NORMAL: Patient is alert and oriented, Cranial nerves grossly intact bilaterally, Normal lower extremity motor function, Normal upper extremity sensory examination, Sensory exam of lower extremities normal, Deep tendon reflexes are normal, Normal gait, Coordination/balance normal

**Assessment/Plan:** **Head injury unspecified, initial encounter (959.01, S09.90xA)**
Discharge disposition: Patient discharged/transferred to a short-term general hospital for inpatient care. Recorded on 09/11/2017 3:19 PM by lsallinger.la010
Your condition is potentially life threatening. As such, we recommend that you should go to the emergency room NOW for further evaluation and treatment.



Plaintiff Trial Exhibit 4c pg 2

**Patient:** James Hall (DOB:10/7/1973)
(Phone: 409-730-3240)
**Seen On:** 09/12/2017 by Melvin Marque III, MD

**Seen At:** Lake Charles Urgent Care- Country Club, 1905 COUNTRY CLUB ROAD, LAKE CHARLES, LA 70605-5203; Phone: 337-990-8000: Fax: 337-990-8010
**PCP:**

The data contained in this FAX is HIGHLY CONFIDENTIAL. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as such.

**Chief Complaint:** Patient comes in today for a staple removal, Consult, Knee pain, Extremity Pain, Neck pain, Back pain and MVA/MCA. (SOURCE: Patient)

**Screening Questions:** Have you traveled outside of the U.S. within the past 30 days? No.

**Family History:** Family History is unremarkable

**Exam:**
General - NORMAL: Patient is oriented to time, place and person, Well developed, No acute distress, Appears to be well nourished, Affect is normal, Normal hygiene, Mood is normal, Patient responds normally to environment, Patient appears non-toxic; ABNORMAL: Pt is somewhat sluggish with his responses and forgetful but he is A/Ox4
Skin, Hair, Nails - NORMAL: Normal Inspection of Skin and SC Tissue, Normal skin temperature upon palpation, No erythema observed, No rashes noted, No abscess noted; ABNORMAL: Laceration(s) noted, scalp lac is healed without evidence of infection. Staples in place (removed by me)
Head - NORMAL: Normocephalic, Face is grossly normal; ABNORMAL: scal lac noted on skin exam. Otherwise WNL.
Eyes - NORMAL: PERRLA, Lids and lashes are normal, Normal conjunctiva, Iris appears normal, Eyes grossly unremarkable to examination
Neck - NORMAL: No deformity of neck, Neck is supple, Normal thyroid palpation, Full cervical range of motion noted, No spinal tenderness on palpation
Chest/Lungs - NORMAL: No signs of respiratory distress, Breath sounds are normal upon exam, No wheezing auscultated upon exam, No Rhonchi on auscultation, No Rales on auscultation, No crackles on auscultation, No stridor noted, Chest is clear to percussion on exam, Chest is normal to palpation on exam
Neurological - NORMAL: Patient is alert and oriented, Strength/motor skills are normal, Normal upper extremity sensory examination, Sensory exam of lower extremities normal, Normal gait
Musculoskeletal - NORMAL: Normal ROM in neck, No spasm noted in neck, Normal thoracic examination, Normal flexion, extension and rotation of lumbosacral spine, No ligamentous laxity in left knee, Normal Gait, Normal Posture, Normal strength; ABNORMAL: Tenderness in neck noted, paraspinous cervical TTP. No midline bony TTP. , Bilateral lumbosacral tenderness, Abnormal tenderness in left hand, tender at base of thumb, Mild generalized swelling in left knee, Mild generalized tenderness noted in the left knee
Dictation - MDM: Pt states the company wants him to be referred to Eric Wolf for his TBI. CT Head x 2 negative in ER at WCCH. PT is having signs of TBI but no focal neuro deficits.

**Splints/Casts:** Nurse/Medical Assistant applied a pre-fabricated thumb spica cast/splint to the left hand [finger 1 (thumb)].
Splint/cast was secured with elastic bandages. Neurovascular exam prior to placement was normal. Splint/cast was placed without difficulty. Post-placement neurovascular exam was normal. The patient tolerated the procedure well.

**Assessment/Plan:** **Head injury unspecified, initial encounter (959.01, S09.90xA)**

Recommended: [Completed by: Completed by: Shelbi Meaux]



**Plaintiff Trial Exhibit 4c pg 3**

**Patient:** James Hall (DOB:10/7/1973) (Phone: 409-730-3240)
**Seen On:** 09/12/2017 by Melvin Marque III, MD
**Seen At:** Lake Charles Urgent Care- Country Club, 1905 COUNTRY CLUB ROAD, LAKE CHARLES, LA 70605-5203; Phone: 337-990-8000: Fax: 337-990-8010
**PCP:**

The data contained in this FAX is HIGHLY CONFIDENTIAL. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as such.

Erich Wolf
Neurosurgery
1614 Wolf Circle
Lake Charles, LA 70605
(337) 497-1171

**Sprain of unspecified site of unspecified knee, initial encounter (844.9, S83.90xA)**

**Continue wearing the knee brace that your purchased.

**Unspecified sprain of left thumb, initial encounter (842.13, S63.602A)**

**Wear the splint that we provided you for the next week. If you continue to have pain, we recommend you follow up with an orthopedist.

Recommended: [Completed by: Completed by: Shelbi Meaux]
Andrew Foret
Orthopedics
1747 Imperial Blvd.
Lake Charles, LA 70605
Prescribed Percocet 7.5-325 mg tablet: Take 1 Tablet 3 times per day PRN - Pain; Total Qty: 15 (Fifteen); No refills; Allow substitutions; Earliest Fill Date: 09/12/17
* Prescription printed on 09/12/2017 09:55:26 by mmarque.la010

TRICARE Referral # ______________

## CONSENT & CHIEF COMPLAINT

Patient Name: James Hall Date of Birth: 10 / 07 / 1973

(Minors) Name of Legal Parent/Guardian: ______________

Chief Complaint: (Primary reason for your visit today) Staple removal - work up - Accident

Is Chief Complaint related to an Accident? [] No [✓] Yes (If Yes checked, please complete section below)

(Please check one if related to an accident) [] Work Related [✓] Auto [] Other Date Occurred: 9 / 4 / 2017

Pharmacy Preferred Today: Walgreens 18th St Location: Ryan / 18th St

Primary Care Physician First & Last Name: N/A Phone: (__) ___-____

How did you hear about us? [] Friend/Relative [] Online [] T.V. [] Billboard

[] Magazine/Newspaper [] Location [] Physician Referral [] Other: ______

### Consent for Treatment | Use of Protected Health Information | Financial Obligation

I hereby consent to medical evaluations, testing, and/or treatment provided by the staff of this medical facility. I understand that prior to treatments, procedures or receiving medications and vaccines I will be informed of the benefits, risk and possible side effects and allowed to ask questions for full knowledge to give informed consent. I understand that it is my responsibility to provide any information relevant to health history, possible medication interactions and allergies.

I acknowledge that I have reviewed the company Payment Policy and have been given the opportunity to ask questions and to have concerns and written request addressed. I hereby authorize the facility to accept assignment of contracted insurance benefits and I understand that I am responsible for co-insurance, co- payments, and/or deductibles at the time of service. I understand that if my insurance is a non-contracted plan (out-of-network), the facility will courtesy file the claim for services rendered and any monies received by the facility will be reimbursed to me. In the event that I have no insurance coverage, I understand that fees are due at the time of service. I understand that the facility has the right to withhold discharge paperwork and prescriptions in the event of non-payment. I understand that previous balances owed to the facility will be requested at time of registration and any outstanding balance will be billed with accrued interest. I understand that the facility may be contracted with specific Medicaid plans. If my plan is not under contract with the facility, I may elect to accept sole responsibility for the payment of services, and the facility nor I may seek reimbursement from Medicaid for charges incurred.

I understand that if the provider has ordered additional laboratory test that the collected specimens will be sent to a local laboratory for testing. The facility will forward my payer information to the laboratory, but I will be responsible for the charges incurred for these services and will receive a separate bill from the laboratory. I understand that there may be a portion of the cost of Durable Medical Equipment that is not covered by my insurance company and I will be responsible for the balance.

I understand that the company may use or disclose my Protected Health Information (PHI) necessary to carry out treatment, payment, or healthcare operations or in other instances as permitted by HIPAA. For treatment purposes, the facility may request and utilize my medication history from other health care providers or third party pharmacy benefit payers. I hereby authorize the facility to e-prescribe my prescriptions. I understand that the provider may use photographs of my injury, wound, etc. for treatment consultation or specialist referrals. I understand that I may be referred to a health care provider for follow up care and that I will be given the freedom of choice in referral selection. If I do not have an established health care provider and have no preference in selection, I understand that my PHI may be sent to an affiliated health care organization to follow up with me to help coordinate my care. I understand that my insurance may not cover the services for which I am being referred and that I should verify coverage with that provider prior to my visit.

I understand that the contact information I provide such as my physical address, phone number and email may be used to send me patient satisfaction surveys, to provide me with information on health-related benefits and services that may be of interest to me and to provide me with marketing and fundraising material. I understand that I have the right to opt out or unsubscribe to any information or materials that I may receive.
I acknowledge that I was provided the Notice of Privacy Practices, the Notice of Nondiscrimination and the Patient Rights and Responsibilities. I have been allowed the opportunity to ask questions, to file a complaint for my concerns to be addressed, to submit a special written request and to object to the release of my PHI to a specific person if I so choose.

X [signature] Self Date: 9 / 11 / 2017

Signature of Person Giving Consent Relationship
Patient/Guardian/Accompanying Adult

July 2017

LAKE CHARLES URGENT CARE

1905 Country Club Rd., Lake Charles LA 70605
p: (337) 990-8000 f: (337) 990-8010

2400 Ryan Street, Lake Charles LA 70601
p: (337) 990-8001 f: (337) 433-3455

**Discharge Instructions:**

**Date: 09/11/17**

**Patient: James M Hall**

**Head injury unspecified, initial encounter (959.01, S09.90xA)**

**Your condition is potentially life threatening. As such, we recommend that you should go to the emergency room NOW for further evaluation and treatment.**

**Discharge disposition: Patient discharged/transferred to a short-term general hospital for inpatient care.**
**Recorded on 09/11/2017 3:19 PM by lsallinger.la010**

**Patient Signature:**

**Clinical Staff Signature:**

TRICARE Referral # ____________

## CONSENT & CHIEF COMPLAINT

Patient Name: James Hall Date of Birth: 10 / 4 / 73

(Minors) Name of Legal Parent/Guardian: ____________

Chief Complaint: (Primary reason for your visit today) Staple removal | Evaluation

Is Chief Complaint related to an Accident? [] No [✓] Yes (If Yes checked, please complete section below)

(Please check one if related to an accident) [] Work Related [✓] Auto [] Other Date Occurred: 9 / 4 / 2017

Pharmacy Preferred Today: Walgreens 18th street Location: 18th street Lake Charles, LA

Primary Care Physician First & Last Name: N/A Phone: ( ) ___-____

How did you hear about us? [] Friend/Relative [✓] Online [] T.V. [] Billboard

[] Magazine/Newspaper [] Location [] Physician Referral [] Other: ____________

### Consent for Treatment | Use of Protected Health Information | Financial Obligation

I hereby consent to medical evaluations, testing, and/or treatment provided by the staff of this medical facility. I understand that prior to treatments, procedures or receiving medications and vaccines I will be informed of the benefits, risk and possible side effects and allowed to ask questions for full knowledge to give informed consent. I understand that it is my responsibility to provide any information relevant to health history, possible medication interactions and allergies.

I acknowledge that I have reviewed the company Payment Policy and have been given the opportunity to ask questions and to have concerns and written request addressed. I hereby authorize the facility to accept assignment of contracted insurance benefits and I understand that I am responsible for co-insurance, co- payments, and/or deductibles at the time of service. I understand that if my insurance is a non-contracted plan (out-of-network), the facility will courtesy file the claim for services rendered and any monies received by the facility will be reimbursed to me. In the event that I have no insurance coverage, I understand that fees are due at the time of service. I understand that the facility has the right to withhold discharge paperwork and prescriptions in the event of non-payment. I understand that previous balances owed to the facility will be requested at time of registration and any outstanding balance will be billed with accrued interest. I understand that the facility may be contracted with specific Medicaid plans. If my plan is not under contract with the facility, I may elect to accept sole responsibility for the payment of services, and the facility nor I may seek reimbursement from Medicaid for charges incurred.

I understand that if the provider has ordered additional laboratory test that the collected specimens will be sent to a local laboratory for testing. The facility will forward my payer information to the laboratory, but I will be responsible for the charges incurred for these services and will receive a separate bill from the laboratory. I understand that there may be a portion of the cost of Durable Medical Equipment that is not covered by my insurance company and I will be responsible for the balance.

I understand that the company may use or disclose my Protected Health Information (PHI) necessary to carry out treatment, payment, or healthcare operations or in other instances as permitted by HIPAA. For treatment purposes, the facility may request and utilize my medication history from other health care providers or third party pharmacy benefit payers. I hereby authorize the facility to e-prescribe my prescriptions. I understand that the provider may use photographs of my injury, wound, etc. for treatment consultation or specialist referrals. I understand that I may be referred to a health care provider for follow up care and that I will be given the freedom of choice in referral selection. If I do not have an established health care provider and have no preference in selection, I understand that my PHI may be sent to an affiliated health care organization to follow up with me to help coordinate my care. I understand that my insurance may not cover the services for which I am being referred and that I should verify coverage with that provider prior to my visit.

I understand that the contact information I provide such as my physical address, phone number and email may be used to send me patient satisfaction surveys, to provide me with information on health-related benefits and services that may be of interest to me and to provide me with marketing and fundraising material. I understand that I have the right to opt out or unsubscribe to any information or materials that I may receive.
I acknowledge that I was provided the Notice of Privacy Practices, the Notice of Nondiscrimination and the Patient Rights and Responsibilities. I have been allowed the opportunity to ask questions, to file a complaint for my concerns to be addressed, to submit a special written request and to object to the release of my PHI to a specific person if I so choose.

X [signature] ____________ Date: 9 / 12 2017

Signature of Person Giving Consent
Patient/Guardian/Accompanying Adult

Relationship

July 2017

# LAKE CHARLES URGENT CARE

1905 Country Club Rd., Lake Charles LA 70605
p: (337) 990-8000 f: (337) 990-8010

2400 Ryan Street, Lake Charles LA 70601
p: (337) 990-8001 f: (337) 433-3455

Discharge Instructions:

ravensong000@gmail.com

Date: 09/12/17

Patient: James M Hall

Head injury unspecified (959.01, S09.90xA)
Sprain of unspecified site of unspecified knee, initial encounter (844.9, S83.90xA)
Unspecified sprain of left thumb, initial encounter (842.13, S63.602A)

Recommended: [Completed by: Completed by: Shelbi Meaux]
Erich Wolf
Neurosurgery
1614 Wolf Circle
Lake Charles, LA 70605
(337) 497-1171

**Continue wearing the knee brace that your purchased.

**Wear the splint that we provided you for the next week. If you continue to have pain, we recommend you follow up with an orthopedist.

Recommended: [Completed by: Completed by: Shelbi Meaux]
Andrew Foret
Orthopedics
1747 Imperial Blvd.
Lake Charles, LA 70605

Prescribed Percocet 7.5-325 mg tablet: Take 1 Tablet 3 times per day PRN - Pain; Total Qty: 15 (Fifteen); No refills; Allow substitutions; Earliest Fill Date: 09/12/17

* Prescription printed on 09/12/2017 09:55:26 by mmarque.la010

Patient Signature:

Clinical Staff Signature:

## Lake Charles Urgent Care Country Club

1905 Country Club Rd.
Lake Charles, LA 70606
337-990-8000 / 337-990-8010 FAX

**Radiology Interpretation**

---

**PATIENT NAME:** JAMES HALL
**DATE OF BIRTH:** 10/07/1973
**ID/MRN:** 89927
**CLINICIAN:** Marque, Melvin
**FACILITY:** Lake Charles Urgent Care Country Club
**DATE OF EXAM:** 09/12/2017
**HISTORY:** MVA ON 09/04/2017. LEFT KNEE PAIN AND LEFT HAND PAIN.

---

**LEFT KNEE X-Ray - 1-2 view:**

History: Pain.
Knee series.
Comparison: None.
Findings: Anatomic alignment is maintained.
There is no acute fracture or dislocation.
The soft tissues are unremarkable. Postsurgical changes are noted with a screw across the medial femoral condyle.
There are no erosive changes seen.
Narrowing of the joint space is noted which suggest arthritis. There is no joint effusion.

**IMPRESSION:**

**Degenerative changes of the knee with no acute fracture identified.**

---

**Electronically Signed By:** Dr. Justin Pham M.D. 09/12/2017 11:32:08 CDT

Tech: Lake Charles Urgent Care Country Club

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately at 337-990-8000. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

# Lake Charles Urgent Care Country Club

1905 Country Club Rd.
Lake Charles, LA 70606
337-990-8000 / 337-990-8010 FAX

**Radiology Interpretation**

---

**PATIENT NAME:** JAMES HALL
**DATE OF BIRTH:** 10/07/1973
**ID/MRN:** 89927
**CLINICIAN:** Marque, Melvin
**FACILITY:** Lake Charles Urgent Care Country Club
**DATE OF EXAM:** 09/12/2017
**HISTORY:** MVA ON 09/04/2017. LEFT KNEE PAIN AND LEFT HAND PAIN.

---

**LEFT HAND X-Ray - 3 view:**

History: Pain.

Comparison: None.
Findings:
Anatomic alignment is maintained.
There is no acute fracture or dislocation.
The soft tissues are unremarkable.
There are no erosive changes seen.
there is a screw across the third middle phalanx, as well as along the greater multangular with degenerative changes present at the wrist

**IMPRESSION:**

**No acute fracture or dislocation.**

---

**Electronically Signed By:** Dr. Justin Pham M.D. 09/12/2017 11:33:27 CDT

**Tech:** Lake Charles Urgent Care Country Club

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately at 337-990-8000. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

Texas USA TX
COMMERCIAL DRIVER LICENSE

[redacted]

4d CDL 39166257 9 Class AM
4a Iss 03/14/2017 4b Exp 10/07/2022
3 DOB 10/07/1973
1 HALL
2 JAMES MICHAEL
8 3231 THOMAS BLVD
PORT ARTHUR TX 77642
12 Restrictions NONE 9a End NT
16 Hgt 6'-00" 15 Sex M 18 Eyes HAZ
5 DD 05212780132144207910

[redacted]

39166257 201703150I TEXAS ROADSIDE ASSISTANCE: 1-800-525-5555
☐ Directive to physician has been filed at tel # ☐ Emergency contact number ☐ Allergic reaction to drugs
CLASS: A-Comb veh w/ GVWR ≥26,001 lbs provided towed veh ≥10,001 lbs; M-Motorcycle

RESTRICTIONS - NONE

ENDORSEMENTS:
N-Tank vehicle
T-Double/triple trailer

REV. 10/10/2016

## PATIENT REGISTRATION INFORMATION

Patient Name: Last Hall First James MI M

Date of Birth: 10 / 7 / 73 Social Security #: 283 - 76-5686 Email: dowwulfa00@gmail.com

Mailing Address: 2509 Demarest St

City: Lake Charles State: La Zip: 70601

Home Phone: (409) 730-3240 Cell Phone: (____)____-____ Other: (____)____-____

Gender: [X] Male [ ] Female [ ] Other Please Specify:________

Language: [X] English [ ] Spanish [ ] Sign Language [ ] Other: ________

Race: [ ] Black [ ] Hispanic [X] White [ ] Other: ________

Ethnicity: [ ] Hispanic or Latino [ ] Non-Hispanic or Latino

Please notify the staff of a disability that may require special needs or of a barrier to communication or educational instruction that would prevent the understanding of information about the patient's health status, treatment, or the informed decision making process, such as; foreign language, hearing or speech impairment, difficulty with reading or writing or inability to comprehend verbal instruction. Assistive services within our capability will be provided to you free of charge.

Emergency Contact: Beth Guillot Phone: (337) 802 - 7287

Relationship: Significant other

### Guarantor / Responsible Party for minor

[ ] Check box if address and phone number is the same as the patient's information.

Last Name:________ First Name:________ MI:____

Relationship to patient: ________

Date of Birth:____/____/____ Guarantor Social Security #:____-__-____ Mailing Address: ________

City:________ State:________ Zip: ________

Home Phone: ( )____- Cell Phone: ( )____-____ Other: ( ) _-____

Guarantor Employer:________ Phone: ( )____-____

### Primary Insurance Coverage

Insurance Company:________ Name of Insured: ________

Relationship to Patient:________ Insured D.O.B.:____/____/____

Insured Social Security #:____-____-____

### Secondary Insurance Coverage

Insurance Company:________ Name of Insured: ________

Relationship to Patient:________ Insured D.O.B.:____/____/____

Insured Social Security #:____-____-____

I verify that the above information provided is true and correct to the best of my knowledge. I understand that the company will require me to update this information at least annually and as necessary when changes occur in my status.

X [signature] Date: 9 / 11 / 2017

Signature of Patient /Guardian/Accompanying Adult

October 2016

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Suite 101 Lafayette, LA 70508
3379812125 Fax: 3379812174



**James Hall**
Male DOB: 10/07/1973 9276 Ins: Attorney

**09/18/2017 - Transcription: Brennan, William A - Consult**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - Consult
James Hall DOS: 09/18/2017

Chief Complaint: Head injury, headaches, memory loss, mood swings, neck pain, bilateral shoulder pain, left upper extremity numbness and tingling, left knee pain.

History of Present Illness: The patient is a 43-year-old, right-handed male who on 09/04/2017 was driving towards Texas on Interstate 10 attempting to get back to his home that had been ravaged by a recent hurricane when he was slowing for traffic, nearly stopped, and was struck from behind by an 18-wheel tractor-trailer. The force was so large it sent his vehicle, according to the patient, off the road hundreds of feet, striking a steel utility pole before coming to rest. The patient was the restrained, solo driver of a GMC Envoy SUV. He had a positive loss of consciousness. He is not sure for how long. The next thing he remembered after the impact was being awoken by first responders trying to remove him from the vehicle. He denies any airbag deployment. He says he had his driver's side front window broken in the accident. He showed me some of the pictures from the vehicle accident. He tells me his seat was physically broken by the accident. He tells me that law enforcement arrived. EMS services took him to West Calcasieu Cameron Hospital Emergency Room nearby where he was evaluated, treated, and released. They performed a CT scan of his head, his chest, and his cervical spine. He says he spent the next several days at his friend's house in Lake Charles suffering from the symptoms above without any other medical attention. He went to an urgent care after about a week and had some prescriptions made for a left-hand splint and a left knee brace. He was able to acquire these and then eventually made his way back to Lafayette where he was staying with a friend and trying to secure housing. The fate of his home in Texas is uncertain.

Past Medical History:

Medical Allergies: None.

Current Medications: Ibuprofen p.r.n.

Social History: He is single. He has 2 children. Tobacco use: Positive. Alcohol use: Occasional.

Review of Systems: Otherwise negative for chest pain, shortness of breath, other radicular symptoms, memory loss, or syncope.

Past Medical History: Negative for diabetes, hypertension, seizures, strokes, bleeding disorders, cancer, heart or lung disease.

Past Surgical History: Left hand surgery in 1994, left knee surgery in 1994. The patient presented me with a letter written by Beth Guillot, his friend in the Lake Charles area, a 2-page document describing his condition in the days that followed. They describe someone disoriented, dizzy, confused, with a scalp injury, with poor communication and poor coherent speech.

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Suite 101 Lafayette, LA 70508
3379812125 Fax: 3379812174



**James Hall**
Male DOB: 10/07/1973 9276 Ins: Attorney

Physical Examination: He appears distraught, tearful at times. He says he has been bursting out in sad emotions out of nowhere. He says he cannot control them. He has flashbacks of the accident. He can tell his ability to focus is impaired. His memory is impaired. In describing the injury to me and the weeks that followed, his word-finding difficulty is quite profound. His cranial nerve examination appeared to be grossly intact. He had restricted head motion of flexion and extension, 50% normal range, limited by pain. The pain radiates to his shoulders bilaterally. He has 75% rotation ability, once again limited by neck pain. He could not raise his arms higher than parallel with the floor without excruciating shoulder pain bilaterally, worse on the right. Internal rotation of the slightly abducted arm had severe pain referred to the shoulder. The motor groups, the deltoid, biceps, triceps, and interossei, appeared to grossly be between 4/5 and 5/5 motor strength, pain limiting the examination. He had a diffuse numbness of the left upper extremity, a very painful left thumb with numbness around it. He arrived with a splint, Velcro-type, on the left distal forearm and wrist. We removed that for the examination then replaced it. His low back area showed muscle spasms in the para-midline area, as did his neck examination. He had radiation of pain from his low back into his left buttock as a chronic cramp. His left leg extension was limited by pain in his left knee which is swollen and tender to palpation. He appeared to have grossly symmetric dermatomes in the lower extremities, 1+ DTRs upper and lower extremities. His gait was flexed at the waist and antalgic.

Imaging: I reviewed the imaging reports from West Calcasieu Cameron Hospital of the CT scan of the cervical spine, head, and chest. I have reviewed these studies myself and I agree with the Radiology reports.

Impression:
Motor vehicle accident-induced traumatic brain injury with posttraumatic stress disorder, memory loss, cognitive impairment.
Motor vehicle accident-induced neck pain syndrome with cervical radiculopathy, left upper extremity.
Motor vehicle accident-induced low back pain syndrome with left lumbar radiculopathy.
Motor vehicle accident-induced left knee injury.
Motor vehicle accident-induced bilateral shoulder injury.
Motor vehicle accident-induced left hand injury.

Plan: I feel this patient needs to have the above further investigated and treated. I believe he needs to have:

Mri brain with DTI (Diffusion tensor Imaging), Neuropsychology evaluation testing as well as a Psychiatry appointment for PTSD. I prescribed him Ativan 1 mg p.o. t.i.d. as an initial treatment for the PTSD, certainly the anxiety phase, and hope he can secure professional counseling and psychiatric treatment soon.
A left hand x-ray, as I do not believe that was performed at the emergency room and he seems to have a lot of pain in the left hand.
Bilateral shoulder MRI scans.
A left knee MRI scan.
EMG/nerve conduction study of the left upper extremity.
Cervical MRI scan.
Lumbar MRI scan.
Orthopedic consultation for the above orthopedic injuries.

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Suite 101 Lafayette, LA 70508
3379812125 Fax: 3379812174



**James Hall**
Male DOB: 10/07/1973 9276 Ins: Attorney

I prescribed diclofenac 75 mg p.o. b.i.d., as the patient wants to avoid narcotics, as he has some significant addiction fear because of relatives that have had problems with those medications. I will see him back in 2 weeks to see if we can get some diagnostic and therapeutic progress for this patient.

William A. Brennan, M.D., F.A.C.S.
WAB/lb

---

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Ste 101 Lafayette, LA 70508-6831
3379812125 Fax: 3379812174

October 6, 2017
Page 1
Transcription

James Hall
Male DOB: 10/07/1973 9276 Ins: Attorney

**10/05/2017 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
James Hall DOS: 10/05/2017

Subjective: I saw Mr. Hall in the office today. He has had his diagnostic studies performed and done his orthopedic consultation. He has diagnostic studies to review. He says he feels like he is still having struggles with conversations with people. He feels the Ativan was helpful.

Physical Examination: He is awake and alert. He has slow stopping and starting conversation, changing subjects inadvertently, but appears to have less anxiety than the last time I met with him. I have reviewed his diagnostic studies. I have reviewed Dr. Stubbs' recommendation for a hand specialist and I think that is appropriate. I reviewed the diagnostic spine x-rays and MRI scans. He has good motor strength and good sensation in the upper extremities with the exception of the left hand which has diminished sensation in what appears to be a median nerve distribution. He still has pain on internal rotation of both arms. He has a brace on his left knee. He ambulates with an antalgic limp, as one would expect. He has 1+ DTRs. His left leg, chronic left buttock pain is due to the L4-5 disk herniation annular tear on the left. He has some instability at the L4-5 segment by flexion-extension x-rays. No other frank nerve root compressions.

His cervical MRI scan shows C5-6, C6-7 moderate-to-severe disk herniation with nerve root foraminal compression. There is also a small amount on the right at C3-4.

Impression: Multi-trauma from motor vehicle accident.

Plan: I feel this patient is going to need a cervical traction kit, 10-pound maximum, 30 minutes twice a day, and a cervical pillow. I am refilling his medications of alprazolam as well as diclofenac. If he is not able to achieve satisfactory neck pain relief, he will need an anterior cervical diskectomy and fusion, C5-6, C6-7, with bone graft and a plate. His lumbar disk at L4-5 I feel is going to be more likely than not operated on in the next 5 years. I believe both of these trouble spots are the direct result of the motor vehicle accident of 09/04/2017. His head injury also is a direct result of the 09/04/2017 motor vehicle accident. His MRI scan was not revealing of any structural lesions, but the clinical abnormalities are slightly less profound than they were on his original visit, and I am hopeful that a lot of the medication effect is helping. I feel he still has PTSD and postconcussion syndrome and hopefully can obtain and maintain consultative therapy with clinical Psychology or Psychiatry. We will see him back in 6 weeks.

William A. Brennan, M.D., F.A.C.S.
WAB/lb

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Ste 101 Lafayette, LA 70508-6831
3379812125 Fax: 3379812174

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Ste 101 Lafayette, LA 70508-6831
3379812125 Fax: 3379812174

*November 17, 2017*
Page 1
Transcription

James Hall
Male DOB: 10/07/1973 9276 Ins: Attorney

**11/14/2017 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
James Hall DOS: 11/14/2017

Subjective: I saw Mr. Hall in the office today. He has been doing the cervical traction, finding it helping marginally. He has a brace on his left knee. He has his left knee surgery coming up next week. He has been taken off of all of his antiinflammatory medications in preparation for that surgery. He is still having problems with concentration. Concentrating on a particular subject causes him headaches and he gets mad and has decompensation with crying. He has an appointment with the psychiatrist tomorrow.

Physical Examination: He is awake and alert. He is having some improvement in his conversation arrest. He has 75% full range of motion of the head and neck, limited by pain. Full motor power and intact sensation in the upper and lower extremities with the exception of a diminished sensation in a median nerve distribution on the left hand. He still has the internal rotation pain on both arms. Otherwise, his symptoms from before are unchanged.

Impression: Multi-trauma from multi-vehicle accident with traumatic brain injury.

Plan: The patient is going to continue the Xanax (alprazolam) until he sees the psychiatrist who will take over anxiety treatment as well as any other sequelae from PTSD and head trauma. I will see the patient back in 6 weeks for a visit regarding his cervical spine and lumbar spine.

William A. Brennan, M.D., F.A.C.S.
WAB/lb

---

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Ste 101 Lafayette, LA 70508-6831
3379812125 Fax: 3379812174

*March 15, 2018*
Page 1
Transcription

**James Hall**
Male DOB: 10/07/1973 9276 Ins: Attorney

**03/13/2018 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
James Hall DOS: 03/13/2018

Subjective: I saw Mr. Hall in the office today. He has recently had right shoulder surgery and he had an allergic reaction to what we believe was the Norco used postoperatively, covered him in hives. There was lots of itching. He discontinued the medicine and is working with Dr. Stubbs' office for replacement medications. He is quite bothered by the itching and the hives currently, which is decreased in intensity. He is still having significant problems with headaches and loss of concentration and memory loss. He is seeing a psychiatrist and has been taking Xanax for anxiety. He has recently had neuropsych testing by Dr. Aurich. His neck pain and low back pain have been quite severe and limiting his activities.

Physical Examination: He is awake and alert. His cranial nerves are intact. He has 50% to 75% full range of motion in the head and neck, without pain. More pain when exceeding those limits. He has a difficult to examine right upper extremity because of his shoulder surgery and his sling. He has a tendon in his 5th digit on the left hand that does not contract fully. Altogether, individual muscle groups appear to be normal strength. His lower extremities appear to be normal strength and intact sensation. No straight leg raising signs today.

Impression: Multi-trauma from multi-vehicle motor vehicle accident with traumatic brain injury.

Plan: Follow up in 2 months. Medrol Dosepak for the itching and the hives.

William A. Brennan, M.D., F.A.C.S.
WAB/lb

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Suite 101 Lafayette, LA 70508
3379812125 Fax: 3379812174



**James Hall**
Male DOB: 10/07/1973 9276 Ins: Attorney

**05/14/2018 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
James Hall DOS: 05/14/2018

Subjective: I saw Mr. Hall in the office today. He has had another flare-up recently of low back and radiating leg pain. This is mostly in the left lower extremity, very debilitating, he said lasted about 2 weeks to 3 weeks before it subsided. He has had surgery on his left knee. He just had surgery on his right shoulder, and he has a brace on his left knee. He is expecting to have left hand surgery soon. His neck pain has been persistent, as has his memory loss, mood swings, headaches.

Physical Examination: He is awake and alert. His calculating ability is poor. His short-term memory is poor. He has 75% full range of motion of the head and neck in all directions. He has full motor power and intact sensation in the upper and lower extremities, with the exception of the left hand, which has dysesthesias throughout the left upper extremity. He has impaired motor strength of his left hand with thumb and 5th digit opposition, as well as thumb and index finger opposition strength. His hand surgeon is going to try to relieve that syndrome. He has no straight leg raising signs today on examination. He has diminished sensation in the lateral aspect of the left leg. His gait is antalgic. He ambulates without assistance, other than the knee brace.

Impression: Motor vehicle accident-induced traumatic brain injury, neck pain syndrome with cervical radiculopathy left upper extremity, low back pain and left lower extremity lumbar radiculopathy, left knee injury, bilateral shoulder injury, left hand injury.

Plan: I told him I would see him in 2 months. He asked if I could refill his pain medications, as he is no longer seeing Dr. Stubbs. I told him I would be happy to provide that service with the clear understanding that he was only able to get this medication from one office, and I believe a Pain Management referral for chronic pain management is appropriate in this patient. I will forward that to his attorney.

William A. Brennan, M.D., F.A.C.S.
WAB/jh

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Ste 101 Lafayette, LA 70508-6831
3379812125 Fax: 3379812174

August 6, 2018
Page 1
Transcription

**James Hall**
Male DOB: 10/07/1973 9276 Ins: Attorney

**08/01/2018 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
James Hall DOS: 08/01/2018

Subjective: I saw Mr. Hall in the office today. He has so far been through right shoulder surgery, left knee surgery. He has had the same traumatic brain injury symptoms of memory loss and headaches, although the headaches he thinks are getting a little bit better. He is still very volatile with his tempers. Some of the history he tells me suggests hypersexuality, possibly Kluver Bucy syndrome. The patient has neck pain and cervical radiculopathy in the left upper extremity as before. He is using the cervical traction every day. His low back pain is going to be treated soon with a lumbar injection primarily to effect his left lower extremity and improve it. He is seeing Dr. LeBlanc for his left hand injury.

Physical Examination: He is awake and alert. His cranial nerves are intact. He has different focusing in his eyes. His pupils are symmetric. His extraocular muscles are intact, but he has blurriness in his left eye that he says he has had since the accident. I am going to refer him to Ophthalmology to see if this is a refractive or some other type of abnormality. He has 75% full range of motion of his head and neck in all directions. Full motor power in his upper and lower extremities with dysesthesia in the left upper extremity, as before. He has impaired motor strength in the left adductor pollicis brevis as well as his opponens pollicis, no different than his last examination. No straight leg raising signs today. Diminished sensation in the lateral aspect of the left leg, as before. He ambulates without assistance. Gait is slightly antalgic. He is wearing a left knee brace.

Impression: Motor vehicle accident-induced left eye refractive problem, traumatic brain injury, neck pain syndrome with cervical radiculopathy left upper extremity, low back pain and left lower extremity lumbar radiculopathy, left knee injury, bilateral shoulder injury, left hand injury.

Plan: I feel the patient should have an Ophthalmology referral. I will write for that. I am going to put him on diclofenac, as he found all of the side effects of opioid narcotics disturbing and so he would like not to interface his psychological problems with those side effects, and I certainly respect that. We will stick with diclofenac for the time being, although I do not expect it to completely control his pain.

William A. Brennan, M.D., F.A.C.S.
WAB/lb

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Ste 101 Lafayette, LA 70508-6831
3379812125 Fax: 3379812174

*September 5, 2018*
Page 1
Transcription

**James Hall**
Male DOB: 10/07/1973 9276 Ins: Attorney

**09/04/2018 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
James Hall DOS: 09/04/2018

Subjective: I saw Mr. Hall in the office today. He went through the weekend having a recurrence of a syndrome that he says dates back to after his shoulder surgery. Around February or March, he started getting a rash and some joint pain that went away with the Medrol Dosepak we prescribed back in March. He says that it recurred sometime in July and also went away with a similar medication. More recently, over the weekend, he developed a rash, went to an emergency room, had some photographs taken of it with joint swelling of the hands and feet, and presents today for reevaluation.

Physical Examination: He has definite joint swelling, I would say 1 to 2+ swelling in his hands, and soreness to palpation of all the joints of his wrists and hands bilaterally. The photographs of the rash have a blanched-out center. Some of them are circular in nature, a maculopapular rash.

Impression: The first thought process that came to mind was erythema chronicum migrans, or Lyme disease, and I talked to Dr. Okechukwu today on the phone and we are going to refer him for an as-soon-as-possible appointment. I gave him 50 mg of prednisone for 5 days to try to get him to the point where he would be more functional and be able to eat meals with his hands, etc. He knows to call us at the end of those 5 days if there is any problem with returning back to baseline.

William A. Brennan, M.D., F.A.C.S.
WAB/lb

---

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Ste 101 Lafayette, LA 70508-6831
3379812125 Fax: 3379812174



**James Hall**
Male DOB: 10/07/1973 | 9276 | Ins: Attorney

**11/01/2018 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
JAMES HALL DOS: 11/01/2018

SUBJECTIVE: I saw Mr. Hall in the office today. He has continued to have multiple orthopedic complaints, multiple spine complaints of the neck, shoulders, knees. He saw Dr. Okechukwu as well as Dr. Alemany. He was diagnosed with a fungal infection slightly different than Lyme disease, but it seems that his symptoms have improved with regard to his rashes. He was placed on Diflucan. His memory is still poor. His emotions are labile secondary to his brain injury.

PHYSICAL EXAMINATION: He is awake. He is alert. He has 75% full range of motion of the head and neck in all directions. He has normal motor power in his upper and lower extremities. Diminished sensation in his left distal upper extremity diffusely. No straight leg raising signs today on examination. Decreased sensation in the lateral portion of his left leg. Has 1+ DTRs. Gait and station are normal. He ambulates unassisted.

IMPRESSION: Multi-trauma from motor vehicle accident with brain injury, cervical disk herniations with pending cervical surgery once clearance from fungal infections and orthopedic clearance.

PLAN: I am going to refill the patient's anti-inflammatory and prednisone at a decreased dose in the event that he has another joint pain attack. I will see him back in 2 months for routine followup.

William A. Brennan, M.D., F.A.C.S.
WAB/mkw

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Ste 101 Lafayette, LA 70508-6831
3379812125 Fax: 3379812174

*January 7, 2019*
Page 1
Transcription

**James Hall**
Male DOB: 10/07/1973 9276 Ins: Attorney

**01/03/2019 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
JAMES HALL DOS: 01/03/2019

SUBJECTIVE: I saw Mr. Hall in the office today. He is still having chronic neck pain complaints and low back pain complaints trying to manage his pain with over-the-counter medications. He completed his fungal infection treatment. His memory is still poor. His emotions are still labile and he says he went to New Orleans to have an MRI of his brain.

PHYSICAL EXAMINATION: He is awake and alert. He has 75% full range of motion in his head and neck in all directions limited by pain and spasm. He has full motor power and intact sensation in the upper and lower extremities, with the exception of the left upper extremity, which is chronically diminished and hyperpathic because of his hand injury. He has 1+ DTRs. His gait and station are normal. He ambulates unassisted. His thoughts are scattered.

IMPRESSION: Multi-trauma from motor vehicle accident with brain injury. Cervical disk herniations with pending cervical surgery and orthopedic surgery.

PLAN: I will see him back in 2 months for routine followup. Once we get clearance from the Infectious Disease expert with regard to his fungal infections, we can offer the cervical spine surgery.

William A. Brennan, M.D., F.A.C.S.
WAB/mkw

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Ste 101 Lafayette, LA 70508-6831
3379812125 Fax: 3379812174

*March 12, 2019*
Page 1
Transcription

**James Hall**
Male DOB: 10/07/1973 9276 Ins: Attorney

**03/11/2019 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
JAMES HALL DOS: 03/11/2019

SUBJECTIVE: I saw Mr. Hall in the office today, and he has had his left hand surgery performed. It appears that he is making good healing from it. He had some injections in the low back area, which were not very effective in persistent pain relief of back and leg pain.

OBJECTIVE: On physical examination, he is awake. He is alert. His train of thought is scattered. He is emotionally labile during the visit. His memory, short-term, is poor. He has normal motor function in the upper extremities, deltoid, biceps, triceps, and interossei. He has diffuse, diminished sensation in the 5th digit on the left hand as well as scattered sensory patches of decreased sensation in the left upper extremity. His lower extremity shows diminished sensation in the lateral portion of his left leg. This is somewhat present on the right. Mild straight leg raising signs bilaterally, 1+ DTRs. His gait and station are normal. He ambulates unassisted.

IMPRESSION: Multi-trauma from motor vehicle accident with traumatic brain injury, cervical disk herniation, lumbar disk herniation and, multi extremity pathology.

PLAN: I will see him back in 2 months. He is wanting to, at some point, do the cervical and lumbar surgery that we quoted, the C5-6 and C6-7 ACDF as well as the L4-5 disk surgery I believe these technically could be done on the same date to answer his questions today, but we always recommend separating them if possible, for pain control purposes only. He understands that. We will refill diclofenac and tramadol and see him back in 2 months.

William A. Brennan, M.D., F.A.C.S.
WAB/as

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Ste 101 Lafayette, LA 70508-6831
3379812125 Fax: 3379812174

*May 3, 2019*
Page 1
Transcription

**James Hall**
Male DOB: 10/07/1973 9276 Ins: Attorney

**05/02/2019 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
JAMES HALL DOS: 05/02/2019

SUBJECTIVE: I saw Mr. Hall in the office today. He is having more problems with interscapular pain, trying to deal with that, as well as recuperate from the left hand surgery. His mood swings are no better nor is his memory.

OBJECTIVE: On physical examination, he is awake and alert. Cranial nerves are intact. Short-term memory is poor. He has difficulty organizing his thoughts. On physical examination, his cranial nerve examination appears grossly intact. He has 75% normal range of motion of the head and neck in all directions, limited by pain. He has diminished sensation diffusely in the distal left upper extremity. Well-healed surgical scars of the left hand. Normal motor and sensory in the lower extremities, 1+ DTRs. No straight leg raising signs. His gait and station are normal. He ambulates unassisted. Decreased sensation slightly in the lateral portion of the left leg.

IMPRESSION: Multi-trauma from motor vehicle accident with traumatic brain injury, cervical disk herniation, lumbar disk herniation, and multi extremity pathology.

PLAN: He is continuing the anti-inflammatories and the tramadol. We are awaiting financial authorization for the cervical and lumbar surgery. He appears to be as recuperated from his left hand surgery as he is going to get, and I believe those can safely be performed at any point that he can achieve financial authorization for. He will follow up in 2 months.

William A. Brennan, M.D., F.A.C.S.
WAB/as

---

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Ste 101 Lafayette, LA 70508-6831
3379812125 Fax: 3379812174

June 27, 2019
Page 1
Transcription

**James Hall**
Male DOB: 10/07/1973 9276 Ins: Attorney

**06/20/2019 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
JAMES HALL DOS: 06/20/2019

SUBJECTIVE: I saw Mr. Hall in the office today. His mood swings are leading to some frustration, a lot of it centered around his lack of improving. He still has significant neck and low back pain with left lower extremity radiating numbness and tingling. Even the slightest normal activity causes him to have a flare-up, making him sedentary for a few days.

PHYSICAL EXAMINATION: He is awake and alert. His cranial nerves are intact. He still has a difficulty processing information cognitively, organizing his thoughts. He is prone to a train of outbursts explaining his frustration, which brings him to tears, switching seconds later to laughter. He has 75% full range of motion in his head and neck in all directions. His sensory examination in his distal left upper extremity is diminished diffusely. He has diminished sensation in the lateral aspect of his left leg. Positive straight leg raise on the left, negative on the right. Normal motor strength throughout, 1+ reflexes.

IMPRESSION: Multi-trauma from motor vehicle accident, traumatic brain injury, cervical disk herniation, lumbar disk herniation, and multi extremity pathology.

PLAN: The patient is going to continue his current care plan. Surgical quotes have been given. I will see him back for re-evaluation in 2 months.

William A. Brennan, M.D., F.A.C.S.
WAB/as

Neurosurgical Solutions of Lafayette LLC
105 Patriot Avenue Suite 101 Lafayette, LA 70508
3379812125 Fax: 3379812174

*August 21, 2019*
Page 1
Transcription

James Hall
Male DOB: 10/07/1973 9276 Ins: Attorney

**08/20/2019 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
JAMES HALL DOS: 08/20/2019

SUBJECTIVE: I saw Mr. Hall in the office today. He is still having the memory problems, nightmares, PTSD symptoms, neck pain, low back pain, multi-extremity pathology, and he is here today to talk about the lumbar diskogram order.

PHYSICAL EXAMINATION: He is awake and alert. Cranial nerves are intact. His thoughts are fleeting, very labile as they have been in the past. He has 75% full range of motion of the head and neck in all directions. Normal motor and sensory functions in his upper and lower extremities, with the exception of diminished sensation in the lateral aspect of his left leg. Positive straight leg raising on the left, negative on the right. His gait and station are normal. He ambulates unassisted.

IMPRESSION: Multi-trauma from motor vehicle accident, traumatic brain injury, cervical disk herniation, lumbar disk herniation, and multi-extremity pathology.

PLAN: I counseled the patient with regard to the lumbar diskogram. I felt that lumbar diskectomy itself would be insufficient in the setting of discogenic pain. His description over the last several visits of the position-dependent nature of it reminded me that if discogenic pain is not diagnosed, then his lumbar hemilaminectomy and diskectomy will be unsuccessful in controlling any type of disk pain that he has. He understands that. He is more understanding of the lumbar diskogram procedure and its importance as it relates to his spine from a stability standpoint. His position-dependent back pain is a significant component of his lumbar pain and that will need to be addressed through the diskographic analysis.

William A. Brennan, M.D., F.A.C.S.
WAB/mkw

---

Neurosurgical Solutions
of Lafayette, LLC

William A. Brennan, MD FACS
Board Certified by The American Board of Neurological Surgery

June 12, 2019

Quote Proposal
One Level Lumbar Spine Fusion

| | | |
|---|---|---|
| Lumbar Laminectomy (1st Level) | 63047 | $ 7,500.00 |
| Lumbar Laminectomy (2nd Level) | 63048 | $ 7,500.00 |
| Posterolateral Fusion with own bone/cadaver bone (1 level) | 22612 | $ 3,500.00 |
| Titanium Pedicle Screw Fixation (1 Level) | 22842 | $ 6,500.00 |
| Surgical Assistant fee (20%) | | $ 5,000.00 |
| Titanium Pedicle Screws (4), Set Screws (4), Rods (2) | | $ 29,166.00 |
| Cadaveric Bone Putty (5 cc) | | $ 3,000.00 |
| LSO Brace | | $ 1,500.00 |
| External Bone Stimulator | | $ 6,000.00 |
| Surgery Total | | $ 69,666.00 |

For a quotation on hospital charges, please contact the Business Office at Lafayette Surgical Specialty Hospital 769-4100. Services not covered by the above charges are pre-operative laboratory work and any required radiology studies prior to or after surgery.

Sincerely,

William A. Brennan MD FACS

105 Patriot Ave Suite 101 Lafayette, Louisiana 70508
Phone 337.981.2125 Fax: 337.981.2174
Toll Free 877.981.2125 Web Site Lafayetteneuro.com

LAFAYETTE SURGICAL
SPECIALTY HOSPITAL
— PROUDLY PHYSICIAN OWNED —

1101 Kaliste Saloom Road · Lafayette, LA, 70508 · (337) 769-4100 · (337) 769-4199 · www.lafayettesurgical.com

June 18, 2019

Joseph Gaar Jr.
Attorney at Law
PO Box 2053
Lafayette, LA 70502
VIA FAX: 337-233-0690

Please note the **estimate** of charges is in no way a guarantee of total charges for **JAMES HALL.**

We require a **deposit in the amount of the estimated charges** prior to admission to the hospital for the procedure listed below. If the deposit is not received, the procedure could be postponed or cancelled. The balance of the actual charges for this procedure will be billed to the patient's attorney and must be paid within 30 days.

This estimate is for the facility charges for **Lafayette Surgical Specialty Hospital, only.** There may be additional charges from the anesthesiologist (APC) 337-706-1520, radiologist (Medical Imaging Assoc.) 337-261-5151, pathologist and/or any additional implants or hardware that may not have been covered in the estimate.

**This estimate is valid for six months from the date of this letter.**

| **Procedure:** | **Estimate of Charges:** |
|---|---|
| **LUMBAR LAMINECTOMY 2 LEVEL WITH FUSION** | **$48,000.00** |
| **IMPLANT** | **$55,000.00** |

**This estimate does include implants. If LSSH provides implants you will be billed accordingly.**

Please contact **Shalyn Livings at 337-769-4279 or Joy Simmons at 337-769-4296** if you have any questions regarding this matter.

Sincerely,

Joy Simmons
Business Office Manager
Lafayette Surgical Specialty Hospital

# Anesthesiology and Pain Consultants, LLC

PO Box 61950
Lafayette, LA, 70596

Date: **6/13/19**

Patient Name: **James Hall**

Procedure: **Lumbar Laminectomy w/Posterolateral Fusion, Instrumentation**

Estimate: **$10,150.00**

#85804

**Please answer the following and fax back to our office at 337-769-7164:**

Is this procedure a result of an auto or work-related illness or injury? Please specify __________

Type of injury/body part: __________ DOI/DOA: __________

Please be aware, due to our contract with BCBS, we will file all claims to BCBS ONLY. Other carriers such as UHC, Medicare, Medicaid, etc. will NOT be filed for any auto/work related procedures.

Has the insurance been notified of illness/injury? __________

Please note that our practice does not accept letters of guarantee, therefore estimated payment is required prior to service(s). The actual price of the service may be more than the estimate which we will provide and may vary depending on health issues, medications, unexpected complications, and other factors. The price does not include post-operative pain management which may be requested by the treating physician.

Please mail payments to:

**Anesthesiology and Pain Consultants**
**Attn: Billing Department**
**PO Box 61950**
**Lafayette, LA 70596**

*Please reference the patient's name on the correspondence and/or check.*

If you have any questions regarding quotes, please contact Jenee Schulze at 337-706-1520

All other questions (***i.e. balance/statements, insurance, payments, etc.***) please call 337-706-1547.

Thank you,
Anesthesiology and Pain Consultants
Coding Department

NEURO DIAGNOSTIC monitoring

**Surgery Estimate:**

| | | | |
|---|---|---|---|
| Date: | June 19, 2019 | | |
| Patient: | No Name | | |
| Location: | Lafayette Surgical Specialty Hospital | DOS: | TBD |
| Attorney: | Joseph F. Gaar, Jr. | Surgeon: | Dr. William Brennan |
| Surgery: | L1-2 Laminectomy with Posterolateral Fusion | | |

| | |
|---|---|
| 1 – 3 Hours | $5000.00 |
| Each Additional Hour | $1000.00 |
| **TOTAL** | **$6000.00** |

Intraoperative neurophysiologic monitoring (IONM) is a battery of neurophysiologic tests used to assess the functional integrity of the spinal cord, nerve roots, and other peripheral nervous system structures (eg, brachial plexus) during spinal surgery. The underlying principle of IONM is to identify emerging insult to nervous system structures, pathways, and/or related vascular supply and to provide feedback regarding correlative changes in neural function before development of irreversible neural injury. IONM data provide an opportunity for intervention to prevent or minimize postoperative neurologic deficit. Current multimodality monitoring techniques permit intraoperative assessment of the functional integrity of afferent dorsal sensory spinal cord tracts, efferent ventral spinal cord motor tracts, and nerve roots. Combined use of these techniques is useful during complex spinal surgery because these monitoring modalities provide important complementary information to the surgery team.

We require payment in full prior to services rendered. The **estimated** cost of this procedure is **$6000.00.** Any amount over the estimate will be billed to the responsible party.

If any further information is needed, please do not hesitate to contact me at the number listed below or by email @ info@ndmonitoring.com.

Sincerely,

Paige Crochet, RHIA

Paige Crochet, RHIA
Office Manager

106 Amaryllis Drive ♦ Lafayette, LA 70503 ♦ info@ndmonitoring.com
(337) 406-0883 ♦ Fax (337) 406-0884 ♦ Tax ID# 45-446-0296

Neurosurgical Solutions
of Lafayette, LLC

William A. Brennan, MD FACS
Board Certified by The American Board of Neurological Surgery

September 26, 2018

Attorney Joseph Gaar
617 S. Buchanan Street
Lafayette, LA 70501

Patient: James Hall (DOB: 10/07/1973)

Mr. Hall has been under our care and we have recommended the following surgical procedure to him to help with his radiating back pain. I feel it is more likely than not that this patient will need the following procedure as a result of the injury for which we have evaluated the patient. The timing of the surgery, of course, will be left up to the patient.

| | | |
|---|---|---|
| Left L4/L5 Hemilaminectomy/Discectomy | 63030 | $ 5,500.00 |
| Surgical Assistant fee (20%) | | $ 1,100.00 |
| Surgery Total | | $ 6,600.00 |

For a quotation on hospital charges, please contact the Business Office at Lafayette Surgical Specialty Hospital 769-4100. Services not covered by the above charges are pre-operative laboratory work and any required radiology studies prior to or after surgery.

Sincerely,

William A. Brennan MD FACS

105 Patriot Ave Suite 101 Lafayette, Louisiana 70508
Phone 337.981.2125 Fax: 337.981.2174
Toll Free 877.981.2125 Web Site Lafayetteneuro.com

LAFAYETTE SURGICAL
SPECIALTY HOSPITAL
— PROUDLY PHYSICIAN OWNED —

1101 Kaliste Saloom Road · Lafayette, LA, 70508 · (337) 769-4100 · (337) 769-4199 · www.lafayettesurgical.com

September 27, 2018

Joseph Gaar Jr.
Attorney at Law
PO Box 2053
Lafayette, LA 70502
VIA FAX: 337-233-0690

Please note the **estimate** of charges is in no way a guarantee of total charges for **JAMES HALL.**

We require a **deposit in the amount of the estimated charges** prior to admission to the hospital for the procedure listed below. If the deposit is not received, the procedure could be postponed or cancelled. The balance of the actual charges for this procedure will be billed to the patient's attorney and must be paid within 30 days.

This estimate is for the facility charges for **Lafayette Surgical Specialty Hospital, only.** There may be additional charges from the anesthesiologist (APC) 337-706-1520, radiologist (Medical Imaging Assoc.) 337-261-5151, pathologist and/or any additional implants or hardware that may not have been covered in the estimate.

**This estimate is valid for six months from the date of this letter.**

| **Procedure:** | **Estimate of Charges:** |
| --- | --- |
| **LUMBAR HEMILAMINECTOMY/ DISCECTOMY** | **$20,500.00** |

**This estimate does not include implants. If LSSH provides implants you will be billed accordingly.**

Please contact **Shalyn Livings at 337-769-4279 or Joy Simmons at 337-769-4296** if you have any questions regarding this matter.

Sincerely,

Joy Simmons

Joy Simmons
Business Office Manager
Lafayette Surgical Specialty Hospital

NEURO DIAGNOSTIC monitoring

Surgery Estimate:

Date: September 28, 2018

Patient: James Hall

Location: Lafayette Surgical Specialty Hospital DOS: TBD

Attorney: Joseph Gaar Surgeon: Dr. William A. Brennan

Surgery: Left Hemilaminectomy Discectomy L4-5

| | | |
|---|---|---|
| CPT-4 95941 | $ 486.00 x 3 | = $ 1458.00 |
| CPT-4 95938 | $ 620.00 | = $ 620.00 |
| CPT-4 95861 | $ 401.00 | = $ 401.00 |
| CPT-4 95822 | $ 351.00 | = $ 351.00 |
| Supplies | $ 180.00 | = $ 180.00 |
| | TOTAL | = $ 3010.00 |

Intraoperative neurophysiologic monitoring (IONM) is a battery of neurophysiologic tests used to assess the functional integrity of the spinal cord, nerve roots, and other peripheral nervous system structures (eg, brachial plexus) during spinal surgery. The underlying principle of IONM is to identify emerging insult to nervous system structures, pathways, and/or related vascular supply and to provide feedback regarding correlative changes in neural function before development of irreversible neural injury. IONM data provide an opportunity for intervention to prevent or minimize postoperative neurologic deficit. Current multimodality monitoring techniques permit intraoperative assessment of the functional integrity of afferent dorsal sensory spinal cord tracts, efferent ventral spinal cord motor tracts, and nerve roots. Combined use of these techniques is useful during complex spinal surgery because these monitoring modalities provide important complementary information to the surgery team.

We require payment in full prior to services rendered. The estimated cost of this procedure is 3010.00. Any amount over the estimate will be billed to the responsible party.

If any further information is needed, please do not hesitate to contact me at the number listed below.

Sincerely,

Adelle Trahan

Adelle Trahan

Insurance and Scheduling Coordinator

106 Amaryllis Drive ♦ Lafayette, LA 70503 ♦ info@ndmonitoring.com
(337) 406-0883 ♦ Fax (337) 406-0884 ♦ Tax ID# 45-446-0296

2|2

# Anesthesiology and Pain Consultants, LLC
## P.O. Box 61950
## Lafayette, LA 70596

---

Date: **9/27/18**

RE: **Anesthesia Estimate**

Patient: **James Hall**

Procedure: **Left L4-5 Hemilaminectomy/Discectomy**

Price: **$7500.00**

Thank you for choosing Anesthesiology and Pain Consultants, LLC. We are providing this estimate of charges based upon the information you provided for the above referenced patient and procedure(s). As a reminder, our practice does not accept letters of guarantee. Payment is requested prior to service for all self-pay patients. If a patient has Blue Cross Blue Shield, we will file the claim with the insurance company.

The actual price of the service may be more or less than the estimate provided and may vary depending on health issues, medications, unexpected complications, and other factors. The estimate does not include post-operative pain management which may be requested by the treating provider.

Please mail payment prior to the procedure to:

> **Anesthesiology and Pain Consultants**
> ***Attn: Angela Solis***
> **P.O. Box 61950**
> **Lafayette, LA 70596**

*Please reference the patient's name on the correspondence and/or check.*

We appreciate your trust and confidence in Anesthesiology and Pain Consultants, LLC. If you have any questions, you may contact ***Jenee Schulze at 337-706-1520.***

Thank you,
Jenee G. Schulze, CPC
Coding Department

[signature]

Neurosurgical Solutions
of Lafayette,LLC

William A. Brennan, MD FACS
Board Certified by The American Board of Neurological Surgery

September 26, 2018

Attorney Joseph Gaar
617 S. Buchanan Street
Lafayette, LA 70501

Patient: James Hall (DOB: 10/07/1973)

Mr. Hall has been under our care and we have recommended the following surgical procedure to him to help with his radiating neck pain. I feel it is more likely than not that this patient will need the following procedure as a result of the injury for which we have evaluated the patient. The timing of the surgery, of course, will be left up to the patient.

| | | |
|---|---|---|
| Anterior Cervical Discectomy and Fusion C5/C6 | 22551 | $ 5,500.00 |
| Anterior Cervical Discectomy and Fusion C6/C7 | 22552 | $ 5,500.00 |
| PEEK Cervical Cage Placement C5/C6 | 22853 | $ 2,000.00 |
| PEEK Cervical Cage Placement C6/C7 | 22853 | $ 2,000.00 |
| Titanium Cervical Plate Placement C5-C7 | 22845 | $ 6,200.00 |
| Surgical Assistant fee (20%) | | $ 4,240.00 |
| Titanium Cervical Plate, Screws | | $ 15,870.00 |
| Cadaveric Bone Putty (2 cc) | | $ 2,100.00 |
| PEEK Cervical Cage C5/C6, C6/C7 | | $ 6,300.00 |
| Cervical Collar | | $ 500.00 |
| External Bone Stimulator | | $ 6,000.00 |
| Surgery Total | | $ 56,210.00 |

For a quotation on hospital charges, please contact the Business Office at Lafayette Surgical Specialty Hospital 769-4100. Services not covered by the above charges are pre-operative laboratory work and any required radiology studies prior to or after surgery.

Sincerely,

William A. Brennan MD FACS

105 Patriot Ave Suite 101 Lafayette, Louisiana 70508
Phone 337.981.2125 Fax: 337.981.2174
Toll Free 877.981.2125 Web Site Lafayetteneuro.com

LAFAYETTE SURGICAL
SPECIALTY HOSPITAL
— PROUDLY PHYSICIAN OWNED —

1101 Kaliste Saloom Road · Lafayette, LA, 70508 · (337) 769-4100 · (337) 769-4199 · www.lafayettesurgical.com

September 27, 2018

Joseph Gaar Jr.
Attorney at Law
PO Box 2053
Lafayette, LA 70502
VIA FAX: 337-233-0690

Please note the **estimate** of charges is in no way a guarantee of total charges for **JAMES HALL.**

We require a **deposit in the amount of the estimated charges** prior to admission to the hospital for the procedure listed below. If the deposit is not received, the procedure could be postponed or cancelled. The balance of the actual charges for this procedure will be billed to the patient's attorney and must be paid within 30 days.

This estimate is for the facility charges for **Lafayette Surgical Specialty Hospital, only.** There may be additional charges from the anesthesiologist (APC) 337-706-1520, radiologist (Medical Imaging Assoc.) 337-261-5151, pathologist and/or any additional implants or hardware that may not have been covered in the estimate.

**This estimate is valid for six months from the date of this letter.**

| **Procedure:** | **Estimate of Charges:** |
|---|---|
| **ACDF 2 LEVEL** | **$31,200.00** |

**This estimate does not include implants. If LSSH provides implants you will be billed accordingly.**

Please contact **Shalyn Livings at 337-769-4279 or Joy Simmons at 337-769-4296** if you have any questions regarding this matter.

Sincerely,

Joy Simmons
Business Office Manager
Lafayette Surgical Specialty Hospital

NEURO DIAGNOSTIC monitoring

Surgery Estimate:

Date: September 28, 2018

Patient: James Hall

Location: Lafayette Surgical Specialty Hospital DOS: TBD

Attorney: Joseph Gaar Surgeon: Dr. William A. Brennan

Surgery: Anterior Cervical Discectomy and Fusion C5-7

| | | | |
|---|---|---|---|
| CPT-4 95941 | $ 486.00 x 4 | = | $ 1944.00 |
| CPT-4 95938 | $ 620.00 | = | $ 620.00 |
| CPT-4 95865 | $ 367.00 | = | $ 367.00 |
| CPT-4 95861 | $ 401.00 | = | $ 401.00 |
| CPT-4 95822 | $ 351.00 | = | $ 351.00 |
| Supplies | $ 180.00 | = | $ 180.00 |
| | TOTAL | = | $ 3863.00 |

Intraoperative neurophysiologic monitoring (IONM) is a battery of neurophysiologic tests used to assess the functional integrity of the spinal cord, nerve roots, and other peripheral nervous system structures (eg, brachial plexus) during spinal surgery. The underlying principle of IONM is to identify emerging insult to nervous system structures, pathways, and/or related vascular supply and to provide feedback regarding correlative changes in neural function before development of irreversible neural injury. IONM data provide an opportunity for intervention to prevent or minimize postoperative neurologic deficit. Current multimodality monitoring techniques permit intraoperative assessment of the functional integrity of afferent dorsal sensory spinal cord tracts, efferent ventral spinal cord motor tracts, and nerve roots. Combined use of these techniques is useful during complex spinal surgery because these monitoring modalities provide important complementary information to the surgery team.

We require payment in full prior to services rendered. The estimated cost of this procedure is $3863.00. Any amount over the estimate will be billed to the responsible party.

If any further information is needed please do not hesitate to contact me at the number listed below.

Sincerely,

Adelle Trahan

Adelle Trahan

Insurance and Scheduling Coordinator

106 Amaryllis Drive ♦ Lafayette, LA 70503
(337) 406-0883 ♦ Fax (337) 406-0884 ♦ Tax ID# 45-446-0206

1|2

# Anesthesiology and Pain Consultants, LLC
## P.O. Box 61950
## Lafayette, LA 70596

---

Date: **9/27/18**

RE: **Anesthesia Estimate**

Patient: **James Hall**

Procedure: **ACDF w/Instrumentation, C5-6, C6-7**

Price: **$6500.00**

Thank you for choosing Anesthesiology and Pain Consultants, LLC. We are providing this estimate of charges based upon the information you provided for the above referenced patient and procedure(s). As a reminder, our practice does not accept letters of guarantee. Payment is requested prior to service for all self-pay patients. If a patient has Blue Cross Blue Shield, we will file the claim with the insurance company.

The actual price of the service may be more or less than the estimate provided and may vary depending on health issues, medications, unexpected complications, and other factors. The estimate does not include post-operative pain management which may be requested by the treating provider.

Please mail payment prior to the procedure to:

> **Anesthesiology and Pain Consultants**
> ***Attn: Angela Solis***
> **P.O. Box 61950**
> **Lafayette, LA 70596**

*Please reference the patient's name on the correspondence and/or check.*

We appreciate your trust and confidence in Anesthesiology and Pain Consultants, LLC. If you have any questions, you may contact ***Jenee Schulze at 337-706-1520.***

Thank you,
Jenee G. Schulze, CPC
Coding Department

**01/02/2020 - Transcription: Brennan, William A - SOAP**
**Provider: William A Brennan MD**
**Location of Care: Neurosurgical Solutions of Lafayette LLC**
**Status: UNSIGNED DOCUMENT**

Brennan, William A - SOAP
JAMES HALL DOS: 01/02/2020

SUBJECTIVE: I saw Mr. Hall in the office today. He has been having more headaches than usual. He is changing his medications from Aspirin to Tylenol for his headaches. He still has significant neck and low back pain and persistent problems with memory and PTSD symptoms. He says his pain radiates more into the left upper extremity and left lower extremity, compared to the right.

PHYSICAL EXAMINATION: He is awake and alert. Cranial nerves are intact. He has 75% full range of motion of the head and neck in all directions. His sensation in his left upper and left lower extremity examination tested diminished in intensity. Positive straight leg raising on the left, negative on the right. Gait and station normal. He ambulates unassisted.

IMPRESSION: Multi-trauma from motor vehicle accident, traumatic brain injury, cervical disk herniation, lumbar disk herniation, and multi-extremity pathology.

PLAN: The patient is going to pursue cervical and lumbar surgery once he feels he has his pain under better control so the postoperative narcotics will be more effective. I am encouraging him not to delay if he feels his symptoms are worsening. He understands that, and we will see him back in 2 months for routine followup.

William A. Brennan, M.D., F.A.C.S.
WAB/as

**PATIENT NAME:** Hall, James
**BIRTH DATE:** 10/7/1973
**MPI#:** LAF94421
**DATE OF EXAM:** 9/20/2017

ENVISION **IMAGING** ACADIANA

**REFERRED BY:** William Brennan, MD
105 Patriot Ave - Ste 101
Lafayette, LA 70508

**EXAM:** MRI Knee WO - LEFT

**INDICATION:** Pain.

**COMPARISON:** None

CLINICIAN: WILLIAM BRENNAN MD, MD

RL: 1600

**FINDINGS:**

Multiplanar multisequence noncontrast MRI imaging of the left knee was performed.

Bone: There is susceptibility artifact associated with a screw present within the medial aspect of the medial femoral condyle. This partially obscures the surrounding tissue. There is also a screw present within the medial aspect of the proximal tibia. Correlate with a history of medial collateral ligament repair.

There is degenerative spurring off the joint margins. No evidence of acute fracture or bony contusion is seen.

Ligaments: There is a torn anterior cruciate ligament appearing chronic. The posterior cruciate ligament is intact. The patient has had prior surgical repair of the medial collateral ligament. The proximal aspects of the medial collateral ligament are secured by susceptibility artifact from the screw. The distal aspects of the medial collateral ligament appear intact. There is a partial tear of the origin of the lateral collateral ligament approximately 50% in thickness primarily affecting the deep band.

Menisci: There is blunting of the free edge of the posterior horn of the medial meniscus. An oblique tear enters the posterior horn of the medial meniscus violating the inferior articular surface. There is

 856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

**PATIENT NAME:** Hall, James
**BIRTH DATE:** 10/7/1973
**MPI#:** LAF94421
**DATE OF EXAM:** 9/20/2017

ENVISION IMAGING
ACADIANA

some degenerative increased signal seen within the posterior horn of the lateral meniscus.

Cartilage: There is a grade 2 4 mm cartilage defect present within the medial femoral condyle. An osteochondral defect is present within the medial tibial plateau extending 7 x 10 mm in diameter. There is grade I chondromalacia involving the lateral joint compartment.

Soft tissue: There is a small joint effusion. Prepatellar subcutaneous edema is present.

**IMPRESSION:**

1.Chronic ACL tear.

2.Partial tear of the lateral collateral ligament.

3.Previous surgical fixation of the medial collateral ligament causing artifact obscuring the surrounding tissue.

4.Tear involving the posterior horn of the medial meniscus.

5.Osteochondral defect of the medial tibial plateau.

Joseph Dieber, MD
This document was electronically signed by Joseph Dieber, MD on 9/20/2017



856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

ENVISION IMAGING
ACADIANA

**PATIENT NAME:** Hall, James
**BIRTH DATE:** 10/7/1973
**MPI#:** LAF94421
**DATE OF EXAM:** 9/20/2017

**REFERRED BY:** William Brennan, MD
105 Patriot Ave - Ste 101
Lafayette, LA 70508

**EXAM:** MRI Cervical Spine WO

**HISTORY:** Initial encounter to evaluate neck pain, bilateral shoulder pain, left hand pain, left knee pain and back pain since MVA on 9/4/2017.

**FINDINGS:** The visualized posterior fossa is unremarkable. No bone marrow or cord edema. Disc space narrowing, anterior spurring and discogenic marrow changes at C5-C6 and C6-C7.

3 mm anterolisthesis of C2 on C3. 2 mm retrolisthesis of C5 on C6 and C6 on C7.

No bone marrow or cord edema. Paravertebral soft tissue signal is unremarkable.

C2-C3: Small posterior disc bulge without central canal stenosis. Mild left foraminal stenosis secondary to facet and uncovertebral joint hypertrophy.

C3-C4: Posterior disc bulge without central canal stenosis. Mild to moderate right foraminal stenosis secondary to facet hypertrophy and uncovertebral joint hypertrophy.

C4-C5: Posterior disc bulge without central canal or foraminal stenosis.

C5-C6: Posterior spondylitic disc bulge resulting in moderate central canal stenosis. The AP diameter of the central canal measures 7.9 mm. CSF signal surrounding the cord is partially effaced. Moderate foraminal stenosis bilaterally secondary to facet and uncovertebral joint hypertrophy.

C6-C7: Posterior spondylitic disc bulge resulting in mild central canal stenosis. The AP diameter of the central canal measures 9.5 mm. Preserved CSF signal surrounding the cord. Moderate left and mild-to-moderate right foraminal stenosis secondary to facet and uncovertebral joint hypertrophy.

C7-T1: No disc herniation or spinal stenosis.


856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

**PATIENT NAME:** Hall, James
**BIRTH DATE:** 10/7/1973
**MPI#:** LAF94421
**DATE OF EXAM:** 9/20/2017

ENVISION **IMAGING**
ACADIANA

**IMPRESSION:** Multilevel spondylolisthesis.

Small posterior disc bulge at C2-C3 without central canal stenosis. Mild left foraminal stenosis.

Posterior disc bulge at C3-C4 without central canal stenosis. Mild to moderate right foraminal stenosis.

Posterior disc bulge at C4-C5 without spinal stenosis.

Posterior spondylitic disc bulge at C5-C6 resulting in moderate central canal stenosis. Moderate foraminal stenosis bilaterally.

Posterior spondylitic disc bulge at C6-C7 resulting in mild central canal stenosis. Moderate left and mild-to-moderate right foraminal stenosis.

F. Michael Hindelang III, MD
This document was electronically signed by F. Michael Hindelang III, MD on 9/20/2017



856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

**PATIENT NAME:** Hall, James
**BIRTH DATE:** 10/7/1973
**MPI#:** LAF94421
**DATE OF EXAM:** 9/20/2017

ENVISION IMAGING
ACADIANA

**REFERRED BY:** William Brennan, MD
105 Patriot Ave - Ste 101
Lafayette, LA 70508

**EXAM:** MRI Lumbar Spine WO

**HISTORY:** Initial encounter to evaluate neck pain, bilateral shoulder pain, left hand pain, left knee pain and back pain since MVA on 9/4/2017.

**FINDINGS:** There is disc desiccation at L4-L5. Mild disc space narrowing at L4-L5 and L5-S1. Grade 1 retrolisthesis of L4 on L5. No additional spondylolisthesis. The conus is unremarkable. No bone marrow edema or compression fracture. Paravertebral soft tissue signal is within normal limits.

T12-L1: Mild disc space narrowing, disc desiccation, discogenic marrow changes and anterior spurring. Small posterior disc bulge without spinal stenosis.

L1-L2: Unremarkable.

L2-L3: Unremarkable.

L3-L4: Mild facet hypertrophy without disc herniation or spinal stenosis.

L4-L5: Central to left paracentral annular fissure, posterior disc bulge and facet hypertrophy without central canal stenosis. Lateral disc bulges and facet hypertrophy resulting in mild to moderate left and mild right foraminal stenosis.

L5-S1: Facet hypertrophy without disc herniation or spinal stenosis.

**IMPRESSION:** Grade 1 retrolisthesis of L4 on L5.

Mild disc space narrowing, disc desiccation, discogenic marrow changes and anterior spurring at T12-L1. Small posterior disc bulge without spinal stenosis.

Posterior disc bulge and facet hypertrophy at L4-L5 without central canal stenosis. Central to left paracentral annular fissure. Mild to moderate left and mild right foraminal stenosis.


856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

**PATIENT NAME:** Hall, James
**BIRTH DATE:** 10/7/1973
**MPI#:** LAF94421
**DATE OF EXAM:** 9/20/2017

ENVISION **IMAGING**
ACADIANA

Facet hypertrophy at L5-S1 without disc herniation or spinal stenosis.

F. Michael Hindelang III, MD
This document was electronically signed by F. Michael Hindelang III, MD on 9/20/2017


856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

**PATIENT NAME:** Hall, James
**BIRTH DATE:** 10/7/1973
**MPI#:** LAF94421
**DATE OF EXAM:** 9/20/2017

ENVISION IMAGING
ACADIANA

**REFERRED BY:** William Brennan, MD
105 Patriot Ave - Ste 101
Lafayette, LA 70508

**EXAM:** MRI Shoulder WO - RIGHT

**HISTORY:** Initial encounter to evaluate neck pain, bilateral shoulder pain, left knee pain and left hand pain since MVA on 9/4/2017.

**FINDINGS:** There is an os acromiale. Mild to moderate osteoarthritis involving the AC joint.

There is increased T2 signal within the substance of the subscapularis tendon, superiorly just proximal to its insertion. There is early exit of the bicipital tendon from the bicipital groove extending into this defect consistent with intrasubstance tear of the subscapularis.

No additional rotator cuff tear. There is tendinosis involving the supraspinatus and infraspinatus tendons.

There is a SLAP tear. Increased T2 signal within the proximal bicipital tendon suggesting propagation of tear or tendinosis.

The inferior glenohumeral ligament is unremarkable. Minimal fluid within the subacromial/subdeltoid bursa.

There is increased T2 signal within the teres minor muscle, likely neurogenic. The quadrilateral space is unremarkable. The suprascapular notch and spinoglenoid notch are unremarkable.

No bone marrow edema, fracture or dislocation.

**IMPRESSION:** Intrasubstance tear of the subscapularis tendon. The bicipital tendon demonstrates an early exit from the bicipital groove extending into this tear.

Tendinosis of the supraspinatus and infraspinatus tendons.

SLAP tear with questionable propagation involving the proximal bicipital tendon versus tendinosis.


856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

**PATIENT NAME:** Hall, James
**BIRTH DATE:** 10/7/1973
**MPI#:** LAF94421
**DATE OF EXAM:** 9/20/2017

ENVISION IMAGING
ACADIANA

Increased T2 signal within the teres minor muscle suggesting denervation. The quadrilateral space is unremarkable.

F. Michael Hindelang III, MD
This document was electronically signed by F. Michael Hindelang III, MD on 9/20/2017



856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

ENVISION IMAGING
ACADIANA

**PATIENT NAME:** Hall, James
**BIRTH DATE:** 10/7/1973
**MPI#:** LAF94421
**DATE OF EXAM:** 9/20/2017

**REFERRED BY:** William Brennan, MD
105 Patriot Ave - Ste 101
Lafayette, LA 70508

**EXAM:** MRI Shoulder WO - LEFT

**HISTORY:** Initial encounter to evaluate neck pain, bilateral shoulder pain, left knee pain and left hand pain since MVA on 9/4/2017.

**FINDINGS:** Moderate degenerative changes involving the AC joint. No bone marrow edema, fracture or dislocation. Hypertrophy of the coracoacromial ligament along the undersurface of the acromion.

The bicipital tendon, labrum and inferior glenohumeral ligaments are unremarkable.

Mildly increased signal within the infraspinatus and supraspinatus tendons consistent with tendinosis. No rotator cuff tear identified. No significant fluid within the subacromial/subdeltoid bursa.

No abnormal muscular signal or atrophy.

**IMPRESSION:** Moderate osteoarthritis involving the AC joint.

Tendinosis involving the supraspinatus and infraspinatus tendons. No rotator cuff tear.

F. Michael Hindelang III, MD
This document was electronically signed by F. Michael Hindelang III, MD on 9/20/2017



856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

ENVISION IMAGING
ACADIANA

**PATIENT NAME:** Hall, James
**BIRTH DATE:** 10/7/1973
**MPI#:** LAF94421
**DATE OF EXAM:** 9/20/2017

**REFERRED BY:** William Brennan, MD
105 Patriot Ave - Ste 101
Lafayette, LA 70508

**EXAM:** XR Lumbar Spine - Minimum 4 View

**HISTORY:** Initial encounter to evaluate neck pain, bilateral shoulder pain, left knee pain and left hand pain since MVA on 9/4/2017.

**FINDINGS:** Standard 5 views were obtained of the lumbar spine along with lateral flexion and extension views.

**FINDINGS:** There are 5 nonrib-bearing lumbar vertebra with hypoplastic 12th ribs noted. The pedicles are intact.

No fracture or compression deformity. Grade 1 retrolisthesis of L4 on L5 measuring 3 mm. No pars defects. Mild disc space narrowing at L4-L5 and L5-S1 along with facet hypertrophy.

With extension there is no dynamic instability. With flexion there is a return to neutral positioning at L4-L5 consistent with dynamic instability.

**IMPRESSION:** Disc space narrowing and facet hypertrophy at L4-L5 and L5-S1.

Hypoplastic 12th ribs.

Grade 1 retrolisthesis of L4 on L5. Dynamic instability at L4-L5 with flexion.

F. Michael Hindelang III, MD
This document was electronically signed by F. Michael Hindelang III, MD on 9/20/2017



856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

ENVISION **IMAGING**
ACADIANA

**PATIENT NAME:** Hall, James
**BIRTH DATE:** 10/7/1973
**MPI#:** LAF94421
**DATE OF EXAM:** 9/20/2017

**REFERRED BY:** William Brennan, MD
105 Patriot Ave - Ste 101
Lafayette, LA 70508

**EXAM:** XR Hand Complete - minimum 3 view - LEFT

**HISTORY:** Initial encounter to evaluate neck pain, bilateral shoulder pain, left knee pain and left hand pain since MVA on 9/4/2017.

**FINDINGS:** Standard 3 views were obtained of the left hand.

**FINDINGS:** Orthopedic screws are noted within the middle phalanx of the third digit adjacent to the PIP joint and at the distal carpal row, involving the trapezoid and trapezium which appear fused on the frontal view.

Moderate osteoarthritis involving the first and second carpal metacarpal joint. No acute fracture or dislocation.

**IMPRESSION:** Postsurgical changes.

Moderate osteoarthritis involving the first and second carpometacarpal joints.

F. Michael Hindelang III, MD
This document was electronically signed by F. Michael Hindelang III, MD on 9/20/2017


856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

| | |
|---|---|
| **PATIENT NAME:** | Hall, James |
| **BIRTH DATE:** | 10/7/1973 |
| **MPI#:** | ENV2375623 |
| **DATE OF EXAM:** | 9/25/2018 |

ENVISION IMAGING
ACADIANA

**REFERRED BY:** Fernando Alemany, MD
3975 I-49 N Service Rd - Ste 200
Opelousas, LA 70570

**EXAM:** US Abdomen Complete

**INDICATION:** Initial imaging evaluation related to elevated LFTs.

**TECHNIQUE:** Transabdominal sonographic evaluation performed in routine fashion.

**COMPARISON:** No relevant prior studies are available for comparison.

**FINDINGS:**
Liver - Normal in size and contour. There is no space occupying mass lesion identified. There is no biliary dilation. No ascites identified.

Gallbladder - Normally distended. There is no wall thickening or pericholecystic fluid. No shadowing gallstones identified. The proximal extrahepatic bile duct measures approximately 4 mm in diameter.

Aorta - Normal in diameter. Proximal IVC also within normal limits.

Pancreas - Within normal limits without ductal dilation where visualized. Far upstream pancreatic tail not well delineated due to bowel gas.

Spleen - Normal in size and echotexture.

Kidneys - Symmetric in size with both kidneys measuring 10.9 cm in length. No hydronephrosis or nephrolithiasis identified.

**IMPRESSION:**

No sonographic abdominal abnormalities identified.

Denny Dartez, MD
This document was electronically signed by Denny Dartez, MD on 9/25/2018


856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

| | |
|---|---|
| **PATIENT NAME:** | Hall, James |
| **BIRTH DATE:** | 10/7/1973 |
| **MPI#:** | ENV2375623 |
| **DATE OF EXAM:** | 9/25/2018 |

ENVISION **IMAGING**
ACADIANA



856-B Kaliste Saloom Rd Lafayette, LA 70508 - Phone: (337)593-9500 - Fax: (337)593-0909

# James Hall

## Cervical MRI
## 9/20/17

## C4/5



## C5/6



## C6/7



**LYNN W. AURICH, PH. D.**
**Clinical Psychology/Neuropsychology**
**125 Ridgeway Drive**
**Suite A-1**
**Lafayette, LA 70503**
**Tel: 337-593-0404 Fax: 337-593-0707**
**Email: draurich@bellsouth.net**

December 5, 2017

William A. Brennan, M.D.
Neurosurgical Solutions of Lafayette LLC
105 Patroit Avenue, Suite 101
Lafayette, LA 70508

RE: James Hall

Dear Dr. Brennan:

Attached is my Neuropsychological Report on the above named patient who was referred by you. Due to his extreme emotional discontrol, we were unable to complete the evaluation. I do believe that we were able to get enough data to support your diagnosis of Post-Concussion Syndrome. I made recommendations for treatment, but this patient does not appear to be cooperative and compliant at the present time.

Thank you so much for referring this interesting patient. If I can be of any further assistance, please contact me.

Sincerely,

Lynn W. Aurich, Ph.D.

Lynn W. Aurich, Ph.D.
Clinical Neuropsychologist

LWA:pdw

cc: Mr. Joe Gaar

Attachment

**LYNN W. AURICH, PH. D**
**Clinical Psychology/Neuropsychology**
**125 Ridgeway Drive**
**Suite A-1**
**Lafayette, LA 70503**
**Tel: 337-593-0404 Fax: 337-593-0707**
**draurich@bellsouth.net**

## NEUROPSYCHOLOGICAL EVALUATION FOR TREATMENT PLANNING

| | |
|---|---|
| **PATIENT:** | **JAMES HALL** |
| **DATE OF BIRTH:** | **10/07/1973** |
| **DATES OF EXAMINATION:** | **09/26/2017; 11/10/2017** |

### CLINICAL HISTORY

James Hall is a 44 year-old white male who was referred for Neuropsychological Evaluation and Treatment Planning by Dr. William Brennan. Medical records from William A. Brennan, M.D., Malcolm Stubbs, M.D., Wael Karim, M.D., Envision Imaging, and Lake Charles Urgent Care were provided and reviewed for this examination. Clinical interview and medical records indicate that the patient was in a motor-vehicle accident September 4, 2017. He indicated that an 18-wheeler rear-ended him on I-10. He indicated there was brief loss of consciousness. He stated that his first memory was someone yelling "Get him out of the fuel". Then he remembers the EMT worker talking to him trying to get him out of the vehicle. He was a restrained driver but the airbag did not deploy. He has retrograde amnesia for the accident itself. He stated that he injured his left knee and left wrist, both of which are improving.

The patient acknowledged sleep disturbance as manifested by discoimesis due to pain. He complained of having frequent headaches which occur later in the day. They start on both sides and radiate towards the back of his head. Noise and light exacerbate the pain. Staying quiet and in the dark seems to improve them. He acknowledged some dizzy spells during the headaches. He denied syncope episodes although he stated that his girlfriend stated that he had one but he has no memory of it. He acknowledged some changes in his gait due to his knee injury. He acknowledged some photophobia. He acknowledged weakness in the upper extremities as well as some dysmetria. He acknowledged some difficulties with reading comprehension. He also stated that he feels that he gets over-whelmed very easily. He denied any hand tremors or changes in his directionality sense. He complained of short-term memory problems. He denied dysnomia but acknowledged some word-finding difficulty. He stated that his head hurts when he touches it. He acknowledged some muscle fasciculations but was unclear as to where they occur. He denied amaurosis. He denied any changes in his bowel or bladder function. He acknowledged increased anxiety and worry. He denied any changes in his hand-writing, olfactory sense, or tinnitus.

## SOCIAL HISTORY

The patient stated that he has one step-brother and one step-sister. He indicated that he left home at the age of 14 and got a job at a factory. He has been on his own since that time. He acknowledged alcohol use, socially. He stated that he tried marijuana, briefly, when he was young. He currently does not abuse drugs because he stated that his parents were alcoholics and drug users. He acknowledged being arrested for failure to pay child support and served eleven months in jail for that in 2001. He has been married once and is divorced. He has one daughter aged 23 and a granddaughter. He has two step children. There is no military history. He stated that he enlisted in the U.S. Marine Corp but had a motor-vehicle accident and was unable to go. He had a prior motor-vehicle accident and injured his left knee.

## EMPLOYMENT HISTORY

The patient reports that he is a truck driver and is a member of the One Million Mile Club. He has had no accidents. He was employed for Martin Automotive Freight Line for approximately three months. He stated that he was a Diagnostic Quality Control Manager there. He stated that he was in line to be promoted to Service Manager. He also worked for Rains & Sons Trucking for approximately four months. He was employed also for Westpark Collision as a Service Manager for approximately two years. The owners sold the company.

## EDUCATIONAL HISTORY

The patient reports that he obtained his GED. There is no history of any other formal education.

## MEDICAL HISTORY

The patient reported having the prior motor-vehicle accident in which he injured his left knee. The patient denied being on any current medication. However, medical records indicate that Dr. Brennan put him on some medication for PTSD and post-concussion syndrome. Medical history is otherwise unremarkable.

## MENTAL STATUS EXAMINATION

The patient was neatly groomed. He had a brace on his left knee and left wrist. He exhibited a mild limp in his gait. Speech processes were normal for rate, volume, articulation, coherence, and spontaneity. No paraphasias or perseverations were noted. Associational processes were grossly intact. Thought content was grossly intact. No suicidal or homicidal ideation was noted during the initial examination. His mood was moderately depressed. Affect was appropriate. He was oriented in all spheres. Memory processes appeared to be grossly intact for recent, delayed, and remote memory. Attention and concentration processes were grossly intact. Fund of knowledge was grossly intact. Insight was grossly intact. Judgement was mildly impaired. The patient cried several times during the clinical examination. He had extreme emotional discontrol several times during testing. He was

unable to complete neuropsychological testing. He became extremely irritable and enraged and made threatening remarks to staff members and used a lot of profanity.

Testing rapport was never fully established with this patient. He was not cooperative.

## TESTS ADMINISTERED

Wechsler Adult Intelligence Scale-IV (WAIS-V)
Wide Range Achievement Test-III (WRAT-III)
Beck Anxiety Inventory (BAI)
Beck Depression Inventory-II (BDI-II)
Tests for Malingering
  Test for Memory Malingering (TOMM)
Pain Patient Profile (P3)

We were unable to administer any of the Halstead-Reitan Neuropsychological Test Battery to this patient due to his total emotional breakdown.

## TEST RESULTS

At the time of this examination, the examiner explained the nature and purposes of the examination. The patient was informed that the information and test results obtained would be included in a formal report and therefore would not be confidential within the context of the litigation. The patient indicated that the nature of the evaluation was understood and then consented to the examination.

The patient was administered a partial battery of test measures under standardized testing conditions, in a low stimulation environment, working one on one with the examiner. The results are clustered by the ability or skill area which is assessed and are considered discreet hypotheses which are later confirmed, modified or rejected when all of the findings are integrated in the Interpretation section. Psychological test results have a limited span of usefulness and should not be considered valid in the face of significant changes of circumstance or patient condition.

## INTELLECTUAL AND ACADEMIC ACHIEVEMENT ASSESSMENT

The patient was administered the Wechsler Adult Intelligence Scale-IV (WAIS-IV). The results are presented in the tables below:

### Composite Score Summary

| Scale | Sum of Scaled Scores | Composite Score | | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|---|
| Verbal Comprehension | 29 | VCI | 98 | 45 | 92-104 | Average |
| Perceptual Reasoning | 21 | PRI | 82 | 12 | 77-89 | Low Average |
| Working Memory | 17 | WMI | 92 | 30 | 86-99 | Average |
| Processing Speed | 13 | PSI | 81 | 10 | 75-91 | Low Average |
| Full Scale | 80 | FSIQ | 86 | 18 | 82-90 | Low Average |

### Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | *SEM* |
|---|---|---|---|---|---|
| Similarities | 24 | 9 | 37 | 10 | 1.04 |
| Vocabulary | 36 | 10 | 50 | 10 | 0.73 |
| Information | 13 | 10 | 50 | 10 | 0.85 |

### Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | *SEM* |
|---|---|---|---|---|---|
| Block Design | 28 | 7 | 16 | 6 | 0.99 |
| Matrix Reasoning | 13 | 7 | 16 | 7 | 0.95 |
| Visual Puzzles | 10 | 7 | 16 | 7 | 1.04 |

### Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | *SEM* |
|---|---|---|---|---|---|
| Digit Span | 21 | 7 | 16 | 6 | 0.73 |
| Arithmetic | 14 | 10 | 50 | 10 | 0.99 |

### Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | *SEM* |
|---|---|---|---|---|---|
| Symbol Search | 28 | 8 | 25 | 8 | 1.56 |
| Coding | 44 | 5 | 5 | 5 | 1.2 |

**Subtest Level Discrepancy Comparisons**

| Subtest Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span - Arithmetic | 7 | 10 | -3 | 2.57 | Y | 16.9 |
| Symbol Search - Coding | 8 | 5 | 3 | 3.41 | N | 15.1 |

James is a 44-year-old male who completed the WAIS–IV. His overall cognitive ability, as evaluated by the WAIS–IV, cannot easily be summarized because his verbal reasoning abilities are much better developed than his nonverbal reasoning abilities. James's reasoning abilities on verbal tasks are generally in the average range (VCI = 98), while his nonverbal reasoning abilities are significantly lower and in the low average range (PRI = 82). James's ability to sustain attention, concentrate, and exert mental control is in the average range (WMI = 92). James's ability in processing simple or routine visual material without making errors is in the low average range when compared to his peers (PSI = 81).

The patient was administered the Wide Range Achievement Test-III. The results are presented in the table below:

| | Standard Score | Percentile | Grade Equivalent |
|---|---|---|---|
| Reading | 88 | 21 | High School |
| Spelling | 88 | 21 | 8 |
| Arithmetic | 75 | 5 | 5 |

During the Spelling component of this test the patient quit stating that he would not do anymore spelling because he was "stupid".

## PERSONALITY ASSESSMENT

The patient was administered the Beck Depression Inventory-II (BDI-II) to assess the severity of depression. The BDI consists of 21 symptoms and attitudes which are rated on a 4-point scale ranging from 0-3 in terms of severity. The patient's score (37) is consistent with depression in the Severe range (29 – 63 = Severe). The patient acknowledged some suicidal ideation but denied any intent or plan.

The patient was administered the Beck Anxiety Inventory (BAI) which measures the severity of self-reported anxiety. The BAI consists of 21 descriptive statements of anxiety symptoms which are rated on a 4-point scale. The patient's score (43) on this test is consistent with anxiety in the Severe range (26 – 63 = Severe).

The patient was administered the Pain Patient Profile (P3). The P3 is a 44-item, self-report, multiple-choice instrument designed to identify patients who are experiencing emotional distress associated with primary complaints of pain. The P3 is appropriate for patients suffering pain as a result of disease, illness, or physical trauma (e.g., motor vehicle accidents and work-related injuries).

The patient's score on the Validity Index of the P3 suggests that he was able to read the items and appropriately attended to item content. It appears that he approached the test in an open and honest manner. His score suggests that his test results can be interpreted with confidence.

The patient's "T" score on the Depression Scale (61) suggests that he is more depressed than the average pain patient. Of the pain patients sampled, only 20% had a depression "T" score of 61 or higher.

Sleep and appetite disturbances may be noted as part of this patient's depression symptoms. He may be described by others as sad, lethargic, apathetic, listless, and aloof. Efforts to involve him in a participatory physical rehabilitation program may be hampered by his emotional state. He is currently feeling particularly distressed, drained, and emotionally burdened by the duration of his discomfort and the impact of his problems on his ability to function. It is very likely that the patient's psychological symptoms will interfere with physical pain treatment.

The patient's Anxiety "T" score (61) suggests that he is more anxious than the average pain patient. Of the pain patients sampled, only 18% had an Anxiety "T"score of 61 or higher.

The patient's responses suggest that his anxiety symptoms include feelings of agitation, nervousness, generalized fear, and inner turmoil. He may also be feeling significant levels of anger, and he may find it difficult to control his temper. Autonomic activity may be heightened and may contribute to pain intensity. He may report feeling tense and unable to relax. He probably avoids crowds, social contact, and stressful or demanding situations. He may be described by others as agitated, tense, stressed, impatient, and distracted. His concentration and attention are probably affected, and he may act impulsively without sufficient thought and deliberation. Efforts to involve him in long-term rehabilitation may be hampered by his emotional symptoms, which occupy much of his attention. His treating physicians should explore the possibility that sustained muscular contraction or other active autonomic response may be causing or prolonging his pain. The potential exists for his anxiety symptoms to interfere with physical treatment designed to reduce pain.

The patient's Somatization "T" score (58) suggests that he has more physical problems, pain, and health-related concerns than the average pain patient. Of the pain patients sampled, only 29% had a "T" score of 58 or higher on the Somatization scale.

Somatic issues trouble him and are adversely affecting his life. He may exhibit excessive concerns about bodily functions, and his physical symptoms may be multiple and magnified. Pain migration may be exhibited, with pain complaints shifting from one anatomic part to another.

This patient's Somatization score suggests that pain and health-related concerns occupy a disproportionate amount of his attention. His somatic symptoms are upsetting, frustrating, distracting, unwanted, and poorly tolerated. He may be described by others as over-reactive, self-centered, demanding, pessimistic, complaining, whining, and bitter. He may challenge health professionals with demands for pain relief, yet he may exhibit a defeatist and noncompliant attitude toward appropriate treatment plans.

Because of the breadth and severity of this patient's psychological symptoms, mental health consultation/treatment should be considered. This could be implemented as part of a multidisciplinary pain program with an emphasis on coordinating physical and psychological rehabilitation.

## TESTS FOR MALINGERING

The patient was administered the Test of Memory Malingering (TOMM) which provides a systematic method of discriminating between bonafide memory impaired patients and malingerers. The TOMM is a fifty-item recognition test for adults that include two learning trials and a retention trial. During the two learning trials, the patient is shown fifty line-drawings (target pictures) of common objects for three seconds each, at one-second intervals. The patient is then shown fifty recognition panels, one at a time. Each panel contains one of the previously presented target pictures and a new picture. The patient is required to select the correct picture (i.e., the picture shown during the learning trial). The same procedure is used on the optional retention trial except the target pictures are not re-administered. Non-malingerers, even those with substantial impairment, generally score very well on the TOMM. Malingerers or suspected malingerers score very low on the TOMM.

The patient's scores on the above measures for malingering were all within the normal range suggesting that he put for adequate motivation and effort on this test.

The patient was also administered the Computerized Assessment of Response Bias (CARB). The purpose of the CARB is to quantitatively assess a given patient's attitude (response bias) in taking neuropsychological or neurocognitive tests. CARB is a computer administered visual digit recognition task which provides three levels of perceived difficulty.

This patient gave a questionable effort on the CARB. While the performance was not clearly in the range of not attending to the task and completely shutting down (random or near random responding), the effort was significantly below that expected in well-motivated normal controls and persons with verified brain injury. This performance is likely to be obtained by individuals who are, consciously or unconsciously, exaggerating the extent and nature of clinical symptoms.

In summary, on tests administered for malingering assessment, the patient produced mixed results. The patient's motivation to perform was variable from one session to the next.

## INTERPRETATION

As mentioned above, the neuropsychological evaluation was not completed due to this patient's emotional discontrol problems and threatening staff members. On the second day of testing following the Wide Range Achievement Test the patient began crying hysterically, screaming at the top of his voice, cursing staff member, making threats, where upon he then physically stormed out of the office. I followed the patient to the parking lot and attempted to calm him down and get him under better emotional control but he refused to listen. At that point I indicated that we were finished with testing and that we had enough information and did not need to proceed any further. He then began to say "No, I'm coming back in. I'm not a quitter". Rather than calming down at that point, however, the patient spiraled even more, at which point I instructed his driver to simply take him home. I also instructed the driver that if he did not calm down and started threatening suicide to take him to the nearest ER for examination and treatment. The driver agreed to do so.

Due to incomplete testing, no specific statements can be made about his cognitive functioning. Based on his clinical presentation and the obtained psychometric results, this patient most likely has a Post-Concussion Syndrome.

## RECOMMENDATIONS

This patient could definitely benefit from psychiatric consultation for psychotropic medications. His willingness to be compliant in taking medication, however, is highly questionable at this time.

As indicated above, this patient's cooperation in physical rehabilitation, as well as psychological treatment, will most likely be hindered by his depression, anxiety, and somatization.

This neuropsychological opinion is based on the integration of all available information including objective neuropsychological test results, medical findings, social history, medical history, work history, educational history and military history. The objective test results are not considered individually and in isolation of each other.

Diagnostic impressions and recommendations are arrived at totally independent of the referral parties and the opinions given are within a reasonable psychological certainty.

Lynn W. Aurich, Ph.D.

Lynn W. Aurich, Ph.D.
Clinical Neuropsychologist

LWA:pdw

cc: Dr. William Brennan

Hall, James M
Date of Service:September 28, 2017

LAFAYETTE BONE & JOINT CLINIC

1103 Kaliste Saloom Road Suite 100-102Lafayette, LA 70508
Phone:(337) 234-5234
Fax: (337) 235-2121

**ORTHOPAEDIC SURGERY**
JOHN E. COBB, M.D. (1945-2011)
LOUIS C. BLANDA, JR., M.D.
DAVID S. MULDOWNY, M.D.
MALCOLM J. STUBBS, M.D.
JOHN B. SLEDGE, III, M.D.

**PHYSICAL MEDICINE AND REHABILITATION**
DANIEL L. HODGES, M.D.

**Hall, James M**
DOB: 10/07/1973

**Date of Service:** September 28, 2017

**Current Medications**

**Past Medical History**

Cervical disc disorder with radiculopathy, unspecified cervical region
Complex tear of medial meniscus, current injury, left knee, initial encounter
Other spontaneous disruption of anterior cruciate ligament of left knee
Sprain of ligaments of lumbar spine, initial encounter
Strain of muscle(s) and tendon(s) of the rotator cuff of left shoulder, initial encounter
Superior glenoid labrum lesion of right shoulder, initial encounter

**Surgical History**
lower extremity Recorded Date: September 28, 2017
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Tobacco history Current every day smoker
Number of years using tobacco 20

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 43-years-old male.
He presented with neck pain. The pain is rated as a 6/10. It is located in the mid cervical area. The patient reports moderate.

In addition, he presented with left knee pain. The pain is rated as a 4/10. It is located in the medial region. It is described as aching.

The patient also presented with back pain. It is located lumbar-sacral spine. The frequency of episodes is constant and increasing. Important triggers include bending and position change.

He next presented with right shoulder pain. The pain is rated as a 7/10. It is described as aching, dull and tenderness. The complaint moderately limits activities.

He also presented with left shoulder pain. The pain is rated as a 5/10. It is described as aching and dull. The frequency of episodes is daily.

This patient is a 43-year-old right-hand dominant man who was involved in a severe motor vehicle accident on 9/4/2017. He was slowing down for traffic delay all-night 10 when he was struck from behind by an 18 wheel tractor-trailer. According to the patient that since his vehicle off the road for quite some distance and struck a utility pole before coming to rest. He was a restrained driver of a GMC SUV. He had significant loss of consciousness of an unknown duration. After he regained some consciousness, he remembers being extracted from the vehicle by first responders. He was taken to the emergency room via EMS 2 the emergency room, in Sulpher, LA, where he was evaluated, treated, and released. He had multiple x-rays and CT scans obtained. He reports that he spent the next several days at a friend's house in Lake Charles suffering from significant headaches, memory loss, mood swings, multiple joint and



**Plaintiff Trial Exhibit 4g pg 1**

Hall, James M
Date of Service:September 28, 2017

**Allergies**
NO KNOWN DRUG ALLERGIES

extremity pain as well as neck pain. He then presented to an urgent care clinic after about a week where he was given some prescriptions, including a left hand splint and a left knee brace. He was referred here for further evaluation and treatment recommendations from an orthopedic standpoint. Past surgical history is significant for left hand surgery in 1994, as well as left knee surgery in 1994.

**Vital Signs**
Height: 6' Weight: 210 lbs BMI: 28.5 BP: 126/80 mmHg Right Arm Sitting

**Results Assocated with this Visit:**

**Review of Systems**
Cardiovascular: The patient denied chest pain/pressure.
Constitutional: The patient denied fatigue, fever, night sweats and weight loss.
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Musculoskeletal: The patient complained of **back pain** and **muscle weakness.**
Neurologic: The patient complained of **numbness or tingling.**
Respiratory: The patient denied dyspnea.

**Physical Exam**

**Constitutional:**
general appearance- overall: well nourished, well developed and in no acute distress
**Psychiatric:**
orientation/consciousness- overall: oriented to person, place and time; level of consciousness: alert; mood and affect; mood: **depressed** and **labile mood**; affect: **blunted**; appropriateness: **inappropriate emotional responses**
**Cardiovascular:**
examination of vasculature- overall: good capillary refill and pulses bilaterally normal
**Lymphatic:**
palpation- overall: no obvious adenopathy
**Neurological:**
Upper Extremity Reflexes- Left biceps: 2+; Right biceps: 2+; Left brachioradialis: 2+; Right brachioradialis: 2+; Left triceps: 2+; Right triceps: 2+; Left hoffman: negative; Right hoffman: negative; Lower Extremity Reflexes; Left patella: **1+**; Right patella: **1+**; Left achilles: **1+**; Right achilles: **1+**; Left clonus: negative; Right clonus: negative; sensation; left lower extremity: intact; left upper extremity: intact; right upper extremity: intact
**Musculoskeletal:**
gait and station- gait **antalgic**; station: normal
**Musculoskeletal: Head and Neck:**



**Plaintiff Trial Exhibit 4g pg 2**

Hall, James M
Date of Service:September 28, 2017

Inspection and Palpation- cervical spine inspection: normal cervical lordosis and **tissue tension/texture is - spasm**; Range of Motion; overall: **limited range of motion secondary to pain**; Stability; overall: no instability; Skin; neck inspection: no rash or lesions; Specialized Tests; spurling's Test: **pain in trapezial area**

**Muscoloskeletal: Spine/Ribs/Pelvis:**

Inspection and Palpation- lumbar spine inspection: normal lumbar spine alignment; lumbar spine palpation: **mild tenderness over the lower lumbar area**; Range of Motion; lumbar flexion: **painful lumbar muscles with flexion** and **51-75% flexion**; Stability; overall: no dislocation, subluxation, or laxity; Skin; overall: no rash or lesions; Functional Testing; sitting SLR (left) **produces back pain**; sitting SLR (right) **produces back pain**

**Musculoskeletal: Left Upper Extremity:**

Inspection and Palpation- shoulder: **tenderness over AC joint** and **tenderness on the greater tuberosity**; wrist: **presence of a scar, tender Over basal thumb joint near the first and second CMC** and **positive Finkelstein's test**; Range of Motion; shoulder: **internal rotation to lumbar, abduction 90 degrees, forward flexio 90 degrees** and **external rotation 30 degrees**; wrist: **decreased flexion, pain with flexion, decreased extension** and **pain with extension**; thumb: **crepitus, decreased opposition, pain with opposition, decreased flexion at the MCP joint** and **pain with flexion at the MCP joint**; Stability; shoulder: no instability and **positive apprehension sign**; wrist: a normal exam; Strength and Tone; deltoid Strength: **4/5**; shoulder strength: **positive Hawkin's sign** and **positive Neer's sign**; Skin; upper arm inspection: no rash or lesions

**Musculoskeletal: Right Upper Extremity:**

Inspection and Palpation- overall: **_Right shoulder exam is essentially same as left shoulder exam**

**Musculoskeletal: Left Lower Extremity:**

Inspection and Palpation- knee: **_Medial scar**, normal alignment, **tenderness over medial joint line, tenderness over lateral joint line, McMurray positive lateral joint line** and **McMurray positive medial joint line**; Range of Motion; knee: **_0-105°.**; Strength and Tone; quadriceps: **4/5**; quadriceps tone: and **atrophy Mild**; Stability; knee: **anterior drawer (neutral) 2+, Lachman 2+, pivot shift positive**, posterior sag negative, normal valgus stress test, 0 degrees, normal valgus stress test, 30 degrees, normal varus stress test, 0 degrees and normal varus stress test 30 degrees; Skin; overall: well healed scar Left knee medial

**Imaging and Tests**

**X-Rays Obtained Roday**

Review of the left hand and wrist taken in the office today. There is evidence of previous surgery with small metal screws in the area of the trapezium. There are degenerative changes noted at the first and second CMC joints.

X-rays of both shoulders taken in the office today reveal a type II acromion with lateral downsloping and degenerative changes with spur formation at the a.c. joint.



**Plaintiff Trial Exhibit 4g pg 3**

Hall, James M
Date of Service:September 28, 2017

AP, lateral and sunrise views of the left knee taken in the office today reveal slight varus deformity. There is retained metal hardware in the distal femur and proximal tibia consistent with previous MCL reconstruction. There is loss of medial joint space and medial osteophyte formation consistent with degenerative changes.

X-rays of the cervical spine taken in the office today reveal decreased cervical lordosis with severe narrowing at C5-6 and C6-7. There is moderate narrowing at C3-4. There is mild listhesis of C2 on C3. No fracture or dislocation is appreciated.

Lumbar x-rays taken in the office today reveal narrowing and degenerative changes at T12 and S1. No evidence of fracture or dislocation is appreciated.

**MRI**

MRI of the left knee reveals a chronic ACL tear. There is a partial tear of the lateral collateral ligament. Previous surgical fixation of the MCL is noted causing some artifact obscuring the surrounding medial tissues. There is a tear involving the posterior horn and medial meniscus and osteochondral defect of the medial tibial plateau.

MRI of the right shoulder reveals an intrasubstance tear of the subscapularis tendon with bicep tendon subluxation from the bicipital groove. There is tendinosis of the supraspinatus and infraspinatus tendons. There is noted to be a superior labrum tear with propagation into the biceps anchor. Increased signal within the teres minor of unknown etiology.

MRI of the left shoulder reveals moderate arthritis at the a.c. joint with tendinosis of the supraspinatus and infraspinatus tendons. No discrete tears appreciated. MRI of the cervical spine reveals a small posterior disc bulge at C2-3 without stenosis. There is a posterior disc bulge at C3-4, resulting in moderate right foraminal stenosis. The posterior disc bulges noted at C4-5 without stenosis. At C5-C6 and C6-7, there are significant posterior disc herniations, resulting in mild central canal stenosis and moderate bilateral foraminal stenosis

**Diagnosis**

S83.232A-836.0 Complex tear of medial meniscus, current injury, left knee, initial encounter
M23.612-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee
M50.10-723.4 Cervical disc disorder with radiculopathy, unspecified cervical region
S33.5XXA-847.2 Sprain of ligaments of lumbar spine, initial encounter
S46.012A-840.4 Strain of muscle(s) and tendon(s) of the rotator cuff of left shoulder, initial encounter
S43.431A-840.7 Superior glenoid labrum lesion of right shoulder, initial encounter

**Services Performed**

Hall, James M
Date of Service:September 28, 2017

73564 X-RAY EXAM OF LEFT KNEE 4 VIEWS with this modifier: LT
73030 X-RAY EXAM OF LEFT SHOULDER, COMPLETE, MIN 2 VIEWS with this modifier: LT
73030 X-RAY EXAM OF RIGHT SHOULDER, COMPLETE, MIN 2 VIEWS with this modifier: RT
99205 COMPREHENSIVE SERVICS - NEW
Calculated Complexity: None

**Services Ordered**

Referral Referral Order

Providers and Medical Service Providers: Leblanc, Robby D (left hand/wrist eval)

Provider's Role: Specialist

Current Referral Status: Initiated

**Prescriptions Given**

**Patient Instruction**

**Plan**

The patient sustained multiple injuries as a result of this motor vehicle accident. I discussed all of the injuries and treatment options with the patient. He still seems to be having some symptoms from his head injury so I am not sure quite his level of understanding.

In order to address these injuries to the left knee which I feel are a priority. He will continue in the brace. However, I feel he will require surgery to address the pain, instability symptoms, and swelling. I will recommend and request approval for left knee arthroscopy with partial medial meniscectomy, ACL reconstruction with allograft, and high tibial osteotomy, with hardware removal.

I also believe the right shoulder we will need surgery to include right shoulder arthroscopy, superior labrum repair, biceps tenodesis, subacromial decompression, and distal clavicle resection. I believe this should be done after the knee because he will require a period of protected weightbearing using crutches after the knee surgery. The left shoulder I feel will be able to be treated with a subacromial injection and physical therapy. Anti-inflammatory medication may help as well. Following both the knee and shoulder surgeries he will require a minimum of 12 weeks physical therapy for each one.

In regards to the left hand, I feel that he severely exacerbated an underlying previous condition and believe he needs to see a hand specialist. I will refer him and recommend that he see Dr. Robby LeBlanc for consultation.

I will refer her spine treatment to the recommendations of Dr. Brennan. However, if injections of the cervical or lumbar spine are recommended. I would be happy to perform those. If requested.

It is my opinion that the injuries and necessary medical treatment

Hall, James M
Date of Service:September 28, 2017

that the patient is seeking today are all a direct result of the accident that the patient was involved in on September 4, 2017.
A return visit is indicated in 1 month.

Malcolm J Stubbs MD

Malcolm J Stubbs MD

Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD



**Plaintiff Trial Exhibit 4g pg 6**

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

Joseph Gour
233 0690

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420

**Date of Service:** November 13, 2017

**Current Medications**
Ultram 50 mg tablet, oral.
Xanax 1 mg tablet, oral.

**Past Medical History**

**Surgical History**
lower extremity Recorded Date: September 28, 2017
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Alcohol history Never drinks alcohol
Tobacco history Current every day smoker
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient denied chest pain/pressure.
Constitutional: The patient complained of **fatigue**.
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-years-old male.
He presented for pre-op/surgery consult. The procedure to be performed is left knee arthroscopy with medial meniscectomy, ACL reconstruction, Allograft, Tibial Osteotomy with hardware removal. The patient has been given the following pre-operative instructions: nothing to eat or drink after midnight the night before. The procedure has been scheduelеd on 11/21/2017.

Surgical procedure was explained in detail and inform consents were obtained.
Mr. Hall presents today with continued complaints of left knee pain and instability due to a motor vehicle accident. At his previous visit, options were discussed at length and left knee arthroscopy was recommended. He would like to proceed.

**Vital Signs**
**HT:** 6' **WT:** 205 lbs **BMI:** 27.8 **BP:** 141/107 mmHg Right Arm Sitting

**Physical Exam**

**Constitutional:**
general appearance- overall: well nourished, well developed and in no acute distress
**Psychiatric:**
orientation/consciousness- overall: oriented to person, place and time; level of consciousness: alert; mood and affect; affect: **blunted --Improved**
**Cardiovascular:**
examination of vasculature- overall: good capillary refill and pulses bilaterally normal
**Lymphatic:**
palpation- overall: no obvious adenopathy
**Neurological:**
Upper Extremity Reflexes- Left biceps: 2+; Right biceps: 2+; Left



**Plaintiff Trial Exhibit 4g pg 7**

3372101242 P.01 Muldoung/Stubbs DEC-12-2017 08:30

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **joint pain, muscle pain, muscle weakness, joint stiffness** and **back pain.**
Neck: The patient complained of **swollen glands.**
Neurologic: The patient complained of **numbness, tingling** and **headaches.**
Psychiatric: The patient complained of **depression, anxiety** and **memory loss.**
Respiratory: The patient denied dyspnea.

brachioradialis: 2+; Right brachioradialis: 2+; Left triceps: 2+; Right triceps: 2+; Left hoffman: negative; Right hoffman: negative; Lower Extremity Reflexes; Left patella: 1+; Right patella: 1+; Left achilles: 1+; Right achilles: 1+; Left clonus: negative; Right clonus: negative; sensation; left lower extremity: intact; left upper extremity: intact; right upper extremity: intact

**Musculoskeletal:**
gait and station- gait **antalgic**; station: normal

**Muscoloskeletal: Spine/Ribs/Pelvis:**
Skin- overall: no rash or lesions; Functional Testing; sitting SLR (left) **produces back pain**; sitting SLR (right) **produces back pain**

**Musculoskeletal: Left Upper Extremity:**
Inspection and Palpation- shoulder: **tenderness over AC joint** and **tenderness on the greater tuberosity**; wrist: **presence of a scar, tender Over basal thumb joint near the first and second CMC** and **positive Finkelstein's test**; Range of Motion; shoulder: **internal rotation to lumbar, abduction 90 degrees, forward flexio 90 degrees** and **external rotation 30 degrees**; wrist: **decreased flexion, pain with flexion, decreased extension** and **pain with extension**; thumb: **crepitus, decreased opposition, pain with opposition, decreased flexion at the MCP joint** and **pain with flexion at the MCP joint**; Stability; shoulder: no instability and **positive apprehension sign**; wrist: a normal exam; Strength and Tone; deltoid Strength: **4/5**; shoulder strength: **positive Hawkin's sign** and **positive Neer's sign**; Skin; upper arm inspection: no rash or lesions

**Musculoskeletal: Right Upper Extremity:**
Inspection and Palpation- overall: **_Right shoulder exam is essentially same as left shoulder exam**

**Musculoskeletal: Left Lower Extremity:**
Inspection and Palpation- knee: **_Medial scar**, normal alignment, **tenderness over medial joint line, tenderness over lateral joint line, McMurray positive lateral joint line** and **McMurray positive medial joint line**; Range of Motion; knee: **_0-105°.**; Strength and Tone; quadriceps: **4/5**; quadriceps tone: and **atrophy Mild**; Stability; knee: **anterior drawer (neutral) 2+, Lachman 2+, pivot shift positive**, posterior sag negative, normal valgus stress test, 0 degrees, normal valgus stress test, 30 degrees, normal varus stress test, 0 degrees and normal varus stress test 30 degrees; Skin; overall: well healed scar Left knee medial

**Imaging and Test Results**

**Diagnosis**
S83.232A-836.0 Complex tear of medial meniscus, current injury, left knee, initial encounter
S46.012A-840.4 Strain of muscle(s) and tendon(s) of the rotator cuff of left shoulder, initial encounter
M23.612-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee

**Services Performed**

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

99213 INTERMEDIATE SERVICES - EST

**Prescriptions Given**
No prescriptions given today

**Plan**
Due to complex injury in the left knee and failure of conservative measures, Mr. Hall would like to pursue surgical intervention. Options, including not undergoing the procedure, risk, benefits, and outcomes were discussed at length and informed consent was obtained. We will plan for a left knee arthroscopy with partial medial mensicectomy, ACL reconstruction with allograft, tibial osteotomy and removal of hardware as planned.

PA-C

Andrew Hebert PA-C 11/13/2017 09:16 AM

Approved by: Malcolm J Stubbs MD on 11/13/2017 09:37 AM
Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420

**Date of Service:** December 01, 2017

**Current Medications**
cyclobenzaprine 10 mg tablet, oral.
Percocet 10 mg-325 mg tablet, oral.

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. Recorded Date: December 01, 2017
lower extremity Recorded Date: September 28, 2017
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Alcohol history Never drinks alcohol
Tobacco history Current every day smoker
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient complained of **leg cramping.**

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-years-old male.
He presented for post-op. The procedure performed was left knee arthroscopy with arthroscopic assisted ACL reconstruction using posterior tib allograft, high tibial osteotomy, partial medial meniscectomy, debridement and chondroplasty of medial compartment chondromalacia, and painful hardware removal.

**Vital Signs**
**HT:** 6' **WT:** 205 lbs **BMI:** 27.8 **BP:** 147/97 mmHg Left Arm Sitting

**Physical Exam**

**Musculoskeletal: Left Lower Extremity:**
Skin- overall: **sutures intact sutures removed without incident. Steri-strips place on medial incision.**

**Imaging and Test Results**
**X-Rays**
2 views of the left knee taken in house today shows good positioning of osteotomy and bone graft product. Transverse tibial screw is well placed. ACL button also appears to be in good position.

**Diagnosis**
M23.612-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee

**Services Performed**
73560 X-RAY EXAM OF LEFT KNEE 2 VIEWS with this modifier: LT
99024 POSTOP FOLLOW UP VISIT

**Services Ordered**
E1399 DURABLE MEDICAL EQUIPMENT MISCELLANEOUS (ROM brace set





DEC-28-2017 18:12 Mulgomy/Stubbs 3372101242 P.14

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

Constitutional: The patient complained of **fever, night sweats** and **fatigue.**
Endocrine: The patient complained of **heat intolerance.**
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Musculoskeletal: The patient complained of **joint pain, muscle pain, joint swelling** and **joint stiffness.**
Neck: The patient complained of **swollen glands.**
Neurologic: The patient complained of **numbness** and **tingling.**
Respiratory: The patient denied dyspnea.

to 0-90 degrees)

**Prescriptions Given**
Percocet 10 mg-325 mg tablet, 1 Tablet(s) PO TID as needed for pain, 60 days, start on December 01, 2017, end on January 29, 2018.

**Plan**
Mr. Hall's sutures were removed today. He will remain in a knee immobilizer at this time. However, we will order a range of motion brace for the left knee to be set to 0-90 degrees. He will continue to be strictly non weight bearing. He states he will be heading back home to Ohio soon. He will come in prior to that to discuss proper therapy and bracing to help his recovery.
A return visit is indicated in 1 week.

Andrew Hebert PA-C 12/01/2017 10:20 AM

Approved by: Malcolm J Stubbs MD on 12/06/2017 09:31 AM
Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD



3372101242 P.15
Milpdumy/Stubbs DEC-08-2017 18:18

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420

**Date of Service:** December 08, 2017

**Current Medications**
cyclobenzaprine 10 mg tablet, oral.
Percocet 10 mg-325 mg tablet, 1 Tablet(s) PO TID as needed for pain, 60 days.
Percocet 10 mg-325 mg tablet, oral.

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. Recorded Date: December 01, 2017
lower extremity Recorded Date: September 28, 2017
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Alcohol history Never drinks alcohol
Tobacco history Current every day smoker
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-years-old male.
He presented for post-op. The procedure performed was left knee arthroscopy with arthroscopic assisted ACL resconstruction using posterior tib allograft, high tibial osteotomy, partial medial meniscectomy, debridement and chondroplasty of medial compartment chondromalacia, and painful hardware removal. The date of the procedure was 11/21/2017.

**Vital Signs**
HT: 6' **WT:** 205 lbs as stated by patient **BMI:** 27.8 **BP:** 148/89 mmHg Right Arm Sitting

**Physical Exam**

**Musculoskeletal: Left Lower Extremity:**
Inspection and Palpation- knee: **tenderness over medial joint line;** Skin; overall: intact and well healed scar

**Imaging and Test Results**
X-Rays
2 views of the left knee taken in house today. Shows good progression of bony fusion in osteotomy. The lateral tibial plateau fracture is barely visible. There is some heterogenous bone growth on the medial femur where his previous hardware was removed.

**Diagnosis**
M23.612-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee

**Services Performed**
99024 POSTOP FOLLOW-UP VISIT
73560 X-RAY EXAM OF LEFT KNEE 2 VIEWS with this modifier: LT

TOTAL P.17

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

**Review of Systems**
Cardiovascular: The patient complained of **swelling in hands or feet** and **leg cramping**.
Constitutional: The patient complained of **weight gain** and **fatigue**.
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **joint pain, muscle pain, joint swelling, muscle weakness, joint stiffness** and **back pain**.
Neck: The patient complained of **swollen glands**.
Neurologic: The patient complained of **numbness, tingling** and **headaches**.
Psychiatric: The patient complained of **depression, anxiety** and **memory loss**.
Respiratory: The patient denied dyspnea.
Eyes: The patient denied vision problems and sensitivity to light.
Ears/Nose/Throat/Neck: The patient denied hearing problems, ringing in ears and nosebleeds.
Endocrine: The patient denied cold intolerance, heat intolerance, excessive hunger and excessive thirst.
Genitourinary: The patient denied urinary frequency, excessive urination at night, blood in urine, irregular periods and loss of bladder control.

**Services Ordered**
97001 PT EVALUATION (Patient is to be strictly non-weight bearing for 6 weeks post-operatve. He may begin some physical therapy now with E-Stim and ROM. Range of motion 0-90 for first two weeks, then he will need to progress as tolerated. He will obtain xrays at 6 weeks post-operative and if okay, he may start weight bearing as tolerated as well as active strengthening. His surgery was preformed on 11/21/2017. )

**Prescriptions Given**
No prescriptions given today

**Plan**
Mr. Hall will return home to Ohio. We have given him strict orders for no weight bearing until 6 weeks post operative. At that time, he will obtain xrays of the left knee and have them forwarded here. If okay, he may begin weight bearing and some active strengthening. He received his range of motion brace and is set to 0-90. He will continue this for two more weeks and then progress as tolerated. He will be back in town in February. He will call us with any problems until then.
A return visit is indicated in 2 months.

PA-C

Andrew Hebert PA-C 12/08/2017 11:41 AM

Approved by: Malcolm J Stubbs MD on 12/10/2017 12:02 PM
Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD



DEC-28-2017 18:18 Muldowny/Stubbs 3372101242 P.17

Joseph Gaar Jr. ✓
233.0490

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420

**Date of Service:** February 15, 2018

**Current Medications**
cyclobenzaprine 10 mg tablet, oral.
Percocet 10 mg-325 mg tablet, oral.

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. Recorded Date: December 01, 2017
lower extremity Recorded Date: September 28, 2017
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Alcohol history Never drinks alcohol
Tobacco history Current every day smoker
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient complained of **swelling in hands or**

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-years-old male.
He presented for pre-op/surgery consult. The procedure to be performed is right shoulder arthroscopy with labrum repair, bicep tenodesis and distal clavicle resection. The patient has been given the following pre-operative instructions: nothing to eat or drink after midnight the night before. The procedure has been schedueled on 2/20/2018.

Surgical procedure was explained in detail and all questions were answered regarding procedure. Informed consent was obtained.

**Vital Signs**
**HT:** 6' **WT:** 205 lbs **BMI:** 27.8 **BP:** 150/86 mmHg Right Arm Sitting

**Physical Exam**

**Constitutional:**
general appearance- overall: well nourished and well developed
**Cardiovascular:**
examination of vasculature- overall: no edema
**Respiratory:**
auscultation- overall: breathing nonlabored
**Musculoskeletal:**
gait and station- gait **ambulates with a cane**
**Musculoskeletal: Right Upper Extremity:**
Inspection and Palpation- shoulder: **mild scapular winging, tenderness over AC joint and tenderness @ biceps tendon**; Range of Motion; shoulder: **decreased abduction, decreased flexion** and **decreased internal rotation**; Stability; shoulder: **positive apprehension sign**; Specialized Tests; empty Can test **positive**; neer Inpingement test **positive**; impingement sign: **positive**
**Musculoskeletal: Left Lower Extremity:**
Inspection and Palpation- knee: **mild effusion**; Range of Motion; knee: **0-5 degrees extension** and **121-140 degrees flexion**; Strength and Tone;

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

**feet** and **leg cramping.**
Constitutional: The patient complained of **weight gain** and **fatigue.**
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **joint pain, muscle pain, joint swelling, muscle weakness, joint stiffness** and **back pain.**
Neurologic: The patient complained of **numbness, tingling, headaches** and **dizziness.**
Psychiatric: The patient complained of **depression, anxiety** and **memory loss.**
Respiratory: The patient denied dyspnea.

quadriceps: **4/5**; hamstrings: **4/5**; Stability; knee: anterior drawer negative

**Imaging and Test Results**

**Diagnosis**
Z72.0-305.1 Tobacco use
M23.612-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee
S43.431A-840.7 Superior glenoid labrum lesion of right shoulder, initial encounter

**Services Performed**
G0436 TOBACCO-USE COUNSEL 3-10 MIN
SO SURGERY ORDERS

**Prescriptions Given**
No prescriptions given today

**Plan**
Mr. Hall is 2 and 1/2 months status post left arthroscopic ACL reconstruction and tibial osteotomy. He is doing well with regard to his knee and has been diligent with his therapy while in Ohio. Now he is ready to proceed with his right shoulder surgery. All risks, benefits and possible outcomes were discussed at length. He voiced understanding and consents were signed. We will plan for a right shoulder arthroscopy with rotator cuff repair, subacromial decompression, distal clavicle resection, labrum repair, and biceps tenodesis as planned for 2/20/2018.

Andrew Hebert PA-C 02/15/2018 02:09 PM

Approved by: Malcolm J Stubbs MD on 02/21/2018 10:39 AM
Complete.





3372101242 P.02
FEB-26-2018 12:49

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD



Plaintiff Trial Exhibit 4g pg 16

Joseph Gaar
233.0690

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420

**Date of Service:** February 26, 2018

**Current Medications**
cyclobenzaprine 10 mg tablet, oral.

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. Recorded Date: December 01, 2017
lower extremity Recorded Date: September 28, 2017
Right shoulder arthroscopy Performed: 2/20/18 Notes: right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. Dr. STubbs Recorded Date: February 26, 2018
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Alcohol history Never drinks alcohol
Tobacco history Current every day smoker education provided feb 2018

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-years-old male.
He presented for post-op. The procedure performed was right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. The date of the procedure was 2/20/2018. The patient is recovering poorly and more slowly than anticipated.

Patient is also 3 months post left knee arthroscopy assisted ACL reconstruction using posterior tib allograft, high tibial osteotomy, partial medial meniscectomy, debridement and chondroplasty of medial compartment chondromalacia, and painful hardware removal.

**Vital Signs**
**HT:** 6' **WT:** 205 lbs **BMI:** 27.8 **BP:** 128/84 mmHg Left Arm Sitting

**Physical Exam**

**Constitutional:**
general appearance- overall: in no acute distress
**Cardiovascular:**
examination of vasculature- overall: distal pulses palpable
**Neurological:**
sensation- right upper extremity: intact
**Musculoskeletal: Right Upper Extremity:**
Inspection and Palpation- shoulder: **_Surgical incisions are dry and healing nicely. Sutures are in place. No evidence of infection**

**Imaging and Test Results**

**Diagnosis**

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient denied chest pain/pressure.
Constitutional: The patient complained of **weight gain, fatigue** and **feeling sick.**
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **joint pain, muscle pain, joint swelling, muscle weakness, joint stiffness** and **back pain.**
Neurologic: The patient complained of **numbness, tingling** and **headaches.**
Psychiatric: The patient complained of **depression, anxiety** and **memory loss.**
Respiratory: The patient denied dyspnea.

S43.431A-840.7 Superior glenoid labrum lesion of right shoulder, initial encounter
S46.019D-840.4 Traumatic tear of rotator cuff, unspecified shoulder, subsequent encounter

**Services Performed**
G0436 TOBACCO-USE COUNSEL 3-10 MIN
99024 POSTOP FOLLOW-UP VISIT

**Prescriptions Given**
Percocet 10 mg-325 mg tablet, 1 Tablet(s) PO Q4-6H as needed for pain, for a total of 60, start on February 26, 2018.

**Plan**
I discussed the operative findings with the patient. He will continue in the abduction sling. The sutures were removed today. I will refill his medication. Followup in 3 weeks for recheck at which time we will begin his physical therapy program
A return visit is indicated in 3 weeks.

Malcolm J Stubbs MD 02/26/2018 02:59 PM

Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD





3372101242 P.02

Joseph Gaar
233.0190

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420

**Date of Service:** March 19, 2018

**Current Medications**
Percocet 10 mg-325 mg tablet, 1 Tablet(s) PO Q4-6H as needed for pain.

cyclobenzaprine 10 mg tablet, oral.

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. Recorded Date: December 01, 2017
lower extremity Recorded Date: September 28, 2017
Right shoulder arthroscopy Performed: 2/20/18 Notes: right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. Dr. STubbs Recorded Date: February 26, 2018
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-years-old male.
He presented for post-op. The procedure performed was right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. The date of the procedure was 2/20/2018. The patient is recovering well.

**Vital Signs**
**HT:** 6' **WT:** 205 lbs **BMI:** 27.8 **BP:** 155/108 mmHg Left Arm Sitting

**Physical Exam**

**Musculoskeletal: Right Upper Extremity:**
Inspection and Palpation- shoulder: **tenderness posteriorly**; Range of Motion; overall: **not tested today**; Skin; overall: well healed scar

**Imaging and Test Results**

**Diagnosis**
S46.019D-840.4 Traumatic tear of rotator cuff, unspecified shoulder, subsequent encounter

**Services Performed**
99024 POSTOP FOLLOW-UP VISIT

**Services Ordered**
97001 PT EVALUATION
Right Shoulder: 3 times per week x 4 weeks: passive ROM only (for first two weeks, then progress to AROM and strengthening as tolerated .)

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

Alcohol history Never drinks alcohol
Tobacco history Current every day smoker education provided feb 2018
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient complained of **leg cramping.**
Constitutional: The patient complained of **fatigue.**
Dermatologic: The patient complained of **rash, itching** and **change in skin color.**
Gastrointestinal: The patient complained of **nausea** and **vomiting.**
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **muscle pain** and **back pain.**
Neurologic: The patient complained of **headaches.**

**Prescriptions Given**
No prescriptions given today

**Plan**
Mr. Hall is one month status post right arthroscopic rotator cuff repair and labrum repair. He is doing well. He has noticed a recent hypersensitivity reaction. I will give him a week of Prednisone to help with this. He took Percocet after his ACL surgery, so I do not believe this is the cause of his reaction. He will need to start passive range of motion over the next two weeks with physical therapy. He will progress to AROM and strengthening following.
A return visit is indicated in 1 month.

Andrew Hebert PA-C 03/19/2018 03:13 PM

Approved by: Malcolm J Stubbs MD on 03/21/2018 09:18 AM
Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD





MAR-21-2018 15:42 Mulldoumy/Stubbs 3372101242 P.02

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

## LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420

**Date of Service:** April 19, 2018

**Current Medications**
Percocet 10 mg-325 mg tablet, 1 Tablet(s) PO Q4-6H as needed for pain.

cyclobenzaprine 10 mg tablet, oral.

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. Recorded Date: December 01, 2017
lower extremity Recorded Date: September 28, 2017
Right shoulder arthroscopy Performed: 2/20/18 Notes: right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. Dr. STubbs Recorded Date: February 26, 2018
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-years-old male.
He presented for post-op. The procedure performed was right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. The date of the procedure was 2/20/2018. The patient is recovering well. The patient states that symptoms are improving.

**Vital Signs**
**HT:** 6' **WT:** 221 lbs **BMI:** 30 **BP:** 127/73 mmHg Right Arm Sitting

**Physical Exam**

**Constitutional:**
general appearance- overall: well nourished and well developed
**Musculoskeletal:**
gait and station- gait **antalgic**
**Musculoskeletal: Right Upper Extremity:**
Inspection and Palpation- shoulder: **tenderness posteriorly**; Range of Motion; shoulder: **internal rotation to belt line, abduction 120 degrees** and **forward flexion 130 degrees**; Skin; overall: well healed scar
**Musculoskeletal: Left Lower Extremity:**
Range of Motion- knee: **0-5 degrees extension** and **121-140 degrees flexion**; Strength and Tone; quadriceps: 5/5; quadriceps tone: **atrophy**; Stability; knee: Lachman negative; Skin; overall: well healed scar

**Imaging and Test Results**

**Diagnosis**
S46.019D-840.4 Traumatic tear of rotator cuff, unspecified shoulder, subsequent encounter
M23.612-844.2 Other spontaneous disruption of anterior cruciate



Plaintiff Trial Exhibit 4g pg 21

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

Alcohol history Never drinks alcohol
Tobacco history Current every day smoker education provided feb 2018
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient complained of **swelling in hands or feet** and **leg cramping.**
Constitutional: The patient complained of **weight gain**, **fatigue** and **feeling sick.**
Dermatologic: The patient complained of **rash**, **itching** and **change in skin color.**
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **joint pain**, **muscle pain**, **joint swelling**, **muscle weakness**, **joint stiffness** and **back pain.**
Neurologic: The patient complained of **numbness**, **tingling**, **headaches** and **dizziness.**
Psychiatric: The patient complained of **depression**, **anxiety** and **memory loss.**
Respiratory: The patient denied dyspnea.

ligament of left knee

**Services Performed**
99024 POSTOP FOLLOW-UP VISIT

**Services Ordered**
97001 PT EVALUATION
Right Shoulder: 3 times per week x 4 weeks: Evaluate and Treat, Modalities as needed and therapeutic exercises, stretching and strengthening, ROM
Left Knee: 3 times per week x 4 weeks: Evaluate and Treat, Modalities as needed and therapeutic exercises, stretching and strengthening, ROM

**Prescriptions Given**
No prescriptions given today

**Plan**
Mr. Hall is now 5 months status post left knee arthroscopy with ACL reconstruction and tibial osteotomy. He is also nearly 2 months status post right shoulder arthroscopy with SLAP repair, rotator cuff repair. He is doing fairly well. His motion in the right shoulder is improving. He notes some weakness in the left knee and his quad tone is still diminished. He has not been doing therapy of the left knee since his shoulder surgery. We will increase his therapy for both the shoulder and knee. He will need to see us next month with a left knee xray.
A return visit is indicated in 1 month.

Andrew Hebert PA-C 04/19/2018 04:17 PM

Approved by: Malcolm J Stubbs MD on 04/22/2018 09:51 AM
Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD



Plaintiff Trial Exhibit 4g pg 22

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

Joseph Gaar
233-0690

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420

**Date of Service:** May 17, 2018

**Current Medications**
Flexeril 10 mg tablet, 1 Tablet(s) PO BID, 15 days.
Percocet 10 mg-325 mg tablet, 1 Tablet(s) PO BID as needed for pain.
cyclobenzaprine 10 mg tablet, oral.

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. Recorded Date: December 01, 2017
lower extremity Recorded Date: September 28, 2017
Right shoulder arthroscopy Performed: 2/20/18 Notes: right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. Dr. STubbs Recorded Date: February 26, 2018
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-years-old male.
He presented for post-op. The procedure performed was Right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromail decompression, and distal clavicle resection. The date of the procedure was 2/20/2018. The patient is recovering well. The patient states that symptoms are improving.

Patient is also post op left knee arthroscopy with arthroscopic assisted ACL reconstruction using posterior tib allograft, high tibial osteotomy, partial medial menisctomy, debridement and chondroplasty of medial compartment chondromalacia, and painful hardware removal.

**Vital Signs**
**HT:** 6' **WT:** 215 lbs **BMI:** 29.2 **BP:** 131/82 mmHg

**Physical Exam**

**Constitutional:**
general appearance- overall: well nourished and well developed
**Musculoskeletal:**
gait and station- **gait antalgic --Improved**
**Musculoskeletal: Right Upper Extremity:**
Inspection and Palpation- shoulder: **tenderness posteriorly --Improved**;
Range of Motion; shoulder: **internal rotation to belt line --Improved, abduction 120 degrees --Improved** and **forward flexion 130 degrees --Improved**; Skin; overall: well healed scar
**Musculoskeletal: Left Lower Extremity:**
Range of Motion- knee: **0-5 degrees extension**; Strength and Tone; quadriceps: 5/5; quadriceps tone: **atrophy --Improved**; Stability; knee: Lachman negative; Skin; overall: well healed scar

**Imaging and Test Results**

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

**Social History**
Alcohol history Never drinks alcohol
Tobacco history Current every day smoker education provided feb 2018
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient complained of **swelling in hands or feet** and **leg cramping**.
Constitutional: The patient complained of **weight gain, fatigue** and **feeling sick**.
Dermatologic: The patient complained of **rash**.
Ears/Nose/Throat/Neck: The patient complained of **vision problems**.
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **joint pain, muscle pain, joint swelling, muscle weakness, joint stiffness** and **back pain**.
Neurologic: The patient complained of **numbness, tingling, headaches** and **dizziness**.
Psychiatric: The patient complained of **depression, anxiety** and **memory loss**.
Respiratory: The patient complained of **chronic cough**.

**Diagnosis**
Z72.0-305.1 Tobacco use
S46.019D-840.4 Traumatic tear of rotator cuff, unspecified shoulder, subsequent encounter
M23.612-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee

**Services Performed**
99213 INTERMEDIATE SERVICES - EST

**Services Ordered**
97001 PT EVALUATION
Right Shoulder: 3 times per week x 4 weeks: Evaluate and Treat, Modalities as needed and therapeutic exercises, stretching and strengthening, ROM
Left Knee: 3 times per week x 4 weeks: Evaluate and Treat, Modalities as needed and therapeutic exercises, stretching and strengthening, ROM

**Prescriptions Given**
No prescriptions given today

**Plan**
Mr. Hall presents today 3 months status post right arthroscopic rotator cuff repair and 6 months status post left ACL reconstruction and tibial osteotomy. He is doing very well today. He is having no pain in either the right shoulder or left knee today. He remains with some mild range of motion and strength limitations in the right shoulder. He continues to increase his activity. He has moved to Lafayette for the time being and we will resume his therapy. He had to cease therapy due to a lumbar issue, which he is seeing Dr. Juneau.
A return visit is indicated in 6 weeks.

Andrew Hebert PA-C 05/17/2018 03:24 PM



Plaintiff Trial Exhibit 4g pg 25

P.02 3372101242 Muldomy/Stubbs MAY-24-2018 11:20

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

Approved by: Malcolm J Stubbs MD on 05/19/2018 02:13 PM
Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD





May-24-2018 11:20 Muldowny/Stubbs 3372101242 P.03

Joseph Gaar
232-0690

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420

**Date of Service:** June 28, 2018

**Current Medications**
Percocet 10 mg-325 mg tablet, 1 Tablet(s) PO BID as needed for pain.
cyclobenzaprine 10 mg tablet, oral.
Xanax oral

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. Recorded Date: December 01, 2017
lower extremity Recorded Date: September 28, 2017
Right shoulder arthroscopy Performed: 2/20/18 Notes: right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. Dr. STubbs Recorded Date: February 26, 2018
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-years-old male.
He presented with right shoulder pain. The pain is rated as a 1/10. It is described as aching, dull and tenderness. The complaint does not limit activities. The frequency of episodes is decreasing.

In addition, he presented with left knee pain. The pain is rated as a 1/10. It is located in the medial region and in the lateral region. It is described as aching and dull pain. The patient reports mild pain after physical therapy. The frequency of episodes is weekly.

Patient is 4 months post right shoulder arthroscopy with anterior superior labrum tear, arthroscopic biceps tenodesis, rotator cuff repair, subacromial decompression, and distal clavicle resection. He is also 7 months post left knee arthroscopy with arthroscopic assisted ACL reconstruction using posterior tib allograft, high tibial osteotomy, partial medial meniscectomy, debridment and chondroplasty of medial compartment chondromalacia, and painful hardware removal.

**Vital Signs**
**HT:** 6' **WT:** 215 lbs **BMI:** 29.2 **BP:**

**Physical Exam**

**Constitutional:**
general appearance- overall: in no acute distress
**Cardiovascular:**
examination of vasculature- overall: pulses bilaterally normal
**Neurological:**
coordination- overall: coordination normal and heel walking, toe walking, and tandem gait normal
**Musculoskeletal:**
gait and station- gait **antalgic --Improved**
**Musculoskeletal: Right Upper Extremity:**





3372101242 P.01 Muldowny/Stubbs

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

Alcohol history Never drinks alcohol
Tobacco history Current every day smoker education provided feb 2018
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient denied chest pain/pressure.
Constitutional: The patient complained of **weight gain** and **fatigue.**
Ears/Nose/Throat/Neck: The patient complained of **vision problems** and **sensitivity to light.**
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **joint pain, muscle pain, joint swelling, muscle weakness, joint stiffness** and **back pain.**
Neurologic: The patient complained of **numbness, tingling, headaches** and **dizziness.**
Psychiatric: The patient complained of **depression, anxiety** and **memory loss.**
Respiratory: The patient denied dyspnea.

Inspection and Palpation- shoulder: no tenderness to palpation; Range of Motion; shoulder: **internal rotation to belt line --Improved, abduction 120 degrees --Improved, forward flexion 130 degrees --Improved**, full AROM and full PROM; Strength and Tone; shoulder strength: **Rotator cuff strength: 5/5**; Specialized Tests; empty Can test negative
**Musculoskeletal: Left Lower Extremity:**
Range of Motion- knee: **0-5 degrees extension --Improved**; Strength and Tone; quadriceps tone: **atrophy --Improved**; Stability; knee: _1+ **Lachman with a firm endpoint**; Skin; knee inspection: **scar**

**Imaging and Test Results**

**Diagnosis**
Z72.0-305.1 Tobacco use (--Improved)
S46.019D-840.4 Traumatic tear of rotator cuff, unspecified shoulder, subsequent encounter (--Improved)
M23.612-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee (--Improved)

**Services Performed**
99213 INTERMEDIATE SERVICES - EST

**Prescriptions Given**
No prescriptions given today

**Plan**
The patient is doing very well in regards to his right shoulder and left knee. He can continue his exercises via a home program. Formal therapy is on hold because of spine issues which are pending under the direction of Dr. Juneau. A followup appointment is scheduled for 2 months
A return visit is indicated in 2 months.

Malcolm J Stubbs MD 06/28/2018 03:17 PM





JUL-12-2018 02:46 Mulqbuny/Stubbs 3372101242 P.02

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD

Patient: Hall, James M
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973
MRN: 17468

Joseph Gaar
233-0690

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420
September 20, 2018

**Date of Service:** September 20, 2018

**Current Medications**
Percocet 10 mg-325 mg tablet, oral.
cyclobenzaprine 10 mg tablet, oral.
fluconazole 200 mg tablet, oral.
Xanax oral

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. Recorded Date: December 01, 2017
lower extremity Recorded Date: September 28, 2017
Right shoulder arthroscopy Performed: 2/20/18 Notes: right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. Dr. STubbs Recorded Date: February 26, 2018
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-years-old male.
He presented with left knee pain. The pain is rated as a 1/10. It is located in the anterior region. It is described as aching and dull pain. The patient reports mild pain.

In addition, he presented with right shoulder pain. The pain is rated as a 2/10. It is described as aching and dull. The complaint does not limit activities. The frequency of episodes is occasionally.

Patient is 7 months post right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection and 10 months post left knee arthroscopy with arthroscopic ACL reconstruction using posterior tib allograft, high tibial chondromalacia and painful hardware removal.

**Vital Signs**
**HT:** 6' **WT:** 215 lbs **BMI:** 29.2 **BP:** 106/71 mmHg Right Arm Sitting

**Physical Exam**

**Constitutional:**
general appearance- overall: in no acute distress
**Cardiovascular:**
examination of vasculature- overall: pulses bilaterally normal
**Neurological:**
coordination- overall: coordination normal and heel walking, toe walking, and tandem gait normal
**Musculoskeletal:**
gait and station- gait **antalgic**
**Musculoskeletal: Right Upper Extremity:**
Inspection and Palpation- shoulder: no tenderness to palpation; Range of Motion; shoulder: **internal rotation to belt line --improved,**

**Patient:** Hall, James M
MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

**Social History**
Alcohol history Never drinks alcohol
Tobacco history Current every day smoker education provided feb 2018
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient complained of **swelling in hands or feet** and **leg cramping.**
Constitutional: The patient complained of **weight gain, appetite loss, fatigue** and **feeling sick.**
Dermatologic: The patient complained of **rash, itching** and **change in skin color.**
Ears/Nose/Throat/Neck: The patient complained of **vision problems** and **sensitivity to light.**
Endocrine: The patient complained of **heat intolerance.**
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **joint pain, muscle pain, joint swelling, muscle weakness, joint stiffness** and **back pain.**
Neurologic: The patient complained of **numbness, tingling, headaches** and **dizziness.**
Psychiatric: The patient complained of **depression, anxiety** and **memory loss.**
Respiratory: The patient denied dyspnea.

**abduction 120 degrees –Improved, forward flexion 130 degrees –Improved**, full AROM and full PROM; Strength and Tone; shoulder strength: **Rotator cuff strength: 5/5**; Specialized Tests; empty Can test negative
**Musculoskeletal: Left Lower Extremity:**
Range of Motion- knee: **0-5 degrees extension**; Strength and Tone; quadriceps tone: **atrophy**; Stability; knee: **_1+ Lachman with a firm endpoint**; Skin; knee inspection: **scar**

**Imaging and Test Results**

**Diagnosis**
S46.019D-840.4 Traumatic tear of rotator cuff, unspecified shoulder, subsequent encounter
M23.612-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee

**Services Performed**
99213 INTERMEDIATE SERVICES - EST

**Prescriptions Given**
No prescriptions given today

**Plan**
James presents back today 10 months left knee arthroscopy with tibial osteotomy and ACL reconstruction. He is also 5 months right shoulder arthroscopy with rotator cuff repair. He continues to have minimal pain and near full function in both joints. He has had to halt his home exercises due to a recent fungal/viral infection. He is under the care of Dr. Allemany. He is currently undergoing lab work to provide a diagnosis. We will see James back in 3 months with an xray of the left knee.
A return visit is indicated in 3 months.

Andrew Hebert PA-C 09/20/2018 10:52 AM

**Patient:** Hall, James M MRN: 17468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

Approved by: Malcolm J Stubbs MD on 09/20/2018 01:40 PM
Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD

Joseph Gracur Jr.
233.0090

Hall, James M
10/07/1973
Date of Service:December 20, 2018

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1101 Kaliste Saloom Rd #100 B 100, Lafayette, LA 70508
Phone: (337)234-5234

Hall, James M
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420
December 20, 2018

**Date of Service:** December 20, 2018

**Current Medications**
Percocet 10 mg-325 mg tablet, oral.
levofloxacin 500 mg tablet, tablet oral, 10 days.
cyclobenzaprine 10 mg tablet, oral.
fluconazole 200 mg tablet, oral.
mirtazapine 15 mg tablet, tablet oral, 30 days.
Trintellix 5 mg tablet, tablet oral, 30 days.
diclofenac sodium 75 mg tablet,delayed release, tablet,delayed release (DR/EC) oral, 30 days.
duloxetine 30 mg capsule,delayed release, capsule,delayed release(DR/EC) oral, 30 days.
Xanax oral

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. lower extremity
Right shoulder arthroscopy Performed: 2/20/18 Notes: right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. Dr. STubbs upper extremity

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 45-years-old male.
He presented with left knee pain. It is located in the medial region.

In addition, he presented with right shoulder pain.

Patient is post op 10 months right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression and distal clavicle resection. Also just over one year post left knee arthroscopy with arthroscopic assisted ACL reconstruction using posterior tib allograft, high tibial osteotomy, partial medial meniscectomy, debridement and chondroplasty of medial compartment chondromalacia and painful hardware removal.

**Vital Signs**
**HT:** 6' **WT:** 215 lbs **BMI:** 29.2 **BP:** 126/88 mmHg Left Arm Sitting

**Physical Exam**

**Constitutional:**
general appearance- overall: in no acute distress
**Cardiovascular:**
examination of vasculature- overall: pulses bilaterally normal
**Neurological:**
coordination- overall: coordination normal and heel walking, toe walking, and tandem gait normal
**Musculoskeletal:**
gait and station- gait antalgic
**Musculoskeletal: Right Upper Extremity:**
Inspection and Palpation- shoulder: no tenderness to palpation; Range of Motion; shoulder: **internal rotation to belt line, abduction 120 degrees, forward flexion 130 degrees**, full AROM and full PROM;

Hall, James M
10/07/1973
Date of Service: December 20, 2018

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Alcohol history Never drinks alcohol
Tobacco history Current every day smoker education provided feb 2018
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient complained of swelling in hands or feet, shortness of breath and leg cramping.
Constitutional: The patient complained of weight gain, appetite loss, fatigue and feeling sick.
Dermatologic: The patient complained of rash, itching and change in skin color.
Ears/Nose/Throat/Neck: The patient complained of sensitivity to light.
Gastrointestinal: The patient complained of nausea.
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of joint pain, muscle pain, joint swelling, muscle weakness, joint stiffness and back pain.
Neurologic: The patient complained of numbness, tremors, tingling and headaches.
Psychiatric: The patient complained of depression, anxiety and memory loss.
Respiratory: The patient complained of shortness of breath.

Strength and Tone; shoulder strength: Rotator cuff strength: 5/5;
Specialized Tests; empty Can test negative
**Musculoskeletal: Left Lower Extremity:**
Range of Motion- knee: 0-5 degrees extension; Strength and Tone; quadriceps tone: atrophy; Stability; knee: 1+ Lachman with a firm endpoint; Skin; knee inspection: scar

**Imaging and Test Results**
X-Rays
X-rays of the left knee taken here in the office today show good overall alignment. There is postsurgical evidence of a high tibial osteotomy and ACL reconstruction with retained implants. He does have moderate tricompartmental degenerative changes noted.

**Diagnosis**
S46.019D-840.4 Traumatic tear of rotator cuff, unspecified shoulder, subsequent encounter
M23.612-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee

**Services Performed**
73560 X-RAY EXAM OF LEFT KNEE 2 VIEWS with this modifier: LT
00113 INTERMEDIATE SERVICES EST

**Prescriptions Given**
No prescriptions given today

**Plan**
Overall the patient seems to be doing well in regards to his left knee and right shoulder. I recommend he continue with home therapeutic exercise. I did give him a prescription for a left knee ACL functional brace. He will followup in 6 months for reevaluation.
A return visit is indicated in 6 months.

Malcolm J Stubbs MD 12/20/2018 11:38 AM



**Plaintiff Trial Exhibit 4g pg 34**

Hall, James M
10/07/1973
Date of Service:December 20, 2018

Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420
June 10, 2019

**Date of Service:** June 10, 2019

---

**Current Medications**
Percocet 10 mg-325 mg tablet, oral.
levofloxacin 500 mg tablet, tablet oral, 10 days.
cyclobenzaprine 10 mg tablet, oral.
fluconazole 200 mg tablet, oral.
mirtazapine 15 mg tablet, tablet oral, 30 days.
Trintellix 5 mg tablet, tablet oral, 30 days.
diclofenac sodium 75 mg tablet,delayed release, tablet,delayed release (DR/EC) oral, 30 days.
duloxetine 30 mg capsule,delayed release, capsule,delayed release(DR/EC) oral, 30 days.
Xanax oral

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs.
lower extremity
Right shoulder arthroscopy Performed: 2/20/18 Notes: right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. Dr. STubbs
upper extremity

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 45-years-old male.
He presented with left knee pain. It is located in the medial region and in the lateral region. It is described as loose/unstable feeling and states knee will give out on him intermittently and stiffness/loss of motion. The symptom is exacerbated by weight bearing.

In addition, he presented with right shoulder pain. The symptom is gradual in resolution.

Patient is 15 1/2 months post op right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression and distal clavicle resection. He is also 1 1/2 year post op left knee arthroscopy with arthroscopic assisted ACL reconstruction using posterior tib allograft, high tibial osteotomy, partial meniscectomy, debridement and chondroplasty of medial compartment chondromalacia and painful hardware removal.

**Vital Signs**
**HT:** 6' **WT:** 215 lbs **BMI:** 29.2 **BP:** 142/94 mmHg Left Arm Sitting

**Physical Exam**

**Constitutional:**
general appearance- overall: in no acute distress
**Cardiovascular:**
examination of vasculature- overall: pulses bilaterally normal
**Neurological:**
coordination- overall: coordination normal and heel walking, toe walking, and tandem gait normal
**Musculoskeletal:**
gait and station- gait **antalgic**

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Alcohol history Never drinks alcohol
Tobacco history Current every day smoker education provided feb 2018
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient complained of **swelling in hands or feet** and **leg cramping**.
Constitutional: The patient complained of **weight gain**, **night sweats** and **fatigue**.
Dermatologic: The patient complained of **rash** and **itching**.
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **joint pain**, **muscle pain**, **joint swelling**, **muscle weakness**, **joint stiffness** and **back pain**.
Neurologic: The patient complained of **numbness**, **tingling**, **headaches** and **dizziness**.
Psychiatric: The patient complained of **depression**, **anxiety** and **memory loss**.
Respiratory: The patient denied dyspnea.
Eyes: The patient denied vision problems and sensitivity to light.
Ears/Nose/Throat/Neck: The patient denied hearing problems, ringing in ears and nosebleeds.
General: The patient denied chills, fever, weight loss, weight gain, appetite loss and feeling sick.
Neck: The patient denied swollen glands and neck mass.

**Musculoskeletal: Right Upper Extremity:**
Inspection and Palpation- shoulder: no tenderness to palpation; Range of Motion; shoulder: **internal rotation to belt line --Improved**, **abduction 120 degrees --Improved**, **forward flexion 130 degrees --Improved**, full AROM and full PROM; Strength and Tone; shoulder strength: **Rotator cuff strength: 5/5 --Improved**; Specialized Tests; empty Can test negative
**Musculoskeletal: Left Lower Extremity:**
Range of Motion- knee: **0-5 degrees extension**; Strength and Tone; quadriceps tone: **atrophy --Improved**; Stability; knee: **_1+ Lachman with a firm endpoint**; Skin; knee inspection: **scar**

**Imaging and Test Results**

**Diagnosis**
S46.019D-840.4 Traumatic tear of rotator cuff, unspecified shoulder, subsequent encounter (--Improved)
M23.612-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee
M12.562-716.16 Traumatic arthropathy, left knee

**Services Performed**
73560 X-RAY EXAM OF LEFT KNEE 2 VIEWS with this modifier: LT
99213 INTERMEDIATE SERVICES - EST

**Prescriptions Given**
No prescriptions given today

**Plan**
The patient returns for followup. He is doing very well in regards to the right shoulder and no further treatment is indicated.

He seems to be having some recurrent instability episodes of the left knee however this could be related to his osteoarthritis.

I recommend he continue with the brace. He should also continue with strengthening exercises. He will follow up in 6 months for reevaluation.

A return visit is indicated in 6 months.

Malcolm J Stubbs MD June 10, 2019

Neurologic: The patient denied burning, tremors and headache.
Psychiatric: The patient denied memory loss.
Endocrine: The patient denied cold intolerance, heat intolerance, excessive hunger and excessive thirst.
Cardiovascular: The patient denied shortness of breath, chest pain and racing / skipping heartbeats.
Respiratory: The patient denied coughing up blood, excessive snoring and chronic cough.
Gastrointestinal: The patient denied reflux / heartburn, bloody stool and loss of bowel control.
Genitourinary: The patient denied urinary frequency, excessive urination at night, blood in urine, irregular periods and loss of bladder control.
Musculoskeletal: The patient denied joint pain and joint stiffness.
Hematology: The patient denied abnormal bruising.

Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD

Hall, James M
10/07/1973
December 09, 2019

# LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

**Hall, James M**
DOB: 10/07/1973
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420
December 09, 2019

**Date of Service:** December 09, 2019

**Current Medications**
Percocet 10 mg-325 mg tablet, oral.
levofloxacin 500 mg tablet, tablet oral, 10 days.
cyclobenzaprine 10 mg tablet, oral.
fluconazole 200 mg tablet, oral.
mirtazapine 15 mg tablet, tablet oral, 30 days.
Trintellix 5 mg tablet, tablet oral, 30 days.
diclofenac sodium 75 mg tablet,delayed release, tablet,delayed release (DR/EC) oral, 30 days.
duloxetine 30 mg capsule,delayed release, capsule,delayed release(DR/EC) oral, 30 days.
Xanax oral

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs.
lower extremity
Right shoulder arthroscopy Performed: 2/20/18 Notes: right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection. Dr. STubbs
upper extremity

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 46-years-old male.
He presented with left knee pain. The pain is rated as a 4/10. It is located in the anterior region. It is described as aching, dull pain and tenderness. The patient reports mild pain. The frequency of episodes is decreasing.

In addition, he presented with right shoulder pain. The pain is rated as a 3/10 at times. It is described as aching, sharp, stabbing and throbbing. The complaint moderately limits activities. The frequency of episodes is daily. Important triggers include rest.

**Vital Signs**
**HT:** 6' **WT:** 215 lbs **BMI:** 29.2 **BP:** 128/88 mmHg Left Arm Sitting

**Physical Exam**

**Constitutional:**
general appearance- overall: in no acute distress
**Cardiovascular:**
examination of vasculature- overall: pulses bilaterally normal
**Neurological:**
coordination- overall: coordination normal and heel walking, toe walking, and tandem gait normal
**Musculoskeletal:**
gait and station- gait **antalgic**
**Musculoskeletal: Right Upper Extremity:**
Inspection and Palpation- shoulder: no tenderness to palpation; Range of Motion; shoulder: full AROM and full PROM; Strength and Tone; shoulder strength: **Rotator cuff strength: 5/5**; Specialized Tests; empty Can test negative
**Musculoskeletal: Left Lower Extremity:**
Range of Motion- knee: **0-5 degrees extension** and **121-140 degrees flexion**; Strength and Tone; quadriceps tone: **atrophy**; Stability; knee: **_1+ Lachman with a firm endpoint**; Skin; knee inspection: **scar**

Hall, James M
10/07/1973
December 09, 2019

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unkown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Alcohol history Never drinks alcohol
Tobacco history Current every day smoker education provided feb 2018
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient complained of **chest pain**.
Constitutional: The patient complained of **weight gain**, **fatigue** and **weight loss**.
Endocrine: The patient complained of **cold intolerance** and **heat intolerance**.
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **joint pain**, **muscle pain**, **joint swelling**, **muscle weakness**, **joint stiffness** and **back pain**.
Neurologic: The patient complained of **numbness**, **tingling**, **headaches** and **dizziness**.
Psychiatric: The patient complained of **depression**, **anxiety** and **memory loss**.
Respiratory: The patient denied dyspnea.

**Imaging and Test Results**

**Diagnosis**
M12.562-716.16 Traumatic arthropathy, left knee
S46.019D-840.4 Traumatic tear of rotator cuff, unspecified shoulder, subsequent encounter

**Services Performed**
99213 INTERMEDIATE SERVICES - EST

**Prescriptions Given**
No prescriptions given today

**Plan**
Mr. Hall presents today with continued complaints of pain and instability of the left knee. He will continue to use strengthening exercises and bracing. He will likely need a total knee replacement in the future. With regard to the right shoulder, he continues to do great. No further recommendations are indicated for this extremity.
A return visit is indicated in 6 months.

Andrew Hebert PA-C

Andrew Hebert PA-C December 09, 2019

Approved by: Malcolm J Stubbs MD on 12/19/2019 02:43 PM
Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC: Malcolm J Stubbs MD



Plaintiff Trial Exhibit 4g pg 40

WAEL KARIM,MD
NEUROLOGIST
NCS/EMG Specialist
Tel 337 2340630 Fax 337 2340632

Patient: Hall,James
Ref. M.D.: Dr Brennan

Physician:
Test Date: 09/27/17

**History/Comments:**

Patient is complaining of neck pain with bilateral arms pain worse on the left side.

**Motor Nerve Study**

| Left Median Nerve<br>Rec Site: APB<br>Stim Site | Lat (ms) | Dur (ms) | Amp (mV) | C.V. (m/s) |
|---|---|---|---|---|
| Wrist | 4.1 | 5.1 | 6.0 | |

| Right Median Nerve<br>Rec Site: APB<br>Stim Site | Lat (ms) | Dur (ms) | Amp (mV) | C.V. (m/s) |
|---|---|---|---|---|
| Wrist | 3.9 | 5.9 | 7.0 | |

| Left Ulnar Nerve<br>Rec Site: ADM<br>Stim Site | Lat (ms) | Dur (ms) | Amp (mV) | C.V. (m/s) |
|---|---|---|---|---|
| Wrist | 3.6 | 4.9 | 7.3 | |

| Right Ulnar Nerve<br>Rec Site: ADM<br>Stim Site | Lat (ms) | Dur (ms) | Amp (mV) | C.V. (m/s) |
|---|---|---|---|---|
| Wrist | 3.3 | 4.7 | 9.4 | |

**Sensory Nerve Study**

| Left Median Nerve<br>Rec Site: Wrist<br>Stim Site | Lat (ms) | Dur (ms) | Amp (uV) | C.V. (m/s) |
|---|---|---|---|---|
| sThumb | 2.0 | | 21.7 | |

| Right Median Nerve<br>Rec Site: Wrist<br>Stim Site | Lat (ms) | Dur (ms) | Amp (uV) | C.V. (m/s) |
|---|---|---|---|---|
| sThumb | 2.3 | | 32.7 | |

Patient: Hall,James Test Date: 09/27/17
I.D.#:

## Sensory Nerve Study

| Left Ulnar Nerve<br>Rec Site: Wrist<br>Stim Site | Lat (ms) | Dur (ms) | Amp (uV) | C.V. (m/s) |
|---|---|---|---|---|
| 5th dig | 2.0 | | 18.7 | |

| Right Ulnar Nerve<br>Rec Site: Wrist<br>Stim Site | Lat (ms) | Dur (ms) | Amp (uV) | C.V. (m/s) |
|---|---|---|---|---|
| 5th dig | 2.1 | | 11.3 | |

| Left Radial Nerve<br>Rec Site:<br>Stim Site | Lat (ms) | Dur (ms) | Amp (uV) | C.V. (m/s) |
|---|---|---|---|---|
| | 2.0 | | 20.0 | |

| Right Radial Nerve<br>Rec Site:<br>Stim Site | Lat (ms) | Dur (ms) | Amp (uV) | C.V. (m/s) |
|---|---|---|---|---|
| | 2.1 | | 16.0 | |

## EMG Study

| Name | | Ins Act | Fibs | PSW | Fascics | Polyph | MU Amp | MU Dur | Config | Pattern | Recruit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L. Abd.Pol.Br. | Normal | norm | none | none | none | none | inc | inc | norm | norm | dec |
| L Dors.Int.1 | | norm | none | none | none | none | norm | norm | norm | norm | norm |
| L. Biceps Brachi. | Normal | norm | none | none | none | none | inc | inc | norm | norm | dec |
| L. Triceps | | norm | none | none | none | none | norm | norm | norm | norm | norm |
| L. Deltoid | Normal | norm | none | none | none | none | inc | inc | norm | norm | dec |
| L. C Paraspinals | Normal | norm | none | none | none | none | inc | inc | | | |
| R. Abd.Pol.Br. | Normal | norm | none | none | none | none | inc | inc | norm | norm | dec |
| R. Dors.Int.1 | | norm | none | none | none | none | norm | norm | norm | norm | norm |
| R. Biceps Brachi. | | norm | none | none | none | none | norm | norm | norm | norm | norm |
| R. Triceps | | norm | none | none | none | none | norm | norm | norm | norm | norm |
| R. Deltoid | | norm | none | none | none | none | norm | norm | norm | norm | norm |
| R. C Paraspinals | Normal | norm | none | none | none | none | norm | norm | | | |

Patient: Hall,James Test Date: 09/27/17
I.D.#:

**Summary/Interpretation:**

CONCLUSION : This study is limited due to the amount of pain on the left arm, but it is an abnormal study. There is electrodiagnostic evidence of :

1- Bilateral median sensory neuropathy at the wrist < CTS > moderate on the left and mild on the right .

2- Mild left C5 and C6 radiculopathy without denervation.

Thank you for the referral.

Wael Karim, MD

**Warren C. Lowe, Ph.D., M.P.**
*Medical/Clinical Psychologist*
913 South College, Suite 102
Lafayette, LA 70503
Office (337) 232-2833 Fax (337) 234-4038

## PSYCHOLOGICAL EVALUATION

| | |
|---|---|
| **PATIENT:** | **JAMES HALL** |
| **CHART:** | **11126** |
| **DOB:** | **10/7/1973** |
| **AGE:** | **44** |
| **DOA:** | **9/4/2017** |
| **DOE:** | **11/15/2017** |

### REASON FOR REFERRAL:

Mr. Hall is a 44 year old, divorced, white male who was referred for evaluation by his attorney, Jason M. Welborn. Mr. Hall was involved in a motor vehicle accident on September 4, 2017. He is currently under treatment for injuries he sustained in that accident.

At the time of the evaluation, the following records were available to me for review: notes from Neurosurgical Solutions of Lafayette (Dr. W. Brennan) on 9/19/2017 and 10/6/2017; Envision Imaging of Acadiana (ordered by Dr. Brennan), 9/20/2017 (MRIs of cervical spine, lumbar spine, right shoulder, left shoulder, and right knee). Also on the same date an x-ray of the patient's left hand. Lourdes Imaging Center (ordered by Dr. Brennan), 9/22/2017, MRI of brain; note from Dr. W. Karim (neurologist), 9/27/2017; note on 9/28/2017 from Lafayette Bone & Joint Clinic (Dr. M. Stubbs), initial visit, with recommendations for surgery of both the left knee and shoulder.

### PATIENT'S REPORT OF THE ACCIDENT:

Mr. Hall said that he was driving from Lake Charles to Port Arthur, Texas on September 4, 2017. The interstate (I-10) had just reopened following Hurricane Harvey. Mr. Hall had stopped or almost stopped because of a traffic delay and stated that he was hit by a semi-truck traveling at approximately 60 miles an hour. He was driving an SUV which was knocked some distance into a utility pole. He said that he is going by the information from the police or police report, because he has little memory of the accident. Even the following week after the accident was "like a fog". He was taken to the hospital (West Calcasieu Cameron ER) but was there only approximately two hours, as he can remember, before he was "thrown out because I didn't have insurance." Mr. Hall said that he suffered a gash to his head, a severe concussion, a torn ACL in his left knee, injuries to his head and shoulder, as well as injuries to his lower back and neck. Mr. Hall stated that he is scheduled to have surgery with Dr. Stubbs on his left knee in about a week. That will be followed by surgery on his hand and shoulder at a later date, he stated. Mr. Hall said that he had been told he has bulging discs in his lower back and in his neck.

At the time of his accident, Mr. Hall was working for a freight company in Lake Charles but was off for the Labor Day weekend. He was employed as a truck driver but had been approached to be service manager and said that he was to take over that position on September 9.

Unfortunately, he has not been able to work since the accident. He had been employed by the freight company for about 3 ½ months at the time of his accident. His activities included test driving trucks and performing safety checks. He said that he has over 1 million miles of semi driving and considers himself an "expert" in transportation.

**MR. HALL'S REPORT OF FUNCTIONING PRIOR TO THE ACCIDENT:**

Much of his life, he reported, prior to the accident in early September was devoted to working out. He described himself as a "gym rat", spending most of his off time at the gym. He prided himself on having a BMI of 10 and tried to eat very healthy, take vitamins, and protein shakes. He had a girlfriend in Lake Charles who he would occasionally visit on his off days.

**MR. HALL'S REPORT OF FUNCTIONING SINCE THE ACCIDENT:**

He stated that he awakens whenever the pain "wakes me up . . . I sit in a hole . . . its my room . . . and wait for surgery. At times I am angry or crying, just trying to keep negative thoughts out of my mind." He feels that he can "fix my body" because he has a high pain tolerance. He knows, however, that some of the "fix" will come through surgery. He has never had head trauma before, he stated, and said that he spends "a lot of time focusing on words just to be able to have a conversation . . . my concentration is pretty shot."

Mr. Hall is able to take care of the basic activities of daily living, but most of the lifting and more vigorous activity has to be done with one hand. He is not able to carry anything weighing over 10-15 pounds. He is unable to climb a ladder. He can sit in a chair for a short period of time but then has to move around because of the pain. He is not able to stand in line for more than a few minutes without aggravating his pain. He can drive a car as long as it has an automatic transmission. He is not able to drive a stick shift because of his injuries.

**PHYSICAL SYMPTOMS SINCE THE ACCIDENT:**

As noted previously, Mr. Hall has a torn ACL of his left knee. He expects to have surgery on his knee in about a week. His left hand and shoulder cause him a good deal of pain, as does his neck and back. He said that he has "no tendon in the pinky of my left hand . . . it can't be fixed . . . they can fuse the bone straight." He received steroid injections in his left hand from Dr. Leblanc yesterday. He expects to have, in addition to his knee surgery, neck surgery and "deadening of nerves in my lower back." He is having headaches frequently, and it is difficult for him to get in a comfortable position. He has been prescribed different medications for pain, but he does not like to take opiates, stating, "I don't believe in pumping my body full of toxins." He states, "I just like to limit the amount of stress my body goes through now . . . I'm pretty careful with what I do."

**MEDICAL HISTORY:**

Mr. Hall said that he was in a "bad accident about 20 years ago." He was riding a 3-wheeler along a highway and hit a car head-on. He said that he broke his wrist and injured his knee but did not suffer head trauma. He had surgery and attended physical therapy, but did not like to miss work so he rehabilitated himself, he stated.

He did not report any current medical conditions prior to his accident. He has gained about 10 pounds in the two months since his accident because he is not able to work out.

**CURRENT MEDICATIONS:**

Mr. Hall said that he is prescribed the following medications: Tramadol 50 mgs., one tablet as needed for pain; Diclofenac 7.25 mgs., one tablet twice a day; and alprazolam 1 mg., p.r.n. as needed for anxiety. Mr. Hall said that these medications are prescribed by Dr. Brennan. Mr. Hall said that he has taken very few of the Tramadol because "I don't plan to get addicted to any medicine." He said that he stopped taking the Diclofenac on the previous day before this evaluation. He has taken the alprazolam infrequently, usually just taking half a tablet.

There are no reported medicines to which Mr. Hall is allergic.

**PSYCHIATRIC SYMPTOMS SINCE THE ACCIDENT:**

Mr. Hall reported that he has occasional, although not frequent, intrusive memories of his motor vehicle accident on September 4, 2017. He has not had any dreams related to the event, he reported. The physical pain he is experiencing reminds him of the accident because "it has changed my life." He tries to avoid thinking about the accident because "it brings on the pain . . . the anger . . . and the crying so I try not to think about it." He becomes anxious when driving, particularly on the highway, and most particularly when an 18-wheeler is close by.

He always has been somewhat of a loner, he stated, but now "I've become the most antisocial person on the planet." He has lost interest in many activities, and the activities that he valued most (working out in the gym) are activities that he is no longer able to do. He feels that he is unable to experience positive emotions and finds himself irritable and angry, often for no reason. He does report hypervigilance when driving. He estimates that he is getting only 4-6 hours of sleep a night because it is so difficult for him to get in a comfortable position, and when he does fall asleep he is usually awakened by the pain after just a few hours. He had been experiencing crying spells, but those have "slowed down in the last couple of weeks." He acknowledged having passive suicidal thoughts but has no plan or intent. He feels hopeless and helpless. He lost everything in Hurricane Harvey due to the flooding of his home. He has never been destitute before, and now he worries about his future, not knowing what he will be able to do. All that he has left of his possessions are a motorcycle and a toolbox.

He has great fear that he will not recover and will always have pain and be limited in what he can do. He wonders if he will be able to go back to the gym again. Although he had a relationship when his accident occurred, the relationship ended after the accident because "I'm not the same . . . I just get irritable and depressed." He feels worthless because he has not been able to make himself whole again or recover on his own.

**PSYCHIATRIC HISTORY:**

Mr. Hall was jailed for nonpayment of child support and stated that he was put into some sort of treatment while he was in jail. This was over 20 years ago, and he never sought treatment on his own for any emotional or mental problem. He believes he was prescribed some type of medication while he was incarcerated, but he refused to take it.

Mr. Hall said that he has a family history of serious emotional problems, alcohol abuse, and substance abuse. He said that he has had very little contact with his family since he was a teenager. He described his family as "very screwed up addicts".

Mr. Hall believes he was prescribed opiates following his 3-wheeler accident some 20 years ago, perhaps given by IV when he was in the hospital. He has not used opiates since that time, he reported.

**SUBSTANCE ABUSE HISTORY:**

Mr. Hall drinks occasionally, he reported, but does not have a high tolerance for alcohol and seldom drinks more than two or three beers or a shot. He has never received treatment for alcohol abuse. He has not received any DUIs. He experimented with drugs when he was younger, but it never developed into an ongoing use of illicit drugs. He will occasionally use marijuana and now finds it helpful for pain and anxiety. He has never received treatment for substance abuse and has never had trouble on the job because of alcohol or drug use.

**CHILDHOOD HISTORY:**

Mr. Hall was born in Toledo, Ohio. He was told that he had a normal birth and delivery and apparently did not have any difficulty meeting his developmental milestones. He stated, "I grew up with addicts . . . they would beat the crap out of you whenever they had a chance." He never suffered any sexual abuse or trauma as a child. Mr. Hall said that he was responsible for raising his brother until he left his house at age 14. He has a sister who was born after he left home who he does not know that well. However, she is reportedly a drug addict "like my mom." He has not dealt with his family in quite a number of years. He said that if he had hoped to be better than them, which he did, he had to get away from that environment.

**FAMILY HISTORY:**

Mr. Hall said that he has not seen his mother in 30 years. He is not aware of her health or current status. Mr. Hall said that he was "a child of rape." He does not know who his father was. He is the oldest of three siblings. His brother is three years younger, and his sister is sixteen years younger. He does not keep in touch with them. His brother had high potential, being described by Mr. Hall as being very bright, but he did not use his gifts. His sister has a history of substance abuse. Mr. Hall does not receive any financial or emotional support from his family.

**MARITAL HISTORY:**

Mr. Hall was married when he was much younger. He has a daughter, age 23, who lives in Hawaii. She has a daughter, Mr. Hall's granddaughter, who he has not seen. He said that he has a son, who he was told about when the boy was 12 years of age. Mr. Hall was 16 at the time an older woman became pregnant with his reported son. He has never gotten to see him, and no DNA test was ever performed.

Mr. Hall is currently living in a motel, because he lost his home and most of his possessions in Hurricane Harvey.

**RELIGION:**

Mr. Hall said that he does not believe in organized religion and does not attend church regularly.

RE: James Hall

**EDUCATIONAL HISTORY:**

Mr. Hall attended Clay High School in Toledo, Ohio, and finished the 9th grade, when he dropped out of school. He received his GED around 2001, when he was in prison. He described himself as a pretty good student "considering I didn't try," and he describes himself as a person with a very high IQ. He attended vocational school in Indianapolis and got his CDL. He began by driving large trucks transporting hazardous material. He said that he is labeled as an expert by DOTD.

**EMPLOYMENT HISTORY:**

When he was around 12 years of age, he worked at a restaurant as a busboy, dishwasher, and mowing lawns. He also recalls working at a restaurant for a while as a jack-of-all-trades and even ran a restaurant for a while until he began his career in truck driving. He had a job with Chrysler until 2007, when the plant was shut down and he was laid off. He began working for freight companies and registered a million miles without an accident.

He states that now he will not drive a semi-truck again because "I won't put anyone's life in danger." He knows the trucking industry well and would like to remain in the transportation industry, perhaps as some type of manager.

**MILITARY HISTORY:**

Mr. Hall did not serve in any branch of the United States Armed Forces. He was looking to sign up for the Marine Corp when he suffered his 3-wheeler accident at age 20.

**LEGAL HISTORY:**

Mr. Hall said that he was arrested a number of times for "little stuff like barfights and intoxication." Most of these arrests occurred between the ages of 12 and 18. He spent 11 months in jail for nonpayment of child support in Lima, Ohio.

He has never been involved in any lawsuits or personal injury claims. He does not remember if there was a lawsuit related to his accident at age 20. His current injury is not covered by worker's compensation. He estimates his income prior to his accident in September 2017 as being approximately $40,000 a year.

**MENTAL STATUS:**

Mr. Hall was alert, oriented, and cooperative. He presents himself as someone who is proud to be a loner, independent (before the accident), and as someone who doesn't have many close relationships. He was able to provide a coherent, reliable history, although by his own admission his memory of events following the accident are cloudy, and there is little clear memory of the events immediately following the accident. His mood was consistent with thought content. There was no evidence of a thought disorder. He denied auditory and visual hallucinations. He acknowledged passive suicidal ideation but denied intent or plan. No homicidal ideation was acknowledged. Intellectual functioning is judged to be within the average range. His memory was grossly intact. Some word finding and concentration difficulties were noted. His judgment was adequate.

RE: James Hall

**PSYCHOLOGICAL TESTING:**

As part of the evaluation, Mr. Hall was asked to complete the Personality Assessment Inventory (PAI), the Beck Depression Inventory-II (BDI-II), and the Beck Anxiety Inventory (BAI). He also completed the Brief Battery for Health Improvement-2 (BBHI-2).

Mr. Hall received a score on the BDI-II which indicates that he is experiencing a very high level of depressive symptomatology. Likewise, on the BAI, he endorsed a high number of symptoms which are consistent with marked anxiety.

The BBHI-2 assesses patients for a number of psychosocial factors that might complicate a patient's medical condition or delay their recovery. Mr. Hall's scores on the BBHI-2 is compared to a sample of "normal" members of the community and to a sample of physically injured patients. His psychological defensiveness score was in the very low range. This can be seen as a cry for help, an exaggeration of symptoms, or a manner of complaining that is somewhat histrionic. However, Mr. Hall has pain related to injuries in a number of different areas of his body (hand, neck, back, knee, shoulder, etc.) which is not typical of many pain patients. His perceived level of disability is consistent with his current medical status. Additionally, his depression and anxiety are felt to be a reaction to his physical condition. So, while his level of somatic complaints is very high, there is a medical explanation for his diffuse pattern of pain. Likewise, his high level of reported pain is consistent with his injuries. His perceived level of disability does not exceed what is expected given his medical findings. His report of marked anxiety and depression is consistent with his scores on the BDI-II and BAI, respectively.

The PAI was not valid because Mr. Hall failed to answer a number of items on the test. The number of uncompleted items exceeds the number which is considered necessary to generate a valid profile. A significant number of the missing items were found on the RXR scale which measures certain attributes that are known to be related to psychological treatment adherence, including motivation, willingness to accept responsibility, and openness to change and new ideas. Interestingly, Mr. Hall also responded to all items as being either very true or false, failing to endorse any items as "slightly true" or "mainly true". This is consistent with his clinical presentation of being a rather "black or white", "right or wrong" person.

**DIAGNOSTIC IMPRESSION:**

I ADJUSTMENT DISORDER WITH MIXED EMOTIONAL FEATURES (anxiety, depression, and posttraumatic features).

POST-CONCUSSIVE SYNDROME.

**SUMMARY AND RECOMMENDATIONS:**

Mr. Hall is a 44 year old, divorced, white male who was involved in a serious motor vehicle accident on September 4, 2017. He was rear-ended by an 18-wheeler on Interstate 10 while stopped or nearly stopped due to traffic. He suffered numerous physical injuries, for which he is currently being treated. Several surgeries are anticipated, including a surgery next week on his left knee. Mr. Hall is currently living in a motel, since he lost all of his possessions, with the exception of a tool chest and a motorcycle, in Hurricane Harvey. He plans to return to Ohio, where he grew up, following his knee surgery and expects to recover there before returning to Lafayette for further medical treatment with his various medical providers.

RE: James Hall

Because of this man's level of anxiety and depression, I am going to begin him on Lexapro 10 mgs. daily. This medication is helpful for both depression and anxiety, although we will likely need to adjust the dose of it, and I have asked Mr. Hall to remain in telephone contact with me while he is in Ohio. He is currently prescribed alprazolam by another of his medical providers, which is a medication that is helpful for any breakthrough anxiety that he might experience.

Mr. Hall is very worried about his future, particularly his future employability. He has been a truck driver for much of his adult life and does not feel he will be able to pass a DOTD physical which would allow him to drive 18-wheelers. He hopes to remain in the transportation field, although in what capacity he does not know. His recovery from his physical injuries is, of course, likely to require some time since there are multiple surgeries anticipated. Because this gentleman's focus on his fitness and because exercise was his primary activity outside of work, he now has little activity that he can do that doesn't exacerbate his pain. Thus, he is left with few pleasurable activities and marked feelings of anhedonia and helplessness. He has had passive suicidal ideation, but he denies any specific plan or intent. I would like for him to follow-up with me regularly when he is back in the area seeing his other medical providers.

I hope that this information is helpful to you. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Warren C. Lowe, Ph.D., M.P.
Medical/Clinical Psychologist

WCL/jm

**Warren C. Lowe, Ph.D., M.P.**
*Medical/Clinical Psychologist*
913 South College, Suite 102
Lafayette, LA 70503
Office (337) 232-2833 Fax (337) 234-4038

**PROGRESS NOTE**

**PATIENT:** JAMES HALL
**CHART:** 11126
**DATE:** 2/15/2018

Mr. Hall returns for a follow-up appointment. He is wearing a left knee brace and walking with a cane. He returned from Ohio recently, stating that he did not get much support from his family there. He is currently living in Lake Charles in a rental home, with an acquittance, as I understand it. He states, "I had no place to go . . . I've basically been homeless since the hurricane." He expects to have surgery on his left shoulder next week with Dr. Stubbs. He has an appointment today with Dr. Stubbs' office. He is to see Dr. Brennan tomorrow.

He said that he spends his days "staring at the walls . . . waiting for days to pass." He is unable to exercise, which has been his passion. He is smoking two packs of cigarettes a day, up from one pack before the accident. He states, "I have no power . . . it's hard to swallow." He is experiencing pain "between my shoulders . . . I have sciatica in my left leg and my left buttock." He states that he can usually handle the physical pain but is struggling with "the mental pain . . . that's what's bad." He discontinued the Lexapro which I had prescribed for him previously. He said that the medicine was aggravating his headaches, causing them to be worse.

Mr. Hall complains about his concentration and memory. He states that he has "trouble talking . . . my words get jumbled . . . it's hard to express myself." He recently had an incident where a semi-truck approached closely to him, and he said he "locked up . . . my anxiety shot up." He does not have a vehicle. He bought a used truck but the transmission went out on it. He said that he has never had a time in his life where he has been homeless and without a vehicle.

He worries about his future. He cannot drive with one hand and feels he would not be able to pass the DOTD physical to get to renew his commercial license. He said that he does not know where to begin to start his life over in a new profession. Truck driving is all he has known, and he feels that he knows that field quite well. He wonders if he would qualify for a management position, but then he states that has trouble dealing with people "who disappoint me on a daily basis." Mr. Hall's mood is depressed. He reports passive suicidal ideation but has no plan or intent. He does not want to take antidepressant medication. The only medications he is taking now are alprazolam 1 mg. as needed for anxiety and Tramadol, which he is taking as needed for pain. He also takes over-the-counter protein and vitamins. He acknowledges using marijuana for pain relief and anxiety, stating, "A half joint works good for hours."

He prides himself on his mental and physical toughness and has adapted to his life of being basically "a loner". However, he is overwhelmed by the changes in his life, including the loss of his job, home, transportation, etc. He is very worried about his future. We will discuss medications again on his next visit. They may be beneficial for him. He is reluctant to try

RE: James Hall

medication again, basically feeling it is a sign of weakness. Cognitive therapy techniques were employed with the patient. He can return to see me in three to six weeks, sooner if necessary.

Warren C. Lowe, Ph.D., M.P.
Medical/Clinical Psychologist

WCL/jm

Dr. Brennen
Dr. Stubbs

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street Lake Charles, LA 70601
Phone: (337) 419-1875 Fax: (337) 656-2848
Patrick Hayes, MD

March 30, 2018

On March 21, 2018, I completed a comprehensive initial psychiatric assessment of Mr. James Hall which lasted roughly 130 minutes overall. This assessment included a direct interview and a screening psychometric assessment utilizing four self-report measures administered after the interview. The direct psychiatric interview lasted approximately 115 minutes, and the psychometric screening lasted approximately 15 minutes. Mr. Hall had been referred to me by his case manager for an assessment of, "TBI, Headaches & Memory Loss," which have been occurring since he was involved in a highway-speed crash with an 18-wheeler truck.

When I ask him to provide a chief complaint, Mr. Hall reports, "I am miserable," and expands, "Everything's changed...the fact that I have to concentrate to have a conversation...words get jumbled...shit like that really irritates the hell out of me..." He states, "If I sit and think, I start crying, then I get pain, then I get angry...drives me crazy..." He also notes, "I don't sleep any more...maybe two three hours per day, tops...unless I take two of those blue pills."

On further review of symptoms, I ask Mr. Hall to describe his insomnia. He reports difficulty falling asleep and middle of the night awakenings. He adds, regarding morning tiredness, "It takes me literally two, two and a half hours to get up." He endorses decreased interests, with less engagement in motorcycle riding, weight lifting, and sexual intimacy with his girlfriend. He reports low energy. Mr. Hall reports an increased appetite since his injury, with an accompanying weight gain of roughly 20 pounds. When I ask about his focus, he states, "None...I exert most of my concentration trying to...talk..." Mr. Hall also describes psychomotor retardation in layperson's terms. Mr. Hall endorses irritability, easy anger, and reactivity, as well as mood fluctuations. He describes his memory as, "Shot to shit," and specifically mentions difficulty, "Holding new memories...trying to read a new book." He also notes subjective difficulty keeping track of, and managing, time. He acknowledges greatly disrupted sexual function, and he states this is due to both low interest and poor arousal. Since the crash, his sexual baseline of three to four episodes of intimacy per week has decreased to once every two or three months. Mr. Hall reports, "I'm in pain all the time," and notes frequent and severe headaches, which he states, "Bring tears to my eyes." He also states, vocalizing death rumination, "If I owned a gun, I wouldn't even be here."

When I ask about psychiatric history, Mr. Hall reports, "No. Nothing...never," although he concedes he was referred for an assessment when he was a child. He states he did not access any services such as therapy or medication management for psychiatric conditions until 2012 when he was incarcerated,

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street Lake Charles, LA 70601
Phone: (337) 419-1873 Fax: (337) 656-2848
Patrick Hayes, MD

"For child support." He denies any prescription psychiatric medications in the several years leading up to the crash.

When I ask Mr. Hall if there is any known family psychiatric history, he states, "Oh yeah, in all of them." Regarding family substance use, he reports varied use in his mother, stepfather, brother, and sister.

Regarding Mr. Hall's medical history prior to the crash, he states, "I never even saw a doctor for 25 years before the wreck...I was a gym rat...never had any problems." When I ask about prior injuries, he states, "I've been shot, I've been stabbed." He describes having received two gunshot wounds in a random public shooting, with injuries to both flanks, in roughly 1996. He states he was stabbed in 1995 and received injuries to his right hand. He reports he has had no troublesome sequelae from these injuries. He also notes having received a tonsillectomy when he was about 16 years old.

Since the crash, Mr. Hall reports he has received treatment for the following:

1. Left knee injury, post "reconstruction"
2. Left hand injury
3. "Two blown discs in my neck."
4. Right shoulder injury, "Rotator tear"
5. Posterior scalp injury/laceration

Records of these injuries, diagnoses, and treatments were not sent to me as of the date of his initial visit or this report.

Mr. Hall reports he is allergic to hydrocodone. He states taking this medication created hives. He denies any other known food or drug allergies.

Mr. Hall reports he is currently prescribed and taking:

1. alprazolam/Xanax, a benzodiazepine anxiolytic, 1 mg, up to four times a day for severe anxiety and for sleep

Mr. Hall reports he grew up in Toledo, Ohio. He states, "I was raised by bikers...I don't have a family." He proudly describes his self-sufficiency and states, "I started working, had my own place at 14..." He reports he has one half-brother, and one half-sister. He reports he left high school in the tenth grade but has a GED certificate. He also reports he has received additional training and certifications in commercial driving to include his CDL with endorsements/permits for hazmat, doubles, triples, and tankers.

Mr. Hall states, "I'm from Ohio," and moved to Texas, "Five years ago." He reports, "Drove for 12 years, over a million miles...zero accidents...zero incidents...I'm what the TSA considers an 'expert.'" He reports, "I never had any kids...I raised three of them from other people." He states he has raised a boy, now 23

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street Lake Charles, LA 70601
Phone: (337) 419-1873 Fax: (337) 656-2848
Patrick Hayes, MD

years old, and two girls, now 22 and 23 years old. He states he is currently renting a home without air conditioning or heat.

Mr. Hall denies any use of alcohol. He states, "My addiction is adrenaline ..not drugs..." He reports he smokes two packs of cigarettes per day. He also reports moderate use of cannabis, "Maybe an ounce a month," and he reports his use started after more broad legalization of marijuana in the United States. He indicates he views his cannabis use as medical, for his symptoms of anxiety, insomnia, and pain.

I ask Mr. Hall to describe the incident resulting in his injuries and symptoms. He states the crash occurred on September 4, 2017. He states, "It was Labor Day...they had just opened up the border (due to a major flood)" (clarification added). He continues "I was on I-10...coming to a stop in traffic...going.. no more than 10, 15 miles per hour..." He describes the driver who hit him and states, "He was on his phone, not paying attention...slammed me from behind..." Mr. Hall reports he was driving a Ford SUV, which "Got turned into a cube." The vehicle which impacted him was, "18-wheeler...Freightliner..." Mr. Hall states, upon impact, "...the seat broke in three places...He shoved me 500 yards off the road, into a steel sign pole..." He reports an amnestic period regarding the events immediately following the crash. He states, "I don't remember being pulled out of the vehicle...I know I was covered in fuel." When I ask about early symptoms, Mr. Hall reports, "I passed out several times." He also recalls dizziness, postural instability, daily headaches, irritability, and nausea. He indicates his memory for the first one to two weeks after the crash was patchy, and not fully intact.

On mental status exam, I found Mr. Hall to be moderately to severely tired-appearing, as well as unkempt at the cusp of disheveled. He was fully oriented to time, place, person, and the overall situation. His attitude was guarded, and he was somewhat intrusive and overly forward in his manner of speaking. He presented with a mixed motoric state, at times hyperactive at the cusp of agitated, and at other times hypoactive. His speech was verbose at the cusp of pressured, and he displayed several word-finding deficits throughout the assessment (for example, he stated, "My first job was, uhh...in...a steel...uhh."). He had no formal disturbance of thought processing to suggest psychosis, and there were no misperceptions and no delusions reported or observed. His thought content was notable for somatic negative rumination. Mr. Hall vocalized some pessimism and death rumination, as well as passive suicidal thoughts. A close safety check was benign. He denied any homicidal thoughts or actions. His mood was moderately to severely depressed and severely irritable. He was moderately anxious. His affect was moderately constricted and mildly to moderately labile. I estimated his judgment was good to fair, and his insight fair. I estimated he was a low formal substance withdrawal risk, and a low to somewhat elevated safety risk due to his suicidal rumination. Overall, the symptoms endorsed by Mr. Hall appeared genuine.

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street Lake Charles, LA 70601
Phone: (337) 419-1873 Fax: (337) 656-2648
Patrick Hayes, MD

**Psychometric assessment results:**

Four evidence-based assessment tools were administered to Mr. Hall. He was given the Patient Health Questionnaire (PHQ-9) and the Beck Depression Inventory (BDI) to assess for depressive diagnoses. He was given the Beck Anxiety Inventory (BAI) to assess for anxiety-spectrum diagnoses. He was also given the Patient Checklist-Civilian Version (PCL-C) to assess for trauma and stressor-related illnesses.

On the BDI, Mr. Hall received a score of 35, resulting in a categorical determination of, "Severe depression." Of note, he initially answered question 13, but crossed his choice out; it is not included in the diagnostic score. This omission supports attenuated concentration.

On the PHQ-9, he received a score of 27, resulting in a provisional diagnostic determination of, "Major Depression, Severe," the most severe category on the PHQ-9. (http://www.agencymeddirectors.wa.gov/files/AssessmentTools/14-PHQ-9%20overview.pdf).

On the BAI, he received a score of 47, resulting in a categorical determination of, "Severe anxiety." (https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=12&cad=rja&uact=8&ved=0ahUKEwjniJrT19fXAhWI5oMKHYf1DQQQFghhMAs&url=http%3A%2F%2Fcourses.wcupa.edu%2Fttreadwe%2Fcognitivepdrma%2FCognitivescales%2FBeck%2FBeckkeys.doc&usg=AOvVaw3jrLhc1-ase-QScneP1QC-)

On the PCL-C, he received a score of 74, surpassing the threshold cutoff (above which PTSD should be considered) of 45-50 (https://sph.umd.edu/sites/default/files/files/PTSDChecklistScoring.pdf).

In summary, the psychometric assessment was sufficiently consistent across all four measures and was consistent with the observed mental status exam and the psychiatric assessment overall. I estimate the results, in total, are supportive of the diagnostic conclusions below.

DIAGNOSES

The present psychiatric diagnoses, derived from psychiatric interview and a psychometric assessment, with review of available medical records, per the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* (American Psychiatric Association, 2013), are as follows:

1) **Depressive Disorder Due to Polytrauma (Cervical Spinal Injury; Shoulder Injury; Knee Injury; Hand Injury; Concussion) with Major Depressive-Like Episode (F06.32).** Mr. Hall displays greater than six months of depressive symptoms, caused by a significant rear-end 18-wheeler crash, and perpetuated by his ongoing pain, surgical care, and reduced functional abilities. Mr. Hall meets the following DSM-5 Depressive Disorder Due to Another Medical Condition criteria: A; B; C; D; E. He also meets Major Depressive Episode criteria A1 (greater than two weeks of

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street Lake Charles, LA 70601
Phone: (337) 419-1873 Fax: (337) 656-2848
Patrick Hayes, MD

angry, irritable low mood), 2 (decreased engagement in prior leisure activities such as exercising and working on and riding his motorcycle; "I sit and stare at the TV"), 3 (appetite disruption and weight gain), 4 (difficulty falling and staying asleep), 5 (reported symptoms of psychomotor retardation and observed mixed motoric symptoms), 6 (low energy), 7 (feelings of low self-worth), 8 (reported and observed concentration deficits), 9 (recurrent thoughts of death and suicide); B; D; E; thereby satisfying the threshold for the more severe Major Depressive-Like Episode specifier.

2) **Other Specified Trauma- and Stressor-Related Disorder, Rule Out Posttraumatic Stress Disorder (Subsyndromic PTSD/Rule Out PTSD; F43.8/F43.10).** Mr. Hall demonstrates angry, irritable depression, in the setting of a traumatic exposure in the form of a serious rear-end MVC with polytrauma and loss of consciousness. Some of his significant anger may be best described by a hyperadrenergic condition worthy of independent clinical attention. His PCL-C testing results suggest PTSD. He satisfies the following DSM-5 criteria for PTSD: A1 (serious MVC with polytrauma); B5 (BP 126/96 in intake session); D+/-1 (amnestic symptoms are seemingly more derivative to his traumatic brain injury), 4 (significant anger), 5 (reduced leisure activities), 6 (withdrawal from his girlfriend), 7 (profound feelings of dissatisfaction); E1 (irritability), 2 (some recklessness in his anger), 3 (moderate observed psychological hypervigilance), 5 (reported and observed concentration problems), 6 (marked difficulty both falling and staying asleep); F; G; +/-H. I will monitor and refine this diagnosis over time.

3) **Tobacco Use Disorder (F17.200).**

His psychiatric diagnoses are complicated by the following physical diagnoses:

**Non-DSM-5 Diagnoses are:**

1) **Unspecified Traumatic Brain Injury with Loss of Consciousness of Unspecified Duration, Sequelae; Mild to Moderate TBI (S06.9X9S).** Mr. Hall appears to have suffered a serious MVC with loss of consciousness, and post-traumatic amnesia. He meets the Head Injury Interdisciplinary Special Interest Group of the American Congress of Rehabilitation Medicine (ACRM) definition of 'Brain Injury.' The ACRM defines it as:

> "A traumatically induced physiologic disruption of brain function, with the following criteria:
>
> A) Any period of loss of consciousness
> B) Any loss of memory for events immediately before or after the accident
> C) Any alteration in mental state at the time of the accident, and

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street Lake Charles, LA 70601
Phone: (337) 439 1873 Fax: (337) 656-2848
Patrick Hayes, MD

D) Focal neurologic deficits, which may or may not be transient."

The ACRM 'Mild TBI' criteria are the above, plus that the severity of the injury does not exceed the following:

A) Loss of consciousness of approximately 30 minutes or less
B) After 30 minutes, an initial Glasgow Coma Scale (GCS) of 13-15
C) Posttraumatic amnesia (PTA) not greater than 24 hours.

This group comments, "...some patients may not have the above factors medically documented in the acute stage. In such cases, it is appropriate to consider symptomatology that, when linked to a traumatic head injury, can suggest the existence of a mild traumatic brain injury."

Using the Mayo System of brain injury classification, with the duration of reported post-traumatic amnesia, Mr. Hall satisfies the Definite Moderate to Severe Brain Injury criteria, as stated by Friedland and Hutchinson:

> "A TBI would be classified as definite moderate-severe in the Mayo system if one or more of the following criteria apply: death due to this TBI, loss of consciousness of 30 minutes or more, PTA of 24 hours or more, and worst GCS full score in first 24 hours is <13 providing this not invalidated by other factors such as intoxication or sedation. In addition, if there is evidence of neurological injury such as haematoma, contusion, haemorrhage then the TBI would be in the definite moderate-severe category. A TBI would be classified as probable mild if there is loss of consciousness below 30 minutes, PTA is less than 24 hours, and there is a depressed, basilar, or linear skull fracture (dura intact). A possible TBI is diagnosed if there are one or more of the following symptoms: blurred vision, confusion, feeling dazed, dizziness, headache, or nausea." (*Classification of Traumatic Brain Injury.* Advances in Clinical Neuroscience and Rehabilitation. Special Feature. July 2013. Friedland D, Hutchinson P. Accessed at: http://www.acnr.co.uk/wp-content/uploads/2013/07/ACNRJA13_rehab1.pdf).

Despite the lengthy period of PTA, his TBI appears to best fit the mild TBI profile.

2) **Post-Concussion Syndrome (PCS; F07.81).** The researcher Nigel King has propounded PCS criteria (*Post-Concussion Syndrome: Clarity Amid the Controversy?* The British Journal of Psychiatry. September 2003. King N.). After the crash, which was associated with an uncomplicated seemingly mild head injury, Mr. Hall demonstrates headache, early

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street Lake Charles, LA 70601
Phone (337) 419-1873 Fax (337) 656-2848
Patrick Hayes, MD

dizziness/postural instability, low energy, memory complaints, reported and observed concentration deficits, significant irritability, depression, sleep problems, easy frustration, possible light sensitivity ("...my eyesight has changed"), and nausea.

Also of note, Mr. Hall is not engaging in any alcohol use or any problematic illicit substance use which would be reasonably predicted to predispose, precipitate, perpetuate, or exacerbate his behavioral health symptom burden. Although he is presently smoking cigarettes, he would like to quit. Additionally, tobacco represents an independent treatment target, and I do not estimate it is materially causing or perpetuating his cognitive or psychiatric symptoms. In fact, on the contrary, his cognitive and psychiatric symptoms may be making it harder for him to quit nicotine.

I estimate his present Global Assessment of Function (GAF) score to be 50. Since the motor vehicle crash with polytrauma and head injury, it has been no higher than 50. I estimate his GAF prior to the crash was 80.

TREATMENT

Psychiatric Medications and Medical Management:

1) Because of the high-energy mechanism of injury resulting in a clinically diagnosable brain injury, should cognitive symptoms inappropriately persist or worsen, neuropsychological testing or advanced imaging may be recommended (the patient is unsure which tests he has had completed to date, and I have not yet received clinical records). I have requested copies of all CNS studies to date. Should it prove a SPECT, DTI, or PET scan has not completed, imaging to assist in assessing traumatic brain injury can be ordered. I may later place a referral for diffusion tensor imaging (DTI) or single positron emission computed tomography scanning (SPECT). The modality of DTI is available in Lafayette, Louisiana, while SPECT may require travel.

2) I have ordered comprehensive laboratory studies to include a complete metabolic panel, liver function tests, fasting lipid panel, complete blood count with automated differential, full thyroid function tests, the inflammatory biomarker C-reactive protein (CRP), and vitamin D levels. Mr. Hall asks if I will also check a screening panel for infectious diseases, since he has been experiencing a lengthy apparent allergic reaction to one of his post-op medications and he is worried it may represent a systemic infection. This is a reasonable request and is granted.

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street Lake Charles, LA 70601
Phone: (337) 419-1873 Fax (337) 656-2848
Patrick Hayes, MD

3) Mr. Hall indicates he is generally averse to pharmacotherapy in general, and especially to psychotropic medications; this is not uncommon in independent individuals. Among several discussed options, Mr. Hall accepts the following five interventions at this time:

a. For his significant insomnia, a trial of zolpidem/Ambien, 5 to 10 mg by mouth at night as needed, in lieu of alprazolam/Xanax, for sleep. Should this agent fail, we will likely discuss a trial of one of the sedating tricyclic antidepressants such as amitriptyline/Elavil or doxepin/Sinequan; either of these should also assist with analgesia. He may also benefit from trazodone/Desyrel. I will seek to avoid weight-promoting agents such as mirtazapine/Remeron due to his reported weight gain since the crash. Sleep itself is highly important for improvement of cognition, mood, anxiety, and holistic recovery.

b. For his anxious, irritable depression with a background of pain, a trial of a low dose of the serotonin norepinephrine reuptake inhibiting (SNRI) antidepressant duloxetine/Cymbalta. The goals of this intervention are antidepressant, antianxiety, analgesic, and cognitive-enhancing effects. Regarding organic cognitive symptoms, there is evidence that non-stimulant enhancement of norepinephrine can assist in neurorehabilitation (*Noradrenergic Enhancement Improves Motor Network Connectivity in Stroke Patients*. Annals of Neurology. Wang LE. 2011), as well as evidence that the SSRI fluoxetine/Prozac may enhance neural plasticity (*Fluoxetine for Motor Recovery after Acute Ischemic Stroke (FLAME): A Randomized Placebo-Controlled Trial*. The Lancet Neurology. Chollet F, et al. 2011). By mechanism of action, then, there is the potential that the duloxetine/Cymbalta could potentially promote favorable pro-plasticity effects

c. Trial of l-methylfolate/Deplin. This agent has evidence for both treatment of refractory neuropsychiatric illness, including depression, as well as demonstrated positive effects on neuroinflammation and peripheral neuropathy (*Neuroinflammation and Psychiatric Illness*, The Journal of Neuroinflammation. Najjar S et. al. 2013; and *Evaluation of Metanx on Diabetic Peripheral Neuropathy in Zucker Diabetic Fatty (ZDF) Rats*, The FASEB Journal. Maksimchyk Y et al. 2011). This prescription medical food also has a highly benign side effect profile, and I have observed favorable effects in targeting the symptoms of TBI sequelae and the postconcussive syndrome.

d. He agrees to purchase and begin taking the supplement docosahexaenoic acid (DHA). I gave him a printout with an image and the name of a locally available version of algal DHA (the algal-origin preparation should avoid any potential sea-animal allergy and any

ELITE MEDICAL WELLNESS, LLC
3802 Hodges Street Lake Charles, LA 70601
Phone: (337) 419-1873 Fax (337) 656-2848
Patrick Hayes, MD

potential mercury bioaccumulation). He can purchase this from a local pharmacy at the 450-mg dosage strength. The supplement omega-3 fatty acid DHA appears to exert neural anti-inflammatory and beneficial pro-plasticity effects (see, among others: *Docosahexaenoic acid (DHA): A Modulator of Microglia Activity and Dendritic Spine Morphology.* The Journal of Neuroinflammation. Chang PK et. al. 2015; *Docosahexaenoic Acid (DHA): An Ancient Nutrient for the Modern Human Brain.* Nutrients. Bradbury J 2011; and *A Single Bolus of Docosahexaenoic Acid Promotes Neuroplastic Changes in the Innervation of Spinal Cord Interneurons and Motor Neurons and Improves Functional Recovery after Spinal Cord Injury.* The Journal of Neuroscience. Zhuo-Hao L et al. 2015.) Similar to the l-methylfolate/Deplin described above, the DHA has a highly benign side effect profile.

e. Mr. Hall agrees to try to use alprazolam/Xanax sparingly. Over time, we will seek to minimize his exposure to this benzodiazepine-class short-term anxiolytic and utilize potentially more durably therapeutic pharmacological options.

4) Within the first few visits, Mr. Hall and I will potentially discuss the over the counter supplement melatonin, which can be effective for sleep in many patients, and which is also a potent antioxidant with an evidence base for its use in the setting of brain injury (among others, see: *Protective Effect of Melatonin in a Model of Traumatic Brain Injury in Mice.* Journal of Pineal Research. Mesenge C et. al. 1998; and *Effect of Melatonin on Brain Oxidative Damage Induced by Traumatic Brain Injury in Immature Rats.* Physiological Research. Ozdemir, D et. al. 2005).

5) Mr. Hall may be a candidate for repetitive transcranial magnetic stimulation (rTMS). There is evidence for efficacy of rTMS in depression, as well as the co-morbid state of depression and trauma-/stressor-related symptoms (*Repetitive Transcranial Magnetic Stimulation Treatment of Comorbid Posttraumatic Stress Disorder and Major Depression.* The Journal of Neuropsychiatry and Clinical Neurosciences. Rosenberg P et al. 2002). Although currently investigational for TBI (Transcranial Magnetic Stimulation. Clinical Applications for Psychiatric Practice. APA Publishing. Berumes R et al. 2018; *Repetitive Transcranial Magnetic Stimulation (RTMS) for the Cognitive Rehabilitation of Traumatic Brain Injury (TBI) Victims: Study Protocol for a Randomized Controlled Trial.* Trials. Iuri S et al. 2015.), there is biological plausibility for its efficacy for recovery in TBI (*Long-Term Repetitive Transcranial Magnetic Stimulation Increases the Expression of Brain-Derived Neurotrophic Factor and Cholecystokinin mRNA, but not Neuropeptide Tyrosine mRNA in Specific Areas of Rat Brain.* Neuropsychopharmacology. Muller M et al. 2000). At a minimum, rTMS should be safe in the setting of TBI while assisting Mr. Hall's

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street Lake Charles, LA 70601
Phone: (337) 419-1873 Fax: (337) 656-2848
Patrick Hayes, MD

irritable depression, anxiety, and apparent added trauma-/stressor-related symptoms. Additionally, since he vocalizes a desire to avoid/minimize pharmacotherapy, rTMS may align with his treatment preferences well.

6) Release of information permits have been requested to receive records for all imaging and CNS studies, and any available clinical care delivered by his primary care manager, pain manager, and surgeons (including Dr. Stubbs, Dr. Lowe, and Dr. Brennan).

7) To the extent that it is permitted by his multiple orthopedic injuries, as well as any restrictions from the teams treating same, exercise will be emphasized each visit.

8) Diet and generalized wellness promotion will be a focus of Mr. Hall's holistic treatment. Mr. Hall may be referred to a Clinical Dietitian for at least one visit due to his report of significant (roughly 20 pound) weight gain.

9) First psychiatric follow-up appointment will be 14 to 35 days from the date of my initial assessment.

Psychotherapy:

1) Mr. Hall is being referred to the first available Licensed Professional Counselor or Licensed Clinical Social Worker for CBT-based psychotherapy:
   a. I recommend an initial burst pack of therapy no less than two to four times monthly, for at least six to 12 months.
   b. Mr. Hall's response to treatment will help forecast the overall length, frequency, and intensity of his psychotherapy.
   c. The standard of care is these courses are often modified to best fit the patient's scheduling realities and preference, treatment response, and symptom trajectory.
   d. Treatment targets include a first episode of angry, pessimistic, highly irritable depression with poor concentration and anxiety.
   e. An ancillary treatment target includes smoked tobacco cessation.

2) Given the seeming high-energy mechanism of injury, with a clinically-diagnosed concussion associated with an apparent loss of consciousness, it is prudent to begin a course of cognitive rehabilitation therapy (CRT). The treatment modality of CRT can be used to assist in identifying memory and cognitive functional deficits, developing compensatory strategies, enhancing

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street Lake Charles, LA 70601
Phone: (337) 419-1873 Fax (337) 656-2848
Patrick Hayes, MD

executive function, reducing irritability/low frustration tolerance, and promoting cognitive functional recovery overall.

a. Mr. Hall's CRT will be individualized and ideally at the frequency of at least once to twice weekly during the early phase of his recovery.
b. His response to early treatment would also help forecast the overall length, frequency, and intensity of CRT.
c. As noted above, should cognitive symptoms inappropriately persist or worsen, neuropsychological testing or a DT-MRI can be ordered.

3) I will consider and likely administer another psychometric test for PTSD, the Trauma Symptom Inventory, Second Edition (TSI-2) within the first few follow up visits.

Respectfully,

Patrick C. Hayes, MD

Board Certified Psychiatrist, The American Board of Psychiatry and Neurology
Certified by the American Board of Preventive Medicine in the Subspecialty of Addiction Medicine

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

April 24, 2018

On April 24, 2018, Mr. James Hall was seen by Dr. Patrick Hayes at the office of Elite Medical Wellness. At this session, Mr. Hall reported about his sleep medication, "No. That stuff? I kept waking up in weird parts of the house." He also stated, "Still pretty much the same…I try to talk myself out of everything every day," "Every day is a wage of war," and "I don't have anybody to take care of me."

For this appointment, Mr. Hall appeared unkempt and moderately tired. His motor state was mixed and somewhat agitated. His mood was moderately bordering severely depressed, moderately anxious, and moderately irritable. His affect was moderately constricted and mildly labile. Moderately bordering severely impaired concentration and attention were observed.

The psychiatric plan for this session: Stop Ambien, change to Remeron 7.5 mg – 15 mg at night. Increase Cymbalta to 30 mg by mouth once in the morning. Refill Xanax at decreased dose 1 mg ½ to 1 tab three times a day. Seek to decrease to twice a day. Continue other medications unchanged.

Approved by Dr. Patrick Hayes: ______________ 5/5/18
Transcribed by: Amanda M Morin

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

June 11, 2018

On June 7, 2018, Mr. James Hall was seen by Dr. Patrick Hayes at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "The whole word – salad thing still gets on my nerves," "I feel more like myself…," "I don't do anything…," "My bursting in tears is down to about once a week," and "I've had a lot of people in my life refer to me as a wordsmith…never had to think about anything…"

For this appointment, Mr. Hall appeared mildly tired. His mood was mildly anxious and irritable and moderately depressed. His affect was trace labile and mildly constricted. Moderately impaired concentration and attention were observed.

The psychiatric plan for this session: Change Cymbalta to Trintellix 5 mg. Begin Viagra 100 mg ¼ to 1 tab by mouth as needed for sexual activity. Change Vitamin D to 1,000 i.u. over the counter. Hold Remeron 7.5 mg – 15 mg. Continue other medications unchanged.

Approved by Dr. Patrick Hayes: [signature] 6/18/18
Transcribed by: Amanda M Moran

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

November 20, 2018

On November 15, 2018, Mr. James Hall was seen by Dr. Patrick Hayes at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "Muted…that's what really gets me…" His friend Beth stated, "He stumbles over words," "Before…he was quick witted and fast," and "Now…really quick to anger…"

For this appointment, Mr. Hall appeared moderately tired. His attitude was hostile. His motor state was hyperactive bordering agitated. His mood was depressed, anxious, and irritable. His affect was constricted and labile. Mildly impaired concentration and moderately bordering severely impaired attention were observed.

The psychiatric plan for this session: Hold Vitamin D and Viagra. Restart Trintellix 5 mg, Remeron 7.5 – 15 mg at night, and Xanax 1 mg, ½ to 1 tab twice a day as needed for severe anxiety.

Approved by Dr. Patrick Hayes: ______
Transcribed by: Amanda M Moon

11/26/18

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

December 26, 2018

On December 6, 2018, Mr. James Hall was seen by Dr. Patrick Hayes at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "I just can't get through to anyone…," "I'm not part of this world," and "I don't trust anyone…"

For this appointment, Mr. Hall appeared mildly to moderately tired. His motor state was hyperactive and somewhat agitated. His mood was moderately depressed and anxious and moderately to severely irritable. His affect was moderately constricted. Mildly to moderately impaired concentration and attention were observed. A weight loss of 1.9 pounds was observed.

The psychiatric plan for this session: Continue medications without changes.

Approved by Dr. Patrick Hayes: ____________
Transcribed by: Amanda M Morin

12/27/18

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

March 18, 2019

On February 6, 2019, Mr. James Hall was seen by Dr. Patrick Hayes at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "A fucking semi pulled over…bout ran me off the road…my whole body locked up…I hate it…I've never lived my life in fear!" and "I walk into a room…can't remember why I went there…"

For this appointment, Mr. Hall's mood was moderately depressed and anxious and moderately to severely irritable. His affect was moderately constricted. Mildly to moderately impaired concentration and attention were observed.

The psychiatric plan for this session: Continue medications unchanged.

Approved by Dr. Patrick Hayes: 3/19/19
Transcribed by: Amanda M Casselman

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

May 2, 2019

On April 25, 2019, Mr. James Hall was seen by Dr. Patrick Hayes at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "Just in pain" and "Today is a little worse than most days." He stated the pain is located between shoulder blades. He also reported, "I just sit in the hole and smoke cigarettes…I do nothing…" and "I have a head full of broken thoughts."

For this appointment, Mr. Hall's mood was moderately depressed and anxious and moderately to severely irritable. His affect was constricted. Mildly bordering moderately impaired concentration and attention were observed.

The psychiatric plan for this session: Refill Xanax 1 mg ½ to 1 tab three times a day as needed for severe anxiety. Continue other medications unchanged.

Approved by Dr. Patrick Hayes: ____________ 5/2/19
Transcribed by: Amanda M Casselman

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street / 540 Alamo Street
Lake Charles, LA 70601
(337) 419-1873

June 24, 2019

On June 6, 2019, Mr. James Hall was seen by Dr. Patrick Hayes at the office of Elite Medical Wellness. At this session, Mr. Hall stated, "I can't take anything…the rage I'm dealing with…" He continued, "Constant tripping over my words…I've been talking to myself…trying to adapt…"

For this appointment, Mr. Hall's speech was loud, verbose, and aphasic. For example, he stated, "The parat building," in attempt to say, "Apartment building…" His mood was moderately depressed, moderately anxious, and moderately to severely irritable.

The psychiatric plan for this session: Continue medications unchanged.

Approved by Dr. Patrick Hayes: ____________
Transcribed by: Stacy L. Welch

6/26/19

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street Lake Charles, LA 70601
(337) 419-1873
Patrick C. Hayes, MD

August 23, 2019

On August 15, 2019 Mr. James Hall was seen by Dr. Patrick Hayes at the office of Elite Medical Wellness. At this session, Mr. Hall stated, "I'm still not socializing...still not leaving the apartment..." He also added, "I am just coming to terms with the fact someone crippled me..."

For this appointment, Mr. Hall demonstrated moderate to severe real-world avoidance. His thought content was notable for mild to perhaps moderate somatic negative rumination. His mood was moderately depressed, anxious, and irritable.

Psychiatric plan for this session: Continue medications unchanged.

Approved by: Dr. Patrick Hayes: ____________________

Transcribed by Stacy L. Welch

9/6/19

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street / 540 Alamo Street
Lake Charles, LA 70601
(337) 419-1873

January 10, 2020

On January 8, 2020, Mr. James Hall was seen by Dr. Patrick Hayes at the office of Elite Medical Wellness. At this session, Mr. Hall stated, "I'm trapped in this moment…" and, "There's nothing I can do…"

For this appointment, Mr. Hall's speech was loud, at the cusp of verbose, and he demonstrated some inappropriate word solutions. For example, he stated, "I don't have a lot of system in this system…" He described moderate to severe real-world avoidance. His thought content was notable for poverty of ideas in the form of mild negative rumination about his somatic symptoms. His mood was moderately depressed and anxious, and mildly to moderately irritable.

The psychiatric plan for this session: Restart medications without changes.

Approved by Dr. Patrick Hayes: ____________
Transcribed by: Caitlin Burcham

1/10/20

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

April 13, 2018

On April 10, 2018, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "This accident took everything from me." He also stated, "I just want to feel better." He and his counselor developed CBT plans and also commence cognitive rehabilitation interventions.

For this appointment, Mr. Hall and his counselor discussed emotional goals and CBT interventions to make positive changes.

Approved by Davis Woodward, LPC: ____________________
Transcribed Amanda M Morin

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

April 18, 2018

On April 18, 2018, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "I have been working on my cognitive rehabilitation interventions and anxiety reducing techniques."

For this appointment, Mr. Hall and his counselor reviewed targets of CBT and also integrated cognitive rehabilitation work. He will also remain in therapy to reduce anger and anxiety.

Approved by Davis Woodward, LPC: ____________________
Transcribed Amanda M Morin

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1879

May 15, 2018

On May 10, 2018, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "I am just trying to get my frustration under control and feel better." He also stated, "I am doing OK with passing time but frustrated by anxiety."

For this appointment, Mr. Hall and his counselor processed plans, cognitive rehabilitation goals and techniques and CBT plans.

Approved by Davis Woodward, LPC: ____________
Transcribed Amanda M Morin

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

May 22, 2018

On May 16, 2018, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "I am doing OK and trying to get to feeling better." He also stated, "I have been improving I think."

For this appointment, Mr. Hall and his counselor processed plans and cognitive rehabilitation interventions and CBT interventions to reduce anxiety.

Approved by Davis Woodward, LPC ______________________
Transcribed Amanda M Morin

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

June 11, 2018

On June 7, 2018, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "I am working on my anger and anxiety." He also stated, "I am working on coping skills and work to get healthier."

For this appointment, Mr. Hall and his counselor reviewed CBT plans and to improve mood. He and his counselor also discussed goals and positive thinking strategies.

Approved by Davis Woodward, LPC: ______________
Transcribed Amanda M Morin

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

June 28, 2018

On June 27, 2018, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "I am so isolated and lonely. It has been so tough to stay positive."

For this appointment, Mr. Hall was encouraged and went over coping skills with therapist. He and his counselor reviewed CBT plans and set new cognitive goals for thoughts and depressive ideas.

Approved by Davis Woodward, LPC: ____________
Transcribed Amanda M Morin

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

December 13, 2018

On December 6, 2018, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall presented to therapy with frustrations over living situations, feeling alone, and misunderstood. He stated, "I feel like I have no one to take care of me or help." He and is therapist discussed and processed Mr. Hall's frustration and talked about relationship building and coping skills.

For this appointment, Mr. Hall will continue in therapy to develop skills to cope with stressors.

Approved by Davis Woodward, LPC: ____________________
Transcribed Amanda M Morin

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

March 18, 2019

On February 6, 2019, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "I have been struggling. I am angry and tired. I am in pain and my body is not healing. I just want my life back." He and his counselor discussed his frustrations with lack of social contact, financial issues, and pain. He reviewed coping skills and CBT interventions to reduce stress and anxiety.

For this appointment, Mr. Hall and his counselor will continue to work on plans and goals to work towards decreasing depression, anxiety, and anger.

Approved by Davis Woodward, LPC: ______________________
Transcribed Amanda M Casselman

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

May 7, 2019

On April 25, 2019, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "All this anger, depression, and pain is eating me up." He discussed severe financial, social, and physical limitations he is under as a result of the accident. He processed his frustrations and counselor and patient worked on CBT interventions.

For this appointment, Mr. Hall and his counselor will continue to work on healthy coping skills to reduce depression and anxiety.

Approved by Davis Woodward, LPC: ______________
Transcribed Amanda M Casselman

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

June 10, 2019

On June 6, 2019, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall reported, "I am trying to contain anger. The process of this all is so frustrating, and I need an outlet." The focus of therapy was addressing his anger and depression over loss of ability, financial issues, physical pain, and isolation. He processed this and utilized CBT interventions.

For this appointment, Mr. Hall will continue in therapy and seems to benefit from processing and venting anger and frustrations. He needs a positive support group or stability in his life to develop sense of purpose and meaning.

Approved by Davis Woodward, LPC: ____________________
Transcribed Amanda M Casselman

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

August 23, 2019

On August 15, 2019, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall stated, "I just hate living here and waiting for my life to start again...I am in pain and depressed..." Mr. Hall and his counselor processed his frustrations and worked on short-term goals to improve mood.

For this appointment, Mr. Hall and his counselor will continue to utilize CBT interventions to improve positive thinking and promote self-care.

Approved by Davis Woodward, LPC: ______________________
Transcribed by Stacy L. Welch

ELITE MEDICAL WELLNESS, LLC
2802 Hodges Street
Lake Charles, LA 70601
(337) 419-1873

January 10, 2020

On January 8, 2020, Mr. James Hall was seen by Davis Woodward, LPC at the office of Elite Medical Wellness. At this session, Mr. Hall stated, "I am dealing with overwhelming stress and anxiety." Mr. Hall and his counselor processed his concerns about his future, lack of financial resources, pain, living situation, and depression.

For this appointment, Mr. Hall and his counselor will continue to utilize CBT interventions to treat symptoms of anxiety, depression, and trauma using coping skills and mindful thinking.

Approved by Davis Woodward, LPC: ____________________
Transcribed by Caitlin Burcham

**LAFAYETTE SURGICAL SPECIALTY HOSPITAL**
*Proudly Physician Owned*
1101 Kaliste Saloom Rd, Lafayette, LA 70508
Phone: 337-769-4100, Fax: 337-769-4199

Operative Report

Patient: HALL, JAMES
DOB: 10/07/1973
Acct: LS0003112514
MR Number: M000085804
Attending: MALCOLM STUBBS, MD
Date of Surgery: 11/21/2017

PREOPERATIVE DIAGNOSIS:
Left knee ACL tear with medial meniscus tear, chronic varus deformity and painful hardware from previous ligament repair surgery

POSTOPERATIVE DIAGNOSIS:
Left knee ACL tear with medial meniscus tear, chronic varus deformity and painful hardware from previous ligament repair surgery

SURGEON: Malcolm J. Stubbs, MD

ASSISTANT: Andrew Hebert, PA-C

PROCEDURE:
Left knee arthroscopy with arthroscopic assisted ACL reconstruction using posterior tib allograft, high tibial osteotomy, partial medial meniscectomy, debridement and chondroplasty of medial compartment chondromalacia, and painful hardware removal

LAP, NEEDLE, SPONGE, AND INSTRUMENT COUNT:
All lap, needle, sponge, and instrument counts correct following the procedure

IMPLANTS:
Arthrex iBalance implant made of PEEK with OSferion bone graft for high tibial osteotomy, one 6.1 cannulated Synthes screw for lateral tibial plateau fixation, one Arthrex tibial post and spiked washer for tibial fixation and one ToggleLoc button for femoral fixation of the ACL allograft

SPECIMENS:
One specimen removed included a large 6.5 screw and washer for proximal located at the medial femoral condyle

CULTURES: None

DRAINS: None

COMPLICATIONS: None

INDICATIONS:
The patient is a 44 -year-old male who had a history of previous MCL ligament reconstruction who was involved in a serious motor vehicle accident approximately two months ago. He had significant pain in the left knee with giving out episodes. X-rays revealed varus deformity with medial compartment degenerative changes and retained screw in the medial femoral condyle consistent with the patient's history of previous medial collateral ligament reconstruction. An MRI confirm the same along with degenerative changes in the medial compartment and a posterior horn medial meniscus tear as ell as an ACL tear. Because of the pain, swelling and instability, we discussed treatment options and he opted for ACL reconstruction. For the ACL reconstruction to be effective alignment would have to be restored and it was recommended he also undergo simultaneous high tibial osteotomy to correct the varus deformity, unload the medial compartment arthritis, and provide the best alignment for successful ACL reconstruction. The patient expressed the need for surgery and all the potential risks of the procedure was included but not limited to infection, bleeding, nerve or muscle damage, stiffness, looseness, pain, recurrence, instability, fracture, blood clot, loss of limb, loss of life, risks of anesthesia and need for further surgery. The patient desired to proceed with the surgery and informed consent was obtained. The surgery was scheduled once it was authorized.

PROCEDURE IN DETAIL:
The patient was given preoperative IV antibiotics. He was taken to the operating room, placed on the operating room table in supine position, placed under general anesthesia. Exam under anesthesia revealed full range of motion of the left knee with a mild effusion. He had no varus/ valgus instability. He had a positive pivot shift with a positive Lachman test. He also had a positive pivot shift. The limb was placed in the arthroscopic leg holder and the foot of the table was dropped. The left lower extremity was prepped and draped in the usual sterile fashion. The limb was exsanguinated with an Esmarch bandage and the tourniquet inflated to 300 mm of Mercury.

Using an 11 blade scalpel, first the superior medial outflow portal was established and an outflow cannula was inserted. An anterolateral portal was created and the arthroscopic camera, sheath and trocar were introduced in the patellofemoral joint, suprapatellar pouch. Inspection of the suprapatellar pouch revealed no loose bodies or other pathology. The undersurface of the patella appeared to be in good condition as did the femoral trochlea. He did have some adhesions near the anterior aspect from his previous surgery. The camera was brought down the medial gutter and down around the medial femoral condyle. A medial portal was localized and created. In the medial compartment, he was found to have a horizontal cleavage tear of the posterior of the medial meniscus.

Using a combination of the arthroscopic baskets and the suction shaver, the posterior horn of the medial meniscus was resected back to stable tissue. In the medial compartment, he was also

found to have grade 2 and 3 chondromalacia/degenerative changes of the medial femoral condyle. On the posteromedial aspect of the tibial plateau he also had grade 3 changes along the chondral surface. These areas were lightly debrided with the shaver in the forward position. Attention as then turned to the notch.

Some of the fat pad was resected for visualization. Inspection of the notch revealed and intact PCL. He was found to have a few strand of the ACL remaining but the majority of it was torn away from the lateral wall of the femur of the notch. The notch was cleaned out thoroughly with the suction shaver. Then, the lateral compartment was inspected. The lateral compartment revealed and intact lateral meniscus as well as intact lateral compartment cartilage. Attention was turned back to the notch. Using a 5/5 bur, a notchplasty was performed.

At this time, the instruments and camera were removed. The limb was extended on a sterile Mayo stand well-padded. C-arm was brought in and preparation made to begin in the high tibial osteotomy. An incision was made extending from his previous surgical scar along the anteromedial aspect of the tibia. This was taken down through subcutaneous tissue and retractors were placed. The fascial sleeve was reflected medially along with the pes anserine tendons. This exposed the proximal tibial bone. The Arthrex iBalance guide was then placed in the appropriate position under C-arm guidance and the first pin was placed. Additional adjustments were made under C-arm guidance for the appropriate position, alignment, and posterior slope. Once this was accomplished, two additional pins were placed. The retractor was placed posterior to the tibia to protect the neurovascular structures. The two plugs were then reamed saving the bone for later grafting. The outrigger was removed. The jack was placed into the cut after the osteotomy was created with the oscillating saw. The jack was opened to the appropriate correction. He was corrected 10 degrees as he was in 5 degrees of varus based on preoperative x-rays. Once the appropriate osteotomy was opened up with the jack, OSferion plugs were then placed deep into the osteotomy site as it was held open. At this point, it was noted that the osteotomy site had propagated through the lateral tibial plateau.

Using the 6.5 cannulated screw set a lateral to medial screw was placed closing down the propagation at the tibial plateau and providing additional support. The PEEK implant was then placed while holding the osteotomy site jack open. The PEEK screws were placed as well. Additional OSferion was placed around the PEEK implants.

Attention was turned back to ACL reconstruction. The graft was prepared on the back table. The joint was thoroughly lavaged and cleaned away to gain exposure to the notch once again. The femoral guide was then placed through a low anterior medial portal. Using the femoral offset guide, a guide pin was placed in the distal femoral condyle at the ACL origin site. A measurement was taken. The pin was then driven out through the lateral skin. As the pin was left in place, the low profile reamer was used to drill the femoral tunnel to the appropriate depth. The pin was then removed at the same time pulling out a loop Suture Shuttle. The tibial guide was placed and the tibial tunnel was drilled. The loop Suture Shuttle was then pulled out through the tibial tunnel. The sutures from the ACL graft were then placed through the Suture Shuttle and pulled out through the distal femur and lateral thigh skin. The graft was then cinched up through the tibial tunnel and through the joint and up into the femoral tunnel. Once the ToggleLoc button was

deployed, C-arm was brought in to confirm position. The sutures were then pulled individually cinching the graft up into the tunnel. Excellent femoral fixation was achieved. The knee was then brought out into full extension. The tibial side was then fixed with a post and spiked washer over the tails of the graft and the sutures were then tied together around the post. Excellent fixation was achieved. The knee was then stable to Lachman testing. The graft was stable to probing. The wound was then thoroughly irrigated.

Attention was then turned to the retained hardware along the medial condyle. A small incision was made directly over the screw head. This was taken down through subcutaneous tissue and was immediately located. The head of the screw was cleaned off. The screw was removed with the appropriate size screwdriver.

The wounds were then closed in layers with staples and nylon suture on the skin. Sterile dressings were applied and he was placed in a knee immobilizer. He tolerated the procedure well with no complications.

All lap, needle, sponge and instrument counts were correct following the procedure.

MALCOLM STUBBS, MD

MS/cb 160947874
Date dictated: 11/21/2017 3:24:03 PM
Date transcribed: 11/21/2017 4:32:34 PM

cc:MALCOLM STUBBS, MD(Emdat User)(Emdat Autofax)

Signed by: <Electronically signed by MALCOLM STUBBS MD>
Signed Date/Time: 11/28/17 0745

**LAFAYETTE SURGICAL SPECIALTY HOSPITAL**
*Proudly Physician Owned*
1101 Kaliste Saloom Rd, Lafayette, LA 70508
Phone: 337-769-4100, Fax: 337-769-4199

Operative Report

Patient: HALL, JAMES
DOB: 10/07/1973
Acct: LS0003116821
MR Number: M000085804
Attending: MALCOLM STUBBS, MD
Date of Surgery: 02/20/2018

PREOPERATIVE DIAGNOSIS:
Right shoulder labrum tear with rotator cuff tear, impingement and AC arthritis

POSTOPERATIVE DIAGNOSIS:
Right shoulder labrum tear with rotator cuff tear, impingement and AC arthritis with partial bicep tear

SURGEON: Malcolm J. Stubbs, MD

ASSISTANT: Andrew Hebert, PA-C

PROCEDURE:
Right shoulder arthroscopy with arthroscopic anterior superior labrum tear, arthroscopic bicep tenodesis, arthroscopic rotator cuff repair, subacromial decompression, and distal clavicle resection

ANESTHESIA: General with regional block

LAP, NEEDLE, SPONGE, AND INSTRUMENT COUNT:
All lap, needle, sponge, and instrument counts correct following the procedure

IMPLANTS:
Two Arthrex BioComposite PushLock anchors with FiberWire suture for anterior superior labrum repair, two Arthrex BioComposite SwiveLock suture anchors with FiberTape suture for single row rotator cuff repair and one PEEK Bio-Tenodesis screw for arthroscopic bicep tenodesis

SPECIMENS/CULTURES: None
ESTIMATED BLOOD LOSS: Minimal
DRAINS: None
COMPLICATIONS: None

INDICATIONS:
The patient is a 44 -year-old male who sustained a right shoulder injury as a result of an accident. He continued with pain and dysfunction of his right shoulder. He had also injured his knee and is recovering from left knee surgery as well. He had difficulty with overhead motion as well as significant weakness on examination. X-rays taken revealed some mild degenerative change at the AC joint with a type II acromion. An MRI suggested a torn labrum and a partially torn rotator cuff. Because of these findings and his failure to improve with nonoperative measures, it was recommended he undergo arthroscopic surgery. He expressed understanding of the need for surgery and all the potential risks and benefits of both operative and nonoperative treatment. Informed consent was obtained and surgery was scheduled once it was authorized.

PROCEDURE IN DETAIL:
The patient was given preoperative IV antibiotics, had regional anesthesia administered by anesthesia staff in the preoperative holding area. He was taken to the operating room, placed on the operative table in supine position and placed under general anesthesia. He was then positioned in the left lateral decubitus position with the right shoulder upward. The right shoulder and upper extremity were prepped and draped in the usual sterile fashion and hung in 15 pounds of arm traction.

Using an 11 blade scalpel, first the posterior shoulder portal was created and the arthroscopic camera, sheath and trocar were introduced in the glenohumeral joint. An anterior portal was localized and created in the rotator interval and the cannula was inserted. Inspection of the glenohumeral joint revealed an anterior superior labrum tear from approximately the 1 o'clock position to the 3 o'clock position. There was some subluxation of the bicep tendon with significant bicipital tendinitis. There were mild degenerative changes of the glenoid but the humeral head appeared to be intact. There was a negative drive-through sign and no loose bodies or other pathology were encountered in the inferior axillary pouch. The undersurface of the rotator cuff was inspected. He was found to have a partial tear of the subscapularis as well as a partial tear of the supraspinatus tendons. Through the anterior cannula, a suction shaver was introduced and the subscapularis was debrided. The undersurface of the supraspinatus was debrided as well. Attention was turned to the labrum.

The labral tissue was mobilized with an arthroscopic elevator. Using a rasp, the glenoid neck/rim junction was prepared for reattachment. An anterior superior accessory portal was created and a cannula was inserted. Using the Arthrex SutureLasso, two free FiberWires were passed around the anterior labrum and capsule at approximately the 2:30 and 1:30 positions. The suture limbs were then retrieved through the anterior cannula and deployed with a PushLock anchor at both of these positions in order. An excellent repair was achieved. Thermal ablation probe was then used to contour the surrounding labral tissue at the site of the repair.

At this time, the bicep tendon was marked with a PDS suture. A bicep tenotomy was performed. Once this was complete, the instruments and cannulas were removed. The posterolateral cannula was redirected in the subacromial space. The lateral portal was then localized and created. Some of the bursa was resected for visualization. Bursal inspection of the rotator cuff

revealed the rotator cuff tear at the anterior leading edge of the supraspinatus tendon. The camera was then introduced into the lateral portal. An anterior inferior accessory portal was created and a clear space was made in order to proceed with bicep tenodesis. The bicep tendon was located in the groove. An arthroscopic knife was used to incise the sheath. The tendon was pulled out of the groove and the floor of the groove was thoroughly cleaned away. An 8 mm reamer was used to create a pilot hole. Then, using the Arthrex PEEK capture and Bio-tenodesis screw, the bicep tendon was pushed down into the pilot hole and interference screw was deployed. An excellent tenodesis was achieved. The extraneous tendon was then resected. Attention was then turned back to the subacromial space.

Through the posterolateral portal position, arthroscopic bur was introduced. An anterolateral acromioplasty was performed. The CA ligament was released. The AC joint and distal clavicle resection was begun from this position and completed through an anterior portal. Approximately 10 mm was resected at the AC joint. The edges of the torn rotator cuff were then debrided back to stable tissue. The greater tuberosity footprint was lightly decorticated for repair. Using a second Arthrex SutureLasso, two free FiberTape sutures were passed through the edges of the rotator cuff tissue at the supraspinatus. These were then retrieved sequentially and deployed with a single lateral row of SwiveLock anchors. Excellent repair was achieved. The subacromial space was thoroughly lavaged. The instruments were removed. The wounds were closed with nylon sutures and sterile dressings were applied. He was placed in an abduction pillow sling.

The patient tolerated the procedure well with no complications.

All lap, needle, sponge and instrument counts were correct following the procedure. He was extubated and taken to PACU in stable condition.

MALCOLM STUBBS, MD

MS/cb 166565430
Date dictated: 02/23/2018 11:38:15 AM
Date transcribed: 02/23/2018 12:55:55 PM

cc:MALCOLM STUBBS, MD(Emdat User)(Emdat Autofax)

Signed by: <Electronically signed by MALCOLM STUBBS MD>
Signed Date/Time: 02/27/18 1512

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**11/13/2017 - Office Visit: L hand**
**Provider: Robby LeBlanc MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Robby LeBlanc MD

## HPI

James is a 44 year old right-hand dominant male whose main reason for today's visit is an injury in the left thumb which occurred on 09/04/2017 when he was in a motor vehcile accident. He was driving on I-10 when he slowed down for a traffic delay and was hit from behind by an 18 wheeler. The patient's car was pushed off the road before coming to a stop. He was extracted from the vehicle by EMS and taken to an ER in Sulphur, LA where xrays were taken and the patient was released. He stay with a friend in Lake Charles for several weeks while recovering from a concussion and multiple other injuries. During that time he did present to an Urgent Care where the patient was given a wrist splint. He said this was taken from him by airport security and not given back. He was evaluated by Dr. Stubbs for multiple injuries and referred here for defintive management. He reports significant weakness as well as decreased ROM of the left small finger. He denies any numbness or tingling of the left hand. He does have a history of left hand surgery. He reports in 1994 he was involved in an accident involving a 3 wheeler that resulted in fractures to the left hand requiring surgery. He reports no issues with the left hand since that surgery until the MVA in September. He reports he was able to work out at the gym every other day before the accident as well but has not been able to return to the gym since the accident. He tells me that he is scheduled to have surgery with Dr. Stubbs for his left knee in about a week. He said he is also scheduled to have surgery for his neck with Dr. Brennan at some point in the near future.

**Review of Systems:**
Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**
* no known allergies
* metal - negative

**Medications:**
alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**
DEPRESSION
ANXIETY DISORDER

**Surgical History:**
left Knee-
left Hand-

**Known Family History of:**
Negative

**Social History:**
James Hall is a 44 year old male. He currently uses tobacco products.

He has had an influenza vaccine between 09/30/17 and 04/01/18.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (11/13/2017).**

## Physical Exam

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973

721855

**Height(11/13/2017):** 72 in. **Weight(11/13/2017):** 210 lbs. **BMI:** 28.58 **Pulse:** 80 **Blood pressure:** 118 / 79 mm Hg

**Mental/HEENT/Cardio/Skin**

The patient's general appearance was well nourished, well hydrated, no acute distress. Patient was alert and oriented x 3. The patient's mood was normal. A head exam revealed normocephalic/atraumatic. An eye exam revealed extraocular motions intact, conjunctivae and lids normal, normal temporal arteries. An ears, nose, and throat exam showed normal, no lesions or deformities. Pulmonary exam shows normal air exchange, no labored breathing, or shortness of breath. A skin exam showed normal temperature and color in the area of examination. A lymphatic exam revealed no adenopathy in the area of examination.

**Right Wrist/Hand**

Inspection shows normal digital cascade. Wrist ROM is normal. Digits ROM is normal. Wrist stability is normal. Digits stability is normal. Wrist strength is normal. Digits strength is normal. Radial pulse is 2+. Capillary refill is normal. Sensation is normal. Skin is normal. Right Wrist Range of Motion: Ext. - 75, Flex - 65

**Left Wrist/Hand**

Inspection shows swelling, tenderness, normal digital cascade. Wrist ROM is less than normal. Digits ROM is less than normal. Wrist stability is normal. Digits stability is abnormal. Wrist strength is normal. Digits strength is normal. Radial pulse is 2+. Capillary refill is normal. Sensation is abnormal. Skin is normal. Left Wrist Range of Motion: Ext. - 45, Flex - 45

Static 2-Point Discrmination 5, 5, 8, 5, 6/6.
Nerve Compression
Carpal Tunnel: Tinel - positive Phalen - positive Compression - positive
Cubital Tunnel:
He is unable to actively flex the left small finger DIP joint. He has good strength and range of motion with isolated flexion of the left small finger PIP joint. He has slight hyperextension of the DIP joint passively. He has some discomfort with full passive DIP joint flexion.

He has a prominent left thumb CMC joint and enlargement over the STT region at the dorsal radial aspect of the wrist but there is no swelling. There is minimal tenderness to palpation at these levels. However he is tender to palpation over the volar side of the left thumb at the level of the A1 pulley. There is a palpable nodular thickening of the flexor tendon and palpable triggering with passive flexion and extension that is painful. He has some limitation to left thumb range of motion. Left thumb range of motion: MPJ +10°/40°, IPJ +30°/45°

## Imaging/Diagnostic Studies

3 views of the left wrist and thumb were done today in clinic and reviewed. 3 views of the left wrist were done today. There are 2 screws in the trapezium and one screw in the trapezoid. There is no well-defined joint space between the trapezium and trapezoid and may be due to a fusion from his previous trauma and treatment. He has a CMC boss seen on the lateral view that involves the index finger CMC joint and likely the middle finger as well. There were degenerative changes at the thumb CMC joint consistent with traumatic arthropathy consistent with his history of previous trauma in 1994.

## Impression

Left hand spontaneous rupture of flexor tendons (ICD10-M66.342)
Left thumb secondary osteoarthritis of CMC joint (ICD10-M18.52)
Left wrist carpal tunnel syndrome (ICD10-G56.02)
Left trigger finger thumb (ICD10-M65.312)

## Plan

He has an avulsion of the left small finger FDP tendon also known as a jersey finger. This occurred on September 4, 2017 when he was involved in an MVA. He has also developed a left thumb tendinitis of the FPL tendon. I recommend an injection for the developing trigger thumb. This can potentially cure the problem but I expect that it will at least give him

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

good relief of the pain he is having of the thumb. If he gets relief and then after an interval of several weeks there is recurrence I expect that he will get the same relief only permanently with a small surgical procedure.
We had a much more lengthy discussion about the left small finger FDP chronic tendon rupture. He is not really having any pain in the palm that would indicate the FDP tendon hanging up. He has not really noticed any significant limitations from the decreased flexion although he has not been using the hand much. He does feel that it decreases his grip strength. I had a lengthy discussion about a staged flexion tendon reconstruction that would require at least 2 procedures and possibly a third if there are adhesions. Another option is a DIP joint fusion. There is a very outside chance that a surgical repair would be possible if the tendon is somehow stuck at the level of the A4 pulley. Surgery can be done to explore the FDP tendon distally. If it has retracted and he does not wish to proceed with a staged reconstruction or DIP joint fusion a soft tissue procedure can be done to hold the DIP joint in a slightly flexed position. I will see him back in a couple of months for further evaluation. This should give him time to recover some from his left knee surgery.

We discussed the proposed procedure as well as alternative treatments, along with the potential benefits, risks, and complications, including but not limited to expected outcomes and the risk that the procedure may not accomplish the desired objective. Sufficient opportunity was given to discuss the condition and treatment with the doctor, and all questions were answered for the patient.

A trigger finger injection was performed into the left thumb under sterile conditions using .5 CC of Sodium Bicarbonate, .5 CC of Celestone (6 mg/CC) and 2.5 CC of 1% Lidocaine. The patient was informed that the numbing agent in the injection should last approximately 2-3 hours, but the cortisone may not begin to work for 3-4 days.

**Summary**
Spoke with patient face to face
Patient has used tobacco products in the previous 12 months
Patient's willingness to quit (1-10): 0
The patient is a Smoker
Patient was counseled for 3-10 minutes

**Electronically signed by Robby LeBlanc MD on 11/13/2017 at 5:29 PM**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
Louisiana Orthopaedic Specialist- Lafayette
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**02/19/2018 - Office Visit: L SF, th**
**Provider: Robby LeBlanc MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Robby LeBlanc MD

## HPI

James is a 44 year old right-hand dominant male whose main reason for today's visit is an injury in the left thumb which occurred on 09/04/2017 when he was in a motor vehcile accident. He was driving on I-10 when he slowed down for a traffic delay and was hit from behind by an 18 wheeler. The patient's car was pushed off the road before coming to a stop. He was extracted from the vehicle by EMS and taken to an ER in Sulphur, LA where x-rays were taken and the patient was released.

The patient was last seen on 11/13/2017 where he was given a left trigger thumb injection. He reports 25% relief of pain of the left thumb with the injection, however, his pain has progressively worsened since the injection. Surgery for the left small Jersey finger was discussed in detail at the last office visit. However, the patient reports he had knee surgery 12 weeks ago and is scheduled for shoulder surgery and cervical surgery in the upcoming months. He does not feel that he can have surgery on his finger in the foreseeable future.

**Review of Systems:**

Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**

* no known allergies
* metal - negative

**Medications:**

alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**

DEPRESSION
ANXIETY DISORDER

**Surgical History:**

left Knee-
left Hand-

**Known Family History of:**

Negative

**Social History:**

Social history taken on 11/13/2017 states James Hall is a 44 year old male. He currently uses tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (02/19/2018).**

Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (02/19/2018).

## Physical Exam

**Height(02/19/2018):** 72 in. **Weight(02/19/2018):** 210 lbs. **BMI:** 28.58 **Pulse:** 80 **Blood pressure:** 118 / 79 mm Hg

**Mental/HEENT/Cardio/Skin**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973

721855

The patient's general appearance was well nourished, well hydrated, no acute distress. Patient was alert and oriented x 3. The patient's mood was normal. A head exam revealed normocephalic/atraumatic. An eye exam revealed extraocular motions intact, conjunctivae and lids normal, normal temporal arteries. An ears, nose, and throat exam showed normal, no lesions or deformities. Pulmonary exam shows normal air exchange, no labored breathing, or shortness of breath. A skin exam showed normal temperature and color in the area of examination. A lymphatic exam revealed no adenopathy in the area of examination.

**Right Wrist/Hand**
Inspection shows normal digital cascade. Wrist ROM is normal. Digits ROM is normal. Wrist stability is normal. Digits stability is normal. Wrist strength is normal. Digits strength is normal. Radial pulse is 2+. Capillary refill is normal. Sensation is normal. Skin is normal. Right Wrist Range of Motion: Ext. - 75, Flex - 65

**Left Wrist/Hand**
Inspection shows swelling, tenderness, normal digital cascade. Wrist ROM is less than normal. Digits ROM is less than normal. Wrist stability is normal. Digits stability is abnormal. Wrist strength is normal. Digits strength is normal. Radial pulse is 2+. Capillary refill is normal. Sensation is abnormal. Skin is normal. Left Wrist Range of Motion: Ext. - 45, Flex - 45
Static 2-Point Discrmination 5, 5, 8, 5, 6/6.
Nerve Compression
Carpal Tunnel: Tinel - positive Phalen - positive Compression - positive
Cubital Tunnel:
He is unable to actively flex the left small finger DIP joint. He has good strength and range of motion with isolated flexion of the left small finger PIP joint. He has slight hyperextension of the DIP joint passively. He has some discomfort with full passive DIP joint flexion.

He has a prominent left thumb CMC joint and enlargement over the STT region at the dorsal radial aspect of the wrist but there is no swelling. There is minimal tenderness to palpation at these levels. However he is tender to palpation over the volar side of the left thumb at the level of the A1 pulley. There is a palpable nodular thickening of the flexor tendon and palpable triggering with passive flexion and extension that is painful. He has some limitation to left thumb range of motion.
Left thumb range of motion: MPJ +10°/40°, IPJ +30°/45°

## Imaging/Diagnostic Studies
3 views of the left wrist and thumb were reviewed today. There are 2 screws in the trapezium and one screw in the trapezoid. There is no well-defined joint space between the trapezium and trapezoid and may be due to a fusion from his previous trauma and treatment. He has a CMC boss seen on the lateral view that involves the index finger CMC joint and likely the middle finger as well. There were degenerative changes at the thumb CMC joint consistent with traumatic arthropathy consistent with his history of previous trauma in 1994.

## Impression
Left hand spontaneous rupture of flexor tendons (ICD10-M66.342)
Left thumb secondary osteoarthritis of CMC joint (ICD10-M18.52)
Left wrist carpal tunnel syndrome (ICD10-G56.02)
Left trigger finger thumb (ICD10-M65.312)

## Plan
The patient has an avulsion of the left small FDP tendon, also known as a Jersey finger. His injury occurred on 09/14/2017 when he was involved in a motor vehicle accident. He also developed left thumb tendonitis of the FPL tendon. He was given an injection at his last visit.. The injection for the FPL tendonitis decreased his pain and improved his range of motion. He is still tender there but not as much as he was prior to the injection. I discussed surgery again with the patient in detail as I did before. I think that he would benefit from a left trigger thumb release and also a release of the FDP tendon to the left small finger with either a volar capsulodesis or DIPJ fusion. I also discussed the potential for a staged tendon

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

reconstruction again. However, he thinks he would prefer to do the smaller, one-stage procedure rather than the two to three stage procedure. He is schedule to have right shoulder surgery tomorrow, 02/20/2018. I recommend holding off on any injections at this time. I will see him back in 6-8 weeks for further evaluation. At that point, he said he may be ready to have the surgery for the left hand. If he has a significant increase in pain or loss of motion in the thumb prior to that, and wants to come in for an injection, he will call and let me know.

I, Amy Houle, am acting as scribe for Robert LeBlanc, MD.

**Electronically signed by Robby LeBlanc MD on 02/20/2018 at 10:33 PM**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**04/06/2018 - Office Visit: Left hand**
**Provider: Robby LeBlanc MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Robby LeBlanc MD

## HPI

James is a 44 year old right-hand dominant male whose main reason for today's visit is an injury in the left thumb which occurred on 09/04/2017 when he was in a motor vehcile accident. He was driving on I-10 when he slowed down for a traffic delay and was hit from behind by an 18 wheeler. The patient's car was pushed off the road before coming to a stop. He was extracted from the vehicle by EMS and taken to an ER in Sulphur, LA where x-rays were taken and the patient was released.

The patient was seen on 11/13/2017 where he was given a left trigger thumb injection. He reports 25% relief of pain of the left thumb with the injection. Surgery for the left small Jersey finger has been discussed in detail. However, the patient reports he had knee surgery and shoulder surgery and is scheduled for cervical spine surgery in the upcoming months. He does not feel that he can have surgery on his finger for a few months. He has been getting used to the small finger and said it is not really bothering him now. However the thumb is hurting him quite a bit.

**Review of Systems:**
Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**
* no known allergies
* metal - negative

**Medications:**
alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**
DEPRESSION
ANXIETY DISORDER

**Surgical History:**
left Knee-
left Hand-

**Known Family History of:**
Negative

**Social History:**
Social history taken on 11/13/2017 states James Hall is a 44 year old male. He currently uses tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (04/06/2018).**
Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (04/06/2018).

## Physical Exam

**Height(02/19/2018):** 72 in. **Weight(02/19/2018):** 210 lbs. **BMI:** 28.58 **Pulse:** 80 **Blood pressure:** 118 / 78 mm Hg

**Mental/HEENT/Cardio/Skin**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

The patient's general appearance was well nourished, well hydrated, no acute distress. Patient was alert and oriented x 3. The patient's mood was normal. A head exam revealed normocephalic/atraumatic. An eye exam revealed extraocular motions intact, conjunctivae and lids normal, normal temporal arteries. An ears, nose, and throat exam showed normal, no lesions or deformities. Pulmonary exam shows normal air exchange, no labored breathing, or shortness of breath. A skin exam showed normal temperature and color in the area of examination. A lymphatic exam revealed no adenopathy in the area of examination.

**Right Wrist/Hand**
Inspection shows normal digital cascade. Wrist ROM is normal. Digits ROM is normal. Wrist stability is normal. Digits stability is normal. Wrist strength is normal. Digits strength is normal. Radial pulse is 2+. Capillary refill is normal. Sensation is normal. Skin is normal. Right Wrist Range of Motion: Ext. - 75, Flex - 65

**Left Wrist/Hand**
Inspection shows swelling, tenderness, normal digital cascade. Wrist ROM is less than normal. Digits ROM is less than normal. Wrist stability is normal. Digits stability is abnormal. Wrist strength is normal. Digits strength is normal. Radial pulse is 2+. Capillary refill is normal. Sensation is abnormal. Skin is normal. Left Wrist Range of Motion: Ext. - 45, Flex - 45
Static 2-Point Discrmination 5, 5, 8, 5, 6/6.
Nerve Compression
Carpal Tunnel: Tinel - positive Phalen - positive Compression - positive
Cubital Tunnel:
He is unable to actively flex the left small finger DIP joint. He has good strength and range of motion with isolated flexion of the left small finger PIP joint. He has slight hyperextension of the DIP joint passively. He has no discomfort with full passive DIP joint flexion.

He has a prominent left thumb CMC joint and enlargement over the STT region at the dorsal radial aspect of the wrist but there is no swelling. There is minimal tenderness to palpation at these levels. However he is tender to palpation over the volar side of the left thumb at the level of the A1 pulley. There is a palpable nodular thickening of the flexor tendon and palpable triggering with passive flexion and extension that is painful. He has some limitation to left thumb range of motion. Left thumb range of motion: MPJ +10°/40°, IPJ +30°/45°

## Imaging/Diagnostic Studies
3 views of the left wrist were done today. There are 2 screws in the trapezium and one screw in the trapezoid. There is no well-defined joint space between the trapezium and trapezoid and may be due to a fusion from his previous trauma and treatment. He has a CMC boss seen on the lateral view that involves the index finger CMC joint and likely the middle finger as well. There were degenerative changes at the thumb CMC joint consistent with traumatic arthropathy consistent with his history of previous trauma in 1994.

## Impression
Left hand spontaneous rupture of flexor tendons (ICD10-M66.342)
Left thumb secondary osteoarthritis of CMC joint (ICD10-M18.52)
Left wrist carpal tunnel syndrome (ICD10-G56.02)
Left trigger finger thumb (ICD10-M65.312)

## Plan
The patient has an avulsion of the left small FDP tendon, also known as a Jersey finger. His injury occurred on 09/14/2017 when he was involved in a motor vehicle accident. He also developed left thumb tendonitis of the FPL tendon. He was given an injection previously. The injection for the FPL tendonitis decreased his pain and improved his range of motion. He is again very tender at the A1 pulley. I discussed surgery again with the patient in detail as I did before. I think that he would benefit from a left trigger thumb release and also a release of the FDP tendon to the left small finger with either a volar capsulodesis or DIPJ fusion. I also discussed the potential for a staged tendon reconstruction again. However, he

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

thinks he would prefer to do the smaller, one-stage procedure rather than the two to three stage procedure. A carpal tunnel release in the same setting is possible depending on his exam prior to surgery.
He wants to hold off on surgery for at least a couple of months. I recommend an injection for the left trigger thumb. I will schedule him to come back and in 3-4 months but if he wants to come in sooner to discuss surgery for his left thumb or small finger he will call the office.

We discussed the proposed procedure as well as alternative treatments, along with the potential benefits, risks, and complications, including but not limited to expected outcomes and the risk that the procedure may not accomplish the desired objective. Sufficient opportunity was given to discuss the condition and treatment with the doctor, and all questions were answered for the patient.

A trigger finger injection was performed into the left thumb under sterile conditions using .5 CC of Sodium Bicarbonate, .5 CC of Celestone (6 mg/CC) and 2.5 CC of 1% Lidocaine. The patient was informed that the numbing agent in the injection should last approximately 2-3 hours, but the cortisone may not begin to work for 3-4 days.

**Electronically signed by Robby LeBlanc MD on 04/06/2018 at 11:36 AM**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**06/20/2018 - Office Visit: Lumbar pain**
**Provider: Kevin Lasseigne MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Kevin Lasseigne MD

**HPI**

James is a 44 year old male whose main reason for today's visit is pain in the lower back which has been present for 9 months. The injury occurred on 09042017. The patient was involved in a motor vehicle accident. Patient did not feel or hear a pop. The patient is on pain meds(TRAMADOL HCL 50 MG ORAL TABLET (TRAMADOL HCL)). The patient states that he is having a sharp and achy pain which he rates at a 5 on a scale from 1-10. The pain occurs all the time. The patient is independent when eating, using the toilet, getting up from bed or chair, bathing and dressing. Patient states they have not had conservative treatment.

He presents to clinic today at the request of Dr. Brennan for evaluation of lower back pain. The patient was involved in a motor vehicle collision Labor Day weekend of 2017. The patient states that he was coming to a stop in Interstate 10 in his personal SUV when he was struck from behind by an 18-wheeler. The collision caused him to be pushed off the road. The patient did lose consciousness in the accident. He was brought to a local hospital by ambulance. The patient sustained injuries to his neck, left hand, right shoulder, left knee, and lower back. Thus far, his left hand, right shoulder, and left knee have been attended to. The patient denies previously having any pain in the above stated regions prior to his accident. The patient states that he would routinely exercise. The patient has not been able to return to work either since being involved in this accident.

The patient states that several weeks ago, his back pain was doing much worse in that it was traveling from the lower back into the thigh and calf region. He states that this lasted 6 weeks, then thankfully resolved. However, he continues to have lower back pain. He does feel like it is getting better as he has been able to become more active. He is doing some home exercises at this point. He locates the pain mainly across the lower back into the upper buttock region. He is also experiencing pain in the neck traveling into the shoulder blade region. He states that he will occasionally have some discomfort traveling into the right arm. His left forearm is numb and tingling, but he feels this is secondary to another issue. He notes that inactivity tends to make his symptoms worse. The symptoms can affect the quality of his sleep at night.

**Review of Systems:**

Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**

Hydrocodone (hydrocodone bitartrate) (critical)
iodine (iodine) (critical)
* no known allergies

**Medications:**

alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**

DEPRESSION
ANXIETY DISORDER

**Surgical History:**

left Knee-
left Hand-

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS

**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**Known Family History of:**
Negative

**Social History:**
Social history taken on 11/13/2017 states James Hall is a 44 year old male. He currently uses tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (06/20/2018).**
Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (06/20/2018).

## Physical Exam

**Height(02/19/2018):** 72 in. **Weight(02/19/2018):** 210 lbs. **BMI:** 28.58 **Pulse:** 66 **Blood pressure:** 117 / 74 mm Hg

**Mental/HEENT/Cardio/Skin**
The patient's general appearance was well nourished, well hydrated, no acute distress. Orientation was alert and oriented x 3. The patient's mood was normal. Pulmonary exam shows normal air exchange, no labored breathing, or shortness of breath. A skin exam showed normal color and temperature in the area of examination. A lymphatic exam revealed no adenopathy in the area of examination.

**Spine**
Cervical Spine Physical Exam
Skin is normal. No long tract signs noted. Tenderness in the cervical spine, parascapular region, superior trapezial region and palpation over facet joints. Upper extremity pulses: Radial: 2+. ROM is normal. Pain with flexion, extension and rotation. Reflexes for C5, C6, and C7 are 1+ in the bilateral upper extremities. Bilateral hoffman's sign is negative. Sensation diminished in the left forearm distal to the fingers on the left, normal sensation on the right.

Muscle Strength:

| | | |
|---|---|---|
| Deltoid: | Left: 5/5 | Right: 5/5 |
| Bicep: | Left: 5/5 | Right: 5/5 |
| Radial wrist ext: | Left: 5/5 | Right: 5/5 |
| Pronator: | Left: 5/5 | Right: 5/5 |
| Tricep: | Left: 5/5 | Right: 5/5 |
| Finger abduction: | Left: 5/5 | Right: 5/5 |
| Pincer grasp: | Left: 5/5 | Right: 5/5 |
| Grip strength: | Left: 5/5 | Right: 5/5 |

Lumbar Spine Physical Exam
Skin is normal. ROM is normal. Pain noted on trunk flexion and extension. Gait is normal. Tenderness to palpation of the paraspinal muscles at L4-5, L5-S1. Full ROM of the hips for internal/external rotation, flexion and extension bilaterally. Bilateral dorsalis Pedis Pulse is 2+. Bilateral reflexes 2+ in the L4 and S1. Voluntary sustained hip flexion is positive. Reverse SLR is negative.

Muscle Strength:

| | | |
|---|---|---|
| Extensor Hallucis: | Left: 5/5 | Right: 5/5 |
| Flexor Hallucis Longus: | Left: 5/5 | Right: 5/5 |
| Gastroc-soleus: | Left: 5/5 | Right: 5/5 |
| Hip Abductors: | Left: 5/5 | Right: 5/5 |
| Hip Adductors: | Left: 5/5 | Right: 5/5 |
| Hip Flexor: | Left: 5/5 | Right: 5/5 |
| Quadriceps: | Left: 5/5 | Right: 5/5 |
| Tibialis Anterior: | Left: 5/5 | Right: 5/5 |

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

## Imaging/Diagnostic Studies

MRI scan of the cervical spine obtained from Envision Imaging. My review:

C2-3: Facet hypertrophy on the left.

C3-4: Facet hypertrophy on the right with some foraminal narrowing.

C4-5: Minimal disc bulging.

C5-6: Loss of disc height. Retrolisthesis noted. Disc osteophyte complex noted with severe foraminal narrowing bilaterally. Mild-to-moderate central stenosis is noted.

C6-7: Generalized disc bulging. Disc osteophyte complex. Foraminal narrowing noted bilaterally.

C7-T1: Unremarkable.

MRI scan of the lumbar spine. My review:

L4-5: Normal disc height. Disc desiccation. Annular fissure noted on the left.

T12-L1: Disc desiccation.

## Impression

Mr. Hall presents with the following:

1. Axial lower back pain radiating into the buttock related to the disc pathology present at L4-5.

2. Lumbar disc desiccation with annular fissure at L4-5.

3. Neck, shoulder blade, and intermittent arm pain, likely the result of a C6 versus C7 radiculitis.

Lumbosacral degenerative disc (ICD10-M51.37)
Mid-cervical degenerative disc at C5-C6 (ICD10-M50.322)
Mid-cervical degenerative disc at C6-C7 (ICD10-M50.323)
Cervical herniated disc with radiculitis at C5-C6 (ICD10-M50.122)
Cervical herniated disc with radiculitis at C6-C7 (ICD10-M50.123)
Cervical spondylosis with radiculopathy (ICD10-M47.22)

## Plan

We spent a great deal of time today in discussion, in excess on 45 minutes reviewing his cervical and lumbar spine and reviewing treatment options going forward.

I do not think it would be prudent to proceed with injection therapy of the cervical spine. I think it is unlikely that this intervention will help with his cervical spine issues.

However, I do feel like they could help for his lower back. Therefore, I am suggesting that we move forward with a bilateral therapeutic L5 selective nerve root injection.

This could potentially be repeated.

The patient was advised of complications, risks, and side effects of the procedure. The patient understands and is willing to proceed. In addition, I also explained to the patient that there can be an indirect effect upon his cervical spine region. I

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

did state that he could see some indirect benefit from this intervention.

We will see him back after the injection therapy to determine further treatment.

I, William Anonie, am acting as scribe for Kevin Lasseigne, MD.

**Electronically signed by Kevin Lasseigne MD on 06/21/2018 at 6:15 AM**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**08/13/2018 - Office Visit: L th**
**Provider: Robby LeBlanc MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Robby LeBlanc MD

## HPI

James is a 44 year old right-hand dominant male whose main reason for today's visit is an injury in the left thumb which occurred on 09/04/2017 when he was in a motor vehcile accident. He was driving on I-10 when he slowed down for a traffic delay and was hit from behind by an 18 wheeler. The patient's car was pushed off the road before coming to a stop. He was extracted from the vehicle by EMS and taken to an ER in Sulphur, LA where x-rays were taken and the patient was released. He is again having left thumb pain. He has been given an injection for a trigger thumb on 2 occasions. The first one gave him only about 25% relief of the pain, but the second one gave him near complete relief for many weeks. He is still not bothered by the left small finger flexor digitorum profundus rupture. He is not having any pain and he says that it does not interfere with his activities.

**Review of Systems:**
Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**
Hydrocodone (hydrocodone bitartrate) (critical)
iodine (iodine) (critical)
* no known allergies

**Medications:**
alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**
DEPRESSION
ANXIETY DISORDER

**Surgical History:**
left Knee-
left Hand-

**Known Family History of:**
Negative

**Social History:**
Social history taken on 11/13/2017 states James Hall is a 44 year old male. He currently uses tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (08/13/2018).**
Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (08/13/2018).

## Physical Exam

**Height(08/13/2018):** 72 in. **Weight(08/13/2018):** 210 lbs. **BMI:** 28.58 **Pulse:** 80 **Blood pressure:** 118 / 78 mm Hg

**Mental/HEENT/Cardio/Skin**
The patient's general appearance was well nourished, well hydrated, no acute distress. Patient was alert and oriented x 3. The patient's mood was normal. A head exam revealed normocephalic/atraumatic. An eye exam revealed extraocular

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

motions intact, conjunctivae and lids normal, normal temporal arteries. An ears, nose, and throat exam showed normal, no lesions or deformities. Pulmonary exam shows normal air exchange, no labored breathing, or shortness of breath. A skin exam showed normal temperature and color in the area of examination. A lymphatic exam revealed no adenopathy in the area of examination.

**Right Wrist/Hand**
Inspection shows normal digital cascade. Wrist ROM is normal. Digits ROM is normal. Wrist stability is normal. Digits stability is normal. Wrist strength is normal. Digits strength is normal. Radial pulse is 2+. Capillary refill is normal. Sensation is normal. Skin is normal. Right Wrist Range of Motion: Ext. - 75, Flex - 65

**Left Wrist/Hand**
Inspection shows swelling, tenderness, normal digital cascade. Wrist ROM is less than normal. Digits ROM is less than normal. Wrist stability is normal. Digits stability is abnormal. Wrist strength is normal. Digits strength is normal. Radial pulse is 2+. Capillary refill is normal. Sensation is abnormal. Skin is normal. Left Wrist Range of Motion: Ext. - 45, Flex - 45
Static 2-Point Discrmination 5, 5, 6, 5, 6.
Nerve Compression
Carpal Tunnel: Tinel - negative Phalen - negative Compression - negative
Cubital Tunnel:
He is unable to actively flex the left small finger DIP joint. He has good strength and range of motion with isolated flexion of the left small finger PIP joint. He has slight hyperextension of the DIP joint passively. He has no discomfort with full passive DIP joint flexion.

He has a prominent left thumb CMC joint and enlargement over the STT region at the dorsal radial aspect of the wrist but there is no swelling. There is minimal tenderness to palpation at these levels. However he is tender to palpation over the volar side of the left thumb at the level of the A1 pulley. There is a palpable nodular thickening of the flexor tendon and palpable triggering with passive flexion and extension that is painful. He has some limitation to left thumb range of motion. Left thumb range of motion: MPJ +10°/40°, IPJ +30°/45°

## Imaging/Diagnostic Studies
3 views of the left wrist were reviewed today. There are 2 screws in the trapezium and one screw in the trapezoid. There is no well-defined joint space between the trapezium and trapezoid and may be due to a fusion from his previous trauma and treatment. He has a CMC boss seen on the lateral view that involves the index finger CMC joint and likely the middle finger as well. There were degenerative changes at the thumb CMC joint consistent with traumatic arthropathy consistent with his history of previous trauma in 1994.

## Impression
Left hand small finger flexor digitorum profundus rupture with an intact flexor digitorum superficialis.
Left trigger thumb.
Both of these issues were more probable than not due to his motor vehicle accident noted above.
He does have radiographic arthritis consistent with a deformity on the dorsal radial of the wrist that is not causing him pain at this time that is from a prior trauma.

## Plan
He would like to proceed with surgery for the left thumb. He does not wish to address the small finger because he says it is not hurting and it is not really interfering with his activities. I recommend a left trigger thumb release. I discussed the option of addressing the small finger with either a DIP joint fusion or a volar capsulodesis, but he is not interested in that at this time. He is definitely not interested in a staged reconstruction. I discussed the surgery with him along with the postoperative expectations.

We discussed operative and non-operative management. Risks, benefits, and alternatives to the proposed surgery were

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

discussed with the patient including the risk of infection, bleeding, nerve injury, vessel injury, stiffness, scarring, persistent pain, recurrence and need for further surgery. The patient wishes to proceed with the planned procedure. I reviewed the written consent with the patient today and gave them the opportunity to ask questions. I feel that I answered the patient's questions to their satisfaction.

This will be done under local with IV anesthesia.

I, Amy Houle, am acting as scribe for Robert LeBlanc, MD.Patient was given a handout with resources to help manage BMI.

**Electronically signed by Robby LeBlanc MD on 08/15/2018 at 7:25 AM**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
Louisiana Orthopaedic Specialists
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**09/19/2018 - Office Visit: Injection f/u**
**Provider: Kevin Lasseigne MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Kevin Lasseigne MD

## HPI

Mr. Hall is a 44-year-old male who returns to clinic today with a chief complaint of bilateral lower back pain and neck pain. The patient states that he is doing better following a bilateral therapeutic L5 transforaminal epidural steroid injection. The patient had no adverse side effects from the procedure. The patient states that for the first week he was doing great and having no discomfort at all. Then, his symptoms returned. Unfortunately, he has been diagnosed with what sounds like a fungal infection. As a result of this, it did cause his joints to lock up. He is currently under the treatment of an infectious disease doctor. He did not see much improvement of his neck pain. He is denying any radicular symptoms at this point in time.

**Review of Systems:**
Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**
Hydrocodone (hydrocodone bitartrate) (critical)
iodine (iodine) (critical)
* no known allergies

**Medications:**
alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**
DEPRESSION
ANXIETY DISORDER

**Surgical History:**
left Knee-
left Hand-

**Known Family History of:**
Negative

**Social History:**
Social history taken on 11/13/2017 states James Hall is a 44 year old male. He currently uses tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (09/19/2018).**
Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (09/19/2018).

## Physical Exam

**Height(08/13/2018):** 72 in. **Weight(08/13/2018):** 210 lbs. **BMI:** 28.58 **Pulse:** 70 **Blood pressure:** 128 / 79 mm Hg

**Mental/HEENT/Cardio/Skin**
The patient's general appearance was well nourished, well hydrated, no acute distress. Orientation was alert and oriented x 3. The patient's mood was normal. Pulmonary exam shows normal air exchange, no labored breathing, or shortness of breath. A skin exam showed normal color and temperature in the area of examination. A lymphatic exam revealed no

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

adenopathy in the area of examination.

**Spine**
Cervical Spine Physical Exam
Skin is normal. No long tract signs noted. Tenderness in the cervical spine, parascapular region, superior trapezial region and palpation over facet joints. Bilateral hoffman's sign is negative.

Muscle Strength:

| | | |
|---|---|---|
| Deltoid: | Left: 5/5 | Right: 5/5 |
| Bicep: | Left: 5/5 | Right: 5/5 |
| Radial wrist ext: | Left: 5/5 | Right: 5/5 |
| Pronator: | Left: 5/5 | Right: 5/5 |
| Tricep: | Left: 5/5 | Right: 5/5 |
| Finger abduction: | Left: 5/5 | Right: 5/5 |
| Pincer grasp: | Left: 5/5 | Right: 5/5 |
| Grip strength: | Left: 5/5 | Right: 5/5 |

Lumbar Spine Physical Exam
Skin is normal. There is a circular raised appearance in the distal left lower extremity that does look fungal in nature. No long tract signs noted. Tenderness to palpation of the L4-5, L5-S1 paraspinal muscles. Seated SLR is negative bilaterally. Bilateral reflexes 2+ in the L4 and S1.

Muscle Strength:

| | | |
|---|---|---|
| Extensor Hallucis: | Left: 5/5 | Right: 5/5 |
| Flexor Hallucis Longus: | Left: 5/5 | Right: 5/5 |
| Gastroc-soleus: | Left: 5/5 | Right: 5/5 |
| Hip Abductors: | Left: 5/5 | Right: 5/5 |
| Hip Adductors: | Left: 5/5 | Right: 5/5 |
| Hip Flexor: | Left: 5/5 | Right: 5/5 |
| Quadriceps: | Left: 5/5 | Right: 5/5 |
| Tibialis Anterior: | Left: 5/5 | Right: 5/5 |

## Imaging/Diagnostic Studies
MRI scan of the cervical spine obtained from Envision Imaging. My review:

C2-3: Facet hypertrophy on the left.

C3-4: Facet hypertrophy on the right with some foraminal narrowing.

C4-5: Minimal disc bulging.

C5-6: Loss of disc height. Retrolisthesis noted. Disc osteophyte complex noted with severe foraminal narrowing bilaterally. Mild-to-moderate central stenosis is noted.

C6-7: Generalized disc bulging. Disc osteophyte complex. Foraminal narrowing noted bilaterally.

C7-T1: Unremarkable.

MRI scan of the lumbar spine. My review:

L4-5: Normal disc height. Disc desiccation. Annular fissure noted on the left.

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

T12-L1: Disc desiccation.

## Impression

Mr. Hall presents with the following:

1. Axial lower back pain radiating into the buttock related to the disc pathology present at L4-5. This appears to be better following a bilateral therapeutic L5 transforaminal epidural steroid injection.

2. Lumbar disc desiccation with annular fissure at L4-5.

3. Neck, shoulder blade, and intermittent arm pain, likely the result of a C6 versus C7 radiculitis.

Lumbosacral degenerative disc (ICD10-M51.37)
Mid-cervical degenerative disc at C5-C6 (ICD10-M50.322)
Mid-cervical degenerative disc at C6-C7 (ICD10-M50.323)
Cervical herniated disc with radiculitis at C5-C6 (ICD10-M50.122)
Cervical herniated disc with radiculitis at C6-C7 (ICD10-M50.123)
Cervical spondylosis with radiculopathy (ICD10-M47.22)

## Plan

At this time, our treatment is going to have to be placed on hold given that the patient is going to need to have treatment for his infection.

I did state that I am encouraged by the opportunity to help him out going forward in the future. Given the relief that he saw with the first injection, I am hopeful that as we go forward in the future, we will be able to enhance upon the relief that he has already seen with the first injection.

For the time being, he will contact our office to let us know how long it will be before he can have treatment. Once we do get that official word, we will look to improve upon the treatment that we have already conducted.

I, William Anonie, am acting as scribe for Kevin Lasseigne, MD.A hypertension handout was given to the patient. Patient encouraged to consult with his primary care physician for possible high blood pressure, if consistently high.

**Electronically signed by Kevin Lasseigne MD on 09/20/2018 at 5:49 AM**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**01/14/2019 - Office Visit: R ankle sprain**
**Provider: Christopher Hebert MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Christopher Hebert MD

**HPI**

Pt states he got up yesterday and his left knee buckled upon standing causing inversion -giving way of the right ankle. he iced all day and has been elevating but noted considerable swelling of the ankle.. He did not go to the UC as he did want to be stuck in an ER for hours.

**Review of Systems:**

Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**

Hydrocodone (hydrocodone bitartrate) (critical)
iodine (iodine) (critical)
* metal - negative
* no known allergies

**Medications:**

alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**

DEPRESSION
ANXIETY DISORDER

**Surgical History:**

left Knee-
left Hand-

**Known Family History of:**

Negative

**Social History:**

Social history taken on 01/14/2019 states James Hall is a 45 year old male. He currently uses tobacco products.

He has had an influenza vaccine between 09/30/17 and 04/01/18.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (01/14/2019).**
Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (01/14/2019).

**Physical Exam**

**Height(08/13/2018):** 72 in. **Weight(08/13/2018):** 210 lbs. **BMI:** 28.58

**Gait:** normal **Ambulation:** patient ambulates without assistive devices

**Right Foot/Ankle**

Skin is normal. There are no varicosities. No atrophy. There is no venous stasis dermatitis. No edema. No masses.

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

Moderate swelling over the lateral malleolus. There is no erythema. There is no ecchymosis. There is no swelling. There is no erythema. There is no ecchymosis.

No deformities. Right Foot
Forefoot: flexible with normal alignment.
Hindfoot: flexible

Pulses: PT: 2+ DP: 2+ Capillary Refill: normal

Neurovascular Status is intact.
Sensation: Normal
Right Ankle Joint Tenderness
Anterior: slight A/L: moderate Achilles: no A/M: no Sub L/M: no P/M: no Sub M/M: no P/L: no

Right Lateral Ankle Tenderness
LM: slight Ant Process: no Peroneals: slight Sinus tarsi: slight P Groove: slight PL Dist: no P Dist: no CCJ: no

Right Medial Ankle Tenderness
MM: no PTT Groove: no PTT Dist: no

Transverse Tarsal Area Tenderness
NT: no TNJ: no Nav. Body: no Cub. Body: no

Right Heel Tenderness
Fat Pad: no RCB: no Sub Calc: no ATI: no Lat Heel: no Med Heel: no

Right Forefoot Tenderness

| | |
|---|---|
| Toes | 1: no 2: no 3: no 4: no 5: no |
| MTPJ | 1: no 2: no 3: no 4: no 5: no |
| Webspace | 1: no 2: no 3: no 4: no |

Lateral Sesmoid: no Medial Sesmoid: no

Right Midfoot Tenderness

| | |
|---|---|
| MT Shaft | 1: no 2: no 3: no 4: no 5: no |
| MT Base | 1: no 2: no 3: no 4: no 5: no |
| MT Cuneiform Jt. | 1: no 2: no 3: no |
| MT Cuboid Jt. | 1: no 2: no |
| Nav. Cuneiform Jt. | 1: no 2: no 3: no |

along ATFL ligament

Right Foot and Ankle Range of Motion
1st MTPJ
DF: normal PF: normal
Ankle
DF(KExt): -5 DF(KF): -5 PF: 45
IPJ
DF: normal PF: normal
Subtalar
IV: normal EV: normal

Right Foot and Ankle Muscle Strength

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

Ankle
DF: 4+ PF: 4+ IV: 4+ EV: 4+
GT
GText: 5 GTFlex: 5
Right Foot and Ankle Tests
Anterior Drawer: 1+

## Imaging/Diagnostic Studies

3 views right ankle show no fractures or dislocations. mortise in intact without widening.

## Impression

Sprain of other ligament of right ankle initial encounter
Ankle pain right

## Plan

He will begin to use a brace and begin ROM. Although he has theraband at home, he will be referred to PT for instruction/ rehab of the ankle. If he is not better upon return, we will consider MRI recommend the patient use a right ankle/foot orthosis bioskin for stabilization. DME waiver printed for signature. Patient accepted DME, it was properly fitted, and education provided. He was given a therapy prescription. Therapy / rehabilitation services requested include: evaluation and treatment and home program. Goals are to relieve pain, increase endurance and improve functional skills. Patient should contact physical therapy provider to set up an appointment.

**Electronically signed by Kira L Ridgley PA on 01/15/2019 at 4:21 PM**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**01/18/2019 - Office Visit: L th**
**Provider: Robby LeBlanc MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Robby LeBlanc MD

## HPI

James is a 45-year-old right-hand dominant male who presents today for re-evaluation of his left trigger thumb and left small finger flexor digitorum profundus rupture. The patient was involved in a motor vehicle accident on 09/04/2017. He was driving on I-10 when he slowed down for a traffic delay, and was hit from behind by an 18-wheeler. The patient has been seen and had 2 trigger thumb injections. The first only gave him about 25% relief of the pain, the second gave him near complete relief for many weeks. He has not had any treatment for the left small finger flexor digitorum profundus rupture. Surgical management of the left small finger was extensively discussed, but he reports he has no pain and it does not interfere with his activities. He is ready for a left thumb trigger finger release. This has been discussed and scheduled in the past, however, the patient became sick with a deep tissue fungal infection. He has just recently been cleared.

**Review of Systems:**
Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**
Hydrocodone (hydrocodone bitartrate) (critical)
iodine (iodine) (critical)
* metal - negative
* no known allergies

**Medications:**
alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**
DEPRESSION
ANXIETY DISORDER

**Surgical History:**
left Knee-
left Hand-

**Known Family History of:**
Negative

**Social History:**
Social history taken on 01/14/2019 states James Hall is a 45 year old male. He currently uses tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (01/18/2019).**
Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (01/18/2019).

## Physical Exam

**Height(01/18/2019):** 72 in. **Weight(01/18/2019):** 210 lbs. **BMI:** 28.58 **Pulse:** 88 **Blood pressure:** 117 / 80 mm Hg

**Mental/HEENT/Cardio/Skin**
The patient's general appearance was well nourished, well hydrated, no acute distress. Patient was alert and oriented x 3.

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

The patient's mood was normal. A head exam revealed normocephalic/atraumatic. An eye exam revealed extraocular motions intact, conjunctivae and lids normal, normal temporal arteries. An ears, nose, and throat exam showed normal, no lesions or deformities. Pulmonary exam shows normal air exchange, no labored breathing, or shortness of breath. A skin exam showed normal temperature and color in the area of examination. A lymphatic exam revealed no adenopathy in the area of examination.

**Right Wrist/Hand**
Inspection shows normal digital cascade. Wrist ROM is normal. Digits ROM is normal. Wrist stability is normal. Digits stability is normal. Wrist strength is normal. Digits strength is normal. Radial pulse is 2+. Capillary refill is normal. Sensation is normal. Skin is normal. Right Wrist Range of Motion: Ext. - 75, Flex - 65

**Left Wrist/Hand**
Inspection shows swelling, tenderness, normal digital cascade. Wrist ROM is less than normal. Digits ROM is less than normal. Wrist stability is normal. Digits stability is abnormal. Wrist strength is normal. Digits strength is normal. Radial pulse is 2+. Capillary refill is normal. Sensation is abnormal. Skin is normal. Left Wrist Range of Motion: Ext. - 45, Flex - 45
Static 2-Point Discrmination 5, 5, 6, 5, 6.
Nerve Compression
Carpal Tunnel: Tinel - negative Phalen - negative Compression - negative
Cubital Tunnel:
He is unable to actively flex the left small finger DIP joint. He has good strength and range of motion with isolated flexion of the left small finger PIP joint. He has slight hyperextension of the DIP joint passively. He has no discomfort with full passive DIP joint flexion.

He has a prominent left thumb CMC joint and enlargement over the STT region at the dorsal radial aspect of the wrist but there is no swelling. There is minimal tenderness to palpation at these levels. He is minimally tender to palpation over the volar side of the left thumb at the level of the A1 pulley. There is a palpable nodular thickening of the flexor tendon and palpable triggering with passive flexion and extension that is painful. He has some limitation to left thumb range of motion. Left thumb range of motion: MPJ +10°/40°, IPJ +30°/45°

## Imaging/Diagnostic Studies
3 views of the left wrist were reviewed today. There are 2 screws in the trapezium and one screw in the trapezoid. There is no well-defined joint space between the trapezium and trapezoid and may be due to a fusion from his previous trauma and treatment. He has a CMC boss seen on the lateral view that involves the index finger CMC joint and likely the middle finger as well. There were degenerative changes at the thumb CMC joint consistent with traumatic arthropathy consistent with his history of previous trauma in 1994.

## Impression
Left hand small finger flexor digitorum profundus rupture with an intact flexor digitorum superficialis.
Left trigger thumb.
Both of these issues were more probable than not due to his motor vehicle accident noted above.
He does have radiographic arthritis consistent with a deformity on the dorsal radial of the wrist that is not causing him pain at this time that is from a prior trauma.

## Plan
I again recommend a left trigger thumb release. I again addressed the options for addressing the left small finger.

He would like to proceed with surgery for the left thumb. He does not wish to address the small finger because he says it is not hurting and it is not really interfering with his activities. I recommend a left trigger thumb release. I discussed the option of addressing the small finger with either a DIP joint fusion or a volar capsulodesis, but he is not interested in that at this time. He is definitely not interested in a staged reconstruction. I discussed the surgery with him along with the

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

postoperative expectations.

We discussed operative and non-operative management. Risks, benefits, and alternatives to the proposed surgery were discussed with the patient including the risk of infection, bleeding, nerve injury, vessel injury, stiffness, scarring, persistent pain, recurrence and need for further surgery. The patient wishes to proceed with the planned procedure. I reviewed the written consent with the patient today and gave them the opportunity to ask questions. I feel that I answered the patient's questions to their satisfaction.

This will be done under local with IV anesthesia.

I, Amy Houle, am acting as scribe for Robert LeBlanc, MD.

**Electronically signed by Robby LeBlanc MD on 01/21/2019 at 7:52 AM**

---

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**01/24/2019 - Office Visit: Cervical**
**Provider: Kevin Lasseigne MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Kevin Lasseigne MD

## HPI

Mr. Hall is a 45-year-old female who returns to clinic today with a chief complaint of lower back pain as well as neck and arm pain. Not much has changed since the last time that we saw him in terms of his pain other than the fact that his fungal infection is now resolved. His symptoms are still constantly present, made worse with any type of physical activity. It is felt that his symptoms regarding the fungal infection are resolved at this point in time.

**Review of Systems:**
Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**
Hydrocodone (hydrocodone bitartrate) (critical)
iodine (iodine) (critical)
* metal - negative
* no known allergies

**Medications:**
alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**
DEPRESSION
ANXIETY DISORDER

**Surgical History:**
left Knee-
left Hand-

**Known Family History of:**
Negative

**Social History:**
Social history taken on 01/14/2019 states James Hall is a 45 year old male. He currently uses tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (01/24/2019).**
Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (01/24/2019).

## Physical Exam

**Height(01/18/2019):** 72 in. **Weight(01/18/2019):** 210 lbs. **BMI:** 28.58 **Pulse:** 70 **Blood pressure:** 124 / 70 mm Hg

**Mental/HEENT/Cardio/Skin**
The patient's general appearance was well nourished, well hydrated, no acute distress. Orientation was alert and oriented x 3. The patient's mood was normal. Pulmonary exam shows normal air exchange, no labored breathing, or shortness of breath. A skin exam showed normal color and temperature in the area of examination. A lymphatic exam revealed no adenopathy in the area of examination.

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**Spine**
Cervical Spine Physical Exam
Skin is normal. No long tract signs noted. Tenderness in the cervical spine, parascapular region, superior trapezial region and palpation over facet joints. Bilateral hoffman's sign is negative.

Muscle Strength:

| | | |
|---|---|---|
| Deltoid: | Left: 5/5 | Right: 5/5 |
| Bicep: | Left: 5/5 | Right: 5/5 |
| Radial wrist ext: | Left: 5/5 | Right: 5/5 |
| Pronator: | Left: 5/5 | Right: 5/5 |
| Tricep: | Left: 5/5 | Right: 5/5 |
| Finger abduction: | Left: 5/5 | Right: 5/5 |
| Pincer grasp: | Left: 5/5 | Right: 5/5 |
| Grip strength: | Left: 5/5 | Right: 5/5 |

Lumbar Spine Physical Exam
Skin is normal. There is a circular raised appearance in the distal left lower extremity that does look fungal in nature. No long tract signs noted. Tenderness to palpation of the L4-5, L5-S1 paraspinal muscles. Seated SLR is negative bilaterally. Bilateral reflexes 2+ in the L4 and S1.

Muscle Strength:

| | | |
|---|---|---|
| Extensor Hallucis: | Left: 5/5 | Right: 5/5 |
| Flexor Hallucis Longus: | Left: 5/5 | Right: 5/5 |
| Gastroc-soleus: | Left: 5/5 | Right: 5/5 |
| Hip Abductors: | Left: 5/5 | Right: 5/5 |
| Hip Adductors: | Left: 5/5 | Right: 5/5 |
| Hip Flexor: | Left: 5/5 | Right: 5/5 |
| Quadriceps: | Left: 5/5 | Right: 5/5 |
| Tibialis Anterior: | Left: 5/5 | Right: 5/5 |

## Imaging/Diagnostic Studies
MRI scan of the cervical spine obtained from Envision Imaging. My review:

C2-3: Facet hypertrophy on the left.

C3-4: Facet hypertrophy on the right with some foraminal narrowing.

C4-5: Minimal disc bulging.

C5-6: Loss of disc height. Retrolisthesis noted. Disc osteophyte complex noted with severe foraminal narrowing bilaterally. Mild-to-moderate central stenosis is noted.

C6-7: Generalized disc bulging. Disc osteophyte complex. Foraminal narrowing noted bilaterally.

C7-T1: Unremarkable.

MRI scan of the lumbar spine. My review:

L4-5: Normal disc height. Disc desiccation. Annular fissure noted on the left.

T12-L1: Disc desiccation.

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialists**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

## Impression

Mr. Hall presents with the following:

1. Axial lower back pain, likely discogenic in origin from which he had temporary relief following a bilateral therapeutic L5 transforaminal epidural steroid injection.

2. Lumbar disc desiccation with annular fissure at L4-5.

3. Neck, shoulder blade, and intermittent arm pain, likely the result of a C6 versus C7 radiculitis.

Lumbosacral degenerative disc (ICD10-M51.37)
Mid-cervical degenerative disc at C5-C6 (ICD10-M50.322)
Mid-cervical degenerative disc at C6-C7 (ICD10-M50.323)
Cervical herniated disc with radiculitis at C5-C6 (ICD10-M50.122)
Cervical herniated disc with radiculitis at C6-C7 (ICD10-M50.123)
Cervical spondylosis with radiculopathy (ICD10-M47.22)

## Plan

At this time, I did state that I am in favor of going ahead and attempting another injection given the fact that the fungal infection and overall sense of illness may have affected the quality of the outcome from this injection. I did state, however, that if his relief is only temporary once again, I would not perform any further injection therapy. He will continue on with medications as needed.

I, William Anonie, am acting as scribe for Kevin Lasseigne, MD.

A hypertension handout was given to the patient. Patient encouraged to consult with his primary care physician for possible high blood pressure, if consistently high.

**Electronically signed by Kevin Lasseigne MD on 01/26/2019 at 4:19 AM**

Atty

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS

LAFAYETTE
108 Rue Louis XIV
Lafayette, LA 70508

EUNICE
3521 Hwy 190 East, Ste. C
Eunice, LA 70535

NEW IBERIA
500 N Lewis St., Ste. 280
New Iberia, LA 70563

SCANNED

Delivered by: ~~Michelle~~ or Jennifer Date: 1-24

Completed by: laura Date: 1/24/19

| | |
|---|---|
| Patient Name: James Hall | Physician: Lasseigne |
| DOB: 10-7-73 | DOS: TBD |
| Account # 721855 | Facility: Park Place Number: 337-237-8119 |
| **Insurance Benefits** | |
| Primary Insurance: Atty | Secondary Insurance: |
| Deductible: | Deductible: |
| Deductible Remaining: | Deductible Remaining: |
| Co-Insurance: | Co-Insurance: |
| OOP: | OOP: |
| OOP Remaining: | OOP Remaining: |
| Out-of-Network Benefits: | |

| CPT | LOS Charge | Allowable Charge | DX Code: |
|---|---|---|---|
| 1) 64483,50 | | 613.75 | |
| 2) 99152 | | 150.00 | |
| 3) 77003 | | 254.57 | |
| 4) | | | |
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |

| | |
|---|---|
| TOTAL: $1018.32 | Total Due by patient: $989.48 |
| Deductible Due: | Due Date: |
| Co-Insurance Due: | Paid: |
| OV Due: | Payment Plan: |
| Past Balance: $140.00 | Patient Contact # |
| CREDIT -$228.34 | 419 730 3420 |

Patient Signature: ______________________ Date: ____________

PLEASE NOTE: These are estimates charges for the LOS services ONLY. This may differ once the actual surgery is performed. Your account may be adjusted once the surgery is performed and surgery charges are entered. You will also be billed by LOS for any surgical assistant fees after your surgery. We do not pre-collect for these as assist fees differ based on what insurances allow. This information is based on information provided by your insurance; however; they do state they do not guarantee payment. The hospital and anesthesiologist WILL bill you separately.

Rev. 1/2018

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**02/04/2019 - Office Visit: right ankle sprain = 3 wks**
**Provider: Christopher Hebert MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Christopher Hebert MD

## HPI

He is 3 weeks out from a right ankle sprain. He has comleted his therapy and states he is doing much better. He states it is still a little tender but much improved.

**Review of Systems:**
Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**
Hydrocodone (hydrocodone bitartrate) (critical)
iodine (iodine) (critical)
* metal - negative
* no known allergies

**Medications:**
alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**
DEPRESSION
ANXIETY DISORDER

**Surgical History:**
left Knee-
left Hand-

**Known Family History of:**
Negative

**Social History:**
Social history taken on 01/14/2019 states James Hall is a 45 year old male. He currently uses tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (02/04/2019).**
Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (02/04/2019).

## Physical Exam

**Height(02/04/2019):** 72 in. **Weight(02/04/2019):** 210 lbs. **BMI:** 28.58

**Gait:** normal **Ambulation:** patient ambulates without assistive devices

**Right Foot/Ankle**
Skin is normal. There are no varicosities. No atrophy. There is no venous stasis dermatitis. No edema. No masses. Slight swelling over the Anterolateral ankle. There is no erythema. There is no ecchymosis. There is no swelling. There is no erythema. There is no ecchymosis.

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

No deformities. Right Foot
Forefoot: flexible with normal alignment.
Hindfoot: flexible

Neurovascular Status is intact.
Right Ankle Joint Tenderness
Anterior: no A/L: slight Achilles: no A/M: no Sub L/M: no P/M: no Sub M/M: no P/L: no

Right Lateral Ankle Tenderness
LM: no Ant Process: no Peroneals: no Sinus tarsi: no P Groove: no PL Dist: no P Dist: no CCJ: no

Right Medial Ankle Tenderness
MM: no PTT Groove: no PTT Dist: no

Transverse Tarsal Area Tenderness
NT: no TNJ: no Nav. Body: no Cub. Body: no

Right Heel Tenderness
Fat Pad: no RCB: no Sub Calc: no ATI: no Lat Heel: no Med Heel: no

Right Forefoot Tenderness

| | |
|---|---|
| Toes | 1: no 2: no 3: no 4: no 5: no |
| MTPJ | 1: no 2: no 3: no 4: no 5: no |
| Webspace | 1: no 2: no 3: no 4: no |

Lateral Sesmoid: no Medial Sesmoid: no

Right Midfoot Tenderness

| | |
|---|---|
| MT Shaft | 1: no 2: no 3: no 4: no 5: no |
| MT Base | 1: no 2: no 3: no 4: no 5: no |
| MT Cuneiform Jt. | 1: no 2: no 3: no |
| MT Cuboid Jt. | 1: no 2: no |
| Nav. Cuneiform Jt. | 1: no 2: no 3: no |

Right Foot and Ankle Range of Motion
1st MTPJ
DF: normal PF: normal
Ankle
DF(KExt): normal DF(KF): normal PF: normal
IPJ
DF: normal PF: normal
Subtalar
IV: normal EV: normal

Right Foot and Ankle Muscle Strength
Ankle
DF: 5 PF: 5 IV: 5 EV: 5
GT
GText: 5 GTFlex: 5

**Imaging/Diagnostic Studies**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
Louisiana Orthopaedic Specialist- Lafayette
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

3 views right ankle reveal well reduced medial clear space and syndesmosis. No fracture is seen.

## Impression

Sprain of other ligament of right ankle has improved. He is really made excellent progress and completed his 3 weeks of physical therapy. He does not feel like he needs any more therapy as he is doing really well.

## Plan

Continue with the use of the Tri-Lock brace as needed

**Electronically signed by Christopher Hebert MD on 02/04/2019 at 4:14 PM**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS

**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**03/07/2019 - Office Visit: Injection f/u**
**Provider: Kevin Lasseigne MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Kevin Lasseigne MD

## HPI

Mr. Hall is here to follow up after second Bilateral SNRB on 2/15/2019. He denies any significant side effects following the procedure. He reports relief for 4 days only before returning to index pain. he reported relief of 3 days with the first injection in August 2018. His symptoms remain unchanged and are aggravated with activity. He denies any bowel, bladder or constitutional symptoms. He admits having an upcoming appointment with Dr. Brennan.

**Review of Systems:**
Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**
Hydrocodone (hydrocodone bitartrate) (critical)
iodine (iodine) (critical)
* no known allergies
* metal - negative

**Medications:**
norco 5-325 mg oral tablet (hydrocodone-acetaminophen) take 1 tab po q 4 hours prn pain
alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**
DEPRESSION
ANXIETY DISORDER

**Surgical History:**
left Knee-
left Hand-

**Known Family History of:**
Negative

**Social History:**
Social history taken on 01/14/2019 states James Hall is a 45 year old male. He currently uses tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (03/07/2019).**
Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (03/07/2019).

## Physical Exam

**Height(02/04/2019):** 72 in. **Weight(02/04/2019):** 210 lbs. **BMI:** 28.58 **Pulse:** 69 **Blood pressure:** 117 / 71 mm Hg

**Mental/HEENT/Cardio/Skin**
The patient's general appearance was well nourished, well hydrated, no acute distress. Orientation was alert and oriented x 3. The patient's mood was normal. Pulmonary exam shows normal air exchange, no labored breathing, or shortness of breath. A skin exam showed normal color and temperature in the area of examination. A lymphatic exam revealed no adenopathy in the area of examination.

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

**Spine**

Cervical Spine Physical Exam

Skin is normal. No long tract signs noted. Tenderness in the cervical spine, parascapular region, superior trapezial region and palpation over facet joints. Bilateral hoffman's sign is negative.

Muscle Strength:

| | | |
|---|---|---|
| Deltoid: | Left: 5/5 | Right: 5/5 |
| Bicep: | Left: 5/5 | Right: 5/5 |
| Radial wrist ext: | Left: 5/5 | Right: 5/5 |
| Pronator: | Left: 5/5 | Right: 5/5 |
| Tricep: | Left: 5/5 | Right: 5/5 |
| Finger abduction: | Left: 5/5 | Right: 5/5 |
| Pincer grasp: | Left: 5/5 | Right: 5/5 |
| Grip strength: | Left: 5/5 | Right: 5/5 |

Lumbar Spine Physical Exam

Skin is normal. There is a circular raised appearance in the distal left lower extremity that does look fungal in nature. No long tract signs noted. Tenderness to palpation of the L4-5, L5-S1 paraspinal muscles. Seated SLR is negative bilaterally. Bilateral reflexes 2+ in the L4 and S1.

Muscle Strength:

| | | |
|---|---|---|
| Extensor Hallucis: | Left: 5/5 | Right: 5/5 |
| Flexor Hallucis Longus: | Left: 5/5 | Right: 5/5 |
| Gastroc-soleus: | Left: 5/5 | Right: 5/5 |
| Hip Abductors: | Left: 5/5 | Right: 5/5 |
| Hip Adductors: | Left: 5/5 | Right: 5/5 |
| Hip Flexor: | Left: 5/5 | Right: 5/5 |
| Quadriceps: | Left: 5/5 | Right: 5/5 |
| Tibialis Anterior: | Left: 5/5 | Right: 5/5 |

**Imaging/Diagnostic Studies**

MRI scan of the cervical spine obtained from Envision Imaging. My review:

C2-3: Facet hypertrophy on the left.

C3-4: Facet hypertrophy on the right with some foraminal narrowing.

C4-5: Minimal disc bulging.

C5-6: Loss of disc height. Retrolisthesis noted. Disc osteophyte complex noted with severe foraminal narrowing bilaterally. Mild-to-moderate central stenosis is noted.

C6-7: Generalized disc bulging. Disc osteophyte complex. Foraminal narrowing noted bilaterally.

C7-T1: Unremarkable.

MRI scan of the lumbar spine. My review:

L4-5: Normal disc height. Disc desiccation. Annular fissure noted on the left.

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973 721855

T12-L1: Disc desiccation.

## Impression

Mr. Hall presents with the following:

1. Axial lower back pain, likely discogenic in origin from which he had temporary relief following 2 bilateral therapeutic L5 transforaminal epidural steroid injection.

2. Lumbar disc desiccation with annular fissure at L4-5.

3. Neck, shoulder blade, and intermittent arm pain, likely the result of a C6 versus C7 radiculitis.

Lumbosacral degenerative disc (ICD10-M51.37)
Mid-cervical degenerative disc at C5-C6 (ICD10-M50.322)
Mid-cervical degenerative disc at C6-C7 (ICD10-M50.323)
Cervical herniated disc with radiculitis at C5-C6 (ICD10-M50.122)
Cervical herniated disc with radiculitis at C6-C7 (ICD10-M50.123)
Cervical spondylosis with radiculopathy (ICD10-M47.22)

## Plan

I do not recommend any additional injection therapy for the lumbar spine. Pain relief has been limited despite 2 injections.

He is not interested in cervical epidural injections at this time.

Recommmend him follow-up with the surgeon of his choice for both the cervical and lumbar symptoms.

He will follow-up as needed.

**Electronically signed by Kevin Lasseigne MD on 03/28/2019 at 7:06 AM**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
Louisiana Orthopaedic Specialist- Lafayette
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973

721855

**03/11/2019 - Office Visit: 8 wks right ankle sprain**
**Provider: Christopher Hebert MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Christopher Hebert MD

## HPI

He is 8 weeks out from a right ankle sprain. He states he is doing much better. He is not having any pain. Allergies, medications, past medical history, surgical history, family history, social history and ROS were reviewed and unchanged (03/11/2019).

## Physical Exam

**Height(02/04/2019):** 72 in. **Weight(02/04/2019):** 210 lbs. **BMI:** 28.58

**Gait:** normal **Ambulation:** patient ambulates without assistive devices

**Right Foot/Ankle**

Skin is normal. There are no varicosities. No atrophy. There is no venous stasis dermatitis. No edema. No masses. There is no swelling. There is no erythema. There is no ecchymosis. There is no swelling. There is no erythema. There is no ecchymosis.

No deformities. Right Foot
Forefoot: flexible with normal alignment.
Hindfoot: flexible

Neurovascular Status is intact.
Right Ankle Joint Tenderness
Anterior: no A/L: no Achilles: no A/M: no Sub L/M: no P/M: no Sub M/M: no P/L: no

Right Lateral Ankle Tenderness
LM: no Ant Process: no Peroneals: no Sinus tarsi: no P Groove: no PL Dist: no P Dist: no CCJ: no

Right Medial Ankle Tenderness
MM: no PTT Groove: no PTT Dist: no

Transverse Tarsal Area Tenderness
NT: no TNJ: no Nav. Body: no Cub. Body: no

Right Heel Tenderness
Fat Pad: no RCB: no Sub Calc: no ATI: no Lat Heel: no Med Heel: no

Right Forefoot Tenderness

| | |
|---|---|
| Toes | 1: no 2: no 3: no 4: no 5: no |
| MTPJ | 1: no 2: no 3: no 4: no 5: no |
| Webspace | 1: no 2: no 3: no 4: no |

Lateral Sesmoid: no Medial Sesmoid: no

Right Midfoot Tenderness

| | |
|---|---|
| MT Shaft | 1: no 2: no 3: no 4: no 5: no |
| MT Base | 1: no 2: no 3: no 4: no 5: no |
| MT Cuneiform Jt. | 1: no 2: no 3: no |
| MT Cuboid Jt. | 1: no 2: no |

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973

721855

Nav. Cuneiform Jt. 1: no 2: no 3: no

Right Foot and Ankle Range of Motion
1st MTPJ
DF: normal PF: normal
Ankle
DF(KExt): normal DF(KF): normal PF: normal
IPJ
DF: normal PF: normal
Subtalar
IV: normal EV: normal

Right Foot and Ankle Muscle Strength
Ankle
DF: 5 PF: 5 IV: 5 EV: 5
GT
GText: 5 GTFlex: 5

## Imaging/Diagnostic Studies

No x-rays were obtained today.

## Impression

Sprain of other ligament of right ankle has improved. In fact the sprain is completely resolved

## Plan

He is resolved his pain. He is returned to the elliptical for the last week and can do so with no pain. He feels he is resolved the sprain

**Electronically signed by Christopher Hebert MD on 03/11/2019 at 3:50 PM**

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS

**Louisiana Orthopaedic Specialist- Lafayette**
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



**James Hall**
Male DOB: 10/07/1973

721855

**03/20/2019 - Office Visit: L th**
**Provider: Robby LeBlanc MD**
**Location of Care: Louisiana Orthopaedic Specialist- Lafayette**

Provider: Robby LeBlanc MD

**HPI**

James is a 45-year-old right-hand dominant male who presents today for a postoperative evaluation. He had a left trigger thumb release on 02/28/2019. He is 3 weeks out from surgery. The patient is doing well. He has a little soreness, but he is using the thumb. He says the lack of small finger DIP joint flexion is not really a limiting problem for him.

**Review of Systems:**

Positive for: Depression.

Patient denies: Abdominal Pain, Bleeding, Chest Pain, Convulsions/Seizure, Decreased Motion, Difficulty Swallowing, Easy Bruisability, Emotional Disturbances, Eyes or Vision Problems, Fecal Incontinence, Fever/Chills, Headaches, Increased Thirst, Increased Hunger, Insomnia, Joint Pain, Nausea/Vomiting, Night Sweats, Poor Balance, Persistent Cough, Rash, Shortness of Breath, Shortness of Breath While Lying down, Skin Problems, Urinary Retention and Weakness.

**Allergies:**

Hydrocodone (hydrocodone bitartrate) (critical)
iodine (iodine) (critical)
* no known allergies
* metal - negative

**Medications:**

norco 5-325 mg oral tablet (hydrocodone-acetaminophen) take 1 tab po q 4 hours prn pain
alprazolam tablet (alprazolam tabs)
tramadol hcl 50 mg oral tablet (tramadol hcl)
diclofenac potassium tablet (diclofenac potassium tabs)

**Patient History of:**

DEPRESSION
ANXIETY DISORDER

**Surgical History:**

left TH TFR(02/28/2019)-
left Knee-
left Hand-

**Known Family History of:**

Negative

**Social History:**

Social history taken on 01/14/2019 states James Hall is a 45 year old male. He currently uses tobacco products.

**Past medical, social, family histories and ROS reviewed today with the patient and changes documented in the chart (03/20/2019).**

Allergies, medications, past medical history, surgical history, family history, social history, and ROS were reviewed and unchanged (03/20/2019).

**Physical Exam**

**Height(03/20/2019):** 72 in. **Weight(03/20/2019):** 210 lbs. **BMI:** 28.58 **Pulse:** 88 **Blood pressure:** 117 / 80 mm Hg

**Additional**

Left: He has a well-healed incision from his left trigger thumb release. There is minimal tenderness to palpation over this area. There is no palpable or visible triggering. He still has slight limitation of thumb flexion, but there is no pain. He has mild swelling about the thumb. He is still unable to actively flex the DIP joint of the small finger. He has good strength and range of motion with flexion of the small finger at the PIP joint.

LOS
LOUISIANA ORTHOPAEDIC SPECIALISTS
Louisiana Orthopaedic Specialist- Lafayette
108 Rue Louis XIV Lafayette, LA 70508
(337) 235-8007 Fax: (855) 270-5479



James Hall
Male DOB: 10/07/1973

721855

## Imaging/Diagnostic Studies

No x-rays were obtained today.

## Impression

3 weeks status post left trigger thumb release, doing well. He has a chronic rupture of the FDP tendon to the small finger that he has chosen to treat nonoperatively.

## Plan

He will continue scar massage for the left thumb. He will continue stretching and working on his range of motion for the thumb. He will work on strengthening, beginning in 1 week or so. He is doing this on his own. He is still not interested in doing anything with the small finger DIP joint. He is aware that DIP joint fusion of the small finger is an option down the road if he begins having trouble with it. He is going to follow up with me as needed.

I, Saad Mohammed, am acting as scribe for Robert LeBlanc, MD.

**Electronically signed by Robby LeBlanc MD on 03/21/2019 at 3:13 PM**

## All Orders

### MRI Brain without Contrast [59554702]

Electronically signed by: **Zenon, Carolyn on 09/19/17 1555**
Ordering user: Zenon, Carolyn 09/19/17 1555
Ordered during: Transcribe Orders on 09/19/2017
Frequency: 09/19/17 -

Authorized by: Brennan, William, MD

Status: Completed

#### Screening Form

**General Information**

Patient Name: Hall, James
Date of Birth: 10/7/1973
Legal Sex: Male

MRN: 2053120
Home Phone: 409-730-3420

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| MRI BRAIN WO CONTRAST | | Brennan, William, MD<br>337-981-2125 | 9/22/2017 9:00 AM<br>LOLR ACC MRI 1<br>LOLR ACC MRI IMAGING |

**Screening Form Questions**

No questions have been answered for this form.

### Begin Exam Questions

| | Answer | Comment |
|---|---|---|
| Does the patient have any devices, implants, aneurysm clips, joint replacements or metal fragments in his/her body? | | |
| Enter location of metal or additional metal here: | | |

### End Exam Questions

| | Answer | Comment |
|---|---|---|
| Who verified the patient's identity and procedural site? | | |
| Post Procedure Education given to patient? | Yes | |

### MRI Brain without Contrast [595547041]

Resulted: 09/22/17 1534, Result status: Final result

Resulted by: Laborde, Jeremy J, MD
Accession number: 1730270323
Narrative:

Performed: 09/22/17 0859 - 09/22/17 0935
Resulting lab: POWERSCRIBE 360

HISTORY: Motor vehicle accident September 4, 2017. Difficulty with speech and memory loss.
COMPARISON: Noncontrast CT brain September 4, 2017

TECHNIQUE: T1, diffusion, T2, FLAIR, and susceptibility sensitive sequences of the brain. Diffusion tensor imaging is also performed. No contrast administered.

FINDINGS: The ventricles and sulci are with are within normal limits. There's no midline shift or mass effect. There's no restricted diffusion.

No areas of abnormal signal are seen. Diffusion tensor imaging appears unremarkable.

There are no extra-axial fluid collections. The midline craniocervical structures are within normal limits. The expected flow voids in the major intracranial vascular structures are present. Moderate mucosal thickening is present in the right maxillary sinus floor and posterior wall. The paranasal sinuses are otherwise clear. No fluid is seen in the mastoid air cells.

Impression:
No abnormalities identified on MR examination of the brain.
Moderate mucosal thickening in the right maxillary sinus floor and posterior wall.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 115 - PS360 | POWERSCRIBE 360 | Unknown | Unknown | 07/29/16 1713 - Present |

## All Orders (continued)

**Indications**

Intracranial hemorrhage following injury with open intracranial wound and prolonged loss of consciousness (more than 24 hours) without return to pre-existing level, subsequent encounter [S01.90XD, S06.9X9D (ICD-10-CM)]

**Conclusion**

HISTORY: Motor vehicle accident September 4, 2017. Difficulty with speech and memory loss.
COMPARISON: Noncontrast CT brain September 4, 2017

TECHNIQUE: T1, diffusion, T2, FLAIR, and susceptibility sensitive sequences of the brain. Diffusion tensor imaging is also performed. No contrast administered.

FINDINGS: The ventricles and sulci are with are within normal limits. There's no midline shift or mass effect. There's no restricted diffusion.

No areas of abnormal signal are seen. Diffusion tensor imaging appears unremarkable.

There are no extra-axial fluid collections. The midline craniocervical structures are within normal limits. The expected flow voids in the major intracranial vascular structures are present. Moderate mucosal thickening is present in the right maxillary sinus floor and posterior wall. The paranasal sinuses are otherwise clear. No fluid is seen in the mastoid air cells.

IMPRESSION:
No abnormalities identified on MR examination of the brain.
Moderate mucosal thickening in the right maxillary sinus floor and posterior wall.

## Procedure Log

There is no procedure log data to display.

**Interpretation Summary**

HISTORY: Motor vehicle accident September 4, 2017. Difficulty with speech and memory loss.
COMPARISON: Noncontrast CT brain September 4, 2017

TECHNIQUE: T1, diffusion, T2, FLAIR, and susceptibility sensitive sequences of the brain. Diffusion tensor imaging is also performed. No contrast administered.

FINDINGS: The ventricles and sulci are with are within normal limits. There's no midline shift or mass effect. There's no restricted diffusion.

No areas of abnormal signal are seen. Diffusion tensor imaging appears unremarkable.

There are no extra-axial fluid collections. The midline craniocervical structures are within normal limits. The expected flow voids in the major intracranial vascular structures are present. Moderate mucosal thickening is present in the right maxillary sinus floor and posterior wall. The paranasal sinuses are otherwise clear. No fluid is seen in the mastoid air cells.

IMPRESSION:

**All Orders (continued)**

No abnormalities identified on MR examination of the brain.
Moderate mucosal thickening in the right maxillary sinus floor and posterior wall.

**All Reviewers List**

Brennan, William, MD on 10/17/2017 16:03

**Signed**

Electronically signed by Laborde, Jeremy J, MD on 9/22/17 at 1534 CDT

## All Orders

**XR Spine Cervical Complete 4+ View with Flexion & Extension [59554703]**

Electronically signed by: **Zenon, Carolyn on 09/19/17 1555**
Ordering user: Zenon, Carolyn 09/19/17 1555
Ordered during: Transcribe Orders on 09/19/2017
Frequency: 09/19/17 -
Authorized by: Brennan, William, MD
Status: Completed

**Screening Form**

**General Information**

Patient Name: Hall, James
Date of Birth: 10/7/1973
Legal Sex: Male
MRN: 2053120
Home Phone: 409-730-3420

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| XR SPINE CERVICAL COMPLETE WITH FLEXION AND EXTENSION | | Brennan, William, MD<br>337-981-2125 | 9/22/2017 8:30 AM<br>LOLR ACC DX 1<br>LOLR ACC XR IMAGING |

**Screening Form Questions**

No questions have been answered for this form.

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Patient shielded? | No | |
| Fluoro time (minutes)? | | |
| Who verified the patient's identity and procedural site? | | |
| Post Procedure Education given to patient? | Yes | |

**XR Spine Cervical Complete 4+ View with Flexion & Extension [59554705]**
Resulted: 09/22/17 0933, Result status: Final result

Resulted by: Grant, Matthew J, MD
Accession number: 1730272393
Performed: 09/22/17 0843 - 09/22/17 0902
Resulting lab: POWERSCRIBE 360
Narrative:
Cervical spine, AP/oblique/odontoid/lateral neutral and flexion/extension views

Indication: 43-year-old man with neck pain. Motor vehicle collision 2 weeks ago.

Findings:
There is mild reversal of the usual cervical lordosis on the lateral neutral view along with mild retrolisthesis of C5 on C6 measuring 2 mm along with subtle 1-2 mm anterolisthesis of C2 on C3. There is no abnormal segmental motion of the cervical spine identified on lateral flexion and extension views. The cervicothoracic junction is normally aligned. No prevertebral soft tissue abnormality, fracture, or osseous lesion. There is advanced discogenic degenerative disc space narrowing and small anterior and posterior and plate osteophyte formation at C5-C6 and C6-C7. There is additional mild degenerative disc space narrowing and small endplate osteophyte formation at C3-C4. The spondylosis along with bilateral uncovertebral degeneration and hypertrophy causes severe right greater than left osseous foraminal stenosis at C5-C6 and C6-C7. There is also at least mild left foraminal narrowing at C2-C3 with mild degenerative facet arthrosis at C2-C3. The visualized upper chest is normal. Edentulous.

Impression:
Subtle 1-2 mm anterolisthesis of C2 and mild retrolisthesis of C5 measuring 2-3 mm with no abnormal segmental motion identified.
Mild reversal of the usual cervical lordosis.
Cervical degenerative changes as detailed above, most advanced at C5-C7 where there is resulting high-grade foraminal stenosis.
No acute pathology identified.
Cervical spine MRI recommended for further evaluation.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 115 - PS360 | POWERSCRIBE 360 | Unknown | Unknown | 07/29/16 1713 - Present |

**Conclusion**

Cervical spine, AP/oblique/odontoid/lateral neutral and flexion/extension views



Plaintiff Trial Exhibit 4n pg 4

**All Orders (continued)**

Indication: 43-year-old man with neck pain. Motor vehicle collision 2 weeks ago.

Findings:
There is mild reversal of the usual cervical lordosis on the lateral neutral view along with mild retrolisthesis of C5 on C6 measuring 2 mm along with subtle 1-2 mm anterolisthesis of C2 on C3. There is no abnormal segmental motion of the cervical spine identified on lateral flexion and extension views. The cervicothoracic junction is normally aligned. No prevertebral soft tissue abnormality, fracture, or osseous lesion. There is advanced discogenic degenerative disc space narrowing and small anterior and posterior and plate osteophyte formation at C5-C6 and C6-C7. There is additional mild degenerative disc space narrowing and small endplate osteophyte formation at C3-C4. The spondylosis along with bilateral uncovertebral degeneration and hypertrophy causes severe right greater than left osseous foraminal stenosis at C5-C6 and C6-C7. There is also at least mild left foraminal narrowing at C2-C3 with mild degenerative facet arthrosis at C2-C3. The visualized upper chest is normal. Edentulous.

Impression:
Subtle 1-2 mm anterolisthesis of C2 and mild retrolisthesis of C5 measuring 2-3 mm with no abnormal segmental motion identified.
Mild reversal of the usual cervical lordosis.
Cervical degenerative changes as detailed above, most advanced at C5-C7 where there is resulting high-grade foraminal stenosis.
No acute pathology identified.
Cervical spine MRI recommended for further evaluation.

## Procedure Log

There is no procedure log data to display.

**Anesthesia Staff**

None

**Staff**

None

**Visitors**

None

**Interpretation Summary**

Cervical spine, AP/oblique/odontoid/lateral neutral and flexion/extension views

Indication: 43-year-old man with neck pain. Motor vehicle collision 2 weeks ago.

Findings:
There is mild reversal of the usual cervical lordosis on the lateral neutral view along with mild retrolisthesis of C5 on C6 measuring 2 mm along with subtle 1-2 mm anterolisthesis of C2 on C3. There is no abnormal segmental motion of the cervical spine identified on lateral flexion and extension views. The cervicothoracic junction is normally aligned. No prevertebral soft tissue abnormality, fracture, or osseous lesion. There is advanced discogenic degenerative disc space narrowing and small anterior and posterior and plate osteophyte formation at C5-C6 and C6-C7. There is additional mild degenerative disc space narrowing and small endplate osteophyte formation at C3-C4. The spondylosis along with bilateral uncovertebral degeneration and hypertrophy causes severe right greater than left osseous foraminal stenosis at C5-C6 and C6-C7. There is also at least mild left

**All Orders (continued)**

foraminal narrowing at C2-C3 with mild degenerative facet arthrosis at C2-C3. The visualized upper chest is normal. Edentulous.

Impression:
Subtle 1-2 mm anterolisthesis of C2 and mild retrolisthesis of C5 measuring 2-3 mm with no abnormal segmental motion identified.
Mild reversal of the usual cervical lordosis.
Cervical degenerative changes as detailed above, most advanced at C5-C7 where there is resulting high-grade foraminal stenosis.
No acute pathology identified.
Cervical spine MRI recommended for further evaluation.

**Implants**

No implant documentation for this case.

**All Reviewers List**

Brennan, William, MD on 10/17/2017 16:03

**Signed**

Electronically signed by Grant, Matthew J, MD on 9/22/17 at 0933 CDT

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | HALL, JAMES(Male)<br>3231 THOMAS BLVD<br>PORT ARTHUR TX 77642<br>(409)730-3420* | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | 10/07/1973 (44)<br>Unknown,White<br>English<br>Not Hispanic or Latino,Unknown | **Encounter ID:**<br>**Primary Ins:** | 65296841<br>ATTY |
| **Location:** | Anesthesiology And Pain Consultants, LLC<br>1103 Kaliste Saloom Rd<br>Ste 304<br>Lafayette, LA, 70508-5783<br>(337)988-5646 | **Provider:** | MATTHEW MITCHELL, MD | | |

## Subjective

### Chief Complaint

James is a 44 year old male who presents for an initial consultation regarding his neck and back pain. He was referred to our clinic by Dr. Brennan.

He is experiencing cervical and lumbar pain that is the result of a MVA on 9/4/17. He also sustained injury to his left knee and right shoulder. He also sustained a traumatic brain injury. His left hand, which he injured a young man, was re-injured during the MVA.

He is currently not working due to the pain.

Back surgery is likely upcoming, he notes. Neck surgery, he tells me, is upcoming. Left hand surgery is scheduled for next month.

His neck pain is described as constant, sharp, and dull. The pain occasionally radiates into the left arm. On a scale of 0-10, he rates the pain at a 6 today. Turning the head too fast increases the pain. Traction helps to ease the pain.

He describes his lower back pain as constant, aching, stiff, and sore. The pain is localized in the lumbar region. Today, he rates the pain at a 6. Twisting and moving too fast exacerbates the pain. Exercise, stretching, and applying heat helps to alleviate the pain. He had a lumbar spine injection with Dr. Kevin Lassaigne about (1) week ago that provided 100% relief lasting only (3) days.

Numbness and tingling are noted in the left lower leg and left arm. Weakness is denied. Spasms are noted in the left leg. He notes that the pain is worse in the morning. He is experiencing balance issues and stiffness related to the pain, but denies any fever or swelling. The pain is causing decreased activity levels, trouble concentrating, and emotional instability.

He has tried physical therapy, a tens unit, hot packs, Ultram, Xanax, Diclofenac, Cymbalta, Flexeril, Ibuprofen, Aspirin, and Oxycodone to help treat his pain.

An MRI on the lumbar spine, brain, left shoulder, right shoulder, and left knee were performed.

### Medication List

diclofenac sodium 75 mg tablet,delayed release - 1 tablet(s) by mouth twice a day

tramadol 50 mg tablet - 1 tablet(s) by mouth every 6 hours around the clock

DHA Algal-900 300 mg capsule - 1 capsule(s) by mouth daily

Vitamin D2 50,000 unit capsule - 1.25 units every week

Electronically Signed and Reviewed by MITCHELL, MATTHEW 08/22/2018 14:52:19

Green Tea 250 mg capsule - 1 capsule(s) by mouth daily
Fish Oil 300 mg-1,000 mg capsule - 1 capsule(s) by mouth daily
multivitamin tablet - 1 tablet(s) by mouth daily
Vitamin D3 1,000 unit tablet - 1 tablet(s) by mouth daily
Aspirin Childrens 81 mg chewable tablet - 1 tablet(s) by mouth daily
Xanax 1 mg tablet - 0.5-1 tablet(s) by mouth three times a day as needed (PRN)

**Allergies**
Hydrocodone - Active (Hives)

**Social Hx**
**Tobacco:** Cigarettes (Current every day smoker)
**Alcohol:** Patient has no history of alcohol use.
**Edu-Occupation : Education-Occupation**
**Education**
This patient has completed their high school education.
**Substance Use : Substance Use**
**History of Substance Use and Treatment**
This patient denies ever using any illegal or street drugs.

**Medical Hx**
The patient **reports** a history of Anxiety, Depression, MVA induced TBI.

**Surgical Hx**
The patient **reports** a history of left knee arthroscopy with ACL reconstruction with Dr. Stubbs in 2017, Right shoulder arthroscopy with Dr. Stubbs on 2/20/18, Left knee in 1994, left hand in 1994.

**Family Hx**
Mother: history of drug addiction and alcholism

**Review of Systems**
**Constitutional - reported:** Difficulty Concentrating, Difficulty Sleeping,
**Denied:** Falls, Fatigue,
**Respiratory - reported:** Short of Breath,
**Denied:** Wheezing,
**Gastrointestinal - reported:** Constipation,
**Denied:** Abdominal Pain, Nausea, appetite changes, Diarrhea, Heartburn,
**Musculoskeletal - reported:** Back Pain, Neck pain, Muscle Spasms, Swelling related to pain,
**Denied:** Muscle weakness,
**Psychiatric - reported:** Anxiety, Depression, Disturbing Thoughts,
**Skin - reported:** Rashes, Itching,
**Neurological - reported:** Numbness, Forgetfulness, Headaches, Unsteady Gait,
**Hematologic/Lymph - reported:** unexplained bleeding, unexplained bruising,
**Genitourinary**
**Urinary - Denied:** Incontinence,

## Objective

**Vital Signs**

Electronically Signed and Reviewed by MITCHELL, MATTHEW 08/22/2018 14:52:19

**Blood Pressure:** 143/90 (Left Brachial, Sitting, Standard, High)
**Blood Pressure:** 134/82 (Left Brachial, Sitting, Standard, Normal)
**Pulse:** 87 (Left Radial, REGULAR rythm, Normal quality, Normal)
**Pulse:** 58 (Left Radial, REGULAR rythm, Normal quality, Normal)
**Respirations:** 18 (Normal quality, NORMAL rythm, Normal)
**Respirations:** 18 (Normal quality, NORMAL rythm, Normal)
**Weight:** 212 lb 1 oz **Height:** 6' 0" **BMI Flag:** Overweight ( 28.8 )
**Weight:** 212 lb 1 oz **Height:** 6' 0" BMI Flag: Overweight ( 28.8 ) 216 lb Height: 6' 0" **BMI Flag:** Overweight ( 29.3 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Neck**

The neck has limited ROM. Hurts with flexion, extension, and lateral flexion. Rotation increases pain also. Spasm were noted in neck. Occiput is slightly tender.

**Respiratory**

Unlabored.

**Cardiovascular**

The peripheral artery pulses are 2+ brisk.

**Extremities**

Shoulders are tender, and ROM increases his pain. Has pain with ROM left knee. Surgical scar noted left knee.

**Neurologic**

Strength is decreased in arms and legs. Grip strength is decreased. Able to stand on toes and heels with difficulty. DTR were absent in upper and lower extremities.

## Assessment

**Diagnosis**

M25511 Pain in right shoulder
M25562 Pain in left knee
G894 Chronic pain syndrome
M961 Postlaminectomy syndrome, not elsewhere classified
M5412 Radiculopathy, cervical region
M5416 Radiculopathy, lumbar region
M79642 Pain in left hand
Z87820 Personal history of traumatic brain injury

## Plan

**Orders**

**Ordering Provider** MITCHELL, M **Order Date** 08/21/2018 11:41 **Result Status** Order Complete **Result Date** 08/21/2018

**Facility**

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| Drug Screen Indiko | | | | |
| | Drug Screen Indiko | | | |
| | Prescribed Medications | | | |

**Follow-Up**

FOLLOW UP WITH MD (3 Months) with MITCHELL, MATTHEW



Electronically Signed and Reviewed by MITCHELL, MATTHEW 08/22/2018 14:52:19

**Care Plan**

The patients PMP was reviewed today.

UDT 8/22/18 was positive for cannabinoid, benzodiazipines, and cotinine (from tobacco) He is currently taking tramadol (we did not test for this, and xanax0. We counseled him regarding these findings and our pain contract that we will have him sign

SOAPP (Brief) is 16, stratifying patient to higher risk status.

8/20/17 MRI: Cervical disk bulge at C5/6 and C6/7

8/20/17 MRI Lumbar disk bulge at L4/5

**Activity**

Avoid bed rest, Stay as active as tolerated increasing walking daily, Alternate rest with activity

Incorporate home exercise program as instructed

Warm up muscles before activity

Cold compress to areas of pain after activity; 20 minutes on and 20 minutes off while awake. Reminder to place a cloth between cold pack and skin.

**Injection Discussion/plan**

I discussed with patient the MRI findings. The patient has cervical and lumbar changes for which the management was discussed.

Acute exacerbation of radiculitis results in the patient experiencing current symptoms. Symptoms being generated include neck pain, low back pain.

Management will consist of cervical epidural steroid injection and lumbar or caudal epidural steroid injection.

Currently, these are being performed by another pain management physician, Dr. Lasseigne. He is currently performing diagnostic and therapeutic injections. We will coordinate our treatment with Dr. Lasseigne to avoid duplication of these services.

**Medications**

Refill the tramadol he has been on, previously prescribed by his other doctors:

Tramadol 50 mg QID prn pain

Flexaril 10 mg TID prn spasms

Diclofenac 75 mg BID

Compounde Cream, MSK, to apply per our protocol.

**Psychological Evaluation**

One option would be spinal cord stimulation. The timing of this modality, would depend on the care plan of his other physicians. We will discuss at his next visit.

**Advanced Care : Advanced Care Plan**

The importance of having an Advanced Care Directive was discussed with the patient, no one is designated as the surrogate decision maker for the patient.

**UDT : Drug test monitoring**

A comprehensive confirmation panel will be obtained to as part of the initial work up. State of Louisiana Regulations. Louisiana Administrative Code. Subchapter C, Clinic Administration 7831 Medical Director, Section B-4, page 497: "The medical director is responsible for ensuring a urine drug screen of each patient is obtained as part of the initial medical evaluation and intermittently, no less than quarterly, during the course of treatment for chronic pain.".

Electronically Signed and Reviewed by MITCHELL, MATTHEW 08/22/2018 14:52:19

**Rendering Provider Signature**



Signature

Electronically Signed and Reviewed by MITCHELL, MATTHEW 08/22/2018 14:52:19

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | HALL, JAMES(Male)<br>3231 THOMAS BLVD<br>PORT ARTHUR TX 77642<br>(409)730-3420* | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | 10/07/1973 (45)<br>Unknown,White<br>English<br>Not Hispanic or Latino,Unknown | **Encounter ID:**<br>**Primary Ins:** | 71545050<br>ATTY |
| **Location:** | Anesthesiology And Pain Consultants, LLC<br>1103 Kaliste Saloom Rd<br>Ste 304<br>Lafayette, LA, 70508-5783<br>(337)988-5646 | **Provider:** | MS. MARGARET MITCHELL AGPC-NP | | |

## Subjective

### Chief Complaint

Mr. James Hall states he is having back pain with VAS 6/10. The pain is localized.

He is also complaining of neck pain VAS 6/10. This pain is localized.

James also notes pain in his left knee, left shoulder and left hand.

Patient is reporting that pain is so bad at times, " I want to blow my head off" He is also reporting that his surgeon is telling him that the tramadol is not a narcotic and is not strong enough. He is requesting Percocet today, but also reporting that he does not like to take medication. He is waiting on further surgery.

### HPI : Illness History

James Hall is a middle- aged male, returning for his follow up on pain. Pain at last OV 6/10. He has a history of multiple pain sites today he is reporting knee, back, neck, shoulder and hand. He has been referred to our clinic by Dr. Brennan. Today, Mr. Hall had significant difficulties in discussing his pain. Stating that at time it is so bad he wants to take drastic measures. After further discussion, James describes his neck pain as constant, sharp, and dull. There is intermittent radiation into the left arm, but this is not problematic today. He describes his lower back pain as constant, aching, stiff, and sore. The pain is localized in the lumbar region. Lumbar pain intermittently radiates to legs. Pain worsens at night.

James has multi- site pain, greater in cervical and lumbar pain as a result of a MVA on 9/4/17. He sustained injury to his left knee and right shoulder. He also sustained a traumatic brain injury. His left hand, which he injured a young man, was re-injured during the MVA. The patient has seen several physicians and has had an MRI on the lumbar spine, brain, left shoulder, right shoulder, and left knee were performed. James has tried physical therapy, a tens unit, hot packs, and medication trials. He has had left knee and right shoulder surgery by Dr. Stubbs. He is awaiting back and neck surgery from Dr. Brennan. Left hand surgery is also scheduled. Injections were effective but pain returns and steroids seem to have aggravated an already present fungal infections.

Pain at worst is 10/10. Turning the head too fast increases the pain. Twisting and moving too fast exacerbates the low back pain. Numbness and tingling are noted in the left lower leg and left arm. Weakness occurs "everywhere." Spasms are occurring in the right shoulder and "triceps." Spasms are intermittent in left leg.

James is experiencing balance issues and stiffness related to the pain, but denies any fever or swelling. The pain is causing decreased activity levels, trouble concentrating, and emotional instability. He is currently not working due to the pain.

Pain at best is 6/10 with neck traction. Exercise, stretching, and applying heat helps to alleviate the back pain. Lumbar spine injections provide 100% relief, but pain returns. Medication helps intermittently; he is requesting changing tramadol to Percocet. States he has been using older Percocet at times as tramadol is not helping at this time.

Medications that have been tried for pain include, Ultram, Xanax, Diclofenac, Cymbalta, Flexeril, Ibuprofen, Aspirin, and Oxycodone to help treat his pain.

Electronically Signed and Reviewed by MITCHELL AGPC-NP, MARGARET 12/11/2018 15:35:29

**Medication List**

- cyclobenzaprine 10 mg tablet - 1 tablet by mouth three times a day
- diclofenac sodium 75 mg tablet,delayed release - 1 tablet by mouth twice a day
- tramadol 50 mg tablet - 1 tablet by mouth four times a day
- APC MSK With 11.5% Ketamine (Refer to Standing Order) - 1 application as directed; Per standing order
- multivitamin tablet - 1 tablet by mouth daily
- Aspirin Childrens 81 mg chewable tablet - 1 tablet by mouth daily
- Xanax 1 mg tablet - 0.5-1 tablet by mouth three times a day as needed (PRN)

**Allergies**

Hydrocodone - Active (Hives)

**Social Hx**

**Tobacco:** Cigarettes (Current every day smoker)

**Alcohol:** Patient has no history of alcohol use.

**Edu-Occupation : Education-Occupation**

**Education**

This patient has completed their high school education.

**Substance Use : Substance Use**

**History of Substance Use and Treatment**

This patient denies ever using any illegal or street drugs.

**Medical Hx**

The patient **reports** a history of Anxiety, Depression, MVA induced TBI, Chronic pain syndrome (disorder), Post-traumatic stress disorder (disorder), Carpel Tunnel Syndrome, Cervical Spinal Canal Stenosis.

The patient **denies** history of Disorder of thyroid gland (disorder).

**Surgical Hx**

The patient **reports** a history of left knee arthroscopy with ACL reconstruction with Dr. Stubbs in 2017, Right shoulder arthroscopy with Dr. Stubbs on 2/20/18, Left knee in 1994, left hand in 1994.

**Family Hx**

**Mother:** (Alive) reports Alcoholism, Substance abuse.

**Review of Systems**

**Constitutional - reported:** Fatigue, Difficulty Sleeping,

**Denied:** Falls, Chills, Sweating, Fever, Recent Illness,

**Musculoskeletal - reported:** Back Pain, Muscle Spasms, Swelling related to pain, Muscle Weakness, Neck Pain,

**Psychiatric - reported:** Anxiety, Depression,

**Denied:** Disturbing Thoughts ; patient is expressing extreme measures but after further assessment no suicidal tendencies,

**Skin - reported:** Rashes, Itching, Fungal infection left knee

**Neurological - reported:** Headaches, Forgetfulness, History TBI

## Objective

**Vital Signs**

**Blood Pressure:** 136/96 (Left Brachial, Sitting, Standard, High)

**Pulse:** 84 (Left Radial, REGULAR rythm, Normal quality, Normal)

Electronically Signed and Reviewed by MITCHELL AGPC-NP, MARGARET 12/11/2018 15:35:29

**Respirations:** 18 (Normal quality, NORMAL rythm, Normal)
**Weight:** 211 lb 8 oz **Height:** 6' 0" **BMI Flag:** Overweight ( 28.7 )

## Physical Exam

### Constitutional

The patient is awake, alert, well developed, well nourished and well groomed and in no apparent distress. Vital signs are consistent with elevated BP; Weight loss of 5 pounds since last OV. VAS is unchanged

### Head

Normocephalic, atraumatic.

### Respiratory

Respirations are regular and unlabored.

### Cardiovascular

No peripheral edema of bilateral lower extremities.

Radial pulses strong and brisk, bilaterally

Bilateral DP and PT arterial pulses are strong and brisk.

### Gastrointestinal

The abdomen is non distended.

### Musculoskeletal

#### Cervical Spine

Skin intact. No loss of lordosis. Tenderness and spasm left deltoid and left trapezius. Occiput is slightly tender. Bilateral shoulders are tender, right greater than left with decreased range of motion in right shoulder. Range of motion is decreased and painful. Muscle strength bilateral upper extremities 4-5/5. Hand grips decreased.

#### Lumbar Spine

Skin intact to lumbar region. Normal curvature. Tenderness and spasms, greater on left lumbar region. Range of motion decreased and painful. Muscle strength to bilateral lower extremities 4-5/5. Very difficult to stand on toes and heels, increasing back pain. Negative straight leg raise bilateral. Negative Patrick-FABER bilateral.

### Extremities

Skin intact with surgical scar on left knee. Resolving rash on left knee. Tenderness to touch and range of motion.

### Neurologic

Sensation to light touch was intact lower extremities, but decreased equally in right and left forearms and all fingers. DTR were absent in upper and lower extremities.

### Psychiatric

The patient is awake, alert and oriented to person, place, time, and situation. Affect is appropriate. They remained cooperative throughout the visit.

## Assessment

### Diagnosis

G894 Chronic pain syndrome
M4802 Spinal stenosis, cervical region
M5412 Radiculopathy, cervical region
M25511 Pain in right shoulder
M25562 Pain in left knee
M5416 Radiculopathy, lumbar region
M79642 Pain in left hand
Z87820 Personal history of traumatic brain injury

## Plan

### Orders

Electronically Signed and Reviewed by MITCHELL AGPC-NP, MARGARET 12/11/2018 15:35:29

| Ordering Provider | MITCHELL, M | Order Date | 11/13/2018 11:26 | Result Status | Order Complete | Result Date | 11/13/2018 |
|---|---|---|---|---|---|---|---|
| Facility | | | | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| Prescribed Medications | | | | |
| | Prescribed Medications | | | |
| | Drug Screen Indiko | | | |

**Follow-Up**

FOLLOW UP WITH NP (3 Months) with MITCHELL AGPC-NP, MARGARET

**Care Plan**

## Record Review

Pain agreement is reviewed and is placed in his documents

SOAPP 1 (SF): 16

PMP: reviewed; no inconsistencies since IC; does receive alprazolam and has been prescribed Percocet in past as reported

UDT 8/22/18 was positive for cannabinoid. Also positive for benzodiazipines consistent with report of Xanax and also cotine. He is currently taking tramadol (we did not test for this). We counseled him regarding these findings and our pain contract that we will have him sign

Imaging

Cervical MRI 8/20/17: disk bulge at C5/6 and C6/7
Lumbar MRI 8/20/17: disk bulge at L4/5

OV Dr. Juneau 09/27/2018: has not had any CESI; PT with traction completed with temporary relief; LESI aggravated fungal infection; considering ACDF C4-5, C5-6 and C6-7

## Plan of Care

**Activity**

Avoid bed rest, Stay as active as tolerated increasing walking daily, Alternate rest with activity
Incorporate home exercise program as instructed
Warm up muscles before activity
Cold compress to areas of pain after activity; 20 minutes on and 20 minutes off while awake. Reminder to place a cloth between cold pack and skin.

**Diet**

Continue home diet with moderate calorie intake
Increase fluids and vegetables, moderate fruits and concentrated sugars

Electronically Signed and Reviewed by MITCHELL AGPC-NP, MARGARET 12/11/2018 15:35:29

**Education**

Follow up sooner PRN any concerns/questions

Continue pain agreement; safety in opiod use reviewed (www.painmed.org)

F/U with PCP for chronic medical issues and current physicians for surgery pending

Medication education (prescriptions and OTC) including safety, potential side effects, and taking only as prescribed

Smoking cessation discussed

Safety in ADLs

Patient voiced understanding and questions answered

**Injection Plan**

The available treatment options regarding their condition were reviewed, along with medical records, prior treatments, imaging studies, and patient report and our findings. Findings on imaging studies are consistent with symptoms being experienced. Acute exacerbation of radiculitis appears to be causing the current symptoms. The symptoms being generated include lumbar and cervical pain with extremity radicular symptoms. Injections are not appropriate at this time due to past flare-up of fungal infections. Patient agrees.

**Medications**

He would benefit from a steroid injection today but I feel this is contraindicated with a history of a fungal infection.

Refill Flexeril and diclofenac.

Follow up on status of compound cream; we gave a sample of Neuro cream today

Hold tramadol until he calls he still has tramadol at home; not using says Percocet helpful; he was reminded of pain agreement, but seems to have difficulty understanding principles if pain is not better.

Refill medications as indicated

After discussion with Dr. Mitchell regarding the patient's past history of a TBI, current misuse of his medications at home and use of cannibis, we will not increase tramadol nor change to Percocet. We see no contraindications to Belbuca if patient is willing to try. Will discuss at next OV or should patient call.

**Advanced Care : Advanced Care Plan**

The importance of having an Advanced Care Directive was discussed with the patient, no one is designated as the surrogate decision maker for the patient.

**UDT : Drug test monitoring**

The patient is to undergo a urine drug test to identify absence of prescribed medications and potential for abuse, misuse or diversion. Confirmatory testing required of the parent compound and the respective metabolites will include all current and prior prescribed medications which are. The patient is in the high risk category III for substance abuse in requiring high doses of narcotics. Random urine drug testing will commence in accordance with State of Louisiana Regulations. Louisiana Administrative Code. Subchapter C, Clinic Administration 7831 Medical Director, Section C-6-a-i-9a) page 497:. Behavioral concerns regarding controlled medications involve being non-compliant by unsanctioned dose escalation. Potential factors that may affect controlled substance misuse include predictive score on SOAPP V1-14Q assessment.

Electronically Signed and Reviewed by MITCHELL AGPC-NP, MARGARET 12/11/2018 15:35:29

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | HALL, JAMES(Male)<br>3231 THOMAS BLVD<br>PORT ARTHUR TX 77642<br>(409)730-3420* | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | 10/07/1973 (45)<br>Unknown,White<br>English<br>Not Hispanic or Latino,Unknown | **Encounter ID:**<br>**Primary Ins:** | 82059093<br>ATTY |
| **Location:** | Anesthesiology And Pain Consultants, LLC<br>1103 Kaliste Saloom Rd<br>Ste 304<br>Lafayette, LA, 70508-5783<br>(337)988-5646 | **Provider:** | MATTHEW MITCHELL, MD | | |

## Subjective

### Chief Complaint

Mr. James Hall is complaining of neck pain VAS 6/10. This pain refers to both shoulder blades.

He is also complaining of lower back pain VAS 6/10. This pain refers to the left buttock.

Additionally, he is complaining of left knee pain VAS 4/10. This pain is localized.

He reports any recent falls when his left foot gave out on him. He denies the use of assistive devices.

AT LAST OV: Back pain with VAS 6/10. The pain is localized. Neck pain VAS 6/10. This pain is localized. James also notes pain in his left knee, left shoulder and left hand.

**Addendum, added 6/23/2019:**

No need to have him sign the last page of the pain contract, unless we start prescribing meds for him. No UDT since we are not prescribing meds. I OKed having Dr. Brennan continue the tramadol. Dr. Brennan will let us know if we need to take this over.

Dr. Brennan note from 5/2/19 was reviiewed. Patient has had surgery on the left hand since he was seen last, and Dr. Brennan discusses this. Dr. Brennan is awaiting authorization for the cervical and lumbar spine surgery he is recommending.

I have reviewed previous social security documents This includes discussion of C6/7 cervical injury and an MCA in 1994 which resulted in surgery to left hank/wrist and left knee. Also reviewed today were notes from St. Charles Mercy Hospital from Feb 2009. Persistent pain in right shoulder. Diagnosis was cervical radiculopathy and shoulder pain. From 2/10/2009 an xray showed mild cervical spondylosis at C5/6 and C6/7. There was a mention of back pain in the note by Dr. Watkins dated 9/16/2009. Dr. Watkins diagnosed him with intermittent explosive disorder and antisocial personality disorder. He told Dr. Watkins that he had abused drugs in the past, but no more. The pre-employment urine test, dated 6/1/17 would agree with that, it was negative for all illicit substances. 2/10/2009 ER note discusses pain in left shoulder due to acute left shoulder sprain and C6 radiculopathy.

### HPI : Illness History

James Hall is a middle- aged male, returning for his follow up on pain. Pain at last OV 6/10. He has a history of multiple pain sites today he is reporting knee, back, neck, shoulder and hand. He has been referred to our clinic by Dr. Brennan. Today, Mr. Hall had significant difficulties in discussing his pain. Stating that at time it is so bad he wants to take drastic measures. After further discussion, James describes his neck pain as constant, sharp, and dull. There is intermittent radiation into the left arm, but this is not problematic today. He describes his lower back pain as constant, aching, stiff, and sore. The pain is localized in the lumbar region. Lumbar pain intermittently radiates to legs. Pain worsens at night.

James has multi- site pain, greater in cervical and lumbar pain as a result of a MVA on 9/4/17. He sustained injury to his left knee and right shoulder. He also sustained a traumatic brain injury. His left hand, which he injured a young

Electronically Signed and Reviewed by MITCHELL, MATTHEW 06/23/2019 16:03:18



**Plaintiff Trial Exhibit 4o pg 11**

man, was re-injured during the MVA. The patient has seen several physicians and has had an MRI on the lumbar spine, brain, left shoulder, right shoulder, and left knee were performed. James has tried physical therapy, a tens unit, hot packs, and medication trials. He has had left knee and right shoulder surgery by Dr. Stubbs. He is awaiting back and neck surgery from Dr. Brennan. Left hand surgery is also scheduled. Injections were effective but pain returns and steroids seem to have aggravated an already present fungal infections.

Pain at worst with turning the head too fast. Twisting and moving too fast exacerbates the low back pain. Numbness and tingling are noted in the left lower leg and left arm. Weakness occurs "everywhere." Spasms are occurring in the right shoulder and "triceps." Spasms are intermittent in left leg.

Pain is at best with neck traction. Exercise, stretching, and applying heat helps to alleviate the back pain. Lumbar spine injections provide 100% relief, but pain returns. Medication helps intermittently; he is requesting changing tramadol to Percocet. States he has been using older Percocet at times as tramadol is not helping at this time.

Medications that have been tried for pain include, Ultram, Xanax, Diclofenac, Cymbalta, Flexeril, Ibuprofen, Aspirin, and Oxycodone to help treat his pain.

.

**HPI : Injury Account**

James is experiencing balance issues and stiffness related to the pain, but denies any fever or swelling. The pain is causing decreased activity levels, trouble concentrating, and emotional instability. He is currently not working due to the pain. Patient is reporting that pain is so bad at times, " I want to blow my head off" He is also reporting that his surgeon is telling him that the tramadol is not a narcotic and is not strong enough." I told him that tramadol was indeed a narcotic. He is requesting Percocet today, but also reporting that he does not like to take medication. He is waiting on further surgery.

**Medication List**

cyclobenzaprine 10 mg tablet - 1 tablet by mouth three times a day

diclofenac sodium 75 mg tablet,delayed release - 1 tablet by mouth twice a day

tramadol 50 mg tablet - 1 tablet by mouth four times a day

APC MSK With 11.5% Ketamine (Refer to Standing Order) - 1 application as directed; Per standing order

multivitamin tablet - 1 tablet by mouth daily

Aspirin Childrens 81 mg chewable tablet - 1 tablet by mouth daily

Xanax 1 mg tablet - 0.5-1 tablet by mouth three times a day as needed (PRN)

**Allergies**

Hydrocodone - Active (Hives)

**Social Hx**

**Tobacco:** Cigarettes (Current every day smoker)

**Alcohol:** Patient has no history of alcohol use.

**Medical Hx**

The patient **reports** a history of Anxiety, Depression, MVA induced TBI, Chronic pain syndrome (disorder), Post-traumatic stress disorder (disorder), Carpel Tunnel Syndrome, Cervical Spinal Canal Stenosis.

The patient **denies** history of Disorder of thyroid gland (disorder).

**Surgical Hx**

The patient **reports** a history of left knee arthroscopy with ACL reconstruction with Dr. Stubbs in 2017, Right shoulder arthroscopy with Dr. Stubbs on 2/20/18, Left knee in 1994, left hand in 1994.

**Family Hx**

**Mother:** (Alive) reports Alcoholism, Substance abuse.

**Review of Systems**

**Constitutional - reported:** Difficulty sleeping, Difficulty Concentrating, Sweating, Falls, Fatigue,

Electronically Signed and Reviewed by MITCHELL, MATTHEW 06/23/2019 10:03:18

**Musculoskeletal - reported:** Back Pain, Neck Pain, Muscle Spasms, Musde Weakness, Swelling Related To Pain,
**Psychiatric - reported:** Depression, Anxiety,
**Skin - reported:** Rashes, Itching,
**Neurological - reported:** Numbness, Forgetfulness, Headaches,

## Objective

### Vital Signs

**Blood Pressure:** 154/104 (Left Brachial, Sitting, Standard, High)
**Pulse:** 75 (Left Radial, REGULAR rythm, Normal quality, Normal)
**Respirations:** 18 (Normal quality, NORMAL rythm, Normal)
**Weight:** 211 lb 6 oz **Height:** 6' 0" **BMI Flag:** Overweight ( 28.7 )

### Physical Exam

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed and in no apparent distress. Vital signs are consistent with elevated BP; Weight loss of 5 pounds since last OV. VAS is unchanged

**Head**

Normocephalic, atraumatic.

**Respiratory**

Respirations are regular and unlabored.

**Cardiovascular**

No peripheral edema of bilateral lower extremities.
Radial pulses strong and brisk, bilaterally
Bilateral DP and PT arterial pulses are strong and brisk.

**Gastrointestinal**

The abdomen is non distended.

**Musculoskeletal**

**Cervical Spine**

Skin intact. No loss of lordosis. Tenderness and spasm left deltoid and left trapezius. Occiput is slightly tender. Bilateral shoulders are tender, right greater than left with decreased range of motion in right shoulder. Range of motion is decreased and painful. Muscle strength bilateral upper extremities 4-5/5. Hand grips decreased.

**Lumbar Spine**

Skin intact to lumbar region. Normal curvature. Tenderness and spasms, greater on left lumbar region. Range of motion decreased and painful. Muscle strength to bilateral lower extremities 4-5/5. Very difficult to stand on toes and heels, increasing back pain. Negative straight leg raise bilateral. Negative Patrick-FABER bilateral.

**Extremities**

Skin intact with surgical scar on left knee. Resolving rash on left knee. Tenderness to touch and range of motion.

**Neurologic**

Sensation to light touch was intact lower right lower extremitiy but decreased in left shin, but decreased in left posterior forearm. DTR were absent in upper and lower extremities.

**Psychiatric**

The patient is awake, alert and oriented to person, place, time, and situation. Affect is appropriate. They remained cooperative throughout the visit.

## Assessment

### Diagnosis

G894 Chronic pain syndrome
M4802 Spinal stenosis, cervical region

Electronically Signed and Reviewed by MITCHELL, MATTHEW 08/23/2019 16:03:18

M5412 Radiculopathy, cervical region
M25511 Pain in right shoulder
M25562 Pain in left knee
M5416 Radiculopathy, lumbar region
M79642 Pain in left hand
Z87820 Personal history of traumatic brain injury

## Plan

**Immunization**

In 2019, the patient did not receive the influenza vaccine.
In 2019, the patient did not receive the pneumococcal vaccine.

**Follow-Up**

FOLLOW UP WITH NP (3 Months) with MITCHELL AGPC-NP, MARGARET

**Care Plan**

## Record Review

Pain agreement is reviewed and is placed in his documents

SOAPP 1 (SF): 16

PMP: reviewed; no inconsistencies since IC; does receive alprazolam and has been prescribed Percocet in past as reported

UDT 8/22/18 was positive for cannabinoid. Also positive for benzodiazipines consistent with report of Xanax and also cotine. He is currently taking tramadol (we did not test for this). We counseled him regarding these findings and our pain contract that we will have him sign

Imaging

Cervical MRI 8/20/17: disk bulge at C5/6 and C6/7
Lumbar MRI 8/20/17: disk bulge at L4/5

OV Dr. Juneau 09/27/2018: has not had any CESI; PT with traction completed with temporary relief; LESI aggravated fungal infection; considering ACDF C4-5, C5-6 and C6-7

## Plan of Care

**Activity**

Avoid bed rest, Stay as active as tolerated increasing walking daily, Alternate rest with activity
Incorporate home exercise program as instructed
Warm up muscles before activity
Cold compress to areas of pain after activity; 20 minutes on and 20 minutes off while awake. Reminder to place a cloth between cold pack and skin.

Electronically Signed and Reviewed by MITCHELL, MATTHEW 06/23/2019 16:03:18

**Diet**

Continue home diet with moderate calorie intake

Increase fluids and vegetables, moderate fruits and concentrated sugars

**Education**

Follow up sooner PRN any concerns/questions

Continue pain agreement; safety in opiod use reviewed (www.painmed.org)

F/U with PCP for chronic medical issues and current physicians for surgery pending

Medication education (prescriptions and OTC) including safety, potential side effects, and taking only as prescribed

Smoking cessation discussed

Safety in ADLs

Patient voiced understanding and questions answered

**Injection Plan**

The available treatment options regarding their condition were reviewed, along with medical records, prior treatments, imaging studies, and patient report and our findings. Findings on imaging studies are consistent with symptoms being experienced. Acute exacerbation of radiculitis appears to be causing the current symptoms. The symptoms being generated include lumbar and cervical pain with extremity radicular symptoms. Injections are not appropriate at this time due to past flare-up of fungal infections. Patient agrees.

**Medications**

He would benefit from a steroid injection today but I feel this is contraindicated with a history of a fungal infection.

Refill Flexeril and diclofenac.

Follow up on status of compound cream; we gave a sample of Neuro cream today

Hold tramadol until he calls he still has tramadol at home; not using says Percocet helpful; he was reminded of pain agreement, but seems to have difficulty understanding principles if pain is not better.

Refill medications as indicated

After discussion regarding the patient's past history of a TBI, current misuse of his medications at home and use of cannibis, we will not increase tramadol nor change to Percocet. We see no contraindications to Belbuca if patient is willing to try. Will discuss at next OV or should patient call.

**Advanced Care : Advanced Care Plan**

The importance of having an Advanced Care Directive was discussed with the patient, no one is designated as the surrogate decision maker for the patient.

**UDT : Drug test monitoring**

The patient is to undergo a urine drug test to identify absence of prescribed medications and potential for abuse, misuse or diversion. Confirmatory testing required of the parent compound and the respective metabolites will include all current and prior prescribed medications which are. The patient is at moderate risk of controlled substance misuse placement in class II category. Patients in class II are usually on moderate doses of short acting medications up to 4 per day. Sedative medications may be used concomitantly. Prescriptions are filled routinely. Psychological illness may be present that also include chemical dependency to alcohol and tobacco products. Random urine drug testing will commence in accordance with State of Louisiana Regulations. Louisiana Administrative Code. Subchapter C, Clinic Administration 7831 Medical Director, Section C-6-a-i-9a) page 497:. Potential factors that may affect controlled substance misuse include predictive score on SOAPP V1-14Q assessment.

Electronically Signed and Reviewed by MITCHELL, MATTHEW 06/23/2019 16:03:18

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by MITCHELL, MATTHEW 06/25/2019 16:03:18

DOCTORS IMAGING | ADVANCED RADIOLOGY. TRUSTED CARE.

4204 TEUTON STREET
METAIRIE, LA 70006
PHONE: 504-883-8111
FAX: 504-883-3555

**TO:** RANDEE L BOOKSH Ph.D.
3925 N. I-10 SERVICE ROAD W,
SUITE 201A
METAIRIE, LA 70002

**FAX:** 5048899867

**NAME:** JAMES HALL
**MRN#** DS27089
**DOB:** 10/07/1973
**GENDER:** Male
**DATE OF SERVICE:** 12/18/2018
**REFERRING PHYS:** RANDEE L BOOKSH Ph.D.

---

EXAM: MRI BRAIN WITHOUT CONTRAST

HISTORY: POSTCONCUSSIONAL SYNDROME .

COMPARISON: None

TECHNIQUE: Multiplanar multisequence MR imaging of the brain was obtained on a Siemens 3 Tesla magnet without gadolinium.

A DTI acquisition was obtained in addition to the standard technique protocol and after analysis, a separate quantitative DTI report along with a NeuroQuant volumetric analysis will be rendered at a later date by Edward L. Soll, M.D

FINDINGS:

There is no restricted diffusion.

No significant gliotic white matter signal changes are present. No mass or mass effect is present. Susceptibility weighted images demonstrate no evidence of hemosiderin deposits.

The pituitary gland, midbrain, cerebellum, and upper cervical cord are normal in signal and morphology.

There is no pathologic fluid collection. The ventricular system and basilar cisterns are appropriate in size and configuration. Normal flow voids are noted in the major cerebral blood vessels.

Orbits, orbital contents, middle ears and mastoids appear unremarkable.

Pansinus disease is noted most severely affecting the maxillary sinuses with acute on chronic changes on the right.

CONCLUSION:

Negative MRI of the brain for hemorrhage, mass or infarction.

Pansinus disease with acute on chronic changes in the right maxillary sinus.

**INTERPRETING RADIOLOGIST:** DAVID SILVESTRI, M.D.
**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED** 12/18/2018 at 4:01 PM (CST)

**ACCESSION #:** DS461436

MINDSET DOCTORS IMAGING ADVANCED RADIOLOGY. TRUSTED CARE.

# Neuroscientific Report on Quantitative MRI Volumetrics and Diffusion Tensor Imaging

| | |
|---|---|
| **Client:** | **Hall, James** |
| **DOB:** | **10/07/1973** |
| **Gender:** | **Male** |
| **Date of Exam:** | **12/18/2018** |
| **Date of Report:** | **12/20/2018** |
| **Report By:** | **Jeffrey David Lewine, Ph.D.** |

## Background (from self-report notes):

Mr. Hall is a 45 year old male who was involved in a motor vehicle accident in September of 2017 with loss-of-consciousness for uncertain duration. Mr. Hall was evaluated previously using DTI on 9/22/2017. He presently self-reports several post-concussive symptoms including headaches, memory problems, changes in behavior and personality, sleeplessness, depression and fatigue.

## Technical Details:

Magnetic Resonance Imaging data were collected at Doctors Imaging in Metairie, LA. Data were collected using a Siemens 3.0 Tesla TRIO system. Employed imaging sequences included a T1-weighted 3D volumetric acquisition, T2 and FLAIR sequences, susceptibility weighted imaging (SWI) and diffusion tensor imaging (DTI).

Quantitative volumetric and DTI analyses were performed by Dr. Jeffrey David Lewine, Ph.D. and his colleagues at MINDSET. Opinions provided herein are from a neuroscientific perspective. For quantitative volumetric analyses, Dr. Lewine and his team used standardized, objective, and automated procedures in which regional brain volumes were calculated for 108 brain regions defined by the TD-Brodmann and AAL Atlases. These volumetric measures were scaled by total intracranial volume to correct for head size. Fractional Anisotropy (FA) was used as the core metric for integrity of white matter axonal pathways in DTI analyses. Standardized, automated, and objective procedures were also use to extract DTI-based FA values from 48 fiber tract regions using the Johns Hopkins University white matter atlas.

Volumetric and FA values from Mr. Hall were statistically evaluated with respect to volumetric and FA values derived from all sex and age-range (+/- 10 years) matched neuro-typical control subjects within a larger database of >1000 subjects that is maintained by the MINDSET Consulting Group in Albuquerque, New Mexico. The MINDSET data were collected on a 3.0 Tesla system belonging to the Mind Research Network. All neurotypical subjects were without history of neurological or psychiatric disease or injury, TBI, substance abuse, learning disability or developmental disability. A total of **86** matched control datasets were identified for volumetric evaluation, with **86** datasets identified for FA evaluation. All datasets (control and Mr. Hall) were obtained on the same type of scanner (a Siemens 3T TRIO), using identical pulse sequences and parameters, and processed using identical software algorithms and procedures.

MINDSET DOCTORS IMAGING ADVANCED RADIOLOGY. TRUSTED CARE.

The appendix document **NOLA-Appendix-I-MRI** provides a brief overview of basic neurobiology, conceptual and technical details on MRI volumetric and diffusion tensor imaging procedures, and how this information is used in the forensic evaluation of traumatic brain injury cases.

**Volumetric Findings:**

As shown in Figure 1, volumetric analyses conducted individually on 108 brain regions for Mr. Hall revealed 1 region to show an atypically low volume ($p<0.05$) and 6 regions to show atypically high volumes ($p<0.05$). Given the number of multiple comparisons (N=108), there is an expectation that even a subject without any history of neurological/psychiatric disease or injury will show a handful of brain regions with 'false positive' identification as abnormal. To address this issue of false positives during multiple comparisons, a Benjamini-Hochberg correction was applied with a False Discovery Rate of 25%. Following this correction, only two brain regions were still considered to be statistically abnormal – right Brodmann areas 1 and 45, both with abnormally high volumes.

Figure 2 provides a spatial display of the brain regions with atypical volumes at the level of individual testing. Table 1 provides a description of the functions of evaluated brain regions.

Low volumes may reflect perturbation of early developmental processes, malnutrition, toxic stress, toxic exposures, or more commonly neurological/psychiatric disease and/or brain injury.

High volumes may reflect perturbation of early developmental pruning, enhanced skill development, brain injury related edema and/or compensatory reactions to damage in other areas.

**Diffusion Tensor Imaging Findings**

As shown in Figure 3, Mr. Hall demonstrates an abnormally low FA value ($p<0.05$) in a single fiber tract regions as evaluated individually, in isolation (the middle cerebellar peduncle). Two fiber tracts (the left superior cerebellar peduncle and the left cingulum (hippocampus) showed atypically high FA values. Table 2 provides information on the statistical evaluation of each individual tract. Scatter plots showing the data from Mr. Hall with respect to 583 neurotypical male subjects in the MRN database are provided in the appendix document: **NOLA-Appendix-II-Scatter-Plots-Hall.** Table 3 summarizes connectivity and functional information on the various fiber tract regions. Additional information on the various fiber tracts is provided in the appendix document: **NOLA-Appendix-I-MRI.**

Given the number of multiple comparisons (N=48), there is an expectation that some tracts may be falsely identified as abnormal even for neurotypical subjects. To address this issue, the data were additionally evaluated using a Benjamini-Hochberg correction for multiple comparisons, with a false discovery rate of 25%. Following correction for multiple comparisons, None of the tract regions with FA abnormalities on isolated individual testing are still considered to be statistically abnormal.

M I N D S E T

DOCTORS IMAGING | ADVANCED RADIOLOGY. TRUSTED CARE.

**Impression and Conclusions:**

This is a minimally abnormal set of volumetric and DTI evaluations.

Volumetric analyses were mildly abnormal. On individual testing, there was 1 region with an atypically low volume and 6 with atypically high volumes. However, following correction for multiple comparisons, only right Brodmann areas 1 and 45 are still considered to be abnormal from a statistical perspective. Area 1 supports tactile processing for the contralateral side of the body. Brodmann area 45 on the right typically supports 'the flavor' of expressive language. From a neuroscientific perspective, it is unlikely that these observations of increased brain volume are a reflection of traumatic brain injury. They more likely reflect exceptional skill development. In considering these observation, it is important to note that the sensitivity of even volumetric MRI assessment to mild TBI is less than 70%. So, whereas the present volumetric data do not explicitly support the presence of mild TBI, they also do not strongly weigh against the possibility that Mr. Hall has a mild TBI.

Overall, DTI data for Mr. Hall were considered to be within normal limits, despite a handful of fiber tract regions with abnormal FA values on individual isolated evaluation (1 low, 2 high). In considering this observation, it is important to note that the sensitivity of even quantitative DTI assessment to mild TBI is less than 70%. So, whereas the present DTI data do not explicitly support the presence of mild TBI, they also do not strongly weigh against the possibility that Mr. Hall has a mild TBI.

Please note that quantitative MRI and DTI analyses are not stand-alone diagnostic tests for traumatic brain injury. They are part of a multifactorial evaluation of possible neurobiological consequences of head trauma.

Careful review of these imaging findings in the context of Mr. Hall's developmental profile, medical history, timeline of symptom development, and additional radiological, neurological, neuropsychological, and/or psychiatric evaluations may help to further clarify the etiology of these findings and his current clinical status.

This report has been prepared by:

Jeffrey David Lewine, Ph.D.
Principal Neuroscientific Consultant, MINDSET
Professor of Translational Neuroscience, Director of Business Development, the Mind Research Network
Director of Neuroscience, Lovelace Scientific Resources
Adjunct Associate Professor of Neurology and Psychology, University of New Mexico

THE CONCUSSION GROUP
in collaboration with DOCTORS IMAGING MINDSET

Edward L. Soll, M.D. Radiologist, Director
Jeffrey D. Lewine, PhD Translational NeuroScience
Anne L. Foundas, M.D. FAAN, Cognitive Neurology
David D. Silvestri, M.D. Radiology
David J. Robinson, R.T. Technical Director

**PATIENT**
**Hall, James**
**DOB: 10/07/1973**
**Gender: Male**
**Date of Exam: 12/18/2018**
**Date of Report: 12/20/2018**

**Review and Comment:**

I have supervised the DTI DiCOM data acquisition process performed onsite at Doctors Imaging and reviewed the Mindset Volumetric/DTI analysis; and confirm that the MRI protocols as well as the applied analytic tools were methodically utilized as designed. I accept the final DTI and Volumetric Z-Scores as statistically appropriate.

Edward L. Soll, M.D.
Certified, American Board of Radiology 1973
Radiologist, Doctors Imaging
Director, The Concussion Group

**Review and Comment:**

I have reviewed the Mindset Volumetric/DTI analysis and accept the final DTI and Volumetric Z-Scores as statistically appropriate.

David D. Silvestri, M.D.
Certified, American Board of Radiology 1998
Medical Director, Doctors Imaging
Radiologist, The Concussion Group

M I N D S E T

DOCTORS IMAGING ADVANCED RADIOLOGY. TRUSTED CARE.

**Figure 1: Mr. Hall**
**Z-scores for Regional Brain Volumes, Scaled by Total Intracranial Volume**

LEFT RIGHT




## Region-of-interest volumetric analyses

Data are shown as normalized Z-scores based on comparison with a sex and age-range (+/- 10 years) matched group of **86** neuro-typical subjects.

**At the level of individual isolated analyses:**

Gray bars show regions that do not deviate significantly from normal.

Regions where the bar is red have abnormally high volumes ($p<0.05$).

Regions where the bar is blue have abnormally low volumes ($p<0.05$).



For **Mr. Hall,** isolated evaluation of individual brain regions reveals 1 region with an atypically low brain volume, and 6 regions with atypically high volumes.

However, only observations with an * survive correction for multiple comparisons.

**Following correction for multiple comparisons, only <u>TWO</u> of the regions identified as abnormal at the isolated individual level are still considered to be abnormal from a statistical perspective.**

*MINDSET Consulting Group, 1101 Yale Blvd, NE, Albuquerque, NM, 87106; phone: 505-414-0414; www.mindsetconsultinggroup.com*
*Doctors Imaging, 4204 Teuton Street, Metairie, LA 70006; phone: 504-883-8111; www.doctorsimaging.com*

MINDSET | DOCTORS IMAGING ADVANCED RADIOLOGY. TRUSTED CARE.

**Figure 2: Mr. Hall- Brain Regions with Abnormal Volumes on Isolated Evaluation**

For Mr. Hall, only **right Brodmann areas 1 and 45** are still considered to be statistically abnormal after correction for multiple comparisons.
















**white/gray – volume within normal limits**
**red – high volume**
**blue – low volume**

MINDSET

DOCTORS IMAGING ADVANCED RADIOLOGY. TRUSTED CARE.

## Table 1: Mr. Hall
## Regions-of-Interest with Abnormal Volumes on Individual Evaluation

For Mr. Hall, only **right Brodmann areas 1 and 45** are still considered to be statistically abnormal after correction for multiple comparisons.

| Area | | General Location | Supported Functions |
|---|---|---|---|
| Brodmann 1,2,3 | R*/L | Primary somatosensory cortex | Tactile sensation |
| Brodmann 4 | R/L | Primary motor cortex | Motor control |
| Brodmann 5 | R/L | Somatosensory association cortex | Tactile object recognition |
| Brodmann 6 | R/L | Premotor and Supplementary motor cortex | Control of proximal and trunk muscles; Motor sequencing |
| Brodmann 7 | R/L | Somatosensory association cortex | Visuo-spatial processing; Praxic abilities |
| Brodmann 8 | R/L | Frontal eye fields | Planning of complex movements, control of eye movements |
| Brodmann 9 | R/L | Dorsolateral Prefrontal Cortex | Executive Function, Working Memory |
| Brodmann 10 | R/L | Anterior Prefrontal Cortex | Strategic Planning, Cognitive Branching |
| Brodmann 11 | R/L | Orbital Frontal Cortex | Behavioral/Emotional Regulation, Behavioral Inhibition |
| Brodmann 13 | R/L | Insula | Social emotions, multimodal sensory processing, salience |
| Brodmann 17 | R/L | Primary Visual Cortex | Basic Vision |
| Brodmann 18 | R/L | Secondary Visual Cortex | Shape recognition, visual attention |
| Brodmann 19 | R/L | Association Visual Cortex | Visual-spatial processing, visual motion, face and word processing (R/L) |
| Brodmann 20 | R/L | Inferior Temporal Gyrus | High-level visual information processing and recognition memory |
| Brodmann 21 | R/L | Middle Temporal Gyrus | Complex auditory processing and language |
| Brodmann 22 | R/L | Superior Temporal Gyrus | Auditory processing, Receptive Language (Wernicke's area) |
| Brodmann 23 | R/L | Posterior Cingulate Cortex | Emotion and Memory, Intrinsic Control |
| Brodmann 24 | R/L | Anterior Cingulate Cortex | Behavioral Control, Reward Based Decision Making, Social Evaluation |
| Brodmann 25 | R/L | Subgenual Ventromedial Prefrontal Cortex | Decision making, emotion, social behavior |
| Brodmann 27 | R/L | Periform Cortex | Olfaction |
| Brodmann 28 | R/L | Ventral Entorhinal Cortex | Short-term memory |
| Brodmann 29 | R* | Retrosplenial Cingulate Cortex | Emotion and Memory, Intrinsic Control |
| Brodmann 30 | R/L | Part of Cingulate Cortex | Emotion and Memory, Intrinsic Control |
| Brodmann 31 | R/L | Dorsal Posterior Cingulate Cortex | Emotion and Memory, Intrinsic Control |
| Brodmann 32 | R/L | Dorsal Anterior Cingulate Cortex | Behavioral Control, Reward Based Decision Making, Social Evaluation |
| Brodmann 33 | R/L | Part of the Anterior Cingulate Cortex | Behavioral Control, Reward Based Decision Making, Social Evaluation |
| Brodmann 34 | R/L | Dorsal Entorhinal Cortex/Parahippocampal Gyrus | Short-term memory |
| Brodmann 35 | R/L | Perirhinal Cortex | Short-term memory |
| Brodmann 36 | R/L | Ectorhinal Area | Short-term memory |
| Brodmann 37 | R/L | Fusiform Gyrus | Word recognition (L) / Face Processing (R) |
| Brodmann 38 | R/L | Temporopolar Regions | Memory, Language |
| Brodmann 39 | L | Angular Gyrus | Language, reading, mathematics, attention |
| Brodmann 40 | L | Supramarginal Gyrus | Spatial perception, phonological choices |
| Brodmann 41 | R/L | Primary Auditory Cortex | Basic Hearing |
| Brodmann 42 | R/L | Auditory Cortex | Auditory processing |
| Brodmann 43 | R/L | Primary Gustatory Cortex | Taste |
| Brodmann 44 | R/L | Pars opercularis, inferior frontal gyrus, part of Broca's area | Expressive Language |
| Brodmann 45 | R* | Pars triangularis, inferior frontal gyrus, part of Broca's area | Expressive Language |
| Brodmann 46 | L | Dorsolateral Prefrontal Cortex | Executive Function, Working Memory |
| Brodmann 47 | R/L | Pars orbitalis, inferior frontal gyrus | Syntax |
| Dentate | R | Part of the Hippocampus | Short-term Memory |
| Hippocampus | R/L | Medial Temporal Lobe | Short-term Memory |
| Amygdala | R/L | Medial Temporal Lobe | Emotion |
| Optic Tract | R/L | | Post-chiasm Fibers, Contralateral Visual Field |
| Hypothalamus | R/L | | Regulates autonomic functions, pituitary, hunger, sleep |
| Substantia Nigra | R/L | | Dopaminergic motor control |
| Red Nucleus | R/L | | Motor Coordination |
| Mammillary Body | R/L | | Memory |
| Anterior Commissure | R/L | | Interconnects R/L temporal lobes |
| Corpus Callosum | R/L | | Interconnects R/L hemisphere |
| Caudate | R/L | Part of the Basal Ganglia | Regulates movement |
| Putamen | R/L | Part of the Basal Ganglia | Regulates movement |
| Pallidum | R/L | Part of the Basal Ganglia | Regulates movement |
| Thalamus | R/L | | Sensory, Motor, Emotional and Cognitive Functioning |

**Low volumes may reflect perturbation of early developmental processes, malnutrition, toxic stress, toxic exposures, or more commonly neurological/psychiatric disease and/or brain injury.**

**High volumes may reflect perturbation of early developmental pruning, enhanced skill development, brain injury related edema and/or compensatory reactions to damage in other areas.**

MINDSET

DOCTORS IMAGING | ADVANCED RADIOLOGY. TRUSTED CARE.

**Figure 3: Mr. Hall**
**Z-scores for FA Values**




The first 6 tracts are at the midline and without separable left/right components. Identical values are plotted on the left and right sides.

## FA Values for Fiber Tract Regions

Data are shown as normalized Z-scores based on comparison with a sex and age-range (+/- 10 years) matched group of **86** neuro-typical subjects.

Gray bars show tract regions that do not deviate significantly from normal.

Tract regions where the bar is red have abnormally high FA values ($p<0.05$).

Tract regions where the bar is blue have abnormally low FA values ($p<0.05$).



For **Mr. Hall,** isolated evaluation of individual fiber tract regions reveals one fiber tract region with an atypically high FA value. No tracts show low FA.

However, only observations with an * survive correction for multiple comparisons.

**Following correction for multiple comparisons, <u>NONE</u> of the tracts identified as abnormal at the level of individual evaluation were still considered to be statistically abnormal.**

MINDSET

DOCTORS IMAGING | ADVANCED RADIOLOGY. TRUSTED CARE.

**Table 2 – Mr. Hall, FA Values**

For Mr. Hall, **NONE** of the regions that were abnormal on isolated individual testing are still considered to be abnormal after correction for multiple comparisons.

| # | Regions | Client | Database | Stdev | Z-score |
|---|---|---|---|---|---|
| 1 | Middle cerebellar peduncle | 0.392 | 0.440 | 0.020 | -2.456 |
| 2 | Pontine crossing tract (a part of MCP) | 0.419 | 0.429 | 0.030 | -0.345 |
| 3 | Genu of corpus callosum | 0.617 | 0.628 | 0.026 | -0.409 |
| 4 | Body of corpus callosum | 0.659 | 0.668 | 0.033 | -0.299 |
| 5 | Splenium of corpus callosum | 0.738 | 0.743 | 0.021 | -0.251 |
| 6 | Fornix (column and body of fornix) | 0.376 | 0.370 | 0.051 | 0.109 |
| 7 | Corticospinal tract R | 0.450 | 0.429 | 0.038 | 0.560 |
| 8 | Corticospinal tract L | 0.462 | 0.444 | 0.038 | 0.472 |
| 9 | Medial lemniscus R | 0.573 | 0.544 | 0.026 | 1.092 |
| 10 | Medial lemniscus L | 0.590 | 0.549 | 0.028 | 1.467 |
| 11 | Inferior cerebellar peduncle R | 0.438 | 0.411 | 0.030 | 0.911 |
| 12 | Inferior cerebellar peduncle L | 0.421 | 0.413 | 0.029 | 0.284 |
| 13 | Superior cerebellar peduncle R | 0.547 | 0.550 | 0.026 | -0.110 |
| 14 | Superior cerebellar peduncle L | 0.579 | 0.528 | 0.024 | 2.102 |
| 15 | Cerebral peduncle R | 0.603 | 0.632 | 0.025 | -1.141 |
| 16 | Cerebral peduncle L | 0.640 | 0.647 | 0.024 | -0.314 |
| 17 | Anterior limb of internal capsule R | 0.527 | 0.524 | 0.022 | 0.137 |
| 18 | Anterior limb of internal capsule L | 0.538 | 0.527 | 0.022 | 0.477 |
| 19 | Posterior limb of internal capsule R | 0.589 | 0.582 | 0.022 | 0.356 |
| 20 | Posterior limb of internal capsule L | 0.593 | 0.599 | 0.022 | -0.274 |
| 21 | Retrolenticular part of internal capsule R | 0.568 | 0.541 | 0.027 | 0.959 |
| 22 | Retrolenticular part of internal capsule L | 0.589 | 0.578 | 0.029 | 0.357 |
| 23 | Anterior corona radiata R | 0.435 | 0.421 | 0.029 | 0.463 |
| 24 | Anterior corona radiata L | 0.419 | 0.407 | 0.028 | 0.409 |
| 25 | Superior corona radiata R | 0.430 | 0.442 | 0.026 | -0.471 |
| 26 | Superior corona radiata L | 0.452 | 0.460 | 0.026 | -0.312 |
| 27 | Posterior corona radiata R | 0.432 | 0.434 | 0.029 | -0.088 |
| 28 | Posterior corona radiata L | 0.439 | 0.433 | 0.028 | 0.209 |
| 29 | Posterior thalamic radiation R | 0.540 | 0.529 | 0.032 | 0.344 |
| 30 | Posterior thalamic radiation L | 0.531 | 0.519 | 0.030 | 0.414 |
| 31 | Sagittal stratum R | 0.468 | 0.481 | 0.027 | -0.459 |
| 32 | Sagittal stratum L | 0.473 | 0.468 | 0.028 | 0.180 |
| 33 | External capsule R | 0.378 | 0.388 | 0.022 | -0.428 |
| 34 | External capsule L | 0.445 | 0.425 | 0.025 | 0.793 |
| 35 | Cingulum (cingulate gyrus) R | 0.469 | 0.453 | 0.027 | 0.614 |
| 36 | Cingulum (cingulate gyrus) L | 0.502 | 0.496 | 0.030 | 0.179 |
| 37 | Cingulum (hippocampus) R | 0.395 | 0.358 | 0.029 | 1.254 |
| 38 | Cingulum (hippocampus) L | 0.429 | 0.371 | 0.033 | 1.730 |
| 39 | Fornix (cres) / Stria terminalis R | 0.435 | 0.439 | 0.025 | -0.154 |
| 40 | Fornix (cres) / Stria terminalis L | 0.497 | 0.490 | 0.031 | 0.233 |
| 41 | Superior longitudinal fasciculus R | 0.415 | 0.428 | 0.026 | -0.483 |
| 42 | Superior longitudinal fasciculus L | 0.414 | 0.449 | 0.026 | -1.353 |
| 43 | Superior fronto-occipital fasciculus R | 0.426 | 0.452 | 0.031 | -0.838 |
| 44 | Superior fronto-occipital fasciculus L | 0.467 | 0.438 | 0.030 | 0.937 |
| 45 | Uncinate fasciculus R | 0.388 | 0.423 | 0.032 | -1.080 |
| 46 | Uncinate fasciculus L | 0.392 | 0.423 | 0.033 | -0.961 |
| 47 | Tapetum R | 0.388 | 0.365 | 0.030 | 0.771 |
| 48 | Tapetum L | 0.307 | 0.298 | 0.027 | 0.308 |

| |
|---|
| Client FA value abnormally high, $p<0.05$ (isolated, individual testing) |
| Client FA value abnormally low, $p<0.05$ (isolated, individual testing) |
| * indicates survival of correction for multiple comparisons |

M I N D S E T

DOCTORS IMAGING ADVANCED RADIOLOGY. TRUSTED CARE.

## Table 3: Mr. Hall
## Fiber Tract Regions of Interest With Abnormal FA Values

For Mr. Hall, **NONE** of the fiber tracts that were abnormal on isolated individual testing are still considered to be abnormal after correction for multiple comparisons.

| JHU White Matter Atlas Fiber Tract Regions | | Connections | Supported Functions |
|---|---|---|---|
| | | | |
| Middle Cerebral Peduncle | Midline | Interconnects Cerebellum and Pons | Initiation and Timing of Volitional Movement |
| Pontine Crossing Tracts | Midline | Interconnects Pons and Contralateral Cerebellum | Coordination of Movement |
| Genu of the Corpus Callosum | Midline | Interconnects Right and Left Anterior Frontal Lobes | Interhemispheric Integration of Executive Functions |
| Body of the Corpus Callosum | Midline | Interconnects Right and Left Posterior Frontal Lobes Interconnects Right and Left Parietal Lobes | Interhemispheric integration of Motor and Somatosensory Functions |
| Splenium of the Corpus Callosum | Midline | Interconnects Right and Left Occipital Lobes | Interhemispheric Integration of Visual Functions |
| Fornix | Midline | Interconnects the Hippocampus and Mammillary Bodies | Short-Term Memory |
| Corticospinal Tracts | R/L | Connects Primary Motor Cortex with Contralateral Spinal Motor Neurons | Motor Control of the Contralateral Side of the Body |
| Medial Lemniscus | R/L | Connects Dorsal Column Nuclei with the Contralateral Thalamus (VPL) | Somatosensory Perception of the Contralateral Side of the Body |
| Inferior Cerebellar Peduncles | R/L | Connects Spinal Cord and the Medulla to the Cerebellum | Posture, Balance, and Coordination |
| Superior Cerebellar Peduncles | R/L | Interconnects Cerebellum to Pons and Midbrain | Motor Coordination and Balance |
| Cerebral Peduncles | R/L | Interconnects Cerebellum with the Thalamus and Motor Cortex | Motor Control |
| Anterior Limb of the Internal Capsule | R/L | Contains Fibers Interconnecting the Thalamus and Frontal Lobe; Lentiform and Caudate Nuclei; Cortex and Corpus Striatum | Motor Control; Higher Cognitive Function |
| Posterior Limb of the Internal Capsule | R/L | Contains Fibers Interconnecting Motor Areas with the Brainstem; Midbrain and the Thalamus, Occipital Lobes, and Temporal Lobes | Visual-Spatial Processing, Visual Motion, Face and Word Processing (R/L) |
| Retrolenticular Part of the Internal Capsule | R/L | Interconnects Thalamus and Occipital Cortex | Visual Processing |
| Anterior Corona Radiata | R/L | Contains Descending and Ascending Fibers Related to Cortex – especially for the Frontal Lobes | Higher Cognitive Function |
| Superior Corona Radiata | R/L | Contains Descending and Ascending Fibers Related to Cortex – especially for the Motor Cortex | Motor Control |
| Posterior Corona Radiata | R/L | Contains Descending and Ascending Fibers Related to Cortex – especially for the Parietal Lobes | Attentional Control, Somatosensory Function |
| Posterior Thalamic Radiation | R/L | Interconnects Thalamus and Cortex | Visual and Auditory Function |
| Sagittal Stratum | R/L | Interconnects Thalamus with Occipital, Parietal, Temporal and Cingulate Cortices | Visual, Auditory, and Cognitive Function |
| External Capsule | R/L | Contains Cortico-Cortical Association Fibers for Occipital, Temporal, Parietal, and Cingulate Cortices | Cognitive Processing |
| Cingulum (cingulate cortex) | R/L | Interconnects Cingulate and Pre-Frontal Cortices | Cognitive Processing and Decision Making |
| Cingulum (hippocampus) | R/L | Interconnects Cingulate and Entorhinal Cortices | Memory, Emotional Processing |
| Fornix (cres) and Stria Terminalis | R/L | Interconnects Hippocampus and Mammillary Bodies; Amygdala with the Septal Region and Hypothalamus | Memory, Emotional Processing, Fear Response |
| Superior Longitudinal Fasciculus | R/L | Interconnects the Front and Back of the Cerebrum, Including Frontal, Parietal, Occipital, and Cingulate Areas | Higher Cortical Functions |
| Superior Fronto-Occipital Fasciculus | R/L | Interconnects the Frontal Lobe with the Occipital and Parietal Lobes | Spatial Awareness |
| Uncinate Fasciculus | R/L | Interconnects Hippocampus and Amygdala with Orbital Frontal Cortex | Memory, Emotional Processing |
| Tapetum | R/L | Contains Commissural Fibers Interconnecting Right and Left Temporal Lobes | Interhemispheric Integration for Auditory Processing |

| |
|---|
| Client FA value abnormally high, $p<0.05$ (isolated, individual testing) |
| Client FA value abnormally low, $p<0.05$ (isolated, individual testing) |
| * indicates survival of correction for multiple comparisons |

M I N D S E T

DOCTORS IMAGING ADVANCED RADIOLOGY. TRUSTED CARE.

*MINDSET Consulting Group, 1101 Yale Blvd, NE, Albuquerque, NM, 87106; phone: 505-414-0414; www.mindsetconsultinggroup.com*
*Doctors Imaging, 4204 Teuton Street, Metairie, LA 70006; phone: 504-883-8111; www.doctorsimaging.com*

Fernando Alemany, MD, FACPS
3975 I-49 South Service Rd
Suite 105
Opelousas, Louisiana 70570
Tel (337) 594-0750
Fax (337)594-0752

451 Heymann Blvd.
Grant Molett Medical Arts Plaza
Lafayette, Louisiana 70503

Date: 3/18/19 Time: 1450 DOB: 10/7/73

Name: James Hall

HPI: Hx of (L) knee sx / Hx (R) shoulder sx / tattoos / mold exposure fungal infection / immune system / herniated disc / back

PMH: Active: Pt had tendon repair on (L) hand x3 weeks ago. (+) pain in neck and back gotten worse (+) (R) ear. Pt states feels like fluid inside and "can hear heart beat". Pt states treating pain c̄ tramadol, CBD, and marijuana

Allergies: Hydrocodone / Mold

COLON CANCER SCREEN: PSA: MAMOGRAM: PAP: PPD:

FLU VAC: PNEUMOVAC: ZOSTER VAC: TETANUS VAC:

HEP VAC: MEDICARE WELLNESS: ANNUAL WELLNESS:

Meds: SEE MAR

Soc. Hx:

Family Hx: Hx (L) hand tendon repair

Previous Surgeries:

ROS: POSITIVE –

NEG--

Physical exam; Alert, Oriented to self

BP 124/80 P 70 R 18 T Wt: 212

HEAD:

EYES:

NASOPHARYNGIAL: A/P pain to Back / Neck

OROPHARYNGEAL:

EARS:

NECK: 2/ Depression

NEUROLOGICAL:

HEART: – / –

LUNGS: – CB

ABD: – 7

G/U: P) ↑ Cymbalta to 60mg QD

Ext:

LABS:

ASSESMENT:

PLAN:

RTC Monday April 8, 2019 1:30 pm

MD SIG: [signature]

MEDS: Bought
Did Not Bring

NURSE SIG: [signature]

Fernando ...many MD, FICPS
3975 I-49 South Service Rd
Suite 105
Opelousas, Louisiana 70570
Tel (337) 594-0750
Fax (337) 594-0752

451 Heymann Blvd.
Grant Molett Medical Arts Plaza
Lafayette, Louisiana 70503

Date: 1/3/19 Time: 1030 DOB: 10/1/73

Name: James Hall Age 45

HPI: Hx of Lt Knee sx, Hx Rt shoulder sx tattoos, mold Exposure Fungal infection, ↓ immune system, herniated disc ↓ Back

PMH: Active ⊕ SOB ⊕ chest pains. States had fungal infection x 6 months. States needs to have blood work done before having next procedure.

Allergies: Hydrocodone, Mold

COLON CANCER SCREEN: PSA: MAMOGRAM: PAP: PPD:

FLU VAC: PNEUMOVAC: ZOSTER VAC: TETANUS VAC:

HEP VAC: MEDICARE WELLNESS: ANNUAL WELLNESS:

Meds: SEE MAR

Soc. Hx: ⊕ Smoke > 2 ppd

Family Hx:

Previous Surgeries:

ROS: POSITIVE –

NEG--

Physical exam; Alert, Oriented to self

BP 121/82 P 83 R 18 T wt 212

HEAD:

EYES:

NASOPHARYNGIAL:

OROPHARYNGEAL:

EARS:

NECK:

NEUROLOGICAL: N/[illegible]

HEART:

LUNGS:

ABD:

G/U:

Ext:

LABS:

ASSESMENT:

AP – needs [illegible] operation
needs [illegible] x 2
If he fails, then he'll need an operation

✓ [illegible]
✓ CBC
[illegible]

PLAN: Postop

* I Heavily counseled pt on smoke cessation > 10 mins

MD SIG:

MEDS: Bought
Did Not Bring

NURSE SIG: [signature]

Plaintiff Trial Exhibit 4q pg 2

Fernando A... any MD, FICPS
3975 I-49 South Service Rd
Suite 105
Opelousas, Louisiana 70570
Tel (337) 594-0750
Fax (337)594-0752

451 Heymann Blvd.
Grant Molett Medical Arts Plaza
Lafayette, Louisiana 70503

Date: 12/13/18 Time: 1030 DOB: 10/7/73

Name: James Hall

HPI: Hx Ⓛ knee Sx | Hx Ⓡ shoulder Sx Hattoos

PMH: Active: pt here for check up c/o completed difficulty x3days - ⊕ head congestion ⊕ fatigue ⊕ cough ⊕ runny nose ⊕ heavy in chest ⊕ head pressure ⊕ decreased appetite

Allergies: Hydrocodone, mold

COLON CANCER SCREEN: PSA: MAMOGRAM: PAP: PPD:

FLU VAC: PNEUMOVAC: ZOSTER VAC: TETANUS VAC:

HEP VAC: MEDICARE WELLNESS: ANNUAL WELLNESS:

Meds: SEE MAR

Soc. Hx: Smoky 1½ ppd

Family Hx:

Previous Surgeries:

ROS: POSITIVE – Cough / Fever

NEG--

Physical exam; Alert, Oriented to self

BP 127/93 P 96 R 18 T Wt: 206

HEAD:

EYES:

NASOPHARYNGIAL:

OROPHARYNGEAL: A) URI – Levaquin 500 qd x10 days

EARS:

NECK:

NEUROLOGICAL:

HEART: no drugs

LUNGS: – RAS

ABD:

G/U: * I told pt that Smoking

Ext:

LABS: will ↓ Immune system

ASSESMENT:

⊕ ↑ risk of failure to other Rx !

PLAN: Thurs January 3, 2018 10:30 am

MD SIG:

MEDS: Bought
~~Did Not Bring~~

NURSE SIG: [signature]

... Yemany MD, FICPS
3975 I-49 South Service Rd
Suite 105
Opelousas, Louisiana 70570
Tel (337) 594-0750
Fax (337)594-0752

451 Heymann Blvd.
Grant Molett Medical Arts Plaza
Lafayette, Louisiana 70503

Date: 11/29/18 Time: 10:30 DOB: 10/7/73

Name: James Hall

HPI: Hx Crime Sx / Hx R shoulder Sx / tattoos.

PMH: Active: Pt new for check up, pain between shoulder blades, small red splotches of fungal rash to L leg, Pt has 2 wks left of meds for rash.

Allergies: Hydrocodone

COLON CANCER SCREEN: PSA: MAMOGRAM: PAP: PPD:
FLU VAC: PNEUMOVAC: ZOSTER VAC: TETANUS VAC:
HEP VAC: MEDICARE WELLNESS: ANNUAL WELLNESS:
Meds: SEE MAR
Soc. Hx: ⊕ Smoker
Family Hx:
Previous Surgeries:
ROS: POSITIVE –
NEG–
Physical exam; Alert, Oriented to self
BP 130/87 P 89 R 18 T Wt: 206
HEAD:
EYES:
NASOPHARYNGIAL:
OROPHARYNGEAL:
EARS:
NECK:
NEUROLOGICAL:
HEART:
LUNGS:
ABD:
G/U:
Ext:
LABS:
ASSESMENT:

A/P – Depression – 2° to Pain
– Dc D ↑ Smoking
→ Add Cymbalta 30 mg
→ Taken Better Bey TX For Infections
– Has 2 weeks left of ABX's

PLAN: Thurs. December 20, 2018 10:15 am

MD SIG:

MEDS: Bought / Did Not Bring
NURSE SIG:

Fernan many MD, FICPS
3975 I-49 South Service Rd
Suite 105
Opelousas, Louisiana 70570
Tel (337) 594-0750
Fax (337)594-0752

451 Heymann Blvd.
Grant Molett Medical Arts Plaza
Lafayette, Louisiana 70503

Date: 10/12/18 Time: 1035 DOB: 10/7/73
Name: James Hall Age 45
HPI: H/O Lt Knee sx, H/O Rt shoulder sx, tattoos

PMH: Active: here for results of labs + U/S. Patient pends lt hand sx wants clearance by you before having any type of sx. ⊕ Smoking still uses CBD oil ⊕ pain to back + neck
Allergies: Hydrocodone
COLON CANCER SCREEN: PSA:
FLU VAC: PNEUMOVAC: MAMOGRAM: PAP: PPD:
HEP VAC: ZOSTER VAC: TETANUS VAC:
MEDICARE WELLNESS:
Meds: SEE MAR ANNUAL WELLNESS:
Soc. Hx:
Family Hx: ↑ prod —
Previous Surgeries:
ROS: POSITIVE – → was seen by Dr [illegible]; ∅ Tx Rec | HgB B <∅
NEG--
Physical exam; Alert, Oriented to self HCV <∅
BP 138/101 P 79 R 18 T Wt 209
HEAD:
EYES:
NASOPHARYNGIAL:
OROPHARYNGEAL:
EARS:
NECK:
NEUROLOGICAL:
HEART: — N
LUNGS: — c/z
ABD:
G/U:
Ext: — ∅ Edz
LABS:
ASSESMENT:

A/P → ↑ LFT's
2/ HgB – ∅ AC AK
3/ ASV
4/ ↓ D3 – on support
↑ CRP 2° to Smoking
↑ WBC – Reactive leukemoid reaction

PLAN:
Rtc Thursday Nov. 29, 2018 10:00 am

* I counsel on smoke cessation [illegible]

MD SIG:

MEDS: Bought
Did Not Bring
NURSE SIG: [illegible]

Fernando A—any MD, FICPS
3975 I-49 South Service Rd
Suite 105
Opelousas, Louisiana 70570
Tel (337) 594-0750
Fax (337)594-0752

451 Heymann Blvd
Grant Molett Medical Arts Plaz
Lafayette, Louisiana 7050

Date: 9/20/18 Time: 1345 DOB: 10/7/73

Name: James Hall

HPI: Hx Ⓛ knee Sx / Hx Ⓡ shoulder Sx Tattoos

PMH: Active: Pt here for labs results. Pt states since starting diflucan itching to skin getting better. Rheumatoid... c sob getting better pt states

Allergies: Hydrocodone

COLON CANCER SCREEN: PSA: MAMOGRAM: PAP: PPD:
FLU VAC: PNEUMOVAC: ZOSTER VAC: TETANUS VAC:
HEP VAC: MEDICARE WELLNESS: ANNUAL WELLNESS:

Meds: SEE MAR

Soc. Hx:

Family Hx:

Previous Surgeries:

ROS: POSITIVE –
NEG–

Physical exam; Alert, Oriented to self

BP 124/80 P 81 R 18 T Wt: 208

HEAD:
EYES:
NASOPHARYNGIAL:
OROPHARYNGEAL:
EARS:
NECK:
NEUROLOGICAL:
HEART: –
LUNGS: –
ABD: –
G/U:
Ext: –
LABS:
ASSESMENT:

1) ↑ LFTs
2) HepB Surface Ab ⊕
3) N Dom
4) ↓ D3
5) ↓ Testosterone
6) ↑ LFTs

HCV – Ø detected
9/13/18

Testosterone – 176
PSA 0.248
ALT – 69.6
HgA1c 6.1
D3 – 29.8
CO2 27.28
Lymph – ... – 10.30

PLAN:

P → ✓US Liver
✓ HepB viral load
Add Chromium Picolinate
* ↑ LFTs could be 2° to supplements

RTC Friday October 12, 2018 10:00 AM

MD SIG:

MEDS: Bought / Did Not Bring

NURSE SIG:

[illegible] MD, FICPS
3975 I-49 So[illegible] Service Rd
Suite 105
Opelousas, Louisiana 70570
Tel (337) 594-0750
Fax (337)594-0752

451 Heymann Blvd.
Grant Molett Medical Arts Plaza
Lafayette, Louisiana 70503

Date: 9/10/18 Time: 0925 DOB: 10/07/73

Name: James Hall

HPI: ~~Hx (L) Shoulder Dx~~ — Hx (L) knee Dx / Hx (R) Shoulder Dx

PMH: Active: pt has had an allergic reaction to hydrocodone and broke out into hives. This Saturday pt had locked joints in hands, pain would switch from joint regions. (R) skin still makes red splotches. Pt states he thinks he could have Lyme disease. Does not recall being bit by a bug. (+) red "ring" c̄ flaky skin in the center, below (L) knee. Symptoms present x 5 months ago.

Allergies: Hydrocodone

COLON CANCER SCREEN: PSA: MAMOGRAM: PAP: PPD:

FLU VAC: PNEUMOVAC: ZOSTER VAC: TETANUS VAC:

HEP VAC: MEDICARE WELLNESS: ANNUAL WELLNESS:

Meds: SEE MAR

Soc. Hx:

Family Hx:

Previous Surgeries:

ROS: POSITIVE –

NEG--

Physical exam; Alert, Oriented to self

BP 119/78 P 75 R 18 T Wt: 208

HEAD:

EYES:

NASOPHARYNGIAL:

OROPHARYNGEAL:

EARS:

NECK:

NEUROLOGICAL: [illegible]

HEART: [illegible]

LUNGS: [illegible]

ABD: [illegible]

G/U:

Ext: [illegible]

LABS:

ASSESMENT:

Allergic Rxn to pain med

✓ PGX

Tinea pedis — Rx Diflucan [illegible] x 6 wks

✓ Lyme disease Ig G/M

✓ [illegible]

PLAN:

Rx [illegible] 945 am 9/20/2018 [illegible]

MD SIG: [signature]

MEDS: Bought / Did Not Bring Med list

NURSE SIG: SW, CMA

**Park Place Surgical Hospital**
**4811 Ambassador Caffery Parkway**
**Lafayette, Louisiana 70508**

**PATIENT NAME:** JAMES HALL
**PATIENT NUMBER:** 1088158
**DATE OF ADMIT:** 08/14/2018
**DATE OF PROCEDURE:** 08/14/2018

## OPERATIVE REPORT

PREPROCEDURE DIAGNOSES:
1. Left L5 radiculitis.
2. Right L5 radiculitis.
3. Lumbar desiccation at L4-5.

POST PROCEDURE DIAGNOSES:
1. Left L5 radiculitis.
2. Right L5 radiculitis.
3. Lumbar desiccation at L4-5.

SURGEON: Kevin Lasseigne, MD

PROCEDURE:
1. Left therapeutic L5 selective nerve root injection.
2. Right therapeutic L5 selective nerve root injection.

CPT CODE: 64483, modifier 50, 77003.

SEDATION:

DETAILS OF THE PROCEDURE: Cycled 2 minute blood pressure, pulse, oxygen saturation, electrocardiogram and mean arterial pressure monitoring were maintained throughout the procedure. The back was prepped and draped in the usual sterile manner. A skin wheal was raised with 1 percent Lidocaine. A 22-gauge 5-inch spinal needle was advanced to the 6 o'clock position of the left L5 pedicle under fluoroscopic guidance. 0.5 cubic centimeters of Omnipaque was infused and contrast outlined the left L5 nerve root under fluoroscopic guidance at which time 3 cubic centimeters of a 1:1 mixture containing dexamethasone and 1 percent Lidocaine was then infused. Attention was then addressed to the right L5 nerve root. A skin wheal was raised with 1 percent Lidocaine. A 22-gauge 5-inch spinal needle was advanced to the 6 o'clock position of the right L5 pedicle under fluoroscopic guidance. 0.5 cubic centimeters of Omnipaque was infused and contrast outlined the right L5 nerve root under fluoroscopic guidance at which time 3 cubic centimeters of a 1:1 mixture containing dexamethasone and 1 percent Lidocaine was then infused. The patient was monitored for any adverse allergic, paralytic, and/or hypertensive reaction.

DISCHARGE SUMMARY:
Outcome of Treatment: Had some relief.
Disposition of case: The patient drove himself home.

Follow Up: Follow up in the office in two weeks.

**Kevin Lasseigne, MD** ____________________ **Date**______ **Time** _____

KL/mm
DD: 08/14/2018 09:32 AM
DT: 08/14/2018 09:38 AM
JOB#: D130158

# Park Place Surgical Hospital

**4811 Ambassador Caffery Parkway**

**Lafayette, Louisiana 70508**

**PATIENT NAME:** JAMES HALL
**PATIENT NUMBER:** 1088158
**DATE OF ADMIT:** 02/15/2019
**DATE OF PROCEDURE:** 02/15/2019

## OPERATIVE REPORT

PREPROCEDURE DIAGNOSES:
1. Left L5 radiculitis.
2. Right L5 radiculitis.
3. Lumbar desiccation with annular fissure at L4-5.

POST PROCEDURE DIAGNOSES:
1. Left L5 radiculitis.
2. Right L5 radiculitis.
3. Lumbar desiccation with annular fissure at L4-5.

SURGEON: Kevin Lasseigne, MD

PROCEDURE:
1. Left therapeutic L5 transforaminal epidural steroid injection.
2. Right therapeutic L5 transforaminal epidural steroid injection.

CPT CODE: 64483 with modifier 50 and 77003.

DETAILS OF THE PROCEDURE: Cycled 2 minute blood pressure, pulse, oxygen saturation, electrocardiogram and mean arterial pressure monitoring were maintained throughout the procedure. The back was prepped and draped in the usual sterile manner. A skin wheal was raised with 1 percent Lidocaine. A 22-gauge 5-inch spinal needle was advanced to the 6 o'clock position of the left L5 pedicle under fluoroscopic guidance. 0.5 cubic centimeters of Omnipaque was infused and contrast outlined the left L5 nerve root under fluoroscopic guidance at which time 3 cubic centimeters of a 1:1 mixture containing Celestone Soluspan and 1 percent Lidocaine was then infused. Attention was then addressed to the right L5 nerve root. A skin wheal was raised with 1 percent Lidocaine. A 22-gauge 5-inch spinal needle was advanced to the 6 o'clock position of the right L5 pedicle under fluoroscopic guidance. 0.5 cubic centimeters of Omnipaque was infused and contrast outlined the right L5 nerve root under fluoroscopic guidance at which time 3 cubic centimeters of a 1:1 mixture containing Celestone Soluspan and 1 percent Lidocaine was then infused. The patient was monitored for any adverse allergic, paralytic, and/or hypertensive reaction.

DISCHARGE SUMMARY:
Outcome of Treatment: Some relief.
Disposition of case: The patient drove himself home.
Follow Up: Follow up in the office in two weeks.

**Kevin Lasseigne, MD** ______________________ **Date**______ **Time** ______

KL/mm
DD: 02/15/2019 11:49 AM
DT: 02/15/2019 12:21 PM
JOB#: D143254

**Park Place Surgical Hospital**
**4811 Ambassador Caffery Parkway**
**Lafayette, Louisiana 70508**

**PATIENT NAME:** JAMES HALL
**PATIENT NUMBER:** 1088158
**DATE OF ADMIT:** 02/28/2019
**DATE OF PROCEDURE:** 02/28/2019

## OPERATIVE REPORT

PREOPERATIVE DIAGNOSIS: Left trigger thumb.

POSTOPERATIVE DIAGNOSIS: Left trigger thumb.

PROCEDURE PERFORMED: Left trigger thumb release.

SURGEON: Robby Leblanc, MD.

ASSISTANT: Kelly Becnel, PA-C.

ANESTHESIA: Local and intravenous anesthesia.

DESCRIPTION OF PROCEDURE: The patient was brought to the operating room. Intravenous antibiotics were administered. The left upper extremity was prepped and draped in normal sterile fashion. I administered a digital block to the left thumb using a combination of 1% Lidocaine and 0.5% Marcaine. The arm was then exsanguinated with an Esmarch and the tourniquet was elevated to 250 millimeters of mercury. I made a chevron shaped incision at the metacarpophalangeal flexion crease. Under loupe magnification I dissected through the subcutaneous tissue and identified the radial and ulnar digital nerves. These were gently retracted away from the midline. I incised the A1 pulley in its midline. I then used scissors to completely release the A1 pulley distally and then proximally under direct visualization. The flexor pollicis longus tendon was then pulled into the wound with a Ragnell retractor to free remaining adhesions. The wound was irrigated thoroughly with normal saline. The skin was closed with 4-0 nylon in interrupted fashion. A bulky soft dressing was placed and the tourniquet was let down.

**Robby Leblanc, MD** ____________________ **Date**______ **Time** ______

RL/mm
DD: 02/28/2019 08:52 AM
DT: 02/28/2019 09:07 AM
JOB#: D144165

# PATRICK A. JUNEAU, III, MD, FACS, FAANS

A Professional Medical Corporation

DIPLOMATE OF THE AMERICAN BOARD OF NEUROLOGICAL SURGERY
FELLOW OF THE AMERICAN COLLEGE OF SURGEONS
FELLOW OF THE AMERICAN COLLEGE OF SPINE SURGERY
MEMBER OF THE CONGRESS OF NEUROLOGICAL SURGEONS
MEMBER OF THE AMERICAN ASSOCIATION OF NEUROLOGICAL SURGEONS
MEMBER OF THE SOUTHERN NEUROSURGICAL SOCIETY
MEMBER OF THE NORTH AMERICAN SPINE SOCIETY
MEMBER OF THE BRIGHAM SURGICAL ALUMNI
STAFF NEUROSURGEON AT LAFAYETTE SURGICAL SPECIALTY HOSPITAL
STAFF NEUROSURGEON AT OUR LADY OF LOURDES MEDICAL CENTER
STAFF NEUROSURGEON AT LAFAYETTE GENERAL MEDICAL CENTER

1103 Kaliste Saloom Road, Suite # 206, Lafayette, LA 70508 p 337 - 267 - 1319 f 337 - 267 - 1379


OFFICE NOTE

Date: May 15, 2018

RE: JAMES HALL
D.O.B.: October 7, 1973
ICD: M50.121, M50.122, M50.123, M46.06

HISTORY OF PRESENT ILLNESS:

James Hall is a 43-year-old right handed white male, who was involved in a motor vehicle accident on September 4, 2017. On that day he was working as a class A driver for Martin Freightliner. On that particular day he was in a 7,500 lb Chevrolet Envoy. He was wearing a seatbelt and shoulder strap. He was traveling on Interstate 10 and his car was slowing down for a traffic jam ahead of him. He was traveling at approximately 10mph. Then, suddenly his car was hit in the rear by an eighteen-wheeler. It was a hard collision and the impact forced the Chevrolet Envoy off of the highway for about 400' and ultimately the Envoy hit a steel utility pole and then went on another 100' after that. The airbag did not deploy. At the moment of impact his body was jerked around and the seat was broken in three places as a result of this accident. He tells me that he did have a loss of consciousness for an undermined amount of time. He was taken to the West Calcasieu Cameron Hospital. He was disoriented, dizzy, and confused, and had some incoherent speech. Since then he has been to see William Brennon, M.D. of neurosurgery, who has diagnosed that the patient has had a post-concussive syndrome and a posttraumatic stress disorder. He has also been seen by two neuropsychologists, specifically Lynn Aurich, PhD, and Warren Lowe, PhD. Furthermore, he has been followed by Malcolm Stubbs, M.D. for right shoulder pain and left knee pain after this motor vehicle accident. Furthermore, on November 13, 2017 he went to see Robby LeBlanc, M.D. for an avulsion of his left fifth finger, FDP tendon. Additionally, he tells me that since this accident he has persistence of neck pain and occipital headaches, as well as interscapular pain. This pain will radiate into both of the arms with numbness and tingling sensations extension into the fingers of each of the hands. These symptoms are worse in the left arm than in the right arm. He tells me he did not have any of these symptoms prior to this motor vehicle accident that occurred on September 4, 2017. In addition to these symptoms he has persistence of post-concussive symptoms, such as speech problems and memory problems, as well as dizziness and disorientation. It is of note that after the accident he did have some lower back pain with pain radiating into both of the lower extremities. However, his lower back pain and radiating pain into the legs has improved considerably over time.

PAST MEDICAL HISTORY/REVIEW OF SYSTEMS:
Allergies: He tells me he is allergic to Hydrocodone, shell fish, and peanut oil.

Medications:

- Alprazolam 1mg po prn
- Tramadol 50mg po prn
- Diclofenac Potassium
- Duloxetine HCL one tab po q day
- L-Methylprolate 15mg po q day
- Flexeril 10mg po prn
- Oxycodone prn
- Vitamin D2 1.25mg po q day

Medical: He has a history of depression and anxiety. He has no history of hypertension, cancer, diabetes, stroke, TIA, coronary artery vascular disease, peripheral vascular disease, renal, pulmonary, or bleeding disorders.

Operations: In 1994 he underwent an operation on his left hand and left knee. In 2017 he underwent an operation on his left knee by Dr. Stubbs. In 2018 he underwent an operation on his right shoulder by Dr. Stubbs.

Tobacco: He smokes about one and a half of a pack of cigarettes per day.

Alcohol: Negative.

SOCIAL HISTORY:
He lives in Lafayette, LA. He has two step daughters, ages 23 and 22. He is divorced. He was working as a diagnostic Class A driver for Martin Freightliner at the time of his accident on September 4, 2017. He has not bene able to work in that capacity since the accident.

PHYSICAL EXAMINATION:
He is 6' tall, with a weight of 215 pounds. I find that he has a negative Tinel's sign over the left carpal tunnel and a positive Tinel's sign over the right carpal tunnel. He has negative Tinel's signs over the right and left cubital tunnels. He has 2+ right and left radial pulses, which do not obliterate with hyperabduction of the arms. He has tenderness and spasm over the posterior cervical erector spinae musculature. He has some tenderness, but no overt spasm to palpation over the lumbar erector spinae musculature. I do not detect any fasciculations in the upper or lower extremities. He has evidence of an old scar over his right wrist. He cannot fully flex his left thumb. I would grade the motor power in his left arm at about 4/5 power and 4+/5 power diffusely in the right arm. He has some diminished pinprick and light touch sensation over both of the arms and forearms, and onto the fingers of the hands. He has symmetrical power and sensation in the lower extremities. There is no evidence of hyperreflexia, clonus, or any long tract signs.

He does have some limited range of motion of his neck in flexion and extension, as well as lateral bending to the right and left sides.

REVIEW OF STUDIES

On September 20, 2017 he underwent an MRI of the lumbar spine at Envision Imaging of Acadiana. As I review the sagittal images he has good alignment of all of the lumbar vertebral bodies. There is some disc desiccation at the L4-5 level. As I look at the axial images, to my eye there is L1-2 level is essentially normal; the L2-3 level is normal; the L3-4 level is essentially normal as well. At the L4-5 level there is some mild bulging of the discs across the disc space with some mild foraminal narrowing. The thecal sac maintains a nice round shape at this L4-5 level. At the L5-S1 level there is some mild bulging of the disc across the disc space. The thecal sac maintains a nice, big, round shape. I do not see any significant neural impingement at any level in the lumbar spine. Furthermore, on September 20, 2017 he underwent an MRI of the cervical spine at Envision Imaging of Acadiana. As I review the sagittal images, he does have straightening of the normal lordotic curvature of the cervical spine. Furthermore, he has about 2mm of retrolisthesis of C5 on C6 and 2mm of retrolisthesis of C6 on C7. As I look at the axial images, the C2-3 level shows only minimal prominence of the discs centrally. I do not see any impingement upon the spinal cord. At the C2-3 level he has ample cerebral spinal fluid circumferentially around the cord at the C2-3 level. At the C3-4 level, there is only mild prominence of the discs across the disc space. I don't see any significant neural impingement at that level. At the C4-5 level, he has a mild right sided disc protrusion, which slightly deflects the right side of the spinal cord back a little bit. I would describe this as a mild right sided disc protrusion at the C4-5 level. At the C5-6 level, he has a broad-based protrusion of the disc, which extends all the way across the disc space. I barely see any spinal fluid in front of or in back of the spinal cord at that level. There is flattening of the ventral portion of the spinal cord at this C5-6 level. At the C6-7 level, there is a diffuse bulging of the disc across the disc space. I don't see much spinal fluid in front of or in back of the cord at this level either. However, the area in the cervical spine which shows the tightest level upon the spinal cord is at the C5-6 level. The C7-T1 level is essentially normal.

IMPRESSION

It is my impression that James Hall was involved in a motor vehicle accident on September 4, 2017. Since that accident he has been bothered by persistence of neck pain and interscapular pain, as well as occipital headaches with pain and numbness that radiates into both of his arms. He has had an operation on his right shoulder by Dr. Stubbs, but his symptoms persist. As I review his cervical MRI study, I find that he does have rather tight spinal canal stenosis at the C5-6 level with 2mm of retrolisthesis of C5 on C6 and 2mm of retrolisthesis of C6 on C7 on the sagittal views. Additionally, I also find that he has some mild bulging of the discs across the disc space off to the right side at the C4-5 level as well. He has tried some cervical traction and that helped him a little bit. At this point I would recommend that he undergo some formal outpatient physical therapy to his neck, including a trial of cervical traction. If the cervical traction helps him significantly, then he could be issued a home cervical traction apparatus.

Furthermore, I would like him to undergo a series of cervical epidural steroid injections. So, if he does not respond favorably to a trial of outpatient physical therapy to his neck, as well as a series of cervical epidural steroid injections, then I think he would be a candidate for an anterior cervical discectomy with instrumented fusion at C5-6 and C6-7. In that scenario, I personally would also include the C4-5 level because he already has a right sided disc protrusion there.

Additionally, it is of note that he did undergo EMG's and nerve conduction studies of both arms by Dr. Karim on September 27, 2017. These studies were consistent with moderate entrapment of the left median nerve at the wrist and mild entrapment of the right median nerve at the wrist. These studies are also consistent with mild left C5 and C6 radiculopathies without denervation. One could also consider performing bilateral carpal tunnel release down the road as well. For now, I would like for James Hall to undergo some outpatient physical therapy to his neck, as well as a series of cervical epidural steroid injections. I would like to see him back in the office for follow-up in several months to assess his response to these non-operative treatments. Going further, and to be clear, I would not advocate doing any surgery upon his lumbar spine. I think he sustained some myofascial type injury to his lower back at the time of the accident on September 4, 2017.

Patrick A. Juneau, III, M.D.
PAJ/lg

cc: Joseph Gaar
Attorney At Law
617 S. Buchanan Street
P.O. Box 2053
Lafayette, LA 70502

PATRICK A. JUNEAU, III, MD, FACS, FAANS

A Professional Medical Corporation

DIPLOMATE OF THE AMERICAN BOARD OF NEUROLOGICAL SURGERY
FELLOW OF THE AMERICAN COLLEGE OF SURGEONS
FELLOW OF THE AMERICAN COLLEGE OF SPINE SURGERY
MEMBER OF THE CONGRESS OF NEUROLOGICAL SURGEONS
MEMBER OF THE AMERICAN ASSOCIATION OF NEUROLOGICAL SURGEONS
MEMBER OF THE SOUTHERN NEUROSURGICAL SOCIETY

MEMBER OF THE NORTH AMERICAN SPINE SOCIETY
MEMBER OF THE BRIGHAM SURGICAL ALUMNI
STAFF NEUROSURGEON AT LAFAYETTE SURGICAL SPECIALTY HOSPITAL
STAFF NEUROSURGEON AT OUR LADY OF LOURDES MEDICAL CENTER
STAFF NEUROSURGEON AT LAFAYETTE GENERAL MEDICAL CENTER

1103 Kaliste Saloom Road, Suite # 206, Lafayette, LA 70508 p 337 - 267 - 1319 f 337 - 267 - 1379

Date: September 27, 2018

OFFICE NOTE

RE: JAMES HALL
D.O.B.: October 7, 1973
ICD: M50.121, M50.122, M50.123, M46.06

James Hall is seen today in the office. He continues to have neck pain and interscapular pain with occipital headaches and pain and numbness extending into both of his arms. Since his last office visit, he went through some outpatient physical therapy to his neck with some traction as well. This modality of treatment does provide some temporary relief, but when he leaves the therapist office the pain returns. He has not been through any cervical epidural steroid injections, but he did develop a fungal infection and the steroid injections that he did get in the lumbar area actually aggravated and made worse the fungal infections. He doesn't want to pursue any cervical epidural steroid injections at this point. I did pull out his old previous MRI of the cervical spine done on September 20, 2017. At this point I do think that the patient is a candidate for an anterior cervical discectomy with instrumented fusion at C4-5, C5-6, and C6-7. My office can arrange for this operation to be done once it is approved by the parties involved in this case.

Patrick A. Juneau, III, M.D.
PAJ/lg

cc: Robby LeBlanc, M.D.
108 Rue Louis XIV
Lafayette, LA 70508

Fernando Allemany, M.D.
3975 I 49 South Service Rd., Ste. 105
Opelousas, LA 70570

Kevin Lasseigne, M.D.
108 Rue Louis XIV
Lafayette, LA 70508

Matthew Mitchell, M.D.
1103 Kaliste Saloom Rd. Ste. 304
Lafayette, LA 70503

Joseph Gaar
Attorney At Law
P.O. Box 2053
Lafayette, LA 70502

**PATRICK A. JUNEAU, III, M.D.**
*(A PROFESSIONAL MEDICAL CORPORATION)*
1103 KALISTE SALOOM ROAD, SUITE 206
LAFAYETTE, LA 70508
PHONE: 337-267-1319 FAX: 337-267-1379

Tax ID 72-1287558

July 29, 2019

Re: James Hall – ACDF surgery **PREPAYMENT REQUIRED**

Per your request, I have listed the proper coding for your review:

ICD: M50.121, M50.122, M50.123, M99.21 (Procedure: Anterior Cervical Discectomy & Fusion at C4-5, C5-6, C6-7)

| | | | |
|---|---|---|---|
| CPT: | 99222 | Initial Hospital Care | $ 308.00 |
| | 99231 x 2 | Follow-up Hospital Care | $ 176.00 |
| | 99214 x 5 | Office / Outpatient Visit | $ 1,170.00 |
| | 99238 | Hospital Discharge Day Care | $ 238.00 |
| | 22660 | Application of Cranial Tongs | $ 1,795.00 |
| | 226602-AS | Application of Cranial Tongs | $ 359.00 |
| | 22315 | Realignment Technique | $ 5,609.00 |
| | 22315-AS | Realignment Technique | $ 1,121.80 |
| | 22551 - 62 | Arthrodesis, Anterior Interbody Technique | $12,606.00 |
| | 22552 x2 | Arthrodesis, Ant. Inter. Addl Interspace | $ 5,866.00 |
| | 22552-AS x2 | Arthrodesis, Ant. Inter. Addl Interspace | $ 1,173.20 |
| | 22845 | Anterior Instrumentation | $ 5,485.00 |
| | 22845 – AS | Anterior Instrumentation | $ 1,097.00 |
| | 20930 | Allograft for Spine Surgery; Morselized | $ 550.00 |
| | 20930 – AS | Allograft for Spine Surgery/ Morselized | $ 110.00 |
| | 22853 x3 | Application of Peek Cage | $ 9,126.00 |
| | 22853 – AS x3 | Application of Peek Cage | $ 1,825.20 |
| | 20974 | Fitting & Education of Cervical Stimulation Unit | $ 1,452.00 |
| | | **TOTAL TO DR. JUNEAU** | **$50,067.20** |

Assistant Surgeon: Dr. Montgomery

| | | | |
|---|---|---|---|
| CPT: | 22551-62 | Arthrodesis, Anterior Interbody Technique w/ Co-Surgeon | $ 5,042.40 |
| | | **TOTAL TO DR. MONTGOMERY** | **$5,042.40** |

If you should have any questions, please contact my office at (337) 267-1319.

Sincerely,

Rachel A. Huesers
Office Manager for Patrick A. Juneau, III, M.D.

Aug. 5. 2019 1:29PM No. 5070 P. 2/3

LAFAYETTE SURGICAL SPECIALTY HOSPITAL
— PROUDLY PHYSICIAN OWNED —
1101 Kaliste Saloom Road · Lafayette, LA, 70508 · (337) 769-4100 · (337) 769-4199 · www.lafayettesurgical.com

August 5, 2019

JASON WELBORN
Attorney at Law
PO Box 2053
Lafayette, LA 70502
VIA FAX: 233-0690
ATTN: Rhonda

Please note the **estimate** of charges is in no way a guarantee of total charges for **JAMES HALL.**

We require a **deposit in the amount of the estimated charges** prior to admission to the hospital for the procedure listed below. If the deposit is not received, the procedure could be postponed or cancelled. The balance of the actual charges for this procedure will be billed to the patient's attorney and must be paid within 30 days.

This estimate is for the facility charges for **Lafayette Surgical Specialty Hospital, only.** There may be additional charges from the anesthesiologist (APC) 337-706-1520, radiologist (Medical Imaging Assoc.) 337-261-5151, pathologist and/or any additional implants or hardware that may not have been covered in the estimate.

**This estimate is valid for six months from the date of this letter.**

| **Procedure:** | **Estimate of Charges:** |
|---|---|
| **ACDF 3 LEVEL** | **$30,000.00** |

**This estimate does not include implants. If LSSH provides implants you will be billed accordingly.**

Please contact **Shalyn Livings at 337-769-4279 or Joy Simmons at 337-769-4296** if you have any questions regarding this matter.

Sincerely,

Joy Simmons

Joy Simmons
Business Office Manager
Lafayette Surgical Specialty Hospital

# Anesthesiology and Pain Consultants, LLC

PO Box 61950
Lafayette, LA, 70596

---

Date: **7/30/19**

Patient Name: **James Hall**

Procedure: **ACDF C4-5, C5-6, C6-7 w/Instrumentation**

Estimate: **$10,150.00**

**Please answer the following and fax back to our office at 337-769-7164.**

Is this procedure a result of an auto or work related illness or injury? Please specify ______

Type of injury/body part ______ DOI/DOA ______

Please be aware due to our contract with BCBS, we will file all claims to BCBS ONLY. Other carriers such as UHC, Medicare, Medicaid, etc will NOT be filed for any auto/work related procedures.

Has the insurance been notified of illness/injury? ______

Please note that our practice does not accept letters of guarantee, therefore estimated payment is required prior to service(s). The actual price of the service may be more than the estimate which we will provide and may vary depending on health issues, medications, unexpected complications, and other factors. The price does not include post-operative pain management which may be requested by the treating physician.

Please mail payments to:

**Anesthesiology and Pain Consultants**
**Attn: Billing Department**
**PO Box 61950**
**Lafayette, LA 70596**

*Please reference the patient's name on the correspondence and/or check.*

If you have any questions regarding **quotes**, please contact Jenee Schulze at 337-706-1520

All other questions (*i.e. **balance/statements, Insurance, payments, etc.***) please call 337-706-1547.

Thank you,
Anesthesiology and Pain Consultants
Coding Department

# NEUROSURGICAL APPLICATIONS, LLC

P. O. BOX 52267

LAFAYETTE, LA 70505

**To: Gaar Law Oggices**
**Fax: 337-233-0690**

**Tax ID # 20-2617866**

## PREPAYMENT REQUIRED

RE: James Hall (Dr. Juneau)

| | |
|---|---|
| Surgery Instrumentation | $85,296.00 |
| Cervical Stimulator | $ 5,000.00 |
| Collars | $ 1,000.00 |
| Neuro Monitoring | $ 3,828.00 |
| Total Prepayment needed | $95,124.00 |