**NAME OF CLIENT: JAMES HALL**
**DATE OF INJURY: 09/04/17**

**As of 11/13/19**

**ITEMIZATION OF MEDICAL EXPENSES**

| | VENDOR | DATE | CHARGES | TOTAL |
|---|---|---|---|---|
| 1. | Acadian Ambulance | 09/04/17 | $1,938.39 | |
| | | 09/01/18 | $1,464.56 | $3,402.95 |
| 2. | West Cal Cam Hospital | 09/04/17 | $7,810.48 | $7,810.48 |
| 3. | Cal Cam ER Physician | 09/04/17 | $1,925.00 | $1,925.00 |
| 4. | Access Radiology | 09/04/17 | $560.00 | $560.00 |
| 5. | Lake Charles Urgent Care | 09/12/17 | $943.00 | $943.00 |
| 6. | Dr. William Brennan | 09/18/17- | | |
| | | 08/20/19 | $7,950.00 | $7,950.00 |
| | | 01/02/20 | $______ | |
| 7. | Envision Imaging | 09/20/17 | $8,940.00 | |
| | | 09/25/18 | $200.00 | $9,140.00 |
| 8. | Dr. Lynn Aurich | 09/26/17 | $3,500.00 | $3,500.00 |
| 9. | Dr. Malcolm Stubbs | 09/28/17 | $1,310.60 | |
| | | 11/13/17 | $202.40 | |
| | | 11/21/17 | $12,609.96 | |
| | | 12/01/17 | $81.40 | |
| | | 02/20/18 | $15,406.68 | |
| | | 05/17/18 | $101.20 | |
| | | 06/28/18 | $101.20 | |
| | | 09/20/18 | $101.20 | |
| | | 12/20/18 | $182.60 | |
| | | 06/10/19 | $182.60 | |
| | | 12/09/19 | $_____ | $30,279.84 |
| 10. | Dr. Wael Karim | 09/27/17 | $2,122.00 | $2,122.00 |
| 11. | Dr. Warren Lowe | 11/15/17 | $1,500.00 | |
| | | 02/15/18 | $ 250.00 | |
| | | 03/05/18 | $1,050.00 | $2,800.00 |
| 12. | Elite Medical Wellness | 04/10/18- | | |
| | Dr. Hayes/Dr. Davis | 08/15/19 | $11,947.34 | |
| | | 01/08/20 | $________ | $11,947.34 |

| | | | | |
|---|---|---|---|---|
| 13. | Lafayette Surgical Hosp. | 11/17/17 | $338.13 | |
| | | 11/21/17 | $47,633.35 | |
| | | 02/15/18 | $106.13 | |
| | | 02/20/18 | $24,542.90 | |
| | | 06/20/18 | $967.00 | $73,587.51 |
| 14. | Louisiana Ortho Spec.<br>Dr. Robby Leblanc<br>Dr. Kevin Lasseigne | 11/13/17-<br>03/21/19 | $7,659.85 | $7,659.85 |
| 15. | Our Lady of Lourdes | 09/22/17 | $3,203.20 | |
| | | 09/01/18 | $ 637.06 | $3,840.26 |
| 16. | Anesth. & Pain Cons. | 11/21/17-<br>06/23/19 | $14,649.00 | $14,649.00 |
| 17. | Doctors Imaging | 12/18/18 | $5,990.00 | $5,990.00 |
| 18. | Dr. Fernando Allemany | 09/06/18 | $337.00 | |
| | | 09/20/18 | $175.00 | |
| | | 10/12/18 | $118.00 | |
| | | 11/29/18 | $199.00 | |
| | | 12/13/18 | $175.00 | |
| | | 01/03/19 | $256.00 | |
| | | 03/18/19 | $199.00 | $1,459.00 |
| 19. | Dr. Leon Lahaye | 09/18/18 | $504.00 | $504.00 |
| 20. | Dr. Okechukwu | 10/11/18 | $950.00 | $950.00 |
| 21. | Medical Imaging Assoc. | 09/22/17 | $361.00 | |
| | | 11/21/17 | $70.00 | $431.00 |
| 22. | Mercy St. Charles P.T. | 01/05/18-<br>01/31/18 | $7,971.00 | $7,971.00 |
| 23. | Lake Charles Memorial | 03/27/18 | $995.61 | $995.61 |
| 24. | Southern Spine Inst. | 05/21/18-<br>01/31/19 | $4,624.00 | $4,624.00 |
| 25. | SWLA Sports & Rehab | 04/03/18-<br>04/25/18 | $1,989.04 | $1,989.04 |

| | | | | |
|---|---|---|---|---|
| 26. | Ken's Thrifty Way | 05/15/18 | $26.16 | $26.16 |
| 27. | Teche Drugs | 09/18/17-<br>08/27/19 | $11,042.37 | $11,753.79 |
| 28. | Walgreens | 09/01/17-<br>05/02/18 | $483.65 | $483.65 |
| 29. | Park Place Surgical | 08/14/18<br>02/15/19<br>02/28/19 | $2,650.00<br>$2,306.00<br>$4,689.69 | $9,645.69 |
| 30. | Dr. Patrick Juneau | 05/18/18<br>09/27/18 | $3,000.00<br>$ 314.00 | $3,314.00 |
| 31. | UMC | 08/26/18 | $621.00 | $621.00 |
| 32. | Congress Emer. Group<br>(UMC ER Physician) | 08/26/18 | $1,401.00 | $1,401.00 |
| 33. | Practical Healthcare | 11/21/17<br>02/20/18 | $10,629.00<br>$5,332.50 | $15,961.50 |
| 34. | Columbus Radiology | 01/05/18 | $95.00 | $95.00 |
| **TOTAL MEDICAL EXPENSES INCURRED** | | | | **$250,332.67** |