*Martin Automotive Group, Inc.*
P.O. Box 795 • 2948 Highway 90 East
Lake Charles, La. 70602
(800) 960-7126 Ph# (337) 433-0506 Fax# (337) 436-4640
www.martinautomotive.com e-mail: admin@martinautomotive.com

October 13, 2017

Joseph F. GAAR, JR., APLC
617 S. Buchanan Street
Lafayette, La. 70501

Re: James Hall

To Whom It May Concern:

Enclosed are the employment records for Mr. Hall per your request. If you have any questions or need further assistance please contact me at the information below.

Sincerely,

Jessica Peshoff

Jessica Peshoff
Payroll
Martin Automotive Group Inc.
P.O. Box 795
Lake Charles, La. 70602
Phone: (337) 433-0506
Fax: (337) 436-4640
E-mail: j.peshoff@martinautomotive.com

Enclosures

# Application for Employment

**PRE-EMPLOYMENT QUESTIONNAIRE**
**EQUAL OPPORTUNITY EMPLOYER**

## Personal Information

DATE 5/18/17

| NAME (LAST NAME FIRST) | | | SOCIAL SECURITY NO. | |
|---|---|---|---|---|
| Hall James | | | 283 — 76 — 5686 | |
| **PRESENT ADDRESS** | **CITY** | | **STATE** | **ZIP CODE** |
| 2509 Demarest St. | Lake Charles | | Louisiana | 70601 |
| **PERMANENT ADDRESS** | **CITY** | | **STATE** | **ZIP CODE** |
| 3231 Thomas Blvd. | Port arthur | | Texas | 77641 |
| **PHONE NO.** | **SECONDARY PHONE NO.** | | **REFERRED BY** | |
| (409) 730-3421 | | | Beth Guillot | |

## Employment Desired

| POSITION | DATE YOU CAN START | SALARY DESIRED |
|---|---|---|
| Class A Driver | A.S.A.P | $14.00 hr. |

ARE YOU EMPLOYED NOW? ☐ YES ☑ NO — IF SO, MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? ☐ YES ☐ NO

EVER APPLIED TO THIS COMPANY BEFORE? ☐ YES ☑ NO — WHERE: — WHEN:

## Education History

| | NAME & LOCATION OF SCHOOL | YEARS ATTENDED | DID YOU GRADUATE | SUBJECTS STUDIED |
|---|---|---|---|---|
| HIGH SCHOOL | Clay high school oregon, Ohio | 4yrs | yes | |
| COLLEGE | | | | |
| TRADE, BUSINESS, OR CORRESPONDENCE SCHOOL | C-1 Transport School Indianapolis, IN. | 6 months | yes | Class A Driving\ Hazmat Tanker\ osha reg.\ |

## General Information

| | |
|---|---|
| SUBJECT OF SPECIAL STUDY/RESEARCH WORK | |
| SPECIAL TRAINING | Osha reg.\ DOT Reg.\ Hazmat\ Double & Triple Trailer\ Tanker trailer |
| SPECIAL SKILLS | |
| U.S. MILITARY OR NAVAL SERVICE | RANK |

## Former Employers *(LIST BELOW LAST FOUR EMPLOYERS, STARTING WITH LAST ONE FIRST)* See Resume

| DATE MONTH AND YEAR | NAME & ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM 12\16 | Rains & Sons Trucking | .38 cpm | OTR Driver | Resigned |
| TO 3/17 | 217 W. 116th St. Perkins, OK | | | |
| FROM 2\14 | Westpark Collision | 900.00 Week Salary | Shop Forman | Business closed. |
| TO 6/16 | 13525 Alief Clodine Rd Houston Texas | | | |
| FROM 6/12 | Supplemental Staffing | $16.50 hr. | Driver Trainer | Laid off. moved to Houston, Texas |
| TO 1/14 | 5333 Southwyck Blvd Toledo OHIO | | | |
| FROM 9/10 | Titan construction | .40 cpm | OTR Driver | Laid off |
| TO 6/12 | 24851 East Broadway Perrysburg OHIO | | | |

A-9661 / T-32851
8/2011

CONTINUED ON OTHER SIDE

## References (GIVE BELOW THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.)

| NAME | ADDRESS | BUSINESS | YEARS KNOWN |
|---|---|---|---|
| andre stribling | (419) 691-2090 | all ways Delivery | |
| John Saunders | (281) 903-4667 | west park Collision | |
| Beth Guillot | (337) 802-7827 | Martin TRuck Center | |

## Authorization

"I certify that the facts contained in this application are true and complete to the best of my knowledge and understand that, if employed, falsified statements on this application shall be grounds for dismissal.

I authorize investigation of all statements contained herein and the references and employers listed above to give you any and all information concerning my previous employment and any pertinent information they may have, personal or otherwise, and release the company from all liability for any damage that may result from utilization of such information.

I also understand and agree that no representative of the company has any authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the foregoing, unless it is in writing and signed by an authorized company representative.

This waiver does not permit the release or use of disability-related or medical information in a manner prohibited by the Americans with Disabilities Act (ADA) and other relevant federal and state laws.

I understand that a consumer credit report or criminal records check may be necessary prior to my employment. If such reports are required, I understand that, in compliance with federal law, the company will provide me with a written notice regarding the use of these reports and will also obtain a separate written authorization from me to consent to these reports. I also understand that a poor credit history or conviction will not automatically result in disqualification from employment."

In compliance with federal law, all persons hired will be required to verify identity and eligibility to work in the United States and to complete the required employment eligibility verification document form upon hire.

5/18/17
DATE

[signature]
SIGNATURE

## Do Not Write Below This Line

DATE

INTERVIEWED BY

## Remarks

| | |
|---|---|
| | |
| | |
| | |
| | |
| NEATNESS | CHARACTER |
| PERSONALITY | ABILITY |

| HIRED | FOR DEPT. | POSITION | WILL REPORT | SALARY WAGES |
|---|---|---|---|---|
| | | | | |

APPROVED:

EMPLOYMENT MANAGER

DEPARTMENT HEAD

GENERAL MANAGER

This application for employment is sold only for general use throughout the United States. TOPS assumes no responsibility and hereby disclaims any liability for the inclusion in this form of any questions or requests for information upon which a violation of local, state, and/or federal law may be based. It is the user's responsibility to ensure that this form's use complies with applicable laws, which change from time to time.




# WORKFORCE MEDICAL CENTER

2492 Cities Service Hwy. • Suite 1
Sulphur, LA 70663
Phone: 337-905-1962 Fax: 337-905-1963
EMAIL: secureresults@workforcemedicalcenter.com

COMPANY NAME: MARTIN AUTOMOTIVE GROUP, INC. DATE: 6/01/17

EMPLOYEE NAME: James Hall JOB/P.O.#: ____

AUTHORIZED BY: JESSICA PESHOFF PHONE: 433-0506

**REASON FOR TEST**
- [x] Pre-Employment
- [ ] Annual
- [ ] Random
- [ ] Post-Accident
- [ ] Reasonable Cause
- [ ] Return to Work
- [ ] Other: ____

**DRUG SCREEN**
- [ ] DOT

**Specify Testing Agency:**
- [ ] HHS
- [ ] FRA
- [ ] NRC
- [ ] FTA
- [ ] FMCSA
- [ ] PHMSA
- [ ] FAA
- [ ] USCG

- [ ] Hair
- [x] Non-DOT
- [ ] Quick Test
- [ ] 2 [ ] 5 [ ] 9 [ ] 10
- [ ] Other: ____

**ALCOHOL TEST**
- [ ] DOT
- [x] Non-DOT
- [ ] Breath
- [ ] Saliva

**PHYSICAL EXAMS**
- [ ] DOT Physical
- [x] Non-DOT
- [ ] Coast Guard
- [ ] Other: ____

**TEST**
- [ ] Audiogram
- [ ] EKG
- [ ] Pulmonary
- [ ] PFT Review
- [ ] Vision Exam Only

**FIT TEST**
- [ ] Respirator Fit
- [ ] Half Face: ____
- [ ] Full Face: ____
- [ ] Other: ____

**X-RAY**
- [ ] Chest [ ] 1 View [ ] 2 Views
- [ ] Lumbar [ ] 2 Views [ ] 3 Views [ ] 5 Views
- [ ] Other: ____

**INJECTIONS**
- [ ] Flu Vaccine
- [ ] Hepatitis B Vaccine
- [ ] Hepatitis A Vaccine
- [ ] Tetanus Shot
- [ ] TB Skin Test
- [ ] Other: ____

**LABORATORY TEST**
- [ ] Chem Panel/CBC
- [ ] CBC
- [ ] Lead/ZPP
- [ ] Other: ____

**INJURY TREATMENT**

PRIME OCCUPATIONAL MEDICINE

Luke P. Lee, MD, MPH
*ABPM Board Certified*

# Employee Physical Examination Report

Name: Hall (Last) James (First) ____ (MI) Date: 06/01/2017 Time In: 1507 out: 4:15

SS or I.D. #: 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 Company: MARTIN AUTOMOTIVE GROUP WF

Job Title/Description: Driver

**Type of Exam:** ☒ Pre-Placement ☐ Annual Surveillance for ____ ☐ Semi-annual Surveillance for ____ ☐ Other ____

The following examinations were performed along with the specified physical exam:

- ☐ Hearing Test
- ☒ Titmus Vision Exam
- ☐ Pulmonary Function
- ☐ Mask Fit-Test (Quantitative)
- ☐ Other ____
- ☐ Chest X-ray (1-2 views)
- ☐ Back X-ray (2-3 views)
- ☒ Urinalysis
- ☐ Mask Fit-Test (Qualitative)
- ☐ Blood Chemistry
- ☐ Hematology
- ☐ EKG
- ☒ UDS/Breath Alcohol

The following medical recommendation is based on a review of the health history, physical examination and ancillary testing for the specific requirements of the position applied for or occupied by the employee.

