TOTAL NUMBER OF VEHICLES INVOLVED: 2

20170033420

# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT

PAGE # 01

| DATE OF CRASH | TIME (0000) | DISTRICT | TROOP | LAT. | LONG. |
|---|---|---|---|---|---|
| 09042017 | 1237 | | D | 30.092382° | -93.380177° |

PARISH: Calcasieu — PARISH CODE: 10

CITY OR TOWN: — CITY CODE:

Quadrant: NW ☐ SW ☐ NE ☐ SE ☐ — Service Road: N ☐ E ☐ S ☐ W ☐

CRASH OCCURRED ON: A. INTERSTATE B. U.S. HWY C. STATE HWY D. PARISH ROAD E. CITY STREET F. OFF ROAD / PRIVATE PROPERTY G. TOLL ROAD — **A**

HIGHWAY #: 10 — MILEPOST: 4.5 — ROADWAY NAME: I-10 WEST

DISTANCE: .1 — MILES ☒ FEET ☐ — E (N E S W) — STREET/HIGHWAY: LA-109 — ☐ AT INTERSECTION ☒ NOT AT INTERSECTION

DISTANCE: — MILES ☐ FEET ☐ — (N E S W) — STREET/HIGHWAY: — ☐ AT INTERSECTION ☐ NOT AT INTERSECTION

WORK ZONE ☐ HIT & RUN ☐ PUBLIC PROPERTY DAMAGE ☐ PHOTOS MADE ☒ RR TRAIN INVOLVED ☐ FATALITY ☐ PED ☐ INJURY ☒

WRITE APPROPRIATE LETTER IN BLOCK

### CONTRIBUTING FACTORS AND CONDITIONS

**ROAD SURFACE** (ONE PER COLUMN): A / B
A. DRY B. WET C. SNOW/SLUSH D. ICE E. CONTAMINANT (SAND, MUD, DIRT, OIL, ETC.) Y. UNKNOWN
A. CONCRETE B. BLACK TOP C. BRICK D. GRAVEL E. DIRT Y. UNKNOWN Z. OTHER

**ROADWAY CONDITIONS**: A
A. NO ABNORMALITIES B. SHOULDER ABNORMALITY C. HOLES D. DEEP RUTS E. BUMPS F. LOOSE SURFACE MATERIAL G. CONSTRUCTION, REPAIR H. OVERHEAD CLEARANCE LIMITED I. CONSTRUCTION - NO WARNING J. PREVIOUS CRASH K. WATER ON ROADWAY L. ANIMAL IN ROADWAY M. OBJECT IN ROADWAY Z. OTHER

**TYPE OF ROADWAY**: C
A. ONE-WAY ROAD B. TWO-WAY ROAD WITH NO PHYSICAL SEPARATION C. TWO-WAY ROAD WITH A PHYSICAL SEPARATION D. TWO-WAY ROAD WITH A PHYSICAL BARRIER Y. UNKNOWN Z. OTHER

**ALIGNMENT**: A
A. STRAIGHT-LEVEL B. STRAIGHT-LEVEL ELEVATED C. CURVE-LEVEL D. CURVE-LEVEL ELEVATED E. ON GRADE-STRAIGHT F. ON GRADE-CURVE G. HILLCREST-STRAIGHT H. HILLCREST-CURVE I. DIP, HUMP-STRAIGHT J. DIP, HUMP-CURVE Y. UNKNOWN Z. OTHER

**PRIMARY FACTOR**: A — **SECONDARY FACTOR**: D
A. VIOLATIONS B. MOVEMENT PRIOR TO CRASH C. VISION OBSCUREMENTS D. CONDITION OF DRIVER E. VEHICLE CONDITIONS F. ROAD SURFACE G. ROADWAY CONDITION H. LIGHTING I. WEATHER J. TRAFFIC CONTROL K. KIND OF LOCATION L. CONDITION OF PEDESTRIAN M. PEDESTRIAN ACTIONS

