# DAVID J. BARCZYK, D.C.

**204 PETROLEUM DRIVE**
**LAFAYETTE, LA 70508**
**(337) 266-9949**

**724 SOUTH LEWIS STREET**
**NEW IBERIA, LA 70560**
**(337) 369-7011**

**1210 SOUTH UNION STREET**
**OPELOUSAS, LA 70570**
**(337) 678-0850**

**730 COLONIAL DR. SUITE AB**
**BATON ROUGE, LA 70806**
**(225) 925-2555**

**2001 MOSS ST. SUITE 100**
**LAFAYETTE, LA 70501**
**(337) 266-9949**

## CURRICULUM VITAE–DECEMBER 2018

**DATE OF BIRTH:** 28 February, 1969

**PLACE OF BIRTH:** Summit, New Jersey

## UNDERGRADUATE EDUCATION:

**Raritan Valley Community College,** Branchburg, New Jersey, Two years of physics/biology base.

**State University of New York,** B.S. Liberal Arts.

## CHIROPRACTIC TRAINING AND CAREER:

**Life Chiropractic College,** Marietta, Georgia, Doctor of Chiropractic.

**Licensure by State Board of Chiropractic Examiners:** Louisiana and South Carolina.

**Chiropractic Physician,** Pinhook Chiropractic Clinic, Lafayette, Louisiana, November 1994-October 1996.

**Chiropractic Physician,** Established Barczyk Chiropractic Group, Lafayette, Louisiana, November 1996-Present.

## POSTGRADUATE TRAINING:

**Passive Mobilization,** treatment of cervical spine trauma, Baton Rouge, Louisiana, 1996.
Topics discussed: C-spine trauma, Liagmentous injuries and chronicity, treatment options for ligamentous injuries.

**Neuropathophysiological Causes and Treatments for Headaches,** Shreveport, Louisiana, 1997.
Cervicogenic headaches, review suboccipital anatomy and neurology.
Sclerotogenous referred pain from C1-C2.

**Neurology Diplomate Training,** 135 hours, Parker Chiropractic College.

## TRAINING IN CRASH BIOMECHANICS AND ACCIDENT RECON-STRUCTION:

**Whiplash and Spinal Trauma,** Baton Rouge, Louisiana, 1998, 12 hours.
Topics discussed: Occupant kinematics in rear end crashes, vehicle dynamics in low speed crashes, principles of physics as they apply to low speed crashes, chronic ligament injuries, mechanisms of injury.

**The New Era in Whiplash and Spinal Trauma, Part I,** Dallas, Texas, 2000, 12 hours.
Topics discussed: Occupant kinematics, vehicle dynamics in low speed crashes, principles of physics as they apply to low speed crashes, review of medical and biomechanical literature

**The New Era in Whiplash and Spinal Trauma, Part II,** Dallas, Texas, 2000, 12 hours.
Topics discussed: Occupant kinematics, vehicle dynamics in low speed crashes, principles of physics as they apply to low speed crashes, review of medical and biomechanical literature

**Certification in Low Speed Rear Impact Crashes (LOSRIC),** CRASH 2001, Presented by The Spine Research Institute of San Diego in Cooperation with Texas A&M University, Texas Engineering Extension Service, San Diego, CA, 2001, 21 hours.
Topics discussed: Three day workshop in Low Speed Rear Impact Crash (LOSRIC) Auto Crash Reconstruction (ACR); 12-15 crashes with human occupants, mechanisms of injury, principles of physics, occupant kinematics, vehicle dynamics studied and observed.

**CRASH 2003,** Presented by The Spine Research Institute of San Diego, 21 hours
Topics discussed: Three day workshop in Low Speed Rear Impact Crash (LOSRIC) Auto

Crash Reconstruction (ACR); 12-15 crashes with human occupants, mechanisms of injury, principles of physics, occupant kinematics, vehicle dynamics studied and observed.

**Injuries Sustained in Low Impact Collisions,** Baton Rouge, Louisiana, 2001, 12 hours.
Topics discussed: Principles of physics, occupant kinematics, vehicle dynamics, injury probability, review of literature.

**Permanent Soft Tissue Injury,** Baton Rouge, LA, 2001, 12 hours.
Topics discussed: Ligamentous and disc injuries as they pertain to human disability and impairment, treatment options for these injuries.

**Whiplash and Brain Traumatology: Module II,** Orlando, FL, 2002, 12 hours.
Topics discussed: Accident reconstruction, history and physical examination findings, diagnosis and treatment of cervical spine trauma, soft tissue healing, mechanism of injury.

**Whiplash and Brain Traumatology: Module IV,** Orlando, FL, 2002, 12 hours.
Topics discussed: Review of medical and biochemical literature regarding motor vehicle collision injury.

**Whiplash and Brain Traumatology: Module I,** Orange County, CA, Jan. 2003 & Atlanta, GA, June 2011, 12 hours.
Topics discussed: Concepts of biomechanics, in whiplash, brain and cervical spine trauma mechanisms, outcome of cervical acceleration/deceleration (CAD) injury, review of medical and biomechanical literature.

