Stub1

# Stephanie P. Chalfin, M.S.

*A Professional Rehabilitation Corporation*
8034 Jefferson Highway
Baton Rouge, Louisiana 70809

Telephone (225) 248-0082
Telecopier (225) 248-0083
Email: stephchalfin@att.net

Via Facsimile

August 14, 2018

Malcolm Stubbs, M.D.
Lafayette Bone & Joint Clinic
1103 Kaliste Saloom Road, Suite 100-102
Lafayette, LA 70508

Re: James Michael Hall
[redacted] ✓

Dear Dr. Stubbs:

This letter will serve to summarize our conference regarding Mr. James Michael Hall on July 16, 2018. As you are aware, the purpose of this conference was to obtain treatment recommendations for Mr. Hall's future medical care, as well as discuss his vocational potential. I am aware that you are treating Mr. Hall for his left knee and right shoulder which has required surgical treatment. Mr. Hall was last seen at the clinic on June 28, 2018. His right shoulder was doing well with a little shoulder pain. The left knee was also doing well. However, it was addressed during this conference that it is more likely than not that Mr. Hall will require a total knee arthroplasty in the future ( at least 10+ years). The postoperative course for a total knee arthroplasty is to remove the staples at 2-weeks and for Mr. Hall to be seen monthly for 3-months. Thereafter, Mr. Hall would be seen every 3-months for 9-months. X-rays will be obtained during clinic visits. Physical therapy would be ordered for Mr. Hall. He would require 2-weeks of home physical therapy. Thereafter, physical therapy would be provided at an outpatient clinic for 8-12 weeks.

In regard to Mr. Hall's vocational potential, I was advised that he has significant restrictions concerning his left knee. Mr. Hall is restricted to sedentary to light employment with limited walking, climbing kneeling and squatting. On account of Mr. Hall's right shoulder injury, he is precluded from overhead work and should not lift over 10 lbs.

EWD

PLAINTIFF'S EXHIBIT NO. 18

Re: James Michael Hall
August 14, 2018
Page 2

Can you please provide assistance in obtaining the following costs.

1) The physician fee for a total knee arthroplasty and CPT codes; see Attached

2) Cost for clinic visits; and Approx $ 101.00 to $ 205.00

3) Cost for x-rays of the knee. Approx $ 81.00 to $ 117.00

Thank you for your professional time. Please sign this letter below, if this letter accurately reflects our conference.

Sincerely,

[signature]

Stephanie P. Chalfin, M.S.
Certified Life Care Planner
Vocational Rehabilitation Consultant

SPC:al

[signature]
Dr. Malcolm Stubbs

8/17/18
Date

# Stephanie P. Chalfin, M.S.

*A Professional Rehabilitation Corporation*
8034 Jefferson Highway
Baton Rouge, Louisiana 70809

Telephone (225) 248-0082
Telecopier (225) 248-0083
Email: stephchalfin@att.net


August 14, 2018

Dr. William Brennan
Neurosurgical Solutions of Lafayette
105 Patriot Avenue
Lafayette, LA 70508

Re: James Michael Hall
[redacted]

Dear Dr. Brennan:

This letter will to summarize our conference of July 18, 2018 in regard to the above captioned patient. I was advised that you are treating Mr. Hall for cervical and lumbar issues. In regard to treatment, I was informed that it is more likely than not that Mr. Hall will require within the next 5-years an anterior cervical discectomy and Fusion at C5-C6 and C6-C7, as well as a L4-L5 discectomy. Follow-up care for the cervical surgery would include physical therapy for 6-weeks, as well as follow-up visits at the clinic at 4-visits with x-rays. Mr. Hall would also require an Aspen brace and a bone stimulator following surgery. Post-operative follow-up for the L4-L5 discectomy would include 6-weeks of physical therapy, as well as 4-clinic visits. Updated imaging studies of the cervical spine and lumbar spine will need to be obtained prior to surgery.

Vocationally, it was addressed that Mr. Hall is restricted to sedentary to light work duties with no repetitive bending, stooping, squatting twisting, climbing and hyperextension of the neck.

Thank you for your professional time. Please sign this letter below, if this letter accurately summarizes our conference.

Re: James Michael Hall
August 14, 2018
Page 2

Sincerely,

Stephanie P. Chalfin, M.S.
Certified Life Care Planner
Vocational Rehabilitation Consultant

Dr. William Brennan

8/20/18
Date

SPC:al