**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**JAMES MICHAEL HALL** — **CASE NO. 6:18-CV-00410**

**VERSUS** — **MAGISTRATE JUDGE WHITEHURST**

**LANDSTAR RANGER INC ET AL** — **BY CONSENT OF THE PARTIES**

**EXHIBITS**
**contains manual exhibits**
**Jury Trial held 1/21/2020 - 1/28/2020**

PARTY: **DEFENDANT**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 1 | Any and all medical records showing treatment to James Michael Hall, including but not limited to the following: | |
| | i. St. Vincent's Hospital, Bates Nos. 000409 – 000425 | 1/23/2020 |
| | j. Mercy Saint Anne Hospital including imaging studies, Bates Nos. 000455 – 000456 | 1/24/2020 |
| | k. St. Charles Mercy Hospital, including imaging studies, Bates Nos. 000464.1 – 000464.34 | 1/24/2020 |
| | l. Mercy Health St. Charles Physical Therapy, Bates Nos. 000466 – 000546 | 1/24/2020 |
| | ii. Imaging from West Calcasieu Cameron Hospital and Envision Imaging of Acadiana attached to the video trial deposition of Dr. Curtis Partington, as follows (manual attachment):<br>a. 09/04/17 CT scan of the cervical spine;<br>b. 09/20/17 MRI of the cervical spine;<br>c. 09/20/17 X-rays of lumbosacral spine (7 views);<br>d. 09/20/17 MRI of the lumbosacral spine;<br>e. 09/20/17 MRII of the left knee;<br>f. 09/20/17 MRI of the right shoulder; | 1/24/2020 |
| 3 | Certified employment records of James Michael Hall, including, but not limited to the following employers | |
| | a. Employment records from Martin Automotive Group, including pay stubs from June 14, 2017 through September 6, 2017, Bates Nos. 001831 – 001917 | 1/23/2020 |
| | b. Employment records from Rain & Sons Trucking, Bates Nos. 001919 – 001936 | 1/23/2020 |
| | c. Employment records from Supplemental Staffing, Margaret Richards, Inc., Bates Nos. 001939 – 001976 | 1/22/2020 |
| | d. Employment records from Phoenix Services, Inc., Bates Nos. 001979 – 001988 | 1/23/2020 |
| | e. Employment records from Ameritech Staffing, Inc., Bates Nos. 001989 – 002036 | 1/22/2020 |
| | f. Employment records from CoAdvantage Resources 25, Inc., Bates Nos. 002037 – 002045 | 1/23/2020 |
| | g. Employment records from Cardinal Staffing Services, Bates Nos. 002056 – 002065 | 1/23/2020 |
| | h. Employment records from Werner Enterprises, Bates Nos. 002066 – 002068 | 1/23/2020 |
| | i. Employment records from Motor Carrier Service, Inc., Bates Nos. 002069 – 002071 | 1/23/2020 |
| | j. Seagate Transportation Services, Bates Nos. 002072 – 002076 | 1/23/2020 |
| 6 | Educational records from Clay High School, Bates Nos. 002079 – 002090 | 1/22/2020 |

| | | |
|---|---|---|
| 7 | Educational records from C1 Truck Driver Training, Bates Nos. 002091 – 002166 | 1/23/2020 |
| 20 | Social Security Administration Itemized Statement of Earnings certified on 9/25/19, Bates Nos. 003028 – 003058 | 1/23/2020 |
| 21 | Internal Revenue Service records from 2013 for James Michael Hall, including W2s, Bates Nos. 003059 – 003065 | 1/24/2020 |
| 22 | Internal Revenue Service records from 2014 for James Michael Hall, included W2s, Bates Nos. 003066 – 003074 | 1/24/2020 |
| 24 | Recorded statement of James Michael Hall taken by adjuster James Scott (manual attachment): | 1/24/2020 |
| 25 | Surveillance taken of James Michael Hall as follows (manual attachment)::<br>a. Remote video surveillance from October 2, 2018 – October 15, 2018 by Ron Gaspard, Acadiana Research & Reconstruction, LLC, Bates No. 005286;<br>b. Traditional video surveillance from August 5, 2019, August 6, 2019 and August 19, 2019 by Mike Stanley; Acadiana Research & Reconstruction, LLC, Bates No. 005287 | 1/23/2020 |
| 39 | Color photo of plaintiff taken September 5, 2017 | 1/27/2020 |