MERCYHEALTH

10/9/18

MHPN Mercy Hospital St Vincent
2213 Cherry Street
Toledo, Ohio
43608

**CERTIFICATION OF MEDICAL RECORDS**

James M Hall

I, the undersigned, have prepared the attached records for the patient and site identified above.

I hereby certify to the following:

The photostatic copies and/or electronic images of the medical record pertaining to the above named patient consisting of __13___ pages are attached.

These records were maintained in the regular course of the Mercy Health's business and correctly recorded at or near the time of the act, condition, or event described therein.

This certification of the medical record is made pursuant to Section 2317.422 Ohio Revised Code. I declare under penalty of perjury that the foregoing is true and correct.

NOTE - Additional pages produced in this packet that are not included in the page count above were not created by Mercy Health associates or providers.

Barbara [illegible], RHIT
Signature and Title

October 9, 2018
Date

OCT 15 2018

60 81 31
2

THE DILL FIRM

825 Lafayette Street / P.O. Box 3324 / Lafayette, LA 70502-3324
P 337.261.1408 / F 337.261.9176 / www.dillfirm.com

JAMES M. DILL
DAVID R. RABALAIS
DAVID P. VIAL II*
G. AUSTIN LOVE
VIVIAN V. NEUMANN
RICHARD MONTGOMERY
MATTHEW S. GREEN**
KEVIN W. TRAHAN
Of Counsel
Helen Onebane Mendell

Forward to Billing

OCT 0 2 2018

*Writer's email: kmichael@dillfirm.com*
*Extension: 231*

September 24, 2018

44743972

09/30/11 EB
3/4/09 LWOT

St. Vincent's Hospital
2213 Cherry Street
Toledo, Ohio 43608

Re: James Michael Hall v. Landstar Ranger, Inc., et al.
USDC Western District of Louisiana, Docket: 6:18-cv-00410
Our File No. 3585
TDF#191

Dear Sir or Madame:

Please be advised that this firm represents defendants in regard to the above referenced matter. Pursuant to the enclosed medical authorization, please provide us with a certified, numbered copy of any and all medical records, x-rays, imaging studies and/or documents pertaining to the care of **James Michael Hall, DOB:**[redacted], **Social Security Number: xxx-xx**[redacted] Please include any and all billing statements concerning treatment rendered. If prepayment is required, please fax an itemization of same to me at the fax number listed above. As required by law, a copy of all records received will be forwarded to the patient's attorney. If no records exist, please advise us in writing.

We will be happy to pay reasonable copying charges involved in the reproduction of these records in accordance with Louisiana Revised Statutes 40:1299.96(A)(2)(b).

With kindest personal regards, I am

Sincerely yours,

13p 95

Kerri Clark

Copied by, Mercy HIM-CDMC

OCT - 9 2018

KERRI M. CLARK
Paralegal

kmc
Enclosures
xc: all counsel

* Also Admitted in Tennessee
** Also Admitted in Rhode Island, Massachusetts

48743872

**AUTHORIZATION FOR THE USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION**

Patient Name: James Michael Hall

Date of Birth: [redacted] Social Security #: [redacted]

Address: [redacted]

I hereby authorize St. Vincent's Hospital to disclose my individual identifiable health information as described in this authorization to:

The Dill Firm, A.P.L.C.
825 Lafayette Street
P.O. Box 3324
Lafayette, Louisiana 70502-3324

Purpose of Disclosure: Legal Investigation or Action

Specific description and time period of information to be disclosed: **THIS IS A REQUEST FOR A CERTIFIED COVER-TO-COVER COPY OF YOUR ENTIRE CHART – PLEASE PRODUCE EVERY DOCUMENT YOU HAVE ON THIS PATIENT! THIS INCLUDES DIAGNOSTIC STUDIES OF ANY TYPE INCLUDING X-RAYS, OTHER FILM STUDIES AND FETAL MONITOR STRIPS. THIS REQUEST ALSO INCLUDES ALL BILLING RECORDS.**

- I understand that the information I authorize a person or entity to receive may be re-disclosed and no longer protected by federal privacy regulations.
- I understand that this authorization is voluntary and that I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that Louisiana law and regulations allow for fees/charges to be applied to this release of information.
- I understand that I may inspect or copy the information used or disclosed upon request.
- I understand that I may revoke this authorization at any time by notifying the above health care provider in writing, except to the extent that:
  - a.) Action has been taken in reliance on this authorization
  - b.) If this authorization is obtained as a condition of obtaining insurance coverage, other law provides the insurer with the right to contest a claim under the policy or the policy itself
- I understand that I have a right to request and receive a Notice of Privacy practices from the above health care provider upon request.
- I understand that I may receive a copy of this authorization upon request.
- The person/organization authorized to use/disclose the information will receive compensation for doing so under La. R.S. 40:1165.1.
- This release does not authorize verbal communication by the health care provider to the requesting party.
- I further agree and authorize that photostatic and copies of this authorization may be submitted in lieu of the original.

