From:CDMC BACK COPIER 4196967024 10/01/2018 09:31 #215 P.003/004

**MEDICAL RECORDS CERTIFICATION**

TO WHOM IT MAY CONCERN: Corp# 2000553791

This is to certify that the attached photographic reproductions are true and exact photocopies of the medical records of **James Michael Hall, DOB** [redacted] **Social Security Number: xxx-xx-** [redacted] These records were prepared by the personnel, staff, or persons acting under the control of either, in the ordinary course of business at or near the time of the act, condition or event.

WITNESSES:

Medical Records Administrator for Mercy Saint Anne Hospital

Date: 10/4/2018

**LISTING OF Imaging Studies:**

| | Image No. | Date of Study | Area of Body Imaged |
|---|---|---|---|
| 1. | 2 | 8-17-09 | Xr-Lt Hand |
| 2. | | | |
| 3. | | | |

*If No imaging studies exist, please check here.* ☐

TDF#197

OCT 26 2018

UL

Patient Name: **Hall, James M**
Patient ID: **2000553791**

Date of Birth: [redacted]
Age: **35 years**
Gender: **male**
Accession Number: **5869978**
Location: **St. Anne**
Referring Physician: **Rekha R Trivedi**

Study Date: **17-Aug-2009 14:18**
Procedure Types: **HAND 2 VW LT**

***Verified***

## CR HAND 2 VW LT

Procedure: ARD Aug 17 2009 2:25PM 5869978 HAND 2 VW LT
Reason for Exam: pain

FULL RESULT: Left hand 3 views: A single metal screw enters the dorsal aspect of the base of the middle phalanx of the 3rd digit. Three screws are identified in the wrist region that appear to be within the trapezoid. There appears to be bony ankylosis of the trapezium and trapezoid. Irregularity of bone and bone density are identified in this region. There is mild arthritis of the articulation of the base of the thumb to the trapezium. The articulation of the base of the 2nd metacarpal bone to the multangular bones is not well seen and cannot be assessed. Radiocarpal articulation is unremarkable.

IMPRESSION: Post surgical changes with arthritic changes in the distal carpal row laterally.
TM/ka

**Thomas Mason, M.D.**
**17-Aug-2009 17:34**