MERCYHEALTH

1/7/19

MHPN Mercy Hospital St Charles

## CERTIFICATION OF MEDICAL RECORDS

James M Hall

I, the undersigned, have prepared the attached records for the patient and site identified above.

I hereby certify to the following:

The photostatic copies and/or electronic images of the medical record pertaining to the above named patient consisting of 1 pages are attached.

These records were maintained in the regular course of the Mercy Health's business and correctly recorded at or near the time of the act, condition, or event described therein.

This certification of the medical record is made pursuant to Section 2317.422 Ohio Revised Code. I declare under penalty of perjury that the foregoing is true and correct.

NOTE - Additional pages produced in this packet that are not included in the page count above were not created by Mercy Health associates or providers.

Judith L Jolliverson Lath. ROI Specialist
Signature and Title

1/7/19
Date

JAN 1 1 2019

JB

552752
2930654
3/3/05 DT
2/10/05 ED

THE DILL FIRM
A PROFESSIONAL LAW CORPORATION

825 Lafayette Street / P.O. Box 3324 / Lafayette, LA 70502-3324
P 337.261.1408 / F 337.261.9176 / www.dillfirm.com

JAMES M. DILL
DAVID R. RABALAIS
DAVID P. VIAL II*
G. AUSTIN LOVE
VIVIAN V. NEUMANN
RICHARD MONTGOMERY
MATTHEW S. GREEN**
KEVIN W. TRAHAN
Of Counsel
Helen Onebane Mendell

* Also Admitted in Tennessee
** Also Admitted in Rhode Island, Massachusetts

*Writer's email: kmichael@dillfirm.com*
*Extension: 231*

December 5, 2018

St. Charles Mercy Hospital
2600 Navarre Street
Oregon, OH 43616

Re: James Michael Hall v. Landstar Ranger, Inc., et al.
USDC Western District of Louisiana, Docket: 6:18-cv-00410
Our File No. 3585
TDF#363

Dear Sir or Madame:

Please be advised that this firm represents defendants in regard to the above referenced matter. Pursuant to the enclosed medical authorization, please provide us with a certified, numbered copy of any and all medical records, x-rays, imaging studies and/or documents pertaining to the care of **James Michael Hall, DOB:**[redacted]**Social Security Number: xxx-xx**[redacted] Please include any and all billing statements concerning treatment rendered. If prepayment is required, please fax an itemization of same to me at the fax number listed above. As required by law, a copy of all records received will be forwarded to the patient's attorney. If no records exist, please advise us in writing.

We will be happy to pay reasonable copying charges involved in the reproduction of these records in accordance with Louisiana Revised Statutes 40:1299.96(A)(2)(b).

With kindest personal regards, I am

Sincerely yours,

Kerri Clark

KERRI M. CLARK
Paralegal

kmc
Enclosures
xc: all counsel

Forward to Billing
DEC 13 2018

RECEIVED
DEC 12 2018
MHP-CDMC

000464.2

# MEDICAL RECORDS CERTIFICATION

TO WHOM IT MAY CONCERN:

This is to certify that the attached photographic reproductions are true and exact photocopies of the medical records of **James Michael Hall, DOB:**[redacted] **Social Security Number: xxx-xx-**[redacted] These records were prepared by the personnel, staff, or persons acting under the control of either, in the ordinary course of business at or near the time of the act, condition or event.

WITNESSES:

____________________________ ______________________________________________________
Medical Records Administrator for St. Charles Mercy Hospital

____________________________ Date: ________________________________________________

**LISTING OF Imaging Studies:**

| Image No. | Date of Study | Area of Body Imaged |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

*If No imaging studies exist, please check here.* ☐

TDF#363

**AUTHORIZATION FOR THE USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION**

Patient Name: James Michael Hall

Date of Birth: [redacted] Social Security #: [redacted]

Address: 3231 Thomas Blvd, Port Arthur TX 77642

I hereby authorize St. Charles Mercy Hospital to disclose my individual identifiable health information as described in this authorization to:

**The Dill Firm, A.P.L.C.**
**825 Lafayette Street**
**P.O. Box 3324**
**Lafayette, Louisiana 70502-3324**

Purpose of Disclosure: **Legal Investigation or Action**

Specific description and time period of information to be disclosed: **THIS IS A REQUEST FOR A CERTIFIED COVER-TO-COVER COPY OF YOUR ENTIRE CHART – PLEASE PRODUCE EVERY DOCUMENT YOU HAVE ON THIS PATIENT! THIS INCLUDES DIAGNOSTIC STUDIES OF ANY TYPE INCLUDING X-RAYS, OTHER FILM STUDIES AND FETAL MONITOR STRIPS. THIS REQUEST ALSO INCLUDES ALL BILLING RECORDS.**

- I understand that the information I authorize a person or entity to receive may be re-disclosed and no longer protected by federal privacy regulations.
- I understand that this authorization is voluntary and that I may refuse to sign. My refusal to sign will not affect payment for or coverage of services. or ability to obtain treatment.
- I understand that Louisiana law and regulations allow for fees/charges to be applied to this release of information.
- I understand that I may inspect or copy the information used or disclosed upon request.
- I understand that I may revoke this authorization at any time by notifying the above health care provider in writing, except to the extent that:
  - a.) Action has been taken in reliance on this authorization
  - b.) If this authorization is obtained as a condition of obtaining insurance coverage, other law provides the insurer with the right to contest a claim under the policy or the policy itself
- I understand that I have a right to request and receive a Notice of Privacy practices from the above health care provider upon request.
- I understand that I may receive a copy of this authorization upon request.
- The person/organization authorized to use/disclose the information will receive compensation for doing so under La. R.S. 40:1165.1.
- This release does not authorize verbal communication by the health care provider to the requesting party.
- I further agree and authorize that photostatic and copies of this authorization may be submitted in lieu of the original.

I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).

I understand that the information in my health record may include information relating to behavioral or mental health services and treatment for alcohol and drug abuse.

This authorization will expire on: Date: conclusion of litigation

I have read the above and authorize the disclosure of the protected health information as stated:

Signature of Patient/Legal Representative — Date: 12.5.18

Printed name of patient/Legal Representative — Relationship to Patient

**For DHH Use When Requesting Records**
*I am authorized to receive this disclosure. Documentation of the above Personal Representative has been obtained.*

Signature and Title of Agency Representative — Date

# AFFIDAVIT

STATE OF OHIO

LUCAS COUNTY

Records Pertaining To: JAMES MICHAEL HALL

Type of Records: Any and all medical records, including but not limited to any and all reports, notes, tests, test results, diagnoses, prognoses office records, clinic records, therapy records, imaging studies, information, documents, notes and correspondence pertaining to PATIENT: JAMES MICHAEL HALL, SSN:[redacted]DOB:[redacted]

Before me, the undersigned authority, personally appeared________________________________,who, being by me duty sworn, deposed follows: (Custodian of Records)

My name is ________________________________, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit and have personal knowledge of the facts herein stated:

I am the Custodian of Records for:
**St. Charles Mercy Hospital**
**2600 Navarre Street**
**Oregon, OH 43616**

This is a regularly conducted business activity. Attached hereto are _________ pages of medical records, billing records and imaging studies, including, but not limited, to x-rays, MRIs, CT scans from this facility, and it was the regular practice to make and maintain these records. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility with knowledge, or one who had been furnished such knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The method of preparation of the records was trustworthy. The records attached hereto are the original records or exact duplicates of the original records.

________________________________

AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the _______ day of ________________________, 20_______

________________________________

NOTARY PUBLIC

My Commission Expires: ____________________

ST. CHARLES MERCY HOSPITAL
PRIMARY

TRIAGE (Tue Feb 10, 2009 00:57 DUB)
PROVIDERS: TRIAGE NURSE: Al Dubois, RN. (Tue Feb 10, 2009 00:57 DUB)
PATIENT: NAME: James M Hall, AGE: 35, GENDER: male, DOB: [redacted] TIME OF GREET: Tue Feb 10, 2009 00:35, SSN: [redacted] ZIP CODE: 43616, PHONE: 419691-2006, MEDICAL RECORD NUMBER: 552752, ACCOUNT NUMBER: 2918717, PERSON ID: 2000553791. PCP: Emergency, Unspecifi, ATTENDING: No Pcp. (Tue Feb 10, 2009 00:57 DUB)
ADMISSION: URGENCY: ESI Level 4, ADMISSION SOURCE: Home, TRANSPORT: Walk in, BED: WAIT. (Tue Feb 10, 2009 00:57 DUB)
VITAL SIGNS: BP 132/80, Pulse 105, Resp 15, Temp 37, Pain 8, Time 2/10/2009 00:56. (Tue Feb 10, 2009 00:57 DUB)
COMPLAINT: COMPLAINT: left arm pain after installing kitchen floor. (Tue Feb 10, 2009 00:57 DUB)
ASSESSMENT: Pulses: tachy. (00:58 DUB)
PAIN ASSESSMENT: Patient complains of pain, Pain described as penetrating, On a scale 0-10 patient rates pain as 8. (00:58 DUB)
FALL RISK ASSESSMENT: No risk for fall. (00:58 DUB)
GLASCOW COMA SCORE: Patient moves all extremities, Patient's glascow coma scale is 15, Patient's pupils are PERRL. (00:58 DUB)

