MERCYHEALTH

5/3/18

Mercy St. Charles Physical Therapy

**CERTIFICATION OF MEDICAL RECORDS**

James M Hall

I, the undersigned, have prepared the attached records for the patient and site identified above.

I hereby certify to the following:

The photostatic copies and/or electronic images of the medical record pertaining to the above named patient consisting of __61___ pages are attached.

These records were maintained in the regular course of the Mercy Health's business and correctly recorded at or near the time of the act, condition, or event described therein.

This certification of the medical record is made pursuant to Section 2317.422 Ohio Revised Code. I declare under penalty of perjury that the foregoing is true and correct.

NOTE - Additional pages produced in this packet that are not included in the page count above were not created by Mercy Health associates or providers.

Pamela Mawhorter
Signature and Title

May 03, 2018
Date

MAY-01-2018 16:46 From:JOSEPH GAAR 337 2330690 To:14196967639 Page:1/2

SC PT EPIC 2000553791

(B)

LAW OFFICES OF
**JOSEPH F. GAAR, JR.**
A PROFESSIONAL LAW CORPORATION

JOSEPH F. GAAR, JR.
E-MAIL: joseph@gaarlaw.com

JASON M. WELBORN
E-MAIL: jason@gaarlaw.com

LUCAS S. COLLIGAN
E-MAIL: lucas@gaarlaw.com

JACOB HARGETT
E-MAIL: jacob@gaarlaw.com

Mailing Address:
Post Office Drawer 2069
Lafayette, Louisiana 70502

Physical Address:
617 S. Buchanan Street
Lafayette, Louisiana 70501

TELEPHONE: (337) 233-3185
TELECOPY: (337) 233-0690

May 1, 2018

*VIA FAX: (419) 696-7639*
Mercy Health Rehab/Hospital
c/o Release of Information
- Medical and Billing Records
3851 Navarre Avenue
Oregon, OH 43616

Forward to billing

MAY 03 2018

RE: Patient: James Hall
SSN[redacted]
D/O/B:[redacted]

**REQUEST FOR CERTIFIED MEDICAL & BILLING RECORDS: ALL RECORDS**

Dear Records Custodian:

Please let this letter serve to advise you that we have been retained to represent the interest of James Hall relative to an accident which occurred on September 4, 2017. It is our understanding that Mr. Hall has been treated by your facility for injuries he sustained relative to this accident. As such, we would request that you please provide our office with a CERTIFIED copy of James Hall's ***ENTIRE CHART, including but not limited to any and all medical records, medical reports, x-ray/diagnostic reports, pain diagrams, patient questionnaires, patient history, handwritten notes, photographs, bills and/or statements completed by your office, relative to medical treatment rendered.*** **If billing records are handled by another department, please forward this request to the appropriate person. We have enclosed a signed medical authorization which has been properly executed by our client for the release of these records.**

Should you have any questions or comments, please do not hesitate to contact our office.

Sincerely,

JOSEPH F. GAAR, JR.

RECEIVED
MAY 02 2018
MHP-CDMC

Copied by, Mercy HIM-CDMC
MAY 03 2018

JFG,Jr./at
Enclosures

178 pgs pm

000467

**AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION**

**Patient Name:** James Hall **Date of Birth:** [redacted]
**Address:** ______ **Social Security No.:** [redacted]

I hereby authorize Mercy Health Rehab Hospital to use or disclose the following protected health information listed below with the law firm of Joseph F. Gaar, Jr., APLC, 617 S. Buchanan, Lafayette, Louisiana, 70501.

Disclose the following information for treatment dates: All records to ______

- ☒ Complete Records
- ☐ Abstract
- ☐ Face Sheet
- ☐ Discharge Summary
- ☐ History & Physical
- ☐ Consult
- ☐ Outpatient Reports
- ☐ X-Ray/Diagnostic Films
- ☐ Laboratory
- ☐ Pathology
- ☐ Physical Therapy
- ☐ Emergency Reports
- ☐ Pharmacy/Prescription
- ☒ Billing/Statements
- ☐ Other Specified ______

Purpose for Disclosure: ☐ Medical Care ✓ Legal ☐ Insurance ☐ Other ______

This authorization expires on the following date: **Conclusion of Case.**

I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment, enrollment or eligibility for benefits.

I understand that the information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may see and obtain a copy of the information described on this form, for a reasonable copy fee upon request and that I will receive a copy of this form after I sign it.

I understand I may revoke this authorization at any time by requesting such of the above referenced hospital/physician practice in writing, unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

JH
*Initials* I acknowledge, and hereby consent to such, that the release information may contain alcohol and/or drug abuse, psychiatric care, HIV/AIDS testing and/or treatment, or and/or other sensitive information.

[signature]
Signature of Patient or Legal Representative

5/1/18
Date

______
Printed name of patient or patient's representative

______
Relationship to patient or authority to act for patient

*Pursuant to HIPAA Private Rule 45 CFR §164.508(c), et. seq*

**Hall, James M #552752 (Acct:203180030497) (44 y.o. M) (Adm: 01/05/18)** **STCZ MOB PT**

**Admission Information**

| | | | |
|---|---|---|---|
| Attending Provider | Admitting Provider | Admission Type<br>Elective | Admission Date/Time<br>01/05/18 0830 |
| Discharge Date/Time<br>01/05/18 1007 | Hospital Service | Auth/Cert Status | Service Area<br>Mercy Health |
| Unit<br>STCZ OREGON MOB PT | Room/Bed | Admission Status<br>Hospital Outpatient Visit (Completed) | Referring Provider |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/5/2018 9:17 AM**

Author: Ramonito M Dionisio, PT
Filed: 1/5/2018 9:21 AM
Editor: Ramonito M Dionisio, PT (Physical Therapist)
Service: (none)
Date of Service: 1/5/2018 9:17 AM
Author Type: Physical Therapist
Status: Signed

## Physical Therapy
### Initial Assessment

**Date:** 1/5/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:**[redacted]

**Treatment Diagnosis: stiffness/weakness L knee difficulty walking**

**Restrictions**
Restrictions/Precautions
Restrictions/Precautions: Weight Bearing
Lower Extremity Weight Bearing Restrictions
Left Lower Extremity Weight Bearing: Non Weight Bearing

**Subjective**
General
Chart Reviewed: Yes
Patient assessed for rehabilitation services?: Yes
Additional Pertinent Hx: 9/4/17 hit by semi truck L knee reconstruction 11/21/17
Family / Caregiver Present: No
Referring Practitioner: Dr.Malcolm J Stubbs
Referral Date : 01/05/18
Diagnosis: other spontaneous disruption of ACL left knee M23.612-844.2
Follows Commands: Within Functional Limits
PT Visit Information
Onset Date: 09/07/17
PT Insurance Information: self pay
Total # of Visits Approved: 12
Total # of Visits to Date: 1
Subjective
Subjective: no pain on left knee
Pain Screening
Patient Currently in Pain: No
Vital Signs
Patient Currently in Pain: No

**Vision/Hearing**
Vision
Vision: Within Functional Limits
Hearing
Hearing: Within functional limits

**Orientation**
Orientation

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/5/2018 9:17 AM (continued)**

Overall Orientation Status: Within Normal Limits

**Social/Functional History**

Social/Functional History

Lives With: Family

Type of Home: House

Home Layout: One level

Home Access: Stairs to enter without rails

Entrance Stairs - Number of Steps: 3

Home Equipment: Crutches

Receives Help From: Family

ADL Assistance: Independent

Homemaking Assistance: Needs assistance

Meal Prep: Total

Cleaning: Total

Shopping: Total

Ambulation Assistance: Independent

Transfer Assistance: Independent

Active Driver: Yes

Mode of Transportation: Car

Occupation: Unemployed/to return to Lafayette,LA 2/7/18 to have surgery on left sho and neck

**Objective**

Observation/Palpation

Observation: wearing brace L knee

Scar: well healed incision L knee

AROM LLE (degrees)

LLE AROM : Exceptions

L Knee Flexion 0-145: 30-100

L Knee Extension 0: 30

Strength RLE

Strength RLE: WNL

Strength LLE

Comment: L hip 5/5 knee 3-/5 ankle 5/5

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/5/2018 9:17 AM (continued)**

Bed mobility

Rolling to Left: Independent

Rolling to Right: Independent

Supine to Sit: Independent

Sit to Supine: Independent

Transfers

Sit to Stand: Independent

Stand to sit: Independent

Bed to Chair: Independent

Stand Pivot Transfers: Independent

Ambulation

Ambulation?: Yes

WB Status: NWB LLE

Ambulation 1

Surface: level tile

Device: Axillary Crutches

Other Apparatus: Left;Knee Immobilizer

Assistance: Independent

Stairs/Curb

Stairs?: No

Exercises

Exercise 1: AROM L knee heel slide 20x supine

Exercise 2: L quads isometrics 10x10"

Exercise 3: L HS isometrics 10x10"

Exercise 4: active SLR 4 way 20x

Exercise 5: IP and EStim to left knee 20 min

**Assessment**

Conditions Requiring Skilled Therapeutic Intervention

Body structures, Functions, Activity limitations: Decreased functional mobility ;Decreased ADL status;Decreased ROM;Decreased strength

Assessment: left knee reconstruction limiting function

Treatment Diagnosis: stiffness/weakness L knee difficulty walking

**Therapy Progress Notes/Flowsheet Notes (continued)**

Progress Notes by Ramonito M Dionisio, PT at 1/5/2018 9:17 AM (continued)

Prognosis: Good

Decision Making: Low Complexity

History: hit by semi 9/7/17 left knee surgery 11/21/17

Exam: limited ROM and strength L knee

Clinical Presentation: limited overall mobility after left knee reconstructive surgery

Patient Education: active ex L knee

Barriers to Learning: none

REQUIRES PT FOLLOW UP: Yes

Treatment Initiated : therapeutic ex and IP/EStim to left knee

Discharge Recommendations: Home independently

Activity Tolerance

Activity Tolerance: Patient Tolerated treatment well

**Plan**

Plan

Times per week: 3x/week

Plan weeks: 4 weeks

Specific instructions for Next Treatment: progress with ex as tolerated

Current Treatment Recommendations: Strengthening, ROM, Modalities, Home Exercise Program

Plan Comment: instructed in HEP

**Goals**

Short term goals

Time Frame for Short term goals: 6 visits

Short term goal 1: increase AROM left knee 0-125

Short term goal 2: increase strength left knee by 1/2 grade

Short term goal 3: indep in HEP

Long term goals

Time Frame for Long term goals : 12 visits

Long term goal 1: full AROM L knee

Long term goal 2: L knee 5/5

Long term goal 3: indep Gait no device

Patient Goals

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/5/2018 9:17 AM (continued)**

Patient goals : full recovery

| Treatment Charges: | Minutes | Units |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☒ Eval | 20 | 1 |
| ☐ Gait | | |
| ☒ Ther Exercise | 20 | 1 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 60 | 3 |

**Therapy Time**

| | Individual | Concurrent | Group | Co-treatment |
|---|---|---|---|---|
| Time In | 0830 | | | |
| Time Out | 0930 | | | |
| Minutes | 60 | | | |

Timed Code Treatment Minutes: 20 Minutes

**Patient Goals:full recovery**

**Comments/Assessment:**

**Rehab Potential:** ☒ Good ☐ Fair ☐ Poor
**Suggested Professional Referral:** ☒ No ☐ Yes:
**Barriers to Goal Achievement:** ☒ No ☐ Yes:
**Domestic Concerns:** ☒ No ☐ Yes:

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/5/2018 9:17 AM (continued)**

**Treatment Plan:**

☒ Therapeutic Exercise
☐ Therapeutic Activity
☐ Gait Training
☐ Neuromuscular Re-education
☒ Instruction in HEP
☐ Aquatic Therapy
☐ Iontophoresis: 4 mg/mL Dexamethasone Sodium Phosphate 40-80mAmin

☐ Modalities:
☐ Ultrasound
☐ Massage
☒ Cold/hotpack
☐ Work Conditioning

☒ Electrical Stimulation
☐ Lumbar/Cervical Traction
☐ Other:

☐ Manual Therapy

**Frequency:** 3 X/wk x 4 wk's

☒ Plans/Goals, Risk/Benefits discussed with pt/family
Comprehension of Education ☒ yes ☐ Needs Review
Pt/Family Education: ☒ Verbal ☒ Demo ☐ Written

More objective information is available upon request.
Thank you for this referral.

