AUTHORIZATION FOR EMPLOYMENT/PERSONNEL RECORDS

TO WHOM IT MAY CONCERN:

YOU ARE HEREBY AUTHORIZED to provide a certified copy of any and all personnel files, including but not limited to personnel records time sheets, expense reports, pre-employment applications, physicals, earnings records, employment application, W-2 forms, performance, promotion, demotion, transfer and termination records, medical reports and records, accident/incident reports, and other such documents retained by this company and regarding my employment to THE DILL FIRM, APLC, P.O. Box 3324, Lafayette, Louisiana 70502-3324.

It is further agreed and authorized that a copy of this authorization will have the same force and effect as the original.

THUS DONE AND SIGNED this 11th day of September, 2012.

WITNESS

EMPLOYEE SIGNATURE

EMPLOYEE INFORMATION:

Full Name: James Michael Hall

Date of Birth: [redacted]

Social Security Number: [redacted]

# RECORDS CERTIFICATION

TO WHOM IT MAY CONCERN:

This is to certify that the attached photographic reproductions are true and exact photocopies of the records of **JAMES MICHAEL HALL, DOB**[redacted] **Social Security Number:**[redacted] These records were prepared by the personnel, staff, or persons acting under the control of either, in the ordinary course of business at or near the time of the act, condition or event.

WITNESSES:

Becky Reedy

Laura Burress
Records Administrator for Rains & Sons Trucking

Date: 9/24/18

# Checklist for New Hires

- X Add driver to Driver Contacts List
- X Add driver to Cottingham Current driver list spread sheet
- X Add driver in computer employee master (32/3)
- X Add driver in computer payroll master (41/15/8).
- X Add tax withholdings to Innovative (get Arizona state X tax withholding form, if applicable)
- X Add direct deposit information to Innovative
- X Add to health insurance spread sheet
- X Add to driver raise spread sheet
  - X Add on spread sheet on computer
- X Add to driver pay scale sheet
- X Report new hire to home state
- X Change Ten Street status to 'In Orientation'
- X Add hire date to Ten Street after drug test results are received.
  - X Search for employee
  - X Click on Tagging
  - X Enter hire date
- X Add $200 for orientation pay (55/25)
- X Scan personnel file into Active employees under HR

Employee Name: James Hall

Driver Code: HALJ

Hire Date: 1-18-17

10

TEXAS DEPARTMENT OF PUBLIC SAFETY

TEMPORARY PERMIT VALID UNTIL 03-12-2017

LOCATION: [illegible]
TIME STAMP: [illegible]
DATE STAMP: 01-11-2017

ORGAN DONOR: Y
VOTER REGISTRATION: [illegible]

RECEIPT NUMBER: [illegible]

RESTRICTION TEXT:
NONE

ENDORSEMENT TEXT:
TANK VEHICLE
DOUBLE/TRIPLE TRAILER

MAILING ADDRESS:
P.O. BOX [illegible]
PORT ARTHUR, TX [illegible]



DL/ID/LIC NUMBER: [illegible] CLASS: A [illegible] LICENSE TYPE: [illegible]
RESTRICTION CODE: NONE ENDORSEMENT CODE: N, T

NAME: WALL,
JAMES MICHAEL

ADDRESS:
[illegible] THOMAS BLVD
PORT ARTHUR, TX [illegible]

DATE OF BIRTH: [redacted] EXPIRATION DATE: [illegible]
SEX: M [redacted] ISSUANCE DATE: [illegible]
EYE COLOR: [illegible]

SIGNATURE: ______

EMPLOYEE: ______

1. For driver license related questions, please call 512-424-2600 or refer to the DPS website at www.dps.texas.gov or at www.texas.gov.
2. Your DL/ID Card will be processed and mailed within 30-45 days.
3. You must continue to carry this Temporary Permit until your new card is received.
4. For roadside assistance related to the following issues, please call 1-800-525-5555.
   - Stranded with car problems
   - Hazardous road conditions
   - Debris in the roadway

5. If you signed up for voter registration, you will be contacted by your voter registrar within 30 days. If the registrar has no questions regarding your registration, a voter registration certificate will be mailed to you within that time frame. If you do not receive it, please contact:
   - Your County Voter Registrar. Contact information is available online at: http://sos.state.tx.us/elections/voter/votregduties.shtml
   - Secretary of State's Office toll-free at 1.800.252.VOTE (8683) or elections@sos.texas.gov

