# AFFIDAVIT

STATE OF OHIO

LUCAS COUNTY

Records Pertaining To: JAMES MICHAEL HALL

Type of Records: Any and all employment records, including but not limited to any and all reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence pertaining to JAMES MICHAEL HALL, [redacted]

Before me, the undersigned authority, personally appeared LETTY ERD, who, being by me duly sworn, deposed as follows: (Custodian of Records)

My name is LETTY ERD, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit and have personal knowledge of the facts herein stated:

I am the Custodian of Records for:
**Supplemental Staffing**
**5333 Southwyck Boulevard**
**Toledo, OH 43614**

This is a regularly conducted business activity. Attached hereto are ________ pages of employment records, reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence from this facility, and it was the regular practice to make and maintain these records. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility with knowledge, or one who had been furnished such knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The method of preparation of the records was trustworthy. The records attached hereto are the original records or exact duplicates of the original records.

[signature: Letty Erd]
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the 24 day of October, 20 19

[signature: Marie A. Stokowski]
NOTARY PUBLIC

NOTARIAL SEAL — STATE OF OHIO
MARIE A. STOKOWSKI
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Lucas County
My Comm. Exp. 11/29/2023

My Commission Expires: 11-29-2023

AFFIDAVIT

STATE OF OHIO

LUCAS COUNTY

Records Pertaining To: JAMES MICHAEL HALL

Type of Records: Any and all employment records, including but not limited to any and all reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence pertaining to JAMES MICHAEL HALL, [redacted]

Before me, the undersigned authority, personally appeared LETTY ERD, who, being by me duty sworn, deposed as follows: (Custodian of Records)

My name is LETTY ERD, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit and have personal knowledge of the facts herein stated:

I am the Custodian of Records for:
**Imperial, Inc.** dba: Supplemental Staffing
**5333 Southwyck Boulevard**
**Toledo, OH 43614**

This is a regularly conducted business activity. Attached hereto are ________ pages of employment records, reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence from this facility, and it was the regular practice to make and maintain these records. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility with knowledge, or one who had been furnished such knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The method of preparation of the records was trustworthy. The records attached hereto are the original records or exact duplicates of the original records.

[signature]
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the 24 day of October, 20 19

[signature]
NOTARY PUBLIC

NOTARIAL SEAL — STATE OF OHIO

MARIE A. STOKOWSKI
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Lucas County
My Comm. Exp. 11/29/2023

My Commission Expires: 11-29-2023

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 01/20/2016 | 201601902262 | Trade Name/Assignment (RNA) | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.

IMPERIAL INC.
ATTN M STOKOWSKI
5333 SOUTHWYCK BLVD
TOLEDO, OH 43614-1527

# STATE OF OHIO

## CERTIFICATE

**Ohio Secretary of State, Jon Husted**

**1474859**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**SUPPLEMENTAL STAFFING**

and, that said business records show the filing and recording of:

Document(s): **Trade Name/Assignment**

Document No(s): **201601902262**

**Effective Date: 01/19/2016**

IMPERIAL INC.
5333 SOUTHWYCK BLVD
TOLEDO, OH 436141527

Expiration Date: 07/06/2019

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 20th day of January, A.D. 2016.

Jon Husted

Ohio Secretary of State

THE DILL FIRM

RECEIVED
SEP 17 2018

825 Lafayette Street / P.O. Box 3324 / Lafayette, LA 70502-3324
P 337.261.1408 / F 337.261.9176 / www.dillfirm.com

Writer's email: kmichael@dillfirm.com
Extension 231

JAMES M. DILL
DAVID R. RABALAIS
DAVID P. VIAL II*
G. AUSTIN LOVE
VIVIAN V. NEUMANN
RICHARD MONTGOMERY
MATTHEW S. GREEN**
Of Counsel
Helen Onebane Mendell

September 11, 2018

Margaret Richards, Inc.
Supplemental Staffing
5333 Southwyck Boulevard
Toledo, OH 43614

Re: James Michael Hall v. Landstar Ranger, Inc., et al.
USDC Western District of Louisiana, Docket: 6:18-cv-00410
Our File No. 3585

Dear Sir or Madame:

Please be advised that this firm represents defendants in regard to the above referenced matter. Pursuant to the enclosed Authorization for Employment/Personnel Records, please provide us with a certified, numbered copy of any and all records, and/or documents pertaining to the employment of **JA[redacted]L HALL, DOB: [redacted] Social Security Number:[redacted]** If prepayment is required, please fax or email an itemization of same to me. If no records exist, please advise us in writing.

We will be happy to pay reasonable copying charges involved in the reproduction of these records in accordance with Louisiana Revised Statutes 40:1299.96(A)(2)(b).

With kindest personal regards, I am

Sincerely yours,

Kerri Clark

KERRI M. CLARK

VVN/km
Enclosures

* Also Admitted in Tennessee
** Also Admitted in Rhode Island, Massachusetts

OCT 12 2018

Defendant
1605

*2724 COLLINGWOOD BLVD.*
*TOLEDO,OHIO 43610*
*(567) 395-5021*
*E-MAIL RAVENLOFT[redacted]HOTMAIL.COM*

# *JAMES M. HALL*

***HAZMAT/TANKER/DOUBLES & TRIPLES ENDORESMENTS***

**OBJECTIVE**

I am seeking a safe and secure work environment for the next 30 years until retirement. I am a strong safe driver with a desire to become a true professional in my field. I have strong computer and log skills and certified on Forklift Operations.

**WORK EXPERIENCE**

1/12/11 – still empoyed ***Phoenix Employment*** 5800 Monroe St
***Class A Driver*** Sylvania, OH 43560
(419) 885-2151

- I worked 3 accounts Ryder -pella windows, Whitaker Finish and Coyale Textile.
- I made $14.00 hr. and delivered varies supplies to varies consignee and warehouses.
- Electronic Logs.
- I was OTR 4 days a week and home for 3.working 14 hour days.
- I took a leave of absence for a surgery and Phoenix has no work for me at this time.

