**AUTHORIZATION FOR EMPLOYMENT/PERSONNEL RECORDS**

TO WHOM IT MAY CONCERN: Phoenix Services, Inc.

YOU ARE HEREBY AUTHORIZED to provide a certified copy of any and all personnel files, including but not limited to personnel records time sheets, expense reports, pre-employment applications, physicals, earnings records, employment application, W-2 forms, performance, promotion, demotion, transfer and termination records, medical reports and records, accident/incident reports, and other such documents retained by this company and regarding my employment to THE DILL FIRM, APLC, P.O. Box 3324, Lafayette, Louisiana 70502-3324.

It is further agreed and authorized that a copy of this authorization will have the same force and effect as the original.

THUS DONE AND SIGNED this 1st day of July, 2019.

WITNESS

EMPLOYEE SIGNATURE

**EMPLOYEE INFORMATION:**

Full Name: James Michael Hall

Date of Birth: [redacted]

Social Security Number: [redacted]

# Employee Check History Report

For Checks Dated 1/1/2010 to 7/10/2019

| Employee W/E | Check Date | SSN Check No. | Gross | OASDI | Medicare | Federal | State | Local | Emp. UC | SDI | ARC | Emp. WC | Deductions | Add'l Pay | Net | Hours RG | Hours OT | Hours DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James M. Ha | | 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 | | | | | | | | | | | | | | | | |
| 4/17 | 04/22/11 | 125047 | 851.13 | 35.75 | 12.34 | 92.58 | 24.62 | 19.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 666.66 | 43.20 | 15.25 | 0.00 |
| 4/24 | 04/29/11 | 126225 | 961.34 | 40.38 | 13.94 | 133.19 | 29.56 | 21.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 735.84 | 40.00 | 18.44 | 0.00 |
| 5/01 | 05/06/11 | 127221 | 717.56 | 30.14 | 10.41 | 70.07 | 19.15 | 16.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 569.72 | 40.00 | 7.20 | 0.00 |
| 5/08 | 05/13/11 | 128134 | 800.36 | 33.62 | 11.60 | 81.48 | 22.36 | 18.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630.29 | 40.00 | 10.88 | 0.00 |
| 5/15 | 05/20/11 | 129172 | 1,005.89 | 42.24 | 14.59 | 153.28 | 31.54 | 22.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 743.61 | 40.00 | 20.52 | 0.00 |
| 5/22 | 05/27/11 | 130187 | 631.08 | 26.51 | 9.15 | [illegible] | 15.84 | 14.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 596.29 | 40.00 | 2.94 | 0.00 |
| 5/29 | 06/03/11 | 131236 | 461.68 | 19.39 | 6.69 | 35.68 | 9.35 | 10.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 342.18 | 32.49 | 0.00 | 0.00 |
| 6/05 | 06/10/11 | 132333 | 1,058.74 | 44.47 | 15.35 | 98.70 | 25.89 | 23.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 855.04 | 47.51 | 17.97 | 0.00 |
| 6/12 | 06/17/11 | 133385 | 756.66 | 31.78 | 10.97 | 79.92 | 20.65 | 17.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 598.32 | 40.00 | 8.63 | 0.00 |
| 6/19 | 06/24/11 | 134458 | 850.25 | 35.71 | 12.33 | 91.37 | 24.59 | 19.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 665.13 | 40.00 | 13.22 | 0.00 |
| 6/26 | 07/01/11 | 135489 | 831.45 | 34.92 | 12.06 | 89.25 | 23.75 | 18.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 652.96 | 40.00 | 12.34 | 0.00 |
| 10/16 | 10/21/11 | 154289 | 349.15 | 13.61 | 4.70 | 11.15 | 2.28 | 7.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 307.11 | 24.00 | 0.00 | 0.00 |
| 10/23 | 10/28/11 | 155513 | 492.94 | 20.71 | 7.14 | 34.26 | 5.58 | 11.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 410.66 | 36.00 | 0.00 | 0.00 |
| 10/30 | 11/04/11 | 156695 | 312.00 | 13.10 | 4.53 | 11.92 | 4.26 | 7.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 270.16 | 24.00 | 0.00 | 0.00 |
| 11/06 | 11/11/11 | 158431 | 280.80 | 11.76 | 4.06 | 0.73 | 3.44 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244.71 | 20.00 | 0.00 | 0.00 |
| 10/30 | 11/11/11 | 158967 | 429.90 | 18.02 | 6.22 | 4.73 | 4.15 | 9.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.22 | 33.00 | 0.00 | 0.00 |
| 11/13 | 11/18/11 | 159163 | 278.71 | 11.70 | 4.04 | 2.63 | 1.69 | 6.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.41 | 20.50 | 0.00 | 0.00 |
| 11/20 | 11/25/11 | 160372 | 140.00 | 5.88 | 2.03 | 0.00 | 0.85 | 3.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 128.09 | 10.00 | 0.00 | 0.00 |
| 11/27 | 12/02/11 | 161202 | 105.00 | 4.41 | 1.52 | 0.00 | 0.51 | 2.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.22 | 7.50 | 0.00 | 0.00 |
| 11/27 | 12/09/11 | 162412 | 112.00 | 4.71 | 1.63 | 0.00 | 0.56 | 2.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.58 | 8.00 | 0.00 | 0.00 |
| 4/08 | 04/13/12 | 181684 | 646.75 | 27.16 | 9.38 | 64.32 | 16.44 | 14.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 518.70 | 40.00 | 6.50 | 0.00 |
| 4/15 | 04/20/12 | 182853 | 159.52 | 6.66 | 2.30 | 4.00 | 1.09 | 3.57 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 144.90 | 12.00 | 0.00 | 0.00 |
| 5/06 | 05/11/12 | 186631 | 344.50 | 14.47 | 4.99 | 12.70 | 5.28 | 7.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.31 | 26.50 | 0.00 | 0.00 |
| James M. Hal Totals | | | 12,574.50 | 527.08 | 181.97 | 1,115.23 | 293.43 | 282.36 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 25.00 | 10,174.43 | 961.50 | 132.90 | 0.00 |

