## RECORDS CERTIFICATION

TO WHOM IT MAY CONCERN:

This is to certify that the attached photographic reproductions are true and exact photocopies of the records of **JAMES MICHAEL HALL, DOB:**[redacted] **Social Security Number:**[redacted] These records were prepared by the personnel, staff, or persons acting under the control of either, in the ordinary course of business at or near the time of the act, condition or event.

WITNESSES:

Abigail Haro ______________________ Abigail Haro

Records Administrator for Ameritech Staffing, Inc.

______________________ Date: 09/20/18

OCT 0 4 2018

AFFIDAVIT

STATE OF TEXAS

HARRIS COUNTY

Records Pertaining To: JAMES MICHAEL HALL

Type of Records: Any and all employment records, including but not limited to any and all reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence pertaining to JAMES MICHAEL HALL, SSN: [redacted] DOB: [redacted]

Before me, the undersigned authority, personally appeared Abigail. Haro ,who, being by me duty sworn, deposed as follows:
(Custodian of Records)

My name is Abigail Haro , I am over eighteen (18) years of age, of sound mind, capable of making this affidavit and have personal knowledge of the facts herein stated:

I am the Custodian of Records for:
**Ameritech Staffing, Inc.**
**3993 W. Sam Houston Parkway**
**Suite 200**
**Houston, TX 77043**

This is a regularly conducted business activity. Attached hereto are 47 pages of employment records, reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence from this facility, and it was the regular practice to make and maintain these records. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility with knowledge, or one who had been furnished such knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The method of preparation of the records was trustworthy. The records attached hereto are the original records or exact duplicates of the original records.

Abigail Haro
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the 16th day of September , 20 19

ABIGAIL HARO
Notary Public, State of Texas
Comm. Expires 08-22-2021
Notary ID 125604256

Abigail Haro
NOTARY PUBLIC

# AMERITECH STAFFING, INC.

## EMPLOYEE INFORMATION

| | |
|---|---|
| NAME | James M. Hall |
| ADDRESS | [redacted] |
| PHONE | 507-249-2203 |
| SS # | [redacted] |
| HIRE DATE | 12/16/13 |
| PAY RATE | $14.00 |
| RAISE | |
| W/C Code | 4101 |
| ORIGINAL CUSTOMER | OldCastleGlass |
| POSITION HELD | Driver |
| VACATION | |
| TERMINATION DATE | 2/3/14 |
| REASON | Quit<br>Refused to take DOT drug screen AFTER accident in company truck (No damage). Stated he used marijuana on Super Bowl Sunday & would fail drug screen so he Quit. |
| REHIRE? | NO!! He did NOT tell Old Castle he quit |
| RECRUITER | Cindy I. |

Submitted By AmeriTech Staffing, Inc. 713-896-9956


# JAMES M. HALL

[redacted]

(567) 249-2203
RAVENSONG000@GMAIL.COM


**HAZMAT/TANKER/DOUBLES & TRIPLES ENDORESMENTS**

## OBJECTIVE

Experienced, strong, safe driver with a desire to become a true professional in the field of Driving; strong computer and log skills and certified Forklift Operator.

## WORK EXPERIENCE

6/12 - 7/13 ***Supplemental Staffing*** 5333 Southwyck Blvd.
*Class* ... Toledo, OH 43614

- 
- ...gulars), High-Low,
- 

Old Castle Beltway $14
Driver 8
12/16/13
Pay Rate Bill Rate
Reg $14.00 $21.00
OT $21.00 $31.50
-Cody

1/11 ... 5800 Monroe St
*Class* ... Sylvania, OH 43560

- ...windows, Whitaker
- 
- ...o consignee and
- 
- 

9/10 – 1/11 ***Titan Construction / Werner Enterprises*** 24851 E Broadway Rd Perrysburg, OH 43551
***Class A Dedicated /Flatbed Driver***

- I was running steel from Perrysburg, OH to Jarrell, TX.
- 24' Custom Double Flatbed
- This was on OTR position.
- I was on the dedicated driver on the Anheuser-Busch account
- Computerized logs and trip pack.

5/10 – 8/10 ***Seagate Transportation*** 555 F St.
***Class A OTR*** Perrysburg, OH 43551

- I was driving on the automotive accounts (Ford & GM)
- Tanker Truck, Box Truck, 53' Trailers
- Computerized logs.

6/08 – 1/10 ***All Ways Delivery Service*** 101 Van Buren St.
***Class A & B Driver Regional*** Toledo, OH 43606

- Drove major appliances to OH, IN, MI, IL and PA.
- 48' Flatbed Trailer, 53' Box Truck' Class B Box Trucks
- Dealt with receivers, paperwork and computerized logs.
- Unloaded appliances with a power high/low forklift.

3/07 – 5/08 ***Cardinal Staffing*** 2515 Oregon Rd.
***Class A Local Driver*** Northwood, OH 43619

- Drove with Excel as a Shuttle driver for the First two weeks.
- Drove with Excel as a Route driver for a month after that.
- Delivered auto parts for Chrysler
- 53' Tractor Trailer, Switch Truck
- Kept detailed logs of inbound and outbound trailers.

7/06 – 3/07 ***Seaway Fuels Trucking Inc.*** 2925 Airport Hwy.
***Class A & B Fuel Driver*** Toledo, OH 43609

- Pulled Gasoline and Hazardous Materials
- Load at one of four refineries in Toledo and deliver to gas stations in a 250 mile radio of Toledo and end the day by refueling the yard for the straight tanker division.
- Drove a Class B Straight Tanker and deliver to tanks and various construction sites in a 250 mile ratio of Toledo.

1/06 – 6/06 ***Todd S. Post Owner/Operator*** 1145 Cresceus Rd.
***Co-Driver*** Oregon, OH 43616

- Operated a 2001 Freightliner Columbia/Flatbed Trailer.
- Hauled top-heavy crushed cars and scrap metal.
- Drove and maintained Log 65hrs.

8/05 – 1/06 ***USA Trucking*** 3108 Industrial Park Rd.
***Class A OTR Driver*** Van Buren, AR 72956

- Trained on a dedicated automotive manufactures account
- Returned to Van Buren and received another month of hazardous material and tanker training.

1996 – 2005 ***Benny's Sports Bar & Grill*** 1244 Starr Ave.
***General Manager*** Toledo, OH 43605

- When I first started with the company I was a cook, and then I moved to a bartender position and on to General Manager.
- I Managed Food and Liquor cost, Payroll and Employee scheduling and hiring. I was the GM for 6 years.
- When the owner Benjamin Saba sold the restaurant I decided I needed a more stable career and pursued truck driving school.

**EDUCATION**

2005 ***C – 1 Transport Professional Training Center*** 3606 Raymond
Indianapolis, In 46203

- I graduated second in my class of thirty.
- I am well versed in all backing maneuvers including parallel parking.
- I was sponsored by ***USA Trucking.***

1988 – 1991 **Clay High School** 5665 Seaman Rd.
Oregon, Ohio 43616

- Graduated 1991

SUPPLEMENTAL STAFFING
THE EMPLOYMENT SOLUTIONS PROVIDER

September 20, 2013

To whom it may concern:

Re: James Hall
[redacted]

James was employed with Supplemental Staffing from 6/25/12 to 7/31/13 as a CDL driver. He was an excellent employee. He was a very hard worker and he showed up every day and accepted all the overtime that was offered to him. He never missed a day of work and he was never late for work.

If you are considering hiring James Hall, I would highly recommend him for employment. He has a great driving record and is accident free for his entire length of employment.

If you have any questions you can contact me at 419-866-8367.

Sincerely,

Becky Buich

Staffing Manager
Supplemental Staffing

5333 SOUTHWYCK BLVD. | TOLEDO, OHIO 43614 | PHONE 419.866.8367 | FAX 419.865-9701
staffing@supplemental.com | www.supplemental.com | ISO 9001:2000 Certified

August 3, 2006

To Whom It May Concern:

I attest that James M Hall was my co-driver from 1/2006 – 7/2006.

His duties included loading and unloading of the flatbed trailer, performing pre and post-trip inspections on tractor and trailer while maintaining log books by D.O.T. specifications. He is a safe driver, and while still learning he shows promise as a professional tractor-trailer operator. He is well-versed in all backing maneuvers. I was impressed with his preventable accident skills. Although I have been forced out of business, if given the opportunity again, I would rehire James.

Sincerely,

Todd Post

James M Hall

1041 Cresceus Rd.

Oregon, OH 43616

x

Todd S Post

1145 Cresceus Rd.

Oregon, OH 43616

x

Notary Public

x

Always Delivery Service
Andre Stribling
D.O.T # 1784980
MC # 650650

12/16/2009

To Future Employers,
James Hall was employed with us as a Class A driver from 6/5/08 – 12/18/09.In the 18 months James worked for us his duties included delivery and unload of appliances in Indiana, Ohio and Michigan. James is a hard worker and an intelligent driver with good skills, he worked a total of 60 hours a week 12 hours a days. James posses strong paperwork and log skills, along with strong computer skills for a driver. He was always polite and courteous to all receivers and we would gladly recommend James to any employer.

Sincerely
Andre Stribling

Andre Stibling

James Hall

Notary Republic

Sworn & subscribed in my presence this 16th day of December 2009.

Jeannie M. Herrick
Notary Public

NOTARIAL SEAL
STATE OF OHIO
JEANNIE M. HERRICK
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 09-02-2014

# Form W-4 (2013)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2013 expires February 17, 2014. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $1,000 and includes more than $350 of unearned income (for example, interest and dividends).

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2013. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at *www.irs.gov/w4*.

