COADVANTAGE

September 16, 2019

**Via Regular Mail and Secured Email to KMichael@dillfirm.com**

Vivian Neumann
The Dill Firm, APLC
825 Lafayette St.
Lafayette, LA 70501

SEP 2 3 2019

**Re: Subpoena to Produce Documents - Affidavit**
**James Michael Hall vs. Landstar Ranger, Inc., Old Republic Insurance Company, and Jacques J. Manassee / Civil Action No: 6:18-cf-00410**

Dear Ms. Neumann:

Per your request, attached please find the Affidavit regarding the wage records produced for the following:

| | |
|---|---|
| **Employee Name** | James M. Hall |
| **Social Security Number** | [redacted] |
| **Date of Birth** | [redacted] |
| **Original Date of Hire** | 04/28/2014 |
| **Date of Separation** | 06/08/2014 |

Please contact me directly at 817.508.7532 if you have any questions about the information provided herein.

Sincerely,

*Christina Stovall*
Christina Stovall, SHRM-SCP, SPHR, MBA
Director of Compliance

SEP 2 3 2019

Enclosures

Lakewood Park Drive, Suite 200 Tampa, Florida 33619 T 813.935.2000 TF 800.833.1016
coadvantage.com

AFFIDAVIT

STATE OF FLORIDA

HILLSBOROUGH COUNTY

Records Pertaining To: JAMES MICHAEL HALL

Type of Records: Any and all employment records, including but not limited to any and all reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence pertaining to JAMES MICHAEL HALL, SSN [redacted] DOB: [redacted]

Before me, the undersigned authority, personally appeared Christina Stovall, who, being by me duty sworn, deposed as follows: (Custodian of Records)

My name is Christina Stovall, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit and have personal knowledge of the facts herein stated:

I am the Custodian of Records for:
**Coadvantage Resources 25, Inc.**
**3350 Bushwood Park Drive**
**Suite 200**
**Tampa, FL 33618**

This is a regularly conducted business activity. Attached hereto are 12 pages of employment records, reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence from this facility, and it was the regular practice to make and maintain these records. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility with knowledge, or one who had been furnished such knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The method of preparation of the records was trustworthy. The records attached hereto are the original records or exact duplicates of the original records.

CStovall
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the 16th day of September, 2019

DEANNE HARVEY
Notary Public, State of Texas
Comm. Expires 07-02-2022
Notary ID 3697949

Deanne Harvey
NOTARY PUBLIC

COADVANTAGE

August 9, 2019

**Via Regular Mail, Certified Mail, Return Receipt Requested and Secured Email to jdill@dillfirm.com**

James M. Dill
The Dill Firm, APLC
825 Lafayette St.
Lafayette, LA 70501

**Re: Subpoena to Produce Documents**
**James Michael Hall vs. Landstar Ranger, Inc., Old Republic Insurance Company, and Jacques J. Manassee / Civil Action No: 6:18-cf-00410**

Dear Mr. Dill:

CoAdvantage is a Professional Employer Organization ("PEO"). As a PEO, CoAdvantage contracts with its client companies to assist with back office HR and payroll functions. CoAdvantage did not directly employ Mr. Hall and does not have, nor did it maintain, a personnel file for him. Enclosed however are the wage records on file for the following:

| | |
|---|---|
| **Employee Name** | James M. Hall |
| **Social Security Number** | [redacted] |
| **Date of Birth** | [redacted] |
| **Original Date of Hire** | 04/28/2014 |
| **Date of Separation** | 06/08/2014 |

Please contact me directly at 817.508.7532 if you have any questions about the information provided herein.

Sincerely,

*Christina Stovall*
Christina Stovall, SHRM-SCP, SPHR, MBA
Director of Compliance

COADVANTAGE®

**Enclosures (7):**

- Records Certification
- W-2s (2014)
- Employee Pay History (2014)
- Employee Status Change Request
- Income Withholding for Support
- Records Request Letter
- Subpoena to Produce Documents

**RECORDS CERTIFICATION**

This is to certify that the attached photographic reproductions are true and exact photocopies of the records of **JAMES MICHAEL HALL**[redacted] The attached records are true, accurate and complete duplicates of the acts, events, conditions, opinions, or diagnoses described, made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters. These records were kept in the course of a regularly conducted business activity, and it was regular practice of the business activity to make the records.

WITNESSES:

Deanne Harvey

Records Administrator for CoAdvantage Resources 25, Inc

8/9/2019

Date

COADVANTAGE RESOURCES 25, INC.
3350 BUSCHWOOD PARK DR #200 TAMPA FL 33618

U97603

JAMES M. HALL
6930 1/2 SATSUMA DR.
HOUSTON TX 77041

**Form W-2 Wage and Tax Statement 2014**

| | | | |
|---|---|---|---|
| c Employer's name, address and ZIP code: U97603<br>COADVANTAGE RESOURCES 25, INC.<br>3350 BUSCHWOOD PARK DR #200<br>TAMPA FL 33618 | 7 Social security tips | 1 Wages, tips, other comp. 3536.25 | 2 Federal income tax withheld 340.29 |
| | 8 Allocated tips | 3 Social security wages 3536.25 | 4 Social security tax withheld 219.25 |
| | 9 Advance EIC payment | 5 Medicare wages and tips 3536.25 | 6 Medicare tax withheld 51.28 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| e Employee's name, address and ZIP code<br>JAMES M. HALL<br>[redacted] | 13 Statutory Employee / Retirement Plan / Third-Party Sick Pay<br>b Employer ID number 81-0595020<br>a Employee's [redacted] | 14 Other | 12b 12d Codes |

| 15 State / Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |

Copy B to be filed with employee's FEDERAL Tax Return.

