## RECORDS CERTIFICATION

TO WHOM IT MAY CONCERN:

This is to certify that the attached photographic reproductions are true and exact photocopies of the records of **JAMES MICHAEL HALL, DOB:** [redacted] **Social Security Number:** [redacted] These records were prepared by the personnel, staff, or persons acting under the control of either, in the ordinary course of business at or near the time of the act, condition or event.

WITNESSES:

KELLY PERMAR

DIRECTOR OF CORPORATE COMPLIANCE & BENEFITS
Records Administrator for Cardinal Staffing

Date: 12/5/18

TDF# 22r

# AFFIDAVIT

STATE OF OHIO

WOOD COUNTY

Records Pertaining To: JAMES MICHAEL HALL

Type of Records: Any and all employment records, including but not limited to any and all reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence pertaining to JAMES MICHAEL HALL, SSN [redacted] DOB: [redacted]

Before me, the undersigned authority, personally appeared KELLY PERMAR, who, (Custodian of Records) being by me duty sworn, deposed as follows:

My name is KELLY PERMAR, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit and have personal knowledge of the facts herein stated:

I am the Custodian of Records for:
**Cardinal Staffing**
**2515 Oregon Road**
**Northwood, OH 43619**

This is a regularly conducted business activity. Attached hereto are 7 pages of employment records, reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence from this facility, and it was the regular practice to make and maintain these records. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility with knowledge, or one who had been furnished such knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The method of preparation of the records was trustworthy. The records attached hereto are the original records or exact duplicates of the original records.

Kelley Permar
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the 10th day of December, 20 18

Erin Bernthisel
NOTARY PUBLIC

NOTARY PUBLIC STATE OF OHIO
ERIN BERNTHISEL
Notary Public, State of Ohio
My Commission Expires
December 13, 2022

My Commission Expires: 12/13/2022

AUTHORIZATION FOR EMPLOYMENT/PERSONNEL RECORDS

TO WHOM IT MAY CONCERN:

YOU ARE HEREBY AUTHORIZED to provide a certified copy of any and all personnel files, including but not limited to personnel records time sheets, expense reports, pre-employment applications, physicals, earnings records, employment application, W-2 forms, performance, promotion, demotion, transfer and termination records, medical reports and records, accident/incident reports, and other such documents retained by this company and regarding my employment to THE DILL FIRM, APLC, P.O. Box 3324, Lafayette, Louisiana 70502-3324.

It is further agreed and authorized that a copy of this authorization will have the same force and effect as the original.

THUS DONE AND SIGNED this 29th day of November 2018.

_______________________ WITNESS

_______________________ EMPLOYEE SIGNATURE

EMPLOYEE INFORMATION:

Full Name: James Michael Hall

Date of Birth: [redacted]

Social Security Number: [redacted]

[redacted]
*HOME(419)69[redacted]*
*E-MAIL RAVENLOFT[redacted]@HOTMAIL.COM*

# *JAMES M. HALL*

***HAZMAT/TANKER/DOUBLES & TRIPLES ENDORESMENTS***

## OBJECTIVE

I am seeking a safe and secure work environment for the next 30 years until retirement. I am a strong safe driver with a desire to become a true professional in my field.

## WORK EXPERIENCE

7/8/07 – Still Employed *Cardinal Staffing* 2515 Oregon rd.
*Class A Local Driver* Northwood, OH 43619

- I drove with Excel as a Shuttle driver for the First two weeks.
- I drove with Exel as a Route driver for a week after that.
- I have Been driving a Switch truck and handling the Inbounds since.

3/22/07 – 6/17/07 *Get Go Transport* 28500 Lemoyne rd.
*Class A OTR Driver* Millbury, OH 43447

- I was driving an average of 2500 hazmat miles a week @ 36 cpm and unloaded my own trailers at drop off.
- In the 2 ½ months I worked for Get Go there dispatch got me lost (in town directions) 9 times.
- One of the times dispatch had given me the wrong directions was in Pittsburg, PA. I was running low on fuel and informed dispatch of the situation (The Company only dealt with Fleet One for fuel) and after 30 minutes of more bad directions I ran out of fuel. I realize it was a rookie mistake that will never happen again but the company charged me $400.00 after they had a company come out to give me 20 gallons of fuel.
- One of the Paint stores I delivered to was a paint shop in Louisville, KY, this particular stores paper work stated in big bold print that they required a 48 ft trailer and the tandems slide all the way forward to get in the dock . Instead the company sent me to this store with a 53 ft trailer with tandems that did not work. As a result I rubbed a fence poll while backing in (there was no damage to the trailer of any kind) and the company charged me $560.00 to dig up and reset the poll.

