## Employment History Report

Print Report

| | |
|---|---|
| Name: | James Hall |
| SSN: | [redacted] |
| Case number: | 15578722 |

Submit a missing record request

*DIQ-DRUG AND ALCOHOL*

| | |
|---|---|
| Lead result: | Complete |
| Lead start date: | 08/22/2019 |
| Lead end date: | 08/22/2019 |

```
DOT Drug and Alcohol Report
DRIVER INFORMATION:
NAME    : HALL, JAMES K                 SSN [redacted]
LICENSE :                               DOB

CARRIER INFORMATION:                    USDOT# :53467
Werner Enterprises Inc
                                        PHONE  :402-895-6640

DOT Drug And Alcohol History:

Pursuant to US Department of Transportation regulations 49 CFR part 40, during
the past THREE years has the driver had :

1) This driver was employed in a safety-sensitive function that
   required alcohol and controlled substance testing specified by
   49 CFR Part 40?                                               Yes

2) Alcohol tests with a result of 0.04 or higher alcohol
   concentration?                                                No

3) Verified positive controlled substance test?                  No

4) Refusal to take test, including "no show", adulterated
   or substituted drug test results?                             No

5) Other violations of DOT agency drug and alcohol testing
   regulations per Subpart B of Part 382, or Part 40?            No

6) If the driver violated a DOT drug and alcohol regulation did
   they complete a SAP-prescribed rehabilitation program including
   return-to-duty and follow-up tests?                           N/A

7) Did the driver, after successfully completing an SAP rehabilitation
   referral, remain employed but subsequently had an alcohol test
   result of 0.04 or greater, a verified positive drug test, or refused
   to be tested?                                                 N/A

8) Did you receive drug or alcohol testing information from any of the
   driver's previous employers?                                  No
```

*Employment*

| | |
|---|---|
| Lead result: | Completed |
| Lead start date: | 08/22/2019 |
| Lead end date: | 08/22/2019 |

```
CARRIER INFORMATION:                    USDOT# :53467
Werner Enterprises Inc
                                        PHONE  :402-895-6640

CARRIER TYPE        RECORD AVAILABILITY
                        LAST CARRIER UPDATE : 08/22/2019
```

```
                  DRIVER RECORDS SINCE: 01/01/2010
                  ACCIDENT/INCIDENT AVAILABLE : Yes
                  DRUG/ALC AVAIL        : N/A - Age over 3 years
---------------------------------------------------------------------------
DRIVER INFORMATION:
NAME    : HALL, JAMES H                         SSN : [redacted]
PHONE                                           DOB :
ADDRESS : NO ADDRESS ON FILE

  EQUIP TYPE    : Van
  LOADS HAULED  : General Freight
  DRIVER EXP    : Over the Road, Regional, Dedicated
---------------------------------------------------------------------------
WORK DETAIL
---------------------------------------------------------------------------
FROM       TO         COMPANY             : Werner Transport
09/01/2010 10/08/2010 POSITION            : Driver
                      REASON FOR LEAVING  : RECRUITING DEPT
                      VOL / INVOL         : Voluntary
                      ELIGIBLE FOR REHIRE: REVIEW

---------------------------------------------------------------------------
ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.

Answers for the DOT Drug and Alcohol questionnaire are available but a release must be provided before you can access this information.
```

## Tasks

➡ Upload Employer Specific Release/Consent: Upload Employer Specific Release/Consent: - Click here to upload a file

➡ Upload Employer Specific Release/Consent: Upload Employer Specific Release/Consent: - Click here to upload a file

## Employment History Report

Print Report

| | |
|---|---|
| Name: | [redacted] James Hall |
| SSN: | |
| Case number: | 15578975 |

Submit a missing record request

*Employment*

| | |
|---|---|
| Lead result: | Completed |
| Lead start date: | 08/22/2019 |
| Lead end date: | 08/22/2019 |

```
CARRIER INFORMATION:                              USDOT# :53467
Werner Enterprises Inc
                                                  PHONE  :402-895-6640

CARRIER TYPE          RECORD AVAILABILITY
                      LAST CARRIER UPDATE : 08/22/2019
                      DRIVER RECORDS SINCE: 01/01/2010
                      ACCIDENT/INCIDENT AVAILABLE : Yes
                      DRUG/ALC AVAIL      : N/A - Age over 3 years

DRIVER INFORMATION:
NAME     : HALL, JAMES M                          SSN : [redacted]
PHONE:                                            DOB :
ADDRESS  : NO ADDRESS ON FILE

  EQUIP TYPE    : Van
  LOADS HAULED  : General Freight
  DRIVER EXP    : Over the Road, Regional, Dedicated

WORK DETAIL

FROM       TO         COMPANY              : Werner Transport
09/01/2010 10/08/2010 POSITION             : Driver
                      REASON FOR LEAVING   : RECRUITING DEPT
                      VOL / INVOL          : Voluntary
                      ELIGIBLE FOR REHIRE  : REVIEW

ACCIDENT/INCIDENT DETAIL : 0 ACCIDENT/INCIDENT RECORDS REPORTED FOR DRIVER.

Answers for the DOT Drug and Alcohol questionnaire are available but a release must be provided before you can access this information.
```