Oct. 28. 2019 12:08PM No. 4109 P. 1

THE DILL FIRM

825 Lafayette Street / P.O. Box 3324 / Lafayette, LA 70502-3324
P 337.261.1408 / F 337.261.9176 / www.dillfirm.com

Extension 1221

JAMES M. DILL
DAVID R. RABALAIS
DAVID P. VIAL II*
G. AUSTIN LOVE
VIVIAN V. NEUMANN
RICHARD MONTGOMERY
MATTHEW S. GREEN**
Of Counsel
Helen Onebane Blundell

* Also Admitted in Tennessee
** Also Admitted in Rhode Island, Massachusetts

October 17, 2019

Motor Carrier Service, Inc.
Through its registered agent
Corporation Service Company
50 West Broad Street, Ste. 1330
Columbus, OH 43215

Re: James Michael Hall v. Landstar Ranger, Inc., et al.
USDC Western District of Louisiana, Docket: 6:18-cv-00410
Our File No. 3585
TDF#22xx

Dear Sir or Madame:

Please be advised that this firm represents defendants in regard to the above referenced matter. Pursuant to the enclosed Authorization for Employment/Personnel Records, please provide us with a certified, numbered copy of any and all records, and/or documents pertaining to the employment of JAMES MICHAEL HALL, DOB: [redacted] Social Security Number: [redacted] If prepayment is required, please fax or email an itemization of same to me. If no records exist, please advise us in writing.

We will be happy to pay reasonable copying charges involved in the reproduction of these records in accordance with Louisiana Revised Statutes 40:1299.96(A)(2)(b).

With kindest personal regards, I am

Sincerely yours,

Laurie A. Darby

LAURIE A. DARBY

/lad
Enclosures

**RECORDS CERTIFICATION**

TO WHOM IT MAY CONCERN:

This is to certify that the attached photographic reproductions are true and exact photocopies of the records of **JAMES MICHAEL HALL, DOB:** [redacted] **Social Security Number:** [redacted] These records were prepared by the personnel, staff, or persons acting under the control of either, in the ordinary course of business at or near the time of the act, condition or event.

WITNESSES:

Cheryl Wagner

Marsha Welch

Records Administrator for Motor Carrier Service, Inc.

Date: 10/28/19

TDP #22xx

* Mr. Hall worked here for 5 days in 2010 - No personnel files remain in our possession.

**AFFIDAVIT**

STATE OF OHIO

FRANKLIN COUNTY

Records Pertaining To: JAMES MICHAEL HALL

Type of Records: Any and all employment records, including but not limited to any and all reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence pertaining to JAMES MICHAEL HALL, SSN: [redacted], DOB: [redacted]

Before me, the undersigned authority, personally appeared Kimberly Knieriem (Custodian of Records) who, being by me duty sworn, deposed as follows:

My name is Kimberly Knieriem, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit and have personal knowledge of the facts herein stated:

I am the Custodian of Records for:
Motor Carrier Service, Inc.
Through registered agent
Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, Ohio 43215

This is a regularly conducted business activity. Attached hereto are 0 pages of employment records, reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence from this facility, and it was the regular practice to make and maintain these records. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility with knowledge, or one who had been furnished such knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The method of preparation of the records was trustworthy. The records attached hereto are the original records or exact duplicates of the original records.

X [signature]
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the 28 day of Oct, 2019

[signature]
NOTARY PUBLIC

My Commission Expires: 11/29/23

NOTARIAL SEAL STATE OF OHIO
AMY E COUSINS
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
Nov. 29, 2023
Recorded in
Lucas County