Seagate
Transportation
Service

555 F Street
Perrysburg OH 43551

419-666-9919
1-800-833-3250

NOV 04 2019

October 31, 2019

Ms Laurie A. Darby
The Dill Firm
PO Box 3324
Lafayette, LA 70502-3324

RE: James Michael Hall vs Landstar Ranger, Inc

Dear Ms. Darby:

Attached are the documents we were able to find for the brief time Mr. Hall was with Seagate Transportation.

2010 W-2 for James M Hall and the DAC (hireright) form which was submitted upon his termination and obtained from them.

Sincerely,

Brad James
President
Seagate Transportation Services, Inc
brad@seagatetrans.com

[redacted] Void ☐

**Copy D For Employer.**
OMB No. 1545-0008

b Employer identification number (EIN)
35-1544464

c Employer's name, address, and ZIP code
SEAGATE TRANSPORTATION SERVICES,
555 F STREET
PERRYSBURG OH 43551

d Control number

e Employee's name, address, and ZIP code Suff.
320
JAMES M HALL
[redacted]

| | |
|---|---|
| 1 Wages, tips, other compensation: 3527.72 | 2 Federal income tax withheld: 416.00 |
| 3 Social security wages: 3527.72 | 4 Social security tax withheld: 218.72 |
| 5 Medicare wages and tips: 3527.72 | 6 Medicare tax withheld: 51.15 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a Code |
| 13 Statutory Employee ☐ Retirement Plan ☐ Third-party sick pay ☐ | 12b Code |
| 14 Other | 12c Code |
| | 12d Code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| OH | 51 701228 | 3527.72 | 91.50 | | | |

Form **W-2** Wage and Tax Statement **2010**
FDWA0105 08/10/10

Department of the Treasury — Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Search using: ********

DAC Services, EMPLOYMENT RECORD 10/30/2019 12:54:25 PM

Driver: HALL, J SSN: ********* DOB: Not on File

Contributed by: Seagate Transportation Services, INC. Phone:4196669919

Fax:4196667324

555 F Street

Perrysburg, OH 43551

Original data received by DAC on 7/23/2010 1:08:08 PM

Note: A seven year period has elapsed since employment ended. It is prohibited to disclose Work record, eligibility for re-hire, reason for leaving, and accident information.

| | |
|---|---|
| Period of Service: | From 05/2010 to 07/2010 |
| License Number 1: | ************* |
| License Number 2: | ************* |
| Driver Status | Company Driver |
| DriverExperience | Local |
| DriverExperience | Regional |
| EquipmentOperated | Refrigerated |
| EquipmentOperated | Van |
| LoadsHauled | Gen. Commodity |

## RECORDS CERTIFICATION

TO WHOM IT MAY CONCERN:

This is to certify that the attached photographic reproductions are true and exact photocopies of the records of **JAMES MICHAEL HALL, DOB:** [redacted] **Social Security Number:** [redacted] These records were prepared by the personnel, staff, or persons acting under the control of either, in the ordinary course of business at or near the time of the act, condition or event.

WITNESSES:

Megan Arctil (signature) Brad James (signature)

Andrew Bank (signature)

Records Administrator for Seagate Transportation Services

Date: 10-30-19

TDF #22n

AFFIDAVIT

STATE OF OHIO

FRANKLIN COUNTY

Records Pertaining To: JAMES MICHAEL HALL

Type of Records: Any and all employment records, including but not limited to any and all reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence pertaining to JAMES MICHAEL HALL, [redacted]

Before me, the undersigned authority, personally appeared Brad James, who, being by me duty sworn, deposed as follows: (Custodian of Records)

My name is Brad James, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit and have personal knowledge of the facts herein stated:

I am the Custodian of Records for:
**Seagate Transportation Services**
**Through registered agent**
**Corporation Service Company**
**50 West Broad Street, Suite 1330**
**Columbus, OH 43215**

This is a regularly conducted business activity. Attached hereto are 2 pages of employment records, reports, notes, drug test information and results, information, documents, medical information, physicals, personnel records, disciplinary records and correspondence from this facility, and it was the regular practice to make and maintain these records. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility with knowledge, or one who had been furnished such knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The method of preparation of the records was trustworthy. The records attached hereto are the original records or exact duplicates of the original records.

AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the 31st day of October, 2019

Brenda R Johnson
NOTARY PUBLIC

My Commission Expires: June 07, 2020