AFFIDAVIT

STATE OF OHIO

NOV 21 2019

LUCAS COUNTY

Records Pertaining To: JAMES MICHAEL HALL

Type of Records: Any and all education records, including but not limited to transcripts, test scores, disciplinary records, medical records, accident/incident reports or any other such documents retained by this facility pertaining to JAMES MICHAEL HALL,[redacted]

Before me, the undersigned authority, personally appeared Pat Heintschel, who, being by me duly sworn, deposed as follows: (Custodian of Records)

My name is Pat Heintschel, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit and have personal knowledge of the facts herein stated:

I am the Custodian of Records for:
**Clay High School**
**5665 Seaman Road**
**Oregon, OH 43616**

This is a regularly conducted business activity. Attached hereto are 11 pages of education records, including but not limited to transcripts, test scores, disciplinary records, medical records, accident/incident reports or any other such documents from this facility, and it was the regular practice to make and maintain these records. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility with knowledge, or one who had been furnished such knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The method of preparation of the records was trustworthy. The records attached hereto are the original records or exact duplicates of the original records.

Pat Heintschel
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the 15 day of November, 2019

Penny A. Lewis
NOTARY PUBLIC

My Commission Expires: 2-19-2023

NOTARIAL SEAL STATE OF OHIO
PENNY A. LEWIS
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 02-19-2023

**CLAY HIGH SCHOOL**

5665 Seaman Road Oregon, Ohio 43616
Telephone: 419/693-0665

Principal: William R. Lindeman
Asst. Principal: Richard Heintschel

August 21, 1992

To Whom It May Concern:

It is my understanding that James Hall needs a letter stating that he quit high school on September 5, 1989. I have the following information that will be helpful - Date of Birth is [redacted]; and his Social Security Number is [redacted]

I hope that this information will be of help. If you would require further information please call 693-0665 ext 261.

Sincerely,

Linda Walendzak

Linda Walendzak
Student Records

**OREGON CITY SCHOOLS**
Clay High School
5666 Seaman Road
Oregon, Ohio 43616

NAME HALL (Last) JAMES (First) MICHAEL

Date of Birth [redacted]

Male x
Female ___

Guardian's Name
Parent's Name M/M Jay Myers

Address [redacted] (Street)

Telephone Number 836 1922

[redacted] (City, State, Zip)

TRANSCRIPTS

University of Toledo ___

Bowling Green State University ___

Owens Technical College ___

___

___

___

OFFICE USE

Date Entered 8/28/89 From Eastwood
Withdrawn 9/5/89 Reason ___
Records sent to Liberty Center H.S. w/ Health & SBH Wood County Reports
Re-entered ___ From ___
Withdrawn ___ Reason ___
Records sent to ___

TEST SCORES

SOCIAL SECURITY

[redacted]

THIS NUMBER HAS BEEN ESTABLISHED FOR

JAMES M HALL

SIGNATURE

RIVERSIDE HOSPITAL James Michael

B.C. sent on 10-9-73

MEDICAL RECORDS

78- 107542

HALL, BABY BOY

[redacted]

[redacted]

M C M S 21

[redacted]

10/7/73@2:01AM 10. 9. 73

362 X 45.00 PROT NO CARD

BRENDA Joyce

RICHARD Louis

MOTH FATH 698 1785

SAME N. MANSOUR NBRS.

FATH. TILLOTSON CARBURATOR

BERDAN AVE.

MOTH. HSWF

FATH. PROD. WORKER

NONE ELMI

NEWBORN

HALL, BABY BOY

362

SS# [redacted] CLAY SENIOR HIGH SCHOOL

Date: 8/28/89

Name: Jim Hall

Birthdate: [redacted]
mo day yr

Home Phone: 836-1922

Emergency Name: ______

Emergency Phone: ______

Parents (Guardians) Name:
Mr M. Jay Myers

Address: [redacted]

City: [redacted]

Zip Code: [redacted]

Sex: ✓ male / female

Grade: 5 6 7 8 9 10 11 12

Grade next year: 6 7 8 (9) 10 11 12

School Entering From: Eastwood

School Address: Libbey H.S.

city state zip

Birth Certificate: yes no

Proof of Residence: yes no

School Academic Records: yes no

School Health Records: yes no

Proof of Guardianship: yes no

Registrar: ______

grd + [illegible] 9/1/89

# CLAY HIGH SCHOOL

5665 Seaman Road Oregon, Ohio 43616
Telephone: 419/693-0665

Principal: William R. Lindeman
Asst. Principal: Richard Heintschel

August 21, 1992

To Whom It May Concern:

It is my understanding that James Hall needs a letter stating that he quit high school on September 5, 1989. I have the following information that will be helpful - Date of Birth is [redacted] and his Social Security Number is [redacted]

I hope that this information will be of help. If you would require further information please call 693-0665 ext 261.

Sincerely,

Linda Walendzak
Student Records

HALL JAMES MICHAEL
NAME Last First

(9/5 last date here)

**OREGON CITY SCHOOLS**

Graduated __/__/__ (Month Day Year)
GPA ____
Rank ____ No. in Class ____

CLAY HIGH SCHOOL
5665 Seaman Road
Oregon, Ohio 43616
(419) 693-0861
Accredited by North Central Association of Colleges and Secondary Schoo

NAME Last First | Date of Birth [redacted] | Social Security No. [redacted]

HALL, JIM SEX M ... 111658 ... 09

| CUMULATIVE | CODE | SUBJECT | | CREDIT | TEACHER |
|---|---|---|---|---|---|
| CREDITS | 400 | IND TECH I | U | 0.00 | HECKMAN, MR |
| GPA | | | | | |
| YR:89-90 | | | | | |

PRESENT 50.50
ABSENT 36.50
TARDY 0.00

10

11

12

TEST SCORES

CAT
FORM/LEVEL /
GRADE 10.0
DATE 09/89
SCORES NP NS GE NCE LP OHS

NO FORM OR LEVEL PRESENT FOR THIS STUDENT

A 93 - 100
B 85 - 92

**OREGON CITY SCHOOLS**
Clay High School
5865 Seaman Road
Oregon, Ohio 43616

NAME HALL (Last) JAMES MICHAEL (First) Date of Birth [redacted] Male x Female ___

Guardian's Name
Parent's Name M/M Jay Myers Address [redacted] (Street)

Telephone Number 836 1922 [redacted] (City, State, Zip)

TRANSCRIPTS

University of Toledo ___

Bowling Green State University ___

Owens Technical College ___

OFFICE USE

Date Entered 8/28/89 From Eastwood
Withdrawn 9/5/89 Reason ___
Records sent to Liberty Center H.S. w/ Toledo + SBH' Wood County Regents
Re-entered ___ From ___
Withdrawn ___ Reason ___
Records sent to ___

TEST SCORES