**IMPRESSION:**

☒ The employee appears to be in a stable state of health, and no defects are evident which would interfere with the performance of the essential aspects of duties.

☐ Commencement or continuation of duty is **NOT** recommended. Employee is **UNABLE** to or medically inappropriate to perform ____ at present time. Upon resolution of the medical condition(s), a re-examination can be performed to evaluate the employee's new fitness for duty status.

☐ Safety issues noted concerning employee's performance of his/her assigned duties (see comments below).

☐ Duties may commence with accomodations. (See special instructions)

☐ Other (See comments below)

**SPECIAL INSTRUCTIONS/COMMENTS:**

☐ Employee needs to see his/her primary care physician within ____ days.

Provider: [signature] AP

00398 Emp Phy Rep 8-04

P.O. Box 69, Port Allen, Louisiana 70767 P:225.749.5750 F:225.749.3138
www.primeoccmed.com

*Port Allen Gonzales* *Baton Rouge* *Reserve* *Chalmette* *Lafayette*

# NON-FEDERAL FOUR-PART DRUG TESTING CUSTODY AND CONTROL FORM

Alere™
1111 Newton St., Gretna, LA 70053
450 Southlake Blvd., Richmond, VA 23236
Phone: 800.433.3823 | Fax: 504.361.8298

Airbill / Courier Tracking Number

205851302

Specimen ID 205851302

**STEP 1: TO BE COMPLETED by Collector or Employer/Client Representative**

**A. Employer/Client Name, Address, Phone, & Fax:**
[illegible]
P.O. BOX [illegible]
SULPHUR, LA [illegible]
[illegible]

Facility Number [illegible]

**B. MRO Name, Address, Phone, & Fax:**
DR. LUKE F. LEE
[illegible] AIRLINE HWY
BATON ROUGE, LA [illegible]
[illegible]

**C. Name/ID:** HALL JAMES

Sub Acct: (optional)

PRINT ALL IN CAPS for Donor Name (Last Name, First Name MI); leave space between names/ID/Auxiliary Data.

**D. Donor SSN or Employee ID No.:** 283 76 5686

**E. Daytime Phone No.:** (409) 730 - 3430

**F. Evening Phone No.:** ( )

**G. Reason for Test:** ☒ Pre-Employment ☐ Random ☐ Reasonable Suspicion/Cause ☐ Post Accident ☐ Return to Duty ☐ Follow-up ☐ Other

**H. Panel:** If a panel is not selected below, Alere will use the default for the Facility listed above. See back of copy 4 for additional panel instructions.

☒ A Primary [illegible] ☐ B ☐ C ☐ D ☐ E ☐ Other: (write in panel number)

**I. Collection Site Name & Address:**
WORKFORCE MEDICAL CENTER
[illegible] N. CITIES SERVICE HWY
SUITE A
SULPHUR, LA [illegible]

Collector Phone No.: (Enter here if not printed below) ( ) -
[illegible]
[illegible]

Collector Number [illegible]

**STEP 2: TO BE COMPLETED by Collector** - *Within 4 minutes, read temperature of specimen.*

Within range? ☒ Yes 90°-100°F / 32°-38°C ☐ No ☐ Below 90°F / 32°C ☐ Above 100°F / 38°C

Oral Fluid, temperature ☐ not applicable

Split Specimen ☐ No ☒ Yes

Observed ☐

Remarks:

**STEP 3: TO BE COMPLETED by Collector and Donor** - *Collector affixes bottle seals(s) to bottle(s). Collector dates seal(s). Donor initials seal(s).*

**STEP 4: TO BE COMPLETED by Donor**

*I certify that I provided my specimen to the collector; that I have not adulterated it in any manner; each specimen container used was sealed with tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen container is correct.*

X [signature] Signature of Donor

Date: 6 / 1 / 17

Donor Date of Birth (Mo./Day/Yr.) 10 / 9 / 93

**STEP 5: CHAIN OF CUSTODY - Initiated by Collector and completed by Laboratory**

*I certify that the specimen given to me by the donor identified above was collected, labeled, sealed, and released in accordance with applicable requirements.*

[illegible] PRINT Collector Name (First, MI, Last)

Date Collected (Mo./Day/Yr.) 06 / 01 / 17

X [signature] Signature of Collector

Time Collected: 03 : 35 ☐ AM ☒ PM

Specimen Bottle(s) Released to: COURIER
Service Transferring Specimen to Lab

**STEP 5b: TO BE COMPLETED by Lab (see copy 1 of original CCF)**

**STEP 6: TO BE COMPLETED by Medical Review Officer - PRIMARY**

☐ NEGATIVE ☐ POSITIVE for:
☐ DILUTE
☐ REFUSAL TO TEST because - check reason(s) below:
☐ ADULTERATED (adulterant/reason):
☐ SUBSTITUTED
☐ OTHER:

☐ TEST CANCELLED

Remarks:

X Signature of Medical Review Officer PRINT Medical Review Officer Name (First, MI, Last) Date (Mo/Dy/Yr)

**STEP 7: TO BE COMPLETED by Medical Review Officer - SPLIT SPECIMEN**

☐ RECONFIRMED for:
☐ FAILED TO RECONFIRM for:

☐ TEST CANCELLED

Remarks:

X Signature of Medical Review Officer PRINT Medical Review Officer Name (First, MI, Last) Date (Mo/Dy/Yr)

1101 REV 07.2013

COPY 3 - MRO / EMPLOYER

# Alcohol Testing Form (Non-DOT)

*(The instructions for completing this form are on the back of Copy 3)*

**STEP 1: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

A: Employee Name (Print) (First, M.I., Last) James Hall

B: SSN or Employee ID No. 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

C: Employer Name

Street

City, State, ZIP

DER Name and Telephone No. Jessica Peshoff 337-433-0506
DER Name DER (Area Code & Phone Number)

D: Reason for Test: ☐ Random ☐ Reasonable Susp. ☐ Post-Accident ☐ Return to Duty ☐ Follow-up ☒ Pre-employment

**STEP 2: TO BE COMPLETED BY EMPLOYEE**

I certify that I am about to submit to alcohol testing and that the identifying information provided on the form is true and correct.

Signature of Employee [signature] Date Month / Day / Year 6 1 17

**STEP 3: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

(If the technician conducting the screening test is not the same technician who will be conducting the confirmation test, each technician must complete their own form.) I certify that I have conducted alcohol testing on the above named individual, that I am qualified to operate the testing device(s) identified, and that the results are as recorded.

TECHNICIAN: ☒ BAT ☐ STT DEVICE: ☐ SALIVA ☒ BREATH* 15-Minute Wait: ☐ Yes ☐ No

SCREENING TEST: *(For BREATH DEVICE* write in the space below only if the testing device is not designed to print.)*

| Test # | Testing Device Name | Device Serial # OR Lot # & Exp. Date | Activation Time | Reading Time | Result |
|---|---|---|---|---|---|
| 859 | | | | 15:28 | 0.000 |

CONFIRMATION TEST: *Results MUST be affixed to each copy of this form or printed directly onto the form.*

REMARKS:

Alcohol Technician's Company

Chasity Daiboune
(PRINT) Alcohol Technician's Name (First, M.I., Last)

Prime Occupational Medicine
2492 S CITIES SERVICE Ste 1
Company Street Address

Sulphur, La 70665
Company City, State, Zip

(o) 1-337-905-1962
(f) 1-337-905-1963
Phone Number (Area Code & Number)

Signature of Alcohol Technician [signature] Date Month / Day / Year 6 1 17

**STEP 4: TO BE COMPLETED BY EMPLOYEE IF TEST RESULT IS POSITIVE**

I certify that I have submitted to the alcohol test, the results of which are accurately recorded on this form. I understand that I must not drive, perform safety-sensitive duties, or operate heavy equipment because the results are positive.

Signature of Employee Date Month / Day / Year

Rev. 1/13

**COPY 1 - ORIGINAL - FORWARD TO THE EMPLOYER**

RBT I/# 021724
DATE 06-01-17
TEST NO. 0859
ID#
283765686
AS I/# 084454
SCREENING
G/210L TIME
.000 AUTO 15:28

Affix Or Print Screening Results Here ▼ Affix With Tamper Evident Tape

Affix Or Print Confirming Results Here ▼ Affix With Tamper Evident Tape

Affix Or Print Additional Test Results Here

▲ Affix With Tamper Evident Tape

Alere

# Drug Test Report

1111 Newton Street
Gretna, LA 70053
(800) 433-3823 - (504) 361-8989
FAX: (504) 361-8298

WMC/PRIME/MARTIN AUTOMOTIVE
PHILLIP ROME, TAMMY CLARK, JOHN IEYOUB
P.O. BOX 2628
SULPHUR, LA 70664

Facility Phone: 337-905-1962 Fax: 337-905-1964

Account Number: 132234
Facility Number: 371652
Lab Number: 49187191
Specimen ID Number: 205851302
Specimen Type: URINE

Collection Site Number: 74936
Collection Site Name: WORKFORCE MEDICAL CENTER
Collection Site Address: 2492 S. CITIES SERVICE HWY
Collection Site City, State Zip: SULPHUR, LA 70663
Collection Site Phone: 337-905-1962
Collection Site Fax: 337 905-1964

Collector Name,
CHASITY DARBONNE

Donor Name/ID: HALL, JAMES
Donor SSN/ID: 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
Reason For Drug Test: PRE EMPLOYMENT