**WEATHER**: A
A. CLEAR B. CLOUDY C. RAIN D. FOG/SMOKE E. SLEET/HAIL F. SNOW G. SEVERE CROSSWIND H. BLOWING SAND, SOIL, DIRT, SNOW Y. UNKNOWN Z. OTHER

**KIND OF LOCATION**: G
A. MANUFACTURING OR INDUSTRIAL B. BUSINESS CONTINUOUS C. BUSINESS, MIXED RESIDENTIAL D. RESIDENTIAL DISTRICT E. RESIDENTIAL SCATTERED F. SCHOOL OR PLAYGROUND G. OPEN COUNTRY Z. OTHER

**RELATION TO ROADWAY**: A
A. ON ROADWAY B. SHOULDER C. MEDIAN D. BEYOND SHOULDER - LEFT E. BEYOND SHOULDER - RIGHT F. BEYOND RIGHT OF WAY G. GORE Y. UNKNOWN Z. OTHER

**ACCESS CONTROL**: C
A. NO CONTROL (UNLIMITED ACCESS TO ROADWAY) B. PARTIAL CONTROL LIMITED ACCESS TO ROADWAY C. FULL CONTROL (ONLY RAMP ENTRANCE & EXIT) Y. UNKNOWN Z. OTHER

**LIGHTING**: A
A. DAYLIGHT B. DARK - NO STREET LIGHTS C. DARK - CONTINUOUS STREET LIGHT D. DARK - STREET LIGHT AT INTERSECTION ONLY E. DUSK F. DAWN Y. UNKNOWN Z. OTHER

### VEHICLE CONFIGURATION

A PASSENGER CAR; B LT. TRUCK (P.U., ETC.); C VAN; D A, B, C OR S WITH TRAILER; E MOTORCYCLE; F PEDALCYCLE; G OFF-ROAD VEHICLE; H EMERGENCY VEHICLE IN USE; I SCHOOL BUS; J BUS W/SEATS FOR 9-15 OCCUPANTS; K BUS W/SEATS FOR 16 OR MORE OCC.; L SINGLE UNIT TRUCK W/2 AXLES; M SINGLE UNIT TRUCK W/3 AXLES OR MORE; N TRUCK/TRAILER; P TRUCK/TRACTOR; Q TRACTOR/SEMITRAILER; R TRUCK DOUBLE; S SUV; T FARM EQUIPMENT; V MOTOR HOME; Z OTHER

### CARGO BODY TYPE

A BUS; B VAN/ENCLOSED BOX; C CARGO TANK; D FLATBED; E DUMP TRUCK/TRAILER; F CONCRETE MIXER; G AUTO TRANSPORTER; H LOG TRUCK/TRAILER; I GARBAGE/REFUSE; J HOPPER; K POLE TRAILER; X NO CARGO BODY; Z OTHER

EMERGENCY SERVICES: ☒ AMBULANCE — TIME CALLED: 1240 — ARRIVED SCENE: 1258 — DEPARTED SCENE: 1307 — ARRIVED HOSPITAL: 1330 — ☐ RESCUE UNIT — TIME CALLED: — ARRIVED SCENE:

AMBULANCE SERVICE: ACADIAN — FIRE DEPARTMENT:

INVESTIGATING AGENCY — NAME OF AGENCY: LADPS — TIME OF NOTIFICATION: 1242 — TIME OF ARRIVAL: 1400 — TIME ALL LANES OPENED: 1237

INVESTIGATION COMPLETE Y/N: Y — INVESTIGATING POLICE AGENCY: A (A. STATE B. CITY C. PARISH Z. OTHER) — DATE REPORT COMPLETED: 09042017

Lyle Robertson — TFC [signature] 2480 — 2480 — Jadaway

INVESTIGATING OFFICER'S NAME (PRINT) — SUPERVISOR'S INITIALS OR BADGE#

DPSSP 3105 (REV. MAR. 2005)