**Whiplash and Brain Traumatology: Module III,** Chicago, IL, July 2004, 12 hours.
Topics discussed: Clinical and engineering literature regarding spine and brain injury, report writing, and documentation.

**CRASH 2004,** Presented by The Spine Research Institute of San Diego, 21 hours
Topics discussed: Three day workshop in Low Speed Rear Impact Crash (LOSRIC) Auto Crash Reconstruction (ACR); 12-15 crashes with human occupants, mechanisms of injury, principles of physics, occupant kinematics, vehicle dynamics studied and observed.

**Whiplash and Brain Trauma,** 12 hours, Orlando, FL, 2006.

**Spine Research Institute Scientific Conference,** Presented by The Spine Research Institute of San Diego, October 2011, 12 hours.
Topic discussed: Whiplash injury biomechanics .

**Spine Research Institute Scientific Conference,** Presented by The Spine Research Institute of San Diego, November 2013, 12 hours.

Topic discussed: Spinal biomechanics, vehicle dynamics, literature review.

**Advanced Certification in Whiplash Biomechanics & Injury Traumatology,** Spine Research Institute of San Diego, 2013.

Topic discussed: A comprehensive training program and qualifying examination in biomechanics, occupant kinematics, clinical diagnostics, and management of spinal trauma and mild traumatic brain injuries.

**Spine Research Institute Scientific Conference,** Presented by The Spine Research Institute of San Diego, November 2014, 12 hours.

Keynote Speaker: Paul Ivancic, Ph.D., Biomechanics Research Laboratory, Yale University School of Medicine.

**ARC-CSI CRASH Conference,** Las Vegas, NV, June 1-4, 2015, 24 hours.

June 1, 2015—Live Crash Testing

June 2-4, 2015—Lecture Topics discussed: Comparison of actual speed vs. calculated speed on pedestrian impacts, Overview of vehicle systems which may impact crash analysis, Relating collision trauma biomechanics to crash reconstruction.

**Occupant Kinematics for the Traffic Crash Reconstructionist,** Presented by the Institute for PoliceTechnology & Management, University of N. Florida, March 7-11, 2016, 40 hours.

Topics included: Calculation of Principle Direction of Force (PDOF), Occupant Movement, Types of injuries, Injury forces, Vehicle interior examination, Occupant protection systems, Calculation of DeltaV. Prerequisite for course was completion of traffic crash reconstruction or its equivalent.

## TRAFFIC ACCIDENT RECONSTRUCTION

**ACTAR Accredited Traffic Accident Reconstructionist #3183, Accreditation Commission for Traffic Accident Reconstruction, 2016.**

Prerequisites for certification course and exam include: Courses in physics, trigonometry and traditional accident reconstruction through the Institute for Police Technology and Management (IPTM).

**Collision Investigation and Reconstruction,** Presented and Taught by Greg Sullenberger (Instructor at the Institute of Police Technology & Management, University of N. Florida), Accelerated course covering 6-7 weeks of Crash Investigation and Reconstruction, Pennsylvania, August 2016, equivalent of 240 hours.

## LECTURES AND PUBLICATIONS:

**Lecturer, Louisiana Bar Association,** "Mechanisms of Injury and Biomechanics", One (1) Hour Lecture, Lafayette, LA, December 2018.

**Lafayette Parish Bar Association Bench Bar Conference CLE Speaker:** "Mechanisms of Injury & Human Injury Threshold" One and a Half (1.5) Hour Lecture, Houston, TX, September 2018

**Louis A. Martinete Society CLE Speaker:** "Mechanisms of Injury & Human Injury Threshold", One and a Half (1.5) Hour Lecture, Lafayette, LA, September 2018

**Lecturer, Louisiana Bar Association,** "Mechanisms of Injury and Biomechanics", One (1) Hour Lecture, Lafayette, LA, December 2015.

**Lecturer, Lafayette Bar Association,** "Mechanisms of Injury and Biomechanics", One (1) Hour Lecture, Lafayette, LA, December 2017.

**Lecturer, Oklahoma Bar Association,** "Motor Vehicle Crash BioMechanics, Occupant Risk & Mechanism of Injury", Oklahoma City, OK, May 2017.

**Lecturer, Louisiana Judicial College,** "Simple Car Crashes: What Can Go Wrong", New Orleans, LA, January 2017.

**Lecturer, Louisiana Association for Justice,** "Human Injury Mechanisms and Thresholds", New Orleans, LA, December 2016.

**Lecturer, Terrebonne Parish Bar Association,** "Biomechanics, Delta V, and Injury Mechanisms", Houma, LA, November 2016.

**Lecturer, State and Provincial Police Academy Directors,** "Biomechanics, Delta V, and Injury Mechanisms", Hosted by Louisiana State Police, Baton Rouge, LA, July 2016.