I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).

I understand that the information in my health record may include information relating to behavioral or mental health services and treatment for alcohol and drug abuse.

This authorization will expire on: Date: conclusion of litigation

I have read the above and authorize the disclosure of the protected health information as stated:

[signature] 9.24.18

Signature of Patient/Legal Representative Date

Printed name of patient/Legal Representative Relationship to Patient

**For DHH Use When Requesting Records**

*I am authorized to receive this disclosure. Documentation of the above Personal Representative has been obtained.*

Signature and Title of Agency Representative Date

# MEDICAL RECORDS CERTIFICATION

TO WHOM IT MAY CONCERN:

This is to certify that the attached photographic reproductions are true and exact photocopies of the medical records of **James Michael Hall, DOB:** [redacted] **Social Security Number: xxx-xx-** [redacted]. These records were prepared by the personnel, staff, or persons acting under the control of either, in the ordinary course of business at or near the time of the act, condition or event.

WITNESSES:

________________________ ________________________________________

Medical Records Administrator for St. Vincent's Hospital

________________________ Date: ____________________________________

**LISTING OF Imaging Studies:**

| Image No. | Date of Study | Area of Body Imaged |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

*If No imaging studies exist, please check here.* ☐

TDF#191

OneContent: Generated By MDCOVewb00

**Consent and Authorization for Photographs, Slides or Video Tape**
I consent to and authorize the production of photographs, slides or video-audio tapes for purposes of advancing medical education or to further document my care and treatment.

**<u>The following is applicable to Medicare patients only.</u>**
**Statement Authorizing Medicare Payment to Provider, Physicians & Patient**
I certify that the information given by me in applying for payment under the Medicare Program of Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Center for Medicare and Medicaid Services or its intermediaries or any commercial insurance carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf.

I assign the benefits payable for covered Medicare services to the physician or organization furnishing services including Emergency Department physicians, Radiologic associates, Pathology associates and any other physicians providing service to me during this hospital stay or authorize them to submit a claim to Medicare for payment to me.

I certify that I have received the Medicare Patient's Bill of Rights and have read and do understand this information and am willing to accept its terms.

**Information Received**
I have received all or part of the information upon admission at the facility providing services to me. I have been given the opportunity to ask any questions I may have about the materials I received:

1. MHP Statement of Patient Rights and Responsibilities
2. MHP Notice of Privacy Practices
3. Pain Management Information
4. Information regarding Advance Directives
5. Living Will/DPOA ____ Yes _√_ No Location: ______________
6. Mental Health DPOA ____ Yes _√_ No Location: ______________
7. DNRC/DNRCC Arrest
8. ECF Name: ______________
9. Do you want to complete an Advance Directive ____ Yes _√_ No (☐ Pastoral Care Notified)
10. Culture of Safety
11. Notice of Medicare copy to Medicare patients Copy of Medicare Letter
12. Observation Status vs. Inpatient Status Information
13. Pastoral Care Brochure
14. Mercy Health Partners Policy on Patients Remaining On Their Unit
15. General Healthcare Information Packet
16. Smoking cessation information

I CERTIFY AND ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND ALL OF THE ABOVE INFORMATION AND CONFIRM THAT ANY QUESTIONS HAVE BEEN ASKED AND ANSWERED. I FURTHER CERTIFY THAT I AM THE PATIENT OR HIS/HER DULY AUTHORIZED REPRESENTATIVE, AND THAT I AM SIGNING VOLUNTARILY.

Signature: [signature] Date: ______________
PATIENT OR LEGAL GUARDIAN

Witness: [signature] Date: 9/30/11

Legal Guardian signed because: ________ Patient is a minor ________ A Guardianship has been established

Patient is unable to sign because: ______________

OneContent: Generated By MDCO\lewb00

MERCY
☐ St. Anne ☐ St. Charles ☐ St. Vincent
☐ Defiance ☐ Tiffin ☐ Willard

3CON

HALL , JAMES E
44743972 6081312 37 M
09/30/11 ISO:
PCP: NOPCP
[redacted]CI 2000553791

**MERCY HEALTH PARTNERS**
**REGISTRATION CONSENT AND AUTHORIZATION**

**Consent to Medical Care and Treatment**
I am seeking medical care and treatment at Mercy Health Partners. I consent to the rendering of such medical care and treatment as is deemed necessary by my doctor and other members of the medical staff and by Mercy Health Partners and its employees. I also understand that there are risks of injury from medical care and treatment and I acknowledge that no guarantees have been made to me about the outcome of my care and treatment.