HPI SHOULDER
CHIEF COMPLAINT: Patient presents for the evaluation of left, shoulder injury, shoulder pain, shoulder decreased ROM, shoulder tenderness. (01:28 COLL)
HISTORIAN: History obtained from patient. (01:28 COLL)
MECHANISM: Complaint occurred by REPITITVE USE. (01:28 COLL)
OCCURRED: Just prior to presentation. (01:28 COLL)
LOCATION: Pain in Gleno-Humerus Joint, Radiation is distal. (01:28 COLL)
QUALITY: Patient describes pain as sharp. (01:28 COLL)
ASSOCIATED WITH: Patient denies clavicle pain, Patient states shoulder pain is present, for 1 day, to gleno-humerus joint, Patient denies elbow pain, Patient denies wrist pain, Patient denies hand pain, Patient denies finger pain, Patient states distal neuro c/o is present, for 1 day. (01:29 COLL)
SEVERITY: Maximum severity is moderate, Currently symptoms are moderate. (01:29 COLL)
EXACERBATED BY: Patient's condition exacerbated by movement. (01:29 COLL)
RELIEVED BY: Patient's condition relieved by immobilization. (01:29 COLL)
NOTES: TINGLING THUMB, INDEX AND MIDDLE FINGER TIPS LEFT SIDE. (01:30 COLL)

ROS
CONSTITUTIONAL: Negative constitutional review of systems. (01:30

COLL)
EYES: Negative eye review of systems. (01:30 COLL)
ENT: Negative ENT review of systems. (01:30 COLL)
RESPIRATORY: Negative respiratory review of systems. (01:30 COLL)
GI: Negative gastrointestinal review of systems. (01:30 COLL)
GENITOURINARY MALE: Negative genitourinary review of systems. (01:30 COLL)
MUSCULOSKELETAL: Historian reports joint stiffness. (01:30 COLL)
SKIN: Negative skin review of systems. (01:30 COLL)
NEUROLOGIC: Historian reports paresthesias. (01:30 COLL)
ENDOCRINE: Negative endocrine review of systems. (01:30 COLL)
HEMO/LYMPHATIC: Negative hemo/lymphatic review of systems. (01:30 COLL)
ALLERGIC/IMMUNOLOGIC: Negative Allergic review of systems. (01:30 COLL)
PSYCHIATRIC: Negative psychiatric review of systems. (01:30 COLL)
CARDIOVASCULAR: Negative cardiovascular review of systems. (01:55 COLL)

PHYSICAL EXAM
CONSTITUTIONAL: Vital signs reviewed, Patient has normal pulse, Patient has normal blood pressure, Patient has normal respiratory rate, Well appearing, Patient appears comfortable, Alert and oriented X 3. (01:32 COLL)
HEAD: Atraumatic, Normocephalic. (01:32 COLL)
EYES: Eyes are normal to inspection, Pupils equal, round and reactive to light, No discharge from eyes, Extraocular muscles intact, Sclera are normal, Conjunctiva are normal. (01:32 COLL)
ENT: Ears normal to inspection, Nose examination normal, Posterior pharynx normal, Mouth normal to inspection. (01:32 COLL)
NECK: Normal ROM, No jugular venous distention, No meningeal signs, Tenderness present, laterally, diffusely, most prominent at level of: C-6. (01:32 COLL)
RESPIRATORY CHEST: Chest is nontender, Breath sounds normal, No respiratory distress. (01:32 COLL)
CARDIOVASCULAR: RRR, No murmurs, Normal S1 S2, No rub, No gallop. (01:32 COLL)
UPPER EXTREMITY: Inspection normal, No cyanosis, No clubbing, No edema, Normal range of motion, Shoulder exam shows, LEFT shoulder to have, no deformity, no ecchymosis, no swelling, no hematoma, no erythema, no warmth, no muscle atrophy, full range of motion, Tenderness to palpation, of glenohumeral joint. (01:32 COLL)
LOWER EXTREMITY: Inspection normal, No cyanosis, No clubbing, No edema, Normal range of motion, No calf tenderness. (01:32 COLL)

NEURO: GCS is 15, No focal motor deficits, No focal sensory deficits, No cerebellar deficits, Speech normal, Gait normal, Memory normal. (01:32 COLL)
SKIN: Skin is warm, Skin is dry, Skin is normal color. (01:32 COLL)
LYMPHATIC: No adenopathy in neck, No adenopathy in axillae. (01:32 COLL)
PSYCHIATRIC: Oriented X 3. (01:32 COLL)
BACK: There is no CVA Tenderness, There is no tenderness to palpation, Normal inspection. (01:55 COLL)

PAST MEDICAL HISTORY
MEDICAL HISTORY: gsw. (00:58 DUB)
SURGICAL HISTORY: Patient's previous surgical history is not relevant to the case. (01:32 COLL)
PSYCHIATRIC HISTORY: No previous psychiatric history. (01:33 COLL)
SOCIAL HISTORY: Denies alcohol abuse, Denies tobacco abuse, Denies drug abuse. (01:33 COLL)
FAMILY HISTORY: Family history is not contributory to this case. (01:33 COLL)
NOTES: Nursing records reviewed, Agree with nursing records. (01:33 COLL)

CURRENT MEDICATIONS (00:57 DUB)
None

ALLERGY (00:57 DUB)
NKA.

DIAGNOSIS (01:57 COLL)
FINAL: PRIMARY: ACUTE LEFT SHOULDER STRAIN, ADDITIONAL: DJD C SPINE WIHT C 6 RADICULOPATHY LEFT.

DISPOSITION
PATIENT: Disposition: * Discharge, Condition: Stable. (01:57 COLL)
Remove from ER. (02:06 DUB)

PRESCRIPTION (01:57 COLL)
Acetaminophen-Hydrocodone Bitartrate: Tablet : 500 Mg-5 Mg : Oral : Quantity: *** 1 *** Unit: TAB Route: Oral Schedule: *4 times a day Dispense: *** 12 ***.
NOTES: FOR PAIN. DO NOT DRIVE OR OPERATE MACHINERY
NO REFILLS
GENERICS OK

Motrin: Tablet : 800 mg : Oral : Quantity: *** 1 *** Unit: tab Route: Oral Schedule: Three times a day Dispense: *** 30 ***.
NOTES:
NO REFILLS
GENERICS OK

INSTRUCTION (01:59 COLL)
DISCHARGE: CERVICAL RADICULOPATHY, SHOULDER PAIN.
FOLLOWUP: St.Vincent *Clinics, Specialty, Orthopedics, 2213 Cherry St, Toledo OH 43608, 419-251-4283, David Beeks, M.D., Orthopedics, 2702 Navarre Ave, Oregon OH 43616, 419-696-3131, Follow up with Primary Care Physician Follow-up in 2-3 days.
SPECIAL: CONTINUE ALL HOME MEDICATIONS AS PRESCRIBED BY YOUR FAMILY DOCTOR.
FOLLOW UP WITH PHYSICIAN OR CLINIC LISTED.
RETURN TO THE EMERGENCY CENTER IF YOUR SYMPTOMS WORSEN OR CHANGE IN ANY WAY.
THANK YOU FOR CHOOSING ST. CHARLES MERCY HOSPITAL FOR YOUR EMERGENCY CARE.
J. F. COLLACO, M.D. E.R. PHONE NUMBER 4196967300.

RADIOLOGY INTERPRETATION
INTERPRETER: Preliminary review of x-rays by ED Physician. (01:55 COLL)
UPPER EXTREMITIES: X-ray Interpretation:, X-ray of the left shoulder shows, Views reviewed are 3, shoulder negative, no fracture, no dislocation, no foreign body, no bony lesion, no degenerative joint disease, no effusion. (01:55 COLL)
NECK: Interpretation of the C-Spine x-ray shows, Views reviewed are 4, c-spine negative, no fracture, no subluxation, no soft tissue swelling, no foreign body, however, Degenerative joint disease present, DISC SPACE NARROWING C6-C7. . (01:56 COLL)

ADMIN (02:43 COLL)
DIGITAL SIGNATURE: Collaco, MD, Joseph.
Key:
COLL=Collaco, MD, Joseph DUB=Dubois, RN, Al
Name: Hall, James M DOB: [redacted] M35 MedRec: 552752 AcctNum: 2918717
Prepared: Tue Feb 10, 2009 03:06 by Page: 4 of 4
pMD

000464.9

*INPATIENT* *FINAL Report *

ST. CHARLES MERCY MEDICAL CENTER
Department of Radiology

Patient: HALL, JAMES
DOB: [redacted]
Visit: 2918717

Medical Record No: 552752
Corp ID: 2000553791
Pat. Class: INPATIENT

Ordering Physician: COLLACO, FRED Order Number: 90001

Attending Physician: COLLACO, FRED

** FINAL **

Procedure: CERVICAL AP LAT ODONTOID
CDX 02/10/2009 5644971
Reason for Exam: INJURY

FULL RESULT: AP and lateral views of the cervical spine show no evidence of fracture. Bony alignment is normal. There is mild intervertebral disc space narrowing and hypertrophic spur formation at C5-C6 and C6-C7.