**Medicare/Regulatory Requirements:**
I have reviewed this plan of care and certify a need for Medically necessary rehabilitation services.
☐ Physician Signature Date:

**Electronically signed by:** Ramonito M Dionisio, PT

**Mercy Health @ Oregon Medical Center**
**Rehabilitation Services**
**3851 Navarre Ave Suite 100**
**Oregon, Ohio 43616**
**Phone (419) 696-7203**
**Fax (419) 696-7639**

**Hall, James M #552752 (Acct:203180030497) (44 y.o. M) (Adm: 01/09/18)** **STCZ MOB PT**

**Admission Information**

| | | | |
|---|---|---|---|
| Attending Provider | Admitting Provider | Admission Type<br>Elective | Admission Date/Time<br>01/09/18 1100 |
| Discharge Date/Time<br>01/09/18 2359 | Hospital Service | Auth/Cert Status | Service Area<br>Mercy Health |
| Unit<br>STCZ OREGON MOB PT | Room/Bed | Admission Status<br>Hospital Outpatient Visit (Completed) | Referring Provider |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/9/2018 11:53 AM**

Author: Ramonito M Dionisio, PT    Service: (none)    Author Type: Physical Therapist
Filed: 1/9/2018 11:55 AM    Date of Service: 1/9/2018 11:53 AM    Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

**Physical Therapy**
**Daily Treatment Note**

**Date:** 1/9/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:** 10/7/1973

**Subjective:**

PT Visit Information

Onset Date: 09/07/17

PT Insurance Information: self pay

Total # of Visits Approved: 12

Total # of Visits to Date: 2

Subjective

Subjective: no pain on left knee today

Pain Screening

Patient Currently in Pain: No

Vital Signs

Patient Currently in Pain: No

**Treatment Activities:**
Exercises

Exercise 1: wall slide RLE 10x10"

Exercise 2: prone RLE hang 5'

Exercise 3: sitting in chair R heel in bed 5'

Exercise 4: active SLR 4 way 20x

Exercise 5: SAQ's 30x

Exercise 6: Red Tband RLE only 4 way hip 10x

Modalities

Cryotherapy (Minutes\Location): IP R knee 20 min supine R knee supported by bolster

E-stim (parameters): IFC R knee 20 min

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/9/2018 11:53 AM (continued)**

**Assessment:**
Conditions Requiring Skilled Therapeutic Intervention

Assessment: progress with ex

REQUIRES PT FOLLOW UP: Yes

**Plan:**
Plan

Times per week: 3x/week

Plan weeks: 4 weeks

Current Treatment Recommendations: Strengthening, ROM, Modalities, Home Exercise Program

Plan Comment: to continue PT per POC

Timed Code Treatment Minutes: 30 Minutes

| **Treatment Charges:** | **Minutes** | **Units** |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☐ Eval | | |
| ☐ Gait | | |
| ☒ Ther Exercise | 30 | 2 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 50 | 3 |

**Therapy Time**

| | Individual | Concurrent | Group | Co-treatment |
|---|---|---|---|---|
| Time In | 1100 | | | |
| Time Out | 1150 | | | |

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/9/2018 11:53 AM (continued)**

| | | | | | |
|---|---|---|---|---|---|
| **Minutes** | 50 | | | | |

Timed Code Treatment Minutes: 30 Minutes

**Electronically signed by:** Ramonito M Dionisio, PT

**Hall, James M #552752 (Acct:203180030497) (44 y.o. M) (Adm: 01/11/18)** **STCZ MOB PT**

**Admission Information**

| | | | |
|---|---|---|---|
| Attending Provider | Admitting Provider | Admission Type<br>Elective | Admission Date/Time<br>01/11/18 1100 |
| Discharge Date/Time<br>01/11/18 2359 | Hospital Service | Auth/Cert Status | Service Area<br>Mercy Health |
| Unit<br>STCZ OREGON MOB PT | Room/Bed | Admission Status<br>Hospital Outpatient Visit (Completed) | Referring Provider |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/11/2018 11:36 AM**

Author: Ramonito M Dionisio, PT Service: (none) Author Type: Physical Therapist
Filed: 1/11/2018 11:38 AM Date of Service: 1/11/2018 11:36 AM Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

## Physical Therapy
### Daily Treatment Note

**Date:** 1/11/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:** 10/7/1973

**Subjective:**

PT Visit Information

Onset Date: 09/07/17

PT Insurance Information: self pay

Total # of Visits Approved: 12

Total # of Visits to Date: 3

Subjective

Subjective: no pain on left knee but notice tingling from R knee to foot today

Pain Screening

Patient Currently in Pain: No

Vital Signs

Patient Currently in Pain: No

**Treatment Activities:**
Exercises

Exercise 1: wall slide RLE 10x30"

Exercise 2: prone RLE hang 5'

Exercise 3: sitting in chair R heel in bed 5'

Exercise 4: active SLR 4 way 20x

Exercise 5: SAQ's 30x

Exercise 6: Red Tband RLE only 4 way hip 20x

Modalities

Cryotherapy (Minutes\Location): IP R knee 20 min supine R knee supported by bolster

E-stim (parameters): IFC R knee 20 min

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/11/2018 11:36 AM (continued)**

**Assessment:**
Conditions Requiring Skilled Therapeutic Intervention

Assessment: progress with ex

REQUIRES PT FOLLOW UP: Yes

**Plan:**
Plan

Times per week: 3x/week

Plan weeks: 4 weeks

Current Treatment Recommendations: Strengthening, ROM, Modalities, Home Exercise Program

Plan Comment: to continue PT per POC

Timed Code Treatment Minutes: 30 Minutes

| Treatment Charges: | Minutes | Units |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☐ Eval | | |
| ☐ Gait | | |
| ☒ Ther Exercise | 30 | 2 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 50 | 3 |

**Therapy Time**

| | Individual | Concurrent | Group | Co-treatment |
|---|---|---|---|---|
| Time In | 1100 | | | |
| Time Out | 1150 | | | |

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/11/2018 11:36 AM (continued)**

| | | | | |
|---|---|---|---|---|
| **Minutes** | 50 | | | |

Timed Code Treatment Minutes: 30 Minutes

**Electronically signed by:** Ramonito M Dionisio, PT

**Hall, James M #552752 (Acct:203180030497) (44 y.o. M) (Adm: 01/12/18)** **STCZ MOB PT**

**Admission Information**

| | | | |
|---|---|---|---|
| Attending Provider | Admitting Provider | Admission Type<br>Elective | Admission Date/Time<br>01/12/18 1015 |
| Discharge Date/Time<br>01/12/18 2359 | Hospital Service | Auth/Cert Status | Service Area<br>Mercy Health |
| Unit<br>STCZ OREGON MOB PT | Room/Bed | Admission Status<br>Hospital Outpatient Visit (Completed) | Referring Provider |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/12/2018 10:30 AM**

Author: Ramonito M Dionisio, PT
Service: (none)
Author Type: Physical Therapist
Filed: 1/12/2018 10:32 AM
Date of Service: 1/12/2018 10:30 AM
Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

## Physical Therapy
### Daily Treatment Note

**Date:** 1/12/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:** [redacted]

**Subjective:**

PT Visit Information

Onset Date: 09/07/17

PT Insurance Information: self pay

Total # of Visits Approved: 12

Total # of Visits to Date: 4

Subjective

Subjective: no pain on left knee today

Pain Screening

Patient Currently in Pain: No

Vital Signs

Patient Currently in Pain: No

**Treatment Activities:**
Exercises

Exercise 1: wall slide RLE 10x30"

Exercise 2: prone RLE hang 5'

Exercise 3: sitting in chair R heel in bed 5'

Exercise 4: active SLR 4 way 20x

Exercise 5: SAQ's 30x

Exercise 6: Red Tband RLE only 4 way hip 20x

Modalities

Cryotherapy (Minutes\Location): IP R knee 20 min supine R knee supported by bolster

E-stim (parameters): IFC R knee 20 min

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/12/2018 10:30 AM (continued)**

**Assessment:**
Conditions Requiring Skilled Therapeutic Intervention

REQUIRES PT FOLLOW UP: Yes

**Plan:**
Plan

Times per week: 3x/week

Current Treatment Recommendations: Strengthening, ROM, Modalities, Home Exercise Program

Plan Comment: to continue PT per POC

Timed Code Treatment Minutes: 30 Minutes

| **Treatment Charges:** | **Minutes** | **Units** |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☐ Eval | | |
| ☐ Gait | | |
| ☒ Ther Exercise | 30 | 2 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 50 | 3 |

**Therapy Time**

| | **Individual** | **Concurrent** | **Group** | **Co-treatment** |
|---|---|---|---|---|
| **Time In** | 1010 | | | |
| **Time Out** | 1100 | | | |
| **Minutes** | 50 | | | |

Timed Code Treatment Minutes: 30 Minutes

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/12/2018 10:30 AM (continued)**

**Electronically signed by:** Ramonito M Dionisio, PT

**Hall, James M #552752 (Acct:2031800030497) (44 y.o. M) (Adm: 01/15/18)** **STCZ MOB PT**

## Admission Information

| Attending Provider | Admitting Provider | Admission Type | Admission Date/Time |
|---|---|---|---|
| | | Elective | 01/15/18 0900 |
| **Discharge Date/Time** | **Hospital Service** | **Auth/Cert Status** | **Service Area** |
| 01/15/18 2359 | | | Mercy Health |
| **Unit** | **Room/Bed** | **Admission Status** | **Referring Provider** |
| STCZ OREGON MOB PT | | Hospital Outpatient Visit (Completed) | |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/15/2018 9:16 AM**

Author: Ramonito M Dionisio, PT
Service: (none)
Author Type: Physical Therapist
Filed: 1/15/2018 9:19 AM
Date of Service: 1/15/2018 9:16 AM
Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

## Physical Therapy
### Daily Treatment Note

**Date:** 1/15/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:** [redacted]

**Subjective:**

PT Visit Information

Onset Date: 09/07/17

PT Insurance Information: self pay

Total # of Visits Approved: 12

Total # of Visits to Date: 5

Subjective

Subjective: no pain on left knee today

Pain Screening

Patient Currently in Pain: No

Vital Signs

Patient Currently in Pain: No

**Treatment Activities:**
Exercises

Exercise 1: wall slide RLE 10x30"

Exercise 2: prone RLE hang 5' 2#

Exercise 3: sitting in chair R heel in bed 5'

Exercise 4: active SLR 4 way 20x

Exercise 5: SAQ's 30x

Exercise 6: Red Tband RLE only 4 way hip 20x

Exercise 7: TKE BLE Red tband 30x

Exercise 8: seated R hamstring stretch 5x30"

Exercise 9: slant board stretch 3x30"

Exercise 10: B heel/toe raises 3x10

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/15/2018 9:16 AM (continued)**

**Modalities**

Cryotherapy (Minutes\Location): IP R knee 20 min supine R knee supported by bolster

E-stim (parameters): IFC R knee 20 min

**Assessment:**

Conditions Requiring Skilled Therapeutic Intervention

Assessment: progress with ex

REQUIRES PT FOLLOW UP: Yes

**Plan:**

Plan

Times per week: 3x/week

Current Treatment Recommendations: Strengthening, ROM, Modalities, Home Exercise Program

Plan Comment: to continue PT per POC

Timed Code Treatment Minutes: 30 Minutes

| **Treatment Charges:** | **Minutes** | **Units** |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☐ Eval | | |
| ☐ Gait | | |
| ☒ Ther Exercise | 30 | 2 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 50 | 3 |

**Therapy Time**

| | **Individual** | **Concurrent** | **Group** | **Co-treatment** |
|---|---|---|---|---|

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/15/2018 9:16 AM (continued)**

| | | | | |
|---|---|---|---|---|
| Time In | 0845 | | | |
| Time Out | 0935 | | | |
| Minutes | 50 | | | |

Timed Code Treatment Minutes: 30 Minutes

**Electronically signed by:** Ramonito M Dionisio, PT

**Hall, James M.#552752 (Acct:203180030497) (44 y.o. M) (Adm: 01/17/18)** **STCZ MOB PT**

**Admission Information**

| Attending Provider | Admitting Provider | Admission Type | Admission Date/Time |
|---|---|---|---|
| | | Elective | 01/17/18 2359 |
| **Discharge Date/Time** | **Hospital Service** | **Auth/Cert Status** | **Service Area** |
| 01/17/18 2359 | | | Mercy Health |
| **Unit** | **Room/Bed** | **Admission Status** | **Referring Provider** |
| STCZ OREGON MOB PT | | Hospital Outpatient Visit (Completed) | |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/17/2018 9:16 AM**

Author: Ramonito M Dionisio, PT | Service: (none) | Author Type: Physical Therapist
Filed: 1/17/2018 9:17 AM | Date of Service: 1/17/2018 9:16 AM | Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

**Physical Therapy Cancel/NS Note**

**Date:** 1/17/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:**[redacted]

**Subjective**
General Comment
Comments: cancel PT,no ride
PT Visit Information
Onset Date: 09/07/17
PT Insurance Information: self pay
Total # of Visits Approved: 12
Total # of Visits to Date: 5
No Show: 0
Canceled Appointment: 1
**Electronically signed by:** Ramonito M Dionisio, PT

**Hall, James M #552752 (Acct:203180030497) (44 y.o. M) (Adm: 01/19/18)** **STCZ MOB PT**

**Admission Information**

| Attending Provider | Admitting Provider | Admission Type | Admission Date/Time |
|---|---|---|---|
| | | Elective | 01/19/18 0800 |
| **Discharge Date/Time** | **Hospital Service** | **Auth/Cert Status** | **Service Area** |
| 01/19/18 2359 | | | Mercy Health |
| **Unit** | **Room/Bed** | **Admission Status** | **Referring Provider** |
| STCZ OREGON MOB PT | | Hospital Outpatient Visit (Completed) | |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/19/2018 10:07 AM**

Author: Ramonito M Dionisio, PT Service: (none) Author Type: Physical Therapist
Filed: 1/19/2018 10:09 AM Date of Service: 1/19/2018 10:07 AM Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

**Physical Therapy**
**Daily Treatment Note**

**Date:** 1/19/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:** [redacted]

**Subjective:**

PT Visit Information

Onset Date: 09/07/17

PT Insurance Information: self pay

Total # of Visits Approved: 12

Total # of Visits to Date: 6

Subjective

Subjective: no pain on left knee today

General Comment

Comments: Dr.Stubbs has approved WBAT LLE

Pain Screening

Patient Currently in Pain: No

Vital Signs

Patient Currently in Pain: No

**Treatment Activities:**
Exercises

Exercise 1: wall slide RLE 10x30"

Exercise 2: prone RLE hang 5' 3#

Exercise 3: sitting in chair R heel in bed 5'3# in L thigh

Exercise 4: active SLR 4 way 20x

Exercise 5: SAQ's 30x 3#L

Exercise 6: Green Tband BLE only 4 way hip 20x

Exercise 7: TKE BLE Green tband 30x

Exercise 8: seated R hamstring stretch 5x30"