EQUAL OPPORTUNITY EMPLOYER
COURTESY · SERVICE · PROTECTION

Rains & Sons
Transportation, LLC

# Employee Status Form

Name: James (First) M (Middle) Hall (Last)

☐ Physical and Mailing Address are the same

Physical Address: ______ (Street) ______ (City) ______ (State) ______ (Zip)

Mailing Address: [redacted] (Street) [redacted] (City) (State) (Zip)

Social Security Number: [redacted]

Date of Birth: [redacted]

Phone Number: (409) 730-3420

Email: ravensong000@gmail.com

**In Case of Emergency**

Name: [redacted] Phone #: [redacted] Relationship: [redacted]

Name: ______ Phone #: ______ Relationship: ______

Official Job Title: Class A Driver

Original Date of Hire: 1/18/17

**Employment Status:**

- ☑ Full-Time (40+ hours)
- ☐ Part-Time Benefit Eligible (30-40 hours)
- ☐ Part-Time (Less than 30 hours)
- ☐ Temporary

**Rate of Pay:**
DRIVERS:

- ☑ Mileage pay ~~.384~~ .366 per mile
- ☐ Other: ______

OFFICE:

- ☐ Salary: $______ per ______
- ☐ Hourly: $______ Overtime: $______

Leah Womack
Company Representative (PRINT)

1-17-17
Date

# Voluntary Self-Identification Form

Confidential – For Statistical Use Only

Anti-Discrimination Notice: *It is an unlawful employment practice for an employer to fail or refuse to hire or discharge any individual, or otherwise to discriminate against any individual with respect to that individual's terms and conditions of employment, because of such individual's race, color, religion, sex or national origin.*

Rains & Sons Transportation, LLC is subject to certain nondiscrimination and affirmative action recordkeeping and reporting requirements, which require the employer to invite employees to voluntarily self-identify their race/ethnicity.

*Submission of this information is voluntary* and refusal to provide it will not subject you to any adverse treatment. The information obtained will be kept confidential and may only be used in accordance with the provisions of applicable federal laws, executive orders, and regulations, including those which require the information to be summarized and reported to the Federal Government for civil rights enforcement purposes.

If you choose not to self-identify your face/ethnicity at this time, the federal government requires your employer to determine this information by visual survey and/or other available information. For civil rights monitoring and enforcement purposes, only all race/ethnicity information will be collected and reported in the seven categories identified below. The definitions for each category have been established by the federal government. If you choose to voluntarily self-identify, you may mark only one of the boxes presented below. Your voluntary cooperation is appreciated.

**Please Complete In Full:**

Employee Name: James Hall

Job Title: Class A Driver

Gender (check appropriate response): ☐ Female ☑ Male

Ethnic Group: Please check one of the descriptions below corresponding to the ethnic group with which you most identify:

- ☑ **White:** a person having origins in any of the original peoples of Europe, the Middle East, or North Africa.
- ☐ **Black or African American:** a person having origins in any of the black racial groups of Africa.
- ☐ **Hispanic or Latino:** a person of Cuban, Mexican, Chicano, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race.
- ☐ **Native Hawaiian or other Pacific Islander:** a person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands.
- ☐ **Asian:** a person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, The Philippine Islands, Thailand, and Vietnam.
- ☐ **American Indian or Alaskan Native:** a person having origins in any of the original peoples of North and South American (including Central America), and who maintains tribal affiliation or community attachment.
- ☐ **Two or more races:** a person who primarily identifies with two or more of the above race/ethnicity categories.

Check any that apply: ☐ Veteran ☐ Newly Separated Vet ☐ Other Protected Vet ☐ Vietnam Vet ☐ Service Medal Vet ☐ Disabled Vet ☐ Active Duty Badge Vet

# Confidential Medical Questionnaire

Name: James Hall Position: class A Driver

Notice: In compliance with the American with Disabilities Act of 1990 (ADA) you have received a conditional offer of employment. This medical history statement is required. The answers to the medical history statement and any medical examination will be kept confidential as required by the ADA and HIPPA. The job offer, which you have received is conditioned upon satisfactory completion and review of this medical history statement; any required medical examination or follow up and job assignment availability.

Employee Affirmation: I herewith affirm that the employer has made me an offer of employment. The purpose of this inquiry is to determine whether I currently have the physical qualifications necessary to perform the job that has been offered; to determine whether and what accommodations may be necessary; and to determine whether I can perform the job without posing a significant/direct threat to the health and safety of myself or others. I hereby affirm that the questions in the medical questionnaire have not been asked of me by anyone with the employer until after I have signed this statement and been offered a conditional job.