10/22/10 – 1/4/11 ***Titan Construction*** 24851 E Broadway Rd
***Flatbed Driver*** Perrysburg, OH 43551
(419) 837-2211

- This was a temp position with a small but good company I wish it would have lasted longer.
- I was running steel from Perrysburg,oh to jarrell,tx.
- It was 34 cpm loaded and 21 cpm unloaded.
- This was on OTR position.

9/1/10 – 10/12/10 ***Werner Enterprises*** 14507 Frontier Road
***Class A Dedicated*** Omaha NE 68138
(402) 895-6640

- Reason a quit was I was lied to about the job the entire way

I was told I would be making .38 cpm and I would get 2200 miles a week. I was only paid .30 cpm and never cleared 1600 miles in a 70 hour week.

- I averaged 25 hours a week working for free and broke down 4 times in 6 weeks which you don't get paid for.
- I was on the dedicated Anheuser-Busch account at .30 cpm
- I kept a computerized logs and trip pack.

5/1/10 – 8/12/10 ***Seagate Transportation*** 555 F st.
***Class A OTR*** Perrysburg, OH 43551
(419)666-9919

- When I took the job I knew the job was conditional on my obtaining a fast card into Canada. I was unable to obtain a fast card due to back child support.
- I was driving on the automotive accounts (Ford & GM) at .43 cpm. I used computerized logs.
- I really liked this job and I never thought I would be denied a Fast card since I have all endorsements.

1/10/10 – 4/29/10 ***Unemployed*** 1013 Mambrino rd.
Oregon, OH 43616
(419) 691-2006

- I bought a H.U.D house from the government and per the agreement the inside of the house needed to be completely gutted and rebuild.
- I had to redo the framing, water and gas pipes, electrical, insulation and drywall.

6/5/08 – 1/8/10 ***All Ways Delivery Service*** 101 Van Buren st.
***Class A & B Driver Regional*** Toledo, OH 43606
(419)704-1321

- I drove major appliances to Oh, In, Mi, Ill and Pa.
- I dealt with receivers, paperwork and computerized logs.
- I unloaded appliances with a power high/low forklift.
- This was a great job and I would have worked here till retirement.
- Rate of pay $14.00 hr.
- D.O.T # 1784980/ MC # 650550

7/8/07 – 5/12/08 ***Cardinal Staffing*** 2515 Oregon rd.
***Class A Local Driver*** Northwood, OH 43619
(419) 666-6800

- I drove with Excel as a Shuttle driver for the First two weeks.
- I drove with Excel as a Route driver for a month after that.
- I have been driving a switch truck and handling the Inbounds and outbound since. I kept detailed logs of inbound and outbound trailers.
- I was laid off after Chrysler cut there 3rd Shift across the country.
- Rate of pay was $16.00 hr.
- I loved this job I only wish I could have worked there longer.

3/22/07 – 6/17/07 ***Get Go Transport*** 28500 Lemoyne rd.
***Class A OTR Driver*** Millbury, OH 43447
(419) 666-6850

- I was driving an average of 2500 hazmat miles a week @ 36 cpm and unloaded my own trailers at drop off.
- In the 2 ½ months I worked for Get Go there dispatch got me lost (in town directions) 9 times.
- One of the times dispatch had given me the wrong directions was in Pittsburg, PA. I was running low on fuel and informed dispatch of the situation (The Company only dealt with Fleet One for fuel) and after 30 minutes of more bad directions I ran out of fuel. I realize it was a rookie mistake that will never happen again but the company charged me $400.00 after they had a company come out to give me 20 gallons of fuel.
- One of the Paint stores I delivered to was a paint shop in Louisville, KY, this particular stores paper work stated in big bold print that they required a 48 ft trailer and the tandems slide all the way forward to get in the dock . Instead the company sent me to this store with a 53 ft trailer with tandems that did not work. As a result I rubbed a fence poll while backing in (there was no damage to the trailer of any kind) and the company charged me $560.00 to dig up and reset the poll.
- This job was a miserable learning experience.

7/2/06 – 3/20/07 ***Seaway Fuels Trucking Inc.*** 2925 Airport hwy.
***Class A & B Fuel Driver*** Toledo, OH 43609
(419) 385-2849

- On Mondays and Tuesday I would load at one of four refineries in Toledo and deliver to gas stations in a 250 mile radio of Toledo and end the day by refueling the yard for the straight tanker division.
- Wednesday – Saturday I would drive a Class B Straight Tanker and deliver to tanks and various construction sites in a 250 mile ratio of Toledo.
- I was the only Class A driver willing to drive both classes in the company. I did this because the company had trouble keeping drivers in the straight tanker division
- The Pay for both jobs was 14.00 per hour with no benefits to pull a 200 lbs. hose in any weather and the company had a forced overtime set up that required me to work 6 days a week <u>65 – 75 hrs. per week.</u>

1/19/06 – 6/28/06 ***Todd S. Post Owner/Oper.*** 1145 Cresceus rd.
***Co-Driver*** Oregon, OH 43616

- Operated a 2001 Freightliner Columbia/Flatbed Trailer.
- Hauled top-heavy crushed cars and scrap metal.
- Drove and maintained Log 65hrs. A week @ .36cpm.
- When Mr. Post retired I believed I had enough OTR experience to move on to local work.
- I have a notarized Letter of Recommendation from Mr. Post.
- Mr. Post was a great employer I really enjoyed learning from him.

1/13/06 – 1/17/06 ***U.S Express*** 228 Troy st.
***Class A OTR Driver*** Dayton, OH 45404
800-251-6291

- The recruiter for U.S Express misrepresented the job description and Pay.
- I was told 3 days into orientation I would need to train for 9 weeks on the Dollar General dedicated account where I was expected to drive and unload the trailer for $40 a day. I was offered a Co-Drivers position with Todd S. Post Owner/Oper. @ 36.cpm.

8/02/05 – 1/01/06 ***USA Trucking*** 3108 Industrial Park rd.
***Class A OTR Driver*** Van Buren, AR 72956
800-872-8782

- I trained on a dedicated automotive manufactures account for 2 months, 70 hrs a week @ 24.cpm
- Then I returned to Van Buren and received another month of hazardous material and tanker training, where I continued on another account for the next 3 months. Still at training pay of 24.cpm
- Over the 6 months that I worked for this company I was home for 0 days total and the strain on family relations was unbearable and I was forced to find other employment.