7/10/2019 [illegible]



001980

# Form W-4 (2011)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2011 expires February 16, 2012. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $950 and includes more than $300 of unearned income (for example, interest and dividends).

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 919 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the amount you are having withheld compares to your projected total tax for 2011. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

## Personal Allowances Worksheet (Keep for your records.)

A Enter "1" for yourself if no one else can claim you as a dependent . . . . . A 1

B Enter "1" if: { • You are single and have only one job; or • You are married, have only one job, and your spouse does not work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } . . . . B

C Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . C

D Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . D

E Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . . . E

F Enter "1" if you have at least $1,900 of child or dependent care expenses for which you plan to claim a credit . . . F

(Note. Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G Child Tax Credit (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.

• If your total income will be less than $61,000 ($90,000 if married), enter "2" for each eligible child; then less "1" if you have three or more eligible children.

• If your total income will be between $61,000 and $84,000 ($90,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have six or more eligible children . . . . G

H Add lines A through G and enter total here. (Note. This may be different from the number of exemptions you claim on your tax return.) ▶ H 2

For accuracy, complete all worksheets that apply. { • If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2. • If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $40,000 ($10,000 if married), see the Two-Earners/Multiple Jobs Worksheet on page 2 to avoid having too little tax withheld. • If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below. }

Cut here and give Form W-4 to your employer. Keep the top part for your records.

---

Form **W-4** Department of the Treasury Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074 **2011**

1 Type or print your first name and middle initial. James M. | Last name Hall | 2 [redacted]

Home address (number and street or rural route) [redacted]

City or town, state, and ZIP code [redacted]

3 ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate.

Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) 5 2

6 Additional amount, if any, you want withheld from each paycheck . . . . 6 $

7 I claim exemption from withholding for 2011, and I certify that I meet both of the following conditions for exemption.

• Last year I had a right to a refund of all federal income tax withheld because I had no tax liability and

• This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.

If you meet both conditions, write "Exempt" here . . . . ▶ 7

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature (This form is not valid unless you sign it.) ▶ [signature] Date ▶ 4/4/2011

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2. Cat. No. 10220Q Form W-4 (2011)

IT-4

## Notice to Employee

1. For state purposes, an individual may claim only natural dependency exemptions. This includes the taxpayer, spouse, and each dependent. Dependents are the same as defined in the Internal Revenue Code and as claimed in the taxpayer's federal income tax return for the taxable year, or which the taxpayer would have been permitted to claim had the taxpayer filed such a return.

2. You may file a new certificate at anytime if the number of your exemptions increases.

You must file a new certificate within 10 days if the number of exemptions previously claimed by you decreases because:
(a) Your spouse for whom you have been claiming exemption is divorced or legally separated, or claims her (or his) own exemption on a separate certificate.
(b) The support of a dependent for whom you claimed exemption is taken over by someone else.
(c) You find that a dependent for whom you claimed exemption must be dropped for Federal purposes.

The death of a spouse or a dependent does not affect your withholding until the next year but requires the filing of a new certificate. If possible, file a new certificate by December 1st of the year in which the death occurs.

For further information, consult the Ohio Department of Taxation, Income tax Division, or your employer.

3. If you expect to owe more Ohio income tax than will be withheld, you may claim a smaller number of exemptions; or under an agreement with your employer, you may have an additional amount withheld each pay period.