## Personal Allowances Worksheet (Keep for your records.)

**A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . **A** 0

**B** Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less.

. . . . **B** 0

**C** Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . **C** 0

**D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . **D** 0

**E** Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . . . **E** 0

**F** Enter "1" if you have at least $1,900 of **child or dependent care expenses** for which you plan to claim a credit . . . **F** 0
(**Note.** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G** **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.
- If your total income will be less than $65,000 ($95,000 if married), enter "2" for each eligible child; then less "1" if you have three to six eligible children or less "2" if you have seven or more eligible children.
- If your total income will be between $65,000 and $84,000 ($95,000 and $119,000 if married), enter "1" for each eligible child . . . **G** 0

**H** Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ **H** 0

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you are **single** and have **more than one job** or are **married** and you and your spouse both work and the combined earnings from all jobs exceed $40,000 ($10,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

Separate here and give Form W-4 to your employer. Keep the top part for your records.

Form **W-4** Department of the Treasury Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ **Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.**

OMB No. 1545-0074 **2013**

1 Your first name and middle initial: James M. | Last name: Hall | 2 Your social security number: [redacted]

Home address (number and street or rural route): [redacted]

3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate.
**Note.** If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code: [redacted]

4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) **5** 0

6 Additional amount, if any, you want withheld from each paycheck . . . . **6** $ 0

7 I claim exemption from withholding for 2013, and I certify that I meet both of the following conditions for exemption.
- Last year I had a right to a refund of all federal income tax withheld because I had no tax liability, and
- This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.

If you meet both conditions, write "Exempt" here . . . . ▶ **7**

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** (This form is not valid unless you sign it.) ▶ [signature] **Date ▶** 12/12/13

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN)

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.** Cat. No. 10220Q Form **W-4** (2013)

# Employment Eligibility Verification

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 03/31/2016

**►START HERE. Read instructions carefully before completing this form. The instructions must be available during completion of this form.**

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) they will accept from an employee. The refusal to hire an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Attestation** *(Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)*

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Names Used *(if any)* |
|---|---|---|---|
| Hall | James | M. | |

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | Zip Code |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | E-mail Address | Telephone Number |
|---|---|---|---|
| [redacted] | [redacted] | | (567) 249-2203 |

**I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.**

**I attest, under penalty of perjury, that I am (check one of the following):**

- [x] A citizen of the United States
- [ ] A noncitizen national of the United States *(See instructions)*
- [ ] A lawful permanent resident (Alien Registration Number/USCIS Number): ____________
- [ ] An alien authorized to work until (expiration date, if applicable, mm/dd/yyyy) ____________ . Some aliens may write "N/A" in this field. *(See instructions)*

*For aliens authorized to work, provide your Alien Registration Number/USCIS Number OR Form I-94 Admission Number:*

1. Alien Registration Number/USCIS Number: ____________

**OR**

2. Form I-94 Admission Number: ____________

If you obtained your admission number from CBP in connection with your arrival in the United States, include the following:

Foreign Passport Number: ____________

Country of Issuance: ____________

Some aliens may write "N/A" on the Foreign Passport Number and Country of Issuance fields. *(See instructions)*

**3-D Barcode**
**Do Not Write in This Space**

| Signature of Employee: | Date *(mm/dd/yyyy)*: 12/12/13 |
|---|---|

**Preparer and/or Translator Certification** *(To be completed and signed if Section 1 is prepared by a person other than the employee.)*

**I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator: | Date *(mm/dd/yyyy)*: |
|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* |

| Address *(Street Number and Name)* | City or Town | State | Zip Code |
|---|---|---|---|
| | | | |

STOP *Employer Completes Next Page* STOP

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR examine a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents" on the next page of this form. For each document you review, record the following information: document title, issuing authority, document number, and expiration date, if any.)*

**Employee Last Name, First Name and Middle Initial from Section 1:**

| List A<br>Identity and Employment Authorization | OR | List B<br>Identity | AND | List C<br>Employment Authorization |
|---|---|---|---|---|
| Document Title: | | Document Title: OHIO COMMERCIAL DL. | | Document Title: SOCIAL SEC. CARD |
| Issuing Authority: | | Issuing Authority: ODPS | | Issuing Authority: SOCIAL SEC. ADMIN. |
| Document Number: | | Document Number: QD246182 | | Document Number: 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 |
| Expiration Date *(if any)(mm/dd/yyyy)*: | | Expiration Date *(if any)(mm/dd/yyyy)*: 10/04/2017 | | Expiration Date *(if any)(mm/dd/yyyy)*: |
| Document Title: | | | | |
| Issuing Authority: | | | | |
| Document Number: | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)*: | | | | 3-D Barcode<br>Do Not Write in This Space |
| Document Title: | | | | |
| Issuing Authority: | | | | |
| Document Number: | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)*: | | | | |

### Certification

**I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.**

**The employee's first day of employment *(mm/dd/yyyy)*:** ______________ ***(See instructions for exemptions.)***

| Signature of Employer or Authorized Representative | Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| [signature] | 12/17/13 | PAYROLL CLERK |

| Last Name *(Family Name)* | First Name *(Given Name)* | Employer's Business or Organization Name |
|---|---|---|
| Olsamien | Jonnella Z | AMERITECH STAFFING, INC. |

| Employer's Business or Organization Address *(Street Number and Name)* | City or Town | State | Zip Code |
|---|---|---|---|
| 3993 W Sam Houston Pkwy N #100 | Houston | TX | 77043 |

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* Last Name *(Family Name)* First Name *(Given Name)* Middle Initial | B. Date of Rehire *(if applicable) (mm/dd/yyyy)*: |
|---|---|
| | |

C. If employee's previous grant of employment authorization has expired, provide the information for the document from List A or List C the employee presented that establishes current employment authorization in the space provided below.

| Document Title: | Document Number: | Expiration Date *(if any)(mm/dd/yyyy)*: |
|---|---|---|
| | | |

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

| Signature of Employer or Authorized Representative: | Date *(mm/dd/yyyy)*: | Print Name of Employer or Authorized Representative: |
|---|---|---|
| | | |


Eyes: HAZ


CLASS: A Combination > 26,000 / Tow > 10,000
ENDORSEMENTS: M - Motorcycle, X - Tank/Hazmat, T - Dbl/Tpl Trailers
RESTRICTIONS: A - None



Ohio
USA
COMMERCIAL LICENSE
1 HALL
2 JAMES MICHAEL
[redacted]
4d LICENSE NO
[redacted]
4a ISSUED
9 CLASS 4b EXPIRES
A 10-07-2017 MXT
12 RESTR
A
15 Sex: M
18 Eyes: HAZ
ORGAN DONOR




SOCIAL SECURITY
[redacted]
THIS NUMBER HAS BEEN ESTABLISHED FOR
JAMES M
HALL
SIGNATURE
08/10/2011
USA

| MEDICAL EXAMINER'S NAME (PRINT) | | |
|---|---|---|
| R Stromfeld | ☒ MD ☐ DO ☐ Physician Assistant | ☐ Chiropractor ☐ Advanced Practice Nurse |

MEDICAL EXAMINER'S LICENSE OR CERTIFICATE NO. / ISSUING STATE
35047322 SOH

| SIGNATURE OF DRIVER | DRIVER'S LICENSE NO. | STATE |
|---|---|---|
| [signature] | [redacted] | Ohio |

ADDRESS OF DRIVER
[redacted]

MEDICAL CERTIFICATION EXPIRATION DATE
8/3/14

NORTHWEST OHIO URGENT CARE, INC.

## MEDICAL EXAMINER'S CERTIFICATE

I certify that I have examined James Hall in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391 41-391 49) and with knowledge of the driving duties, I find this person is qualified and if applicable only when

☐ wearing corrective lenses

☐ wearing hearing aid

☐ accompanied by a ________ waiver/exemption

☐ driving with an exempt intracity zone (49 CRF 391 62)

☐ accompanied by a Skill Performance Evaluation Certificate (SPE)

☐ qualified by operation of 49 CFR 391 64

The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachment embodies my findings completely and correctly, and is on file in my office.

| SIGNATURE OF MEDICAL EXAMINER | TELEPHONE | DATE |
|---|---|---|
| Robert Stromfeld, MD | 419 726 6500 | 8/3/12 |

# E-Verify

Employment Eligibility Verification

Click any ? for help

Welcome: Enda Nino | User ID: ENIN1479 | Last Login: 02:27 PM - 12/03/2013 | Log Out

- Home
- My Cases
- New Case
- View Cases
- Search Cases
- My Profile
- Edit Profile
- Change Password
- Change Security Questions
- My Reports
- View Reports
- My Resources
- View Essential Resources
- Take Tutorial
- View User Manual
- Contact Us

## Verify Employee

Employee Name: hall, james

Case Verification Number: 2013337145745ES

View/Print Case Details

Enter Form I-9 Information | Verification Results | Close Case

### Employment Eligibility:

Employment Authorized

james hall is authorized to work in the United States. To complete the verification process, click Close Case. ?

| | | | |
|---|---|---|---|
| Last Name<br>hall | First Name<br>james | Middle Initial<br>— | Other Names Used<br>— |
| Date of Birth<br>[redacted] | [redacted] Number | | Email Address<br>— |
| Citizenship Status<br>A citizen of the United States | | | |
| Document Type<br>Driver's license or ID card issued by a U.S. state or outlying possession | Document Name<br>Driver's license | | Document State<br>Ohio |
| Document Expiration Date<br>October 07, 2017 | | | |
| Hire Date<br>December 03, 2013 | Employer Case ID<br>— | | |
| Submitted By<br>ENIN1479 | Submitted On<br>December 03, 2013 | | |

Close Case

U.S. Department of Homeland Security - www.dhs.gov U.S. Citizenship and Immigration Services - www.uscis.gov Accessibility Download Viewers

AmeriTech Staffing, Inc.
10900 Brittmoore Park Dr., Suite I
Houston, Texas 77041
Phone: (713) 896-9956 Fax: (713) 896-4177

## AUTHORIZATION FOR RELEASE OF INFORMATION

I hereby authorize any investigator or duly accredited representative of AmeriTech Staffing, Inc. bearing this release to obtain any information from schools, residential management agents, employers, criminal justice agencies, or individuals, relating to my activities. This information may include, but is not limited to, academic, residential, achievement, performance, attendance, personal history, disciplinary, arrest, and conviction records. I hereby direct you to release such information upon request of the bearer. I understand that the information released is for official use by AmeriTech Staffing, Inc. and may be disclosed to such third parties as necessary in the fulfillment of official responsibilities.