**Form W-2 Wage and Tax Statement 2014**

| | | | |
|---|---|---|---|
| c Employer's name, address and ZIP code: U97603<br>COADVANTAGE RESOURCES 25, INC.<br>3350 BUSCHWOOD PARK DR #200<br>TAMPA FL 33618 | 7 Social security tips | 1 Wages, tips, other comp. 3536.25 | 2 Federal income tax withheld 340.29 |
| | 8 Allocated tips | 3 Social security wages 3536.25 | 4 Social security tax withheld 219.25 |
| | 9 Advance EIC payment | 5 Medicare wages and tips 3536.25 | 6 Medicare tax withheld 51.28 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| e Employee's name, address and ZIP code<br>JAMES M. HALL<br>[redacted] | 13 Statutory Employee / Retirement Plan / Third-Party Sick Pay<br>b Employer ID number 81-0595020<br>a Employee's [redacted] | 14 Other | 12b 12d Codes |

| 15 State / Employer's state ID no. | 16 State wages, tips, etc. | 17 State income [redacted] | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |

Copy C for EMPLOYEE'S RECORDS (See Notice to Employee)

**Form W-2 Wage and Tax Statement 2014**

| | | | |
|---|---|---|---|
| c Employer's name, address and ZIP code: U97603<br>COADVANTAGE RESOURCES 25, INC.<br>3350 BUSCHWOOD PARK DR #200<br>TAMPA FL 33618 | 7 Social security tips | 1 Wages, tips, other comp. 3536.25 | 2 Federal income tax withheld 340.29 |
| | 8 Allocated tips | 3 Social security wages 3536.25 | 4 Social security tax withheld 219.25 |
| | 9 Advance EIC payment | 5 Medicare wages and tips 3536.25 | 6 Medicare tax withheld 51.28 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| e Employee's name, address and ZIP code<br>JAMES M. HALL<br>[redacted] | 13 Statutory Employee / Retirement Plan / Third-Party Sick Pay<br>b Employer ID number 81-0595020<br>a Employee's [redacted] | 14 Other | 12b 12d Codes |

| 15 State / Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |

**Form W-2 Wage and Tax Statement 2014**

| | | | |
|---|---|---|---|
| c Employer's name, address and ZIP code: U97603<br>COADVANTAGE RESOURCES 25, INC.<br>3350 BUSCHWOOD PARK DR #200<br>TAMPA FL 33618 | 7 Social security tips | 1 Wages, tips, other comp. 3536.25 | 2 Federal income tax withheld 340.29 |
| | 8 Allocated tips | 3 Social security wages 3536.25 | 4 Social security tax withheld 219.25 |
| | 9 Advance EIC payment | 5 Medicare wages and tips 3536.25 | 6 Medicare tax withheld 51.28 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| e Employee's name, address and ZIP code<br>JAMES M. HALL<br>[redacted] | 13 Statutory Employee / Retirement Plan / Third-Party Sick Pay<br>b Employer ID number 81-0595020<br>a Employee's [redacted] | 14 Other | 12b 12d Codes |

| 15 State / Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local [redacted] wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |

DATE: 08-08-2019
TIME: 13 03 15

Golf Cars of Houston, LP
EMPLOYEE GROSS-TO-NET REGISTER WITHIN PAY DATES BY EMPLOYEE ID REPORT

PAGE 1

Employee ID U97603

| EMPLOYEE ID | DEPARTMENT | EMPLOYEE NAME | SOC-SEC | PAY DATE | CODE | DESCRIPTION | TYPE | UNITS | UNIT RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| U97603 | | 4 Ha I James M | 283-76- | 5/7/2014 | O/T | Overt me Pay | P-1 | 13 | 22 5 | 292.5 |
| | | | | | REG | Regular Pay | P-2 | 80 | 15 | 1200 |
| | | | | | 00-10 | FEDERAL TAX | D-1 | 1 | -170 65 | -170 65 |
| | | | | | 00-11 | MEDICARE | D-2 | 1 | -21 64 | -21 64 |
| | | | | | 00 12 | SOC SECURITY | D-3 | 1 | -92 54. | -92 54 |

| VOUCHER# | GROSS PAY | EXPENS | GROSS EARNINGS | DEDUCTIONS | TAXES | NET PAY |
|---|---|---|---|---|---|---|
| 13763 | 1492 5 | 0 | 1492 5 | 0 | 284 83 | 1207.67 |