# Report

## Search Information

Subject: HALL, JAMES
SSN: [redacted]
DOB: [redacted]
Reference 1: [redacted]
Reference 2: Stylo Crest

Order ID: 69877
Customer: Cardinal Services
Order Date: 5/14/2008 8:35:34 AM
Completion Date: 5/14/2008 8:35:49 AM

## Summary Information

| | |
|---|---|
| VeriFynd | status: Completed |
| Ohio Criminal Information Bureau | status: Completed |
| Ohio Driving Record | status: Completed |

### VeriFynd

**JAMES HALL**

**What is a VeriFynd Report?**
A VeriFynd Report verifies the information provided by the subject in addition to providing information on possit historical addresses and telephone numbers associated with an individual from public records and validates thos against a database that will provide an alert for nonresidential locations. An Address History can assist in flaggin exceptions that may exist in public records and assist in focusing the criminal background investigation. The add numbers are not listed in data order and should be individually reviewed. This report will also validate a name wl used (i.e., Tim for Timothy).

*It is important to understand that public records are only as accurate as the agencies that input them. Pl closely review the public information listed about the individual that you may be researching in the repo*

*Search Criteria*

**Search Name:** JAMES HALL - VERIFIED
**Date of Birth:** [redacted] - VERIFIED

*Social Security Administration SSN Verification*

| | |
|---|---|
| **SSN:** | [redacted] |
| **Issue State:** | Ohio |
| **Issue Dates:** | 1/1980 - 12/1982 |
| **Message:** | SSN is VERIFIED |
| **Note:** | A validated SSN only indicates that it has been verified against information provided by the S Administration. It does not verify that the SSN belongs to the subject of the search. |

*Report Summary*

# Stansley Industries, Inc.

Pre Employment Safety Performance History Records Request Form
-This form is being requested in compliance with 40.25 and 391.23-

Section 1: To be Completed by Prospective Employee

1. (Print Name Here) James M. Hall (First, MI, Last) — [redacted] Social Security Number

I herby authorize:

Previous Employer: Cardinal Staffing — Email:
Street: 2815 Crocker Road — Phone: 419-[illegible]-8500
City, State, Zip: No Olmsted, OH 44070 — Fax:

To Release and forward the following requested information concerning my alcohol and controlled substances testing records, accident history, and employment history within the previous3 years from the date this document is signed below to:

Prospective Employer: Stansley Industries, Inc
Attention: Tami Stansley Phone: 419-841-6960
Street: 3793 Silica Road Fax: 419-843-7939
City, State, Zip: Sylvania, Ohio, 43650

In compliance with 40.25(g) and 391.23(h), release of this information must be made in a written form that ensures confidentiality, such as fax, e-mail, or letter.

x [signature] — Applicants Signature    x 8/3/11 — Date

Section 2: To be Completed by Previous Employer

The applicant was employed by us: Yes ☑ No ☐
Employed as: Driver From: 9-12-07 To: 10-8-07
Did s/he drive a motor vehicle for you? Yes ☑ No ☐ If yes what type? Straight truck ☐
Tractor- Semi ☑ Bus ☐ Cargo Tank ☐ Doubles/Triples ☐ Other ☐ Specify ____
Reason for leaving: Discharged ☐ Resigned ☐ Lay Off ☐ Military Duty ☐

**If there is no safety performance history to report, check here ___, Sign below, and return.**

Accidents: Complete the following for any accidents included on your accident register (391.15(b)) that involved the applicant in the 3 years prior to the application date shown above, or check here___ if there is no accident register data for this driver.

| | Date | Location | # Injuries | # Fatalities | Hazmat Spill |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

Please provide information concerning any other accidents involving the applicant that were reported to government agencies or insurers or retained under internal company policies: ____

Any other remarks: ____

Signature: [signature] Title: HR [illegible] Date: 9-2-11

Previous Employer: Please complete section 3 on the following page.