Date Collected: 6/1/2017
Date Received: 6/2/2017
Date Reported: 6/2/2017

Panel Number: 259 Panel Description: 10 DRUGS OPIEX

Drug Test Result: NEGATIVE

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| AMPHETAMINES | 1000 ng/ml | 500 ng/ml | NEGATIVE |
| BARBITURATES | 300 ng/ml | 300 ng/ml | NEGATIVE |
| BENZODIAZEPINES | 300 ng/ml | 300 ng/ml | NEGATIVE |
| BENZOYLECGONINE-COCAINE METAB | 300 ng/ml | 150 ng/ml | NEGATIVE |
| EXTENDED OPIATES (6) | 300 ng/ml | 300 ng/ml | NEGATIVE |
| MARIJUANA METABOLITE | 50 ng/ml | 15 ng/ml | NEGATIVE |
| METHADONE | 300 ng/ml | 300 ng/ml | NEGATIVE |
| METHAQUALONE | 300 ng/ml | 300 ng/ml | NEGATIVE |
| PHENCYCLIDINE | 25 ng/ml | 25 ng/ml | NEGATIVE |
| PROPOXYPHENE | 300 ng/ml | 300 ng/ml | NEGATIVE |

JULIA PETERS - CERTIFYING TECHNICIAN/SCIENTIST

CHASITY DARBONNE
COLLECTOR NAME

LOUISIANA WORKFORCE COMMISSION

1001 North 23rd Street
Post Office Box 44187
Baton Rouge, LA 70804-4187

(O) 225-342-7866
800-201-2493
(F) 225-219-5968

Bobby Jindal, Governor
Curt Eysink, Executive Director

**Office of Workers' Compensation Administration**
Second Injury Board

# LA OWCA Second Injury Board Knowledge Questionnaire

The following questionnaire should only be completed by individuals that have been hired for employment. Your employer may ask that you complete this questionnaire following your initial hire and periodically thereafter.

The questionnaire may be used in the establishment of prior knowledge for the purpose of obtaining Second Injury Fund relief from the Second Injury Board. The Second Injury Board may reimburse your employer for workers' compensation claims that meet certain criteria should you become injured on the job. This reimbursement in no way affects the benefits owed to you by your employer or their insurance company under the Louisiana Workers' Compensation Act, La. R.S. 23:1021-1361.

## WARNING

**FAILURE TO ANSWER TRUTHFULLY AND/OR CORRECTLY TO ANY OF THE QUESTIONS ON THIS FORM MAY RESULT IN A FORFEITURE OF YOUR WORKERS COMPENSATION BENEFITS UNDER LA R.S. 23:1208.1.**

Employer: Martin Automotive Group

Employee Name: James Hall

Date of Birth (mm/dd/yyyy): 10/7/73 Male: ☒ Female: ☐

Soc. Sec. # (last 4 digits only): 5686

Home Address: 3231 Thomas Blvd Portarthur, Texas 77641

Telephone Number: (409) 730-3420

Employee Signature: [signature] Date: 6/8/17

Employer Witness: Jessica Peshoff Date: 6/8/17

PAGE ____ OF ____

SIB FORM D 12/10

Please place a check in the appropriate box next to each medical condition listed below. Each illness or condition requires a Yes (Y) or No (N) answer. For all conditions that you check yes, write a brief explanation on the Explanation Page.

**Disease and Other Medical Conditions** [Please check the appropriate box. Each illness/injury requires a Yes (Y) or No (N) answer.]

| Y | N | | Y | N | | Y | N | | Y | N | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | Diabetes | ☐ | ☑ | Cerebral Palsy | ☐ | ☑ | Arthritis | ☐ | ☑ | Heart Disease/Heart Attack |
| ☐ | ☑ | Silicosis | ☐ | ☑ | Tuberculosis | ☐ | ☑ | Parkinson's | ☐ | ☑ | Congestive Heart Failure |
| ☐ | ☑ | Varicose Veins | ☐ | ☑ | Multiple Sclerosis | ☐ | ☑ | Brain Damage | ☐ | ☑ | Vision Loss, one or both eyes |
| ☐ | ☑ | Asbestosis | ☐ | ☑ | Post Traumatic Stress | ☐ | ☑ | Asthma | ☐ | ☑ | Disability from Polio |
| ☐ | ☑ | Hyperinsulinism | ☐ | ☑ | Osteomyelitis | ☐ | ☑ | Dementia | ☐ | ☑ | Psychoneurotic Disability |
| ☐ | ☑ | Alzheimer's | ☐ | ☑ | Nervous Disorder | ☐ | ☑ | Thrombophlebitis | ☐ | ☑ | Ruptured or Herniated Disc |
| ☐ | ☑ | Emphysema | ☐ | ☑ | Muscular Dystrophy | ☐ | ☑ | Arteriosclerosis | ☐ | ☑ | Ankylosis or Joint Stiffening |
| ☐ | ☑ | Hearing Loss | ☐ | ☑ | Migraine Headaches | ☐ | ☑ | Hodgkin's | ☐ | ☑ | High/Low Blood Pressure |
| ☐ | ☑ | COPD | ☐ | ☑ | Mental Retardation | ☐ | ☑ | Cancer | ☐ | ☑ | Carpal Tunnel Syndrome |
| ☐ | ☑ | Hypertension | ☐ | ☑ | Kidney Disorder | ☐ | ☑ | Double Vision | ☐ | ☑ | Compressed Air Sequelae |
| ☐ | ☑ | Head Injury | ☐ | ☑ | Loss of Use of Limb | ☐ | ☑ | Mental Disorders | ☐ | ☑ | Disease of the Lung |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Seizure Disorder | ☐ | ☑ | Hemophilia | ☐ | ☑ | Coronary Artery Disease |
| ☐ | ☑ | Stroke | ☐ | ☑ | Sickle Cell Disease | ☐ | ☑ | Bleeding Disorder | ☐ | ☑ | Heavy Metal Poisoning |

**Surgical Treatment** [Please check the appropriate box. Each illness/injury requires a Yes (Y) or No (N) answer.]

| Y | N | Procedure | | | |
|---|---|---|---|---|---|
| ☐ | ☑ | Spinal Disc Surgery | Year (approximate if unsure) ________ | | |
| ☐ | ☑ | Spinal Fusion Surgery | Year (approximate if unsure) ________ | | |
| ☐ | ☑ | Amputated Foot | Left ☐ | Right ☐ | Year (approx. if unsure) ________ |
| ☐ | ☑ | Amputated Leg | Left ☐ | Right ☐ | Year (approx. if unsure) ________ |
| ☐ | ☑ | Amputated Arm | Left ☐ | Right ☐ | Year (approx. if unsure) ________ |
| ☐ | ☑ | Amputated Hand | Left ☐ | Right ☐ | Year (approx. if unsure) ________ |
| ☐ | ☑ | Knee Replacement | Left ☐ | Right ☐ | Year (approx. if unsure) ________ |
| ☐ | ☑ | Hip Replacement | Left ☐ | Right ☐ | Year (approx. if unsure) ________ |
| ☐ | ☑ | Other Joint Replacement | Joint ________ | Year ________ | |
| ☐ | ☑ | Other Surgical Procedure | Procedure ________ | Year ________ | |

Employee Signature: [signature] Date: 6/8/17

Employer Witness: Jessica Perloff Date: 6/8/17



SIB FORM D 12/10

EXPLANATION PAGE

Please use the space below to explain the illnesses and/or conditions that you checked a Yes (Y) or any other medical conditions that may not be listed on this form. Ask your employer for additional copies of this page if needed.

CONDITION: ______________________ Year Diagnosed (approx):__________

Are you still treating for this condition? Yes ☐ No ☒

Are you taking medication for this condition? Yes ☐ No ☐

Do you have any permanent restrictions for this condition? Yes ☐ No ☐

Brief Explanation:______________________

CONDITION: ______________________ Year Diagnosed (approx):__________

Are you still treating for this condition? Yes ☐ No ☐

Are you taking medication for this condition? Yes ☐ No ☐

Do you have any permanent restrictions for this condition? Yes ☐ No ☐

Brief Explanation:______________________

CONDITION: ______________________ Year Diagnosed (approx):__________

Are you still treating for this condition? Yes ☐ No ☐

Are you taking medication for this condition? Yes ☐ No ☐

Do you have any permanent restrictions for this condition? Yes ☐ No ☐

Brief Explanation:______________________

CONDITION: ______________________ Year Diagnosed (approx):__________

Are you still treating for this condition? Yes ☐ No ☐

Are you taking medication for this condition? Yes ☐ No ☐

Do you have any permanent restrictions for this condition? Yes ☐ No ☐

Brief Explanation:______________________

Employee Signature: [signature] Date: 6/8/17

Employer Witness: Jessica Peshoff Date: 6/8/17

PAGE _____ OF_____

SIB FORM D 12/10

Please answer the following questions:

1. Has any doctor ever restricted your activities? Yes ☐ No ☑
   If "Yes," please list the restrictions: ______
   Were the restrictions: Permanent ____ Temporary ____
   Are you currently restricted? Yes ☐ No ☐
   What is the medical condition for which you are restricted? ______

2. Are you presently treating with a doctor, chiropractor, psychiatrist, psychologist or other health-care provider? Yes ☐ No ☑

   Please list the medical condition being treated: ______

   Doctor's Name: ______ Specialty: ______

   Doctor's Address: ______

3. If you are presently taking prescription medication other than those listed on the Explanation Page, please complete the requested information below.