**Plaintiff Trial Exhibit 10 pg 1**

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
VEHICLE/PEDESTRIAN

VEH # 1 OR PEDESTRIAN

COMPUTER NUMBER 20170033420

PAGE # 2

CONF Q | CARGO BODY TYPE B (see page 1 for selections) | YEAR 2012 | MAKE FREIGHTLINE | MODEL CASCADIA | # DOORS 2 | # AXLES 5 | # TIRES 18

VIN 1FUJGLDR5CLBK2247

VEHICLE TOWED B (A. YES B. NO C. LEFT AT SCENE) REMOVED BY DRIVER

LICENSE PLATE YEAR 2018 STATE IL NUMBER P875932 TYPE APPORTION

GVWR/GCWR 120000

REASON TOWED A. VEHICLE DAMAGE B. DRIVER ARRESTED C. INSURANCE VIOLATION Z. OTHER

TRAILER DESCRIPTION YEAR 2017 MAKE VANGUARD TYPE BOX LICENSE PLATE YEAR 9999 STATE IN NUMBER P583178

VEHICLE CLASSIFICATION COMMERCIAL/BUSINESS VEHICLE X GOVERNMENT VEHICLE PERSONAL VEHICLE

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCIAL/BUSINESS, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.

CARRIER NAME LANDSTAR RANGER, INC US DOT # 241572

STREET ADDRESS 1000 SIMPSON RD MC/MX (ICC) #

CITY ROCKFORD STATE IL ZIP 61102

INTERSTATE CARRIER Y/N Y TRANSPORTING HAZARDOUS MATERIAL Y/N N CLASS ID# PLACARDS DISPLAYED Y/N N HAZ MAT RELEASED Y/N N

NAME (LAST, FIRST, MI) OF X DRIVER PEDESTRIAN

MANASSE, JACQUES J

DATE OF BIRTH 12051976

STREET ADDRESS 2081 SW MARBLEHEAD WAY TELEPHONE # (772) 812-6193

CITY PORT SAINT LUCIE STATE FL ZIP 34953

| INJURY | EJECTION | TRAPPED/EXTRICATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | SEATING POSITION |
|---|---|---|---|---|---|---|---|---|
| E | A | A | D | D | M | B | 40 | A |

STATE FL CLASS A ENDORSEMENTS X DRIVER'S LICENSE NUMBER M520430764450

RESTRICTED TO EXCHANGE INFORMATION Y/N Y

TRANSPORTED TO MEDICAL FACILITY B (A. YES B. NO C. REFUSED AID Y. UNKNOWN) NAME OF FACILITY

PEDESTRIAN ONLY UPPER BODY CLOTHING LIGHT DARK LOWER BODY CLOTHING LIGHT DARK SEX RACE AGE INJURY CODE

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME)

Same as Driver LANDSTAR RANGER INC, TELEPHONE # (800) 872-9400

STREET ADDRESS 1000 SIMPSON RD

CITY ROCKFORD STATE IL ZIP 61102

INSURANCE CO. NAME (NOT AGENCY NAME) OLD REPUBLIC POLICY NUMBER MWTT30722201 EXPIRATION DATE 05012018

AGENT'S NAME/ADDRESS MARSH USA INC ONE SOUTH ST STE 1001 B PHONE # (800) 872-9496

OCCUPANT'S NAME (LAST, FIRST, MI)

| INJURY | EJECTION | TRAPPED/EXTRICATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | SEATING POSITION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

STREET ADDRESS

CITY STATE ZIP TRANSPORTED TO MEDICAL FACILITY (A. YES B. NO C. REFUSED AID Y. UNKNOWN) NAME OF FACILITY

OCCUPANT'S NAME (LAST, FIRST, MI)

| INJURY | EJECTION | TRAPPED/EXTRICATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | SEATING POSITION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