**Lecturer, Oil States Industries,** "Workplace Injury Prevention", One (1) Hour Lecture, Topics included: Common Musculal Skeletal Injuries, Ergonomics, Anatomy, Physiology, New Iberia, LA, May 2016.

**Lecturer, Oil States Industries,** "Workplace Injury Prevention", One (1) Hour Lecture, Topics included: Common Musculal Skeletal Injuries, Ergonomics, Anatomy, Physiology, Broussard, LA, May 2016.

**Lecturer, Louisiana Passenger Safety Task Force,** "Child Passenger Safety Technician Enhancement", One (1) Hour Lecture, Topics Included: Newton's Law of Physics, Occupant Kinematics, Principle Direction of Force (PDOF), Injury Prevention, Lafayette, LA, April 2016.

**Lecturer, Barczyk Biomechanics Institute,** "Collision Biomechanics Conference", Guest Speakers Including: Dr. Paul Ivancic (Yale University), Thomas Szabo (Biomechanical Research and Testing), Sponsored by Louisiana State Troopers, Six (6) Hour Lecture, Seven (7) Hour Live Crash Testing, Lafayette, LA, April 2016.

**Lecturer, Arkansas Bar Association,** "Biomechanics & Mechanisms of Injury", Two (2) Hour Lecture, Little Rock, AR, February 2016.

**Lecturer, Lafayette Bar Association,** "Mechanisms of Injury and Biomechanics", One (1) Hour Lecture, Lafayette, LA, December 2015.

**Lecturer, Louisiana Association for Justice,** "Mechanisms of Injury and Biomechanics", One (1) Hour Lecture, Baton Rouge, LA, December 2015.

**Lecturer, Lafayette Bar Association,** "Neurological Mechanisms in Pain", One (1) Hour Lecture, Lafayette, LA, October 2014.

**Lecturer, Lafayette Bar Association,** "Biomechanics", One (1) Hour Lecture, Lafayette, LA, October 2014.

**Lecturer, Chiropractic Association of Louisiana,** "Motor Vehicle Crash Biomechanics", Six (6) Hour Continuing Education Course, Baton Rouge, LA, December, 2013.

**Lecturer, Louisiana Association for Justice, CLE a la Carte Seminar,** "Motor Vehicle Crash Biomechanics", One (1) Hour Lecture, Baton Rouge, LA, December 28, 2012.

**Lecturer, Louisiana Association for Justice, Last Chance CLE Conference,** "Motor Vehicle Crash Biomechanics", One (1) Hour Lecture, Baton Rouge, LA, December 14, 2012.

**Lecturer, Nevada Chiropractic Association,** "Whiplash Biomechanics", Four (4) Hour Lecture, Las Vegas, NV, September 2012.

**Lecturer, Life Chiropractic College,** "Whiplash Biomechanics & Literature Review", Eight (8) Hour Lecture, Marietta, GA, September 2012.

**Lafayette Parish Bar Association, CLE By the Hour:** "Biomechanics of Low Speed Impact Crashes", Lafayette, LA, November 2011.

**Lafayette Parish Bar Association Bench Bar Conference CLE Speaker:** "Minimal Impact Injuries & Literature Review", New Orleans, LA, September 2010.

**Lafayette Parish Bar Association:** "Biomechanics of Low Speed Impact Crashes", Lafayette,

LA, December 2008.

**KATC TV3** Good Morning Acadiana **Guest:** "Auto Safety Facts", Lafayette, LA, February 21, 2006.

**Lafayette Parish Bar Association:** "Low Speed Crashes and Chronic Injury", Lafayette, LA, September 2005 and October 2007.

**"Low Speed Crashes: Fact or Fiction",** *Louisiana Advocates*, May 2005.

**LTLA CLE Speaker: Auto Torts 2005,** "Low Speed Crashes and Injury Potential, New Orleans, LA, May 6, 2005.

**LSBA Nuts & Bolts Program Speaker:** "Low Speed Crashes and Injury Potential", Destin, FL, June 2004.
**LSBA Nuts & Bolts Program Speaker:** "Chronic soft tissue injury", Destin, FL, June 2004.

**LTLA CLE Speaker: Auto Torts 2004,** "Low Speed Crashes and Injury Potential", New Orleans, LA, March 12, 2004.

**LTLA CLE Speaker:** "Chronic Soft Tissue Injury", Baton Rouge, LA, December 2003.

**Lecturer, "Injury Prevention in the Workplace"**, presented at the following businesses:

C & G Containers (2006)
BJ Services (2006)
Premier, Inc. (2005)
Superior, Inc. (2004)
PreHeat, Inc. (2003)
ASCO, Inc. (2003)
City of Lafayette (2002, 2008)
Baker Hughes (2000)
Lafayette Parish School Board Clerical Association (2008)

## MEMBERSHIPS AND SOCIETIES:

**Chiropractic Association of Louisiana-Board of Directors**
**Society of Automotive Engineers**
**American Chiropractic Association**
**Greater Lafayette Chamber of Commerce**
**Former member, Louisiana Board of Chiropractic Examiners—appointed by Governor Jindal**