**Notice of Legal Relationship between Hospital and Physicians**
I understand that most physicians and surgeons who render professional services to me at Mercy Health Partners, typically including emergency physicians, radiologists, pathologists and anesthesiologists are independent medical practitioners and are NOT employees or agents of the hospital. I further understand that I will be under the care and supervision of my attending physician and it is the responsibility of the hospital and its staff to carry out the medical orders of that physician. Mercy Health Partners is NOT responsible for the acts or omissions of physicians that are not directed or controlled by Mercy Health Partners.

I understand that medical, nursing and allied health students train at this facility and may be involved in my case. I also understand resident physicians may also be involved in my case. All students and resident physicians are supervised by licensed and trained personnel, and I consent to care provided by them.

**Responsibility for Payment**
I agree to accept full responsibility for payment of all charges related to my care including charges for room and board, if applicable. I understand that a list of the usual and customary charges for room and board and other common charges is available to me upon request. Screening and stabilizing treatment to persons with an emergency medical condition will not be delayed or conditioned based on an individual's method of payment or insurance status.

**Release of Medical Information**
I authorize Mercy Health Partners to release my medical information and/or documentation to my insurer, my employer, utilization review organizations or any third party payor or their agent so that they may determine and process my medical benefits and satisfy program requirements specified on enrollment, unless specifically revoked. I assign the payment of these benefits directly to Mercy Health Partners.

As part of the ongoing treatment and coordination of care my medical information and/or documentation may be released to the appropriate facility or physician to ensure the proper continuity of care.

I understand the medical information and/or documentation may include the disclosure of my medical records related to substance abuse, drugs or alcohol testing/treatment, mental health/psychiatric treatment, HIV and/or AIDS related testing or treatment.

**Responsibility for Personal Property**
I agree while in the hospital to accept sole responsibility for the safety of my money and personal property. I understand that the hospital is not liable for the loss of money or valuables. I have been told that a safe is available for the deposit of appropriate items.

CMS 344026 Rev. 12/08

OneContent: Generated By MDCO\lewb00

Hall, James
DOB [redacted]
Wt/Ht
MedRec: 6081312
AcctNum: 44743972

# ST. VINCENT MERCY MEDICAL CENTER
# EMERGENCY DEP. FULL CHART

Patient Data

**Complaint:** Earache
**Triage Time:** Fri Sep 30, 2011 02:11
**Urgency:** LEVEL 4
**Bed:** ED **
**Initial Vital Signs:** 9/30/2011 02:08
**BP:** 144/87
**P:**77
**O2 sat:**

**ED Attending:** **Lwot, Dr.
**Primary RN:**

**R:**14
**T:**37.1
**Pain:**2

**DIAGNOSIS** (03:37 SHEL)
*FINAL:* PRIMARY: None.

**TRIAGE** (Fri Sep 30, 2011 02:11 JMW)
*TRIAGE NOTES:* **earache one week feels like warm ballon in lt ear throbbing.** (Fri Sep 30, 2011 02:11 JMW)
*PATIENT:* NAME: Hall, James, AGE: 37, GENDER: male, DOB: [redacted] TIME OF GREET: Fri Sep 30, 2011 01:58, Influenza Like Iline: Yes, MEDICAL RECORD NUMBER: 6081312, ACCOUNT NUMBER [redacted] PERSON ID: 2000553791, PC Attending: Nopcp. (Fri Sep 30, 2011 02:11 JMW)
*ADMISSION:* URGENCY: LEVEL 4, TRANSPORT: Walk in, DEPT: 1. Emergency, BED: WT-DZONE. (Fri Sep 30, 2011 02:11 JMW)
*VITAL SIGNS:* BP 144/87, Pulse 77, Resp 14, Temp 37.1, Pain 2, Time 9/30/2011 02:08. (02:08 JMW)
*COMPLAINT:* Earache. (Fri Sep 30, 2011 02:11 JMW)
*PREVIOUS VISIT ALLERGIES:* Nkda. (Fri Sep 30, 2011 02:11 JMW)

**KNOWN ALLERGIES**
Nkda

**CURRENT MEDICATIONS**
No recorded medications

**VITAL SIGNS** (02:08 JMW)
*VITAL SIGNS:* BP: 144/87, Pulse: 77, Resp: 14, Temp: 37.1, Pain: 2, Time: 9/30/2011 02:08.

**PRESCRIPTION**
No recorded prescriptions

**DISPOSITION** (03:37 SHEL)
*PATIENT:* Disposition Type: Discharge, Disposition: Left before Treatment Room, Condition: Unchanged, Remove from ER.