IMPRESSION: MILD CERVICAL SPONDYLOSIS AT C5-C6 AND C6-C7 WITH NO ACUTE ABNORMALITY DEMONSTRATED.

GG/bf

Read by: GERALD B GLASSBERG 014656 on Feb 10 2009 8:29A

Transcribed by: FER on Feb 10 2009 11:06A

Signed by: DR. GERALD B GLASSBERG on: Feb 10 2009 11:57A

*INPATIENT* *FINAL Report *

ST. CHARLES MERCY MEDICAL CENTER
Department of Radiology

Patient: HALL, JAMES
DOB: [redacted]
Visit: 2918717

Medical Record No: 552752
Corp ID: 2000553791
Pat. Class: INPATIENT

Ordering Physician: COLLACO, FRED Order Number: 90001

Attending Physician: COLLACO, FRED

** FINAL **

Procedure: SHOULDER 2 OR MORE VWS LT
CDX 02/10/2009 5644972
Reason for Exam: INJURY

FULL RESULT: AP, scapular Y and axillary views of the left shoulder show no evidence of fracture or dislocation.

IMPRESSION: NO ACUTE ABNORMALITY.

GBG/jj

Read by: GERALD B GLASSBERG 014656 on Feb 10 2009 8:30A

Transcribed by: JOL on Feb 10 2009 11:10A

Signed by: DR. GERALD B GLASSBERG on: Feb 10 2009 11:57A

Actions

**COMMUNICATIONS**

**KNOWN ALLERGIES**

Nka

**TRIAGE** Tue Mar 03, 2009 23:38 Suwinski, RN, Darcy

**PATIENT**

NAME: James M Hall, AGE: 35, GENDER: male, DOB:[redacted], TIME OF GREET: Tue Mar 03, 2009 23:29, [redacted] ZIP CODE: 43616, KG WEIGHT: 99.8, HEIGHT: 182cm, PHONE: 419691-2006, MEDICAL RECORD NUMBER: 552752, ACCOUNT NUMBER: 2930654, PERSON ID: 2000553791, PCP: Emergency, Unspecifl,, ATTENDING: No Pcp,.

**ADMISSION**

URGENCY: ESI Level 5, ADMISSION SOURCE: Home, TRANSPORT: Walk in, DEPT: Emergency, BED: WAIT.

**VITAL SIGNS**

BP 144/84, Pulse 90, Resp 14, Temp 36.7, Pain 10, Time 3/3/2009 23:37.

**COMPLAINT**

COMPLAINT: toothache.

**COMMENT**

drove self.

**PROVIDERS**

TRIAGE NURSE: Darcy Suwinski, RN.

**PREVIOUS VISIT ALLERGIES**

Nka.

**VITAL SIGNS**

**VITAL SIGNS** Tue Mar 03, 2009 23:37 Suwinski, RN, Darcy

BP: 144/84, Pulse: 90, Resp: 14, Temp: 36.7, Pain: 10, Time: 3/3/2009 23:37.

**CURRENT MEDICATIONS** No recorded medications

**ROS**

**PHYSICAL EXAM**

**PAST MEDICAL HISTORY**

**DOCTOR NOTES**

**ATTENDING (FACULTY TETHER NOTE)**

**LAB INTERPRETATION**

**RADIOLOGY INTERPRETATION**

**EKG INTERPRETATION**

**O2SAT INTERPRETATION**

**DIAGNOSIS** Wed Mar 04, 2009 00:47 Suwinski, RN, Darcy

**FINAL**

PRIMARY: left before seeing physician.

**DISPOSITION** Wed Mar 04, 2009 00:47 Suwinski, RN, Darcy

**PATIENT**

Disposition: Left before being seen by physician, Remove from ER.

**PRESCRIPTION** No recorded prescriptions

**CALL BACK**

**ADMIN**

**PATIENT DATA CHANGE** Wed Mar 04, 2009 00:41 Bassiouni, PAC, Hisham

Doctor Extender changed from (none) to Hisham Bassiouni, PAC.

**PATIENT DATA CHANGE** Wed Mar 04, 2009 00:42 Bassiouni, PAC, Hisham

Doctor Extender: (none).

MERCYHEALTH

10/26/17

MHPN Mercy Hospital St Charles
2600 Navarre Ave
Oregon, Ohio
43616

## CERTIFICATION OF MEDICAL RECORDS

James M Hall

I, the undersigned, have prepared the attached records for the patient and site identified above.

I hereby certify to the following:

The photostatic copies and/or electronic images of the medical record pertaining to the above named patient consisting of _20___ pages are attached.

These records were maintained in the regular course of the Mercy Health's business and correctly recorded at or near the time of the act, condition, or event described therein.

This certification of the medical record is made pursuant to Section 2317.422 Ohio Revised Code. I declare under penalty of perjury that the foregoing is true and correct.

NOTE - Additional pages produced in this packet that are not included in the page count above were not created by Mercy Health associates or providers.

Theresa Rudolph ROI Specialist
Signature and Title

10/26/17
Date

OneContent: Generated By MDCO\rudt00



Actions

**▼ COMMUNICATIONS**

**▼ KNOWN ALLERGIES**

Nka

**▼ TRIAGE** Tue Mar 03, 2009 23:38 Suwinski, RN, Darcy

**PATIENT**

NAME: James M Hall, AGE: 35, GENDER: male, DOB[redacted]TIME OF GREET: Tue Mar 03, 2009 23:29, SSN: [redacted]ZIP CODE: 43616, KG WEIGHT: 99.8, HEIGHT: 182cm, PHONE: 419691-2006, MEDICAL RECORD NUMBER: 552752, ACCOUNT NUMBER: 2930654, PERSON ID: 2000553791, PCP: Emergency, Unspecifi,, ATTENDING: No Pcp,.

**ADMISSION**

URGENCY: ESI Level 5, ADMISSION SOURCE: Home, TRANSPORT: Walk in, DEPT: Emergency, BED: WAIT.

**VITAL SIGNS**

BP 144/84, Pulse 90, Resp 14, Temp 36.7, Pain 10, Time 3/3/2009 23:37.

**COMPLAINT**

COMPLAINT: toothache.

**COMMENT**

drove self.

**PROVIDERS**

TRIAGE NURSE: Darcy Suwinski, RN.

**PREVIOUS VISIT ALLERGIES**

Nka.

**▼ VITAL SIGNS**

**VITAL SIGNS** Tue Mar 03, 2009 23:37 Suwinski, RN, Darcy

BP: 144/84, Pulse: 90, Resp: 14, Temp: 36.7, Pain: 10, Time: 3/3/2009 23:37.

**▼ CURRENT MEDICATIONS** No recorded medications

**▼ ROS**

**▼ PHYSICAL EXAM**

**▼ PAST MEDICAL HISTORY**

**▼ DOCTOR NOTES**

**▼ ATTENDING (FACULTY TETHER NOTE)**

**▼ LAB INTERPRETATION**

**▼ RADIOLOGY INTERPRETATION**

**▼ EKG INTERPRETATION**

**▼ O2SAT INTERPRETATION**

**▼ DIAGNOSIS** Wed Mar 04, 2009 00:47 Suwinski, RN, Darcy

**FINAL**

PRIMARY: left before seeing physician.

**▼ DISPOSITION** Wed Mar 04, 2009 00:47 Suwinski, RN, Darcy

**PATIENT**

Disposition: Left before being seen by physician, Remove from ER.

**▼ PRESCRIPTION** No recorded prescriptions

**▼ CALL BACK**

**▼ ADMIN**

**PATIENT DATA CHANGE** Wed Mar 04, 2009 00:41 Bassiouni, PAC, Hisham

Doctor Extender changed from (none) to Hisham Bassiouni, PAC.

**PATIENT DATA CHANGE** Wed Mar 04, 2009 00:42 Bassiouni, PAC, Hisham

Doctor Extender: (none).