Exercise 9: slant board stretch 3x30"

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/19/2018 10:07 AM (continued)**

Exercise 10: B heel/toe raises 3x10

Exercise 11: tandem stance 3x30"

Exercise 12: bike hole 6 5'

Modalities

Cryotherapy (Minutes\Location): IP R knee 20 min supine R knee supported by bolster

E-stim (parameters): IFC R knee 20 min

**Assessment:**
Conditions Requiring Skilled Therapeutic Intervention

Assessment: progress with ex,AROM L knee 10-110

REQUIRES PT FOLLOW UP: Yes
**Plan:**
Plan

Times per week: 3x/week

Current Treatment Recommendations: Strengthening, ROM, Modalities, Home Exercise Program

Plan Comment: to continue PT per POC

Timed Code Treatment Minutes: 30 Minutes

| **Treatment Charges:** | **Minutes** | **Units** |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☐ Eval | | |
| ☐ Gait | | |
| ☒ Ther Exercise | 30 | 2 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 50 | 3 |

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/19/2018 10:07 AM (continued)**

**Therapy Time**

| | Individual | Concurrent | Group | Co-treatment |
|---|---|---|---|---|
| Time In | 0900 | | | |
| Time Out | 0950 | | | |
| Minutes | 50 | | | |

Timed Code Treatment Minutes: 30 Minutes

**Electronically signed by:** Ramonito M Dionisio, PT

**Hall, James M #552752 (Acct:203180030497) (44 y.o. M) (Adm: 01/22/18)** **STCZ MOB PT**

**Admission Information**

| Attending Provider | Admitting Provider | Admission Type | Admission Date/Time |
|---|---|---|---|
| | | Elective | 01/22/18 1115 |
| **Discharge Date/Time** | **Hospital Service** | **Auth/Cert Status** | **Service Area** |
| 01/22/18 2359 | | | Mercy Health |
| **Unit** | **Room/Bed** | **Admission Status** | **Referring Provider** |
| STCZ OREGON MOB PT | | Hospital Outpatient Visit (Completed) | |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/22/2018 11:58 AM**

Author: Ramonito M Dionisio, PT Service: (none) Author Type: Physical Therapist
Filed: 1/22/2018 12:00 PM Date of Service: 1/22/2018 11:58 AM Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

**Physical Therapy**
**Daily Treatment Note**

**Date:** 1/22/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:** [redacted]

**Subjective:**

PT Visit Information

Onset Date: 09/07/17

PT Insurance Information: self pay

Total # of Visits Approved: 12

Total # of Visits to Date: 7

Subjective

Subjective: no pain on left knee today

Pain Screening

Patient Currently in Pain: No

Vital Signs

Patient Currently in Pain: No

**Treatment Activities:**
Exercises

Exercise 1: wall slide RLE 10x30"

Exercise 2: leg press BLE 35# 3x10

Exercise 4: active SLR 4 way 20x

Exercise 5: SAQ's 30x 3#L

Exercise 6: Red Tband BLE only 4 way hip 20x

Exercise 7: TKE BLE Red tband 30x

Exercise 8: seated R hamstring stretch 5x30"

Exercise 9: slant board stretch 3x30"

Exercise 10: B heel/toe raises 3x10

Exercise 11: tandem stance 3x30"

Exercise 12: bike hole 3 5'

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/22/2018 11:58 AM (continued)**

Exercise 13: total gym L10 squats/heel raises 3x10

Modalities

Cryotherapy (Minutes\Location): IP R knee 20 min supine R knee supported by bolster

E-stim (parameters): IFC R knee 20 min

**Assessment:**
Conditions Requiring Skilled Therapeutic Intervention

Assessment: progress with ex

REQUIRES PT FOLLOW UP: Yes

**Plan:**
Plan

Times per week: 3x/week

Current Treatment Recommendations: Strengthening, ROM, Modalities, Home Exercise Program

Plan Comment: to continue PT per POC

Timed Code Treatment Minutes: 30 Minutes

| **Treatment Charges:** | **Minutes** | **Units** |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☐ Eval | | |
| ☐ Gait | | |
| ☒ Ther Exercise | 30 | 2 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 50 | 3 |

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/22/2018 11:58 AM (continued)**

**Therapy Time**

| | Individual | Concurrent | Group | Co-treatment |
|---|---|---|---|---|
| Time In | 1110 | | | |
| Time Out | 1200 | | | |
| Minutes | 50 | | | |

Timed Code Treatment Minutes: 30 Minutes

**Electronically signed by:** Ramonito M Dionisio, PT

**Hall, James M #552752 (Acct:203180030497) (44 y.o. M) (Adm: 01/24/18)** **STCZ MOB PT**

**Admission Information**

| | | | |
|---|---|---|---|
| Attending Provider | Admitting Provider | Admission Type<br>Elective | Admission Date/Time<br>01/24/18 1100 |
| Discharge Date/Time<br>01/24/18 2359 | Hospital Service | Auth/Cert Status | Service Area<br>Mercy Health |
| Unit<br>STCZ OREGON MOB PT | Room/Bed | Admission Status<br>Hospital Outpatient Visit (Completed) | Referring Provider |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/24/2018 11:39 AM**

Author: Ramonito M Dionisio, PT    Service: (none)    Author Type: Physical Therapist
Filed: 1/24/2018 11:41 AM    Date of Service: 1/24/2018 11:39 AM    Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

## Physical Therapy
**Daily Treatment Note**

**Date:** 1/24/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:** [redacted]

**Subjective:**

PT Visit Information

Onset Date: 09/07/17

PT Insurance Information: self pay

Total # of Visits Approved: 12

Total # of Visits to Date: 8

Subjective

Subjective: no pain on left knee today

Pain Screening

Patient Currently in Pain: No

Vital Signs

Patient Currently in Pain: No

**Treatment Activities:**
Exercises

Exercise 1: wall slide RLE 10x30"

Exercise 2: leg press BLE 55# 3x10

Exercise 4: active SLR 4 way 20x0#/3# with ABD/ADD/EXT

Exercise 5: SAQ's 30x 3#L

Exercise 6: free motion 4 way hip 20x 13#

Exercise 7: TKE BLE free motion 13# 30x

Exercise 8: seated R hamstring stretch 10x30"

Exercise 9: slant board stretch 3x30"

Exercise 10: B heel/toe raises 3x10

Exercise 11: tandem stance 3x30"

Exercise 12: bike hole 3 5'

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/24/2018 11:39 AM (continued)**

Exercise 13: total gym L10 squats/heel raises 3x10

Modalities

Cryotherapy (Minutes\Location): IP R knee 20 min supine R knee supported by bolster

E-stim (parameters): IFC R knee 20 min

**Assessment:**
Conditions Requiring Skilled Therapeutic Intervention

Assessment: progress with ex

REQUIRES PT FOLLOW UP: Yes

**Plan:**
Plan

Times per week: 3x/week

Current Treatment Recommendations: Strengthening, ROM, Modalities, Home Exercise Program

Plan Comment: to continue PT per POC

Timed Code Treatment Minutes: 30 Minutes

| **Treatment Charges:** | **Minutes** | **Units** |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☐ Eval | | |
| ☐ Gait | | |
| ☒ Ther Exercise | 30 | 2 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 50 | 3 |

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/24/2018 11:39 AM (continued)**

**Therapy Time**

| | Individual | Concurrent | Group | Co-treatment |
|---|---|---|---|---|
| Time In | 1100 | | | |
| Time Out | 1150 | | | |
| Minutes | 50 | | | |

Timed Code Treatment Minutes: 30 Minutes

**Electronically signed by:** Ramonito M Dionisio, PT

**Hall, James M #552752 (Acct:203180030497) (44 y.o. M) (Adm: 01/26/18)** **STCZ MOB PT**

**Admission Information**

| | | | |
|---|---|---|---|
| Attending Provider | Admitting Provider | Admission Type<br>Elective | Admission Date/Time<br>01/26/18 1045 |
| Discharge Date/Time<br>01/26/18 2359 | Hospital Service | Auth/Cert Status | Service Area<br>Mercy Health |
| Unit<br>STCZ OREGON MOB PT | Room/Bed | Admission Status<br>Hospital Outpatient Visit (Completed) | Referring Provider |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/26/2018 12:19 PM**

Author: Ramonito M Dionisio, PT Service: (none) Author Type: Physical Therapist
Filed: 1/26/2018 12:23 PM Date of Service: 1/26/2018 12:19 PM Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

## Physical Therapy Re-evaluation Note

**Date:** 1/26/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:** [redacted]

**Treatment Diagnosis: stiffness/weakness L knee difficulty walking**

**Subjective**
General
Referring Practitioner: Dr.Malcolm J Stubbs
Referral Date : 01/05/18
Diagnosis: other spontaneous disruption of ACL left knee M23.612-844.2
PT Visit Information
Onset Date: 09/07/17
PT Insurance Information: self pay
Total # of Visits Approved: 12
Total # of Visits to Date: 9
Subjective
Subjective: no pain on left knee today
Pain Screening
Patient Currently in Pain: No
Vital Signs
Patient Currently in Pain: No
**Objective**

AROM LLE (degrees)

L Knee Flexion 0-145: 0-112

L Knee Extension 0: 0

Strength LLE

Comment: L hip 5/5 knee 3+/5 ankle 5/5

Ambulation 1

Surface: level tile

Device: No Device

Assistance: Independent

Quality of Gait: limp on LLE

Distance: short distance only

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/26/2018 12:19 PM (continued)**

Exercises

Exercise 1: wall slide RLE 10x30"

Exercise 2: leg press BLE 55# 3x10

Exercise 3: sitting L knee on bed strap left knee 5' hold

Exercise 4: 4 way hip in bed 3# 20x

Exercise 5: SAQ's 30x 3#L

Exercise 6: free motion 4 way hip 20x 10#

Exercise 7: TKE BLE free motion 13# 30x

Exercise 8: seated R hamstring stretch 10x30"

Exercise 9: slant board stretch 3x30"

Exercise 10: eccentric quads B 4" 3x10

Exercise 11: tandem stance 3x30"

Exercise 12: IP and EStim to L knee 20 min after ex

Exercise 13: total gym L10 squats/heel raises 3x10

**Assessment**

Conditions Requiring Skilled Therapeutic Intervention

Assessment: SHORT TERM GOALS MET 2/3 LONG TERM GOALS MET 1/3

Treatment Diagnosis: stiffness/weakness L knee difficulty walking

REQUIRES PT FOLLOW UP: Yes

Activity Tolerance

Activity Tolerance: Patient Tolerated treatment well

**Plan**

Plan

Current Treatment Recommendations: Strengthening, ROM, Modalities, Home Exercise Program

Plan Comment: TO FINISH LAST 3 PT VISITS THEN DISCONTINUE PT SINCE PATIENT WILL BE GOING FOR SURGERY TO HIS SHOULDER AND NECK IN LOUISIANA

**Goals**

Short term goals

Short term goal 1: increase AROM left knee 0-125(partly met)

Short term goal 2: increase strength left knee by 1/2 grade(met)

Short term goal 3: indep in HEP(met)

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/26/2018 12:19 PM (continued)**

Long term goals

Long term goal 1: full AROM L knee(not met)

Long term goal 2: L knee 5/5(not met)

Long term goal 3: indep Gait no device(met)

| Treatment Charges: | Minutes | Units |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☐ Eval | | |
| ☐ Gait | | |
| ☒ Ther Exercise | 30 | 2 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 50 | 3 |

**Therapy Time**

| | Individual | Concurrent | Group | Co-treatment |
|---|---|---|---|---|
| Time In | 1045 | | | |
| Time Out | 1135 | | | |
| Minutes | 50 | | | |

Timed Code Treatment Minutes: 30 Minutes

**Electronically signed by:** Ramonito M Dionisio, PT

**Hall, James M #552752 (Acct:203180030497) (44 y.o. M) (Adm: 01/29/18)** **STCZ MOB PT**

**Admission Information**

| Attending Provider | Admitting Provider | Admission Type | Admission Date/Time |
|---|---|---|---|
| | | Elective | 01/29/18 1100 |
| **Discharge Date/Time** | **Hospital Service** | **Auth/Cert Status** | **Service Area** |
| 01/29/18 2359 | | | Mercy Health |
| **Unit** | **Room/Bed** | **Admission Status** | **Referring Provider** |
| STCZ OREGON MOB PT | | Hospital Outpatient Visit (Completed) | |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/29/2018 11:32 AM**

Author: Ramonito M Dionisio, PT    Service: (none)    Author Type: Physical Therapist
Filed: 1/29/2018 11:39 AM    Date of Service: 1/29/2018 11:32 AM    Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

**Physical Therapy**
**Daily Treatment Note**

**Date:** 1/29/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:** [redacted]

**Subjective:**

PT Visit Information

Onset Date: 09/07/17

PT Insurance Information: self pay

Total # of Visits Approved: 12

Total # of Visits to Date: 10

Subjective

Subjective: no pain on left knee today

Pain Screening

Patient Currently in Pain: No

Vital Signs

Patient Currently in Pain: No

**Treatment Activities:**
Exercises

Exercise 1: wall slide RLE 10x30"

Exercise 2: leg press BLE 75# 3x20

Exercise 3: sitting L knee on bed strap left knee 5' hold

Exercise 4: 4 way hip in bed 3# 20x

Exercise 5: SAQ's 30x 3#L

Exercise 6: free motion 4 way hip 20x 10#

Exercise 7: TKE BLE free motion 10# 30x

Exercise 9: slant board stretch 3x30"