1. Have you ever had or been treated for any of the following conditions or disease?

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Herniated disc | ☐ | ☑ | Knee injury | ☑ | ☐ |
| Surgical removal of disc or spinal fusion | ☐ | ☑ | Back injury | ☐ | ☑ |
| Diseased process of the spine | ☐ | ☑ | Neck injury | ☐ | ☑ |
| Chest pain | ☐ | ☑ | Shoulder injury | ☐ | ☑ |
| Arthritis or rheumatism | ☐ | ☑ | Arm/hand injury | ☑ | ☐ |
| High blood pressure | ☐ | ☑ | Diabetes | ☐ | ☑ |

2. If you answered "yes" to any of the above, please explain, give dates: Left Knee, left hand 1994

Hit By Drunk driver while on my motorcycle

3. Please list any conditions or diseases (including ones not listed above) for which you have been treated in the past five years. If no treatment has been provided, state "none." NONE
4. Have you been hospitalized within the last five years? If so for what condition? Dates. If you have not been hospitalized, state "none." NONE
5. Have you had a major illness in the past five years ? If none, state" none". NONE
6. How many days were you absent from work in the past year? If none, state "none". NONE
7. Do you have any physical or mental difficulties that could interfere with the performance of your duties? ☐ Yes ☑ No
8. Has a doctor given you an impairment rating? If so please provide the reason and the percentage of impairment. If not, state "none." NONE
9. Have you had a personal or work injury, operation or any disability within the last five years not covered by the above questions? If yes, please explain. If not, state "none." NONE
10. Are you taking any prescribed drugs that would interfere with your job performance? If yes, please list medications. If not, state "none." NONE
11. How much weight can you lift comfortably?

☐ Less than 15 pounds ☐ 12-25 pounds ☐ 25-50 pounds ☐ over 50 pounds ☑ over 100 pounds

By signing below, I certify that to the best of my knowledge and belief all information provided on this form is true and correct and that there are no omissions. I authorize any physician, medical facility, past employer(s), and/or privileged agency by Rains Sons Transportation, LLC to furnish or verify workers' compensation information and medical information. I understand that if any information I have provided is not true and correct, or I have omitted any information, I may be denied workers' compensation, and/or I may be terminated.

Signature of Employee: [signature] Date: 1/17/17

**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

▶ **START HERE: Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.**

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers CANNOT specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Attestation** *(Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)*

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Last Names Used *(if any)* |
|---|---|---|---|
| Hall | James | M | |

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | [redacted] |

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| [redacted] | [redacted] | | (409) 730 3420 |

**I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.**

**I attest, under penalty of perjury, that I am (check one of the following boxes):**

- [x] 1. A citizen of the United States
- [ ] 2. A noncitizen national of the United States *(See instructions)*
- [ ] 3. A lawful permanent resident (Alien Registration Number/USCIS Number): ____________
- [ ] 4. An alien authorized to work until (expiration date, if applicable, mm/dd/yyyy): ____________
  Some aliens may write "N/A" in the expiration date field. *(See instructions)*

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9: An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

1. Alien Registration Number/USCIS Number: ____________
**OR**
2. Form I-94 Admission Number: ____________
**OR**
3. Foreign Passport Number: ____________
Country of Issuance: ____________

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date *(mm/dd/yyyy)* |
|---|---|
| [signature] | 11/7/17 |

**Preparer and/or Translator Certification (check one):**
- [ ] I did not use a preparer or translator.
- [ ] A preparer(s) and/or translator(s) assisted the employee in completing Section 1.

*(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)*

**I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator | Today's Date *(mm/dd/yyyy)* |
|---|---|
| | |

| Last Name *(Family Name)* | First Name *(Given Name)* |
|---|---|
| | |

| Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

STOP **Employer Completes Next Page** STOP

**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

**Section 2. Employer or Authorized Representative Review and Verification** [illegible]
*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")* [illegible]

| Employee Info from Section 1 | Last Name *(Family Name)* | First Name *(Given Name)* | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|
| | Hall | James | | Citizen |

| List A<br>Identity and Employment Authorization | OR | List B<br>Identity | AND | List C<br>Employment Authorization |
|---|---|---|---|---|
| Document Title | | Document Title: DL | | Document Title: SS |
| Issuing Authority | | Issuing Authority: TX | | Issuing Authority |
| Document Number | | Document Number: 391UU257 | | Document Number: [redacted] |
| Expiration Date *(if any)(mm/dd/yyyy)* | | Expiration Date *(if any)(mm/dd/yyyy)*: 03/12/2017 | | Expiration Date *(if any)(mm/dd/yyyy)* |
| Document Title | | | | |
| Issuing Authority | | Additional Information | | QR Code - Section 2<br>Do Not Write In This Space |
| Document Number | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)* | | | | |
| Document Title | | | | |
| Issuing Authority | | | | |
| Document Number | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)* | | | | |