1996 – 2005 ***Benny's Sports Bar & Grill*** 1244 Starr ave.
***General Manager*** Toledo, OH 43605

- When I first started with the company I was a cook, then I moved to a bartender position and on to General Manager.
- I Managed Food and Liquor cost, Payroll and Employee scheduling and hiring. I was the GM for 6 years.
- When the owner Benjamin Saba sold the restaurant I decided I needed a more stable career and pursued truck driving school.

**EDUCATION**

6/05 – 8/05 ***C – 1 Transport Professional Training Center*** 3606 Raymond
Indianapolis, In 46203
877-440-5885

- I graduated second in my class of thirty.
- I am well versed in all backing maneuvers including parallel parking.
- I was sponsored by ***USA Trucking.***

1988 – 1991 **Clay High School** 5665 Seaman rd.
Oregon, Ohio 43616

- Graduated 1991
- Played Hockey & Football for Clay

Defendant
1610

NAME LAST Hall FIRST James MIDDLE M.

STREET ADDRESS [redacted] CITY [redacted]

PHONE (567) 395-5041 MSG PHONE — SOCIAL SECURITY # [redacted]

DO YOU HAVE A CAR? YES ✓ NO___ E-MAIL ADDRESS Ravenloft[redacted]@Hotmail.Com

WHAT SCHOOL DISTRICT DO YOU LIVE IN Lucas

| SHIFT 1 2 3 | DAYS AVAIL. | SUN | MON | TUE | WED | THU | FRI | SAT | Circle Level Competed | HIGH SCHOOL 1 2 3 4 G.E.D. | COLLEGE 1 2 3 4 + | Name of either HS or Trade School: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | any | | | | | | | | | | ✓ | C-1 Transport school Indianapolis, IN |

DO YOU WANT YOUR CHECK – MAILED_____ PICKED UP_____ DIRECT DEPOSIT ✓ WHO REFERRED YOU HERE?_____

DO YOU HAVE: DRIVER'S LICENSE Y ✓ N___ CDL License type A ANY POINTS Y___N ✓

A RELIABLE SOURCE OF TRANSPORTATION, INCLUDING ON SHORT NOTICE Y___N___

HAVE YOU EVER BEEN CONVICTED FOR ANYTHING OTHER THAN A TRAFFIC VIOLATION? YES___NO___

IF YES, GIVE DETAILS_____

TO APPLICANT: PLEASE READ THE FEDERAL LAW STATED BELOW BEFORE ANSWERING ANY QUESTIONS. THE CIVIL RIGHTS ACT OF 1964 PROHIBITS UNFAIR DISCRIMINATION IN EMPLOYMENT ON THE BASIS OF RACE, COLOR, RELIGION, SEX AND NATIONAL ORIGIN. FEDERAL LAW ALSO PROHIBITS DISCRIMINATION ON THE BASIS OF AGE WITH RESPECT TO CERTAIN INDIVIDUALS. CERTAIN STATE LAWS PROHIBIT PRE-EMPLOYMENT INQUIRIES WHICH ARE NOT JOB RELATED AND WHICH MAY BE USED AS THE BASIS FOR UNFAIR DISCRIMINATION. THE AMERICANS WITH DISABILITIES ACT OF 1990 STATES AN EMPLOYER MAY NOT MAKE A PRE-EMPLOYMENT INQUIRY ABOUT A DISABILITY. YOU MAY WRITE N/A ON ANY ITEM ON THIS APPLICATION FORM WHERE YOU QUESTION ITS PURPOSE. IF ANY OMITTED INFORMATION IS NECESSARY FOR THE JOB APPLIED FOR, THEN YOU WILL BE ASKED TO COMPLETE THOSE ITEMS DURING YOUR PERSONAL INTERVIEW.

DO YOU HAVE THE ABILITY TO LIFT UP TO 50 POUNDS? YES UP TO 100 POUNDS? NO

DO YOU HAVE THE ABILITY TO CLIMB A LADDER? Yes

DO YOU HAVE THE ABILITY TO DO RIGOROUS PHYSICAL LABOR (E.G., PUSHING A LAWN MOWER, PACKAGING PRODUCTS, CARRYING, PUSHING, OR PULLING EQUIPMENT OR MATERIALS OVER A LONG TIME PERIOD)? Yes

DO YOU HAVE THE ABILITY TO STAND OR SIT FOR LONG PERIODS OF TIME? Yes

DO YOU REGULARLY TAKE MEDICATIONS FOR ANY AILMENTS? NO

DO YOU HAVE ANY CHALLENGES THAT WOULD AFFECT YOUR WORK PERFORMANCE OR SAFETY? NO

HAVE YOU EVER RECEIVED WORKMANS COMPENSATION? NO

## WORK EXPERIENCE (LIST LAST EMPLOYER FIRST)

| | | |
|---|---|---|
| 1. Company: See Resume | From: | To: |
| Address: | Mgr.Name: | Last Hourly Wage: |
| Job Duties: | Why Left: | Shift Worked: |
| 2. Company: | From: | To: |
| Address: | Mgr.Name: | Last Hourly Wage: |
| Job Duties: | Why Left: | Shift Worked: |
| 3. Company: | From: | To: |
| Address: | Mgr.Name: | Last Hourly Wage: |
| Job Duties: | Why Left: | Shift Worked: |

I UNDERSTAND THE FOLLOWING: IF GIVEN AN ASSIGNMENT MY PAY STARTS WHEN I BEGIN WORK FOR THE CLIENT: I DO NOT HAVE TO REPORT BACK TO OUR OFFICE IN PERSON UPON THE COMPLETION OF EACH DAYS WORK: I MUST CALL IN IF I WILL NOT BE ABLE TO MAKE IT IN TO MY JOB ON ANY GIVEN DAY: I MAY MAIL OR DROP OFF MY TIME CARD TO OUR OFFICE, I MAY PICK UP MY PAYCHECK ON THAT FRIDAY OR HAVE IT MAILED TO ME UPON MY REQUEST. I ALSO UNDERSTAND THAT I MUST PERSONALLY STAY IN CONTACT WEEKLY BY PHONE OR IN PERSON TO REMAIN CLASSIFIED AS AN ACTIVE EMPLOYEE SEEKING WORK FROM THE OFFICE. FAILURE TO CONTACT THE OFFICE FOR FIVE CONSECUTIVE DAYS WILL BE INTERPRETED BY THE OFFICE AS A VOLUNTARY QUIT. TURNING DOWN OR NOT RESPONDING TO MESSAGES FOR THREE CONSECUTIVE JOB OPPORTUNITIES WILL BE INTERPRETED BY THE OFFICE AS A VOLUNTARY QUIT.