4. A married couple with both spouses working and filing a joint return will, in many cases, be required to file a Declaration of Estimated Individual Income Tax even though Ohio income tax is being withheld from their wages. This is because the tax on their combined income will be greater than the sum of the taxes withheld from the husband's wages and the wife's wages. This requirement to file a Declaration of Estimated Individual Income Tax may also apply to an individual who has two jobs, both of which are subject to withholding. In lieu of filing the Declaration of Estimated Individual Income Tax, the individual may provide for additional withholding with the employer by using line 5.

✂ please detach here

Ohio Department of TAXATION — Employee's Withholding Exemption Certificate — IT 4 Rev. 12/00

Print Full Name James Hall Social Security Number [redacted]

Home Address and Zip Code [redacted]

Public School District of Residence ______ School District No. ______

1. Personal exemption for yourself, enter "1" if claimed 1
2. If married, personal exemption for your spouse if not separately claimed (enter "1" if claimed)
3. Exemptions for dependents 1
4. Add the exemptions which you have claimed above and enter total 2
5. Additional withholding per pay period under agreement with employer

Under the penalties of perjury, I certify that the number of exemptions claimed on this certificate does not exceed the number to which I am entitled.

Signature [signature] Date 4/4/2011

# JAMES M. HALL

## HAZMAT/TANKER/DOUBLES & TRIPLES ENDORESMENTS

### OBJECTIVE

I am seeking a safe and secure work environment for the next 30 years until retirement. I am a strong safe driver with a desire to become a true professional in my field. I have strong computer and log skills and certified on Forklift Operations.

### WORK EXPERIENCE

1/12/11 – Still Employed *Phoenix Employment* 5800 Monroe St # D5
*Class A Driver* Sylvania, OH 43560
(419) 885-2151

- I was a class A hazmat driver and was layed off.
- I made $14.00 hr. and delivered varies supplies to varies consignee and warehouses.
- Electronic Logs.
- I was OTR 4 days a week and home for 3.working 14 hour days.
- I took a leave of absence for a surgery and Phoenix has no work for me at this time.

10/22/10 – 1/4/11 *Titan Construction* 24851 E Broadway Rd
*Flatbed Driver* Perrysburg, OH 43551
(419) 837-2211

- This was a temp position with a small but good company I wish it would have lasted longer.
- I was running steel from Perrysburg,oh to jarrell,tx.
- It was 34 cpm loaded and 21 cpm unloaded.
- This was on OTR position.

9/1/10 – 10/12/10 *Werner Enterprises* 14507 Frontier Road
*Class A Dedicated* Omaha NE 68138
(402) 895-6640

- Reason a quit was I was lied to about the job the entire way

I was told I would be making .38 cpm and I would get 2200 miles a week. I was only paid .33 cpm and never cleared 1600 miles in a 70 hour week.

- I averaged 25 hours a week working for free and broke down 4 times in 6 weeks which you don't get paid for.
- I was on the dedicated Anheuser-Busch account at .33 cpm
- I kept a computerized logs and trip pack.

5/1/10 – 8/12/10 *Seagate Transportation* 555 F st.
*Class A OTR* Perrysburg, OH 43551
(419)666-9919

- When I took the job I knew the job was conditional on my obtaining a fast card into Canada. I was unable to obtain a fast card due to back child support.
- I was driving on the automotive accounts (Ford & GM) at .43 cpm. I used computerized logs.
- I really liked this job and I never thought I would be denied a Fast card since I have all endorsements.

1/10/10 – 4/29/10 *Unemployed* 1013 Mambrino rd
Oregon, OH 43616
(419) 691-2006

- I bought a HUD house from the government and per the agreement the inside of the house needed to be completely gutted and rebuild.
- I had to redo the framing, water and gas pipes, electrical, insulation and drywall.

6/5/08 – 1/8/10 *All Ways Delivery Service* 101 Van Buren st.
*Class A & B Driver Regional* Toledo, OH 43606
(419)704-1321

- I drove major appliances to Oh, In, Mi, Ill and Pa.
- I dealt with receivers, paperwork and computerized logs.
- I unloaded appliances with a power high/low forklift.
- This was a great job and I would have worked here till retirement.
- Rate of pay $14.00 hr.
- D.O.T# 1784980/ MC# 650550

7/8/07 – 5/12/08 ***Cardinal Staffing*** 2515 Oregon rd.
***Class A Local Driver*** Northwood, OH 43619
(419) 666-6800

- I drove with Excel as a Shuttle driver for the First two weeks.
- I drove with Excel as a Route driver for a month after that.
- I have been driving a switch truck and handling the Inbounds and outbound since. I kept detailed logs of inbound and outbound trailers.
- I was laid off after Chrysler cut there 3rd Shift across the country.
- Rate of pay was $16.00 hr.
- I loved this Job I only wish I could have worked there longer.