I hereby release any individual, including record custodians, from any and all liability for damages of whatever kind or nature, which may at any time result to me on account of compliance, or any attempts to comply, with this authorization.

James Hall [signature]
Applicant's Name

12/12/13
Date

[signature]
Witness

12.12.13
Date

AmeriTech Staffing, Inc.

10900 Brittmoore Park Dr., Suite I
Houston, Texas 77041

"Putting America to Work"

Drug Screen Authorization

I, James Hall hereby acknowledge and agree that if for any reason my employment with AmeriTech Staffing, Inc. is terminated, either voluntarily or involuntarily during the first thirty calendar days; The following fees will be recovered via payroll deduction to cover the cost of the drug screen at Concentra Medical or Nova Healthcare centers:

√ Rapid Drug Screen - $50.00
___ Non – DOT Physical - $50.00
___ DOT Drug Screen - $60.00

[signature]
Employee Signature

12/12/13
Date

[signature]
AmeriTech Staffing, Inc. Representative Signature

12-12-13
Date

## RECORD OF RECEIPT OF EMPLOYEE HANDBOOK

I James Hall acknowledge receiving the AmeriTech Staffing, Inc. employee policy handbook. I CLEARLY UNDERSTAND THAT THIS POLICY HANDBOOK DOES NOT CREATE A CONTRACT FOR EMPLOYMENT WITH AMERITECH STAFFING, INC., AND THAT AMERITECH STAFFING, INC. MAY CHANGE OR MODIFY THE POLICIES AND PROCEDURES FOUND IN THIS HANDBOOK AT ANY TIME, WITH OR WITHOUT NOTICE.

Any violation of the guidelines in the handbook are grounds for employment termination without notice.

By signing I acknowledge that I agree and concur that these guidelines are reasonable and that I will willingly abide.

ATENCIÓN TODOS LOS EMPLEADOS QUE NO PUEDEN LEER INGLÉS.

ESTE MANUAL ESTÁ DISPONIBLE EN UNA VERSIÓN DE ESPANOL. SU FIRMA EN ESTA PÁGINA ES SU RECONOCIMIENTO QUE LA VERSIÓN INGLES ES SATISFACTORIA.

[signature]
Employee Signature

12/12/13
Date

AmeriTech Staffing, Inc.

10900 Brittmoore Park Dr., Suite I
Houston, Texas 77041
Ph.: 713-896-9956 Fax: 713-896-4177

AmeriTech Staffing, Inc. recognizes and promotes the necessity of safety at the work place. I have received an AmeriTech Staffing, Inc. Safety Policy manual and have read and will abide by the guidelines.

[signature]
Employee Signature

James Hall
Print Name

12/12/13
Date

**Employee Acknowledgment of Workers' Compensation Network**

I have received information that tells me how to get health care under my employer's workers' compensation insurance.

If I am hurt on the job and live in a service area described in this information, I understand that:

1. I must choose a treating doctor from the list of doctors in the network. Or, I may ask my HMO primary care physician to agree to serve as my treating doctor. If I select my HMO primary care physician as my treating doctor, I will call Texas Mutual at (800) 859-5995, extension 2880 to notify them of my choice.
2. I must go to my treating doctor for all health care for my injury. If I need a specialist, my treating doctor will refer me. If I need emergency care, I may go anywhere.
3. The insurance carrier will pay the treating doctor and other network providers.
4. I might have to pay the bill if I get health care from someone other than a network doctor without network approval.
5. Making a false or fraudulent workers' compensation claim is a crime that may result in fines and or imprisonment.

[signature] 12/12/13
Signature Date

James Hall
Printed Name

I live at: [redacted]
Street Address

[redacted] [redacted]
City State Zip Code

Name of Employer: AMERITECH STAFFING, INC.

Name of Network: *Texas Star Network*SM

**Network service areas are subject to change.**
**Call (800) 381-8067 if you need a network treating provider.**

Please indicate whether this is the:

☒ Initial Employee Notification

☐ Injury Notification (Date of Injury: ___/___/___)

**DO NOT RETURN THIS FORM TO TEXAS MUTUAL INSURANCE COMPANY UNLESS REQUESTED**

## DRUG CHECK SUMMARY

290 / Beltway
14825 NW Freeway, Ste. 800
Houston TX, 77040
O:281-890-0001/F:281-890-1058

NOVA MEDICAL CENTERS

Patient Name: James Hall DOB: [redacted] SSN [redacted] Gender: Male Date: 12/12/2013

Home Phone:567-249-2203

Employer:Ameri-Tech Staffing, Inc.-Houston

Emp Address [redacted]

RESULT: ☑ NEGATIVE ☐ * NON-NEGATIVE

*A Non-Negative result does not mean that the test is positive. It should be used as a screening test only and has to be confirmed by a certified laboratory.

COMMENTS OR ADDITIONAL INFORMATION:
observed

SEND SAMPLE FOR CONFIRMATION: No

The specimen was read at 5 min
The temperature is between 90 - 100 degrees? Yes

| | Non-negative |
|---|---|
| Carboxy-THC (Marijuana-MET) | ☐ |
| Amphetamine/Metamphetamine | ☐ |
| Benzoylecgonine (Cocaine-MET) | ☐ |
| Opiates (Codeine/Morphine) | ☐ |
| Phencyclidine "PCP" | ☐ |
| Barbiturates | ☐ |
| Benzodiazepines | ☐ |
| Propoxyphene | ☐ |
| Methadone | ☐ |
| Methaqualone | ☐ |

Collector's name: Rashad Taylor

Signature on file

Collector's Signature

NOVA

MEDICAL CENTERS

# Employer's Authorization for Examination and/or Treatment

(Must Present Photo ID at Time of Service)

Patient Name: Mason Hall  SSN/ID#: [redacted]

Company: [illegible]  Date of Order: 12/2/13

Company Address: [illegible]  Co. Phone: [illegible]

Company Contact: [illegible]  Title: [illegible]

Signature: [illegible]  Date: 12/2/13

**Billing:**

___ Employee To Pay At Time Of Service

___ Employer (See Address Above)

___ Worker's Compensation (Ins. Co. Info Below)

Ins. Co.: ____

Policy #: ____

Phone #: ____

Claim #: ____

Work Related Injury/Illness

Date of Injury: ____

___ [illegible]

___ [illegible]

**Return to Work Evaluation:**

**Fit For Duty** ___ (Physical Exam)

Job Title: ____
(Please Provide Job Description)

**Special Instructions/Other Testing:** ____

Drug Testing Only ___ Post Accident/Injury

___ Random Testing ___ Reasonable Suspicion

___ Urine Drug Test ___ DOT ___ Non-DOT

___ Rapid Urine Drug Check ___ Bcup

___ Breath Alcohol Test

___ Hair Analysis

Pre-Employment Services

___ Urine Drug Test ___ DOT ___ Non-DOT

___ Rapid Urine Drug Check ___ Bcup

___ Breath Alcohol Test

___ Hair Analysis

___ Physicals ___ DOT ___ DOT Re-Cert ___ Basic

___ Physical Performance Evaluation
(Please Provide Job Description)

___ Respirator Fit Testing
___ Qualitative ___ Respirator
___ Quantitative (Mask Type) ____

___ Pulmonary Function Test (PFT)

___ Audiogram (OSHA Compliant)

___ Blood Testing
___ CBC ___ CMP ___ Lipid
___ PPD ___ Heavy Metal Screening ____

___ X-rays
___ Chest ___ B-Read

___ [illegible]
___ [illegible]

AmeriTech Staffing, Inc.

## Authorization And Release To Obtain Information

Under the provisions of the Fair Credit Reporting Act, 15 USC, Section 1681 et seq., the Americans with Disabilities Act and all applicable federal, state, and local laws, I hereby authorize and permit AmeriTech Staffing, Inc. to obtain a consumer report and/or an investigative consumer report which may include the following:

1. My employment records;
2. Records concerning any driving, criminal history, civil record, workers' compensation (post-offer only) and drug testing;
3. (For truck drivers only) In accordance with the Department of Transportation Motor Carrier Safety Regulations, Section 382.413, information concerning alcohol and controlled substances for the past 2 years;
4. Verification of my academic and/or professional credentials; and information and/or copies of documents from any military service records.

I understand that an "investigative consumer report" may include information as to my character, general reputation, personal characteristics, and mode of living which may be obtained by interviews with individuals with whom I am acquainted or who may have knowledge concerning any such items of information.

I agree that a copy of this authorization has the same effects as an original.

I hereby release and hold harmless any person, firm, or entity that discloses matters in accordance with this authorization, as well as AmeriTech Staffing, Inc. from liability that might otherwise result from the request for use if and/or disclosure if any or all of the foregoing information.

I understand and acknowledge that under provision of the Fair Credit Reporting Act I may request a copy of any consumer report from the consumer reporting agency that compiled the report, after I have provided proper identification.

I hereby authorize AmeriTech Staffing, Inc. to obtain and prepare an investigative consumer report as set forth above, as part of its investigation of my employment application. This authorization shall remain in effect over the course of my employment. Reports may be ordered periodically during the course of my employment.