| EMPLOYEE ID | DEPARTMENT | EMPLOYEE NAME | SOC-SEC | PAY DATE | CODE | DESCRIPTION | TYPE | UNITS | UNIT RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| U97603 | | 4 Hall James M | 283-76 | 5/21/2014 | O/T | Overtime Pay | P-1 | 5 5 | 22.5 | 123 75 |
| | | | | | REG | Regular Pay | P-2 | 80 | 15 | 1200 |
| | | | | | 00-10 | FEDERAL TAX | D-1 | 1 | -145.34 | -145.34 |
| | | | | | 00-11 | MEDICARE | D-2 | 1 | -19.2 | -19.2 |
| | | | | | 00-12 | SOC SECURITY | D-3 | 1 | -82:07 | 82.07 |

| VOUCHER# | GROSS PAY | EXPENS | GROSS EARNINGS | DEDUCTIONS | TAXES | NET PAY |
|---|---|---|---|---|---|---|
| 13833 | 1323.75 | 0 | 1323 75 | 0 | 246.61 | 1077.14 |

| EMPLOYEE ID | DEPARTMENT | EMPLOYEE NAME | SOC-SEC | PAY DATE | CODE | DESCRIPTION | TYPE | UNITS | UNIT RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| U97603 | | 4 Hall James M | 283-76- | 6/4/2014 | REG | Regular Pay | P-1 | 18 | 15 | 270 |
| | | | | | 00-10 | FEDERAL TAX | D-1 | 1 | -3.15 | -3.15 |
| | | | | | 00-11 | MEDICARE | D-2 | 1 | -3.91 | -3.91 |
| | | | | | 00-12 | SOC SECURITY | D-3 | 1 | -16.74 | -16.74 |

| VOUCHER# | GROSS PAY | EXPENS | GROSS EARNINGS | DEDUCTIONS | TAXES | NET PAY |
|---|---|---|---|---|---|---|
| 13906 | 270 | 0 | 270 | 0 | 23 8 | 246.2 |

| EMPLOYEE ID | DEPARTMENT | EMPLOYEE NAME | SOC-SEC | PAY DATE | CODE | DESCRIPTION | TYPE | UNITS | UNIT RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| U97603 | | 4 Hall James M. | 283-76- | 6/18/2014 | REG | Regular Pay | P-1 | 30 | 15 | 450 |
| | | | | | 00-10 | FEDERAL TAX | D-1 | 1 | -21.15 | -21.15 |
| | | | | | 00-11 | MEDICARE | D-2 | 1 | -6.53 | -6.53 |
| | | | | | 00-12 | SOC SECURITY | D-3 | 1 | -27 9 | -27 9 |
| | | | | | CS | Child Support | D-4 | 1 | -67 08 | -67.08 |
| | | | | | GARNFEE | GARNISH FEE | D-5 | 1 | -4 6 | -4.6 |

| VOUCHER# | GROSS PAY | EXPENS | GROSS EARNINGS | DEDUCTIONS | TAXES | NET PAY |
|---|---|---|---|---|---|---|
| 13981 | 450 | 0 | 450 | 71.68 | 55.58 | 322.74 |

| ID | Name | Code | Date | VOUCHER# | GROSS PAY | EXPENS | GROSS EARNINGS | DEDUCTIONS | TAXES | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| U97603 | 4 Hall James M | 283-76 | 7/2/2014 | 14252 | 0 | 0 | 0 | 0 | 0 | 0 |
| U97603 | 4 Hall James M | 283-76 | 7/16/2014 | 14332 | 0 | 0 | 0 | 0 | 0 | 0 |
| U97603 | 4 Hall James M | 283-76 | 7/30/2014 | 14417 | 0 | 0 | 0 | 0 | 0 | 0 |
| U97603 | 4 Hall James M | 283-76 | 8/13/2014 | 14506 | 0 | 0 | 0 | 0 | 0 | 0 |
| U97603 | 4 Hall James M | 283-76 | 8/27/2014 | 14539 | 0 | 0 | 0 | 0 | 0 | 0 |
| U97603 | 4 Hall James M | 283-76 | 9/10/2014 | 14692 | 0 | 0 | 0 | 0 | 0 | 0 |
| U97603 | -----> SUBTOTALS | | | | 3536.25 | 0 | 3536.25 | 71.68 | 610.82 | 2853.75 |

| | GROSS PAY | EXPENS | GROSS EARNINGS | DEDUCTIONS | TAXES | NET PAY |
|---|---|---|---|---|---|---|
| GRAND TOTALS | 3536.25 | 0 | 3536.25 | 71.68 | 610.82 | 2853.75 |

**Golf Cars of Houston**
*Superstore*

## Employee Status Change Request

Date:__________

Employee Name: James M. Hall

Change Type: Termination

Rate of Pay: From__________ To: __________

Job Title: From__________ To: __________

Job Status: From__________ To: __________

Termination: Date: 6-8-14

Termination Comments: Terminated for Performance

Is employee eligible for re-hire?______ yes ______no

Additional Notes:__________

Supervisor Signature:__________

GM Signature: [signature]

Effective Date: 6-8-14