# Stansley Industries, Inc.

Pre Employment Safety Performance History Records Request Form

-This form is being requested in compliance with 40.25 and 391.23-

**Section 3 To Be Completed By Previous Employer**

**Drug and Alcohol History**

**If the driver was not subject to DOT testing requirements while employed by this employer, Please check here___, fill in the dates employment From: __________ To: ____________, Complete bottom of section 3, sign and return.**

**Driver was subject to DOT testing From: __________ To: ____________**

| | Yes | No |
|---|---|---|
| 1. Has this person had an alcohol test with a result of 0.04 or high alcohol concentration? | ☐ | ☐ |
| 2. Has this person tested positive, adulterated or substituted a test specimen for a controlled substance? | ☐ | ☐ |
| 3. Has this person refused to submit to a post-accident, random, reasonable suspicion, or follow-up alcohol or controlled substances test? | ☐ | ☐ |
| 4. Has this person committed other violations of subpart B of part 382, or part 40? | ☐ | ☐ |
| 5. If this person has violated a DOT drug and alcohol regulation, did this person complete an SAP-prescribed rehabilitation program in your employ, including return-to-duty and follow-up testing? If yes, please send documentation back with this form. | ☐ | ☐ |
| 6. For driver who successfully completed an SAP's rehabilitation referral and remained in your employ did this driver subsequently have an alcohol test result of 0.04 or greater, a verified positive drug test, or refuse to be tested? | ☐ | ☐ |

**In answering these questions, include any required DOT drug or alcohol testing information obtained from prior previous employers in previous 3 years prior to the date shown on side 1.**

**Name:** ________________________________________

**Company:** ________________________________________

**Street:** ________________________________________

**City, State, Zip:** ____________________________________

**Section 3 Completed By:** ____________________ **Title:** ____________

**Section 4 To Be Completed By Prospective Employer**

This form was (Check One): Faxed to Previous employer ☐ Mailed ☐ Other ☐ ________

**By:** __________________ **Title:** ________________ **Date:** ______________

**Section 5 To Be Completed By Previous Employer**

**Completed below when information is obtained.**

**Information received:** ____________________________________

Recorded by: ______________________________ Faxed ☐ Mailed ☐ Other ☐

**Date:** ____________________

*Information You Need...When You Need it!*

TERMED!

**Report For:**
Hall, James
SSN [redacted]

**Date Ordered:** 05/21/08
**Last Updated:** 05/21/08

**ChoicePoint Workplace Solutions**
**480 Quadrangle Drive Suite D**
**Bolingbrook, IL 60440**
**Tel: 800-939-4782 Fax: 630-679-5635**

## Controlled Substance Test Report

**Attn:** Property Manager

1721 Indian Wood Circle
Maumee, OH 43537

**Phone:**

**Client Name:** Cardinal Staffing Logistics 53473
**Account:** 117854-00057

**Donor Name:** James M Hall
**Donor ID** [redacted]

**Other ID:**
**Emp. Category:** UNKNOWN

****Updated**-Please replace your original document transmitted on 5/21/2008 11:12:00 AM**

**Test Result:** Positive
**Result Description:** Positive
**Substances Found:** Marijuana
**MRO Verified Comment:**

**Specimen ID:** 0886839704
**Specimen Date:** 5/14/2008 3:05:00 PM
**Lab Name:** Labcorp 3000/JamesHall
**Testing Panel:** (test# D10000) LC3000 Nida Panel
**CCF Received:** 5/15/2008

**Verification Date:** 5/21/2008
**Reported Date:** 5/21/2008
**CollectionSite:** LabCorp - Toledo

**Test Reason:** Pre-Employment
**Test Type:** DOT
**Lab Account #:** 999664
**Test Account #:** 117854-00057
**Test Client Name:** Cardinal Staffing Logistics 53473
**Location ID:** str53473
**Cost Center:**

**Certified Medical Review:**

**MRO Phone:**