   Medication: N/A Prescribing Doctor: ______

   Medication: ______ Prescribing Doctor: ______

4. Have you ever had an on the job accident? Yes ☐ No ☑
   If you answered "YES," please provide the date for each injury and the nature of the injury:

   ______

   How long were you on compensation? ______

   Name of Employer: ______

5. Has a doctor recommended a surgical procedure, which has not been completed prior to this date, including but not limited to knee, hip or shoulder replacement? Yes ☐ No ☑
   If you answered YES, please provide:

   Recommended surgery: ______

   Approximate date of recommendation: ______

   Doctor's Name: ______ Specialty: ______

   Doctor's Address: ______

Employee Signature: [signature] Date: 6/8/17

Employer Witness: Jessica Pesloff Date: 6/8/17

PAGE ____ OF ____

SIB FORM D 12/10

## WARNING

**FAILURE TO ANSWER TRUTHFULLY AND/OR CORRECTLY TO ANY OF THE QUESTIONS ON THIS FORM MAY RESULT IN A FORFEITURE OF YOUR WORKERS COMPENSATION BENEFITS UNDER LA R.S. 23:1208.1.**

I have completed this form honestly and to the best of my knowledge. I understand that providing false information or omitting pertinent information could result in loss of my workers compensation benefits should I become injured on the job.

Employee Signature: [signature] Date: 6/8/17

Employee Printed: James Hall

I am an authorized representative of the employer designated to obtain and review the information provided by the employee on this questionnaire. I have confirmed that the employee understands the consequences associated with providing false information or omitting pertinent information. I have confirmed that the employee is able to read and understand the information provided on this questionnaire or I have personally read the questionnaire to the employee. I have provided the employee with as many copies of the Explanation Page as needed. I have confirmed the number of and labeled the pages of this questionnaire.

Employer Witness: Jessica Peshoff Date: 6/8/17

Employer Witness Printed: Jessica Peshoff

Title: Payroll


Texas
COMMERCIAL DRIVER LICENSE
USA TX
4d CDL 39166257
9 Class AM
4a Iss 03/14/2017
4b Exp 10/07/2022
3 DOB 10/07/1973
1 HALL
2 JAMES MICHAEL
8 3231 THOMAS BLVD
PORT ARTHUR TX 77642
12 Restrictions NONE
9a End NT
16 Hgt 6'-00"
15 Sex M
18 Eyes HAZ
5 DD 05212780132144207910

[redacted]

39166257 2017031501

TEXAS ROADSIDE ASSISTANCE: 1-800-525-5555

☐ Directive to physician has been filed at tel #

☐ Emergency contact number

☐ Allergic reaction to drugs

CLASS: A-Comb veh w/ GVWR ≥26,001 lbs provided towed veh ≥10,001 lbs; M-Motorcycle

RESTRICTIONS - NONE

ENDORSEMENTS:
N-Tank vehicle
T-Double/triple trailer

REV. 10/10/2016

**SambaSafety** PO Box 1970 Rancho Cordova, CA 95741-1970

**TEXAS Driver Record - S1942** **Order Date: 05/31/2017** **Seq #: 0**

Host Used: Online
Rec Type: STANDARD

Bill Code:
Reference: HEAVY SERVICE
License: 39166257
Name: HALL, JAMES MICHAEL
Address: 3231 THOMAS BLVD
City, St: PORT ARTHUR, TX 77642

Sex: Weight: DOB: 10/07/1973 Age: 43
Eyes: Height: Iss Date:
Hair: Exp Date: 10/07/2022

Year License First Issued: 11/07/2014 STATUS: SEE BELOW

**Violations/Convictions** **Failures To Appear** **Accidents**

*** NONE TO REPORT ***

**Suspensions/Revocations**

*** NO ACTIVITY ***

**License and Permit Information**

| | | | |
|---|---|---|---|
| License: COMMERCIAL | Issue: | Expire: 10/07/2022 | Status: VALID |
| | Class: A | COMBINE VEH > 26K W/TRAILER > 10K | |
| | Endorsement: TANK VEHICLE | | |
| | Endorsement: DOUBLE/TRIPLE TRAILER | | |
| License: MOTORCYCLE | Issue: | Expire: 10/07/2022 | Status: VALID |
| | Class: M | MOTORCYCLE/MOPED | |

**CDL Medical Information**

| Self Certificate Type | Issued | Effective | Expiration | Downgraded | Status |
|---|---|---|---|---|---|
| NON-EXCEPTED INTERSTATE | 01/17/2017 | | 01/17/2019 | | CERTIFIED |

| Medical Examiner Name | Phone | License | State | Specialty | Registry Number |
|---|---|---|---|---|---|
| EDWARD E ECHALK | (405)372-2400 | 2624 | OK | CHIROPRACTOR | 5477233840 |

**Miscellaneous State Data**

THIS TYPE OF RECORD WILL NOT REFLECT COMPLETION OF A DRIVING SAFETY COURSE.

THIS RECORD REFLECTS CONVICTIONS AND CRASH INVOLVEMENTS THAT ARE ALLOWED TO BE DISPLAYED BY LAW.

CONFIDENTIAL INFORMATION - TO BE USED AS PER STATE AND FEDERAL LAWS.
MISUSE MAY RESULT IN A CRIMINAL PROSECUTION

END OF REPORT FOR HALL, JAMES MICHAEL (CONTROL NUMBER: 569LOZ)

PRINT

**MARTIN AUTOMOTIVE GROUP, INC.**

**COMPENSATION PLAN**

*This form is to be used ONLY in the event a MAG published pay-plan does not currently exist for the position**

*(Must be filled out and signed **BEFORE** start date)***

Employee Name: James Hall

Department: Service Job Title: CDL Driver

Effective Date: Aug 4, 2017

Base Salary: $ 16.00 per hour (hour/week/bi-weekly/month)

Notes (optional): *This is a change in explanation of the change of a weekly cap in production to a monthly cap on production. This change also explains how holiday, vacation and training days will be paid to this employee.*

It is mutually acknowledged that this agreement constitutes the entire agreement between Martin Automotive Group and the employee. This agreement supercedes any and all prior agreements. Any additional understandings expressed or implied (oral or written) that exist between the parties, must be reduced to writing and made part of this agreement. Martin Automotive Group or employee can terminate this agreement at any time without any notice, written or otherwise.

[signature] 8/2/17 [signature] 08/02/17

Employee Signature Date Department Manager Signature Date

[signature] 8/2/17

Dealer Signature Date

*check with Controller to verify if plan exists
**original to Payroll, copy to Employee





CONFIDENTIAL

**MARTIN AUTOMOTIVE GROUP, INC.**

**COMPENSATION PLAN**

Additional Payroll Notes:

This pay increase is based on performance and potential to take on additional responsibilities.

James is eligible for all benefits that Martin Truck Center offers its employees after 90-days of consecutive employment. He will become eligible for the 401K plan at his one (1) year anniversary and can enter into the plan at the first entry month after his anniversary in January or June. If he decides not to take advantage of the 401K plan he will have the opportunity to enter at the next available entry date.

CONFIDENTIAL

The above notes are part of the compensation plan for James Hall
dated June 7, 2017

8/2/17 08/02/17

Employee Signature Date Department Manager Signature Date

Dealer Signature Date

# MARTIN AUTOMOTIVE GROUP, INC.

## EMPLOYEE HANDBOOK AND POLICIES

As of June 1, 2017

Employee Name: James Hall

Supervisor Name: Diogo Tavares

provided the employee is compensated at a rate equivalent to not less than one dollar above the existing federal minimum wage and is not a part-time or seasonal employee as defined in *R.S. 23:1021*, for the costs of such employee's or applicant's pre-employment medical examination and/or drug test, if the employee terminates the employment relationship sooner than ninety working days after his first day of work or never reports to work, unless such termination is attributable to a substantial change made to the employment by the employer as applied in Louisiana Employment Security Law.

An employee who, without prior approval, fails to report to work as scheduled for two consecutive days shall be deemed to have voluntarily terminated his/her employment by abandonment of his/her position.

In accordance with *LSA R.S. 23:634,B*, and the terms of the above-stated policy, I hereby agree that the costs of my pre-employment medical examination and/or drug test, not to exceed $500.00 may be withheld from my wages if I voluntarily resign within 90 working days from my first day of work.

Louisiana is an "employment-at-will" state (*LA Civ. Code Art. 2747, 2024*). This means that, in general, either the employer or employee may terminate an employment relationship at any time and for any reason unless a law or contract exists to the contrary.

(Signature of employee/applicant) 6/16/17 (Date)

In accordance by signing this page and the final page, the employee agrees to these terms and conditions.

B. DRUG FREE WORK PLACE (DFWP) POLICY.

In addition to the above policy, further physical exams and random drug screening may be requested due to, but not limited to, work related injuries or probable cause that would indicate that the employee may be under the influence of a controlled substance or alcohol which would endanger the safety of other employees and customers. Such exams and costs will be absorbed by the company as requested. The employee will be sent to a medical facility of the company's choice for any work-related injury. The employee will retain the right to see a second physician of his choice. The company has a monthly random drug screen which is administered by a third party occupational medical facility. Each month, three (3) employees are selected at random to be tested. The results are confidential and will only be communicated to the executive management of the company. If an employee tests positive for drugs, management may discipline or dismiss the employee at its sole discretion. Disciplinary action may include, but not be limited to, the requirement of the employee to check themselves into a substance abuse rehabilitation program at their own expense. Upon satisfactorily completing a substance abuse program, management will review the employee and determine if the employee may

3. Sales Referrals.

There are no sales referrals at Martin Automotive Group, Inc. As employees, we should sell the company as a whole, because as employees we all benefit from referrals. For example, if you are a Service Advisor and you refer a customer to Sales, you will be rewarded in the following ways: 1. That new sale will need service and 2. Selling the dealership helps the company justify the employment of its employees and running a successful business.

H. EMPLOYEE REFERRAL BONUS PROGRAM.

Martin Automotive Group, Inc. has a bonus referral program in place for any employee who brings in a new prospect for employment. The Department Manager must verify to human resources that the new hire was indeed referred by the employee.