STREET ADDRESS

CITY STATE ZIP TRANSPORTED TO MEDICAL FACILITY (A. YES B. NO C. REFUSED AID Y. UNKNOWN) NAME OF FACILITY

CODES

| SEATING POSITION | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|---|---|---|---|---|---|
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)<br>B - FRONT SEAT-MIDDLE<br>C - FRONT SEAT-RIGHT SIDE<br>D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)<br>E - SECOND SEAT-MIDDLE<br>F - SECOND SEAT-RIGHT SIDE<br>G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)<br>H - THIRD ROW-MIDDLE<br>I - THIRD ROW-RIGHT SIDE<br>J - SLEEPER SECTION OF CAB (TRUCK)<br>K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>M - PASSENGER ON TRAIN OR STREETCAR<br>N - TRAILING UNIT<br>O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)<br>Y - UNKNOWN | A - NOT EJECTED<br>B - TOTALLY EJECTED<br>C - PARTIALLY EJECTED<br>Y - UNKNOWN | A - NOT TRAPPED<br>B - TRAPPED/EXTRICATED<br>C - TRAPPED/NOT EXTRICATED<br>Y - UNKNOWN | A - DEPLOYED<br>B - NON DEPLOYED<br>C - NON-DEPLOYED/SWITCH OFF<br>D - NOT APPLICABLE<br>Y - UNKNOWN | A - NONE USED-VEHICLE OCCUPANT<br>B - SHOULDER BELT ONLY USED<br>C - LAP BELT ONLY USED<br>D - SHOULDER AND LAP BELT USED<br>E - CHILD SAFETY SEAT IMPROPERLY USED<br>F - CHILD SAFETY SEAT USED<br>G - HELMET USED<br>Y - RESTRAINT USE UNKNOWN | A - FATAL<br>B - INCAPACITATING/SEVERE<br>C - NON-INCAPACITATING/MODERATE<br>D - POSSIBLE/COMPLAINT<br>E - NO INJURY |

DPSSP 3105 (REV. JAN. 2005)

Plaintiff Trial Exhibit 10 pg 2

WRITE APPROPRIATE LETTER IN BLOCK

## CONTRIBUTING FACTORS AND CONDITIONS

20170033420 PAGE # 3
Veh # 1

**VISION OBSCUREMENTS** [N]

A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

**CONDITION OF DRIVER/PED** [B]

A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

**DRIVER DISTRACTION** [E]

A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

**VIOLATION** [redacted]

A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

**REASON FOR MOVEMENT** [L]

A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

**SEQUENCE OF EVENTS/HARMFUL EVENTS**

NON COLLISION
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

COLLISION WITH PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL
S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

COLLISION WITH FIXED OBJECT
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC BARRIER
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT
LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

1st [S]
2nd [ ]
3rd [ ]
4th [ ]

MOST HARMFUL EVENT [S]

**MOVEMENT PRIOR TO CRASH** [B]

A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN
K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER
T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

**TRAFFIC CONTROL** [R]

A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

**PEDESTRIAN ACTIONS** [ ]

A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

**VEHICLE CONDITION** [K]

A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

**VEHICLE LIGHTING** [B]

A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

**TRAFFIC CONTROL CONDITIONS** [A]

A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

**ALCOHOL/DRUG INVOLVEMENT**

ALCOHOL/DRUGS SUSPECTED [A]
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL [ ]
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC [ ]%

DRUGS [ ]
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| DIRECTION BEFORE CRASH: HEADED | ON HIGHWAY, STREET OR DRIVE | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED: EST. | SPEED: POSTED | SKIDMARK DATA (FEET): FR | FL | RR | RL |
|---|---|---|---|---|---|---|---|---|---|
| W | I-10 WEST | MOVED | Unknown | 65 | 70 | 0' | 0' | 0' | 0' |

**DAMAGE TO VEHICLE**

AREA DAMAGED



N- UNDER-CARRIAGE
O- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

1ST [A]
2ND [L]
3RD [B]

EXTENT OF DEFORMITY

1ST [F]
2ND [F]
3RD [F]