**Key:**
**JMW=Wetenhall, EMT-P, Jim SHEL=Glover,RN, Sheldon**

OneContent: Generated By MDCO\LEWB00

MERCY Health Partners

3CON

☐ St. Anne Mercy ☐ St. Charles Mercy ☑ St. Vincent Mercy
☐ Mercy Hospital of Defiance ☐ Mercy Hospital of Tiffin ☐ Mercy

HALL ,JAMES M E
[redacted] 6081312 35 M
03/04/09 ISO:
PCP: NO PCP
[redacted] CI 2000553791

**MERCY HEALTH PARTNERS**
**REGISTRATION CONSENT AND AUTHORIZATION**

**Consent to Medical Care and Treatment**
I am seeking medical care and treatment at Mercy Health Partners. I consent to the rendering of such medical care and treatment as is deemed necessary by my doctor and other members of the medical staff and by Mercy Health Partners and its employees. I also understand that there are risks of injury from medical care and treatment and I acknowledge that no guarantees have been made to me about the outcome of my care and treatment.

**Notice of Legal Relationship between Hospital and Physicians**
I understand that most physicians and surgeons who render professional services to me at Mercy Health Partners, typically including emergency physicians, radiologists, pathologists and anesthesiologists are independent medical practitioners and are NOT employees or agents of the hospital. I further understand that I will be under the care and supervision of my attending physician and it is the responsibility of the hospital and its staff to carry out the medical orders of that physician. Mercy Health Partners is NOT responsible for the acts or omissions of physicians that are not directed or controlled by Mercy Health Partners.

I understand that medical, nursing and allied health students train at this facility and may be involved in my case. I also understand resident physicians may also be involved in my case. All students and resident physicians are supervised by licensed and trained personnel, and I consent to care provided by them.

**Responsibility for Payment**
I agree to accept full responsibility for payment of all charges related to my care including charges for room and board, if applicable. I understand that a list of the usual and customary charges for room and board and other common charges is available to me upon request. Screening and stabilizing treatment to persons with an emergency medical condition will not be delayed or conditioned based on an individual's method of payment or insurance status.

**Release of Medical Information**
I authorize Mercy Health Partners to release my medical information and/or documentation to my insurer, my employer, utilization review organizations or any third party payor or their agent so that they may determine and process my medical benefits and satisfy program requirements specified on enrollment, unless specifically revoked. I assign the payment of these benefits directly to Mercy Health Partners.

As part of the ongoing treatment and coordination of care my medical information and/or documentation may be released to the appropriate facility or physician to ensure the proper continuity of care.

I understand the medical information and/or documentation may include the disclosure of my medical records related to substance abuse, drugs or alcohol testing/treatment, mental health/psychiatric treatment, HIV and/or AIDS related testing or treatment.

**Responsibility for Personal Property**
I agree while in the hospital to accept sole responsibility for the safety of my money and personal property. I understand that the hospital is not liable for the loss of money or valuables. I have been told that a safe is available for the deposit of appropriate items.

CMS 344026 Rev. 12/08

OneContent: Generated By MDCO\LEWB00

HALL , JAMES M
[redacted] 6081312 35 M
03/04/09 ISO:
PCP: NO PCP
[redacted] CI 2000553791

**Consent and Authorization for Photographs, Slides or Vi**
I consent to and authorize the production of photographs, s advancing medical education or to further document my care

**The following is applicable to Medicare patients only.**

**Statement Authorizing Medicare Payment to Provider, Physicians & Patient**

I certify that the information given by me in applying for payment under the Medicare Program of Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Center for Medicare and Medicaid Services or its intermediaries or any commercial insurance carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf.

I assign the benefits payable for covered Medicare services to the physician or organization furnishing services including Emergency Department physicians, Radiologic associates, Pathology associates and any other physicians providing service to me during this hospital stay or authorize them to submit a claim to Medicare for payment to me.

I certify that I have received the Medicare Patient's Bill of Rights and have read and do understand this information and am willing to accept its terms.

**Information Received**

I have received all or part of the information upon admission at the facility providing services to me. I have been given the opportunity to ask any questions I may have about the materials I received:

1. MHP Statement of Patient Rights and Responsiblities
2. MHP Notice of Privacy Practices
3. Pain Management Information
4. Information regarding Advance Directives
5. Living Will/DPOA ____ Yes _✓_ No Location: ____________
6. Mental Health DPOA ____ Yes _✓_ No Location: ____________
7. DNRC/DNRCC Arrest
8. ECF Name: ____________
9. Do you want to complete an Advance Directive ____ Yes _✓_ No (☐ Pastoral Care Notified)
10. Culture of Safety
11. Notice of Medicare copy to Medicare patients Copy of Medicare Letter
12. Observation Status vs. Inpatient Status Information
13. Pastoral Care Brochure
14. Mercy Health Partners Policy on Patients Remaining On Their Unit
15. General Healthcare Information Packet
16. Smoking cessation information

I CERTIFY AND ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND ALL OF THE ABOVE INFORMATION AND CONFIRM THAT ANY QUESTIONS HAVE BEEN ASKED AND ANSWERED. I FURTHER CERTIFY THAT I AM THE PATIENT OR HIS/HER DULY AUTHORIZED REPRESENTATIVE, AND THAT I AM SIGNING VOLUNTARILY.