OneContent: Generated By MDCO\rudt00

ST. CHARLES
Mercy Hospital

HALL ,JAMES M
2930654 552752 E
03/03/09 ISO: 35 M
PCP: NO PCP
3EDN [redacted] CI 2000553791

# EMERGENCY CENTER NURSING ASSESSMENT /ADULT

Name: Hall, James Age: 35 Date: 3/3/09 Time: 2335 Billing #:

**PRE-HOSPITAL:**
ARRIVED BY: ☐ CAR ☐ EMS
FROM: ☐ HOME ☐ ECF ☐ MVA ☐ WORK ☐ Drove self

**TX:** ☐ NTG ☐ OXYGEN ☐ C-SPINE IMMOB. ☐ IV ☐ ALS DRUGS ☐ FSBS

Date/Time Onset
Chief Complaint: Toothache/infected ē

ALLERGIES: ☑ NKDA ☐ LATEX: ☐ Yes ☐ No

| ALLERGEN | REACTION |
|---|---|
| | |

BP 144/ HR 90 RP 14 T 36.7 SPO2

Last Tetanus: DT Paper ☐ Lot#: Exp:

| | | |
|---|---|---|
| Airway/Breathing | | ☐ WNL or |
| Br. Sounds | ☐ NA | ☐ WNL or |
| Pulses | ☐ NA | ☐ WNL or |
| Skin | | ☐ WNL or |
| Head | ☐ NA | ☐ WNL or |
| Neck | ☐ NA | ☐ WNL or |
| RA | ☐ NA | ☐ WNL or |
| LA | ☐ NA | ☐ WNL or |
| RL | ☐ NA | ☐ WNL or |
| LL | ☐ NA | ☐ WNL or |
| Chest | ☐ NA | ☐ WNL or |
| G/U | ☐ NA | ☐ WNL or |
| Abd | ☐ NA | ☐ WNL or |
| Back | ☐ NA | ☐ WNL or |

**PAIN ASSESSMENT**
Having Pain? ☑ Y ☐ N ☐ New ☐ Chronic
Location: L Rt tooth Level 10
Radiation: Tolerable Y / N
Quality/Character: (Words to describe pain)
Non-Verbal signs of pain (check all that apply)
☐ Grimaces and body tension ☐ Moaning/crinqing
☐ Combativeness ☐ Guarding ☐ Withdrawal

**EDUCATION ASSESSMENT:**
Able to Read ☑ yes ☐ no
BARRIERS: ☐ language ☐ visions ☐ hearing ☐ other

**PERSONAL SAFETY ASSESSMENT**
Do you have concerns about your safety at home?
☐ yes ☑ no ☐ unsure ☐ refer to Social Services
Print Name
Signature

Visual Acuity: OD OS OU
GCS: E V M Total
Wt 220 lb kg Ht 6'0"
LMP G P

MEDICATIONS (include OTC, Herbs, etc.)
None ☐

**PAST MEDICAL HISTORY**
☐ None ☐ TB Exposure
☐ Heart Disease ☐ HTN
☐ Stroke ☐ Cancer
☐ Seizure Disorder ☐ Site
☐ Bleeding Disorder ☐ Respiratory
☐ Diabetes ☐ Renal
☐ Tobacco ☐ Hepatitis
☐ Alcohol ☐ Emotional Illness
☐ Recreational Drugs ☐ Circulation Prob
☐ Stomach/Bowel
☐ Splenectomy ☐ Bladder
☐ Muscle/Joint Disease
☐ Past Surgeries/Disabilities

FSBS (Normal range 60-110 mg/dcl)
IV-Time : Solution
Type/Size Site
EKG Time X-Ray time
Lab Draw CT Time
Time seen by Dr.

| TIME | INTERVENTION Vitals / Medication / Rx | ASSESSMENT / EVALUATION / OUTCOME |
|---|---|---|
| 2338 | ☐ Monitor ☐ O2 @ __/__ | To treatment area FWR |
| | | LWOT |

DISCHARGE DISPOSITION INFORMATION ☐ Verbalizes understanding of instructions, medications, treatments
Condition on discharge: ☐ Improved ☐ Stable
Time:
☐ Home ☐ Other
#1 Print Name #2 Print Name
Signature #1 Signature #2

WHITE-Medical Records YELLOW-EC CMS 344133 Rev. 5/06

### Glasgow Coma Scale

**Eye Opening**

| | |
|---|---|
| Spontaneously | 4 |
| To command | 3 |
| To pain | 2 |
| No response | 1 |

**Best Verbal Response**

| | |
|---|---|
| Oriented & converses | 5 |
| Disoriented & converses | 4 |
| Inappropriate words | 3 |
| Incomprehensible sounds | 2 |
| No response | 1 |

**Best Motor Response**

| | |
|---|---|
| Obeys commands | 6 |
| Localizes pain | 5 |
| Withdraws from pain | 4 |
| Flexion (decorticate) | 3 |
| Extension (decerebrate) | 2 |
| No response | 1 |

**Pupils:**




**CHOOSE A NUMBER FROM 0 TO 10 THAT BEST DESCRIBES YOUR PAIN**

No Pain — Worst possible pain

0 1 2 3 4 5 6 7 8 9 10

Circle Level

**CHOOSE THE FACE THAT BEST DESCRIBES HOW YOU FEEL**



| 0 | 2 | 4 | 6 | 8 | 10 |
|---|---|---|---|---|---|
| No Pain | Mild | Moderate | Severe | Very severe | Worst possible pain |

Circle Level

OneContent: Generated By MDCO\rudt00

ST. CHARLES Mercy Hospital

# EMERGENCY PHYSICIAN RECORD

1EDP

| LAB TESTING | URINE/GENITAL | XRAY ORDERS | CT/US/CONTRAST | CARE PLAN |
|---|---|---|---|---|
| CBC/diff | UA | CXR PORT | BRAIN Y N | ☐ IV (See MAR) |
| LYTES | UAX | RIB L R | C-SPINE Y N | ☐ Venous Lock |
| BUN | UCG | C-SPINE PORT | ABD/PELVIS Y N | ☐ Monitor |
| CR | URINE C/S | T-SPINE | STONE PROT N | ☐ O2________ |
| GLU | URINE TOX/TCA | L/S-SPINE | CHEST Y N | ☐ Maint PO2 ≥ ______% |
| MAG | BHCG QUALX | ACUTE ABD SERIES | PE PROT Y | ☐ Aerosol Protocol |
| TROP/MYO 0/3hr | BHCG QUANT | HAND L R | CT: | |
| AMYLASE/LIPASE | VDRL | WRIST L R | CT: | ADD ON ORDERS |
| LIVER FUNCTION TEST | CHLAMYDIA/GC | FOREARM L R | IVP | |
| PT/INR/PTT | TRICH/GARD/CAND | ELBOW L R | VQ SCAN | |
| BNP | MISC. | HUMERUS L R | US PELVIS | |
| D-DIMER | BLD C/Sx2 | SHOULDER L R | US ABD | |
| CA | SPUTUM C/S | CLAVICLE L R | US GALLBLADDER | |
| PHOS | OTHER C/S | SCAPULA L R | US SCROTUM | |
| CRP | | STERNUM | US: | |
| TSH | SPINAL FLUID PROT | FOOT L R | DOPPLER | |
| ACETONE | T&C UNITS | ANKLE L R | V DOPP U L L R | |
| LACTATE | | TIB/FIB L R | A DOPP U L L R | |
| DIGOXIN | T&S | KNEE L R | PVR U L L R | |
| DILANTIN | RH | FEMUR L R | OTHER STUDIES | |
| DEPAKOTE | MONO | HIP/PELVIS L R | | POINT OF CARE TESTING |
| TEGRETOL | STREP SCREEN | PELVIS | | (DO NOT ORDER THE SAME LAB TEST IF ORDERED HERE) |
| TYLENOL LEVEL | FLU SCREEN | FACIAL | | GLUCOSE |
| ASA LEVEL | RSV | NASAL | | UA |
| ETOH | EKG | ORBIT | X-RAY REASON | UCG |
| | EKG (OLD) | MANDIBLE | | I-STAT CARTRIDGES |
| | ABG | | | 6+ (GLU, HCT, NA, K, CL, BUN) |

| | | | | | POINT OF CARE TESTING (cont.) |
|---|---|---|---|---|---|
| M.D. | ☐ Call | Resp | By | Resident called | CR |
| M.D. | ☐ Call | Resp | By | Resident called | PT/INR |
| M.D. | ☐ Call | Resp | By | Resident called | CG4+ (LACTATE, PH, PCO2, PO2) |

**HISTORY / EXAM / DISPOSITION**

Dx:

HALL , JAMES M E
2930654 552752 35 M
03/03/09 ISO:
PCP: NO PCP
[redacted] CI 2000553791

Chart Dictation #:________ Addendum #:________

☐ Admitted ☐ Discharged ☐ Transfer

Signature:________

Time Seen:

White - Med Record
Yellow - EC
Pink - PCP

CMS 344161 Rev. 9/08 E.C.