Exercise 10: eccentric quads B 4" 3x10

Exercise 11: tandem stance 3x30"

Exercise 13: total gym L10 squats/heel raises 3x20

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/29/2018 11:32 AM (continued)**

Modalities

Cryotherapy (Minutes\Location): IP R knee 20 min supine R knee supported by bolster

E-stim (parameters): IFC R knee 20 min

**Assessment:**
Conditions Requiring Skilled Therapeutic Intervention

Assessment: progress with ex

REQUIRES PT FOLLOW UP: Yes

**Plan:**
Plan

Times per week: 3x/week

Current Treatment Recommendations: Strengthening, ROM, Modalities, Home Exercise Program

Plan Comment: to continue PT per POC

Timed Code Treatment Minutes: 30 Minutes

| **Treatment Charges:** | **Minutes** | **Units** |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☐ Eval | | |
| ☐ Gait | | |
| ☒ Ther Exercise | 30 | 2 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 50 | 3 |

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/29/2018 11:32 AM (continued)**

**Therapy Time**

| | Individual | Concurrent | Group | Co-treatment |
|---|---|---|---|---|
| Time In | 1100 | | | |
| Time Out | 1150 | | | |
| Minutes | 50 | | | |

Timed Code Treatment Minutes: 30 Minutes

**Electronically signed by:** Ramonito M Dionisio, PT

**Hall, James M #552752 (Acct:203180030497) (44 y.o. M) (Adm: 01/31/18)** **STCZ MOB PT**

**Admission Information**

| | | | |
|---|---|---|---|
| Attending Provider | Admitting Provider | Admission Type<br>Elective | Admission Date/Time<br>01/31/18 1100 |
| Discharge Date/Time<br>01/31/18 2359 | Hospital Service | Auth/Cert Status | Service Area<br>Mercy Health |
| Unit<br>STCZ OREGON MOB PT | Room/Bed | Admission Status<br>Hospital Outpatient Visit (Completed) | Referring Provider |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 1/31/2018 11:25 AM**

Author: Ramonito M Dionisio, PT
Service: (none)
Author Type: Physical Therapist
Filed: 1/31/2018 11:33 AM
Date of Service: 1/31/2018 11:25 AM
Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

## Physical Therapy
### Daily Treatment Note

**Date:** 1/31/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:** [redacted]

**Subjective:**

PT Visit Information

Onset Date: 09/07/17

PT Insurance Information: self pay

Total # of Visits Approved: 12

Total # of Visits to Date: 11

Subjective

Subjective: no pain on left knee today

Pain Screening

Patient Currently in Pain: No

Vital Signs

Patient Currently in Pain: No

**Treatment Activities:**
Exercises

Exercise 1: wall slide RLE 10x30"

Exercise 2: leg press BLE 75# 3x20

Exercise 3: sitting L knee on bed strap left knee 5' hold

Exercise 4: 4 way hip in bed 3# 20x

Exercise 5: SAQ's 30x 3#L

Exercise 6: free motion 4 way hip 20x 17#BLE

Exercise 7: TKE BLE free motion 17# 30x

Exercise 9: slant board stretch 3x30"

Exercise 10: eccentric quads B 6" 3x10

Exercise 11: tandem stance 3x30"

Exercise 12: IP and EStim to L knee 20 min after ex

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/31/2018 11:25 AM (continued)**

Exercise 13: total gym L10 squats/heel raises 3x20

Modalities

Cryotherapy (Minutes\Location): IP R knee 20 min supine R knee supported by bolster

E-stim (parameters): IFC R knee 20 min

**Assessment:**
Conditions Requiring Skilled Therapeutic Intervention

Assessment: progress with ex

REQUIRES PT FOLLOW UP: Yes

**Plan:**
Plan

Times per week: 3x/week

Current Treatment Recommendations: Strengthening, ROM, Modalities, Home Exercise Program

Plan Comment: to continue PT per POC

Timed Code Treatment Minutes: 30 Minutes

| **Treatment Charges:** | **Minutes** | **Units** |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☐ Eval | | |
| ☐ Gait | | |
| ☒ Ther Exercise | 30 | 2 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 50 | 3 |

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 1/31/2018 11:25 AM (continued)**

**Therapy Time**

| | Individual | Concurrent | Group | Co-treatment |
|---|---|---|---|---|
| Time In | 1055 | | | |
| Time Out | 1145 | | | |
| Minutes | 50 | | | |

Timed Code Treatment Minutes: 30 Minutes

**Electronically signed by:** Ramonito M Dionisio, PT

**Hall, James M #552752 (Acct:203180190100) (44 y.o. M) (Adm: 02/02/18)** **STCZ MOB PT**

**Admission Information**

| | | | |
|---|---|---|---|
| Attending Provider | Admitting Provider | Admission Type<br>Elective | Admission Date/Time<br>02/02/18 1100 |
| Discharge Date/Time<br>02/02/18 2359 | Hospital Service | Auth/Cert Status | Service Area<br>Mercy Health |
| Unit<br>STCZ OREGON MOB PT | Room/Bed | Admission Status<br>Hospital Outpatient Visit (Completed) | Referring Provider |

**Therapy Progress Notes/Flowsheet Notes**

**Progress Notes by Ramonito M Dionisio, PT at 2/2/2018 11:25 AM**

Author: Ramonito M Dionisio, PT Service: (none) Author Type: Physical Therapist
Filed: 2/2/2018 11:39 AM Date of Service: 2/2/2018 11:25 AM Status: Signed
Editor: Ramonito M Dionisio, PT (Physical Therapist)

## Physical Therapy Discharge Note

**Date:** 2/2/2018
**Patient Name:** James M Hall
**MRN:** 552752
**DOB:**[redacted]

**Treatment Diagnosis: stiffness/weakness L knee difficulty walking**

**Subjective**
General
Referring Practitioner: Dr.Malcolm J Stubbs
Referral Date : 01/05/18
Diagnosis: other spontaneous disruption of ACL left knee M23.612-844.2
General Comment
Comments: going back to louisiana for possible surgery to shoulder and back 2/7/18
PT Visit Information
Onset Date: 09/07/17
PT Insurance Information: self pay
Total # of Visits Approved: 12
Total # of Visits to Date: 12
Subjective
Subjective: no pain on left knee today
Pain Screening
Patient Currently in Pain: No
Vital Signs
Patient Currently in Pain: No
**Objective**

AROM LLE (degrees)

L Knee Flexion 0-145: 0-110

L Knee Extension 0: 0

Strength LLE

Comment: L hip 5/5 knee 4/5 ankle 5/5

Ambulation 1

Surface: level tile

Device: Single point cane

Assistance: Independent

Comments: able to walk short distance without SC

Stairs/Curb

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 2/2/2018 11:25 AM (continued)**

Stairs?: No

Exercises

Exercise 1: wall slide RLE 10x30"

Exercise 2: leg press BLE 75# 3x20

Exercise 3: sitting L knee on bed strap left knee 5' hold

Exercise 4: 4 way hip in bed 4# 20x

Exercise 5: SAQ's 30x 4#L

Exercise 6: free motion 4 way hip 20x 13#BLE

Exercise 7: TKE BLE free motion 13# 30x

Exercise 9: slant board stretch 3x30"

Exercise 10: eccentric quads B 6" 3x10

Exercise 11: tandem stance 3x30"

Exercise 12: IP and EStim to L knee 20 min after ex

Exercise 13: total gym L10 squats/heel raises 3x20

**Assessment**

Conditions Requiring Skilled Therapeutic Intervention

Assessment: SHORT TERM GOALS MET 2/3 LONG TERM GOALS MET 1/3

Treatment Diagnosis: stiffness/weakness L knee difficulty walking

REQUIRES PT FOLLOW UP: No

Activity Tolerance

Activity Tolerance: Patient Tolerated treatment well

**Plan**

Plan

Plan Comment: TO DISCONTINUE PT AND PATIENT TO CONTINUE HEP

**Goals**

Short term goals

Short term goal 1: increase AROM left knee 0-125(partly met L knee 0-110)

Short term goal 2: increase strength left knee by 1/2 grade(partly met L knee 4/5)

Short term goal 3: indep in HEP(met)

**Therapy Progress Notes/Flowsheet Notes (continued)**

**Progress Notes by Ramonito M Dionisio, PT at 2/2/2018 11:25 AM (continued)**

Long term goals

Long term goal 1: full AROM L knee(not met)

Long term goal 2: L knee 5/5(not met)

Long term goal 3: indep Gait no device(met)

| **Treatment Charges:** | **Minutes** | **Units** |
|---|---|---|
| ☐ Ultrasound | | |
| ☒ Electrical-Stim | 20 | 1 |
| ☐ Iontophoresis | | |
| ☐ Traction | | |
| ☐ Massage | | |
| ☐ Eval | | |
| ☐ Gait | | |
| ☒ Ther Exercise | 30 | 2 |
| ☐ Manual Therapy | | |
| ☐ Ther Activities | | |
| ☐ Aquatics | | |
| ☐ Neuro Re-Ed | | |
| ☐ Other | | |
| **Total Treatment Time:** | 50 | 3 |

**Therapy Time**

| | Individual | Concurrent | Group | Co-treatment |
|---|---|---|---|---|
| Time In | 1100 | | | |
| Time Out | 1150 | | | |
| Minutes | 50 | | | |

Timed Code Treatment Minutes: 30 Minutes

**Electronically signed by:** Ramonito M Dionisio, PT

Scan on 1/5/2018 9:47 AM by SCANNING, HPF (below)

Geer Law Firm

DEC/14/2017/THU 02:26 PM FAX No. P. 002

1/5/18 eval Fri 830 am

Hall, James M[illegible] dob 10-07-1973 (44 Years) vd 12-08-2017

LAFAYETTE BONE & JOINT CLINIC
1103 Kaliste Saloom Road
Suite 100-102
Lafayette, LA 70508
Phone:(337) 234-5234
Fax: (337) 235-2121

ORTHOPAEDIC SURGERY
[illegible]

PHYSICAL MEDICINE AND REHABILITATION
[illegible]

NAME: James M Hall DOB: [illegible] GENDER: Male

ADDRESS: 917 S Buchanan St., LAFAYETTE, LA, 70501
PHONE NUMBER: cell: [illegible]

DATE OF VISIT/ORDER: 12/08/2017
PROVIDER: [illegible] MD

PRIMARY INSURANCE: Geer Jr, Joseph F/Geer Jr, Joseph F
P.O. Drawer 2000
LAFAYETTE, LA 70502

CLAIM NO: [illegible] ACCIDENT: STUBI ATTY [illegible]

SECONDARY INS:

Employer: MARTIN AUTOMOTIVE FREIGHTLINER

12/8/17 Gave script to pt. Lives in Ohio — will do P.T. there.

PHYSICAL THERAPY ORDER

DIAGNOSES:
[illegible] Other spontaneous disruption of anterior cruciate ligament of left knee

ORDERS THIS VISIT:
97001 PT EVALUATION (Patient is to be strictly non-weight bearing for 6 weeks post-operative. He may begin some physical therapy now with E-Stim and ROM. Range of motion 0-90 for first two weeks, then he will need to progress as tolerated. He will obtain x-rays at 6 weeks post-operative and if okay, he may start weight bearing as tolerated as well as active strengthening. His surgery was performed on 11/21/2017.)

Electronically Signed By:

[signature]

Stub 1

Printed on 12/8/2017 by Ryder, Leah

Page 1 of 1

Scan on 1/5/2018 10:16 AM by SCANNING, HPF (below)

Room: [illegible] Bed: [illegible]
Acct#: [illegible] Admit: 2018-01-05 [illegible]
Patient: HALL, JAMES M.
DOB: [redacted] Sex: M Age: 44Y
Att Dr: [illegible]
MRC#: [illegible]

MERCYHEALTH 1COB

## COORDINATION OF BENEFITS

| Patient Information | | Primary Insurance | |
|---|---|---|---|
| Account #: | [illegible] | Insurance Plan Name: | |
| Admit Date: | 01052018 | Subscriber Name: | |
| Patient Name: | HALL, JAMES M. | Insurance Policy #: | |
| Patient DOB: | 10/07/1973 | Insurance Group #: | |

Your insurance policy may contain a Coordination of Benefits (COB) provision. This form confirms that you or any other member of this insurance policy does or does not have another medical or dental insurance policy. If the information below changes, please contact the number found on the back of your insurance identification card.

Is this condition related to:
- ☐ Personal Injury
- ☐ Personal Illness
- ☐ Work Related Injury (Third Party Insurance Company)
- ☐ Automobile Collision (Third Party Insurance Company)

☒ I am covered by ONLY one insurance as listed above. I am covered for this insurance by my:

☐ Self ☐ Spouse ☐ Parent ☐ Guardian ☒ Third/Other Party ☐ Other

If other, please specify: [signature]

☐ In addition to the insurance listed above, I am also covered by the insurance policy below:

| Secondary Insurance | Third Party Liability |
|---|---|
| Name of Other Health Insurance Company | Name of Third Party Insurance Company |
| Health Insurance Policy/ID Number | Third Party Insurance Policy/ID Number |
| Name of Guardian/Policy Holder | Name of Third Party Insurance Adjuster |
| Guarantor/Policy Holder Relationship to Patient | Policy Holder Telephone Number |
| Guarantor/Policy Holder Date of Birth | Date of Injury |

James Hall
Printed Name

[signature]
Patient Signature

01/04/18 10:30
Date/Time

[illegible]

Scan on 1/5/2018 10:19 AM by SCANNING, HPF (below)

Room: [illegible] Bed: [illegible]
Acct#: [illegible] Admit: [illegible]
Patient: HALL, JAMES M.
DOB: [redacted] Sex: M Age: [illegible]
Att Dr: [illegible]
PCP Dr:
MRCK: [illegible]

**MERCYHEALTH**

# CONSENT FOR TREATMENT, PAYMENT AND HEALTH CARE OPERATIONS

**Language Interpreters**

Mercy Health provides free aids and services to people with disabilities to communicate effectively with us such as:

- Qualified sign language interpreters
- Written information in other formats (large print, Braille, audio, accessible electronic formats, other formats)

You can contact the person at the registration desk to receive information on how to obtain the free aids and services for persons with disabilities or access the interpretation services.