**Certification: I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.**

**The employee's first day of employment *(mm/dd/yyyy)*:** 01/18/2017 ***(See instructions for exemptions)***

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| [signature] | 01/18/2017 | [illegible] |

| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

| Employer's Business or Organization Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

**Section 3. Reverification and Rehires** *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* | | | B. Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |

**C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.**

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|
| | | |

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|
| | | |

# Form W-4 (2017)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2017 expires February 15, 2018. See Pub. 505, Tax Withholding and Estimated Tax.

Note: If another person can claim you as a dependent on his or her tax return, you can't claim exemption from withholding if your total income exceeds $1,050 and includes more than $350 of unearned income (for example, interest and dividends).

*Exceptions.* An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:

- Is age 65 or older,
- Is blind, or
- Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions don't apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you aren't exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2017. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at www.irs.gov/w4.

## Personal Allowances Worksheet (Keep for your records.)

- **A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . **A** 1
- **B** Enter "1" if: { • You're single and have only one job; or • You're married, have only one job, and your spouse doesn't work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } . . . **B** 1
- **C** Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . **C** ____
- **D** Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . **D** 2
- **E** Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . . . **E** ____
- **F** Enter "1" if you have at least $2,000 of child or dependent care expenses for which you plan to claim a credit . . . **F** ____
  (Note: Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)
- **G** **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.
  - If your total income will be less than $70,000 ($100,000 if married), enter "2" for each eligible child; then less "1" if you have two to four eligible children or less "2" if you have five or more eligible children.
  - If your total income will be between $70,000 and $84,000 ($100,000 and $119,000 if married), enter "1" for each eligible child. **G** ____
- **H** Add lines A through G and enter total here. (Note: This may be different from the number of exemptions you claim on your tax return.) ▶ **H** 4

**For accuracy, complete all worksheets that apply.**
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you are **single and have more than one job or are married and you and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

---------- **Separate here and give Form W-4 to your employer. Keep the top part for your records.** ----------

Form **W-4** — Department of the Treasury, Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ **Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.**

OMB No. 1545-0074 — **2017**

| | | |
|---|---|---|
| 1 Your first name and middle initial: James M | Last name: Hall | 2 Your social security number: [redacted] |
| Home address (number and street or rural route): [redacted] | | 3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate. Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. |
| City or town, state, and ZIP code: [redacted] | | 4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐ |

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) . . . **5** 4

6 Additional amount, if any, you want withheld from each paycheck . . . **6** $

7 I claim exemption from withholding for 2017, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . ▶ **7**

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** (This form is not valid unless you sign it.) ▶ [signature] **Date** ▶ 1/17/17

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|
| | | |

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.** Cat. No. 10220Q Form **W-4** (2017)

## Checklist for Driver Termination

- Insurance Termination
  - BCBS $______
  - Delta Dental $_____
  - Metlinx (vision $_____, FREE life, additional life $ _____ & STD $_____)
  - Delete current charges on deduction screen
  - Add Individual charges to payroll
  - Complete COBRA form and email to cobra@bcbsil.com
  - Update Insurance Elections Spreadsheet
  - Mark as terminated on health insurance checklist

Amount of premiums owed: ____________

Weeks premiums are due: ______________

Date(s) premiums taken: _______________

- Check with Becky to see if they have Garnishments
- Check with Mark to make sure transport lock has been returned
- Write down date terminated on pad in desk
- Make term notes Innovative (41/15/8)
- Remove from driver list on computer
- Remove from Cottingham driver list on computer
- Remove from driver raise spread sheet
  - Remove from driver raise spread sheet on computer
- Remove from driver pay scale sheet
- Move personnel folder from active to termed under HR
- Mark as terminated on Ten Street
  - Terminated if they were fired
  - Resigned if they quit
- Notify Lexee @ Cottingham & Butler

Termination reason: ______________________________________________

______________________________________________

Driver Name: __________________ Driver Code: ______________

Date Terminated: _______________

Form MCSA-5875 (Revised: 10/02/2015) OMB No. 2126-0006 Expiration Date: 8/31/2018

**Public Burden Statement**
A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0006. Public reporting for this collection of information is estimated to be approximately 25 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