SIGNATURE [signature] DATE 6/20/2012

QF 4245, F

Employee Name James Hall Date 6/20/2012

Current Address [redacted] Zip [redacted] Phone (567) 395-5021

✓ Right of management - Supplemental Staffing/Imperial may find it necessary to change or discontinue policies and benefits in order to keep up with the changing times. This is only a guide to current policies, procedures and benefits. Neither this guide nor any custom, usage or practice shall be relied upon by the employee as restricting such changes as the company deems necessary or appropriate in the future.

✓ I am aware of Supplemental Staffing's/Imperial's Policies, Procedures and Benefits. I have been made aware of the company policies towards job assignments, attendance, personal appointments, accident procedures, non-discrimination and affirmative action, sexual harassment, theft, weapons in the workplace and the drug-free workplace policy.

✓ I agree to adhere to these policies and procedures while on any and all assignments for Supplemental Staffing/Imperial.

**APPLICANT'S STATEMENT AND RELEASE**

**PLEASE READ CAREFULLY BEFORE SIGNING. IF YOU HAVE ANY QUESTIONS REGARDING THIS STATEMENT, PLEASE ASK THE EMPLOYMENT INTERVIEWER BEFORE SIGNING.**

**TRUTH**
I certify that the information provided in this application is true and complete to the best of my knowledge. I understand that Supplemental Staffing/Imperial("Company") is relying on my complete honesty. I understand that any inaccuracy, misrepresentation, or incomplete answer provided by me in this application will cancel the application or may result in termination if I have been employed.

**INVESTIGATION**
I understand that, as a condition of employment, the Company must conduct and receive favorable results of a thorough pre-employment investigation. This investigation includes, but may not be limited to, current employer reference checks, former employer reference checks, personal reference checks, criminal record checks, drug screens, credit bureau reports, financial institution account verification checks, and possibly a review of my driving record if I am applying for a position that involves driving.

I hereby authorize the Company to conduct an investigation to obtain any requested information and to investigate all statements made by me in this application. I hereby direct former employers, all references, individuals, and all applicable government agencies to respond to the Company's questions concerning my application for employment. I understand that this application and all other information or documentation I provide to the Company, as well as any other information released or provided concerning this investigation or my employment is for business use by the Company and may be disclosed to third parties as necessary in the conduct of its business. If I am hired, I authorize the Company to supply my employment record, in whole or in part, to any prospective employer, government agency, or other party with a legal and proper interest. I release the Company, these parties and any individual, including record custodians, from any and all liability for any damage that may result from furnishing the requested information or any of my personal records.

**EMPLOYMENT AT WILL**
I understand that if I am employed by the Company, I will be an employee at will. My employment can be terminated at any time by me or the Company, with or without notice, and with or without reason, in accordance with the laws of the State of Ohio. The terms and conditions of my employment, my compensation, and my benefits may be changed at any time by the Company. Any oral statements or promises to the contrary are not binding on the Company. If hired, I will comply with all rules and regulations of the Company.

James Hall
Printed Full Name

[redacted] - OH
Drivers License #/State Issued

[redacted]
Previous Address, City, State, Zip

From: 2002 To: 2010
Date of Previous Residence

[redacted]
Month/Day/Year of Birth

[redacted]
Social Security Number

——
Previous Name Use

[signature]
Employee Signature

6/20/2012
Date

Becky Beuch
Supplemental Staffing/Imperial Supervisor

6-20-12
Date

QF 4245, F

Defendant
1612

## ☑ Supplemental Staffing Non-Discrimination & Affirmative Action Policy

It is the policy of Supplemental Staffing pursuant to applicable provisions of State and Federal law, to make all decisions regarding recruitment, hiring, promotions, compensation and all other terms and conditions of employment without regard to race, color, religion, sex, national origin, disability, age or ancestry. It is the policy of Supplemental Staffing pursuant to applicable provisions of State and Federal law, to provide services to the public without regard to race, color, religion, sex, national origin, disability, age, ancestry or ability to pay. No person shall be denied services or shall receive disparate treatment in the rendering of services on such basis. Supplemental Staffing/Imperial will maintain a program of affirmative action in compliance with Title VII of the Civil Rights Act of 1964, as amended. This program will be conducted to insure that every effort is made to employ and advance qualified individuals without regard to race, color, national origin, sex or disability. The procedure for employment-discrimination complaints are as follows:

1. Complaints are to be filed in writing.
2. Supplemental Staffing will make every effort to resolve the issue (to the satisfaction) of everyone, or reject the complaint on the basis of a filing determined not to present an issue involving protected class status.
3. The complainant may consult the Ohio Civil Rights Commission or the Equal Employment Opportunity Commission if he/she is not satisfied with the service's final decision.

Throughout this procedure, the complainant and all witnesses are free from any reprisal. WI 4002

## ☑ Supplemental Staffing Drug-free Workplace Policy

The purpose of this policy is to set forth procedures to be followed by all employees so that Supplemental Staffing/Imperial is in compliance with the Federal Drug Free Workplace Act of 1988 and to ensure that the highest quality of services is delivered to our community. The use, sale, purchase, manufacture, transfer, possession or being under the influence or alcohol/drugs is prohibited while performing service for Supplemental Staffing or while on Supplemental Staffing premises. "Alcohol" means any beverage or substance containing alcohol or other legal intoxicant.