3/22/07 – 6/17/07 ***Get Go Transport*** 28500 Lemoyne rd.
***Class A OTR Driver*** Millbury, OH 43447
(419) 666-6850

- I was driving an average of 2500 hazmat miles a week @ 36 cpm and unloaded my own trailers at drop off.
- In the 2 ½ months I worked for Get Go there dispatch got me lost (in town directions) 9 times.
- One of the times dispatch had given me the wrong directions was in Pittsburg, PA. I was running low on fuel and informed dispatch of the situation (The Company [illegible]) and after 30 minutes of more bad directions I ran out of fuel. I realize it was a rookie mistake that will never happen again but the company charged me $400.00 [illegible] to give me 20 gallons of fuel.
- One of the Paint stores I delivered to was a paint shop in Louisville, KY, this particular stores paper work stated in big bold print that they required a 48 ft trailer and the tandems slide all the way forward to get in the dock. Instead the company sent me to this store with a 53 ft trailer with tandems that did not work. As a result I rubbed a fence poll while backing in (there was no damage to the trailer of any kind) and the company charged me $560.00 to dig up and reset the poll.
- This job was a miserable learning experience.

7/2/06 – 3/20/07 *Seaway Fuels Trucking Inc.* 2925 Airport hwy.
*Class A & B Fuel Driver* Toledo, OH 43609
(419) 385-2849

- On Mondays and Tuesday I would load at one of four refineries in Toledo and deliver to gas stations in a 250 mile radio of Toledo and end the day by refueling the yard for the straight tanker division.
- Wednesday – Saturday I would drive a Class B Straight Tanker and deliver to tanks and various construction sites in a 250 mile ratio of Toledo.
- I was the only Class A driver willing to drive both classes in the company. I did this because the company had trouble keeping drivers in the straight tanker division
- The Pay for both jobs was 14.00 per hour with no benefits to pull a 309 lbs. [illegible] and the company had [illegible] overtime set up that required me to work 6 days a week 65 – 75 hrs. per week.

1/19/06 – 6/28/06 [illegible] 1145 [illegible]
*Co-Driver* Oregon, OH 43616

- Operated a 2001 Freightliner Columbia/Flatbed Trailer.
- I hauled too-heavy crushed cars and scrap metal.
- Drove and maintained Log 65hrs. A week @ .36cpm.
- When Mr. Post retired I believed I had enough OTR experience to move on to local work.
- I have a notarized Letter of Recommendation from Mr. Post.
- Mr. Post was a great employer. I really enjoyed learning from him.

1/13/06 – 1/17/06 *U.S Express* 228 Troy st.
*Class A OTR Driver* Dayton, OH 45404
800-251-6291

- The recruiter for US Express misrepresented the job description and Pay.
- I was told 3 days into orientation I would need to train for 9 weeks on the Dollar General dedicated account where I was expected to drive and unload the trailer for $40 a day. I was offered a Co-Drivers position with Todd S. Post Owner/Oper. @ .36cpm.

8/02/05 – 1/01/06 *USA Trucking* 3108 Industrial Park rd.

*Class A OTR Driver* Van Buren, AR 72956

800-872-8782

- I trained on a dedicated automotive manufactures account for 2 months, 70 hrs a week @ 24.cpm
- Then I returned to Van Buren and received another month of hazardous material and tanker training, where I continued on another account for the next 3 months. Still at training pay of 24.cpm
- Over the 6 months that I worked for this company I was home for 0 days total and the strain on family relations was unbearable and I was forced to find other employment

1996 – 2005 *Benny's Sports Bar & Grill* 1244 Starr ave.

*General Manager* Toledo, OH 43605

- When I first started with the company I was a cook, then I moved to a bartender position and on to General Managre
- I Managed Food and Liquor cost, Payroll and Employee scheduling and hiring. I was the GM for 6 years.
- When the owner Benjamin Saba sold the restaurant I decided I needed a more stable career and pursued truck driving school.

**EDUCATION**

6/05 – 8/05 *C – 1 Transport Professional Training Center* 3606 Raymond

Indianapolis, In 46203

877-440-5885

- I graduated second in my class of thirty.
- I am well versed in all backing maneuvers including parallel parking.
- I was sponsored by *USA Trucking*.

1988 – 1991 **Clay High School** 5665 Seaman rd.

Oregon, Ohio 43616

- Graduated 1991
- Played Hockey & Football for Clay

PERSONAL REFERENCES

*Christopher Louis Hall*

906 ½ Delence rd. Toledo, OH 43605 (419)913-2356

*Carol Watters*

2519 Brent fort Ct. Toledo, OH 43609 (419)382-4518

*Leslie Post*

1145 Cresceus rd. Oregon, OH 43616

*Todd Post*

1145 Cresceus rd. Oregon, OH 43616

Andre Sterling

101 Van Buren rd. Toledo, OH 43606 (419)704-1321

Gary Thorne

2724 Collingwood blvd. Toledo,OH 43610 (419)787-3421