Full Name James Hall

(Please print clearly)

Signature

Date 12/4/13

# DRIVER RECORD SERVICE REPORT FOR OHIO

www.iix.com
(800) 683-8553

3076963376

| REPORT DATE | REQUESTOR | ACCT# | SEQUENCE# | BILL CODE | PAGE |
|---|---|---|---|---|---|
| 12/10/2013 | EN | 848971 | 580928054 | 000 | 1 |

| LICENSEE NAME/ADDRESS | LICENSE NUMBER | LICENSE CLASS | STATUS |
|---|---|---|---|
| JAMES MICHAEL HALL [redacted] | OD246182 | CDL-CLASS A | VALID |
| | DATE OF BIRTH [redacted] | RESTRICTIONS: NONE | |

| ISSUED | EXPIRES | DRIVER DESCRIPTION |
|---|---|---|
| 09/20/2013 | 10/07/2017 | Gender: M Height: 600 Weight: 200 Eye Color: HAZ Hair Color: BLA |

| REPORT PREPARED FOR | COMMENT |
|---|---|
| AMERITECH STAFFING INC<br>10900 BRITTMOORE PARK DR<br>SUITE 1<br>HOUSTON, TX 77041-7009 | |

This report is generated for employment purposes only and may not be used for any other purpose. The use and dissemination of the report and information in it must comply with your IIX agreement and the Fair Credit Reporting Act, the Driver's Privacy Protection Act, and any applicable state statute(s). The data in the report from the applicable state agency or service bureau is provided through IIX "as is."

## MISCELLANEOUS AND STATE SPECIFIC INFORMATION

REQUESTED AS: JAMES MICHAEL HALL DOB [redacted] LICENSE: OD246182
COMM:01: ACTIVE VALID CLASS A COMMERC09202013100[redacted]MOTORCYCLE,TANKNONE
CDL CLASS: CLASS A COMMERCIAL DESC: COMBINATION VEHICLE > 26K,TOW > 10K
CDL STATUS: VALID DESC: VALID
CDL ISSUED: 09/20/2013
CDL EXPIRES: 10/07/2017
CDL RESTR: NONE
CDL ENDMT: MOTORCYCLE DESC: TWO WHEEL MOTORCYCLE
CDL ENDMT: TANK&HZMT DESC: TANKER/HAZMAT COMBINED
CDL ENDMT: DBL/TRP/TL DESC: DOUBLE/TRIPLE TRAILER
TSA THREAT ASSESSMENT EXPIRATION DATE: 09/05/2018
SELF CERT CODE: EI DESC: EXCEPTED INTERSTATE
NOTE Request match analysis: dl=Y, ln=Y, fn=Y, dob=Y

## DRIVING RECORD HISTORY

| TYPE | VIOL/SUSP | CONV/REI | DESCRIPTION | CODE | POINTS | SVC | SCORE |
|---|---|---|---|---|---|---|---|
| VIOL | 02/17/2011 | 03/08/2011 | SPEED DTAIL:<br>JURISDICTION: MICHIGAN<br>COURT: MICHIGAN - UNKNOWN COURT<br>COURT CASE: 320 CV 20702 | S92 | | | |

If you are an IIX Customer, and have questions contact:
IIX
1716 Briarcrest Dr Ste 200
Bryan, TX 77802
Telephone: 1-800-683-8553

Refer Consumer to:
IIX-FCRA
1716 Briarcrest Dr Ste 200
Bryan, TX 77802
Telephone: 1-866-560-7015

*** END OF REPORT ***

**OHIO STATE FORM INSTRUCTIONS**
**(EMPLOYMENT)**

The following information will assist you in completing the appropriate form to access MVRs in this state.

- **Note:** This form is for **employment** purposes only.
- Be sure to include your *Insurance Information Exchange* Account Number.
- Fill in the following blocks in **Part A**: Name, address, city, state, zip code, company, and telephone number.
- Sign where indicated and fill in the date in **Part A.**
- iiX customers are **not** required to fill out **Part B.**
- On page 2, items 2 and 13 now requires at least a tax identification number (your Federal Tax ID number)
- Sign and date **Part C.**
- Only a person who is authorized to execute contracts for your company should complete and sign this form.

- Mail or fax signed form to:

Insurance Information Exchange (iiX)
Attn: Government Relations
1716 Briarcrest, Suite 200
Bryan, TX 77802

Fax: (201) 748-1449 or (979) 691-0426

(800)299-0313

CALL FOR
CINDY
RESULT?

iiX Acct No. 848971
**For Employment Purposes**

OHIO DEPARTMENT OF PUBLIC SAFETY
BUREAU OF MOTOR VEHICLES

# OBMV RECORD REQUEST

(Ohio Revised Code [O.R.C.] 4501.15, 4501.27, AND 4507.53)

This agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under O.R.C. 4501.27. Disclosure of this information is REQUIRED. FAILURE to provide any information will result in this form not being processed.

**This request is being made by (check one):**

☐ **An individual inquiring regarding himself or herself:** (Complete Part A) If inquiring in person for information on yourself, you must provide personal information regarding yourself, or prove your identity by presenting your driver license or identification card.

☐ **An individual inquiring regarding another person:** (Complete Parts A and B) If inquiring regarding another individual, you must attach a notarized BMV Form 5008 giving the written consent of the person. All mail requests without the BMV Form 5008 attached will be returned to the requester.

☑ **Other:** (Check applicable reason for request on Part C, and complete Parts A and B)

**I am requesting the following personal information contained in the Bureau of Motor Vehicles records:**

| | | | |
|---|---|---|---|
| ☑ Driving Record (302) | ($5.00) | ☐ Copy of Title Record | ($5.00) |
| ☐ Vehicle Registration Record (303) | ($5.00) | | |
| ☐ Last Known Address (405) | ($5.00) | | |
| ☐ Copy of Driver License Application (405A) | ($5.00) | | |

**PART A: Please provide current information regarding yourself.** | **NOTE: SIGNATURE REQUIRED**

| | | | | |
|---|---|---|---|---|
| YOUR NAME (REQUESTER): James Hall | DATE OF BIRTH: N/A | SIGNATURE: X [signature] | | DATE: 12/5/13 |
| CURRENT STREET ADDRESS: [redacted] | | CITY: [redacted] | STATE: [redacted] | ZIP: [redacted] |
| COMPANY (IF APPLICABLE) | | BMV ACCOUNT # (IF APPLICABLE): N/A | | |
| SOCIAL SECURITY #: [redacted] N/A | | DRIVER LICENSE #: [redacted] | LICENSE PLATE #: N/A | |
| VEHICLE IDENTIFICATION #: N/A | TITLE #: N/A | | TELEPHONE #/FAX # | |

**PART B: Request regarding other person(s).**

| | | | |
|---|---|---|---|
| PERSON'S NAME | | DATE OF BIRTH | |
| STREET ADDRESS | CITY | STATE | ZIP |
| SOCIAL SECURITY # | DRIVER LICENSE # | LICENSE PLATE # | |
| VEHICLE IDENTIFICATION # | TITLE # | | |

If requesting information on more than 1 person or vehicle, attach additional sheet(s).
☐ Additional sheet(s) attached

Make check or money order payable to **Ohio Treasurer Kevin L. Boyce.** If mailing, return to: **Ohio Bureau of Motor Vehicles, Attn: Records Request, P.O. Box 16520, Columbus, Ohio 43216-6520.** **Results will be mailed to requester.**

**NOTE: An additional $3.50 fee will be charged when submitting this form in person at any Deputy Registrar location or the Customer Service Center located at 1970 W. Broad St., Columbus, OH 43223.**

BMV 1173 12/09 Page 1 of 2

Created 1/24/2010
Version OHE2010.1

iiX Acct No.____________

## Part C: I (requester) qualify as checked below, and I am requesting:

1. As an individual. (Complete Part A, front)

2. _✓_ A record for use in the normal course of business by me as a legitimate business or an agent, employee, or contractor of a legitimate business, for one of the two following purposes: (a) to verify the accuracy of personal information submitted to the business, agent, employee, or contractor by an individual; (b) in case personal information submitted to the business, agent, employee, or contractor by an individual is incorrect or no longer is correct, to obtain the correct information, for the sole purpose of preventing fraud, by pursuing legal remedies against, or recovering on a debt or security interest against, the individual.
My tax identification number is: ____________
My vendor number is: ____________
My professional license number is: ____________
Licensed by (agency): ____________

3. With written consent. (Complete Parts A and B, front).

4. _____ Records for bulk distribution for surveys, marketing, or solicitations, where the information will be used, rented, or sold solely for bulk distribution for surveys, marketing, or solicitations;

5. _____ A record for the use of a government agency, including, but not limited to, a court or law enforcement agency, in carrying out its functions, or for the use of a private person or entity acting on behalf of an agency of this state, another state, the United States, or a political subdivision of this state or another state in carrying out its functions (a law enforcement agency does not need to fill out this form);

6. _____ A record for use in connection with matters regarding motor vehicle or driver safety and theft; motor vehicle emissions; motor vehicle product alterations, recalls, or advisories; performance monitoring of motor vehicles, motor vehicle parts, and dealers; motor vehicle market research activities, including, but not limited to, survey research; and removal of non-owner records from the original owner records of motor vehicle manufacturers;

7. _____ A record for use in connection with a civil, criminal, administrative, or arbitral proceeding in a court or agency of this state, another state, the United States, or a political subdivision of this state or another state or before a self-regulatory body, including, but not limited to, use in connection with the service of process, investigation in anticipation of litigation, or the execution or enforcement of a judgment or order (a subpoena or other court order may be used instead of this form). Please provide the court and case number, or if the case has not yet been filed, the court you anticipate to file in ____________;

8. _____ A record pursuant to an order of a court of this state, another state, the United States, or a political subdivision of this state or another state (a subpoena or other court order may be used instead of this form). Please attach a certified copy of the court order.