The bonus will be paid as follows:

| Bonus Amount | Length of Time Before Payment |
|---|---|
| $100.00 | Paid to employee after new hire has been employed for 90 days (3 months) |
| $300.00 | Paid to employee after new hire has been employed for 180 days (6 months) |

The total possible bonus that can be earned for referring a new hire is $400.00. This program is to encourage employees to take an active part in helping us find only the best people possible.

Department Managers are aware of position openings within our company. For more information consult with your Department Manager.

**ACKNOWLEDGEMENT STATEMENT**

I, James Hall, agree with the above policies and procedures of Martin Automotive Group, Inc. as outlined in this Employee Handbook.

[signature] ______________________ 6/16/17 ______________

Signature of Employee Date

# Form W-4 (2017)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2017 expires February 15, 2018. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** If another person can claim you as a dependent on his or her tax return, you can't claim exemption from withholding if your total income exceeds $1,050 and includes more than $350 of unearned income (for example, interest and dividends).

*Exceptions.* An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:

- Is age 65 or older,
- Is blind, or
- Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions don't apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you aren't exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2017. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at *www.irs.gov/w4*.

## Personal Allowances Worksheet (Keep for your records.)

| | | | |
|---|---|---|---|
| A | Enter "1" for **yourself** if no one else can claim you as a dependent | A | 1 |
| B | Enter "1" if: • You're single and have only one job; or • You're married, have only one job, and your spouse doesn't work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. | B | 1 |
| C | Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) | C | |
| D | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return | D | |
| E | Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) | E | |
| F | Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit (**Note:** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | F | |
| G | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information. • If your total income will be less than $70,000 ($100,000 if married), enter "2" for each eligible child; then **less** "1" if you have two to four eligible children or **less** "2" if you have five or more eligible children. • If your total income will be between $70,000 and $84,000 ($100,000 and $119,000 if married), enter "1" for each eligible child. | G | |
| H | Add lines A through G and enter total here. (**Note:** This may be different from the number of exemptions you claim on your tax return.) ▶ | H | |

**For accuracy, complete all worksheets that apply.**
- If you plan to **itemize** or **claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you are **single** and **have more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

**Separate here and give Form W-4 to your employer. Keep the top part for your records.**

Form **W-4**
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ **Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.**

OMB No. 1545-0074
**2017**

1 Your first name and middle initial: James M. | Last name: Hall | 2 Your social security number: 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

Home address (number and street or rural route): 3231 Thomas Blvd

3 ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code: Port arthur, Texas 77641

4 **If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card.** ▶ ☐

| | | | |
|---|---|---|---|
| 5 | Total number of allowances you are claiming (from line H above **or** from the applicable worksheet on page 2) | 5 | 2 |
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 | $-0 |
| 7 | I claim exemption from withholding for 2017, and I certify that I meet **both** of the following conditions for exemption. • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, and • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability. If you meet both conditions, write "Exempt" here ▶ | 7 | |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** (This form is not valid unless you sign it.) ▶ [signature] **Date** ▶ 6/8/17

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN)

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.** Cat. No. 10220Q Form **W-4** (2017)

Martin Automotive Group, Inc.
P.O. Box 795 • 2948 Highway 90 East
Lake Charles, La. 70602
(800) 960-7126 Ph# (337) 433-0506 Fax# (337) 436-4640
www.martinautomotive.com e-mail: admin@martinautomotive.com

I James Hall understand that I will be working for Martin Automotive Group, Inc. on a probationary basis until all drug screens, physicals, background checks, etc. have been obtained.

My continued employment depends on the results of the above referenced requirements.

[signature]
Employee Signature

6/8/17
Date

(Revised 4/30/15)

# Martin Automotive Group, Inc.

P.O. Box 795 • 2948 Highway 90 East
Lake Charles, La. 70602
(800) 960-7126 Ph# (337) 433-0506 Fax# (337) 436-4640
www.martinautomotive.com e-mail: admin@martinautomotive.com

## Medical Examination & Drug Test Policy

In Accordance with La. R.S. 23:897k, it is the stated policy of

**Martin Automotive Group, Inc.**

that Martin Automotive Group, Inc. has a right of reimbursement from an employee or an applicant who becomes an employee, provided the employee is compensated at a rate equivalent to not less than one dollar above the existing federal minimum wage and is not a part-time or seasonal employee as defined in R.S. 23:1021, for the costs of such employee's or applicant's pre-employment medical examination and/or drug test, if the employee terminates the employment relationship sooner than 90 working days after his/her first day of work or never reports to work, unless such termination is attributable to a substantial change made to the employment by the employer as applied in Louisiana Employment Security Law.

An employee who, without prior approval, fails to report to work as scheduled for ___2___ consecutive days shall be deemed to have voluntarily terminated his/her employment by abandonment of his/her position.

In accordance with La. R.S. 23:634,B,K. and the terms of the above-stated policy, I hereby agree that the costs of my pre-employment medical examination and/or drug test, not to exceed $ **92.00**, may be withheld from my wages if I terminate within 90 working days from my first day of work.

____________________ (Signature)      6/8/17 (Date)

*Martin Automotive Group, Inc.*
P.O. Box 795 • 2948 Highway 90 East
Lake Charles, La. 70602
(800) 960-7126 Ph# (337) 433-0506 Fax# (337) 436-4640
www.martinautomotive.com e-mail: admin@martinautomotive.com

DATE: 6/8/17

I James Hall agree that as a condition of my employment random drug screens will be required periodically at the company's discretion.

# Employment Eligibility Verification

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form I-9
OMB No. 1615-0047
Expires 03/31/2016

▶START HERE. **Read instructions carefully before completing this form. The instructions must be available during completion of this form.**

ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work-authorized individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Attestation *(Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)*

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Names Used *(if any)* |
|---|---|---|---|
| Hall | James | M. | |

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | Zip Code |
|---|---|---|---|---|
| 3231 Thomas Blvd | | Port arthur, | Texas | 77641 |

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | E-mail Address | Telephone Number |
|---|---|---|---|
| 10/7/43 | 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 | | 409 730-3420 |

**I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.**

**I attest, under penalty of perjury, that I am (check one of the following):**

- [x] A citizen of the United States
- [ ] A noncitizen national of the United States *(See instructions)*
- [ ] A lawful permanent resident (Alien Registration Number/USCIS Number): ____________________
- [ ] An alien authorized to work until (expiration date, if applicable, mm/dd/yyyy) ____________. Some aliens may write "N/A" in this field. *(See instructions)*

*For aliens authorized to work, provide your Alien Registration Number/USCIS Number OR Form I-94 Admission Number:*

1. Alien Registration Number/USCIS Number: ____________________

**OR**

2. Form I-94 Admission Number: ____________________

If you obtained your admission number from CBP in connection with your arrival in the United States, include the following:

Foreign Passport Number: ____________________

Country of Issuance: ____________________

Some aliens may write "N/A" on the Foreign Passport Number and Country of Issuance fields. *(See instructions)*

3-D Barcode
Do Not Write in This Space

| Signature of Employee: [signature] | Date *(mm/dd/yyyy)*: 6/8/17 |
|---|---|

**Preparer and/or Translator Certification** *(To be completed and signed if Section 1 is prepared by a person other than the employee.)*

**I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator: | | | Date *(mm/dd/yyyy)*: |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | | |
| Address *(Street Number and Name)* | City or Town | State | Zip Code |

STOP *Employer Completes Next Page* STOP

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR examine a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents" on the next page of this form. For each document you review, record the following information: document title, issuing authority, document number, and expiration date, if any.)*

Employee Last Name, First Name and Middle Initial from Section 1: Hall, James M

| List A<br>Identity and Employment Authorization | OR | List B<br>Identity | AND | List C<br>Employment Authorization |
|---|---|---|---|---|
| Document Title: Drivers License | | Document Title: | | Document Title: |
| Issuing Authority: Texas | | Issuing Authority: | | Issuing Authority: |
| Document Number: 39166257 | | Document Number: | | Document Number: |
| Expiration Date *(if any)(mm/dd/yyyy)*: 10/07/2022 | | Expiration Date *(if any)(mm/dd/yyyy)*: | | Expiration Date *(if any)(mm/dd/yyyy)*: |
| Document Title: | | | | |
| Issuing Authority: | | | | |
| Document Number: | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)*: | | | | 3-D Barcode<br>Do Not Write in This Space |
| Document Title: | | | | |
| Issuing Authority: | | | | |
| Document Number: | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)*: | | | | |

### Certification

**I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.**

**The employee's first day of employment *(mm/dd/yyyy)*:** 06/08/2017 **(*See instructions for exemptions.*)**

| Signature of Employer or Authorized Representative | Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| Jessica Peshoff | 06/08/2017 | PAYROLL |

| Last Name *(Family Name)* | First Name *(Given Name)* | Employer's Business or Organization Name |
|---|---|---|
| PESHOFF | JESSICA | MARTIN AUTOMOTIVE GROUP, INC. |

| Employer's Business or Organization Address *(Street Number and Name)* | City or Town | State | Zip Code |
|---|---|---|---|
| 2948 HWY 90 EAST | LAKE CHARLES, | LA | 70615 |

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* Last Name *(Family Name)* First Name *(Given Name)* Middle Initial | B. Date of Rehire *(if applicable) (mm/dd/yyyy)*: |
|---|---|
| | |

C. If employee's previous grant of employment authorization has expired, provide the information for the document from List A or List C the employee presented that establishes current employment authorization in the space provided below.

| Document Title: | Document Number: | Expiration Date *(if any)(mm/dd/yyyy)*: |
|---|---|---|
| | | |

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

| Signature of Employer or Authorized Representative: | Date *(mm/dd/yyyy)*: | Print Name of Employer or Authorized Representative: |
|---|---|---|
| | | |

*This form is to be given to* **each** *person for whom we are to order an MVR. It is to be completed and signed by that person and returned.*
*(fax: 1-813-712-7001)*

## DISCLOSURE AND AUTHORIZATION FOR RELEASE OF MVR INFORMATION

As part of our driver controls, we may obtain motor vehicle reports (MVRs) on your driving history. Before we seek such reports, we wish to have your written permission to obtain the information. You have the right, upon written request, to a copy of the MVR.