A- NONE
B- VERY MINOR
C- MINOR
D- MINOR/MODERATE
E- MODERATE
F- MODERATE/SEVERE
G- SEVERE
H- VERY SEVERE
Y- UNKNOWN

**CITATIONS**

[redacted]

NOTICE OF INSURANCE VIOLATION ............ [ ]

LJR
INVESTIGATING OFFICER'S INITIALS

**Plaintiff Trial Exhibit 10 pg 3**

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
VEHICLE/PEDESTRIAN

COMPUTER NUMBER 20170033420

2 VEH # OR PEDESTRIAN

PAGE # 4

CONF: S | CARGO BODY TYPE: X (see page 1 for selections) | YEAR: 2002 | MAKE: GMC | MODEL: ENVOY | # DOORS: 4 | # AXLES: 2 | # TIRES: 4

VIN 1GKDS13S322221666 | VEHICLE TOWED: A (A. YES B. NO C. LEFT AT SCENE) | REMOVED BY BREAUX'S

LICENSE PLATE: YEAR 2017 | STATE LA | NUMBER ZEK996 | TYPE PASSENGER | GVWR/GCWR | REASON TOWED: A (A. VEHICLE DAMAGE B. DRIVER ARRESTED C. INSURANCE VIOLATION Z. OTHER)

TRAILER DESCRIPTION: YEAR | MAKE NONE | TYPE | LICENSE PLATE: YEAR | STATE | NUMBER

VEHICLE CLASSIFICATION: COMMERCIAL/BUSINESS VEHICLE ☐ GOVERNMENT VEHICLE ☐ PERSONAL VEHICLE X

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE PURPOSES, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER

CARRIER NAME | US DOT #

STREET ADDRESS | MC/MX (ICC) #

CITY | STATE | ZIP

INTERSTATE CARRIER Y/N N | TRANSPORTING HAZARDOUS MATERIAL Y/N N | CLASS | ID# | PLACARDS DISPLAYED Y/N N | HAZ MAT RELEASED Y/N N

NAME (LAST, FIRST, MI) OF X DRIVER ☐ PEDESTRIAN

HALL, JAMES M | DATE OF BIRTH 10071973

STREET ADDRESS 3231 THOMAS BLVD | TELEPHONE # (409) 730-3420

CITY PORT ARTHUR | STATE TX | ZIP 77642

| POSITION | EJECTION | TRAPPED/EXTRICATED | SAFETY | AIR BAG | ALC | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|---|
| A | A | A | B | D | M | W | 43 | | C |

STATE TX | CLASS A | ENDORSEMENTS M | DRIVER'S LICENSE NUMBER 39166257

INSTRUCTED TO EXCHANGE INFORMATION Y/N Y | TRANSPORTED TO MEDICAL FACILITY A (A. YES B. NO C. REFUSED AID Y. UNKNOWN) | NAME OF FACILITY WEST CAL-CAM

PEDESTRIAN ONLY: UPPER BODY CLOTHING LIGHT ☐ DARK ☐ | LOWER BODY CLOTHING LIGHT ☐ DARK ☐ | SEX | RACE | AGE | INJURY CODE

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME)

☐ Same as Driver GUILLOT, ELIZABETH B | TELEPHONE # (337) 802-7827

STREET ADDRESS 24 RAINTREE COVE

CITY LAKE CHARLES | STATE LA | ZIP 70605

INSURANCE CO. NAME SAFEWAY (NOT AGENCY NAME) | POLICY NUMBER 2131294-LA-PP-005 | EXPIRATION DATE 01172018

AGENT'S NAME/ADDRESS CLARKE INS, INC | PHONE # (337) 474-1636

OCCUPANT'S NAME (LAST, FIRST, MI)

STREET ADDRESS

CITY STATE ZIP | TRANSPORTED TO MEDICAL FACILITY (A. YES B. NO C. REFUSED AID Y. UNKNOWN) | NAME OF FACILITY

OCCUPANT'S NAME (LAST, FIRST, MI)