Signature: [signature] Date: 3-4-09
PATIENT OR LEGAL GUARDIAN

Witness: [signature] Date: 3-4-09

Legal Guardian signed because: ______ Patient is a minor ______ A Guardianship has been established

Patient is unable to sign because: ____________

OneContent Generated By MDCO\LEWB00

ST. VINCENT
Mercy Medical Center

Name: Hall, James M
Age: 35Y DOB: [redacted]
Gender: M Wt: 95.3 Kg
MedRec: 6081312
AcctNum: [redacted]
Attending: LEWI
Primary RN: MRCY
Bed: ED C-28

## ST. VINCENT MERCY MEDICAL CENTER
## DISCHARGE INSTRUCTIONS RECEIPT

St. Vincent Mercy Medical Center
Emergency Medicine

As Always, You are the most important factor in your recovery. Please follow these instructions carefully. If you have problems that we have not discussed, CALL OR VISIT YOUR DOCTOR RIGHT AWAY. If you can't reach your doctor, return to the emergency department.

**FINAL DIAGNOSIS**
Dental pain

**ADDITIONAL DIAGNOSIS**
Cervical radiculitis

**FOLLOWUP CONTACTS**

**THE FOLLOWING SPECIAL INSTRUCTIONS WERE GIVEN**
*Follow up with your physician or clinic listed within 3 days. Take medications as directed. Return to ED if your pain worsens, if you develop fever or have any other concerns.

**THE FOLLOWING MEDICAL INSTRUCTIONS WERE GIVEN**
CERVICAL RADICULOPATHY
NO DOCTOR CLINIC LIST

**THE FOLLOWING PRESCRIPTIONS WERE GIVEN**

Penicillin V Potassium : Tablet : V Potassium 500 Mg : Oral
Dispense: 30, Quantity: 1, Schedule: 3 times a day (before meals)

Vicodin : Tablet : 500 Mg-5 Mg : Oral
Dispense: 20, Quantity: 1-2, Schedule: *Every 4-6 hours PRN

Lewis mer Red. AHR 0939

______________

____ Off work/school form given

____ Occupational Form Given

"I Understand the written ~~and~~ discussed instructions. My questions have been answered."

X [signature]
Patient or responsible person signature

M. Reeder [signature]
Nurse Signature

Prepared: Wed Mar 04, 2009 09:20 by RDTN 1 of 2
Copyright 2006. Picis.

OneContent Generated By MDCO\LEWB00

ST. VINCENT
Mercy Medical Center

Name: Hall, James M
Age: 35Y DOB: [redacted]
Gender: M Wt: 95.3 Kg
MedRec: 6081312
AcctNum: [redacted]
Attending: LEWI
Primary RN: MRCY
Bed: ED C- 28

## ST. VINCENT MERCY MEDICAL CENTER
## DISCHARGE INSTRUCTIONS RECEIPT

Resident Signature ED Attending only signature (NA for ETU)

Prepared: Wed Mar 04, 2009 09:20 by RDTN 2 of 2
Copyright 2006, Picis.

OneContent: Generated By MDCO\LEWB00

ST. VINCENT MERCY MEDICAL CENTER
***PRIMARY FULL CHART

GREET (Wed Mar 04, 2009 07:56 DW)
NOTES: Notes: he states dental pain and back pain - ambulatory in greet with some slurred speech? - denies numbnes or tingling in arms and legs - did go to st charles last night but states he LWOT - no signs of distress at present.

TRIAGE (Wed Mar 04, 2009 07:56 DW)
COMPLAINT: COMPLAINT: multiple complaints. (Wed Mar 04, 2009 07:56 DW)
ADMISSION: URGENCY: LEVEL 5, TRANSPORT: walk in, DEPT: Emergency, BED: C- 28. (Wed Mar 04, 2009 07:56 DW)
PATIENT: NAME: James Hall, AGE: 35, GENDER: male, DOB: Sun Oct 07, 1973, TIME OF GREET: Wed Mar 04, 2009 07:55, by: Dodie Ward, EMT-P, KG WEIGHT: 95.3. (Wed Mar 04, 2009 07:56 DW)
VITAL SIGNS: BP 164/88, Pulse 88, Resp 18, Temp 37.0, Pain 10, O2 Sat 98, Time 3/4/2009 07:55. (Wed Mar 04, 2009 07:56 DW)
NURSING HPI: c/o infected tooth (front), and numbness and pain in his left arm with numbness in 3 fingers of left hand since crushed nerve. (08:29 MRCY)
PAIN: 10. (08:29 MRCY)

VITAL SIGNS
VITAL SIGNS: BP: 164/88, Pulse: 88, Resp: 18, Temp: 37.0, Pain: 10, O2 sat: 98, Time: 3/4/2009 07:55. (Wed Mar 04, 2009 07:56 DW)
Pain: 6, Time: 3/4/2009 09:37. (09:38 MRCY)

ALLERGY (07:56 DW)
NKDA.