OneContent: Generated By MDCO\rudt00

ST. CHARLES Mercy Hospital 1FAC

**EMERGENCY**

| Latex Allergy? | Adv. Directives? | Room/Bed/Accom. |
|---|---|---|
| Clerk Initials AUSS01 | Isolation Code? | EMR EMR067 |

Patient Name/Address
HALL ,JAMES M
1041 CRESCEUS RD
OREGON OH 43616-
Phone: 419 - 691-2006 Date of Birth: [redacted] Age: 35

County:

Social Security #: [redacted]

| Billing Number | Medical Record Number | Admission Date | Admission Time |
|---|---|---|---|
| 2930654 | 552752 | 03/03/09 | 23:29 |

| Sex | Race | Marital Status | VIP Status | Corp Id | CHP Clinic Pt | P.A.T. | P.T. | Hosp Svc |
|---|---|---|---|---|---|---|---|---|
| M | W | D | | 2000653791 | | | E | EMR |

Religion:
Congregation: NONE

Attending/Admitting Physicians: EMERGENCY, UNSPECIFIED
Primary Care Physician: NO PCP
Dr. Type: S
EMERGENCY, UNSPECIFIED
Resident/House Officer

Diagnosis/Complaint: TOOTHACHE

Accident Information
Injury/Illness:
Date:
Location:
Time:
Description:

Patient Employer:
Phone: - EXT Occupation: Employment Length:

Guarantor
HALL ,JAMES
1041 CRESCEUS RD
OREGON OH 43616-
Phone: 419 - 691-2006 Date of Birth: [redacted]

Relationship: Self
Social Security #: [redacted]

Guarantor Employer: NOT EMPLOYED
Contact:
Phone: ext.

Primary Emergency Contact
Relationship:
Phone: -

Comments/Notes:

| NPP | Date | Restriction |
|---|---|---|
| Y | 07/04/06 | N |

Secondary Emergency Contact
POST ,LESLEY
1041 CRESCEUS RD
OREGON
Relationship: Friend
Phone: 419 - 691-2006

Notes:

INSURANCE

| Insurance Company | Name of Insured/MCR Dates/Ins. Company Ph# | Claim Number/Prior Auth. Number/Grp Number/Grp Name |
|---|---|---|
| A05 MCARE OUTPATIENT | HALL ,JAMES | 1 |
| | | |
| | | |
| | | |

2930654

**Patient Accounts**

OneContent: Generated By MDCO\rudt00

MERCY Health Partners

3CON

HALL ,JAMES M E
2918717 552752 35 M
02/10/09 ISO:
PCP: NO PCP
[redacted] CI 2000553791

☐ St. Anne Mercy ☐ St. Charles Mercy ☐ St. Vincent Mercy
☐ Mercy Hospital of Defiance ☐ Mercy Hospital of Tiffin ☐ Mercy H

**MERCY HEALTH PARTNERS**
**REGISTRATION CONSENT AND AUTHORIZATION**

**Consent to Medical Care and Treatment**
I am seeking medical care and treatment at Mercy Health Partners. I consent to the rendering of such medical care and treatment as is deemed necessary by my doctor and other members of the medical staff and by Mercy Health Partners and its employees. I also understand that there are risks of injury from medical care and treatment and I acknowledge that no guarantees have been made to me about the outcome of my care and treatment.

**Notice of Legal Relationship between Hospital and Physicians**
I understand that most physicians and surgeons who render professional services to me at Mercy Health Partners, typically including emergency physicians, radiologists, pathologists and anesthesiologists are independent medical practitioners and are NOT employees or agents of the hospital. I further understand that I will be under the care and supervision of my attending physician and it is the responsibility of the hospital and its staff to carry out the medical orders of that physician. Mercy Health Partners is NOT responsible for the acts or omissions of physicians that are not directed or controlled by Mercy Health Partners.

I understand that medical, nursing and allied health students train at this facility and may be involved in my case. I also understand resident physicians may also be involved in my case. All students and resident physicians are supervised by licensed and trained personnel, and I consent to care provided by them.

**Responsibility for Payment**
I agree to accept full responsibility for payment of all charges related to my care including charges for room and board, if applicable. I understand that a list of the usual and customary charges for room and board and other common charges is available to me upon request. Screening and stabilizing treatment to persons with an emergency medical condition will not be delayed or conditioned based on an individual's method of payment or insurance status.

**Release of Medical Information**
I authorize Mercy Health Partners to release my medical information and/or documentation to my insurer, my employer, utilization review organizations or any third party payor or their agent so that they may determine and process my medical benefits and satisfy program requirements specified on enrollment, unless specifically revoked. I assign the payment of these benefits directly to Mercy Health Partners.

As part of the ongoing treatment and coordination of care my medical information and/or documentation may be released to the appropriate facility or physician to ensure the proper continuity of care.

I understand the medical information and/or documentation may include the disclosure of my medical records related to substance abuse, drugs or alcohol testing/treatment, mental health/psychiatric treatment, HIV and/or AIDS related testing or treatment.

**Responsibility for Personal Property**
I agree while in the hospital to accept sole responsibility for the safety of my money and personal property. I understand that the hospital is not liable for the loss of money or valuables. I have been told that a safe is available for the deposit of appropriate items.

CMS 344026 Rev. 12/08

**Consent and Authorization for Photographs, Slides or Video Tape**
I consent to and authorize the production of photographs, slid HALL, JAMES M ... for purposes of advancing medical education or to further document my care an 2918717 552752 E

02/10/09 ISO: 35 M
PCP: NO PCP

**The following is applicable to Medicare patients only.**
**Statement Authorizing Medicare Payment to Provider, Phy** [redacted] CI 2000553791
I certify that the information given by me in applying for payment under the Medic... of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Center for Medicare and Medicaid Services or its intermediaries or any commercial insurance carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf.

I assign the benefits payable for covered Medicare services to the physician or organization furnishing services including Emergency Department physicians, Radiologic associates, Pathology associates and any other physicians providing service to me during this hospital stay or authorize them to submit a claim to Medicare for payment to me.

I certify that I have received the Medicare Patient's Bill of Rights and have read and do understand this information and am willing to accept its terms.

**Information Received**
I have received all or part of the information upon admission at the facility providing services to me. I have been given the opportunity to ask any questions I may have about the materials I received:

1. MHP Statement of Patient Rights and Responsibilities
2. MHP Notice of Privacy Practices
3. Pain Management Information
4. Information regarding Advance Directives
5. Living Will/DPOA ____ Yes ✓ No Location: __________
6. Mental Health DPOA ____ Yes ✓ No Location: __________
7. DNRC/DNRCC Arrest NO
8. ECF Name: __________
9. Do you want to complete an Advance Directive ____ Yes ✓ No (☐ Pastoral Care Notified)
10. Culture of Safety
11. Notice of Medicare copy to Medicare patients Copy of Medicare Letter
12. Observation Status vs. Inpatient Status Information
13. Pastoral Care Brochure
14. Mercy Health Partners Policy on Patients Remaining On Their Unit
15. General Healthcare Information Packet
16. Smoking cessation information

I CERTIFY AND ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND ALL OF THE ABOVE INFORMATION AND CONFIRM THAT ANY QUESTIONS HAVE BEEN ASKED AND ANSWERED. I FURTHER CERTIFY THAT I AM THE PATIENT OR HIS/HER DULY AUTHORIZED REPRESENTATIVE, AND THAT I AM SIGNING VOLUNTARILY.

Signature: [signature] Date: 2-10-09
PATIENT OR LEGAL GUARDIAN

Witness: [signature] Date: 2-10-09

Legal Guardian signed because: ____ Patient is a minor ____ A Guardianship has been established

Patient is unable to sign because: __________

OneContent: Generated By MDCO\rudt00

ST. CHARLES Mercy Hospital

Name: Hall, James M
Age: 35Y DOB: [redacted]
Gender: M
MedRec: 552752
AcctNum: 2918717
Attending: COLL
Primary RN: DUB
Bed: ED 1NS 15

# ST. CHARLES MERCY HOSPITAL
# DISCHARGE INSTRUCTIONS RECEIPT

**FINAL DIAGNOSIS**
ACUTE LEFT SHOULDER STRAIN

**ADDITIONAL DIAGNOSIS**
DJD C SPINE WIHT C 6 RADICULOPATHY LEFT.

**FOLLOWUP CONTACTS**

St.Vincent *Clinics, Specialty, Orthopedics
2213 Cherry St
Toledo OH 43608
Phone: 419-251-4283

David Beeks, M.D., Orthopedics
2702 Navarre Ave
Oregon OH 43616
Phone: 419-696-3131

Follow up with Primary Care Physician Follow-up in 2-3 days

**THE FOLLOWING SPECIAL INSTRUCTIONS WERE GIVEN**
CONTINUE ALL HOME MEDICATIONS AS PRESCRIBED BY YOUR FAMILY DOCTOR.
FOLLOW UP WITH PHYSICIAN OR CLINIC LISTED.
RETURN TO THE EMERGENCY CENTER IF YOUR SYMPTOMS WORSEN OR CHANGE IN ANY WAY.
THANK YOU FOR CHOOSING ST. CHARLES MERCY HOSPITAL FOR YOUR EMERGENCY CARE.
J. F. COLLACO, M.D. E.R. PHONE NUMBER 4196967300.

**THE FOLLOWING MEDICAL INSTRUCTIONS WERE GIVEN**
CERVICAL RADICULOPATHY
SHOULDER PAIN

**THE FOLLOWING PRESCRIPTIONS WERE GIVEN**

Motrin : Tablet : 800 mg : Oral
Dispense: 30, Quantity: 1, Schedule: Three times a day

Acetaminophen-Hydrocodone Bitartrate : Tablet : 500 Mg-5 Mg : Oral
Dispense: 12, Quantity: 1, Schedule: *4 times a day

---

"If you need an ambulance or ambulette for transportation when you leave, the hospital recommends that you use Lifestar Ambulance which is part of Mercy Health Partners. if you have another choice, please indicate the company below, ____________________"

Prepared: Tue Feb 10, 2009 01:59 by COLL 1 of 2
Copyright 2006. Picis.