All patients have access to interpretation services 24/7 at no personal cost to them.

- ¿Habla español? Le proporcionaremos un intérprete sin costo alguno para usted.
- 您讲国语吗？我们将免费为您提供 翻译
- Sprechen Sie Deutsch? Wir stellen Ihnen unentgeltlich einen Dolmetscher zur Verfügung.
- [illegible]
- Вы говорите по-русски? Мы абсолютно бесплатно предоставим вам переводчика.
- Parlez-vous français ? Nous vous fournirons gratuitement un interprète.
- Quý vị nói được tiếng Việt không? Chúng tôi sẽ cung cấp một thông dịch viên miễn phí cho quý vị.
- 한국어를 사용하십니까? 무료로 통역 서비스를 제공해 드리겠습니다.
- Parla italiano? Le forniremo gratuitamente un interprete.
- 日本語を話しますか？個人的な負担なしで通訳を提供致します。
- Ви розмовляєте українською? Ми абсолютно безкоштовно надамо вам перекладача.
- Vorbiţi româneşte? Vă vom asigura gratis un interpret.

**Complaints and Grievances**

If you believe Mercy Health has failed to provide these services or discriminated in another way on the basis listed above, you can file a grievance. Mercy Health can provide a copy upon request of its grievance filing procedures and contact information for individual(s) who can assist in filing and addressing the grievance.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office of Civil Rights electronically through the Office of Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf or by mail or phone at U.S. Department of Health and Human Services, 200 Independence Avenue SW, Room 509 F, HHH Bldg, Washington DC 20201, 1-800-368-1019 or 1-800-537-7697 (TDD).

Patient/Guarantor/Legal Rep Initials

Room: Bed:
Acct#: [illegible] Admit: [illegible]
Patient: HALL, JAMES M
DOB: [redacted] Sex: M Age: [illegible]
Att Dr: [illegible]
PCP Dr:
MRN: [illegible]

**MERCYHEALTH**

## CONSENT FOR TREATMENT, PAYMENT AND HEALTH CARE OPERATIONS

**VIII. Medicare, Medicaid & Other Insurance Certification**

1. I certify that the information given by me in applying for payment under the Medicare Program of Title XVIII of the Social Security Act or Medicaid Program is correct. I authorize any holder of medical or other information about me to release to the Center for Medicare and Medicaid Services or its intermediaries/carriers or any commercial insurance carriers any information needed for this or a related Medicare or Medicaid claim. I request that payment of authorized benefits be made on my behalf.

**IX. Patient Agreement**

I have read this Authorization /Consent for Treatment, Payment and Health Care Operations form or have had it read to me, and it has been explained to my satisfaction. I understand that this consent for Treatment, Payment and Health Care Operations applies to all Mercy Health facilities (such as hospitals, emergency departments, clinics, etc.) except where a separate consent may be required for an encounter.

**By signing this document, I confirm that I accept the terms of this document, and confirm that any questions have been asked and answered. I further certify that I am the patient or his/her duly authorized representative, and that I am signing voluntarily.**

Print: James Hall Relationship: Self Initials: [signature] Date: 1-5-18 Time: 10:am
Patient or Legal Guardian or Patient Representative

Signature: [signature] Relationship: Self Initials: [signature] Date: 1-5-18 Time: 10am
Patient or Legal Guardian or Patient Representative

Print: Allison Beck Date: 1-5-18
Witness

Signature: A Beck Date: 1-5-18
Witness

Legal Guardian signed because: [ ] Patient is a minor [ ] A Guardianship has been established

Patient is unable to sign because: ______________________

**Non-discrimination statement**
Mercy Health complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, ethnicity, religion, sex, national origin, sexual orientation, age, ancestry, disability, veteran era status, or any person with HIV infection, whether asymptomatic or symptomatic, or AIDS, in any manner prohibited by the laws of the state and the United States, or in the treatment of patients. Mercy Health does not exclude people or treat them differently because of race, color, ethnicity, religion, sex, national origin, sexual orientation, age, ancestry, disability, veteran era status, or any person with HIV infection, whether asymptomatic or symptomatic, or AIDS.

Patient/Guardian/Legal Rep Initials [signature]

Room: Bed:
Acct#: [illegible] Adm#: [illegible]
Patient: HALL, JAMES M.
DOB: [redacted] Sex: M Age: [illegible]
Att Dr: [illegible]
PCP Dr:
STICK: [illegible]

MERCYHEALTH

## CONSENT FOR TREATMENT, PAYMENT AND HEALTH CARE OPERATIONS

5. I authorize Mercy Health to release my medical information (including medical information in my Mercy Health record relating to services provided to me by third parties) or other information, if required to obtain payment from my insurance or other payer and their agents to process payments.
6. I authorize Mercy Health to release my medical or other information to government agencies or their designees for review of the care provided to me.
7. Your treating physician/practitioner may order services or items that require upfront approval from your insurance company before you receive the services or items. I agree to cooperate, aid and assist Mercy Health in obtaining all possible insurance benefits for such services or items (for example: completing an application for insurance, providing timely information as requested).
8. If I make an application for Financial Assistance according to Mercy Health internal policies, Mercy Health is permitted to provide information as necessary to determine whether I am eligible for Financial Assistance.

**V. Notice of Privacy Practices / Release of Information**

1. I have been provided and/or offered a copy of the current Notice of Privacy Practices. I understand that the Notice of Privacy Practices outlines how my medical information may be used and disclosed, that Mercy Health will request my authorization where required, and that I have a right to request a restriction to its release.

**VI. Communication to Patients**

1. I consent to receive, on the cellular phone or other telephone number(s) that are listed on this form (or that are hereafter provided) text message, telephone calls or other communications for any purpose related to my current or prospective medical care, current or upcoming services offered by any authorized caller, or my account. I understand that these communications may be made using live, artificial or prerecorded voices, automatic telephone dialing systems, text message systems, e-mails or any other computer-aided technologies. I also understand that these communications may come from Mercy Health and its affiliates, clinical providers, affiliated physicians, and business associates, along with any billing services, collection agencies, agents, or other third parties who may act on their behalf. This consent is not required to receive services from Mercy Health or any of the other authorized callers and that data usage and other charges may apply. I may revoke this consent at anytime.

I consent [ initials: ________ ] I do not consent [ initials: ________ ]

**VII. Responsibility for Patient Valuables**

1. I agree while in the hospital to accept sole responsibility for the safety of my money and personal property (examples: electronics, dentures, eyeglasses, clothing, jewelry, etc.) and understand Mercy Heath is not liable for the safety, security or loss of money or valuables. If possible, these items should be sent home.

Patient/Guardian/Legal Rep Initials [ ________ ]
[illegible]

Page 3 of 5
[illegible] Rev. 12/16

Room: [illegible] Bed: [illegible]
Acct#: [illegible] Adm: [illegible]
Patient: HALL, JAMES M.
DOB: [redacted] Sex: M Age: 44Y
Att Dr: [illegible]
PCP Dr:
MRC#: [illegible]

MERCYHEALTH

## CONSENT FOR TREATMENT, PAYMENT AND HEALTH CARE OPERATIONS

### III. Responsibility for Payment

1. I agree to accept full responsibility for payment of all charges related to my care including charges for room and board, if applicable. I understand that a list of the usual and customary charges for room and board and other common charges is available to me upon request. Screening and stabilizing treatment for any emergency medical condition will not be delayed or conditioned upon my ability to pay, method of payment or insurance status.
2. I understand that I am responsible for any amounts not paid by my health insurance or any other insurance plan or policy, including but not limited to, any deductibles, copays, and coinsurance amounts provided under any coverage source, and charges for which there is no coverage source.
3. If I choose to pay for certain services out of pocket and exercise my right to limit disclosure of my medical information to my health insurance plan regarding those services, I understand that a separate financial agreement will be put into place regarding the self-pay services and Section IV below will not apply.

### IV. Financial Agreements / Assignment of Benefits / Authorized Representative / Agent

1. I assign Mercy Health all rights to benefits, insurance payments, insurance reimbursements or other payments or judgements to which I may be entitled for services provided to me at Mercy Health facilities. I authorize Mercy Health to bill my insurance and assign the payment of these benefits directly to Mercy Health.
2. I assign all rights to benefits, insurance payments, insurance reimbursements or other payments or judgments to which I may be entitled for hospital-based physician services (pathology, radiology, cardiology, etc.) and/ or emergency department services to the physician or organization providing the professional service. I also authorize submission of a bill for professional services to my insurance for payment.
3. I authorize and designate Mercy Health as my authorized agent and representative with the power to act on my behalf with respect to all matters related to all of my rights, benefits, privileges, protections, claims, causes of action, interests or recovery arising out of any coverage source, including but not limited to the ability to request reconsideration and/or appeal payment decisions made by any group health plan, employee benefits plan, health insurance plan , any other insurance plan or utilization review entity for coverage or grievance review (the "plan"). This includes, without limitation, the authority and right to: file medical claims with the plan; file appeals and grievances with the plan; request verification of coverage or pre-certification or authorization; file pre-service and post-service claims; request any and all information and documents under which the plan is established or operated; request any and all policies, procedures and guidelines and protocols considered by the plan in connection with the benefit claim determination; and to institute any litigation and/or complaints against the plan naming me as the plaintiff in such litigation if necessary.
4. I designate, authorize and convey to Mercy Health to the fullest extent permissible under law under any applicable plan the right and ability to act as my Authorized Representative with respect to benefit plan governed by the provisions of ERISA as provided in 29 C.F.R. §2560.503-1(b)(4) with respect to any healthcare expense incurred as a result of the services I received from Mercy Health. This includes, without limitation, the right and ability to act on my behalf in connection with any claim, appeal right, cause of action, including without limitation. any claim that may be brought pursuant to ERISA, that I may have under the plan; and the right and ability to act on my behalf in connection with any claim, right, or cause of action including litigation against the plan (even to name me as a plaintiff in such action) that I may have under such plan, I understand I can revoke this authorization in writing at any time.

Patient/Guardian/Legal Rep Initials [signature]

Page 2 of 6
CMS 344026 Rev. 12/16

Room: Bed:
Acct#: [illegible] Admit: [illegible]
Patient: HALL, JAMES M.
DOB: [redacted] Sex: M Age: 44Y
Att Dr: [illegible]
PCP Dr:
MRC#: [illegible]

4CTS

MERCYHEALTH

☐ St. Anne ☐ St. Charles ☐ St. Vincent
☐ Defiance ☐ Tiffin ☐ Willard

## CONSENT FOR TREATMENT, PAYMENT AND HEALTH CARE OPERATIONS

**I. Consent to Medical Care & Treatment**
This consent cannot be modified. Any handwritten changes to the form shall not be legally binding or enforceable.

1. I am seeking medical care and treatment at Mercy Health. I consent to the rendering of such medical care and treatment as is deemed necessary by my physician/practitioner and other members of the medical staff and by Mercy Health and its employees. I also understand that there are risks of injury from medical care and treatment and I acknowledge that no guarantees have been made to me about the outcome of my care and treatment.
2. I understand that my care may include examinations, diagnostic tests, medical treatment, immunization administration, taking photographs/video and making audio recordings that may be used for my care and/ or by Mercy Health for quality assurance purposes and clinical documentation, as well as health care operations purposes.
3. I understand that medical, nursing and allied health students train at this facility and may be involved in my care. I also understand resident physicians may also be involved in my care. All students and resident physicians are supervised by licensed and trained physicians, and I consent to care provided by them.
4. I authorize Mercy Health to allow physicians/practitioners and other healthcare facilities who are involved in my direct care and medical services coordination to receive access to my medical record contents including my test results and reports. Access to my medical record information may be exchanged in written, electronic formats or portals.

**II. Notice of Legal Relationship between Hospital & Independent Medical Practitioners**

1. I understand and acknowledge that Mercy Health hospitals and facilities allows physicians/practitioners who are not employed by Mercy Health to practice at Mercy Health facilities and that these providers may render professional services to me while I am in a Mercy Health hospital or facility. I understand that these care providers may include, but are not limited to emergency department physicians, anesthesiologists, certified registered nurse anesthetists, nurse practitioners, physician assistants, radiologists, pathologist, residents, students, hospitalists and may include any attending or on-call physician or other practitioner participating or consulting in the care provided. I understand that the actions of such treating physicians/ practitioners, who are not agents or employees of Mercy Health, are not directed or controlled by Mercy Health and that Mercy Health relies upon these independent contractors to use appropriate professional judgment in providing care to me. Mercy Health is not responsible for the acts or omissions of any independent contractor.
2. I understand that the hospital's charges may not include the fees of my treating physicians/practitioners, if applicable. I understand that I may receive a separate bill for these services and such bills may come directly from the physician(s), such as emergency department physicians, radiologists, pathologists, anesthesiologists, hospitalists and other specialists. I understand that the level of insurance benefits payable for treatment by my treating specialist(s) may be different from the level of insurance benefits payable for treatment provided by the hospital.