U.S. Department of Transportation
Federal Motor Carrier
Safety Administration

# Medical Examination Report Form
(for Commercial Driver Medical Certification)

**MEDICAL RECORD #** ______ *(or sticker)*

***PRIVACY ACT STATEMENT: This statement is provided pursuant to the Privacy Act of 1974, 5 USC § 552a.***

**AUTHORITY:** Title 49, United States Code (USC), 49 USC 31133(a)(8) and 31149(c)(1)(E).

**PURPOSE:** To record results of a driver's physical examination, to determine qualification to operate a commercial motor vehicle (CMV), and to promote driver health in interstate commerce according to the requirements in 49 CFR 391.41-49. Providing this information is mandatory. If this information is not provided, the medical examiner will not be able to determine qualification to operate a CMV in interstate commerce according to the requirements in 49 CFR 391.41-49. To record results of a driver's physical examination and to determine qualification to operate a CMV in intrastate commerce when the driver is required by a State to be examined by a medical examiner listed on the National Registry of Certified Medical Examiners in accordance with the provisions of 49 CFR 391.41-49 and any variances from the physical qualification standards adopted by such State.

Medical examiners are required to complete the Medical Examination Report Form for every driver physical examination performed in accordance with 49 CFR 391.41. Each original (paper or electronic) completed Medical Examination Report Form must be retained on file at the office of the medical examiner for at least 3 years from the date of examination. The medical examiner must make all records and information in these files available to an authorized representative of FMCSA or an authorized Federal, State, or local enforcement agency representative, within 48 hours after the request is made [49 CFR 391.43(i)].

**ROUTINE USES:** The information is used for the purpose set forth above and may be forwarded to Federal, State, or local law enforcement agencies for their use. Medical Examination Report Forms collected by FMCSA will be stored in FMCSA's automated National Registry of Certified Medical Examiners System and will be used to monitor the performance of medical examiners listed on the National Registry.

In addition to those disclosures permitted under 5 USC 552a(b) of the Privacy Act of 1974, additional disclosures may be made in accordance with the U.S. Department of Transportation (DOT) Prefatory Statement of General Routine Uses published in the Federal Register on December 29, 2010 (75 FR 82132), under "Prefatory Statement of General Routine Uses" (available at http://www.dot.gov/privacy/privacyactnotices).

**ACKNOWLEDGMENT:** *I understand the provisions of the Privacy Act of 1974 as related to me through the above-mentioned statement.*

Driver's Signature: [signature] Date: [illegible]

**SECTION 1. Driver Information** *(to be filled out by the driver)*

**PERSONAL INFORMATION**

Last Name: Hall First Name: James Middle Initial: M Date of Birth: [redacted] Age: 43

Street Address: [redacted] [redacted] State/Province: [redacted] Zip Code: [redacted]

Driver's License Number: [redacted] Issuing State/Province: TX Phone: (409) 730-3420 Gender: ☒ M ○ F

E-mail *(optional)*: ______ ○ CLP Applicant* ○ CLP Holder* ○ CDL Applicant* ☒ CDL Holder*

Driver ID Verified by**: Edward E Echalk

Has your USDOT/FMCSA medical certificate ever been denied or issued for less than 2 years? ○ Yes ☒ No ○ Not Sure

*CLP/CDL Applicant/Holder: See instructions for definitions. **Record type of identification of the driver, e.g., CDL, driver's license, passport

**DRIVER HEALTH HISTORY**

Have you ever had surgery? If "yes" please list and explain below. ☒ Yes ○ No ○ Not Sure

Left [illegible]

Are you currently taking medications (prescription, over-the-counter, herbal remedies, diet supplements)? If "yes," please describe below. ○ Yes ☒ No ○ Not Sure

*(Attach additional sheets if necessary)*

Form MCSA-5875 (Revised: 10/02/2015) OMB No. 2126-0006 Expiration Date: 8/31/2018

Last Name: Hall First Name: James Middle Initial: M DOB: [redacted] Exam Date: 1-17-2017