"Under the influence" means the employee is affected or impaired by an alcohol or illegal drug or the combination of an illegal drug and alcohol in any detectable manner.
"Drug" is any narcotic, controlled substance, drug or drug-like substance which is (a) not legally obtainable, (b) obtainable but which has not been legally obtained. The term includes legal drugs (i.e. prescribed maintenance drugs, dosage drugs, and over-the-counter drugs) which are not being used for prescribed purposes.
"Workplace Supplemental Staffing premises" includes all buildings, vehicles when on Supplemental Staffing business, facilities, community sites, etc. at which Supplemental Staffing services are delivered.

As a condition of employment, employees will abide by the terms of this policy. Employees will review this policy during employee orientation, and receipt of the review will be documented in the personnel file. Alcohol/drug abuse in the workplace will warrant disciplinary action up to and including termination. Any employee, who is convicted of any criminal drug violation, will notify his/her supervisor in writing no later than five (5) calendar days after such conviction. In addition, within five (5) working days of the conviction notice, the executive or designee, will initiate disciplinary action and/or require the employee to participate in an approved assistance and/or drug rehabilitation program. Reasonable cause testing-Each employee shall be tested when there is reasonable cause to believe the employee is using controlled substances (i.e., observed behavior or involvement in an on-the-job accident or incident). Supervisors who suspect an individual of using controlled substances shall consult with the appropriate representative for the possible detection of symptoms of controlled substance abuse. The supervisor shall also obtain approval for testing from employee before obtaining any blood or urine samples from the suspected employee. Post-accident testing-As soon as possible (but no later than 24 hours) after an accident reportable under relevant government regulations, each employee whose performance either contributed to the accident or who cannot be completely discounted as a contributing factor to the accident may be tested for controlled substances, depending on the circumstances. Testing procedure-The collection, shipment, chain of custody, and retention procedures for blood and urine samples shall be in accordance with the procedures established by the applicable government agencies. In addition, all employee records relating to tests for controlled substances shall also be maintained in accordance with government regulations. WI 4001

## ☑ Supplemental Staffing Harassment Policy

Supplemental Staffing is committed to maintaining a workplace free of sexual, racial and other forms of harassment and intimidation. For purposes of this policy, harassment is defined as unwelcome or unwanted conduct of an offensive nature (whether verbal, visual or physical). Supervisors need to be alert to any harassment and responsible for maintaining a workplace free of harassment. Supervisors are responsible for informing employees of the provisions of this policy. Any employee who is harassed can contact the EEO Officer. Any employee can make an informal or formal complaint to the EEO Officer. Any employee who has knowledge of harassment should report it to the EEO Officer. If a supervisor is informed of an incident, the supervisor should call the EEO Officer. Victims and witnesses are protected from reprisals. Any employee who has engaged in harassment will be subject to a disciplinary action up to and including discharge. WI 4003

## ☑ Supplemental Staffing Theft Policy

All property is to be utilized for Supplemental Staffing business or the client's business only. Personal use of the property is considered theft and will not be tolerated. This includes, but not limited to, copiers, computers, telephones, other equipment, office supplies, and inventory at the client's locations, and personal phone calls by employees. Falsifying records will be considered theft of property. Any time sheet's, are to be completed using actual work time. Recording time in excess of time worked is considered theft/fraud. An employee who violates the terms of this policy shall be subject to disciplinary action, up to and including discharge. In the instance of theft/fraud, Supplemental Staffing shall consider the seriousness of the employee's violation, whether the violation has a direct and substantial relationship to the employee's position, and the employee's past record of employment in determining what action to take. Supplemental Staffing reserves the right to prosecute violators of this policy in addition to taking disciplinary action. WI 4004

## ☑ Supplemental Staffing Weapons in the Workplace Policy

Supplemental Staffing wants to create a safe working environment for our employees and customers by prohibiting the possession and/or use of weapons in the workplace. Employees of Supplemental Staffing are its most valuable resource and for that reason, their health and safety is of paramount concern. Supplemental Staffing will not tolerate any weapon possession or use.

Persons subject to the terms of this policy are as follows:

A. All employees of Supplemental Staffing.
B. All field employees assigned to perform work for or on behalf of Supplemental Staffing.
C. All employees of contractors providing services on behalf of Supplemental Staffing.
D. All applicants for employment with Supplemental Staffing.
E. All other persons, including visitors, vendors, subcontractors, customers, etc.
F. **This policy applies to all persons, except law enforcement personnel on official business, regardless of whether the person is licensed to carry a weapon.**

This policy prohibits possession and/or use of prohibited weapons at any time during working hours, on Company property, in any facility maintained/serviced by Supplemental Staffing, and/or in Company-supplied vehicles, even though such vehicles are not on Supplemental Staffing property. Prohibited weapons include any form of weapon and any form of explosive restricted under local, state or federal regulation. This includes all firearms, illegal knives or other weapons/ordinances as dictated by Ohio Revised Code Section 2923.17. If you have a question about whether an item is covered by this policy, please call the Staffing Manager. You will be held responsible for making sure beforehand that any potentially covered item you possess is not prohibited by this policy. Supplemental Staffing property covered by this policy includes, without limitation, all jobsites, any facility maintained or serviced by Supplemental Staffing/Imperial, and all Company owned or leased buildings. Furthermore, Supplemental Staffing property covered by this policy includes all surrounding areas such as sidewalks, walkways, driveways, and parking lots (whether or not under Supplemental Staffing/Imperial's ownership or control). Company vehicles are covered by this policy at all times regardless of whether they are on Company property at the time. WI 4039

SYMETRA FINANCIAL
Symetra Life Insurance Company
Bellevue, WA 98004

# ENROLLMENT FORM

Mail to:
Select Benefit Administrators of America
118 3rd Street East
P.O. Box 440
Ashland, WI 54806
1-800-497-3699

PART I – TO BE COMPLETED BY THE EMPLOYEE

| Employee's Name (Last, First, Middle) | Social Security # | Date of Birth | Case Number |
|---|---|---|---|
| Hall, James, M | [redacted] | [redacted] | 88043 |

| Employee's Home Address | City | State | Zip Code | Home Phone # |
|---|---|---|---|---|
| No Thank you | | | | |

| Employer's Name | Sex | Date of Employment |
|---|---|---|
| Supplemental Staffing | ☐ M ☐ F | / / |