9. _____ Records for use in research activities or in producing statistical reports, where the personal information will not be published, redisclosed, or used to contact an individual;

10. _____ Records for use by an insurer, insurance support organization, or self-insured entity, or by an agent, employee, or contractor of that type of entity, in connection with a claims investigation activity, anti-fraud activity, rating, or underwriting. Please provide your Tax Identification, Vendor, or Professional license number along with the name of the licensing agency: ____________;

11. _____ A record for use in providing notice to the owner of a towed, impounded, immobilized, or forfeited vehicle. Please provide your Tax Identification, Vendor, or Professional license number along with the name of the licensing agency: ____________;

12. _____ A record for use by a licensed private investigative agency or licensed security service for any purpose permitted under numbers 1 through 15 of this form; my agency license number is: ____________;

13. _✓_ A record for use by an employer or by the agent or insurer of an employer to obtain or verify information relating to the holder of a commercial driver license or permit that is required under the "Commercial Motor Vehicle Safety Act of 1986", 100 Stat. 3207-170, 49 U.S.C. 2701, et seq., as now or hereafter amended. Please provide your Tax Identification, Vendor, or Professional license number along with the name of the licensing agency: ____________;

14. _____ A record for use in connection with the operation of a private toll transportation facility;

15. _____ A record for any other use specifically authorized by law that is related to the operation of a motor vehicle or to public safety. Please provide a copy of the relevant statute.

16. _____ A record in order to carry out the purposes of either the "Automobile Information Disclosure Act", 72 Stat. 325, 15 U.S.C. 1231-1233, the "Motor Vehicle Information and Cost Saving Act", 86 Stat. 947, 15 U.S.C. 1901, et seq., the "National Traffic and Motor Vehicle Safety Act of 1966" 80 Stat. 718, 15 U.S.C. 1381, et seq.; the "Anti-Car Theft Act of 1992", 106 Stat 3384, 15 U.S.C. 2021, et seq., or the "Clean Air Act", 69 Stat. 322, 42 U.S.C. 7401, et seq., all as now or hereafter amended, for use in connection with one or more of the following matters: (a) motor vehicle or driver safety and theft; (b) motor vehicle emissions; (c) motor vehicle product alterations, recalls, or advisories; (d) performance monitoring of motor vehicles and dealers by motor vehicle manufacturers; (e) removal of non-owner records from the original owner records of motor vehicle manufacturers.

---

I understand that if I receive personal information under numbers 2, 3, or 5-16 of this form, I may resell or disclose the personal information only for uses permitted under numbers 2, 3, or 5-16. I understand that if I receive personal information under number 2-16 of this form, and I resell or redisclose any personal information, I must keep for a period of five years a record that identifies each person or entity that receives any of the personal information and the permitted purpose for which the information is to be used, and I must make all such records available to the Registrar of Motor Vehicles upon request.

I hereby certify that all of the information contained on this form is true and accurate to the best of my knowledge and belief. I understand that providing false information may constitute a criminal offense of falsification with a maximum penalty of 6 months in jail and a $1000 fine.

| SIGNATURE X [signature] | DATE 12/5/13 |
|---|---|

Created 1/24/2010
Version OHE2010.1

**HP LaserJet** *M2727nf MFP*

# Fax Confirmation Report

HP LASERJET FAX

Dec-5-2013 12:07PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 9621 | 12/ 5/2013 | 12:05:51PM | Send | 12017481449 | 1:15 | 4 | OK |

# Direct Deposit / Automatic Payment
## Information Form

WELLS FARGO

The fastest, most convenient way to manage your everyday financial transactions - and it's free!

**Benefits To You**

**Convenient** - Your money is deposited automatically for you, even when you are ill, on vacation or too busy to get to the bank. Your check is deposited electronically into your Wells Fargo account.

**Fast** - You have immediate access to your money on the day of deposit.

**Safe** - Never worry about checks getting lost, delayed or stolen.

**Automatic saving** - Watch your account grow when you have at least part of your pay directed to your account.

**Automatic Payment**** You can also use your routing number (RTN) and account number to setup automatic payment of your recurring bills from your account.

**Three Easy Steps to Set up Your Direct Deposits or Automatic Payments**

**Step 1. Use Account Information Provided Below**

You must provide your information about the account where the money will be deposited or withdrawn.

| Routing Number (RTN): | Account Number: | Account Type: | Routing Number (RTN): | Account Number: | Account Type: |
|---|---|---|---|---|---|
| [redacted] | [redacted] | CHECKING | | | |

**Step 2. Contact Your Employer or Payor**

Contact your employer or payor directly to see if they offer direct deposit service. Where direct deposit is available, provide your account information. Your payor may need you to complete a form and provide a voided check or Command check to process your request.

**Step 3. Monitor Your Account**

For Direct Deposit, it can take one to two months for a payor to process your request and to begin receiving electronic deposits.

**Questions?** *Wells Fargo Phone Bank*[SM] is available 24/7 at 1-800-TO-WELLS (1-800-869-3557)

Customer Copy

AmeriTech Staffing, Inc.

## AUTHORIZATION AGREEMENT FOR DIRECT DEPOSIT

I hereby authorize AmeriTech Staffing, Inc. to initiate credit entries (and appropriate debit and adjustment entries), electronically or by any other commercially accepted method, to my ☐ Checking Account / ☐ Savings Account (select one) indicated below and to other accounts I identify in the future. This authorizes the financial institution holding the Account to post all such entries. I acknowledge that the origination of ACH transactions to my account must comply with the provisions U.S. law.

Please submit to Payroll Department via **Fax: 713-896-4216** or Email: **payroll@ameritechsi.com**

Bank Name ______________________ Type _____Checking _____Savings

Account Number ______________________ Routing Number ______________________

This authorization is to remain in full force and effect until AmeriTech Staffing, Inc. has received written notification from me of its termination in such time manner as to afford AmeriTech Staffing and the Financial Institution a reasonable opportunity to act on it.

Name James Hall S.S. # [redacted]

Signature [signature] Date 12/12/13

**Attach a voided check below.**

*For any questions regarding this form or if you need assistance please contact 888.291.1938 or email questions@taxbreakllc.com*

# Tax Credit Questionnaire ©

First Name James Last Name Hall

Street Address [redacted] State [redacted]

Social Security Number [redacted]

1. Are you under age 40? Date of Birth if under 40: ___/___/___ ☐ Yes ☑ No
2. Has any member of your household received Food Stamps (SNAP), or Welfare (AFDC, TANF, ADC) during an 18 month period since 1997? If yes, which benefits? ☐ Food Stamps ☐ AFDC ☐ TANF ☐ ADC ☐ Yes ☑ No
   Approximate date first received benefit: ___/___/___ Approximate date last received benefit: ___/___/___
   Who received the benefit? ☐ Parent ☐ Spouse ☐ Sibling ☐ Child ☐ Self If not self, Social Security Number: ___-___-___
   Recipients first and last name (if not self): First ___ Last ___
   City and State where benefits received: City ___ State ___
3. In the last two years have you completed Vocational Rehab from a State Agency, Employment Network (Ticket to Work Program), or Dept. of Veterans Affairs? If yes, are you: ☐ Currently Participating ☐ Completed ☐ Did not Complete ☐ Yes ☑ No
   Name of Rehab Program: ___ City ___ State ___ Date Completed ___/___/___
4. a. Do you have 180 days of active military duty OR were you discharged for a service related disability? ☐ Yes ☑ No
   Which Branch? ___ Date entered: ___/___/___ Date discharged: ___/___/___
   b. Are you entitled to compensation for a service-connected disability? (If yes, provide copy of DD-214) ☐ Yes ☑ No
   c. Were you unemployed for at least 4 weeks during the last year, whether they were consecutive or not? ☑ Yes ☐ No
   8/13 - 12/13
5. Have you received Disability benefits (SSI or SSDI) within the past 60 days? ☐ Yes ☑ No
6. In the last 12 months, have you had a felony conviction, felony probation, work release or prison release? ☐ Yes ☑ No
   Approximate Date of Conviction ___/___/___ Approximate Release Date ___/___/___
   Correctional Facility: ___ City ___ State ___
   Parole Officer's Last Name ___ Parole Officer's Phone (___) ___-___
7. Are you age 16 through 24? If yes, complete the following: ☐ Yes ☑ No
   a. Have you attended school for more than an average of 10 hrs. per week in the last 6 months? (does not include school was closed for vacation) ☐ Yes ☑ No
   b. Were you employed for 3 consecutive months in the last 6 months? ☑ Yes ☐ No
   If yes, Average hours worked per week: ___ Hourly pay rate: $___
   c. Do you have a High School diploma or GED certificate? If yes, date received: 7 / 2 / 1991 ☑ Yes ☐ No
   d. Are you enrolled in any Technical or Post Secondary School? ☐ Yes ☐ No
8. Are you or your spouse a member of a Native American Indian tribe? If yes, please provide copy of tribal registration documentation. ☐ Yes ☑ No

I understand that answering the above questions will not affect any benefits my family or I may be receiving or my job opportunity. I hereby authorize the release to Tax Credit Processing Center or any State Workforce Agency any information from any Federal or State Government Agency, including SSA, Dept. of Veterans Affairs or DMV of any State, as to my eligibility for Federal or State tax credits.

Signature: [signature]

**Employer Use Only**

Please send Verification of Age and Residence, and the 8850 form with this form to P.O. Box 8427, Gadsden, AL 35902

Hourly Wage $___.___ Position ___ Hire Date ___/___/___ Start Date ___/___/___

Store Number ___ ___ Client Code 2112589.2112589

Bn T$jUf di !Tubgjoh-Lbd/ v0512

U.S. Department Labor
Employment and Training Administration

OMB Control No. 1205-0371
Expiration Date: November 30, 2011

## YOUTH SELF-ATTESTATION FORM
## Work Opportunity Tax Credit Program

**Instructions: This Self-Attestation Form (SAF) is to be completed, signed, and dated by the new hire only. Employers or consultants submit this SAF to the State Workforce Agency with Form ETA 9061 for each certification request filed.**

New Hire Name: James Hall

Social Security Number: [redacted] Date of Birth: [redacted]

Employer Name: AmeriTech Staffing, Inc.