## AUTHORIZATION AND RELEASE TO OBTAIN INFORMATION

Under the provisions of the Fair Credit Reporting Act, 15 USC, Section 1681 et seq., the Americans with Disabilities Act and all applicable federal, state, and local laws, I hereby authorize and permit Willis Programs, member companies of AIG, my employer, and/or my employer's insurance agent to obtain a MVR.

I agree that a copy of this authorization has the same effect as an original.

I hereby release and hold harmless any person, firm, or entity that discloses matters in accordance with this authorization, from liability that might otherwise result from the request for use of and/or disclosure of any or all of the foregoing information.

I understand and acknowledge that I may request a copy of my MVR after I have provided proper identification.

Willis Programs, member companies of AIG, my employer, and/or my employer's insurance agent have the continuing right and authority to check and deliver my motor vehicle records on file with the State or other resource, including, without limitation, driving record, financial responsibility information and prior driving information as set forth above and to deliver such records to one another and the company.

[signature]
Signature

6/1/17
Date

Please print clearly:

James Hall
Full Name

10/7/17
Date of Birth

39166257
Drivers License #

TX
State

MARTIN TRUCK CENTER
Name of Employer

CDL DRIVER
Position

N
Furnished a Vehicle ( y/n)

F:CIG:CP:MVRPerm-AIG (09/12/06)

10/13/2017 02:41 PM details for Employee number 446 2017 24W| Page 1

**Period: 2017 24W - End-Date: 06/14/2017 Pay-Date: 06/16/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:41 PM**

| | Employee Description | | Earnings | | | Withholding | | | Deduction | | Net Pay * Check | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emp.** | **Clock** | **Employee Name** | **Code** | **Hours** | **Amount** | **Rate** | **Description** | **Amount** | **Code** | **Amount** | **Net Pay** | **Check#** |
| | **** | DEPARTMENT 04 04 ************************** | **** | | | | | | | | | |
| 446 | | Hall, James | 40 | 40.00 | 520.00 | 13.0000 | F.W.T. | 49.38 | 856 | 494.59 | | |
| | | | 41 | 3.54 | 69.03 | 19.5000 | SSA TAX | 36.52 | | | | |
| | | | | | | | MEDICARE | 8.54 | | | | |
| | | 2017 PAY NO. 1 EMPLOYEE TOTALS | | | 589.03 | | | 94.44 | | 494.59 | .00 | 616170 44 |

PAY DATE: 06/16/2017 Period: 24W

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 589.03 | 94.44 | | .00 | 494.59 |
| 1 TOTALS | | 1 | 1 | 589.03 | 94.44 | | .00 | 494.59 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Amount | Withholding Description | Withholding Amount | Deduction Code | Deduction Amount | Deduction Description |
|---|---|---|---|---|---|---|---|---|
| HRS/REG | 40 | 40.00 | 520.00 | F.W.T. | 49.38 | | | |
| HRS/OT | 41 | 3.54 | 69.03 | SSA TAX | 36.52 | | | |
| | | | | MEDICARE | 8.54 | | | |
| | | | | SUI BASE 24 | 589.03 | | | |
| | | | | FEDERAL DEPOSITS | 139.50 | | | |
| | | | | SDI | .00 | | | |
| | | | | F.U.T.A | 3.53 | | | |
| | | | | EMPLOYER SSA | 36.52 | | | |
| | | | | EMPLOYER MEDICARE | 8.54 | | | |

| | |
|---|---|
| TOTAL GROSS PAY | 589.03 |
| TOTAL WITHOLDING | 94.44 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 494.59 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |

Pay Stubs

CDK Drive

© 2017 CDK Global, LLC. All rights reserved.

**Period: 2017 25W - End-Date: 06/21/2017 Pay-Date: 06/23/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:41 PM**

| Emp. | Clock | Employee Description / Employee Name | Earnings Code | Hours | Amount | Withholding Rate Description | Amount Code | Deduction Amount | Net Pay * Check / Net Pay Check# |
|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04 *************************** | **** | | | | | | |
| 446 | | Hall, James | 40 | .50 | 6.50 | 13.0000 F.W.T. | 54.18 856 | 519.32 | |
| | | | 40 | 39.50 | 513.50 | 13.0000 SSA TAX | 38.50 | | |
| | | | 41 | 5.18 | 101.01 | 19.5000 MEDICARE | 9.01 | | |
| | | 2017 PAY NO. 2 EMPLOYEE TOTALS | | | 621.01 | | 101.69 | 519.32 | .00 62317045 |
| | | PAY DATE: 06/23/2017 Period: 25W | | | | | | | |

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 621.01 | 101.69 | | .00 | 519.32 |
| 1 TOTALS | | 1 | 1 | 621.01 | 101.69 | | .00 | 519.32 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Withholding Amount Description | Withholding Deduction Amount Code | Deduction Deduction Amount Description |
|---|---|---|---|---|---|
| HRS/REG | 40 | 40.00 | 520.00 F.W.T. | 54.18 | |
| HRS/OT | 41 | 5.18 | 101.01 SSA TAX | 38.50 | |
| | | | MEDICARE | 9.01 | |
| | | | SUI BASE 24 | 621.01 | |
| | | | FEDERAL DEPOSITS | 149.20 | |
| | | | SDI | .00 | |
| | | | F.U.T.A | 3.73 | |
| | | | EMPLOYER SSA | 38.50 | |
| | | | EMPLOYER MEDICARE | 9.01 | |

| | |
|---|---|
| TOTAL GROSS PAY | 621.01 |
| TOTAL WITHOLDING | 101.69 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 519.32 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |


© 2017 CDK Global, LLC. All rights reserved.

10/13/2017 02:43 PM details for Employee number 446 2017 26W| Page 1

**Period: 2017 26W - End-Date: 06/28/2017 Pay-Date: 06/30/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:43 PM**

| Emp. | Clock | Employee Description<br>Employee Name | Code | Earnings<br>Hours | Amount | Withholding<br>Rate Description | Amount Code | Deduction<br>Amount | Net Pay * Check<br>Net Pay Check# |
|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04<br>*************************** | **** | | | | | | |
| 446 | | Hall, James | 40 | 40.00 | 520.00 | 13.0000 F.W.T. | 53.19 856 | 514.20 | |
| | | | 41 | 4.84 | 94.38 | 19.5000 SSA TAX | 38.09 | | |
| | | | | | | MEDICARE | 8.90 | | |
| | | 2017 PAY NO. 3 EMPLOYEE TOTALS | | | 614.38 | | 100.18 | 514.20 | .00 630170 38 |
| | | PAY DATE: 06/30/2017 Period: 26W | | | | | | | |

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 614.38 | 100.18 | | .00 | 514.20 |
| 1 TOTALS | | 1 | 1 | 614.38 | 100.18 | | .00 | 514.20 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Withholding Amount Description | Withholding Deduction Amount Code | Deduction Deduction Amount Description |
|---|---|---|---|---|---|
| HRS/REG | 40 | 40.00 | 520.00 F.W.T. | 53.19 | |
| HRS/OT | 41 | 4.84 | 94.38 SSA TAX | 38.09 | |
| | | | MEDICARE | 8.90 | |
| | | | SUI BASE 24 | 614.38 | |
| | | | FEDERAL DEPOSITS | 147.17 | |
| | | | SDI | .00 | |
| | | | F.U.T.A | 3.69 | |
| | | | EMPLOYER SSA | 38.09 | |
| | | | EMPLOYER MEDICARE | 8.90 | |

| | |
|---|---|
| TOTAL GROSS PAY | 614.38 |
| TOTAL WITHOLDING | 100.18 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 514.20 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |

CDK Drive © 2017 CDK Global, LLC. All rights reserved.

**Period: 2017 27W - End-Date: 07/05/2017 Pay-Date: 07/07/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:43 PM**

| Emp. | Clock | Employee Description<br>Employee Name | Earnings<br>Code | Hours | Amount | Withholding<br>Rate | Description | Amount | Deduction<br>Code | Amount | Net Pay * Check<br>Net Pay | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04 *************************** | **** | | | | | | | | | |
| 446 | | Hall, James | 40 | 32.32 | 420.16 | 13.0000 | F.W.T. | 41.60 | 856 | 454.46 | | |
| | | | 44 | 9.00 | 117.00 | 13.0000 | SSA TAX | 33.31 | | | | |
| | | | | | | | MEDICARE | 7.79 | | | | |
| | | 2017 PAY NO. 4 EMPLOYEE TOTALS | | | 537.16 | | | 82.70 | | 454.46 | .00 | 70717042 |
| | | PAY DATE: 07/07/2017 Period: 27W | | | | | | | | | | |

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 537.16 | 82.70 | | .00 | 454.46 |
| 1 TOTALS | | 1 | 1 | 537.16 | 82.70 | | .00 | 454.46 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Amount | Withholding Description | Withholding Amount | Deduction Code | Deduction Amount | Deduction Description |
|---|---|---|---|---|---|---|---|---|
| HRS/REG | 40 | 32.32 | 420.16 | F.W.T. | 41.60 | | | |
| HRS/HOL | 44 | 9.00 | 117.00 | SSA TAX | 33.31 | | | |
| | | | | MEDICARE | 7.79 | | | |
| | | | | SUI BASE 24 | 537.16 | | | |
| | | | | FEDERAL DEPOSITS | 123.80 | | | |
| | | | | SDI | .00 | | | |
| | | | | F.U.T.A | 3.22 | | | |
| | | | | EMPLOYER SSA | 33.31 | | | |
| | | | | EMPLOYER MEDICARE | 7.79 | | | |

| | |
|---|---|
| TOTAL GROSS PAY | 537.16 |
| TOTAL WITHOLDING | 82.70 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 454.46 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |


� 2017 CDK Global, LLC. All rights reserved.