STREET ADDRESS

CITY STATE ZIP | TRANSPORTED TO MEDICAL FACILITY (A. YES B. NO C. REFUSED AID Y. UNKNOWN) | NAME OF FACILITY

CODES

| SEATING POSITION | | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|---|---|---|---|---|---|---|
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)<br>B - FRONT SEAT-MIDDLE<br>C - FRONT SEAT-RIGHT SIDE<br>D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)<br>E - SECOND SEAT-MIDDLE<br>F - SECOND SEAT-RIGHT SIDE<br>G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)<br>H - THIRD ROW-MIDDLE<br>I - THIRD ROW-RIGHT SIDE | J - SLEEPER SECTION OF CAB (TRUCK)<br>K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>M - PASSENGER ON TRAIN OR STREETCAR<br>N - TRAILING UNIT<br>O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)<br>Y - UNKNOWN | A - NOT EJECTED<br>B - TOTALLY EJECTED<br>C - PARTIALLY EJECTED<br>Y - UNKNOWN | A - NOT TRAPPED<br>B - TRAPPED/EXTRICATED<br>C - TRAPPED/NOT EXTRICATED<br>Y - UNKNOWN | A - DEPLOYED<br>B - NON DEPLOYED<br>C - NON-DEPLOYED/SWITCH OFF<br>D - NOT APPLICABLE<br>Y - UNKNOWN | A - NONE USED-VEHICLE OCCUPANT<br>B - SHOULDER BELT ONLY USED<br>C - LAP BELT ONLY USED<br>D - SHOULDER AND LAP BELT USED<br>E - CHILD SAFETY SEAT IMPROPERLY USED<br>F - CHILD SAFETY SEAT USED<br>G - HELMET USED<br>Y - RESTRAINT USE UNKNOWN | A - FATAL<br>B - INCAPACITATING/SEVERE<br>C - NON-INCAPACITATING/MODERATE<br>D - POSSIBLE/COMPLAINT<br>E - NO INJURY |

DPSSP 3106 (REV. JAN. 2004)

WRITE APPROPRIATE LETTER IN BLOCK

# CONTRIBUTING FACTORS AND CONDITIONS

20170033420 PAGE # 5
Veh # 2

## VISION OBSCUREMENTS [N]

A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

## VIOLATION [U]

A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

## TRAFFIC CONTROL [R]

A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

## CONDITION OF DRIVER/PED [A]

A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

## DRIVER DISTRACTION [E]

A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

## REASON FOR MOVEMENT [I]

A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

## PEDESTRIAN ACTIONS [ ]

A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

## SEQUENCE OF EVENTS/HARMFUL EVENTS

NON COLLISION
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

COLLISION WITH PERSON, MOTOR VEHICLE, OR NON- FIXED OBJECT
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL
S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

COLLISION WITH FIXED OBJECT
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC BARRIER
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT
LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

| | |
|---|---|
| 1st | S |
| 2nd | J |
| 3rd | KK |
| 4th | DD |
| MOST HARMFUL EVENT | S |

## MOVEMENT PRIOR TO CRASH [Q]

A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD NOT WHILE MAKING TURN AT INTERSECTION
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN
K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER
T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

## VEHICLE CONDITION [K]

A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

## VEHICLE LIGHTING [C]

A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

## TRAFFIC CONTROL CONDITIONS [A]

A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

## ALCOHOL/DRUG INVOLVEMENT

ALCOHOL/DRUGS SUSPECTED [A]
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL [ ]
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC [ . ] %

DRUGS [ ]
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE
(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| DIRECTION BEFORE CRASH: HEADED | ON HIGHWAY, STREET OR DRIVE | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED: EST. | SPEED: POSTED | SKID MARK DATA (FEET): FR | FL | RR | RL |
|---|---|---|---|---|---|---|---|---|---|
| W | I-10 WEST | OFF ROAD | 515 | 5 | 70 | 0' | 0' | 0' | 0' |