KNOWN ALLERGIES
Nkda.

CURRENT MEDICATIONS
No Current Medications (07:56 DW)
vitamins (08:30 MRCY)

NURSING ASSESSMENT: DENTAL (08:48 MRCY)
CONSTITUTIONAL: Patient arrives ambulatory with steady gait to treatment area, History obtained from patient, Patient is cooperative, Patient is alert and oriented x 3, Patient appears in no acute distress, Patient's skin is warm and dry, Patient's mucous membranes are moist and pink.
PAIN: Patient complains of pain, On a scale 0-10 patient rates pain as 7, Pain is constant.
TOOTH: Patient denies jaw swelling, No signs of infection, Patient has no recent dental procedures, Patient has no fever or chills, Patient has no history of trauma.
PSYCHSOCIAL: Patient has appropriate affect, Patient denies visual hallucinations, Patient denies auditory hallucinations, Patient denies tactile hallucinations, Patient denies suicidal ideation, Patient denies homicidal ideation, No reports of overdose.
SAFETY: Cart in lowest position.

***PRIMARY FULL CHART

NURSING ASSESSMENT: EXTREMITY UPPER (08:50 MRCY)
CONSTITUTIONAL: Patient arrives ambulatory with steady gait to treatment area, History obtained from patient, Patient is cooperative, Patient is alert and oriented x 3, Patient appears in no acute distress, Patient's skin is warm and dry, Patient's mucous membranes are moist and pink.
LEFT UPPER EXTREMITY: Normal pulses, Brisk capillary refill, Sensation intact, Full range of motion, Patient complains of numbness to 3rd digit, 4th digit, 5th digit, c/o of pain and numbness throughout his left arm, with numbenss in 3 digits.
RIGHT UPPER EXTREMITY: No complaint of pain, Normal pulses, Brisk capillary refill, Sensation intact, No numbness/tingling, Full range of motion.
PSYCHSOCIAL: Patient has appropriate affect, Patient denies visual hallucinations, Patient denies auditory hallucinations, Patient denies tactile hallucinations, Patient denies suicidal ideation, Patient denies homicidal ideation, No reports of overdose.
SAFETY: Cart in lowest position.

NURSING PROCEDURE: NURSE NOTES (08:38 MRCY)
TIME: Time: 0800, pt received into room 28, c/o of infected front tooth, and left arm pain and numbness with numbness of 3 fingers in left hand. pain level at 7.

NURSING PROCEDURE: NURSE NOTES (09:12 MRCY)
TIME: Time: 0835, Called out and writer to rom and stated that hit call light by accident. No other c/o voiced.

NURSING PROCEDURE: DISCHARGE NOTE (09:38 MRCY)
TIME: Patient discharged at 0935, Patient discharged to, home, Patient, ambulates without assistance, Patient unaccompanied, Discharge instructions given to, patient, Simple/moderate discharge teaching performed, Name of prescription(s) given: vicoden and penicilin, Above Person(s) verbalized understanding of discharge instructions and follow up care, Patient treated and evaluated by physician, states feels better and will be seeing dentist on monday.
VITAL SIGNS: Pain: 6.

PAST MEDICAL HISTORY
MEDICAL HISTORY: c6/c7 crushed nerve. (08:29 MRCY)
SURGICAL HISTORY: car accident in 94, surgeries on left side. (08:29 MRCY)
PSYCHIATRIC HISTORY: No previous psychiatric history. (08:29 MRCY)
SOCIAL HISTORY: Denies alcohol abuse, Denies drug abuse, Patient smokes tobacco. (08:29 MRCY)
MEDICAL HISTORY: No past medical history. (08:36 LMC7)
SURGICAL HISTORY: History of orthopedic, Left hand/wrist, Left knee, 1994, after motorcycle accident. (08:36 LMC7)
PSYCHIATRIC HISTORY: History of depression. (08:36 LMC7)
SOCIAL HISTORY: Patient smokes tobacco, at 1, packs per day for

20, years; equating to 20, pack years of smoking, Denies consumption of alcohol, History of cannabis abuse. (08:36 LMC7)
FAMILY HISTORY: Family history is not contributory to this case. (08:36 LMC7)