ST. CHARLES
Mercy Hospital

Name: Hall, James M
Age: 35Y DOB [redacted]
Gender: M
MedRec: 552752
AcctNum: 2918717
Attending: COLL
Primary RN: DUB
Bed: ED 1NS 15

# ST. CHARLES MERCY HOSPITAL
# DISCHARGE INSTRUCTIONS RECEIPT

"I Understand the written and discussed instructions. My questions have been answered."

Patient or responsible person

Physician

Nurse

Prepared: Tue Feb 10, 2009 01:59 by COLL 2 of 2

Copyright 2006. Picis.

ST. CHARLES MERCY HOSPITAL
PRIMARY TRIAGE (Tue Feb 10, 2009 00:57 DUB)

PROVIDERS: TRIAGE NURSE: Al Dubois, RN. (Tue Feb 10, 2009 00:57 DUB)
PATIENT: NAME: James M Hall, AGE: 35, GENDER: male, DOB: [redacted] 07, 1973, TIME OF GREET: Tue Feb 10, 2009 00:35, SSN: [redacted], ZIP CODE: 43616, PHONE: 419691-2006, MEDICAL RECORD NUMBER[redacted], ACCOUNT NUMBER: 2918717, PERSON ID: 2000553791. PCP: Emergency, Unspecifi, ATTENDING: No Pcp. (Tue Feb 10, 2009 00:57 DUB) ADMISSION: URGENCY: ESI Level 4, ADMISSION SOURCE: Home, TRANSPORT: Walk in, BED: WAIT. (Tue Feb 10, 2009 00:57 DUB) VITAL SIGNS: BP 132/80, Pulse 105, Resp 15, Temp 37, Pain 8, Time 2/10/2009 00:56. (Tue Feb 10, 2009 00:57 DUB) COMPLAINT: COMPLAINT: left arm pain after installing kitchen floor. (Tue Feb 10, 2009 00:57 DUB) ASSESSMENT: Pulses: tachy. (00:58 DUB)
PAIN ASSESSMENT: Patient complains of pain, Pain described as penetrating, On a scale 0-10 patient rates pain as 8. (00:58 DUB)
FALL RISK ASSESSMENT: No risk for fall. (00:58 DUB) GLASCOW COMA SCORE: Patient moves all extremities, Patient's glascow coma scale is 15, Patient's pupils are PERRL. (00:58 DUB)

HPI SHOULDER
CHIEF COMPLAINT: Patient presents for the evaluation of left, shoulder injury, shoulder pain, shoulder decreased ROM, shoulder tenderness. (01:28 COLL)
HISTORIAN: History obtained from patient. (01:28 COLL) MECHANISM: Complaint occurred by REPITITVE USE. (01:28 COLL)
OCCURRED: Just prior to presentation. (01:28 COLL) LOCATION: Pain in Gleno-Humerus Joint, Radiation is distal. (01:28 COLL)
QUALITY: Patient describes pain as sharp. (01:28 COLL)
ASSOCIATED WITH: Patient denies clavicle pain, Patient states shoulder pain is present, for 1 day, to gleno-humerus joint, Patient denies elbow pain, Patient denies wrist pain, Patient denies hand pain, Patient denies finger pain, Patient states distal neuro c/o is present, for 1 day. (01:29 COLL)
SEVERITY: Maximum severity is moderate, Currently symptoms are moderate. (01:29 COLL) EXACERBATED BY: Patient's condition exacerbated by movement. (01:29 COLL)
RELIEVED BY: Patient's condition relieved by immobilization. (01:29 COLL)
NOTES: TINGLING THUMB, INDEX AND MIDDLE FINGER TIPS LEFT SIDE. (01:30 COLL)

ROS
CONSTITUTIONAL: Negative constitutional review of systems. (01:30

Name: Hall, James M DOB: [redacted] M35 MedRec: 552752 AcctNum: 2918717
Prepared: Tue Feb 10, 2009 03:06 by Page: 1 of 4
pMD

ST. CHARLES MERCY HOSPITAL
PRIMARY

COLL)

EYES: Negative eye review of systems. (01:30 COLL) ENT: Negative ENT review of systems. (01:30 COLL) RESPIRATORY: Negative respiratory review of systems. (01:30 COLL)
GI: Negative gastrointestinal review of systems. (01:30 COLL)
GENITOURINARY MALE: Negative genitourinary review of systems. (01:30 COLL)
MUSCULOSKELETAL: Historian reports joint stiffness. (01:30 COLL)
SKIN: Negative skin review of systems. (01:30 COLL) NEUROLOGIC: Historian reports paresthesias. (01:30 COLL)
ENDOCRINE: Negative endocrine review of systems. (01:30 COLL)
HEMO/LYMPHATIC: Negative hemo/lymphatic review of systems. (01:30 COLL)
ALLERGIC/IMMUNOLOGIC: Negative Allergic review of systems. (01:30 COLL)
PSYCHIATRIC: Negative psychiatric review of systems. (01:30 COLL)
CARDIOVASCULAR: Negative cardiovascular review of systems. (01:55 COLL)

PHYSICAL EXAM
CONSTITUTIONAL: Vital signs reviewed, Patient has normal pulse, Patient has normal blood pressure, Patient has normal respiratory rate, Well appearing, Patient appears comfortable, Alert and oriented X 3. (01:32 COLL)
HEAD: Atraumatic, Normocephalic. (01:32 COLL)
EYES: Eyes are normal to inspection, Pupils equal, round and reactive to light, No discharge from eyes, Extraocular muscles intact, Sclera are normal, Conjunctiva are normal. (01:32 COLL) ENT: Ears normal to inspection, Nose examination normal, Posterior pharynx normal, Mouth normal to inspection. (01:32 COLL) NECK: Normal ROM, No jugular venous distention, No meningeal signs, Tenderness present, laterally, diffusely, most prominent at level of: C-6. (01:32 COLL)
RESPIRATORY CHEST: Chest is nontender, Breath sounds normal, No respiratory distress. (01:32 COLL) CARDIOVASCULAR: RRR, No murmurs, Normal S1 S2, No rub, No gallop. (01:32 COLL)
UPPER EXTREMITY: Inspection normal, No cyanosis, No clubbing, No edema, Normal range of motion, Shoulder exam shows, LEFT shoulder to have, no deformity, no ecchymosis, no swelling, no hematoma, no erythema, no warmth, no muscle atrophy, full range of motion, Tenderness to palpation, of glenohumeral joint. (01:32 COLL)
LOWER EXTREMITY: Inspection normal, No cyanosis, No clubbing, No edema, Normal range of motion, No calf tenderness. (01:32 COLL)



PRIMARY NEURO: GCS is 15, No focal motor deficits, No focal sensory deficits, No cerebellar deficits, Speech normal, Gait normal, Memory

, normal. (01:32 COLL)
SKIN: Skin is warm, Skin is dry, Skin is normal color. (01:32 COLL)
LYMPHATIC: No adenopathy in neck, No adenopathy in axillae. (01:32 COLL)
PSYCHIATRIC: Oriented X 3. (01:32 COLL)
BACK: There is no CVA Tenderness, There is no tenderness to palpation, Normal inspection. (01:55 COLL)

PAST MEDICAL HISTORY
MEDICAL HISTORY: gsw. (00:58 DUB)
SURGICAL HISTORY: Patient's previous surgical history is not relevant to the case. (01:32 COLL) PSYCHIATRIC HISTORY: No previous psychiatric history. (01:33 COLL)
SOCIAL HISTORY: Denies alcohol abuse, Denies tobacco abuse, Denies drug abuse. (01:33 COLL) FAMILY HISTORY: Family history is not contributory to this case. (01:33 COLL)
NOTES: Nursing records reviewed, Agree with nursing records. (01:33 COLL)

CURRENT MEDICATIONS (00:57 DUB)
None

ALLERGY (00:57 DUB)
NKA.

DIAGNOSIS (01:57 COLL)
FINAL: PRIMARY: ACUTE LEFT SHOULDER STRAIN, ADDITIONAL: DJD C SPINE WIHT C 6 RADICULOPATHY LEFT.