Patient/Guardian/Legal Rep Initials [ ]

Page 1 of 5
CSRS [illegible] Rev. 12/16

Scan on 2/19/2018 9:12 AM by SCANNING, HPF (below)

STCZ OREGON MOB PT
Therapy Progress Note
Report

Hall, James M
MRN: 552752, DOB [redacted] Sex: M
Adm: 2/2/2018, D/C: 2/2/2018

Gear Law Firm

DEC/14/2017/THU 02:26 PM FAX No. P. 002

1/5/18 eval Fri 830 am

Hall, James M 17458AM dob 10-07-1973 (44 Years) vd 12-08-2017

D/C 2/2/18

LAFAYETTE BONE & JOINT CLINIC
1103 Kaliste Saloom Road
Suite 100-102
Lafayette, LA 70508
Phone:(337) 234-5234
Fax: (337) 235-2121

HALL, JAMES M.
[illegible] 552752 44Y M
[illegible]
Atn: DIONISIO, RAMONITO M
DOB: [redacted] Ct:

ORTHOPAEDIC SURGERY
[illegible]

PHYSICAL MEDICINE AND REHABILITATION
[illegible]

NAME: James M Hall DOB: 10/07/1973 GENDER: Male

ADDRESS: 617 S Buchanan St., LAFAYETTE, LA, 70501-
PHONE NUMBER: cell: (40[illegible])73[illegible]-3420

DATE OF VISIT/ORDER: 12/08/2017
PROVIDER: Malcolm J Stubbs MD

PRIMARY INSURANCE: Gear Jr, Joseph F/Gear Jr, Joseph F
P.O. Drawer [illegible]

LAFAYETTE, LA 70[illegible]

CLAIM NO: [illegible] ACCOUNT: STUB1 ATTY [illegible]

SECONDARY INS:

Employer: MARTIN AUTOMOTIVE FREIGHTLINER

12/8/17
Gave script to pt.
Lives in Ohio – will do P.T. there.

PHYSICAL THERAPY ORDER

DIAGNOSES:
M23.61[illegible] Other spontaneous disruption of anterior cruciate ligament of left knee

ORDERS THIS VISIT:
97001 PT EVALUATION (Patient is to be strictly non-weight bearing for 6 weeks post-operative. He may begin some physical therapy now with [illegible] and ROM. Range of motion 0-90 for first two weeks, then he will need to progress as tolerated. He will obtain x-rays at 6 weeks post-operative and if okay, he may start weight bearing as tolerated as well as active strengthening. His surgery was performed on 11/21/2017.)

Electronically Signed By:

[signature]

Stub 1

Printed on 12/8/2017 by Ryder, Leah

Page 1 of 1

From: 01/04/2018 09:23 #364 P.004/018

HALL, JAMES M.
Admit: 2018-01-05 ISD: DT 44Y M
Attn: DIONISIO, RAMONITO M
DOS: [redacted]

Hall, James M
Date of Service September 28, 2017

LAFAYETTE BONE & JOINT CLINIC
1103 Kaliste Saloom Road Suite 100-102 Lafayette, LA 70508
Phone: (337) 234-5234
Fax: (337) 235-2121

| ORTHOPAEDIC SURGERY | PHYSICAL MEDICINE AND REHABILITATION |
| --- | --- |
| [illegible] | [illegible] |

Hall, James M
DOB: [redacted]

Date of Service: September 28, 2017

**Current Medications**

**Past Medical History**

Cervical disc disorder with radiculopathy, unspecified cervical region
Complex tear of medial meniscus, current injury, left knee, initial encounter
Other spontaneous disruption of anterior cruciate ligament of left knee
Sprain of ligaments of lumbar spine, initial encounter
Sprain of muscle(s) and tendon(s) of the rotator cuff of left shoulder, initial encounter
Superior glenoid labrum lesion of right shoulder, initial encounter

**Surgical History**
lower extremity Recorded Date September 28, 2017
upper extremity Recorded Date September 28, 2017

**Family History**
Relationship: Father Recorded Date September 28, 2017 Notes: history unknown
Relationship: Mother Recorded Date September 28, 2017 Notes: history unknown

**Social History**
Tobacco history: Current every day smoker
Number of years using tobacco: 30

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 43-year-old male
He presented with neck pain. The pain is rated as a 6/10. It is located in the mid cervical area. The patient reports moderate

In addition, he presented with left knee pain. The pain is rated as a 4/10. It is located in the medial region. It is described as aching.

The patient also presented with back pain. It is located lumbo-sacral spine. The frequency of episodes is constant and increasing. Important triggers include bending and position change.

He next presented with right shoulder pain. The pain is rated as a 7/10. It is described as aching, dull and tenderness. The complaint moderately limits activities.

He also presented with left shoulder pain. The pain is rated as a 5/10. It is described as aching and dull. The frequency of episodes is daily.

This patient is a 43-year-old right-hand dominant man who was involved in a severe motor vehicle accident on 9/4/2017. He was slowing down for traffic delay at night, 30 when he was struck from behind by an 18 wheel tractor-trailer. According to the patient that since his vehicle off the road for quite some distance and struck a utility pole before coming to rest. He was a restrained driver of a GMC SUV. He had significant loss of consciousness of an unknown duration. After he regained some consciousness, he remembers being extracted from the vehicle by first responders. He was taken to the emergency room via EMS to the emergency room, in Sulphur, LA, where he was evaluated, treated, and released. He had multiple x-rays and CT scans obtained. He reports that he spent the next several days at a friend's house in Lake Charles suffering from significant headaches, memory loss, mood swings, multiple joint and

Generated on 10/3/2017
1 of 9

10/03/2017 3:14PM (GMT-04:00)

From: 01/04/2018 09:24 #364 P.005/018

HALL, JAMES M. TS
[illegible] 552752 44Y M
Admit: 2018-01-05 ISD: DT:
Attn: DIONISIO, RAMONITO M
DOB: [redacted]

Hall, James M
Date of Service: September 26, 2017

Allergies
NO KNOWN DRUG ALLERGIES

extremity pain as well as neck pain. He then presented to an urgent care clinic after about a week where he was given some prescriptions, including a left hand splint and a left knee brace. He was referred here for further evaluation and treatment recommendations from an orthopedic standpoint. Past surgical history is significant for left hand surgery in 1994, as well as left knee surgery in 1994.

Vital Signs
Height: 6' weight: 210 lbs BMI: 28.5 BP: 120/80 mmHg Right Arm Sitting

Results Associated with this Visit:

Review of Systems
Cardiovascular: The patient denied chest pain/pressure.
Constitutional: The patient denied fatigue, fever, night sweats and weight loss.
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Musculoskeletal: The patient complained of back pain and muscle weakness.
Neurological: The patient complained of numbness or tingling.
Respiratory: The patient denied dyspnea.

Physical Exam

Constitutional:
General appearance - overall: well nourished, well developed and in no acute distress
Psychiatric:
orientation/consciousness - overall: oriented to person, place and time; level of consciousness: alert; mood and affect: mood: depressed and labile mood; affect: blunted; appropriateness: inappropriate emotional responses
Cardiovascular:
examination of vasculature - overall: good capillary refill and pulses bilaterally normal
Lymphatic:
palpation - overall: no obvious adenopathy
Neurological:
Upper Extremity Reflexes - Left biceps: 2+; Right biceps: 2+; Left brachioradialis: 2+; Right brachioradialis: 2+; Left triceps: 2+; Right triceps: 2+; Left hoffman: negative; Right hoffman: negative; Lower Extremity Reflexes: Left patella: 1+; Right patella: 1+; Left achilles: 1+; Right achilles: 1+; Left clonus: negative; Right clonus: negative; sensation: left lower extremity: intact; left upper extremity: intact; right upper extremity: intact
Musculoskeletal:
gait and station: gait antalgic; station: normal
Musculoskeletal: Head and Neck

Generated on 1/3/2017
2 of 7

10/03/2017 3:14PM (GMT-04:00)



000531

From: 01/04/2018 09:24 #364 P.006/018

[illegible] Law Firm

[illegible] [illegible]

HALL, JAMES M. TS
[illegible] 552752 44Y M
Admit: 2018-01-05 ISO: DT:
Attn: DIONISIO, RAMONITO M
DOB: [redacted]

Hall, James M
Date of Service: September 28, 2017

Inspection and Palpation: cervical spine inspection: normal cervical lordosis and tissue tension/texture is - spasm; Range of Motion: overall: limited range of motion secondary to pain; Stability: overall: no instability; Skin: neck inspection: no rash or lesions; Specialized Tests: spurling's test, pain in trapezial area
Musculoskeletal, Spine/Ribs/Pelvis:
Inspection and Palpation: lumbar spine inspection: normal lumbar spine alignment; lumbar spine palpation: mild tenderness over the lower lumbar area; Range of Motion: lumbar flexion - painful lumbar muscles with flexion and 51-75% flexion; Stability: overall: no dislocation, subluxation, or laxity; Skin: overall: no rash or lesions; Functional Testing: sitting SLR (left) produces back pain; sitting SLR (right) produces back pain
Musculoskeletal: Left Upper Extremity.
Inspection and Palpation: shoulder: tenderness over AC joint and tenderness on the greater tuberosity; wrist: presence of a scar, tender over basal thumb joint near the first and second CMC and positive Finkelstein's test; Range of Motion: shoulder: internal rotation to lumbar, abduction 90 degrees, forward flexion 90 degrees and external rotation 30 degrees; wrist: decreased flexion, pain with flexion, decreased extension and pain with extension; thumb: [illegible], decreased opposition, pain with opposition, decreased flexion at the MCP joint and pain with flexion at the MCP joint, Stability: shoulder: no instability and positive apprehension sign; wrist: a normal exam; Strength and Tone: deltoid Strength: 4/5; shoulder strength: positive Hawkin's sign and positive Neer's sign, Skin, upper arm inspection: no rash or lesions
Musculoskeletal: Right Upper Extremity
Inspection and Palpation: overall: _Right shoulder exam is essentially same as left shoulder exam
Musculoskeletal: Left Lower Extremity
Inspection and Palpation: knee: _Medial scar, normal alignment, tenderness over medial joint line, tenderness over lateral joint line, McMurray positive lateral joint line and McMurray positive medial joint line; Range of Motion: knee: _0-105°.; Strength and Tone: quadriceps: 4/5, quadriceps tone: and atrophy mild; Stability: knee: anterior drawer (neutral) 2+, Lachman 2+, pivot shift positive, posterior sag negative, normal valgus stress test, 0 degrees, normal valgus stress test, 30 degrees, normal varus stress test, 0 degrees and normal varus stress test 30 degrees; Skin: overall: well healed scar left knee medial

Imaging and Tests
X-Rays Obtained Today
Review of the left hand and wrist taken in the office today. There is evidence of previous surgery with small metal screws in the area of the trapezium. There are degenerative changes noted at the first and second CMC joints.

X-rays of both shoulders taken in the office today reveal a type II acromion with lateral downsloping and degenerative changes with spur formation at the AC joint.

Generated on 10/3/2017
3 of 6

10/03/2017 3:14PM (GMT-04:00)

From: 01/04/2018 09:24 #364 P007/018

HALL, JAMES M.
552752 44Y TS M
Adm: 2018-01-05 ISO: DT:
Atn: DIONISIO, RAMONITO M
DOB: [redacted]

Hall, James M
Date of Service: September 28, 2017

AP, lateral and sunrise views of the left knee taken in the office today reveal slight varus deformity. There is retained metal hardware in the distal femur and proximal tibia consistent with previous MCL reconstruction. There is loss of medial joint space and medial osteophyte formation consistent with degenerative changes.

X-rays of the cervical spine taken in the office today reveal decreased cervical lordosis with severe narrowing at C5-6 and C6-7. There is moderate narrowing at C3-4. There is mild listhesis of C2 on C3. No fracture or dislocation is appreciated.

Lumbar x-rays taken in the office today reveal narrowing and degenerative changes at T12 and S1. No evidence of fracture or dislocation is appreciated.

MRI
MRI of the left knee reveals a chronic ACL tear. There is a partial tear of the lateral collateral ligament. Previous surgical fixation of the MCL is noted causing some artifact obscuring the surrounding medial [illegible]. There is a tear involving the posterior horn and medial meniscus and osteochondral defect of the medial tibial plateau.

MRI of the right shoulder reveals an intrasubstance tear of the subscapularis tendon with biceps tendon subluxation from the bicipital groove. There is tendinosis of the supraspinatus and infraspinatus tendons. There is noted to be a superior labrum tear with propagation into the biceps anchor. Increased signal within the [illegible] of unknown etiology.

MRI of the left shoulder reveals moderate arthritis at the a.c. joint with tendinosis of the supraspinatus and infraspinatus tendons. No discrete tears appreciated. MRI of the cervical spine reveals a small posterior disc bulge at C2-3 without stenosis. There is a posterior disc bulge at C3-4, resulting in moderate right foraminal stenosis. The posterior disc bulges noted at C4-5 without stenosis. At C5-C6 and C6-7 there are significant posterior disc herniations, resulting in mild central canal stenosis and moderate bilateral foraminal stenosis.