**DRIVER HEALTH HISTORY** (continued)

**Do you have or have your ever had:**

| | Yes | No | Not Sure |
|---|---|---|---|
| 1. Head/brain injuries or illnesses *(e.g., concussion)* | | ✓ | |
| 2. Seizures, epilepsy | | ✓ | |
| 3. Eye problems *(except glasses or contacts)* | | ✓ | |
| 4. Ear and/or hearing problems | | ✓ | |
| 5. Heart disease, heart attack, bypass, or other heart problems | | ✓ | |
| 6. Pacemaker, stents, implantable devices, or other heart procedures | | ✓ | |
| 7. High blood pressure | | | |
| 8. High cholesterol | | | |
| 9. Chronic (long-term) cough, shortness of breath, or other breathing problems | | ✓ | |
| 10. Lung disease *(e.g., asthma)* | | ✓ | |
| 11. Kidney problems, kidney stones, or pain/problems with urination | | ✓ | |
| 12. Stomach, liver, or digestive problems | | | |
| 13. Diabetes or blood sugar problems | | ✓ | |
| Insulin used | | | |
| 14. Anxiety, [illegible] problems | | | |
| 15. Fainting or passing out | | | |

| | Yes | No | Not Sure |
|---|---|---|---|
| 16. Dizziness, headaches, numbness, tingling, or memory loss | | ✓ | |
| 17. Unexplained weight loss | | ✓ | |
| 18. Stroke, mini-stroke (TIA), paralysis, or weakness | | ✓ | |
| 19. Missing or limited use of arm, hand, finger, leg, foot, toe | | ✓ | |
| 20. Neck or back problems | | ✓ | |
| 21. Bone, muscle, joint, or nerve problems | | ✓ | |
| 22. [illegible] | | ✓ | |
| 23. Cancer | | ✓ | |
| 24. Chronic (long-term) infection or other chronic diseases | | ✓ | |
| 25. Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring | | ✓ | |
| 26. Have you ever had a sleep test *(e.g., sleep apnea)*? | | ✓ | |
| 27. Have you ever spent a night in the hospital? | ✓ | | |
| 28. Have you ever had a broken bone? | ✓ | | |
| 29. Have you ever used or do you now use tobacco? | ✓ | | |
| 30. [illegible]? | ✓ | | |
| 31. [illegible] in the past two years? | | ✓ | |
| 32. Have you ever failed a drug test or been dependent on an illegal substance? | | ✓ | |

Other health condition(s) not described above: ○ Yes ✓ No ○ Not Sure

Did you answer "yes" to any of questions 1-32? [illegible] ○ Yes ○ No ○ Not Sure

*(Attach additional sheets if necessary)*

**CMV DRIVER'S SIGNATURE**

I certify that the above information is accurate and complete. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate, that submission of fraudulent or intentionally false information is a violation of 49 CFR 390.35, and that submission of fraudulent or intentionally false information may subject me to civil or criminal penalties under [illegible] and 49 CFR 386 Appendices A and B.

Driver's Signature: [illegible]

**SECTION 2. Examination Report** *(to be filled out by the medical examiner)*

**DRIVER HEALTH HISTORY REVIEW**

*Review and discuss pertinent driver answers and any available medical records. Comment on the driver's responses to the "health history" questions that may affect the driver's safe operation of a commercial motor vehicle (CMV).*

*(Attach additional sheets if necessary)*

Form MCSA-5875 (Revised 10/02/2015) OMB No. 2126-0006 Expiration Date: 8/31/2018

Last Name: Hall First Name: James [redacted] Exam Date: 1-17-2017

**TESTING**

Pulse rate: 72 Pulse rhythm: [illegible] Weight: [illegible] pounds

| Blood Pressure | Systolic | Diastolic |
|---|---|---|
| Sitting | 157 | 82 |
| Second reading (optional) | | |

Other testing if indicated

| Urinalysis | Sp. Gr. | Protein | Blood | Sugar |
|---|---|---|---|---|
| Urinalysis is required. Numerical readings must be recorded. | 1.015 | Ø | Ø | Ø |

Protein, blood, or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.

**Vision**

*Standard is at least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° field of vision in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate.*

| Acuity | Uncorrected | Corrected | Horizontal Field of Vision |
|---|---|---|---|
| Right Eye: | 20/20 | 20/___ | Right Eye: 90 degrees |
| Left Eye: | 20/25 | 20/___ | Left Eye: 90 degrees |
| Both Eyes: | 20/20 | 20/___ | |

| | Yes | No |
|---|---|---|
| Applicant can recognize and distinguish among traffic control signals and devices showing standard red, green, and amber colors | ⊗ | ○ |
| Monocular vision | ○ | ⊗ |
| Referred to ophthalmologist or optometrist? | ○ | ⊗ |
| Received documentation from ophthalmologist or optometrist? | ○ | ⊗ |

**Hearing**

*Standard: At least perceive whispered voice at not less than 5 feet OR average hearing loss of less than or equal to 40 dB, in better ear (with or without hearing aid).*