Marital Status

☐ Married ☐ Single ☐ Divorced/Legally Separated

| Do you have an eligible spouse? | Number of eligible Children: | Indicate eligible dependents you wish to insure: |
|---|---|---|
| ☐ Yes ☐ No | | ☐ None ☐ Spouse ☐ Children ☐ Spouse & Children |

DEPENDENT INFORMATION – Complete If You Are Requesting Family Coverage

No person can be insured under this policy as both an Employee and a dependent, or as a dependent of more than one Employee. Please complete the following information for each family member you wish to cover.

| Dependents Name (Last, First, Middle) | Sex | Date of Birth | Relationship to Employee | Full-Time Student |
|---|---|---|---|---|
| | | | | ☐Yes ☐No |
| | | | | ☐Yes ☐No |
| | | | | ☐Yes ☐No |
| | | | | ☐Yes ☐No |

BENEFICIARY DESIGNATION

PRIMARY (P) – The person(s) you want to receive the life insurance benefit if you die. If more than one primary beneficiary has been named, and the specific percentage (%) has not been designated, then each will receive an equal share of the benefit.

CONTINGENT (C) - The person(s) you want to receive the life insurance benefit if you die and if no primary beneficiary is alive on that date. If more than one contingent beneficiary has been named, and the specific percentage (%) has not been designated, then each will receive an equal share of the benefit.

NOTE: The Group Policyholder may not be named as a Beneficiary.



Symetra SM and the Symetra Financial logo are service marks of Symetra Life Insurance Company

**SUPPLEMENTAL STAFFING**
**CHAIN OF CUSTODY**

Date: 6/22/12 Branch Location: Toledo

Donor SSN# [redacted] Client SPI

Donor Name: James Hall

I ACKNOWLEDGE THAT THE URINE ACCOMPANYING THIS FORM IS MY OWN AND I STATE THAT THE SAMPLE WAS TESTED IN MY PRESENCE.

DONOR SIGNATURE: [signature] Date: 6/22/12

COLLECTION INFORMATION:

Specimen Tested by: Becky Test Date: 6-22-12

**Results:**

Cocaine ✓ Negative ___ Not Negative

Amphetamine ✓ Negative ___ Not Negative

Methamphetamine ✓ Negative ___ Not Negative

Marijuana ✓ Negative ___ Not Negative

Opiates ✓ Negative ___ Not Negative

COLLECTOR SIGNATURE: Becky Buch DATE: 6-22-12

BY SIGNING BELOW YOU AGREE WITH THE RESULTS RECORDED ABOVE REGARDING YOUR URINE DRUG SCREEN.

[signature] 6/22/12

DONOR SIGNATURE DATE:

Defendant
1616

ARAMARK
Uniform Services

Driver Qualification File

Sub Driver

Check Off List

Driver Name: James Hall DOH: MC#: 544/574

Social Security #: [redacted] ID #:

Driver's License #: [redacted] - Ohio Check one box: ☒ CDL Non CDL ☐

File Set Up

| Documents | Yes | No | Comments/Updates |
|---|---|---|---|
| Application for Employment GO-112L | ✓ | | |
| Drivers Application Addendum DQF-108DAA | | | |
| Background Authorization & Disclosure Notice | ✓ | | |
| Prior Employer Alcohol & Controlled Substance Verification (+ Documentation) | | | |
| True Screen - Due Diligence Investigation Request Form | | | |
| True Screen - Due Diligence Investigation Profile | | | |
| Chain of Custody | ✓ | | |
| Cert. of Drug Free Workplace Act Policy DQF-06ADFWPP | ✓ | | |
| Cert. of Controlled Substance Abuse & Alcohol Misuse Policy Supplement DQF-106ADADMP | | | |
| Road Test Form DQF-102RTF | | | |
| Road Test Certification DQF-104RTC | | | |
| Driver Statement of On-Duty Hours (new hire) & Driver Certification for Other Compensated Work | | | |
| Motor Vehicle Record (MVR) | ✓ | | |
| Photocopy of driver's license | ✓ | | |
| DOT Physical, long form DQF-108DPE | | | |
| Copy of DOT Medical Certification | ✓ | | |
| Acknowledgement of Driver's Fleet Safety Policy DQF-106ADFSPM | | | |
| Driver's Annual Statement & Review GO108DAS/ADR | | | |

File Tracking

| | Exp. Driver's License | Exp. Of Medical Cert. | Date of last MVR | Date of Driver's Ann. Statement & Review | Date of Driver's Random Drug Test |
|---|---|---|---|---|---|
| 2008 | | | | | |
| 2009 | | | | | |
| 2010 | | | | | |
| 2011 | | | | | |
| 2012 | | | | | |
| 2013 | | | | | |

Preparer's Signature (to verify DQF completeness)

Date

Defendant
1617

**Todd S. Post**
**1145 Cresceus Rd.**
**Oregon, OH 43616**

August 3, 2006

To Whom It May Concern:

I attest that James M Hall was my co-driver from 1/2006 – 7/2006.

His duties included loading and unloading of the flatbed trailer, performing pre and post-trip inspections on tractor and trailer while maintaining log books by D.O.T. specifications. He is a safe driver, and while still learning he shows promise as a professional tractor-trailer operator. He is well-versed in all backing maneuvers. I was impressed with his preventable accident skills. Although I have been forced out of business, if given the opportunity again, I would rehire James.

Sincerely,

Todd Post

James M Hall

[redacted]

x [signature]

Todd S Post

1145 Cresceus Rd.

Oregon, OH 43616

x [signature]

Notary Public

x [signature]

CAROL BELKNAP
*Notary Public, State of Ohio*
My Commission Expires ~~6-30-2001~~ 7-4-2011

Defendant
1618

Always Delivery Service
Andre Stribling
D.O.T # 1784980
MC # 650550

12/16/2009

To Future Employers,
James Hall was employed with us as a Class A driver from 6/5/08 – 12/18/09.In the 18 months James worked for us his duties included delivery and unload of appliances in Indiana, Ohio and Michigan. James is a hard worker and an intelligent driver with good skills, he worked a total of 60 hours a week 12 hours a days. James posses strong paperwork and log skills, along with strong computer skills for a driver. He was always polite and courteous to all receivers and we would gladly recommend James to any employer.