Employer Federal ID (EIN) Number: ____________

**Please check all the statements that apply to you. Sign and date this form where indicated below.**

N/A

☐ In the past 6 months, I have not attended a secondary, technical or postsecondary school for more than an average of 10 hours per week, not counting periods during which the school is closed for scheduled vacations.

☐ I do not have a High School Diploma or GED certificate.

☐ I have a High-School diploma or GED certificate awarded more than 6 months ago and I have not attended or been admitted to a technical or post-secondary school. I also have not held a job (other than occasionally) since receiving my High-School diploma or GED certificate.

| |
|---|
| Under penalties of perjury, I declare that this information is true and correct to the best of my knowledge. |

New Hire's Signature: [signature] Date 12/12/13

**Privacy Act Notice:**
The Internal Revenue Code of 1986, Section 51, as amended and its enacting legislation, P.L. 104-188, specify that the State Workforce Agencies are the "designated" agencies responsible for administering the WOTC certification procedures of this program. The information you have provided completing this form, including the Social Security Number, will be disclosed by your employer to the State Workforce Agency. Provision of this information is voluntary; however the information is required to determine your employer's eligibility for the federal tax credit.

**Public Burden Statement:**
Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Respondents' obligation to complete this form is required to obtain or retain benefits (P.L. 111-5). Public reporting burden is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate to the U.S. Department of Labor, Division of Adult Services, Room S-4209, Washington, D.C. 20210 (Paperwork Reduction Project 1205-0371). Please do not submit completed forms to this address.

ETA Form 9154 (Rev. May 2010)

Form **8850**
(Rev. January 2012)
Department of the Treasury
Internal Revenue Service

# Pre-Screening Notice and Certification Request for the Work Opportunity Credit

▶ See separate instructions.

OMB No. 1545-1500

**Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.**

Your name James Hall Social security number ▶ [redacted]

Street address where you live [redacted]

City or town, state, and ZIP code [redacted]

County Harris Telephone number (562) 249-2203

If you are under age 40, enter your date of birth (month, day, year) ____________

1 ☐ Check here if you received a conditional certification from the state workforce agency (SWA) or a participating local agency for the work opportunity credit.

2 ☐ Check here if any of the following statements apply to you.
- I am a member of a family that has received assistance from Temporary Assistance for Needy Families (TANF) for any 9 months during the past 18 months.
- I am a veteran and a member of a family that received Supplemental Nutrition Assistance Program (SNAP) benefits (food stamps) for at least a 3-month period during the past 15 months.
- I was referred here by a rehabilitation agency approved by the state, an employment network under the Ticket to Work program, or the Department of Veterans Affairs.
- I am at least age 18 but not age 40 or older and I am a member of a family that:
  - a Received SNAP benefits (food stamps) for the past 6 months, or
  - b Received SNAP benefits (food stamps) for at least 3 of the past 5 months, but is no longer eligible to receive them.
- During the past year, I was convicted of a felony or released from prison for a felony.
- I received supplemental security income (SSI) benefits for any month ending during the past 60 days.
- I am a veteran and I was unemployed for a period or periods totaling at least 4 weeks but less than 6 months during the past year.

3 ☐ Check here if you are a veteran and you were unemployed for a period or periods totaling at least 6 months during the past year.

4 ☐ Check here if you are a veteran entitled to compensation for a service-connected disability and you were discharged or released from active duty in the U.S. Armed Forces during the past year.

5 ☐ Check here if you are a veteran entitled to compensation for a service-connected disability and you were unemployed for a period or periods totaling at least 6 months during the past year.

6 ☐ Check here if you are a member of a family that:
- Received TANF payments for at least the past 18 months, or
- Received TANF payments for any 18 months beginning after August 5, 1997, and the earliest 18-month period beginning after August 5, 1997, ended during the past 2 years, or
- Stopped being eligible for TANF payments during the past 2 years because federal or state law limited the maximum time those payments could be made.

**Signature—All Applicants Must Sign**

Under penalties of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job, and it is, to the best of my knowledge, true, correct, and complete.

Job applicant's signature ▶ [signature] Date 12/12/13

For Privacy Act and Paperwork Reduction Act Notice, see page 2. Cat. No. 22851L Form 8850 (Rev. 1-2012)

1001478 AmeriTech Staffing, Inc.

Form Approved
OMB No. 0960-0566

**Social Security Administration**
**Consent for Release of Information**

TO: Social Security Administration

James Hall — Name
[redacted] — Date of Birth
[redacted] — Social Security Number

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|---|---|
| TaxBreak LLC | PO Box 8427 Gadsden, AL 35902 |

I want this information released because: Certification of Work Opportunity Tax Credit (WOTC) for Employer

(There may be a charge for releasing information.)

Please release the following information:

- ____ Social Security Number
- ____ Identifying information (includes date and place of birth, parents' names)
- ____ Monthly Social Security benefit amount
- ____ Monthly Supplemental Security Income payment amount
- ____ Information about benefits/payments I received from ________ to ________
- ____ Information about my Medicare claim/coverage from ________ to ________ (specify) ________
- ____ Medical records
- ____ Record(s) from my file (specify) ________
- X Other (specify) Verification of SSI benefits including dates benefits were received

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: [signature]
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 12/12/13 Relationship: ________

Form SSA-3288 (5-2007) EF (5-2007)

1001478

1001478

Form Approved: OMB No. 2900-0028
Respondent Burden: 7.5 minutes

Department of Veterans Affairs

# REQUEST FOR AND CONSENT TO RELEASE OF INFORMATION FROM INDIVIDUAL'S RECORDS

**PRIVACY ACT STATEMENT:** The execution of this form does not authorize the release of information other than that specifically described below. The information requested on this form is solicited under Title 38, United States Code, and will authorize release of the information you specify. The information may also be disclosed outside VA as permitted by law to include disclosure as stated in the "Notices of Systems of VA Records" published in the Federal Register in accordance with the Privacy Act of 1974.

**RESPONDENT BURDEN:** VA may not conduct or sponsor, and the respondent is not required to respond, to this collection of information unless it displays a valid OMB Control Number. The Privacy Act of 1974 (5 U.S.C. 552a) and VA's confidentiality statute (38 U.S.C. 5701) as implemented by 38 CFR 1.526(a) and 38 CFR 1.576(b) require individuals to provide written consent before documents or information can be disclosed to third parties not allowed to receive records or information under any other provision of law. The information requested is approved under OMB Control Number 2900-0028 and is necessary to ensure that the statutory requirements of the Privacy Act and VA's confidentiality statute are met.

Responding to this collection of information is voluntary. However, if the information is not furnished, we may not be able to comply with your request. Public reporting burden for this collection is estimated to average 7.5 minutes per respondent, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to the VA Clearance Officer (005E3), 810 Vermont Avenue, NW, Washington, DC 20420. Send comments only. **Do not send this form or requests for benefits to this address.**

| TO | Department of Veterans Affairs | NAME OF INDIVIDUAL *(Type or print)* | |
|---|---|---|---|
| | | VA FILE NO. *(Include prefix)* | SOCIAL SECURITY NUMBER |

NAME AND ADDRESS OF ORGANIZATION OR INDIVIDUAL TO WHOM INFORMATION IS TO BE RELEASED

TAX CREDIT PROCESSING CENTER **OR** ANY STATE WORKFORCE AGENCY
P O Box 8427
Gadsden AL 35904

VETERAN'S REQUEST

I hereby request and authorize the Department of Veterans Affairs to release the following information from the records identified above to the organization, agency, or individual named hereon: ▶ NAME

INFORMATION REQUESTED *(Number each item requested and give the dates or approximate dates - period from and to - covered by each.)*

1. Date of individual's active service (entry & release)
2. Date individual was discharged from military
3. Was individual discharged due to service-related disability?
4. Is individual entitled to compensation for a service-related disability?
5. If yes to #3 or #4, what is percentage of disability?

PURPOSE(S) FOR WHICH THE INFORMATION IS TO BE USED.
For determination of eligibility for Work Opportunity Tax Credit for employer

*NOTE: Additional information may be listed on the reverse side of this form.*

| SIGNATURE OF INDIVIDUAL OR PERSON AUTHORIZED TO SIGN FOR INDIVIDUAL *(Attach authority to sign, e.g., POA)* | DATE |
|---|---|
| | |

VA FORM OCT 1995(R) 3288 AmeriTech Staffing, Inc. 1001478-1001478 AdobeFormsDesigner

**Interview Information Sheet**

Cindy

Source: Craigslist

Interview/Walk-In: Interview

Name: James Hall

Date: 12/3/2013

Phone #: 567-249-2203

Age: 40 Wm

TDL/Vehicle: OH CDL-Class A / Vehicle

Location: Bear Creek

Criminal History: None

Work Experience: Werner Enterprises: Long Haul Truck Driver
All Ways Delivery Service - Regional Driver
Chrysler - Wrecker Driver

Looking for: Driver

Shift: days

Wage: $14

Tape:

Type:

10-Key:

Math:

Measure:

Submitted to: Old Castle (124)

Interview: 12/4 - 9AM

Tagged for:

Side Notes:

Hired at/Wage:

# INCOME WITHHOLDING FOR SUPPORT

☐ ORIGINAL INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)
☒ AMENDED IWO
☐ LUMP SUM PAYMENT
☐ TERMINATION of IWO

Date: 12/27/2013

☒ Child Support Enforcement (CSE) Agency ☐ Court ☐ Attorney ☐ Private Individual/Entity (Check One)
NOTE: This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions http://www.acf.hhs.gov/programs/cse/newhire/employer/publication/publication.htm - forms). If you receive this document from someone other than a State or Tribal CSE agency or a Court, a copy of the underlying order must be attached.