**Period: 2017 28W - End-Date: 07/12/2017 Pay-Date: 07/14/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:44 PM**

| Emp. | Clock | Employee Description / Employee Name | Code | Earnings Hours | Amount | Rate | Withholding Description | Amount | Code | Deduction Amount | Net Pay * Check / Net Pay Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04 *************************** | **** | | | | | | | | |
| 446 | | Hall, James | 40 | 40.00 | 520.00 | 13.0000 | F.W.T. | 49.06 | 856 | 492.93 | |
| | | | 41 | 3.43 | 66.89 | 19.5000 | SSA TAX | 36.39 | | | |
| | | | | | | | MEDICARE | 8.51 | | | |
| | | 2017 PAY NO. 5 EMPLOYEE TOTALS | | | 586.89 | | | 93.96 | | 492.93 | .00 71417056 |
| | | PAY DATE: 07/14/2017 Period: 28W | | | | | | | | | |

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 586.89 | 93.96 | | .00 | 492.93 |
| 1 TOTALS | | 1 | 1 | 586.89 | 93.96 | | .00 | 492.93 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Amount | Withholding Description | Withholding Amount | Deduction Code | Deduction Amount | Deduction Description |
|---|---|---|---|---|---|---|---|---|
| HRS/REG | 40 | 40.00 | 520.00 | F.W.T. | 49.06 | | | |
| HRS/OT | 41 | 3.43 | 66.89 | SSA TAX | 36.39 | | | |
| | | | | MEDICARE | 8.51 | | | |
| | | | | SUI BASE 24 | 586.89 | | | |
| | | | | FEDERAL DEPOSITS | 138.86 | | | |
| | | | | SDI | .00 | | | |
| | | | | F.U.T.A | 3.52 | | | |
| | | | | EMPLOYER SSA | 36.39 | | | |
| | | | | EMPLOYER MEDICARE | 8.51 | | | |

| | |
|---|---|
| TOTAL GROSS PAY | 586.89 |
| TOTAL WITHOLDING | 93.96 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 492.93 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |


© 2017 CDK Global, LLC. All rights reserved.

**Period: 2017 29W - End-Date: 07/19/2017 Pay-Date: 07/21/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:44 PM**

| Emp. | Clock | Employee Description Employee Name | Earnings Code | Hours | Amount | Rate | Withholding Description | Amount | Deduction Code | Amount | Net Pay * Check Net Pay | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04 ************************** | **** | | | | | | | | | |
| 446 | | Hall, James | 40 | 40.00 | 520.00 | 13.0000 | F.W.T. | 54.94 | 856 | 523.25 | | |
| | | | 41 | 5.44 | 106.08 | 19.5000 | SSA TAX | 38.81 | | | | |
| | | | | | | | MEDICARE | 9.08 | | | | |
| | | 2017 PAY NO. 6 EMPLOYEE TOTALS | | | 626.08 | | | 102.83 | | 523.25 | .00 | 721170 43 |
| | | PAY DATE: 07/21/2017 Period: 29W | | | | | | | | | | |

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 626.08 | 102.83 | | .00 | 523.25 |
| 1 TOTALS | | 1 | 1 | 626.08 | 102.83 | | .00 | 523.25 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Amount | Withholding Description | Withholding Amount | Deduction Code | Deduction Amount | Deduction Description |
|---|---|---|---|---|---|---|---|---|
| HRS/REG | 40 | 40.00 | 520.00 | F.W.T. | 54.94 | | | |
| HRS/OT | 41 | 5.44 | 106.08 | SSA TAX | 38.81 | | | |
| | | | | MEDICARE | 9.08 | | | |
| | | | | SUI BASE 24 | 626.08 | | | |
| | | | | FEDERAL DEPOSITS | 150.72 | | | |
| | | | | SDI | .00 | | | |
| | | | | F.U.T.A | 3.76 | | | |
| | | | | EMPLOYER SSA | 38.81 | | | |
| | | | | EMPLOYER MEDICARE | 9.08 | | | |

| | |
|---|---|
| TOTAL GROSS PAY | 626.08 |
| TOTAL WITHOLDING | 102.83 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 523.25 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |


◆ 2017 CDK Global, LLC. All rights reserved.

**Period: 2017 30W - End-Date: 07/26/2017 Pay-Date: 07/28/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:45 PM**

| Emp. | Clock | Employee Description Employee Name | Code | Earnings Hours | Amount | Withholding Rate Description | Amount Code | Deduction Amount | Net Pay * Check Net Pay Check# |
|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04 *************************** | **** | | | | | | |
| 446 | | Hall, James | 40 | 40.00 | 520.00 | 13.0000 F.W.T. | 54.30 856 | 519.92 | |
| | | | 41 | 5.22 | 101.79 | 19.5000 SSA TAX | 38.55 | | |
| | | | | | | MEDICARE | 9.02 | | |
| | | 2017 PAY NO. 7 EMPLOYEE TOTALS | | | 621.79 | | 101.87 | 519.92 | .00 72817042 |
| | | PAY DATE: 07/28/2017 Period: 30W | | | | | | | |

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 621.79 | 101.87 | | .00 | 519.92 |
| 1 TOTALS | | 1 | 1 | 621.79 | 101.87 | | .00 | 519.92 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Withholding Amount Description | Withholding Deduction Amount Code | Deduction Deduction Amount Description |
|---|---|---|---|---|---|
| HRS/REG | 40 | 40.00 | 520.00 F.W.T. | 54.30 | |
| HRS/OT | 41 | 5.22 | 101.79 SSA TAX | 38.55 | |
| | | | MEDICARE | 9.02 | |
| | | | SUI BASE 24 | 621.79 | |
| | | | FEDERAL DEPOSITS | 149.44 | |
| | | | SDI | .00 | |
| | | | F.U.T.A | 3.73 | |
| | | | EMPLOYER SSA | 38.55 | |
| | | | EMPLOYER MEDICARE | 9.02 | |

| | |
|---|---|
| TOTAL GROSS PAY | 621.79 |
| TOTAL WITHOLDING | 101.87 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 519.92 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |


© 2017 CDK Global, LLC. All rights reserved.

**Period: 2017 31W - End-Date: 08/02/2017 Pay-Date: 08/04/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:45 PM**

| Emp. | Clock | Employee Description<br>Employee Name | Code | Earnings<br>Hours | Earnings<br>Amount | Withholding<br>Rate Description | Withholding<br>Amount Code | Deduction<br>Amount | Net Pay * Check<br>Net Pay Check# |
|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04<br>*************************** | **** | | | | | | |
| 446 | | Hall, James | 40 | 1.00 | 13.00 | 13.0000 F.W.T. | 54.62 856 | 521.59 | |
| | | | 40 | 39.00 | 507.00 | 13.0000 SSA TAX | 38.69 | | |
| | | | 41 | 5.33 | 103.94 | 19.5000 MEDICARE | 9.04 | | |
| | | 2017 PAY NO. 8 EMPLOYEE TOTALS | | | 623.94 | | 102.35 | 521.59 | .00 804170 49 |

PAY DATE: 08/04/2017 Period: 31W

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 623.94 | 102.35 | | .00 | 521.59 |
| 1 TOTALS | | 1 | 1 | 623.94 | 102.35 | | .00 | 521.59 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Withholding Amount Description | Withholding Deduction Amount Code | Deduction Deduction Amount Description |
|---|---|---|---|---|---|
| HRS/REG | 40 | 40.00 | 520.00 F.W.T. | 54.62 | |
| HRS/OT | 41 | 5.33 | 103.94 SSA TAX | 38.69 | |
| | | | MEDICARE | 9.04 | |
| | | | SUI BASE 24 | 623.94 | |
| | | | FEDERAL DEPOSITS | 150.08 | |
| | | | SDI | .00 | |
| | | | F.U.T.A | 3.74 | |
| | | | EMPLOYER SSA | 38.69 | |
| | | | EMPLOYER MEDICARE | 9.04 | |

| | |
|---|---|
| TOTAL GROSS PAY | 623.94 |
| TOTAL WITHOLDING | 102.35 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 521.59 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |

 � 2017 CDK Global, LLC. All rights reserved.

**Period: 2017 32W - End-Date: 08/09/2017 Pay-Date: 08/11/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:45 PM**

| Emp. | Clock | Employee Description<br>Employee Name | Earnings<br>Code | Hours | Amount | Withholding<br>Rate Description | Amount Code | Deduction<br>Amount | Net Pay * Check<br>Net Pay Check# |
|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04<br>************************** | **** | | | | | | |
| 446 | | Hall, James | 40 | 40.00 | 640.00 | 16.0000 F.W.T. | 74.96 856 | 626.45 | |
| | | | 41 | 4.98 | 119.52 | 24.0000 SSA TAX | 47.09 | | |
| | | | | | | MEDICARE | 11.02 | | |
| | | 2017 PAY NO. 9 EMPLOYEE TOTALS | | | 759.52 | | 133.07 | 626.45 | .00 811170 41 |
| | | PAY DATE: 08/11/2017 Period: 32W | | | | | | | |

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 759.52 | 133.07 | | .00 | 626.45 |
| 1 TOTALS | | 1 | 1 | 759.52 | 133.07 | | .00 | 626.45 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Amount | Withholding Description | Withholding Amount | Deduction Code | Deduction Amount | Deduction Description |
|---|---|---|---|---|---|---|---|---|
| HRS/REG | 40 | 40.00 | 640.00 | F.W.T. | 74.96 | | | |
| HRS/OT | 41 | 4.98 | 119.52 | SSA TAX | 47.09 | | | |
| | | | | MEDICARE | 11.02 | | | |
| | | | | SUI BASE 24 | 759.52 | | | |
| | | | | FEDERAL DEPOSITS | 191.18 | | | |
| | | | | SDI | .00 | | | |
| | | | | F.U.T.A | 4.56 | | | |
| | | | | EMPLOYER SSA | 47.09 | | | |
| | | | | EMPLOYER MEDICARE | 11.02 | | | |

| | |
|---|---|
| TOTAL GROSS PAY | 759.52 |
| TOTAL WITHOLDING | 133.07 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 626.45 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |


� 2017 CDK Global, LLC. All rights reserved.