## DAMAGE TO VEHICLE

AREA DAMAGED: 1ST [G], 2ND [H], 3RD [F]
N- UNDER-CARRIAGE
O- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

EXTENT OF DEFORMITY: 1ST [G], 2ND [G], 3RD [G]
A- NONE
B- VERY MINOR
C- MINOR
D- MINOR/MODERATE
E- MODERATE
F- MODERATE/SEVERE
G- SEVERE
H- VERY SEVERE
Y- UNKNOWN

## CITATIONS

NOTICE OF INSURANCE VIOLATION ........ ☐

LJR
INVESTIGATING OFFICER'S INITIALS

OFFICER'S NARRATIVE: DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC.

IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE.



REFER TO EACH BY VEHICLE NUMBER

#20170033420

[SEE NARRATIVE PAGE]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NON-COLLISION WITH MOTOR VEHICLE A | REAR END B | HEAD-ON C | RIGHT ANGLE D | LEFT TURN E | LEFT TURN F | LEFT TURN G | |
| RIGHT TURN H | RIGHT TURN I | SIDESWIPE SAME J | SIDESWIPE OPPOSITE K | OTHER Z | | | MANNER OF COLLISION B |




Plaintiff Trial Exhibit 10 pg 6

Investigation revealed vehicles 1 and 2 were traveling west on I-10 West in the right lane. Vehicle 1 was traveling behind vehicle 2. Traffic ahead of vehicle 2 had slowed to a stop due to congestion. Vehicle 2 began to slow to a stop as well. Vehicle 2 was then struck from the rear by vehicle 1. The front of vehicle 1 struck the rear of vehicle 2. After impact with vehicle 1, vehicle 2 traveled in a northwesterly direction for 380 feet before traveling off the roadway to the right. Vehicle 2 then traveled 80 feet of the roadway before striking a light pole that was lying across the north ditch from a previous crash. Vehicle 2 then struck the pole with its front end and entered the north ditch. Vehicle 2 traveled another 55 feet from its point of impact with the pole to its point of rest in the north ditch facing a northwesterly direction. Vehicle 1 was driven to a controlled stop onto the north shoulder.

The driver of vehicle 1 stated he was traveling west on I-10 West in the right lane at approximately 65 miles per hour. He stated traffic ahead of him stated slowing down quickly. He stated he immediately got on his brakes but was unable to slow down enough and struck vehicle 2 in front of him. For more information, see the attached written statement provided by the driver of vehicle 1.

The driver of vehicle 2 stated he was traveling west on I-10 West in the right lane. He stated traffic ahead of him had slowed to a stop. He stated he began slowing as well. He stated he could not recall if he was completely stopped or almost stopped when he was struck from the rear by vehicle 1. He stated that was all he could recall due to his concussion. He further stated traffic ahead of him came to a gradual stop. A witness statement was not obtained from the driver of vehicle 2 due to his injuries.

LJR

Veh 1

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
DRIVER/WITNESS VOLUNTARY STATEMENT

PAGE# 20170031420 - 08

DATE: 09-04-2017 TIME: 13:40 PLACE: I-10 west close To Exit 4

I (NAME): JAcques Manassé AM: YEARS OF AGE:

MY ADDRESS IS: 2081 Sw Marblehead CITY: Port-St-Lucie STATE: FL ZIP CODE: 34953

AND MY TELEPHONE NUMBER IS: (772) 812 - 6193

I was on I-10 W, I was driving 65 miles by hour, the Traffic ahead of me starts slowing down so quickly and I immediately go on The brake To slow down, The traffic was slowing so quick, I hit The car in front of me on The back.

THE ABOVE STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT ACCOUNT OF MY RECOLLECTION IN THE ABOVE DESCRIBED MOTOR VEHICLE CRASH

SIGNED: [signature]

OFFICER TAKING STATEMENT: TFC J. ROBERTSON 2480

SIGNATURE: TFC [signature] 2480

DPSSP 3111 (REV JAN. 2005)

INVESTIGATING OFFICER'S INITIALS [initials]