HPI TOOTHACHE (08:34 LMC7)
CHIEF COMPLAINT: Patient presents for the evaluation of toothache.
HISTORIAN: History obtained from patient.
LOCATION: lower left canine (cuspid) (#22).
TIME COURSE: Onset of symptoms reported as sudden, Onset was 3 days prior to arrival , Patient currently has symptoms.
QUALITY: Pain is described as aching, sharp.
SEVERITY: Maximum severity is moderate, Currently symptoms are moderate.
NOTES: 35 y/o male presents c/o tooth pain. Pt claims pain started 3 days ago and rates 7/10. Pt claims pain was not relieved by ibuprofen 800mg q4 hours. He claims the pain has kept him from eating and sleeping for the past 3 days. Pt states he had same tooth filled 4-6 months ago. Pt claims he attempted to contact his dentist (Dr. Fraytag) but his office is on vacation until Monday. Pt also repeatedly complains of shooting pain down the left arm. He claims he was diagnosed with "a pinched nerve between C6-C7" on Feb 3rd by an ER doctor at St. Charles. .

ROS (08:38 LMC7)
CONSTITUTIONAL: Negative constitutional review of systems, No fever, No chills.
EYES: Negative eye review of systems.
ENT: Negative ENT review of systems, No jaw pain, No rhinorrhea, No sore throat.
CARDIOVASCULAR: Negative cardiovascular review of systems, No chest pain, No edema, No syncope.
RESPIRATORY: Negative respiratory review of systems, No SOB, No wheezing.
GI: Negative gastrointestinal review of systems, No abdominal pain, No nausea, No diarrhea, No vomiting, No constipation.
GENITOURINARY MALE: Negative genitourinary review of systems, No urinary frequency, No dysuria, No hematuria.
MUSCULOSKELETAL: Historian reports arthralgias.
SKIN: Negative skin review of systems, No rash.
NEUROLOGIC: Historian reports paresthesias, No vertigo, No headache.
ENDOCRINE: Negative endocrine review of systems, No polyuria, No polydipsia.
HEMO/LYMPHATIC: Negative hemo/lymphatic review of systems. ALLERGIC/IMMUNOLOGIC: Negative Allergic review of systems.
PSYCHIATRIC: Historian reports depression, Historian reports marijuana abuse.

PHYSICAL EXAM (09:18 RDTN)
CONSTITUTIONAL: Patient is afebrile, Vital signs reviewed,





Patient has normal respiratory rate, Well appearing, Patient appears

comfortable, Alert and oriented X 3, Hypertensive.
HEAD: Atraumatic, Normocephalic.
EYES: Eyes are normal to inspection, Pupils equal, round and reactive to light, No discharge from eyes, Extraocular muscles intact, Sclera are normal, Conjunctiva are normal.
ENT: Posterior pharynx normal, No stridor, No trismus, not injected, normal tonsils, no uvular edema, no uvular deviation, no exudates, no pharyngeal swelling, no pharyngeal asymmetry, Mouth normal to inspection, mucus membranes moist, no lesions, no lacerations, No drooling, Able to handle secretions, No tongue elevation, no abscess, no dental fractures, Poor dentition noted.
NECK: Normal ROM, No jugular venous distention.
RESPIRATORY CHEST: Breath sounds normal, No respiratory distress.
CARDIOVASCULAR: RRR, No murmurs, Normal S1 S2, No rub, No gallop.
UPPER EXTREMITY: Inspection normal, Normal range of motion.
NEURO: GCS is 15, No focal motor deficits, Speech normal, Memory normal, There is a sensory deficit in the left hand.
SKIN: Skin is warm, Skin is dry, Skin is normal color.
PSYCHIATRIC: Oriented X 3, Normal affect, Normal insight, Normal concentration.

MEDICATION ADMINISTRATION SUMMARY (14:38)
Drug Name: Penicillin V Potassium, Dose: 500 milligram(s), Route: PO, Status: Given, Time: 09:13 3/4/2009,
Drug Name: Vicodin, Dose: 2 tab(s), Route: PO, Status: Given, Time: 09:13 3/4/2009, Detailed record available in Medication Service section.

ATTENDING (FACULTY TETHER) (09:26 LEWI)
ATTESTATION: I performed a history and physical examination of the patient and discussed management with the resident. I reviewed the resident's note and agree with the documented findings and plan of care. Any areas of disagreement are noted on the chart. I was personally present for the key portions of any procedures. I have documented in the chart those procedures where I was not present during the key portions.
I have reviewed the emergency nurses triage note. I agree with the chief complaint, past medical history, past surgical history, allergies, medications, social and family history as documented unless otherwise noted below.
Documentation of the HPI, Physical Exam and Medical Decision Making performed by medical students or scribes is based on my personal performance of the HPI, PE and MDM.

DIAGNOSIS (09:19 RDTN)
FINAL: PRIMARY: Dental pain, ADDITIONAL: Cervical radiculitis.

DISPOSITION
PATIENT: Disposition: Discharge, Condition: Stable. (09:19 RDTN)
Remove from ER. (09:39 MRCY)




INSTRUCTION (09:20 RDTN)
DISCHARGE: CERVICAL RADICULOPATHY, NO DOCTOR CLINIC LIST.