DISPOSITION
PATIENT: Disposition: * Discharge, Condition: Stable. (01:57 COLL)
Remove from ER. (02:06 DUB)

PRESCRIPTION (01:57 COLL)
Acetaminophen-Hydrocodone Bitartrate: Tablet : 500 Mg-5 Mg : Oral : Quantity: *** 1 *** Unit: TAB Route: Oral Schedule: *4 times a day Dispense: *** 12 ***. NOTES: FOR PAIN. DO NOT DRIVE OR OPERATE MACHINERY
NO REFILLS
GENERICS OK

Motrin: Tablet : 800 mg : Oral : Quantity: *** 1 *** Unit: tab Route: Oral Schedule: Three times a day Dispense: *** 30 ***. NOTES:
NO REFILLS
GENERICS OK



INSTRUCTION (01:59 COLL)
DISCHARGE: CERVICAL RADICULOPATHY, SHOULDER PAIN. FOLLOWUP: St.Vincent

OneContent: Generated By MDCO\rudt00

*Clinics, Specialty, Orthopedics, 2213
Cherry St, Toledo OH 43608, 419-251-4283, David Beeks, M.D.,
Orthopedics, 2702 Navarre Ave, Oregon OH 43616, 419-696-3131, Follow up
with Primary Care Physician Follow-up in 2-3 days. SPECIAL: CONTINUE ALL
HOME MEDICATIONS AS PRESCRIBED BY YOUR
FAMILY DOCTOR.
FOLLOW UP WITH PHYSICIAN OR CLINIC LISTED.
RETURN TO THE EMERGENCY CENTER IF YOUR SYMPTOMS WORSEN OR CHANGE IN ANY
WAY.
THANK YOU FOR CHOOSING ST. CHARLES MERCY HOSPITAL FOR YOUR EMERGENCY
CARE.
J. F. COLLACO, M.D. E.R. PHONE NUMBER 4196967300.

RADIOLOGY INTERPRETATION
INTERPRETER: Preliminary review of x-rays by ED Physician. (01:55
COLL)
UPPER EXTREMITIES: X-ray Interpretation:, X-ray of the left
shoulder shows, Views reviewed are 3, shoulder negative, no fracture,
no dislocation, no foreign body, no bony lesion, no degenerative joint
disease, no effusion. (01:55 COLL) NECK: Interpretation of the C-Spine x-ray
shows, Views reviewed
are 4, c-spine negative, no fracture, no subluxation, no soft tissue
swelling, no foreign body, however, Degenerative joint disease
present, DISC SPACE NARROWING C6-C7. . (01:56 COLL)

ADMIN (02:43 COLL)
DIGITAL SIGNATURE: Collaco, MD, Joseph.
Key:
COLL=Collaco, MD, Joseph DUB=Dubois, RN, Al
Name: Hall, James M DOB: [redacted]M35 MedRec: 552752 AcctNum:
2918717
Prepared: Tue Feb 10, 2009 03:06 by Page: 4
of 4
pMD

OneContent: Generated By MDCO\rudt00

ST. CHARLES Mercy Hospital

3EDN

HALL ,JAMES M 35 E M
2918717 552752
[redacted] ISO:
PCP: NO PCP
10/07/1973 CI 2000553791

# EMERGENCY CENTER NURSING ASSESSMENT / ADULT

| Name: Hall, James | Age: 35 | Date: 1/11/09 | Time: 0045 | Billing #: |
|---|---|---|---|---|

**PRE-HOSPITAL:**
ARRIVED BY: ☐ CAR ☐ EMS
FROM: ☐ HOME ☐ ECF ☐ MVA ☐ WORK ☐

**TX:** ☐ NTG ☐ OXYGEN ☐ C-SPINE IMMOB. ☐ IV ☐ ALS DRUGS ☐ FSBS

Date/Time Onset: 2 weeks
Chief Complaint: c/o "Ⓛ arm pain" put in a kitchen floor

ALLERGIES: ☑ NKDA ☐ LATEX: ☐ Yes ☐ No

| ALLERGEN | REACTION |
|---|---|
| | |

BP 132/80 HR 105 RP 15 T 37' $SPO_2$

Last Tetanus:
DT Paper ☐ Lot#: Exp:

| | | | |
|---|---|---|---|
| Airway/Breathing | | ☐ WNL or | |
| Br. Sounds | ☐ NA | ☐ WNL or | |
| Pulses | ☐ NA | ☐ WNL or | |
| Skin | | ☐ WNL or | |
| Head | ☐ NA | ☐ WNL or | |
| Neck | ☐ NA | ☐ WNL or | |
| RA | ☐ NA | ☐ WNL or | |
| LA | ☐ NA | ☐ WNL or | |
| RL | ☐ NA | ☐ WNL or | |
| LL | ☐ NA | ☐ WNL or | |
| Chest | ☐ NA | ☐ WNL or | |
| G/U | ☐ NA | ☐ WNL or | |
| Abd | ☐ NA | ☐ WNL or | |
| Back | ☐ NA | ☐ WNL or | |

**PAIN ASSESSMENT**
Having Pain? ☑ Y ☐ N ☑ New ☐ Chronic
Location: Ⓛ arm Level 8
Radiation: Tolerable Y / Ⓝ
Quality/Character: (Words to describe pain)

Non-Verbal signs of pain (check all that apply)
☐ Grimaces and body tension ☐ Moaning/cringing
☐ Combativeness ☐ Guarding ☐ Withdrawal

**EDUCATION ASSESSMENT:**
Able to Read ☑ yes ☐ no
**BARRIERS:** ☐ language ☐ visions ☐ hearing ☐ other
**PERSONAL SAFETY ASSESSMENT**
Do you have concerns about your safety at home?
☐ yes ☑ no ☐ unsure ☐ refer to Social Services
Print Name: AD
Signature:

**Visual Acuity** OD OS OU

**GCS** E 4 V 5 M 6 Total 15

Wt lb kg Ht

LMP G P

**MEDICATIONS** (Include OTC, Herbs, etc.)
None ☑

**PAST MEDICAL HISTORY**
☑ None ☐ TB Exposure
☐ Heart Disease ☐ HTN
☐ Stroke ☐ Cancer
☐ Seizure Disorder ☐ Site
☐ Bleeding Disorder ☐ Respiratory
☐ Diabetes ☐ Renal
☐ Tobacco ☐ Hepatitis
☐ Alcohol ☐ Emotional Illness
☐ Recreational Drugs ☐ Circulation Prob
☐ Stomach/Bowel
☐ Splenectomy ☐ Bladder
☐ Muscle/Joint Disease
☐ Past Surgeries/Disabilities

FSBS (Normal range 60-110 mg/dcl)
IV-Time : Solution
Type/Size Site
EKG Time X-Ray time Cxr
Lab Draw CT Time
Time seen by Dr.

| TIME | INTERVENTION Vitals / Medication / Rx | ASSESSMENT / EVALUATION / OUTCOME |
|---|---|---|
| 0058 | ☐ Monitor ☐ $O_2$@ | To treatment area 15 c pt to go [illegible] |
| 0105 | Dr. Calle in to | exam |
| 0150 | Pt given meds | po affected Ⓛ arm placed |
| | | in sling, PMS intact |
| | | post application [illegible] |
| 0155 | Dx c cervical | radiculopathy out [illegible] [illegible] |
| | | |
| | | |

DISCHARGE DISPOSITION INFORMATION ☑ Verbalizes understanding of instructions, medications, treatments
Time 0155 Condition on discharge: ☑ Improved ☐ Stable
☑ Home ☐ Other

#1 Print Name AD #2 Print Name
Signature #1 Signature #2

WHITE-Medical Records YELLOW-EC

CMS 344133 Rev. 5/06

OneContent: Generated By MDCO\rudt00

**Glasgow Coma Scale**

**Eye Opening**

| | |
|---|---|
| Spontaneously | 4 |
| To command | 3 |
| To pain | 2 |
| No response | 1 |

**Best Verbal Response**

| | |
|---|---|
| Oriented & converses | 5 |
| Disoriented & converses | 4 |
| Inappropriate words | 3 |
| Incomprehensible sounds | 2 |
| No response | 1 |

**Best Motor Response**

| | |
|---|---|
| Obeys commands | 6 |
| Localizes pain. | 5 |
| Withdraws from pain | 4 |
| Flexion (decorticate) | 3 |
| Extension (decerebrate) | 2 |
| No response | 1 |

**Pupils:**




**CHOOSE A NUMBER FROM 0 TO 10 THAT BEST DESCRIBES YOUR PAIN**

No Pain — Worst possible pain

0 1 2 3 4 5 6 7 8 9 10

**Circle Level**

**CHOOSE THE FACE THAT BEST DESCRIBES HOW YOU FEEL**



| 0 | 2 | 4 | 6 | 8 | 10 |
|---|---|---|---|---|---|
| No Pain | Mild | Moderate | Severe | Very severe | Worst possible pain |