Diagnosis
S83.232A-836.0 Complex tear of medial meniscus, current injury, left knee, initial encounter
M23.612-644.2 Other spontaneous disruption of anterior cruciate ligament of left knee
M50.10-721.4 Cervical disc disorder with radiculopathy, unspecified cervical region
S33.5XXA-847.2 Sprain of ligaments of lumbar spine, initial encounter
S46.012A-840.4 Strain of muscle(s) and tendon(s) of the rotator cuff of left shoulder, initial encounter
S43.431A-840.7 Superior glenoid labrum lesion of right shoulder, initial encounter

Services Performed

Generated on 10/3/2017
4 of 6

10/03/2017 3:14PM (GMT 04:00)

From: 01/04/2018 09:25 #364 P.008/018

[illegible]

[illegible] 01 [illegible]

HALL, JAMES M.
[illegible] 552752 44Y TS M
Admit: 2018-01-05 ISC: DT:
Attn: DIONISIO, RAMONITO M
DOB: [redacted]

Hall, James M
Date of Service September 28, 2017

73564 X-RAY EXAM OF LEFT KNEE 4 VIEWS with the modifier: LT
73030 X-RAY EXAM OF LEFT SHOULDER, COMPLETE, MIN 2 VIEWS with this modifier: LT
73030 X-RAY EXAM OF RIGHT SHOULDER, COMPLETE, MIN 2 VIEWS with this modifier: RT
99205 COMPREHENSIVE SERVICES - NEW
Calculated Complexity: None

Services Ordered
Referral Referral Order
Physicians and Medical Service Providers, Leblanc, Robby D
(left hand/wrist eval)
Provider's Role: Specialist
Current Referral Status: Initiated

Prescriptions Given

Patient Instruction

Plan
The patient sustained multiple injuries as a result of this motor vehicle accident. I discussed all of the injuries and treatment options with the patient. He still seems to be having some symptoms from his head injury so I am not sure quite his level of understanding.

In order to address these injuries to the left knee, which I feel are a priority. He will continue in the brace. However, I feel he will require surgery to address the pain, instability symptoms, and swelling. I will recommend and request approval for left knee arthroscopy with partial medial meniscectomy, ACL reconstruction with allograft, and high tibial osteotomy with hardware removal.

I also believe the right shoulder we will need surgery to include right shoulder arthroscopy, superior labrum repair, biceps tenodesis, subacromial decompression, and distal clavicle resection. I believe this should be done after the knee because he will require a period of protected weightbearing using crutches after the knee surgery. The left shoulder I feel will be able to be treated with a subacromial injection and physical therapy. Anti-inflammatory medication may help as well. Following both the knee and shoulder surgeries he will require a minimum of 12 weeks physical therapy for each one.

In regards to the left hand, I feel that he severely exacerbated an underlying previous condition and believe he needs to see a hand specialist. I will refer him and recommend that he see Dr. Robby Leblanc for consultation.

I will defer his spine treatment to the recommendations of Dr. [illegible]. However, if injections of the cervical or lumbar spine are recommended, I would be happy to perform these, if requested.

It is my opinion that the injuries and necessary medical treatment

Generated on 10/3/2017
5 of 6

10/03/2017 3:14PM (GMT-04:00)

From: 01/04/2018 09:25 #364 P.009/018

Gear Law Tech

09/15/2017 01:41 PM

HALL, JAMES M. 44Y TS M
162975990 552752
Adm: 2018-01-03 ISC: DT:
Atty: DIONISIO, RAMONITO M
DOB: [redacted]

Hall, James M
Date of Service September 28, 2017

that the patient is seeking today are all a direct result of the accident that the patient was involved in on September 4, 2017.
A return visit is indicated in 1 month.

Malcolm J Stubbs MD

Malcolm J Stubbs MD

Complete.
STUB1 09/04/17
STUB1 ATTY 09/04/17
CC Malcolm J Stubbs MD

Generated on 10/3/2017
Golby

10/03/2017 3:14PM (GMT-04:00)

STCZ OREGON MOB PT
Therapy Progress Note
Report

Hall, James M
MRN: 552752, DOB: [redacted] Sex: M
Adm: 2/2/2018, D/C: 2/2/2018

From: 01/04/2018 09:25 #364 P010/018

Gaar Law Firm

Patient: Hall, James M [illegible]
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 09, 1973

HALL, JAMES M. TS
[illegible] 552752 44Y M
Admit: 2018-01-05 ISO: DT:
Attn: DIONISIO, RAMONITO M
DOB: [redacted]

## LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone (337)234-5234

Hall, James M
DOB [redacted]
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420

Date of Service: November 15, 2017

**Current Medications**
Ultram 50 mg tablet, oral.
[illegible] 1 mg tablet, oral.

**Past Medical History**

**Surgical History**
lower extremity Recorded Date: September 28, 2017
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unknown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Alcohol history Never drinks alcohol
Tobacco history Current every day smoker
Number of years using tobacco 30

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient denied chest pain/pressure
Constitutional: The patient complained of fatigue.
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-year-old male
He presented for pre-op/surgery consult. The procedure to be performed is left knee arthroscopy with medial meniscectomy, ACL reconstruction, Allograft, Distal Ostectomy with hardware removal. The patient has been given the following pre-operative instructions: nothing to eat or drink after midnight the night before. The procedure has been scheduled on 11/21/2017.

Surgical procedure was explained in detail and inform consents were obtained.
Mr. Hall presents today with continued complaints of left knee pain and instability due to a motor vehicle accident. At his previous visit, options were discussed at length and left knee arthroscopy was recommended. He would like to proceed.

**Vital Signs**
HT: 6' WT: 205 lbs BMI: 27.8 BP: 143/100 [illegible] Right Arm Sitting

**Physical Exam**

**Constitutional:**
general appearance- overall, well nourished, well developed and in no acute distress
**Psychiatric:**
orientation/consciousness- overall, oriented to person, place and time; level of consciousness: alert; mood and affect: affect: blunted [illegible]
**Cardiovascular:**
examination of vasculature- overall, good capillary refill and pulses bilaterally normal
**Lymphatic:**
palpation- overall, no obvious adenopathy
**Neurological:**
Upper Extremity Reflexes- left biceps: 2+; Right biceps: 2+; Left

Generated on 11/15/2017
Page 1 of 3

[illegible]

From: 01/04/2018 09:26 #364 P.011/018

[illegible]

HALL, JAMES M. TS
[illegible] 552752 44Y M
Admit: 2018-01-05 ISO: DT:
Attn: DIONISIO, RAMONTO M
DOB: [redacted]

Patient: Hall, James M [illegible]: 17458
Address: 617 [illegible] St LAFAYETTE, LA 70503
Date of Birth: October 07, 1973

Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, [illegible] and blood clots.
Musculoskeletal: The patient complained of joint pain, muscle pain, muscle weakness, joint stiffness and back pain.
Neck: The patient complained of swollen glands.
Neurologic: The patient complained of numbness, tingling and headaches.
Psychiatric: The patient complained of depression, anxiety and memory loss.
Respiratory: The patient denied dyspnea.

brachioradialis: 2+; right brachioradialis: 2+; left triceps: 2+; right triceps: 2+; left [illegible]: negative; Right [illegible]: negative [illegible]
Extremity Reflexes: left patella, 1+; Right patella, 1+; left achilles: 1+, Right achilles: 1+; left clonus: negative; Right clonus: negative;
Sensation: left lower extremity: intact; left upper extremity: intact; right upper extremity: intact
Musculoskeletal:
Gait and station: gait antalgic; station, normal
Musculoskeletal: Spine/Ribs/Pelvis.
Skin: overall: no rash or lesions; Functional Testing: sitting SLR (left) produces back pain; sitting SLR (right) produces back pain
Musculoskeletal: Left Upper Extremity.
Inspection and Palpation: shoulder: tenderness over AC joint and tenderness on the greater tuberosity; wrist: presence of a scar, tender Over basal thumb joint over the first and second CMC and positive Finkelstein's test; Range of Motion, shoulder: internal rotation to lumbar, abduction 90 degrees, forward flexion [illegible] degrees and external rotation 30 degrees; wrist: decreased flexion, pain with flexion, decreased extension and pain with extension; thumb: crepitus, decreased opposition, pain with opposition, decreased flexion at the MCP joint and pain with flexion at the MCP joint, Stability: shoulder: no instability and positive apprehension sign; wrist: a normal exam. Strength and Tone: deltoid strength: 4/5; shoulder strength, positive Neer's sign and positive Hawkins's sign, Skin: upper arm inspection: no rash or lesions
Musculoskeletal: Right Upper Extremity.
Inspection and Palpation: overall: _Right shoulder exam is essentially same as left shoulder exam
Musculoskeletal: Left Lower Extremity.
Inspection and Palpation: knee: _Medial scar, normal alignment, tenderness over medial joint line, tenderness over lateral joint line, McMurray positive lateral joint line and McMurray positive medial joint line. Range of Motion, knee: _0-105°, Strength and Tone: quadriceps: 4/5; quadriceps tone: and atrophy [illegible]; Stability: knee: anterior drawer (neutral) 1+, Lachman 2+, pivot shift positive, posterior sag negative, normal valgus stress test, 0 degrees, normal valgus stress test, 30 degrees, normal varus stress test, 0 degrees and normal varus stress test 30 degrees. Skin: overall: well healed scar left knee medial

Imaging and Test Results

Diagnosis
S83.232A-836.0 Complex tear of medial meniscus, current injury, left knee, initial encounter
S46.012A-840.4 Strain of muscle(s) and tendon(s) of the rotator cuff of left shoulder, initial encounter
M23.611-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee

Services Performed

Generated on 12/11/2017
Page 2 of 3

[illegible]

From: 01/04/2018 09:26 #364 P.012/018

HALL, JAMES M. TS
[illegible] 552752 44Y M
Admit: 2018-01-05 ISO DT:
Attn: DIONISIO, RAMONITO M
DOB: [redacted]

Patient: Hall, James M Acct: [illegible]
Address: 417 S Buchanan St LAFAYETTE, LA 70501
Date of Birth [redacted]

99213 INTERMEDIATE SERVICES - EST

Prescriptions Given
No prescriptions given today

Plan
Due to complex injury in the left knee and failure of conservative measures, Mr. Hall would like to pursue surgical [illegible]. Options, including not undergoing the procedure, risk, benefits, and outcomes were discussed at length and informed consent was obtained. We will plan for a left knee arthroscopy with partial medial meniscectomy, ACL reconstruction with allograft, [illegible] osteotomy and removal of hardware as planned.

PAC

Andrew Heber PA-C 12/12/2017 09:16 AM

Approved by: Malcolm J Stubbs MD on 12/13/2017 09:37 AM
Complete.
STU01 [illegible]/17
STU01 ATTY [illegible]/17
CC: Malcolm J Stubbs MD

Generated on 12/11/2017
Page 3 of 3

From: 01/04/2018 09:27 #364 P.013/018

[illegible] Law Firm

HALL, JAMES M. TS
[illegible] 552752 44Y M
Admit: 2018-01-05 ISO: DT:
Attn: [illegible]
DOB: [redacted]

Patient: Hall, James M MRN: 17458
Address: 617 S Buchanan St, LAFAYETTE LA 70501
Date of Birth: [redacted]

## LAFAYETTE BONE AND JOINT CLINIC

Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

Hall, James M
DOB: [redacted]
617 S Buchanan St, LAFAYETTE LA 70501
(409)730-3420

Date of Service: December 06, 2017

**Current Medications**
cyclobenzaprine 10 mg tablet, oral.
Percocet 10 mg-325 mg tablet, 1 Tablet(s) PO [illegible] as needed for pain, 60 days
Percocet 10mg 325 mg tablet, oral.

**Past Medical History**

**Surgical History**
Left knee arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. Recorded Date: December 01, 2017
lower extremity Recorded Date: September 28, 2017
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: father Recorded Date: September 28, 2017 Notes: history unknown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Alcohol History Never drinks alcohol
Tobacco history Current every day smoker
Number of years using tobacco 20

**Allergies**
NO KNOWN DRUG ALLERGIES

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44 years-old male. He presented for post-op. The procedure performed was left knee arthroscopy with arthroscopic assisted ACL reconstruction using posterior tib allograft, high tibial osteotomy, partial medial meniscectomy, debridement and chondroplasty of medial compartment chondromalacia, and partial hardware removal. The date of the procedure was 11/21/2017

**Vital Signs**
Ht: 6' WT: 205 lbs as stated by patient BMI: 27.8 BP: 148/[illegible] mmHg
Right Arm Sitting

**Physical Exam**

**Musculoskeletal: Left Lower Extremity:**
Inspection and Palpation: knee, tenderness over medial joint line; Skin: [illegible] intact and well healed [illegible]

**Imaging and Test Results**
X-Rays
2 views of the left knee taken in house today. Shows good progression of bony fusion at osteotomy. The lateral tibial plateau fracture is barely visible. There is some heterogeneous bone growth on the medial femur where his previous hardware was removed.

**Diagnosis**
M23.612-[illegible] Other spontaneous disruption of anterior cruciate ligament of left knee

**Services Performed**
99024 POSTOP FOLLOW-UP VISIT
73560 X-RAY EXAM OF [illegible] 2 VIEWS [illegible]

Generated on 12/20/2017
Page 1 of 2

[illegible] [illegible] [illegible] [illegible]

From: 01/04/2018 09:27 #364 P.014/018

[illegible]

HALL, JAMES M. TS
[illegible] 552752 44Y M
Adm: 2018-01-05 ISO: DT:
Att: DIONISIO, RAMONITO M
DOB: [redacted]

[illegible]

Patient: Hall, James M [illegible]: 17464
Address: [illegible]
Date of Birth: [illegible]

**Review of Systems**
Cardiovascular: The patient complained of swelling in hands or feet and leg cramping.
Constitutional: The patient complained of weight gain and fatigue.
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Hematologic/Lymphatic: The patient denied abnormal bleeding and bruising, [illegible] and blood clots.
Musculoskeletal: The patient complained of joint pain, muscle pain, joint swelling, muscle weakness, joint stiffness and back pain.
Neck: The patient complained of swollen glands.
Neurologic: The patient complained of numbness, tingling and headaches.
Psychiatric: The patient complained of depression, anxiety and memory loss.
Respiratory: The patient denied dyspnea.
Eyes: The patient denied vision problems and sensitivity to light.
Ears/Nose/Throat/Neck: The patient denied hearing problems, ringing in ears and nosebleeds.
Endocrine: The patient denied cold intolerance, heat intolerance, excessive hunger and excessive thirst.
Genitourinary: The patient denied urinary frequency, excessive urination at night, blood in urine, irregular periods and loss of bladder control.