Check if hearing aid used for test: ○ Right Ear ○ Left Ear ⊗ Neither

Whisper Test Results

| | Right Ear | Left Ear |
|---|---|---|
| Record distance (in feet) from driver at which a forced whispered voice can first be heard | 6' | 6' |

OR

Audiometric Test Results

| Right Ear 500 Hz | 1000 Hz | 2000 Hz | Left Ear 500 Hz | 1000 Hz | 2000 Hz |
|---|---|---|---|---|---|
| | | | | | |

Average (right): ______ Average (left): ______

**PHYSICAL EXAMINATION**

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen, or is readily amenable to treatment. Even if a condition does not disqualify a driver, the Medical Examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible, particularly if neglecting the condition could result in a more serious illness that might affect driving.

Check the body systems for abnormalities.

| Body System | Normal | Abnormal | Body System | Normal | Abnormal |
|---|---|---|---|---|---|
| 1. General | ⊗ | ○ | 8. Abdomen | ⊗ | ○ |
| 2. Skin | ⊗ | ○ | 9. Genito-urinary system including hernias | ⊗ | ○ |
| 3. Eyes | ⊗ | ○ | 10. Back/Spine | ⊗ | ○ |
| 4. Ears | ⊗ | ○ | 11. Extremities/joints | ⊗ | ○ |
| 5. Mouth/throat | ⊗ | ○ | 12. Neurological system including reflexes | ⊗ | ○ |
| 6. Cardiovascular | ⊗ | ○ | 13. Gait | ⊗ | ○ |
| 7. Lungs/chest | ⊗ | ○ | 14. Vascular system | ⊗ | ○ |

*Discuss any abnormal answers in detail in the space below and indicate whether it would affect the driver's ability to operate a CMV. Enter applicable item number before each comment.*

*(attach additional sheets if necessary)*

OMB No. 2126-0006 Expiration Date: 8/31/2018

Form MCSA-5875 (Revised: 10/02/2015)

Last Name: Hall First Name: James Middle Initial: M DO[redacted] Exam Date: 1-17-2017

*Please complete only one of the following (Federal or State) Medical Examiner Determination sections:*

**MEDICAL EXAMINER DETERMINATION (Federal)**

*Use this section for examinations performed in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49):*

○ Does not meet standards *(specify reason)*:

☒ Meets standards in 49 CFR 391.41; qualifies for 2-year certificate

○ Meets standards, but periodic monitoring required *(specify reason)*:

Driver qualified for: ○ 3 months ○ 6 months ○ 1 year ○ other *(specify)*:

☐ Wearing corrective lenses ☐ Wearing hearing aid ☐ Accompanied by a waiver exemption *(specify type)*:

☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate ☐ [illegible] 49 CFR 391.64 *(Federal)*

☐ [illegible]

○ Determination pending *(specify reason)*:

☐ Return to medical exam office for follow-up on *(must be 45 days or less)*:

☐ Medical Examination Report amended *(specify reason)*:

*(if amended)* Medical Examiner's Signature: Date:

○ Incomplete examination *(specify reason)*:

If the driver meets the standards outlined in 49 CFR 391.41, then complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h), as appropriate.

I have performed this evaluation for certification. I have personally reviewed all available records and recorded information pertaining to this evaluation, and attest that [illegible]

Medical Examiner's Signature: [signature]

Medical Examiner's Name *(please print or type)*: Edward E. Schalk DC

Medical Examiner's Address: 211 N Perkins Rd #2 City: Stillwater State: OK Zip Code: 74075

Medical Examiner's Telephone Number: (405) 372-2400 Date Certificate Signed: 1/17/17

Medical Examiner's State License, Certificate, or Registration Number: [illegible] Issuing State: OK

☐ MD ☐ DO ☐ Physician Assistant ☒ Chiropractor ☐ Advanced Practice Nurse

☐ Other Practitioner *(specify)*:

National Registry Number: 5111233610 Medical Examiner's Certificate Expiration Date: 1/17/19