Sincerely
Andre Stribling

Andre Stibling
[signature]

James Hall
[signature]

Notary Republic

Sworn & subscribed in my presence this 16th day of December 2009.

Jeanne M. Herrick
Notary Public

NOTARIAL SEAL STATE OF OHIO
JEANNE M. HERRICK
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 09-02-2014

Defendant
1619

# Report

## Search Information

Subject: Hall, James M
SSN: [redacted]
DOB: [redacted]
Reference 1: [redacted]
Reference 2: SPI

Order ID: 3342800
Customer: Supplemental Staffing
Order Date: 6/22/2012 11:45:33 AM
Completion Date: 6/22/2012 11:45:54 AM
Package: MVR ONLY

## Summary Information

| Products | Coverage | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| Ohio Driving Record | | Completed | 6/22/2012 | 6/22/2012 | Record(s) Found | |

* Based on your applicant's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

Ohio Driving Record

## DRIVERS LICENSE REPORT

OHIO

Status: VALID / Violation(s): 1

### SUBMITTED CRITERIA

First Name: JAMES    Last Name: HALL    Drivers License: qd246182    State: OH

JAMES MICHAEL HALL    MALE    DOB: [redacted]

Height: 6'00"    Weight: 210 lbs
Hair: BLA    Eyes: HAZEL
Address(es): [redacted]
Driver's License State: OH    Driver's License # [redacted]

### LICENSE SUMMARY

Date Issued: 07/06/2011    Expiration Date: [redacted]

### LICENSE INFORMATION

License # [redacted]
Date Issued: [redacted]
Class: CLASS A COMMERCIAL-A
Endorsements: DBL/TRP/TL,TANK_$_HZMT
Restrictions: NONE

License Status: VALID
Expiration Date: 10/07/2013
Description: CLASS A COMMERCIAL
Description: DBL/TRP/TL,TANK_$_HZMT
Description: NONE

```
LICENSE NUMBER -> QD246182

ORIG.ISSUED  ISSUED      EXPIRES     CLASS                    STATUS
-----------  ----------  ----------  ---------------------    ---------------------
             07/06/2011  [redacted]  CLASS A COMMERCIAL-A     VALID
---------------------------------------------------------------------------------

LICENSE TYPE:
CLASS DESCRIPTION: CLASS A COMMERCIAL
STATUS DESCRIPTION: VALID
RESTRICTIONS: NONE
ENDORSEMENTS: DBL/TRP/TL,TANK&HZMT

PRIOR STATE:     DL #:                      STATUS:
C.D.L. ISSUED:              STATUS:

POINTS:
REINST DATE:
SECONDARY LIC:
OTHER STATE LIC:
OTHER STATE:
NON-RESIDENT MILITARY:
BOATCLASS:
```

```
TYPE VIOL/SUSPE CONV/REINS HISTORY ENTRY                                    PTS
---- ---------- ---------- --------------------------------------------- ---
VIOL 02/17/2011 03/08/2011 S92-SPEED DTAIL:                                 0.0
                           Event Type..........: VIOLATION
                           Court/Agency........: MICHIGAN - UNKNOWN
                                                 COURT
                           Jurisdiction........: MICHIGAN
                           SubType.............: C3
                           Court Order #.......: 320 CV 20702
                           State Specific Desc.: S92-SPEED DTAIL:
                           ACD.................: S92
                           Miscellaneous.......: OUT-OF-STATE CONVICTION


                            *****END OF RECORD*****
```

# Employee Wage Verification

| Imperial Inc. | | Hrs | Gross | Net Amt | Check # | Check Date | Weekending Date |
|---|---|---|---|---|---|---|---|
| SSN | Name | | | | | | |
| [redacted] | Hall, James M. | 41.25 | $460.63 | $362.33 | 248727 | 7/6/12 | 07/01/2012 |
| | | 10.50 | $105.00 | $96.20 | 249180 | 7/20/12 | 07/15/2012 |
| | | 51.75 | 565.63 | 458.53 | | | |

# Employee Wage Verification

MRR, Inc.

SSN: [redacted]
Name: Hall, James M.