State/Tribe/Territory Ohio
City/County/Dist./Tribe WOOD COUNTY CSEA
Private Individual/Entity

Remittance Identifier (include w/payment) 7014516897
Order Identifier 90JI22446
CSE Agency Case Identifier 7014516897

AMERITECH STAFFING, INC.
Employer/Income Withholder's Name

10900 BRITTMOORE PARK DR
Employer/Income Withholder's Address

HOUSTON , TX 77041-7009

Employer/Income Withholder's FEIN 760664489

Bureau of Worker's Compensation Claim Number

RE: HALL , JAMES , M
Employee/Obligor's Name (Last, First, Middle)

[redacted]
Employee/Obligor's Social Security Number

KNAPP ,DEBORAH , D
Custodial Party/Obligee's Name (Last, First, Middle)

| Child(ren)'s Name(s) (Last, First, Middle) | Child(ren)'s Birth Date |
|---|---|
| WARREN ,JONATHAN ,J | 08/01/1991 |

***ORDER INFORMATION:*** This document is based on the support or withholding order from Ohio. You are required by law to deduct these amounts from the employee/obligor's income until further notice. ***See the Additional Information section for specific provisions of Ohio law.***

$0.00 Per MONTH current child support
$100.00 Per MONTH past-due child support - Arrears greater than 12 weeks? ☒ yes ☐ no
$0.00 Per MONTH current cash medical support
$43.33 Per MONTH past-due cash medical support
$143.33 Per MONTH sub-total (for withholding from unemployment benefits ORC section 3121.07)
$0.00 Per MONTH current spousal support
$0.00 Per MONTH past-due spousal support
$2.00 Per MONTH other (must specify) 2% process chrg & other obligations

for a Total Amount to Withhold of $145.33 per MONTH.

***AMOUNTS TO WITHHOLD:*** You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$33.54 per weekly pay period
$67.08 per biweekly pay period (every two weeks)
$72.67 per semimonthly pay period (twice a month)
$145.33 per monthly pay period
$______ Lump Sum Payment: Do not stop any existing IWO unless you receive a termination order.

***REMITTANCE INFORMATION:*** If the employee/obligor's principal place of employment is Ohio, you must begin withholding no later than the first pay period that occurs 14 days after the date of 12-27-2013. Send Payment within 7 working days of the pay date. If you cannot withhold the full amount of support for any or all orders for this employee/obligor, withhold up to 50% of disposable income for all orders. ***See the Additional Information section for specific provisions of Ohio law.*** If the employee/obligor's

principal place of employment is not Ohio, obtain withholding limitations, time requirements, and any allowable employer fees at http://www.acf.hhs.gov/programs/cse/newhire/employer/contacts/contact_map.htm for the employee/obligor's principal place of employment.

For electronic payment requirements and centralized payment collection and disbursement facility information (State Disbursement Unit SDU), see http://www.acf.hhs.gov/programs/cse/newhire/employer/contacts/contact_map.htm

Include the **Remittance Identifier** with the payment and if necessary this FIPS code: 39173
**Remit payment to SDU:** Ohio Child Support Payment Central (CSPC) at P.O. Box 182394, Columbus, Ohio 43218-2394.

*If you are an employer that employs more than 50 employees, please see the* ***Additional Information*** *section for specific provisions of Ohio law.*

☐ **Return to Sender Completed by Employer/Income Withholder.** Payment must be directed to an SDU in accordance with 42 USC section 666(b)(5) and (b)(6) or Tribal Payee (see Payments to SDU below). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you *must* check this box and return the IWO to the sender.

Signature of Judge/Issuing Official (if required by State or Tribal law): *Not required by Ohio law*
Print Name of Judge/Issuing Official: SHAWNA ZURAWSKI
Title of Judge/Issuing Official: Authorized Representative
Date of Signature: 12-27-2013

If the employee/obligor works in a State or for a Tribe that is different from the State or Tribe that issued this order, a copy of this IWO must be provided to the employee/obligor.
☐ If checked, you are required to provide a copy of this form to the employee/obligor.

## ADDITIONAL INFORMATION FOR EMPLOYERS AND OTHER INCOME WITHHOLDERS

State-specific contact and withholding information can be found on the Federal Employer Services website located at:

http://www.acf.hhs.gov/programs/cse/newhire/employer/contacts/contact_map.htm

**Priority:** Withholding for support has priority over any other legal process under State law against the same income (USC 42 section 666(b)(7)). If a Federal tax levy is in effect, please notify the sender. *See the* ***Additional Information*** *section for specific provisions of Ohio law.*

**Combining Payments:** When remitting payments to an SDU or Tribal CSE agency, you may combine withheld amounts from more than one employee/obligor's income in a single payment. You must, however, separately identify each employee/obligor's portion of the payment. *See the* ***Additional Information*** *section for specific provisions of Ohio law.*

**Payments to SDU:** Employer/income withholder must send child support payments payable by income withholding to the appropriate SDU. If this IWO instructs the employer/income withholder to send a payment to an entity other than an SDU (e.g., payable to the custodial party, court, or attorney), the employer/income withholder must check the box above and return this notice to the sender. Exception: If this IWO was sent by a Court, Attorney or Private Individual/Entity and the initial order was entered before January 1, 1994 or the order was issued by a Tribal CSE agency, the employer/income withholder must follow the payment instructions on this form.

**Reporting the Pay Date:** You must report the pay date when sending the payment. The pay date is the date on which the amount was withheld from the employee/obligor's wages. You must comply with the law of the State (or Tribal law if applicable) of the employee/obligor's principal place of employment regarding time periods within which you must implement the withholding and forward the support payments.

**Multiple IWOs:** If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to Federal, State, or Tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support. Follow the State or Tribal law/procedure of the employee/obligor's principal place of employment to determine the appropriate allocation method. *See the* ***Additional Information*** *section for specific provisions of Ohio law.*

**Lump Sum Payments:** You may be required to notify a State or Tribal CSE agency of upcoming lump sum payments to this employee/obligor such as bonuses, commissions, or severance pay. Contact the sender to determine if you are required to report and/or withhold. *See the* ***Additional Information*** *section for specific provisions of Ohio law.*

- If the total of the amounts designated in the notices as current support does not exceed the amount available for withhholding under section 303(b) of the "Consumer Credit Protection Act," 1673(b), the payor shall pay all of the amounts designated as current support in the notices and shall allocate to each notice an amount for past-due support equal to the amount designated in that notice as past-due support multiplied by a fraction in which the numerator is the amount of income remaining available for withholding after the payment of current support and the denominator is the total amount designated in all of the notices as past-due support.

**EMPLOYERS WITH 50 OR MORE EMPLOYEES:** In accordance with ORC section 3121.19, if you are an employer that employs more that 50 employees, you are required to submit withholding amounts to the state via electronic transfer and combine all of the payments to be forwarded in one payment. The payment shall clearly identify: each employee/obligor covered by the payment; each child support case number covered by the payment; and the portion of the payment attributable to each employee/obligor and case number.

**COMBINING PAYMENTS:** In accordance with ORC section 3121.20, a payor required to withhold a specified amount from the income of more than one obligor under a withholding notice and to forward the amounts withheld or deducted to the office of child support may combine all of the amounts to be forwarded in one payment if the payment is accompanied by a list that clearly identifies all of the following: Each obligor covered by the payment; each child support case, numbered as provided on the withholding or deduction notice, that is covered by the payment; and the portion of the payment attributable to each obligor and each case number.

**LUMP SUM PAYMENTS:** In accordance with ORC section 3121.037, no later than the earlier of 45 days before a lump sum payment is to be made or, if the obligor's right to the lump sum payment is determined less than 45 days before it is to be made, the date on which that determination is made, the payor notify the child support enforcement agency administering the support order of any lump sum payment of any kind of $150 or more that is to be paid to the obligor, hold each lump sum payment of $150 or more for 30 days after the date on which it would otherwise be paid to the obligor and, on order of the court or agency that issued the support order, pay all or a specified amount of the lump sum payment to the office of child support.

**NOTIFICATION OF TERMINATION OF EMPLOYMENT:** In accordance with ORC section 3121.037, you must promptly notify the CSEA administering the support order, in writing, within 10 business days after the date of any situation that occurs in which the payor ceases to pay income to the obligor in an amount sufficient to comply with the order, including termination of employment, layoff of the obligor from employment, any leave of absence of the obligor from employment without pay, termination of workers' compensation benefits, or termination of any pension, annuity, allowance, or retirement benefit. Include with the notification:

- The obligor's last known address and telephone number; the obligor's date of birth, social security number, and case number; if known, the name, telephone number, and business address of any new employer or income source.
- Identify any types of benefits other than personal earnings the obligor is receiving or is eligible to receive as a benefit of employment or as a result of the obligor's termination of employment, including, but not limited to, unemployment compensation, workers' compensation benefits, severance pay, sick leave, lump sum payments of retirement benefits or contributions, and bonuses or profit-sharing payments or distributions, and the amount of the benefits.

**FEE:** In accordance with ORC section 3121.18, a payor ordered to withhold a specified amount from the income of an employee under a withholding notice may deduct from the income of the person, in addition to the amount withheld for purposes of support, a fee of the greater of $2 or an amount not exceeding 1% of the amount withheld as a charge for its services in complying with the withholding notice.