**Period: 2017 33W - End-Date: 08/16/2017 Pay-Date: 08/18/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:46 PM**

| Emp. | Clock | Employee Description<br>Employee Name | Earnings<br>Code | Hours | Amount | Withholding<br>Rate | Description | Amount | Deduction<br>Code | Amount | Net Pay * Check<br>Net Pay | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04 *************************** | **** | | | | | | | | | |
| 446 | | Hall, James | 40 | 40.00 | 640.00 | 16.0000 | F.W.T. | 76.36 | 856 | 633.70 | | |
| | | | 41 | 5.37 | 128.88 | 24.0000 | SSA TAX | 47.67 | | | | |
| | | | | | | | MEDICARE | 11.15 | | | | |
| | | 2017 PAY NO. 10 EMPLOYEE TOTALS | | | 768.88 | | | 135.18 | | 633.70 | .00 | 81817042 |
| | | PAY DATE: 08/18/2017 Period: 33W | | | | | | | | | | |

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 768.88 | 135.18 | | .00 | 633.70 |
| 1 TOTALS | | 1 | 1 | 768.88 | 135.18 | | .00 | 633.70 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Amount | Withholding Description | Withholding Amount | Deduction Code | Deduction Amount | Deduction Description |
|---|---|---|---|---|---|---|---|---|
| HRS/REG | 40 | 40.00 | 640.00 | F.W.T. | 76.36 | | | |
| HRS/OT | 41 | 5.37 | 128.88 | SSA TAX | 47.67 | | | |
| | | | | MEDICARE | 11.15 | | | |
| | | | | SUI BASE 24 | 768.88 | | | |
| | | | | FEDERAL DEPOSITS | 194.00 | | | |
| | | | | SDI | .00 | | | |
| | | | | F.U.T.A | 4.61 | | | |
| | | | | EMPLOYER SSA | 47.67 | | | |
| | | | | EMPLOYER MEDICARE | 11.15 | | | |

| | |
|---|---|
| TOTAL GROSS PAY | 768.88 |
| TOTAL WITHOLDING | 135.18 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 633.70 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |


� 2017 CDK Global, LLC. All rights reserved.

10/13/2017 02:47 PM details for Employee number 446 2017 34W| Page 1

**Period: 2017 34W - End-Date: 08/23/2017 Pay-Date: 08/25/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:47 PM**

| Emp. | Clock | Employee Description<br>Employee Name | Earnings<br>Code | Hours | Amount | Withholding<br>Rate Description | Amount Code | Deduction<br>Amount | Net Pay * Check<br>Net Pay Check# |
|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04 *************************** | **** | | | | | | |
| 446 | | Hall, James | 40 | 1.00 | 16.00 | 16.0000 F.W.T. | 69.09 856 | 596.21 | |
| | | | 40 | 39.00 | 624.00 | 16.0000 SSA TAX | 44.66 | | |
| | | | 41 | 3.35 | 80.40 | 24.0000 MEDICARE | 10.44 | | |
| | | 2017 PAY NO. 11 EMPLOYEE TOTALS | | | 720.40 | | 124.19 | 596.21 | .00 82517045 |
| | | PAY DATE: 08/25/2017 Period: 34W | | | | | | | |

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 720.40 | 124.19 | | .00 | 596.21 |
| 1 TOTALS | | 1 | 1 | 720.40 | 124.19 | | .00 | 596.21 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Withholding Amount Description | Withholding Deduction Amount Code | Deduction Deduction Amount Description |
|---|---|---|---|---|---|
| HRS/REG | 40 | 40.00 | 640.00 F.W.T. | 69.09 | |
| HRS/OT | 41 | 3.35 | 80.40 SSA TAX | 44.66 | |
| | | | MEDICARE | 10.44 | |
| | | | SUI BASE 24 | 651.32 | |
| | | | FEDERAL DEPOSITS | 179.29 | |
| | | | SDI | .00 | |
| | | | F.U.T.A | 3.91 | |
| | | | EMPLOYER SSA | 44.66 | |
| | | | EMPLOYER MEDICARE | 10.44 | |

| | |
|---|---|
| TOTAL GROSS PAY | 720.40 |
| TOTAL WITHOLDING | 124.19 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 596.21 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |


� 2017 CDK Global, LLC. All rights reserved.

**Period: 2017 35W - End-Date: 08/30/2017 Pay-Date: 09/01/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:47 PM**

| Emp. | Clock | Employee Description / Employee Name | Code | Earnings Hours | Earnings Amount | Rate | Withholding Description | Withholding Amount | Deduction Code | Deduction Amount | Net Pay * Check Net Pay | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04 *************************** | **** | | | | | | | | | |
| 446 | | Hall, James | 40 | 35.69 | 571.04 | 16.0000 | F.W.T. | 46.69 | 856 | 480.66 | | |
| | | | | | | | SSA TAX | 35.41 | | | | |
| | | | | | | | MEDICARE | 8.28 | | | | |
| | | 2017 PAY NO. 12 EMPLOYEE TOTALS | | | 571.04 | | | 90.38 | | 480.66 | .00 | 90117043 |
| | | PAY DATE: 09/01/2017 Period: 35W | | | | | | | | | | |

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 571.04 | 90.38 | | .00 | 480.66 |
| 1 TOTALS | | 1 | 1 | 571.04 | 90.38 | | .00 | 480.66 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Amount | Withholding Description | Withholding Amount | Deduction Code | Deduction Amount | Deduction Description |
|---|---|---|---|---|---|---|---|---|
| HRS/REG | 40 | 35.69 | 571.04 | F.W.T. | 46.69 | | | |
| | | | | SSA TAX | 35.41 | | | |
| | | | | MEDICARE | 8.28 | | | |
| | | | | FEDERAL DEPOSITS | 134.07 | | | |
| | | | | SDI | .00 | | | |
| | | | | F.U.T.A | .00 | | | |
| | | | | EMPLOYER SSA | 35.41 | | | |
| | | | | EMPLOYER MEDICARE | 8.28 | | | |

| | |
|---|---|
| TOTAL GROSS PAY | 571.04 |
| TOTAL WITHOLDING | 90.38 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 480.66 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |


© 2017 CDK Global, LLC. All rights reserved.

**Period: 2017 36W - End-Date: 09/06/2017 Pay-Date: 09/08/2017 Company: 1 MARTIN AUTOMOTIVE GROUP, INC Generated: 10/13/2017 02:48 PM**

| Emp. | Clock | Employee Description / Employee Name | Earnings Code | Hours | Amount | Withholding Rate Description | Amount | Deduction Code | Amount | Net Pay * Check Net Pay | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **** | DEPARTMENT 04 04 ************************** | **** | | | | | | | | |
| 446 | | Hall, James | 40 | .50 | 8.00 | 16.0000 F.W.T. | 26.29 | 856 | 375.47 | | |
| | | | 40 | 17.69 | 283.04 | 16.0000 SSA TAX | 26.97 | | | | |
| | | | 44 | 9.00 | 144.00 | 16.0000 MEDICARE | 6.31 | | | | |
| | | 2017 PAY NO. 13 EMPLOYEE TOTALS | | | 435.04 | | 59.57 | | 375.47 | .00 | 90817043 |
| | | PAY DATE: 09/08/2017 Period: 36W | | | | | | | | | |

**Company Department Summary**

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 04 | 1 | 1 | 435.04 | 59.57 | | .00 | 375.47 |
| 1 TOTALS | | 1 | 1 | 435.04 | 59.57 | | .00 | 375.47 |

**Totals for Company 1**

| Earning Description | Earning Code | Earning Hours | Earning Amount | Withholding Description | Withholding Amount | Deduction Code | Deduction Amount | Deduction Description |
|---|---|---|---|---|---|---|---|---|
| HRS/REG | 40 | 18.19 | 291.04 | F.W.T. | 26.29 | | | |
| HRS/HOL | 44 | 9.00 | 144.00 | SSA TAX | 26.97 | | | |
| | | | | MEDICARE | 6.31 | | | |
| | | | | FEDERAL DEPOSITS | 92.85 | | | |
| | | | | SDI | .00 | | | |
| | | | | F.U.T.A | .00 | | | |
| | | | | EMPLOYER SSA | 26.97 | | | |
| | | | | EMPLOYER MEDICARE | 6.31 | | | |

| | |
|---|---|
| TOTAL GROSS PAY | 435.04 |
| TOTAL WITHOLDING | 59.57 |
| TOTAL DEDUCTIONS | 0.00 |
| TOTAL MEMO DEDUCTIONS | 0.00 |
| DIRECT DEPOSITS | 375.47 |
| TOTAL # DEPOSITS | 1 |
| TOTAL # VOUCHERS | 1 |
| TOTAL NET PAY | 0.00 |
| TOTAL # CHECKS | 0 |
| ACTIVITY COUNT | 1 |
| EMPLOYEES | 1 |


© 2017 CDK Global, LLC. All rights reserved.