OneContent: Generated By MDCO\LEWB00

SPECIAL: *Follow up with your physician or clinic listed within 3 days. Take medications as directed. Return to ED if your pain worsens, if you develop fever or have any other concerns.

PRESCRIPTION (09:05 RDTN)
Penicillin V Potassium: Tablet : V Potassium 500 Mg : Oral : Quantity: *** 1 *** Unit: tab Route: Oral Schedule: 3 times a day (before meals) Dispense: *** 30 ***.
NOTES: take for 7 days
Generic substitution approved
DEA: AS2861145-R005
NPI (o): 1275799702

Vicodin: Tablet : 500 Mg-5 Mg : Oral : Quantity: *** 1-2 *** Unit: tabs Route: Oral Schedule: *Every 4-6 hours PRN Dispense: *** 20 ***.
NOTES: Do not drive or operate heavy machinery while taking this medication
Generic substitution approved
DEA: AS2861145-R005
NPI (o): 1275799702

ADMIN
DIGITAL SIGNATURE: Reed, RN, Marcy. (09:38 MRCY)
*Lewis, MD, Jeromy. (14:08 LEWI)
Key:
DW=Ward, EMT-P, Dodie LEWI=*Lewis, MD, Jeromy LMC7=Clayton Ms., Lisa
MRCY=Reed, RN, Marcy RDTN=Reddington, DO, Meredith
[redacted] Name: Hall, James M DOB: [redacted] MedRec: 6081312 AcctNum:

Prepared: Wed Mar 04, 2009 14:38 by Page: 5 of 5

OneContent Generated By MDCOILEWB00

St. Vincent Mercy Medical Center

1FAC

**EMERGENCY**

| Latex Allergy? | Adv. Directive? | Room/Bed/Accom |
|---|---|---|
| Clerk Initials SHAC04 | N Isolation Code? | ETD A02001 SVEMR |

Patient Name/Address: HALL ,JAMES M
906 DELENCE
TOLEDO OH 43605-
Phone: 419 - 691-2006
Date of Birth [redacted] Age: 35

County: LUCAS
Social Security # [redacted]

| Billing Number | Medical Record Number | Admission Date | Admission Time | Admit Src |
|---|---|---|---|---|
| [redacted] | 6081312 | 03/04/09 | 07:58 | EO |

| Sex | Race | Marital Status | VIP Status | Corp ID | CHF Class Pt | Pt Status | P.T. | Hosp Svc |
|---|---|---|---|---|---|---|---|---|
| M | W | D | | 2000553791 | | ET | E | EMR |

Religion: NONE NO RELIGION
Congregation: NONE

Attending/Admitting Physicians: EMERGENCY, UNSPECIFIED
Dr. Type S
EMERGENCY, UNSPECIFIED

Primary Care Physician: NO PCP

Diagnosis/Complaint: C/O MULTIPLE COMPLAINTS

Research Pt? 
Trauma name:
Mode:

**Accident Information**
Injury/Illness: N
Location:
Date:
Time:

Description:

Patient Employer: NOT EMPLOYED
Phone:

Guarantor: HALL ,JAMES
[redacted]

Relationship: Self
Social Security # [redacted]

Phone: 419 - 691 2006 Date of Birth [redacted]

Guarantor Employer: NOT EMPLOYED
Contact
Phone: ext.

Primary Emergency Contact: PT DECLINES ,PT DECLINES
Relationship: Attorney
Phone: -

Comments/Notes:

| NPP | Date | Restriction |
|---|---|---|
| Y | 07/04/06 | N |

Secondary Emergency Contact: XX ,XX
XX
OREGON OH 43616-
Relationship: Attorney
Phone: 999 - 999-9999

Notes:

**INSURANCE**

Insurance Company: S01 SELF PAY-PT RESP
906 DELENCE
Name of Insured/MCR Dates/Ins. Company Ph#: HALL ,JAMES M
TOLEDO OH Rel: Self
43605-
Claim Number/Prior Auth. Number/Grp Number/Grp Name: 283765686 1
419 - 691-2006

Insurance Company:
Name of Insured/MCR Dates/Ins. Company Ph#:
Rel:
Claim Number/Prior Auth. Number/Grp Number/Grp Name:

Insurance Company:
Name of Insured/MCR Dates/Ins. Company Ph#:
Rel:
Claim Number/Prior Auth. Number/Grp Number/Grp Name:

Insurance Company:
Name of Insured/MCR Dates/Ins. Company Ph#:
Rel:
Claim Number/Prior Auth. Number/Grp Number/Grp Name:

43989259

Printed: 03/04/09 08:04 Pre-reg Clerk: SHAC04 Reg Clerk: Req: SHAC04