**Circle Level**

OneContent: Generated By MDCO\rudt00

ST. CHARLES Mercy Hospital

# EMERGENCY PHYSICIAN RECORD

1EDP

HALL ,JAMES M E
2918717 552752 35 M
02/10/09 ISO:
PCP: NO PCP
[redacted] CI 2000553791

| LAB TESTING: | URINE/GENITAL | XRAY ORDER: | CT/US/CONTRAST |
|---|---|---|---|
| CBC/diff | UA | CXR PORT | BRAIN Y N |
| LYTES | UAX | RIB L R | C-SPINE Y N |
| BUN | UCG | C-SPINE PORT | ABD/PELVIS Y N |
| CR | URINE C/S | T-SPINE | STONE PROT N |
| GLU | URINE TOX/TCA | L/S-SPINE | CHEST Y N |
| MAG | BHCG QUALX | ACUTE ABD SERIES | PE PROT Y |
| TROP/MYO 0/3hr | BHCG QUANT | HAND L R | CT: |
| AMYLASE/LIPASE | VDRL | WRIST L R | CT: |
| LIVER FUNCTION TEST | CHLAMYDIA/GC | FOREARM L R | IVP |
| PT/INR/PTT | TRICH/GARD/CAND | ELBOW L R | VQ SCAN |
| BNP | MISC. | HUMERUS L R | US PELVIS |
| D-DIMER | BLD C/Sx2 | SHOULDER L R | US ABD |
| CA | SPUTUM C/S | CLAVICLE L R | US GALLBLADDER |
| PHOS | OTHER C/S | SCAPULA L R | US SCROTUM |
| CRP | | STERNUM | US: |
| TSH | SPINAL FLUID PROT | FOOT L R | DOPPLER |
| ACETONE | T&C ____ UNITS | ANKLE L R | V DOPP U L L R |
| LACTATE | | TIB/FIB L R | A DOPP U L L R |
| DIGOXIN | T&S | KNEE L R | PVR U L L R |
| DILANTIN | RH | FEMUR L R | OTHER STUDIES |
| DEPAKOTE | MONO | HIP/PELVIS L R | |
| TEGRETOL | STREP SCREEN | PELVIS | |
| TYLENOL LEVEL | FLU SCREEN | FACIAL | |
| ASA LEVEL | RSV | NASAL | |
| ETOH | EKG | ORBIT | X-RAY REASON |
| | EKG (OLD) | MANDIBLE | INJURE? |
| | ABG | | NUMBNESS |
| | | | C-6 -7C |

**CARE PLAN**

- ☐ IV (See MAR)
- ☐ Venous Lock
- ☐ Monitor
- ☐ O2 ________
- ☐ Maint PO2 ≥ ________ %
- ☐ Aerosol Protocol

**ADD ON ORDERS**

**POINT OF CARE TESTING**

(DO NOT ORDER THE SAME LAB TEST IF ORDERED HERE)

- GLUCOSE
- UA
- UCG

**I-STAT CARTRIDGES**

- 6+ (GLU, HCT, NA, K, CL, BUN)
- CR
- PT/INR
- CG4+ (LACTATE, PH, PCO2, PO2)

| | | | | |
|---|---|---|---|---|
| M.D. | ☐ Call | Resp | By | Resident called |
| M.D. | ☐ Call | Resp | By | Resident called |
| M.D. | ☐ Call | Resp | By | Resident called |

**HISTORY / EXAM / DISPOSITION**

Dx: ________________________________

HALL ,JAMES M E
2918717 552752 35 M
02/10/09 ISO:
PCP: NO PCP
[redacted] CI 2000553791

Chart Dictation #: ____________ Addendum #: ____________

☐ Admitted ☐ Discharged ☐ Transfer

Signature: ____________

White - Med Record
Yellow - EC
Pink - PCP

Time Seen: 10T

CMS 344161 Rev. 9/08 E.C.

OneContent: Generated By MDCO\rudt00

ST. CHARLES Mercy Hospital 1FAC

# EMERGENCY

| Latex Allergy? | Adv. Directives? | Room/Bed/Accom. |
|---|---|---|
| N | N | EMR EMR064 |
| Clerk Initials AUSS01 | Isolation Code? | |

| Patient Name/Address | County | Billing Number | Medical Record Number | Admission Date | Admission Time |
|---|---|---|---|---|---|
| HALL ,JAMES M<br>1041 CRESCEUS RD<br>OREGON OH 43616- | LUCAS<br>Social Security # [redacted] | 2918717 - | 552752 | 02/10/09 | 00:35 |

| Sex | Race | Marital Status | VIP Status | Corp Id | CHF Clinic Pt | P.A.T. | P.T. | Hosp Svc |
|---|---|---|---|---|---|---|---|---|
| M | W | D | | 2000553791 | | | E | EMR |

Phone: 419 - 691-2006 Date of Birth: [redacted] Age: 35

Religion: N Congregation: NONE

Attending/Admitting Physicians: EMERGENCY, UNSPECIFIED
Primary Care Physician: NO PCP
Dr. Type: S
EMERGENCY, UNSPECIFIED
Resident/House Officer:

Diagnosis/Complaint: LEFT ARM PAIN

RM 15

**Accident Information**

| Injury/Illness | Date | Location | Time |
|---|---|---|---|
| H | 01/26/09 | HOME | 00:00 |

Description:

Patient Employer: NOT EMPLOYED

Phone: - EXT Occupation: Employment Length:

Guarantor: HALL ,JAMES
1041 CRESCEUS RD
OREGON OH 43616-
Relationship: Self
Social Security # [redacted]
Phone: 419 - 691-2006 Date of Birth: [redacted]

Guarantor Employer: NOT EMPLOYED
Contact:
Phone: - ext.

Primary Emergency Contact:
Relationship:
Phone: -

Comments/Notes:

| NPP | Date | Restriction |
|---|---|---|
| Y | 07/04/06 | N |

Secondary Emergency Contact: POST ,LESLEY
1041 CRESCEUS RD
OREGON
Relationship: Friend
Phone: 419 - 691-2006

Notes:

**INSURANCE**

| Insurance Company | Name of Insured/MCR Dates/Ins. Company Ph# | Claim Number/Prior Auth. Number/Grp Number/Grp Name |
|---|---|---|
| A05 MCARE OUTPATIENT | HALL ,JAMES | 283765686A 1 |
| | | |
| | | |
| | | |

2918717

**Department Copy**

OneContent: Generated By MDCO\rudt00

ST. CHARLES
Mercy Hospital

1MEDL

HALL ,JAMES M E
2918717 552752 35 M
02/10/09 ISO:
PCP: NO PCP
[redacted] CI 2000553791
HALL

# EMERGENCY CENTER MEDICATION ORDER/MAR

Allergies:

| Time of Order | Med Order | Double Check Initials | Pt ID Check | IV or IV Med Start Time | IV or IV Med StopTime | Time Med Given | Route | Site | Pain Level | Nurse Initial |
|---|---|---|---|---|---|---|---|---|---|---|
| 2A | Vicodin 5/500 2 PO | | | | | 0210 | po | | — | c |
| | NOT TO DRIVE | | | | | | | | | |
| | 8 LINE | | | | | 0214 | | | | c |

Nurse 1 ____________ Print/Signature

Nurse 2 ____________ Print/Signature

Nurse 3 ____________ Print/Signature

Nurse 4 ____________ Print/Signature

Physician Signature: ____________

Physician Signature: ____________

CMS 344132 Rev. 12/06

000464.32

OneContent: Generated By MDCO\rudt00

*INPATIENT* *FINAL Report *

ST. CHARLES MERCY MEDICAL CENTER
Department of Radiology

Patient: HALL, JAMES
DOB: [redacted]
Visit: 2918717

Medical Record No: 552752
Corp ID: 2000553791
Pat. Class: INPATIENT

Ordering Physician: COLLACO, FRED Order Number: 90001

Attending Physician: COLLACO, FRED

** FINAL **

Procedure: CERVICAL AP LAT ODONTOID
CDX 02/10/2009 5644971
Reason for Exam: INJURY

FULL RESULT: AP and lateral views of the cervical spine show no evidence of fracture. Bony alignment is normal. There is mild intervertebral disc space narrowing and hypertrophic spur formation at C5-C6 and C6-C7.

IMPRESSION: MILD CERVICAL SPONDYLOSIS AT C5-C6 AND C6-C7 WITH NO ACUTE ABNORMALITY DEMONSTRATED.

GG/bf

Read by: GERALD B GLASSBERG 014656 on Feb 10 2009 8:29A

Transcribed by: FER on Feb 10 2009 11:06A

Signed by: DR. GERALD B GLASSBERG on: Feb 10 2009 11:57A

OneContent: Generated By MDCO\rudt00

*INPATIENT* *FINAL Report *

ST. CHARLES MERCY MEDICAL CENTER
Department of Radiology

Patient: HALL, JAMES
DOB: [redacted]
Visit: [redacted]

Medical Record No: 552752
Corp ID: 2000553791
Pat. Class: INPATIENT

Ordering Physician: COLLACO, FRED Order Number: 90001

Attending Physician: COLLACO, FRED

** FINAL **

Procedure: SHOULDER 2 OR MORE VWS LT CDX 02/10/2009 5644972
Reason for Exam: INJURY

FULL RESULT: AP, scapular Y and axillary views of the left shoulder show no evidence of fracture or dislocation.

IMPRESSION: NO ACUTE ABNORMALITY.

GBG/jj

Read by: GERALD B GLASSBERG 014656 on Feb 10 2009 8:30A

Transcribed by: JOL on Feb 10 2009 11:10A

Signed by: DR. GERALD B GLASSBERG on: Feb 10 2009 11:57A