**Services Ordered**
97001 PT EVALUATION [illegible] non weight bearing for 6 weeks post-operative. He may begin some physical therapy now with [illegible] and ROM. Range of motion 0-30 for first two weeks, then he will [illegible] to progress as tolerated. He will obtain [illegible] at 6 weeks post-operative and if okay, he may start weight bearing as tolerated as well as active strengthening. His surgery was performed on [illegible]
)

**Prescriptions Given**
No prescriptions given today

**Plan**
S/P [illegible] will return home to Ohio. We have given him some orders for no weight bearing until 6 weeks post operative. At that time, he will obtain [illegible] of the left knee and have them forwarded here. If okay he may begin weight bearing and some active strengthening. He received his range of motion brace and is set to 0-30. He will continue this for two more weeks and then progress as tolerated. He will be back in town in February. He will call us with any problems until then.
A return visit is indicated in 2 months.

Andrew Hebert PA-C 12/[illegible]/2017 [illegible] AM

Approved by [illegible] MD on [illegible]/2017 [illegible] PM
Complete.
[illegible]
[illegible]
CC: [illegible] MD

[illegible] 12/[illegible]/2017
Page 2 of 3

[illegible]

From: 01/04/2018 09:28 #364 P.015/018

[illegible]

HALL, JAMES M.
[illegible] 552752 44Y TS M
Admit: 2018-01-05 ISO: DT:
Attn: DIONISIO, [illegible] M
DOB: [redacted]

Patient: Hall, James M. MRN: 37468
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 1973

LAFAYETTE BONE AND JOINT CLINIC
Malcolm J Stubbs MD
1103 Kaliste Saloom Rd #100 & 102, Lafayette, LA 70508
Phone: (337)234-5234

Hall, James M
DOB: [redacted]
617 S Buchanan St, LAFAYETTE, LA 70501
(409)730-3420

Date of Service: December 01, 2017

**Current Medications**
cyclobenzaprine 10 mg tablet, oral
Norco 10 mg-325 mg tablet, oral

**Past Medical History**

**Surgical History**
Left Knee Arthroscopy Performed: 11/21/17 Notes: left knee arthroscopy with ACL reconstruction Dr. Stubbs. Recorded Date: December 01, 2017
lower extremity Recorded Date: September 28, 2017
upper extremity Recorded Date: September 28, 2017

**Family History**
Relationship: Father Recorded Date: September 28, 2017 Notes: history unknown
Relationship: Mother Recorded Date: September 28, 2017 Notes: history unknown

**Social History**
Alcohol history: Never drinks alcohol
Tobacco history: Current every day smoker
Number of years used tobacco: 30

**Allergies**
NO KNOWN DRUG ALLERGIES

**Review of Systems**
Cardiovascular: The patient complained of leg [illegible].

**Chief Complaint/History of Present Illness**
The patient, James Hall, is a 44-year-old male.
He presented for post-op. The procedure performed was left knee arthroscopy with arthroscopic assisted ACL reconstruction using posterior tib allograft, high tibial osteotomy, partial medial meniscectomy, debridement and chondroplasty of medial compartment chondromalacia, and painful hardware removal.

**Vital Signs**
HT: 6' WT: 225 lbs BMI: 27.8 BP: 142/97 mmHg Left Arm Sitting

**Physical Exam**

Musculoskeletal: Left Lower Extremity.
Skin- overall sutures intact, sutures removed without incident. Steri-strips placed on medial incision.

**Imaging and Test Results**
X-Rays
2 views of the left knee taken in house today shows good positioning of osteotomy and bone graft product. Transverse tibial screw is well placed. ACL button also appears to be in good position.

**Diagnosis**
M23.612-844.2 Other spontaneous disruption of anterior cruciate ligament of left knee

**Services Performed**
73560 X-RAY EXAM OF LEFT KNEE 2 VIEWS with the modifier: LT
99024 POSTOP FOLLOW UP VISIT

**Services Ordered**
E1399 DURABLE MEDICAL EQUIPMENT MISCELLANEOUS (ROM [illegible])

Generated on 12/04/2017
Page 1 of 2

[illegible]

From: 01/04/2018 09:28 #364 P.016/018

Case [illegible] Fax

HALL, JAMES M. TS
[illegible] 552752 44Y M
Adm: 2018-01-05 ISO: DT:
Adx: DIONISIO, RAMONITO M
DOB: [redacted]

Patient: Hall, James M MRN: [illegible]
Address: 617 S Buchanan St LAFAYETTE, LA 70501
Date of Birth: October 07, 197[illegible]

Constitutional: The patient complained of fever, night sweats and fatigue.
Endocrine: The patient complained of heat intolerance
Gastrointestinal: The patient denied abdominal pain, nausea and vomiting.
Musculoskeletal: The patient complained of joint pain, muscle pain, joint swelling and joint stiffness.
Skin: The patient complained of swollen glands.
Neurologic: The patient complained of numbness and tingling.
Respiratory: The patient denied dyspnea.

to 0-90 degrees

Prescriptions Given
Percocet 10 mg-325 mg tablet, 1 tablet(s) PO [illegible] as needed for pain, 60 days, start on December 01, 2017, end on January 29, 2018.

Plan
Mr. Hall's sutures were removed today. He will remain in a knee immobilizer at this time. However, we will order a range of motion brace for the left knee to be set to 0-90 degrees. He will continue to be strictly non weight bearing. He states he will be heading back home to Ohio soon. He will come in prior to that to discuss proper therapy and bracing to help his recovery.
A return visit is indicated in [illegible] week

[signature] PAC

Andrew Hebert PA-C 12/01/2017 10:23 AM

[signature]

Approved by: Malcolm J Stubbs MD on 12/06/2017 09:31 AM
Complete
SRUDI 03/04/17
SRUDI ATTY 05/04/17
CC: Malcolm J Stubbs MD

Generated on 12/0[illegible]/2017
Page 2 of 2

[illegible] [illegible]

From: 01/04/2018 09:28 #364 P.017/018

Fax Server

From Envision Imaging 1.337.541 0202 Wed Sep 20 13:01 02 2017 MDT Page 3 of 4

ENVISION IMAGING

PATIENT NAME: Hall, James
BIRTH DATE: [redacted]
MPI#: LAF54421
DATE OF EXAM: 9/20/2017

REFERRED BY: William Brennan, MD
105 Patriot Ave - Ste 101
Lafayette, LA 70503

HALL, JAMES M. TS
162875990 552752 44Y M
Admit: 2018-01-05 ISO: DT:
Attn: DIONISIO, RAMONITO M
DOB: [redacted]

EXAM: MRI Knee WO - LEFT

INDICATION: Pain

COMPARISON: None

CLINICIAN: WILLIAM BRENNAN MD, MD

RL: 1600

FINDINGS:

Multiplanar multisequence noncontrast MRI imaging of the left knee was performed

Bone: There is susceptibility artifact associated with a screw present within the medial aspect of the
medial femoral condyle. This partially obscures the surrounding tissue. There is also a screw
present within the medial aspect of the proximal tibia. Correlate with a history of medial collateral
ligament repair.

There is degenerative spurring off the joint margins. No evidence of acute fracture or bony
contusion is seen.

Ligaments: There is a torn anterior cruciate ligament appearing chronic. The posterior cruciate
ligament is intact. The patient has had prior surgical repair of the medial collateral ligament. The
proximal aspects of the medial collateral ligament are secured by susceptibility artifact from the
screw. The distal aspects of the medial collateral ligament appear intact. There is a partial tear of
the origin of the lateral collateral ligament approximately 30% in thickness primarily affecting the
deep band

Menisci: There is blunting of the free edge of the posterior horn of the medial meniscus. An oblique
tear enters the posterior horn of the medial meniscus violating the inferior articular surface. There is

Page 1 of 2 [illegible] Lafayette, LA 70508 - Phone: [illegible] - Fax: [illegible]

From: 01/04/2018 18

HALL, JAMES M. TS
552752 44Y M
Admit: 2018-01-05 DT:
Attn: DIONISIO, RAMONITO M
DOB: [redacted]

ENVISION IMAGING

PATIENT NAME: Hall, James
BIRTH DATE: [redacted]
MPI#: LAF94421
DATE OF EXAM: 9/20/2017

some degenerative increased signal seen within the posterior horn of the lateral meniscus.

Cartilage. There is a grade 2 4 mm cartilage defect present within the medial femoral condyle. An osteochondral defect is present within the medial tibial plateau extending 7 x 10 mm in diameter. There is grade i chondromalacia involving the lateral joint compartment.

Soft tissue. There is a small joint effusion. Prepatellar subcutaneous edema is present.

IMPRESSION:

1. Chronic ACL tear

2. Partial tear of the lateral collateral ligament

3. Previous surgical fixation of the medial collateral ligament causing artifact obscuring the surrounding tissue

4. Tear involving the posterior horn of the medial meniscus

5. Osteochondral defect of the medial tibial plateau

Joseph Dieber, MD
This document was electronically signed by Joseph Dieber, MD on 9/20/2017

Scan on 2/19/2018 9:12 AM by SCANNING, HPF (below)

STCZ OREGON MOB PT
Therapy Progress Note Report

Hall, James M
MRN: 552752, DOB: [redacted] Sex: M
Adm: 2/2/2018, D/C: 2/2/2018

MERCYHEALTH

2PNT

HALL, JAMES M. TS
162879900 552752 44Y M
Admit: 2018-01-05 ISD: DT:
Attn: DIONISIO, RAMONITO M
DOB: [redacted]

**REHAB SERVICES PATIENT HISTORY QUESTIONNAIRE - ABRIDGED**

Do you speak and read English easily? ☑ Yes ☐ No

If no, what language to you use daily? English

Are you 65 years of age or older? ☐ Yes* ☑ No

Have you fallen in the last year? ☐ Yes* ☑ No

*(Therapist note: A YES* to either question requires a Fall Risk Assessment)*

1. What is the reason you are here for therapy? Knee Surgery Recovery / X-Ray
2. How did this happen? (accident, etc.) Hit By Semi-truck
3. When did it start? Date: 9/4/17
4. Has your doctor run any of the following tests for your current problem?
   ☑ X-ray ☐ MRI ☑ CT ☑ EMG ☐ Vascular Studies
   ☐ Other: ____
5. Are you currently having pain? ☑ Yes ☑ No
   none in knee
6. On the picture, shade in the areas where you feel pain.
7. On the picture, put an "X" on the area that hurts the most.



8. Circle the one number that best describes your pain right now:
   No Pain — Moderate Pain — Unbearable Pain
   0 1 2 3 4 5 (6) 7 8 9 10
9. Please check all the words that describe your pain.
   ☑ constant ☐ intermittent ☑ dull ☐ sharp
   ☐ shooting ☐ stabbing ☐ burning ☑ aching ☑ numb
   ☐ other ____
10. What makes your pain worse? cold / too much sitting one position
    (i.e. positions, heat, cold, medication)
11. What makes your pain better? move position / Med / Heat
    (i.e. positions, heat, cold, medication)
12. What are your goals for therapy? Full Recovery

-CONTINUED-

MHP 9676 Rev. 1/17 PT

STCZ OREGON MOB PT
Therapy Progress Note Report

Hall, James M
MRN: 552752, DOB: [redacted] Sex: M
Adm: 2/2/2018, D/C: 2/2/2018

HALL, JAMES M. TS
1R2378980 552752 44Y M
Adm: 2018-01-05 ISO: DT:
Att: DIONISIO, RAMONITO M
DOB: [redacted]

**MEDICAL HISTORY**
***(If you see any doctors associated with the Mercy system, skip numbers 1 - 3)***

1. Have you had, or do you now have, any of the following listed conditions?

| | | |
|---|---|---|
| ☐ High Blood Pressure | ☐ Heart Problems | ☐ Pacemaker |
| ☑ Panic Attacks | ☐ Stroke | ☐ Diabetes |
| ☐ Gland Problems (thyroid) | ☐ Arthritis | ☑ Anxiety |
| ☐ Cancer | ☐ Lung Disease | ☐ Circulation Problems |
| ☐ Vision Problems | ☐ Hearing Problems | ☐ Stomach Problems (ulcers, etc.) |
| ☐ Seizures | ☐ Blood Disorder/Sickle Cell | ☑ Depression |
| ☐ Kidney or Bladder Control Problems | ☐ Asthma | ☐ Emphysema |
| ☑ Current Smoker | ☐ Breathing Problems | |

Drink Alcohol: ☑ None ☐ Occasionally ☐ Often

Other: Marijuana for Both Physical pain & anxiety

2. Please list any surgeries you have had within the last 10 years: left Knee reconstruction

3. Please list any medication or herbal remedies you are currently taking: Marijuana / low aspirin

4. Are you allergic to:

| | | | |
|---|---|---|---|
| Cortisone/Dexamethasone | ☐ Yes ☐ No | Bee Stings | ☐ Yes ☐ No |
| Latex | ☐ Yes ☐ No | Pool Chemicals | ☐ Yes ☐ No |

Please list any other allergies: ________

5. Is there any chance that you might be pregnant? ☐ Yes ☐ No

6. Are there any additional issues or concerns that you would like your therapist to be aware of? ________

Next Doctor's Appointment: ________

**END OF REPORT**