ESSENTIAL JOB FUNCTIONS ASSESSMENT
PHYSICIAN'S REPORT

NAME OF CANDIDATE: James M Hall

AVAILABLE JOB: Dairy Plant Worker

☒ FULL TIME ☐ PART-TIME

| TO BE COMPLETED BY COMPANY | | | | TO BE COMPLETED BY PHYSICIAN | | |
|---|---|---|---|---|---|---|
| ESSENTIAL JOB FUNCTIONS | DURATION | | FREQUENCY OF REPETITION | MEDICAL SUITABILITY FOR JOB | | |
| Physical Tasks | Hours per Shift | Percent of Shift | Repetitions per Shift | Yes | No | If no, explain restrictions |
| Standing | 7-8 | 100 | | ✓ | | ROM in Lumbar are |
| Walking | 7-8 | 100 | | | | w/in acceptable limits |
| Climbing | 1 | 10 | | | | at flex lat flex |
| Bending | 1 | 10 | | | | Rotation |
| Twisting | 6 | 75 | | | | |
| Pushing/Pulling | 7-8 | 100 | | ✓ | | ROM in Cervical are |
| Reach above shoulder | 2 | 25 | | | | w/ in acceptable limits |
| Reach at shoulder | 7-8 | 100 | | | | and flex latflex |
| Reach below shoulder | 7-8 | 100 | | | | Rotation |
| Lift/Carry/Lower: 1-15 lbs | 7-8 | 100 | | | | |
| 15-30 lbs | 7-8 | 100 | | ✓ | | ROM rt shoulder |
| 30-45 lbs | 7-8 | 100 | | | | |
| 45-60 lbs | 7-8 | 100 | | | | |
| 60-90 lbs | | | | | | |
| 90-120 lbs | | | | ✓ | | ROM Left Shoulder |
| Repetition-Hand/Wrist: simple grasping | 7-8 | 100 | | | | |
| Firm grasping | 7-8 | 100 | | | | |
| Exertion: Cold Water | | | | ✓ | | 3 Deep Knee bends |
| Equipment Operated: | 7-8 | 100 | | | | |
| Physical Exposure | | | | | | |
| Temperature (Hot) | 7-8 | 100 | | | | Other ✓ |
| Temperature (Cold) | 7-8 | 100 | | | | |
| Humidity | 7-8 | 100 | | | | |
| Noise/Vibration | 7-8 | 100 | | | | |
| Chemical Contact | 3-4 | 50 | | | | |
| Other: | | | | | | |

☒ The candidate is medically qualified to perform the job described.
☐ The candidate is medically qualified with the above noted restrictions.
☐ Due to significant risk the candidate is not medically qualified for the job described.

Physician's Signature: [signature] M.D. Date 1/17/17

Form: E/ Functions Dairy Plant Worker Revised 3/2013

# RAINS & SONS TRANSPORTATION LLC

## TERMINATION RECORD

Prepared By: Donna Anderson Date: 3/17/2017

Driver Name: James M Hall HALJ
(first) (middle) (last) (Driver ID)

Period of Employment: From: 1/2017 To: 3/2017

Social Security #: [redacted]

Driver's License #: 39166257 State: TX

Date of Birth: [redacted]

# Of Accident(s): Preventable: Ø Non: Ø DOT: Ø

Eligible for Rehire: Yes____ No ✓ Review____

Status:
Lease: ____ Company: ✓ Owner/Operator: ____

Equipment Operated: ____

Driver's Experience:
Local ____ OTR ✓ Mountain ____

Single Driver: ✓ 1st Seat: ____ 2nd Seat: ____

Removed:
Rair: ____ DAC: 3-17-17 Insurance: ____ Qualcomm: ____

Violations:
HOS: ____ Inspections: Ø Citations: Ø

Work Record:
Satisfactory: ____ Reason for Leaving: James Hall Truck 2130, quit 3-17-17. Came in and tossed me the Keys said took another job. He has complained the whole time and been in 3 different trucks. Not for rehire

Authorized location w/out notice

22222 Void ☐

a Employee's social security number [redacted]

OMB No. 1545-0008

b Employer identification number (EIN)
205768055

c Employer's name, address, and ZIP code
Rains & Sons Transportation
P.O. BOX 310
PERKINS OK 74059

d Control number
110

e Employee's name, address, and ZIP code
JAMES M HALL
[redacted]

| Box | Amount |
|---|---|
| 1 Wages, tips, other compensation | 6175.56 |
| 2 Federal income tax withheld | 463.78 |
| 3 Social security wages | 6175.56 |
| 4 Social security tax withheld | 382.88 |
| 5 Medicare wages and tips | 6175.56 |
| 6 Medicare tax withheld | 89.55 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Verification code | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a See instructions for box 12 | L 1829.00 |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | |
| 14 Other | |
| 12b | |
| 12c | |
| 12d | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| TX | | 6175.56 | | | | |

Form **W-2** Wage and Tax Statement **2017**

Department of the Treasury—Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Copy D - For Employer or
Copy 1 - For State, City, or Local Tax Department