| Hrs | Gross | Net Amt | Check # | Check Date | Weekending Date |
|---|---|---|---|---|---|
| 18.00 | $270.00 | $237.22 | 88796 | 7/20/12 | 07/15/2012 |
| 22.00 | $330.00 | $284.86 | 249519 | 7/27/12 | 07/22/2012 |
| 32.50 | $487.50 | $402.01 | 249700 | 8/3/12 | 07/29/2012 |
| 22.00 | $330.00 | $284.86 | 250024 | 8/10/12 | 08/05/2012 |
| 35.00 | $525.00 | $429.48 | 250154 | 8/17/12 | 08/12/2012 |
| 25.00 | $375.00 | $319.36 | 250307 | 8/24/12 | 08/19/2012 |
| 55.00 | $937.50 | $723.81 | 250628 | 8/31/12 | 08/26/2012 |
| 25.00 | $375.00 | $319.35 | 250770 | 9/7/12 | 09/02/2012 |
| 25.00 | $375.00 | $319.36 | 251103 | 9/14/12 | 09/09/2012 |
| 25.00 | $375.00 | $319.35 | 251253 | 9/21/12 | 09/16/2012 |
| 25.00 | $375.00 | $319.35 | 251493 | 9/28/12 | 09/23/2012 |
| 25.00 | $375.00 | $319.35 | 251842 | 10/5/12 | 09/30/2012 |
| 25.00 | $375.00 | $319.36 | 251995 | 10/12/12 | 10/07/2012 |
| 25.00 | $375.00 | $319.35 | 252244 | 10/19/12 | 10/14/2012 |
| 38.00 | $570.00 | $462.45 | 252566 | 10/26/12 | 10/21/2012 |
| 25.00 | $375.00 | $319.36 | 252828 | 11/2/12 | 10/28/2012 |
| 25.00 | $375.00 | $319.35 | 253090 | 11/9/12 | 11/04/2012 |
| 44.00 | $690.00 | $550.38 | 253250 | 11/16/12 | 11/11/2012 |
| 9.00 | $585.00 | $473.45 | 253595 | 11/23/12 | 11/18/2012 |
| 30.00 | $450.00 | $374.53 | 253756 | 11/30/12 | 11/25/2012 |
| 30.00 | $450.00 | $374.52 | 254101 | 12/7/12 | 12/02/2012 |
| 42.00 | $645.00 | $517.42 | 254291 | 12/14/12 | 12/09/2012 |
| 15.00 | $225.00 | $163.90 | 254507 | 12/21/12 | 12/16/2012 |
| 60.00 | $1,162.50 | $864.72 | 91388 | 12/21/12 | 12/16/2012 |
| 66.00 | $1,185.00 | $841.28 | 254840 | 12/28/12 | 12/23/2012 |
| 64.00 | $1,140.00 | $790.29 | 255075 | 1/4/13 | 12/30/2012 |
| 64.00 | $1,140.00 | $790.29 | 255282 | 1/11/13 | 01/06/2013 |
| 68.00 | $1,230.00 | $844.85 | 255591 | 1/18/13 | 01/13/2013 |
| 68.00 | $1,230.00 | $844.86 | 255764 | 1/25/13 | 01/20/2013 |
| 58.00 | $1,005.00 | $711.59 | 256017 | 2/1/13 | 01/27/2013 |
| 66.00 | $1,185.00 | $820.72 | 256282 | 2/8/13 | 02/03/2013 |
| 66.00 | $1,185.00 | $820.73 | 256557 | 2/15/13 | 02/10/2013 |
| 66.00 | $1,185.00 | $820.73 | 256923 | 2/22/13 | 02/17/2013 |
| 66.00 | $1,185.00 | $820.73 | 257207 | 3/1/13 | 02/24/2013 |
| 40.00 | $600.00 | $435.84 | 257413 | 3/8/13 | 03/03/2013 |
| 40.00 | $600.00 | $435.84 | 257791 | 3/15/13 | 03/10/2013 |
| 50.00 | $825.00 | $596.00 | 258007 | 3/22/13 | 03/17/2013 |
| 50.00 | $825.00 | $596.01 | 258396 | 3/29/13 | 03/24/2013 |
| 50.00 | $825.00 | $596.01 | 258618 | 4/5/13 | 03/31/2013 |
| 50.00 | $825.00 | $596.01 | 258936 | 4/12/13 | 04/07/2013 |
| 50.00 | $825.00 | $596.00 | 259334 | 4/19/13 | 04/14/2013 |
| 50.00 | $825.00 | $596.01 | 259563 | 4/26/13 | 04/21/2013 |
| 50.00 | $825.00 | $596.01 | 259932 | 5/3/13 | 04/28/2013 |
| 55.00 | $937.50 | $670.67 | 260212 | 5/10/13 | 05/05/2013 |
| 61.00 | $1,072.50 | $752.52 | 260491 | 5/17/13 | 05/12/2013 |
| 50.00 | $825.00 | $596.01 | 260703 | 5/24/13 | 05/19/2013 |
| 50.00 | $825.00 | $596.01 | 260997 | 5/31/13 | 05/26/2013 |
| 50.00 | $825.00 | $596.01 | 261337 | 6/7/13 | 06/02/2013 |
| 50.00 | $825.00 | $596.00 | 261629 | 6/14/13 | 06/09/2013 |
| 50.00 | $825.00 | $596.01 | 261916 | 6/21/13 | 06/16/2013 |
| 50.00 | $825.00 | $596.01 | 262208 | 6/28/13 | 06/23/2013 |

# Employee Wage Verification

MRR, Inc.

| SSN | Name | Hrs | Gross | Net Amt | Check # | Check Date | Weekending Date |
|---|---|---|---|---|---|---|---|
| | | 65.00 | $1,162.50 | $807.08 | 262487 | 7/5/13 | 06/30/2013 |
| | | 65.00 | $1,162.50 | $807.10 | 262752 | 7/12/13 | 07/07/2013 |
| | | 65 00 | $1,162.50 | $807.08 | 263034 | 7/19/13 | 07/14/2013 |
| | | 65.00 | $1,162.50 | $807.09 | 263332 | 7/26/13 | 07/21/2013 |
| | | 65.00 | $1,162.50 | $807.09 | 263636 | 8/2/13 | 07/28/2013 |
| | | -29.00 | $0.00 | $0.00 | 263678 | 8/9/13 | 07/28/2013 |
| | | 2,555.50 | 43,410.00 | 31,995.08 | | | |

Form **W-4**
Department of the Treasury
Internal Revenue Service

# Employee's Withholding Allowance Certificate

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074
**2012**

| | | |
|---|---|---|
| 1 Your first name and middle initial: James M. | Last name: Hall | 2 Your social security number: [redacted] |
| Home address (number and street or rural route): [redacted] | | 3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate. Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. |
| City or town, state, and ZIP code: [redacted] | | 4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐ |

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) — 5: 2
6 Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . — 6: $ -0-
7 I claim exemption from withholding for 2012, and I certify that I meet both of the following conditions for exemption.
• Last year I had a right to a refund of all federal income tax withheld because I had no tax liability, and
• This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.
If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . . ▶ 7 —

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶ [signature] Date ▶ 6/20/2012

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|
| | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2. Cat. No. 10220Q Form **W-4** (2012)

Defendant
1637

## RECORDS CERTIFICATION

TO WHOM IT MAY CONCERN:

This is to certify that the attached photographic reproductions are true and exact photocopies of the records of **JAMES MICHAEL HALL, DOB:** [redacted] **Social Security Number:** [redacted] These records were prepared by the personnel, staff, or persons acting under the control of either, in the ordinary course of business at or near the time of the act, condition or event.

WITNESSES:

Records Administrator for Imperial, Inc.

Date: 10-8-18

**RECORDS CERTIFICATION**

TO WHOM IT MAY CONCERN:

This is to certify that the attached photographic reproductions are true and exact photocopies of the records of **JAMES MICHAEL HALL, DOB:**[redacted] **Social Security Number:** [redacted] These records were prepared by the personnel, staff, or persons acting under the control of either, in the ordinary course of business at or near the time of the act, condition or event.

WITNESSES:

____________________ ____________________

Records Administrator for Margaret Richards, Inc.

____________________ Date: ____________________