**EFT:** For EFT/EDI instructions, contact CSPC at 1-888-965-2676 or go to http://jfs.ohio.gov/OCS/employers/CSPC_Overview.stm#Employers

# INCOME WITHHOLDING FOR SUPPORT

☐ ORIGINAL INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)
☒ AMENDED IWO
☐ LUMP SUM PAYMENT
☐ TERMINATION of IWO

Date: 12/30/2013

☒ Child Support Enforcement (CSE) Agency ☐ Court ☐ Attorney ☐ Private Individual/Entity (Check One)
NOTE: This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions http://www.acf.hhs.gov/programs/cse/newhire/employer/publication/publication.htm - forms). If you receive this document from someone other than a State or Tribal CSE agency or a Court, a copy of the underlying order must be attached.

State/Tribe/Territory Ohio
City/County/Dist./Tribe WOOD COUNTY CSEA
Private Individual/Entity

Remittance Identifier (include w/payment) 7014516897
Order Identifier 90JI22446
CSE Agency Case Identifier 7014516897

AMERITECH STAFFING, INC.
Employer/Income Withholder's Name

10900 BRITTMOORE PARK DR
Employer/Income Withholder's Address

HOUSTON, TX 77041-7009

Employer/Income Withholder's FEIN 760684469

Bureau of Worker's Compensation Claim Number

RE: HALL, JAMES, M
Employee/Obligor's Name (Last, First, Middle)

[redacted]
Employee/Obligor's Social Security Number

KNAPP, DEBORAH, D
Custodial Party/Obligee's Name (Last, First, Middle)

| Child(ren)'s Name(s) (Last, First, Middle) | Child(ren)'s Birth Date |
|---|---|
| WARREN, JONATHAN, J | 08/01/1991 |

***ORDER INFORMATION:*** This document is based on the support or withholding order from Ohio. You are required by law to deduct these amounts from the employee/obligor's income until further notice. *See the Additional Information section for specific provisions of Ohio law.*

$0.00 Per MONTH current child support
$100.00 Per MONTH past-due child support - Arrears greater than 12 weeks? ☒ yes ☐ no
$0.00 Per MONTH current cash medical support.
$43.33 Per MONTH past-due cash medical support
$143.33 Per MONTH sub-total (for withholding from unemployment benefits ORC section 3121.07)
$0.00 Per MONTH current spousal support
$0.00 Per MONTH past-due spousal support
$2.00 Per MONTH other (must specify) 2% process chrg & other obligations

for a Total Amount to Withhold of $145.33 per MONTH.

***AMOUNTS TO WITHHOLD:*** You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$33.54 per weekly pay period
$72.67 per semimonthly pay period (twice a month)
$67.08 per biweekly pay period (every two weeks)
$145.33 per monthly pay period
$ ______ Lump Sum Payment: Do not stop any existing IWO unless you receive a termination order.

***REMITTANCE INFORMATION:*** If the employee/obligor's principal place of employment is Ohio, you must begin withholding no later than the first pay period that occurs 14 days after the date of 12-30-2013. Send Payment within 7 working days of the pay date. If you cannot withhold the full amount of support for any or all orders for this employee/obligor, withhold up to 50% of disposable income for all orders. *See the Additional Information section for specific provisions of Ohio law.* If the employee/obligor's

principal place of employment is ... Ohio, obtain withholding limitations, tim. .equirements, and any allowable employer fees at http://www.acf.hhs.gov/programs/cse/newhire/employer/contacts/contact_map.htm for the employee/obligor's principal place of employment.

For electronic payment requirements and centralized payment collection and disbursement facility information (State Disbursement Unit SDU), see http://www.acf.hhs.gov/programs/cse/newhire/employer/contacts/contact_map.htm

Include the **Remittance Identifier** with the payment and if necessary this FIPS code: 39173
**Remit payment to SDU:** Ohio Child Support Payment Central (CSPC) at P.O. Box 182394, Columbus, Ohio 43218-2394.

*If you are an employer that employs more than 50 employees, please see the **Additional Information** section for specific provisions of Ohio law.*

☐ **Return to Sender Completed by Employer/Income Withholder.** Payment must be directed to an SDU in accordance with 42 USC section 666(b)(5) and (b)(6) or Tribal Payee (see Payments to SDU below). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you *must* check this box and return the IWO to the sender.

Signature of Judge/Issuing Official (if required by State or Tribal law): *Not required by Ohio law*
Print Name of Judge/Issuing Official: SHAWNA ZURAWSKI
Title of Judge/Issuing Official: Authorized Representative
Date of Signature: 12-30-2013

If the employee/obligor works in a State or for a Tribe that is different from the State or Tribe that issued this order, a copy of this IWO must be provided to the employee/obligor.
☐ If checked, you are required to provide a copy of this form to the employee/obligor.

## ADDITIONAL INFORMATION FOR EMPLOYERS AND OTHER INCOME WITHHOLDERS

State-specific contact and withholding information can be found on the Federal Employer Services website located at:

http://www.acf.hhs.gov/programs/cse/newhire/employer/contacts/contact_map.htm

**Priority:** Withholding for support has priority over any other legal process under State law against the same income (USC 42 section 666(b)(7)). If a Federal tax levy is in effect, please notify the sender. *See the **Additional Information** section for specific provisions of Ohio law.*

**Combining Payments:** When remitting payments to an SDU or Tribal CSE agency, you may combine withheld amounts from more than one employee/obligor's income in a single payment. You must, however, separately identify each employee/obligor's portion of the payment. *See the **Additional Information** section for specific provisions of Ohio law.*

**Payments to SDU:** Employer/income withholder must send child support payments payable by income withholding to the appropriate SDU. If this IWO instructs the employer/income withholder to send a payment to an entity other than an SDU (e.g., payable to the custodial party, court, or attorney), the employer/income withholder must check the box above and return this notice to the sender. Exception: If this IWO was sent by a Court, Attorney or Private Individual/Entity and the initial order was entered before January 1, 1994 or the order was issued by a Tribal CSE agency, the employer/income withholder must follow the payment instructions on this form.

**Reporting the Pay Date:** You must report the pay date when sending the payment. The pay date is the date on which the amount was withheld from the employee/obligor's wages. You must comply with the law of the State (or Tribal law if applicable) of the employee/obligor's principal place of employment regarding time periods within which you must implement the withholding and forward the support payments.

**Multiple IWOs:** If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to Federal, State, or Tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support. Follow the State or Tribal law/procedure of the employee/obligor's principal place of employment to determine the appropriate allocation method. *See the **Additional Information** section for specific provisions of Ohio law.*

**Lump Sum Payments:** You may be required to notify a State or Tribal CSE agency of upcoming lump sum payments to this employee/obligor such as bonuses, commissions, or severance pay. Contact the sender to determine if you are required to report and/or withhold. *See the **Additional Information** section for specific provisions of Ohio law.*

- If the total of the amounts designated in the notices as current support does not exceed the amount available for withholding under section 303(b) of the "Consumer Credit Protection Act," 1673(b), the payor shall pay all of the amounts designated as current support in the notices and shall allocate to each notice an amount for past-due support equal to the amount designated in that notice as past-due support multiplied by a fraction in which the numerator is the amount of income remaining available for withholding after the payment of current support and the denominator is the total amount designated in all of the notices as past-due support.

**EMPLOYERS WITH 50 OR MORE EMPLOYEES:** In accordance with ORC section 3121.19, if you are an employer that employs more that 50 employees, you are required to submit withholding amounts to the state via electronic transfer and combine all of the payments to be forwarded in one payment. The payment shall clearly identify: each employee/obligor covered by the payment; each child support case number covered by the payment; and the portion of the payment attributable to each employee/obligor and case number.

**COMBINING PAYMENTS:** In accordance with ORC section 3121.20, a payor required to withhold a specified amount from the income of more than one obligor under a withholding notice and to forward the amounts withheld or deducted to the office of child support may combine all of the amounts to be forwarded in one payment if the payment is accompanied by a list that clearly identifies all of the following: Each obligor covered by the payment; each child support case, numbered as provided on the withholding or deduction notice, that is covered by the payment; and the portion of the payment attributable to each obligor and each case number.

**LUMP SUM PAYMENTS:** In accordance with ORC section 3121.037, no later than the earlier of 45 days before a lump sum payment is to be made or, if the obligor's right to the lump sum payment is determined less than 45 days before it is to be made, the date on which that determination is made, the payor notify the child support enforcement agency administering the support order of any lump sum payment of any kind of $150 or more that is to be paid to the obligor, hold each lump sum payment of $150 or more for 30 days after the date on which it would otherwise be paid to the obligor and, on order of the court or agency that issued the support order, pay all or a specified amount of the lump sum payment to the office of child support.

**NOTIFICATION OF TERMINATION OF EMPLOYMENT:** In accordance with ORC section 3121.037, you must promptly notify the CSEA administering the support order, in writing, within 10 business days after the date of any situation that occurs in which the payor ceases to pay income to the obligor in an amount sufficient to comply with the order, including termination of employment, layoff of the obligor from employment, any leave of absence of the obligor from employment without pay, termination of workers' compensation benefits, or termination of any pension, annuity, allowance, or retirement benefit. Include with the notification:

- The obligor's last known address and telephone number; the obligor's date of birth, social security number, and case number; if known, the name, telephone number, and business address of any new employer or income source.
- Identify any types of benefits other than personal earnings the obligor is receiving or is eligible to receive as a benefit of employment or as a result of the obligor's termination of employment, including, but not limited to, unemployment compensation, workers' compensation benefits, severance pay, sick leave, lump sum payments of retirement benefits or contributions, and bonuses or profit-sharing payments or distributions, and the amount of the benefits.

**FEE:** In accordance with ORC section 3121.18, a payor ordered to withhold a specified amount from the income of an employee under a withholding notice may deduct from the income of the person, in addition to the amount withheld for purposes of support, a fee of the greater of $2 or an amount not exceeding 1% of the amount withheld as a charge for its services in complying with the withholding notice.

**EFT:** For EFT/EDI instructions, contact CSPC at 1-888-965-2676 or go to http://jfs.ohio.gov/OCS/employers/CSPC_Overview.stm#Employers