December 12, 2018

**VIA FEDEX OVERNIGHT DELIVERY:**
Kerri M. Clark
The Dill Firm, P.C.
P.O. Box 3324
Lafayette, LA 70502

Re: **James Michael Hall Training Records**

Dear Ms. Clark,

Enclosed please find the training records pertaining to James Michael Hall, DOB: [redacted] Social Security Number: [redacted] Please feel free to contact me with any further questions or concerns.

Sincerely,

Garrett J. Lowe
Corporate Counsel
C1 Truck Driver Training, LLC
3603 E. Raymond Street
Indianapolis, IN 46203
Phone: 317-791-2901
Fax: 317-791-2977
galowe@driverholdings.com

DEC 13 2018

# AFFIDAVIT

STATE OF INDIANA

MARION COUNTY

Records Pertaining To: JAMES MICHAEL HALL

Type of Records: Any and all education records, including but not limited to any and all records, documents, grades, behavioral and discipline history and any and all information pertaining to JAMES MICHAEL HALL, [redacted]

Before me, the undersigned authority, personally appeared Garrett Lowe, who, being by me duly sworn, deposed as follows: (Custodian of Records)

My name is Garrett Lowe, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit and have personal knowledge of the facts herein stated:

I am the Custodian of Records for:
**C1 Truck Driver Training**
**3603 E Raymond Street**
**Indianapolis, IN 46203**

This is a regularly conducted business activity. Attached hereto are 77 pages of education records, records, documents, grades, behavioral and discipline history and any and all information from this facility, and it was the regular practice to make and maintain these records. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility with knowledge, or one who had been furnished such knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The method of preparation of the records was trustworthy. The records attached hereto are the original records or exact duplicates of the original records.

[signature]
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the 12th day of December, 2018

Kari Yerkes
NOTARY PUBLIC

My Commission Expires: 10/14/22

## RECORDS CERTIFICATION

TO WHOM IT MAY CONCERN:

This is to certify that the attached photographic reproductions are true and exact photocopies of the records of **JAMES MICHAEL HALL,** [redacted] These records were prepared by the personnel, staff, or persons acting under the control of either, in the ordinary course of business at or near the time of the act, condition or event.

WITNESSES:

____________________ ____________________

Records Administrator for C1 Truck Driver Training

____________________ Date: 12/12/2018

TDF# 24b

**Reference Verification Form** [Indianapolis]

Name: James Hall SS#: [redacted]

Date: 23-Aug

Verified By: Amber Skiles

**Reference #1** Chritopher Hall & Jay Myers
Number: home (419) 697-9204
cell
other
***Relationship: Brother & Step-father
x Good Contact
Left Message
Spoke to:

Verified Address: 1324 Albert St.
Toledo, OH 43605

No Contact with Student
Invalid or Disconnected Number
Does not know student
No Answer

Comments:

**Reference #2** Carol Walters
Number: home (419) 382-4518
cell
other
***Relationship: Sister-in-law
Good Contact
x Left Message
Spoke to:

Verified Address: 2519 Brentford Crt.
Toledo, OH 43616

No Contact with Student
Invalid or Disconnected Number
Does not know student
No Answer

Comments:

**Reference #3** Todd Post
Number: home (419) 360-0361
cell
other
***Relationship: Friend
x Good Contact
Left Message
Spoke to:

Verified Address: 1146 Cresceus Rd.
Oregon, OH 43616

No Contact with Student
Invalid or Disconnected Number
Does not know student
No Answer

Comments:

**Reference #4**
Number: home
cell
other
***Relationship:
Good Contact
Left Message
Spoke to:

Verified Address:

No Contact with Student
Invalid or Disconnected Number
Does not know student
No Answer

Comments: per Tom, ref waved

Created by Neevia docCreator trial version http://www.neevia.com

C1 Professional Training Center
**Student Information**

***** Form must be completed and references verified before student can graduate *****

Student Name: James M. Hall
Home Phone: (419)691-2006
Cell Phone: 
Social Security #: [redacted]
Male: ✓ Female: 
Date Of Birth: [redacted]
Current Street Address, City, State, Zip: [redacted]
Years Living There: 3yrs
Former Address: [redacted]
Years Living There: 18yrs
Are You Married? Yes ___ No ___
Spouse's Name: 
Cell Phone: 
Spouse's Place of Employment: City: State: Phone #: 

**Personal References (Cannot Live In the Same Household or Share the Same Phone Number)**

Reference #1: Christopher Louis Hall
Home Phone: (419)697-8204
Relationship: Brother
Cell Phone: 
Address: 1324 Albert St Toledo, Ohio

Reference #2: Jay Myers
Home Phone: (419)697-8204
Relationship: Step-Father
Cell Phone: 
Address: 1324 Albert St Toledo, Ohio

Reference #3: Carol Walters
Home Phone: (419) 382-4518
Relationship: Sister-IN-Law
Cell Phone: 
Address: 2519 Brentford court Toledo, Ohio 43616

Reference #4: 
Home Phone: (419) 360-0381
Relationship: Todd Post
Cell Phone: 
Address: 1147 CRescent Rd oregon, Ohio 43616

I hereby authorize C1 to contact my references listed above and to openly discuss all aspects of my affiliation with C1, including, but not limited to my recruitment, my training, my financing, my account status and/or my loan.

Signature: J Hall
Date: 8/22/05

Created by Neevia docCreator trial version http://www.neevia.com

**Other Pertinent Information**

Do You?: Rent Apartment/Home: ☐
Live With Family/Friends: ☐
Own Home: ☑

Monthly Mortgage/Rent Payment $ $700.00 month

Residence Info (who owns the place that you stay....bank, landlord, relative..etc.)

Name: Leslie Post
Phone #: (419) 692-2006
Address: 1041 Crescents Rd
City/State/Zip: Oregon, Ohio 43616

**Personal Bank Account Information**

Name Of Bank: ____________ How Long: ________
City/State Of Bank: ____________

Do You have a Checking account? Yes ☐ No ☑

Do you have a savings account? Yes ☐ No ☑

Have You Ever Filed Bankruptcy?
Yes ☐ No ☑ If Yes, When? ____________

Are You Currently In The Process of Filing Bankruptcy? Yes ☐ No ☑

Signature : J Hare

Date: 8/22/05

Created by Neevia docCreator trial version http://www.neevia.com

# C1 Summary Report

First Name JAMES
Last Name HALL
company: USA TRUCK
C1 ID# 216101
SS# [redacted]
Middle Initial M
Date of Birth [redacted]
Campus INDIANAPO
Class 8/22/2005

**Employer 1** SUMMIT DINER
Address [redacted]
City [redacted]
State [redacted]
Zip Code 43605
Done ☑
Comments

**Dates Verified**
To 3/05
From 3/99

**Unemployment Gaps**
4 mo UE

**Issues**

**Unemployment covering the last 36 months**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mo 1 ☐ | Mo 2 ☐ | Mo 3 ☐ | Mo 4 ☐ | Mo 5 ☑ | Mo 6 ☑ | Mo 7 ☑ | Mo 8 ☑ | Mo 9 ☑ | Mo 10 ☑ | Mo 11 ☑ | Mo 12 ☑ |
| Mo13 ☑ | Mo14 ☑ | Mo15 ☑ | Mo16 ☑ | Mo17 ☑ | Mo18 ☑ | Mo19 ☑ | Mo20 ☑ | Mo21 ☑ | Mo22 ☑ | Mo23 ☑ | Mo24 ☑ |
| Mo25 ☑ | Mo26 ☑ | Mo27 ☑ | Mo28 ☑ | Mo29 ☑ | Mo30 ☑ | Mo31 ☑ | Mo32 ☑ | Mo33 ☑ | Mo34 ☑ | Mo35 ☑ | Mo36 ☑ |

File Completed By ____________ File Confirmed By ____________

Monday, August 22, 2005

Page 1 of 1

Created by Neevia docCreator trial version http://www.neevia.com

# Employment Questionaire

DRIVER SOLUTIONS

Student ID 216101 First Name JAMES Last Name HALL Initial M

[redacted]

Employer SUMMIT DINER
Address 121 SUMMIT STREET
City TOLDEO State OH
Zip Code 43605 Confirmed Address ☐
Contact SAM AWAEA
Phone 419-242-5200
If a driver type of equipment?
Reason for leaving?

Dates From 03/1999
Dates To 03/2005
Postion Held COOK
Full Time YES
Hours Per Week 40+



Created by Neevia docCreator trial version http://www.neevia.com

Page 1

Student ID | 216101

# —Guidepost—

Employment Verification Form

SS# [redacted]

Applicants Name JAMES HALL M

Employers Name SUMMIT DINER

Address 121 SUMMIT STREET Confirmed Address ☐ Phone 419-242-5200

City TOLDEO State OH Zipcode 43605

Person Verifying Sam Husson Residential # ☐

Title Mngr Agreed To Dates ☑ Had to Fax ☐ Fax #

Verified Dates From 3/99

To 3/05

Position Cook Full Time ☐ Part Time ☑ Temp. ☐ Seasonal ☐ Off/O ☐

Any Problems With:

Shortages ☐ Log book/Paperwork ☐ Conduct ☐ Dependability ☐ Cargo Claims ☐ Damages ☐

Seperation Details Layed Off ☐ Quit ☐ Discharged ☐

Was enough notice given? ☐ No Notice Given ☐ No show ☐

Is applicant eligible for rehire?

Has applicant ever failed or refused a drug or alcohol test?

If employed as a driver:

OTR ☐ Local ☐ States Driven In

Straight Truck ☐ Other: Tractor Trailer ☐ Van ☐ Reefer ☐ Flats ☐ Tanker ☐

Did driver have any accidents? ☐ Commodities

How Many Accidents (Preventable or Non)?

Description

Comments No other info released

Verified By CATRINA SMITH Date 7/15/2005 Done ☑

Created by Neevia docCreator trial version http://www.neevia.com

JUL 1 2 2005

216101

Mark[illegible]ode: 988
Rip C[illegible]ton
C.D.:[illegible]18/2005

# Employment Questionnaire

DRIVER SOLUTIONS

PERSONAL INFORMATION

Full Legal Name: james m. hall

Social Security Number: [redacted]

Home Phone: 419-691-2006

Message Phone: ______

List all addresses for the last 5 years.

Present Address: [redacted] — How Long at Address: 3 years, 0 months

Previous Address: [redacted] — How Long at Address: 18 years, 0 months

Previous Address: ______ — How Long at Address: 0 years, 0 months

Date of Birth*: [redacted]

* The Department of Transportation requires we ask your age and that all drivers be a minimum of 21 years old. This information is also needed to run your motor vehicle report

Are You a U.S. [X] Yes [ ] No  What U.S. State Or U.S. Territory Is Your Birth Certificate Issued ______

If Not, Do You Hold A Valid Permanent Resident Card? ** [ ] Yes [ ] No  ** You must be able to travel into Canada & return.

Do You Hold A Valid Social Security Card? [X] Yes [ ] No

Email Address: ravenloft1973@hotmail.com

DRIVING RECORD

Have you ever attended truck driving school [ ] Yes [X] No

______ From ______ To ______

Please list all drivers license you have held in the past 5 years.

| STATE | LICENSE NUMBER | TYPE | Office Use Only |
|---|---|---|---|
| OH | QD246182 | Operator | |
| | | | |
| | | | |

Traffic Convictions
(other than parking violations) and forfeitures for the past 5 years. IF NONE, WRITE "NONE" IN SPACE BELOW.

| DATE | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| | | NONE | |
| | | | |
| | | | |

Accident Record
List all involvement with motor vehicle accidents including property damage for the past 5 years.

| DATE | TYPE OF VEHICLE | NATURE OF ACCIDENT (head-on, rear-end, etc.) | PREVENTABLE OR NONPREVENTABLE | FATALITIES/ INJURIES | AMOUNT OF PROP. DAMAGE |
|---|---|---|---|---|---|
| | | NONE | | | |
| | | | | | |

Created by Neevia docCreator trial version http://www.neevia.com

Page 1 07/12/2005 RPT#: 263

D. A. C. SERVICES MVR EXPRESS REPORT
REF: 07/25 SUB: USA
ID: [redacted] GROUP: RIP CHARLTON

D. A. C. S E R V I C E S .... M V R R E P O R T

D R I V E R I N F O R M A T I O N

OHIO LIC#QD246182 QBK:07/25
HALL, JAMES M
[redacted]

2/15

DOB:[redacted] SOC/SEC: SEX:M HGT:6'00 WT:200 EYES:GREE HAIR:BLAC
REQUESTED AS ALSO KNOWN AS:283765686,100773,HALL, JAMES

D R I V E R L I C E N S E I N F O R M A T I O N

| CLASS | ISSUED | EXPIRES | STATUS | RESTRICTIONS |
|---|---|---|---|---|
| OPERATOR | 11/17/04 | 10/07/08 | VALID | |

M I S C E L L A N E O U S / S T A T E S P E C I F I C I N F O R M A T I O N

CLASS: OPER=OPERATOR
MISC: NO DRIVER RECORDS IN FILE
MISC: REPORT CONTAINS ALL ACTIVE WITHDRAWALS, ACCIDENTS FOR THREE YEARS FROM
MISC: THE ACCIDENT DATE AND CONVICTIONS FOR THREE YEARS FROM THE CONVICTION
MISC: DATE.

D R I V I N G R E C O R D I N F O R M A T I O N

| TYPE | V/S-DATE | C/R-DATE | DESCRIPTION | V/C-CODE | PTS |
|---|---|---|---|---|---|
| | | | MVR RECORD CLEAR | | |

DAC RPT#:193- 1 DAC ACCT#: 2852-USA DAC REF#: 28520507121517
DMV DATE:07/12/05 DMV ACCT#:

Created by Neevia docCreator trial version http://www.neevia.com

Page 1 07/12/2005 RPT#: 261

D. A. C. SERVICES SSN CHECK WITH EMPLOYMENT HISTORY INQUIRY

REF: 07/25 SUB: USA

ID: [redacted] GROUP: RIP CHARLTON

SSN Check, Jul 12, 2005 03:02:43 PM

SSN: [redacted] HALL, J

STATE: OHIO

YEAR OF ISSUE: 1980 And 1981

NUMBER RANGE: [redacted] is in a valid range.

REPORTED AS DECEASED: No

END OF SSN CHECK FOR: [redacted] HALL, J

[ CONTINUED ON NEXT PAGE ]

Created by Neevia docCreator trial version http://www.neevia.com

```
Page  2                                          07/12/2005     RPT#: 261
==========================================================================
D. A. C.  SERVICES              EMPLOYMENT HISTORY            [ CONTINUED ]
REF:                                                              SUB: USA
ID: [redacted]                        GROUP: RIP CHARLTON
==========================================================================
```

Search using HALL, J, [redacted]

No Employment History information on file for HALL, J, [redacted]

[ END OF REPORT ]

Created by Neevia docCreator trial version http://www.neevia.com

Page 1 07/12/2005 RPT#: 262

D. A. C. SERVICES 20/20 INSIGHT REPORT

REF: 07/25 SUB: USA

ID: [redacted] GROUP: RIP CHARLTON

USIS COMMERCIAL SERVICES, INC.

USIS 20/20 HISTORY RECORD

USIS 20/20 REQUEST INFORMATION

NAME: HALL, JAMES

DOB: [redacted]

REQUEST DATE: 7/12/2005

USIS 20/20 FILE INFORMATION

MATCH WAS MADE USING: LASTNAME FIRSTNAME(JAM) BIRTHDATE

NAME: HALL, JAMES

DOB: [redacted]

GENDER: MALE RACE: WHITE

CRIMINAL RECORD INFORMATION

SOURCE: [redacted]

OFFENDER STATUS CODE:

OFFENDER STATUS:

INSTITUTION NAME:

OFFENSE CODE: [redacted]

OFFENSE:

OFFENSE COUNTY:

ADMISSION DATE: [redacted]

ACTUAL RELEASE DATE:

TIME SERVED:

THIS INQUIRY WILL ALSO BE SEARCHED AGAINST THE DEPT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL SDN AND BLOCKED PERSONS LIST. YOU WILL BE NOTIFIED IN THE EVENT OF A POSSIBLE MATCH.

POSITIVE ID REQUIRES FINGERPRINT SEARCH. EMPLOYMENT EVALUATION SHOULD NOT BE BASED SOLELY ON SEARCH RESULTS. DISPOSITION INQUIRIES SHOULD BE DIRECTED TO REPORTING AGENCY.

REF #: D51935388155 DATA FILE DATE: 05/05/2005

Created by Neevia docCreator trial version http://www.neevia.com

**PERSONAL REFERENCES**

1 carol watters toledo, OH — How long have you known this person? 3

Phone Number 419-382-4518 Place of Employment mid-west paper Occupation factory worker

2 todd post toledo, OH — How long have you known this person? OH

Phone Number 419-360-0361 Place of Employment RNF Construction Occupation contractor

**BACKGROUND**

| Question | Yes | No | If yes, Date |
|---|---|---|---|
| Have you ever served in the U.S. military? | [ ] | [X] | From: To: |
| Have you ever been convicted of a felony or have any felony charges pending? | [ ] | [X] | |
| Have you ever been convicted of a misdemeanor or have any misdemeanor charges pending? | [X] | [ ] | 4-02 |
| Are you currently on probation for any previous criminal convictions? | [ ] | [X] | |
| Has any license, permit, or privilege ever been suspended or revoked? | [ ] | [X] | |
| Have you ever been convicted for driving under the influence of alcohol, a narcotic drug, marijuana, amphetamines or derivatives thereof, or are any charges | [ ] | [X] | |
| Have you ever been refused any type of insurance or denied bonding? | [ ] | [X] | |
| Have you ever tested positive or refused a DOT drug or alcohol pre-employment test within the last two years from an employer who didn't hire you? | [ ] | [X] | |

If you answered "yes" to any of the above, please OK PHONE TRECIA n/a
4-02 - NON SUPPORT

**ARE YOU ABLE TO, WITH OR WITHOUT REASONABLE ACCOMODATION, OR CAN YOU BE TAUGHT TO:**

| | Yes | No |
|---|---|---|
| Operate a commercial motor vehicle for long periods of time? | [X] | [ ] |
| Move freight weighing up to 60 pounds per piece from floor level to floor level a distance of up to 53 feet for extended periods of time? | [X] | [ ] |
| Climb in and out of an over-the-road tractor, 4 to 6 feet, 8 to 10 times per day? | [X] | [ ] |
| Reach above shoulder level with both arms to load and unload freight for extended periods of | [X] | [ ] |

**TO BE READ AND SIGNED BY APPLICANT:**

1. I understand that it is the employer's policy that equal employment opportunities be available to all employees and applicants without regard to race, sex, age, color, religion, national origin, participation in military service, disability, or any other protected status. I also understand that the employer will comply with its obligation to provide reasonable accomodation to qualified individuals with disabilities.

2. I hereby authorize, without liability, any person or organization whose name I have given as reference, or whom I am currently or previously employed, to furnish any information they may have concerning my character, habits and ability, financial responsibility, job performance, reasons for leaving employment, and all information concerning my employment or training to other companies and carriers requesting such information. I hereby release all such persons and organizations from any claims for damages of any kind which may occur to me by reasons of furnishing such

3. I hereby authorize any law enforcement agency or court of record to furnish information concerning motor vehicle records, or any felony or misdemeanor of which I may have been convicted.

4. I understand that this application is not a contract of employment and that if hired, regardless of any oral representations to the contrary, the employment relationship between myself and the company is terminable at-will.

5. This certifies that this application was completed by me and that all entries on it and information in it are true and complete to the best of my knowledge. Any false, misleading or incomplete statement of the information requested in this application and/or supplemental application documents shall be sufficient to determine me ineligible for employment or grounds for discharge from employment, regardless of when such information is

Date ____

Created by Neevia docCreator trial version http://www.neevia.com

**EMPLOYMENT RECORD FOR THE LAST 3 YEARS**

Are you presently employed? [ ] Yes [X] No May we call your current employer? [X] Yes [ ] No

Have you ever been employed driving a commercial vehicle? [ ] Yes [X] No

**PRESENT EMPLOYER**

| | | | |
|---|---|---|---|
| Name of Business: SUMMIT DINER | Telephone: 419-242-5200 | | DATES EMPLOYED |
| Address: 121 SUMMIT ST. TOLEDO, OH 43605 | | | To: March 2005 |
| Position Held: COOK | Supervisor: SAM AWAEA | Rate of Pay: 10.00 | |
| Full /Part Time: Full Time | Hours Per Week: 40+ | Reason for Leaving: | From: March 1999 |

**SECOND EMPLOYER**

| | | | |
|---|---|---|---|
| Name of Business: | Telephone: | | DATES EMPLOYED |
| Address: | | | To: |
| Position Held: | Supervisor: | Rate of Pay: | |
| Full /Part Time: | Hours Per Week: | Reason for Leaving: | From: |

**THIRD EMPLOYER**

| | | | |
|---|---|---|---|
| Name of Business: | Telephone: | | DATES EMPLOYED |
| Address: | | | To: |
| Position Held: | Supervisor: | Rate of Pay: | |
| Full /Part Time: | Hours Per Week: | Reason for Leaving: | From: |

**FOURTH EMPLOYER**

| | | | |
|---|---|---|---|
| Name of Business: | Telephone: | | DATES EMPLOYED |
| Address: | | | To: |
| Position Held: | Supervisor: | Rate of Pay: | |
| Full /Part Time: | Hours Per Week: | Reason for Leaving: | From: |

**FIFTH EMPLOYER**

| | | | |
|---|---|---|---|
| Name of Business: | Telephone: | | DATES EMPLOYED |
| Address: | | | To: |
| Position Held: | Supervisor: | Rate of Pay: | |
| Full /Part Time: | Hours Per Week: | Reason for Leaving: | From: |

Created by Neevia docCreator trial version http://www.neevia.com

# DISCLOSURE AND RELEASE

In connection with my application for employment (including contract for services) with you, I understand that consumer reports which may contain public record information may be requested from DAC Services, Tulsa, Oklahoma. These reports my include the following types of information: names and dates of previous employers, reason for termination of employment, work experience, accidents, etc. I further understand that such reports may contain public record information concerning my driving record, credit, bankruptcy proceedings, criminal records, etc., from federal, state and other agencies which maintain such records; as well as information from DAC concerning previous driving record requests made by others from such state agencies, and state provided driving records.

**I AUTHORIZE, WITHOUT RESERVATION, ANY PARTY OR AGENCY CONTACTED BY DAC TO FURNISH THE ABOVE-MENTIONED INFORMATION.**

I have the right to make a request to DAC, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including the sources of information; and the recipients of any reports on me which DAC has previously furnished with the two year period preceding my request. I hereby consent to your obtaining the above information from DAC, and I agree that such information which DAC has or obtains, and my employment history with the carrier if I am hired, will be supplied by DAC to other companies which subscribe to DAC Services.

I hereby authorize procurement of consumer report(s). If hired (or contracted), this authorization shall remain on file and shall serve as ongoing authorization for you to procure consumer reports at any time during my employment (or contract) period.

**Applicant's Name** james hall **Social Security Number** [redacted]

**Applicant's Signature** [signature] **Date** 7/11/05

version 6.9 1/17/2005

Created by Neevia docCreator trial version http://www.neevia.com

James Hall

**USA Truck**
**C1 School Classroom Check List**
**These forms must be completed, signed and returned to properly complete each driver file.**

- ✓ Express Cash Enrollment Form
- ✓ I-9 Empl Eligibility Verif & Copies of Appropriate ID
- ✓ W4
- ✓ Haz Mat Test
- ✓ Req/Consent D&A to C1
- ✓ Req/Consent D&A 3 Copies
- ✓ Orientation Checklist
- ✓ Driver Master
- ✓ Driver Qualification Letter
- ✓ Employment Agreement
- ✓ Disclosure and Release
- ✓ FMLA Form
- ✓ Contingent Offer of Employ
- ✓ Reference Form
- ✓ Drug Test in last 2 yrs Form
- ✓ Haz Mat Instr to Drivers (keep Yellow copy)
- ✓ Training Receipt
- ✓ Certificate of Compliance (keep ALL copies)
- ✓ Off Duty Meal Stops (keep Yellow copy)
- ✓ Haz Mat Communication Training
- ✓ CDL Policy
- ✓ D&A Policy
- ✓ Ethics Policy Signature Form
- ✓ Receipt of Driver Handbook
- ✓ Application
- ✓ Post Employ Med Questionnaire
- ✓ SS Card or Numl Report Copy (Optional)
- ✓ Medical Card Copy
- ✓ Comcheck Copy
- ✓ Fuel Card Copy
- ✓ Original Physical & DOT Medical Card
- ✓ Chain of Custody Form (Drug Screen)
- ✓ Diploma
- ✓ Certificate for Part 380 of FMCSR
- ✓ Road Test Form
- ✓ CDL Copy

Emily Fullen, 9-8-05
To verify all documents completed and submitted/Signature/Date

Created by Neevia docCreator trial version http://www.neevia.com




Created by Neevia docCreator trial version http://www.neevia.com

C-1 PROFESSIONAL TRAINING CENTER
ROAD TEST EVALUATION FORM

[redacted] JAMES HALL (Print) [redacted] 9-5-05
[redacted] [redacted] USA
[redacted] 2080-28-3078
[redacted] [illegible] (Print) PASS ✓ FAIL
[redacted] 10 SPD FLD [redacted] 48' VAN

1=UNSATIFACTORY 2= NEEDS IMPROVEMENT 3= SATISFACTORY

[redacted]

**Injury Prevention** 1 2 3
- ✓ Entry into Cab (3 point contact)
- ✓ Exit from Cab (3 point contact)

**Clutch** 1 2 3
- ✓ Proper use of Clutch Brake
- ✓ Double Clutches
- ✓ Doesn't rest foot on clutch
- ✓ Proper clutch and accelerator coordination
- ✓ Doesn't use clutch to hold unit on a grade
- ✓ Engages and disengages clutch smoothly

**Intersections/Turns/Lane Changes** 1 2 3
- ✓ Determines decision point
- ✓ Looks left, right, left, before entering
- ✓ Signals in advance at least 100 feet
- ✓ Turns from correct lane to correct lane
- ✓ Proper technique/wheels 1-4 ft. from curb
- X ID's and properly executes buttonhooks
- ✓ Safe speed during turns
- ✓ Yields right of way
- ✓ Doesn't shift gears while turning
- ✓ Cancels signal after turn is completed
- ✓ Checks mirrors before, during and after lane changes

**Pullout** 1 2 3
- ✓ Checks all gauge readings
- ✓ Adjust Seat
- ✓ Fastens Seat Belt
- ✓ Adjust Mirrors Properly
- ✓ Test hook-up
- ✓ Test Parking Brake
- ✓ Test all brakes (foot brake)
- ✓ Headlights on
- ✓ Starts without rollback

**Shifting** 1 2 3
- ✓ Correct gear selection
- ✓ Upshifts correctly
- ✓ Downshifts correctly
- ✓ Doesn't downshift to slow unit
- ✓ Recovers gears correctly
- ✓ Preselects at the proper time
- ✓ Uses basic shifting
- X Skip Shifts Properly

**Accelerator** 1 2 3
- ✓ Idles off properly
- ✓ Advances steadily
- ✓ Maintains steady road speed
- ✓ Maintains RPM at least 1200

**Slowing and Stopping** 1 2 3
- ✓ Checks mirrors
- ✓ Doesn't coast (neutral/clutch in)
- ✓ Applies steady brake pressure
- ✓ Avoids sudden stops
- ✓ Legally stops at crosswalks/stop signs/stop lines
- ✓ Stops 20 ft. behind vehicles in front

**Defensive Driving** 1 2 3
- ✓ Adjusts speed for road & traffic conditions
- ✓ 3&9 hand position on steering wheel
- ✓ Watches mirrors & gauges at 6-8 seconds
- ✓ Keeps vehicle centered in the lane
- ✓ Correct following distance for traffic & road conditions
- ✓ Knows and uses all 5 keys of the Smith System
- ✓ Operates vehicle in a courteous manner

Instructors Comments: ______

Student [illegible signature] [illegible signature]

Created by Neevia docCreator trial version http://www.neevia.com

It is upon the recommendation of the faculty
that the C-1 Professional Training Center hereby certifies

# James M. Hall

has successfully achieved the standards of performance
required to earn this Certificate.

## USA - 13 Day Custom Program

Our presenting this award on

## September 9, 2005

recognizes the effort, determination and commitment demonstrated while
training for a career as a Professional Truck Driver

Authorized by: Emily [signature]

C1 Professional Training Center

Created by Neevia docCreator trial version http://www.neevia.com

*I certify that James M. Hall has completed training requirements set forth in the Federal Motor Carrier Safety Regulations for entry-level driver training in accordance with 49 CFR 380.503.*

*Training was conducted by C1 Training, 3603 E. Raymond St, Indianapolis, IN 46203.*

*This Certificate is awarded on:*

***September 9, 2005***

**Authorized by:** **Emily Fullen**
(Person attesting that the driver has received required training)

**Signature:** Emily Fullen

C1 Professional Training Center

Created by Neevia docCreator trial version http://www.neevia.com

# C1 Professional Training Center

## STUDENT INFORMATION FORM

**Name:** James M. Hall.

**Home Address:** [redacted]
(Street Address)

[redacted]
(City) (State) (ZIP Code)

**Phone Number:** (419 ) 691-2006 **Driver's License #:** QD246182

[redacted]

**Spouse's Name:**

**Address while at school (if different from above):**

TTP
(Street Address)

(City) (State) (ZIP Code)

**Phone Number:** ( ) **Motel Room #:**

**Person to contact in case of emergency:**

**Name:** Leslie Post

**Address:** 1041 CResceus rd
(Street Address)

oregon, OHio 43616
(City) (State) (ZIP Code)

**Phone Number:** (419 )691-2006

**Type of vehicle driving to school:** **Year:** 1991 **Make:** Chevy

**Model:** Cavalier 4 Door **Color:** Gray

**License Plate #:** DDS5519 **State:** OHio

Created by Neevia docCreator trial version http://www.neevia.com

C1 Professional Training Center

Authorization to Render Emergency Medical Care

I, James M. Hall, hereby authorize any licensed medical emergency team to administer treatment and/or transportation to a medical facility for further treatment by a licensed physician if a medical emergency arises while I am attending classes as a student at C1 Professional Training Center.

This medical emergency authorization is effective during my hours as a student at the C1 Professional Training Center and for my length of stay as a student.

All fees incurred for such emergency treatments or services will be my responsibility. The school is not responsible in any way for such fees. It is the school's responsibility to see that I obtain the fastest medical help in an emergency health crisis during my hours of study at C1 Professional Training Center. If I refuse to seek treatment for any an injury incurred while attending school, then I will not hold C1 Professional Training Center liable for any future claims.

Existing medical conditions such as drug allergies, seizures, etc., are:

Insurance Company: N/A
(If you do not have medical insurance, please put N/A)

Address: ______

______

______

Phone Number: ______

Type of Coverage: ______

Name of Policy Holder: ______

Address: ______

______

______

Phone Number: ______

Signature [signature] Date 8/22/05

Created by Neevia docCreator trial version http://www.neevia.com







Created by Neevia docCreator trial version http://www.neevia.com

# OHIO DEPARTMENT OF HEALTH
## DIVISION OF VITAL STATISTICS
## CERTIFICATE OF LIVE BIRTH

Reg. Dist. No. 48
Primary Reg. Dist. No. 4801
Birth No. 134
Registrar's No. 7187

| | | | |
|---|---|---|---|
| CHILD—NAME | 1. First: James Middle: Michael Last: HALL | DATE OF BIRTH (Month, Day, Year) 2. [redacted] | HOUR 2:01a.m. |
| SEX 3. Male | THIS BIRTH—Single, twin, triplet, etc. (Specify) 4. single | IF NOT SINGLE BIRTH—Born first, second, third, etc. (Specify) 5. | COUNTY OF BIRTH 6. Lucas |
| CITY, VILLAGE, OR LOCATION OF BIRTH 6a. Toledo | INSIDE CITY LIMITS (Specify yes or no) 6b. yes | HOSPITAL—NAME (If not in hospital, give street and number) 6d. Riverside Hospital | |
| MOTHER—MAIDEN NAME | 7. First: Brenda Middle: Joyce Last: Goodwine | AGE (At time of this birth) 18 | STATE OF BIRTH (If not in U.S.A., name country) 7c. Ohio |
| RESIDENCE—STATE 7e. [redacted] | COUNTY 7f. [redacted] | CITY, VILLAGE, OR LOCATION 7g. [redacted] | INSIDE CITY LIMITS (Specify yes or no) yes — STREET AND NUMBER 645½ White St. |
| FATHER—NAME | 8. First: Richard Middle: Louis Last: Hall | AGE (At time of this birth) 19 | STATE OF BIRTH (If not in U.S.A., name country) 8c. Ohio |
| INFORMANT'S NAME OR SIGNATURE | 9. Brenda Joyce Hall | | RELATION TO CHILD Mother |
| I certify that the above named child was born alive at the place and time and on the date stated above. 10a. SIGNATURE [signature] | DATE SIGNED 10b. [illegible] | | ATTENDANT—M.D., D.O., midwife, other (Specify) 10c. M.D. |
| CERTIFIER—NAME (Type or Print) 10d. M. H. Swadan, M. D. | MAILING ADDRESS (Street or R.F.D. No., City or Village, State, Zip) 10e. 2060 Glendale Ave. Toledo, Ohio 43614 | | |
| REGISTRAR—SIGNATURE 11a. [signature] | | | DATE RECEIVED BY LOCAL REGISTRAR 11b. OCT 12 1973 |

Created by Neevia docCreator trial version http://www.neevia.com

I hereby certify this to be a true transcript of a record on file in the Bureau of Vital Statistics, Toledo Department of Health, Toledo, Ohio.

Sompong Pongtana, Registrar

Toledo, Ohio AUG 2 9 2002

Created by Neevia docCreator trial version http://www.neevia.com







Created by Neevia docCreator trial version http://www.neevia.com

# OHIO DEPARTMENT OF HEALTH
## DIVISION OF VITAL STATISTICS
## CERTIFICATE OF LIVE BIRTH

Reg. Dist. No. 48
Primary Reg. Dist. No. 4801
Birth No. 184
Registrar's No. 7187

CHILD—NAME 1. First James Middle Michael Last HALL
DATE OF BIRTH (Month, Day, Year) [redacted]
HOUR 2:01 a.

SEX 3. Male
THIS BIRTH—Single, twin, triplet, etc. (Specify) 4a. single
IF NOT SINGLE BIRTH—Born first, second, third, etc. (Specify) 4b.
COUNTY OF BIRTH 5a. Lucas

CITY, VILLAGE, OR LOCATION OF BIRTH Toledo
INSIDE CITY LIMITS (Specify yes or no) yes
HOSPITAL—NAME (If not in hospital, give street and number) Riverside Hospital

MOTHER—MAIDEN NAME First Brenda Middle Joyce Last Goodwine
AGE (At time of this birth) 18
STATE OF BIRTH (If not in U.S.A., name country) Ohio

RESIDENCE—STATE [redacted] COUNTY [redacted] CITY, VILLAGE, OR LOCATION [redacted]
INSIDE CITY LIMITS (Specify yes or no) yes
STREET AND NUMBER 6454 White St.

FATHER—NAME First Richard Middle Louis Last Hall
AGE (At time of this birth) 19
STATE OF BIRTH (If not in U.S.A., name country) Ohio

INFORMANT'S NAME OR SIGNATURE Brenda Joyce Hall
RELATION TO CHILD Mother

I certify that the above named child was born alive at the place and time and on the date stated above.
SIGNATURE [signature]
DATE SIGNED [handwritten]
ATTENDANT—M.D., D.O., midwife, other (Specify) M.D.

CERTIFIER—NAME M. H. Swedan, M. D.
MAILING ADDRESS (Street or R.F.D. No., City or Village, State, Zip) 2060 Glendale Ave. Toledo, Ohio 43614

REGISTRAR—SIGNATURE [signature]
DATE RECEIVED BY LOCAL REGISTRAR OCT 12 1973

Created by Neevia docCreator trial version http://www.neevia.com

I hereby certify this to be a true transcript of a record on file in the Bureau of Vital Statistics, Toledo Department of Health, Toledo, Ohio.

Sompong Pongtana

Sompong Pongtana, Registrar

Toledo, Ohio AUG 2 9 2002

Created by Neevia docCreator trial version http://www.neevia.com

DRIVER SOLUTIONS
3503 E. Raymond St.
Indianapolis, IN 46203

## DOT DRUG AND ALCOHOL RELEASE

I authorize, per 49 CFR Part 40, the release of information from my DOT regulated drug and alcohol testing records by the carriers (company/school) listed below to Driver Solutions for the sole purpose of transmitting such records to the above listed employer. I authorize release of the following information concerning drug and alcohol tests: DOT drug and alcohol violations including pre-employment tests during the past two years; (i) alcohol tests with a result of 0.04 or higher; (ii) verified positive drug tests; (iii) refusals to be tested (including verified adulterated or substituted results); (iv) other violations of DOT drug and alcohol testing regulations; (v) information obtained from previous employers of a drug and alcohol rule violation(s) and (vi) documents, if any, of completion of a return-to-duty process following a rules violation.

The information that I have authorized Driver Solutions to review involves tests required by DOT. If any carrier (company/school) listed below furnishes Driver Solutions with information concerning items (i) through (vi) above, I also authorize that carrier (company/school) to release and furnish the dates of my negative drug and/or alcohol tests and/or tests with results below 0.04 during the two year period and the name and phone number of any substance abuse professional who evaluated me during the past two years.

| Company | City | State | Phone Number |
|---|---|---|---|
| NONE | — | — | — |
| | | | |
| | | | |
| | | | |
| | | | |

(Attach additional forms for additional past employers. That form must also include the individual's signature)

Printed Name: [illegible] James M. Hall
(Applicant Name)

Signed: J. Hall
(Applicant Signature Required)

Social Security Number: [redacted]

Date: 8/22/05

Created by Neevia docCreator trial version http://www.neevia.com

# DRIVER SOLUTIONS
# Pre-Employment Urinalysis Consent Form

I understand that as required by the Federal Motor Carrier Safety Regulations, Title 49 United States code of Federal Regulations Section 382.301, and company policy, all prospective drivers shall undergo testing for controlled substances.

A URINE SAMPLE WILL BE COLLECTED AND TESTED FOR CONTROLLED SUBSTANCES.

I also understand that if I test positive for use of controlled substances, I am not medically qualified to operate a commercial motor vehicle.

The Medical Review Officer for the company will maintain the results of the drug test. The MRO will report whether the test results were negative or positive to the motor carrier. The results will not be released to any additional parties without my written authorization.

If the initial test is positive and the driver does not request a split specimen test, the driver shall be terminated immediately. If the initial test is positive and the driver requests a split specimen test, the driver shall be immediately suspended pending analysis of the split specimen. If the split specimen test is negative, the suspension is lifted and the driver may return to work. IF the split specimen test is positive, the driver shall be immediately terminated. The applicant/employee shall be liable for the cost of the split specimen test. However, in the event the applicant/employee indicates he/she cannot afford the test, then the carrier shall pay for the test and the applicant shall be liable to the carrier for repayment of the cost.

I hereby agree to submit to a drug screen urinalysis.

James M. Hall
Printed Applicant's Name

8/22/05
Date

[signature]
Applicant's Signature

Created by Neevia docCreator trial version http://www.neevia.com

## ADDENDUM TO APPLICATION

The Department of Transportation has published a new final rule that requires all motor carriers to ask the following question listed below. Effective August 1, 2001, all driver applicants are required by law to be asked this question. All of our current applications were printed prior to this final rule being issued. Therefore, we are including it in this addendum format to meet the new law until the time that we have new applications printed. All applicants must answer this questions as well as completing the entire application, in order to be considered/processed for driving opportunities with our company.

Have you ever failed or refused a DOT drug or alcohol pre-employment test within the past two years from an employer who did not hire you? _____Yes ✓ No

Applicant Signature

8/22/05

Date

Created by Neevia docCreator trial version http://www.neevia.com

## NOTICE OF RECEIPT

I have read and understand the contents of this Policy and agree to adhere to its policies. I agree to learn more about the negative effects and serious consequences of drug and alcohol abuse on my personal health and safety, and the safety regulations and procedures regarding the testing of drugs and alcohol.

James M. Hall
Employee Name (Print)

J. Hall
Employee Signature

8/22/05
Date



Created by Neevia docCreator trial version http://www.neevia.com

C1 Professional Training Center

3603 East Raymond St, Indianapolis, IN 46203

# Non-resident Application for Indiana CDL Learners Permit

DATE: 8/22/2005

NAME: James Hall

DATE OF BIRTH: [redacted]

HOME STATE DRIVERS LICENSE NUMBER: ______

HOME ADDRESS: [redacted]

CITY: [redacted] STATE: [redacted] ZIP CODE: [redacted]

HOME TELEPHONE NUMBER: 4196912006

I am a student in Indiana for the express purpose of commerical driver school training and to obtain an Indiana Commerical Drivers License.

My background investigation has been completed, I have passed a physical examination and a drug test.

I will transfer my Indiana Commerical Driver License back to my home state within thirty (30) days after I receive it.

J. Hall
Student Signature

Emily Fuller
School Representative/School Seal

Created by Neevia docCreator trial version http://www.neevia.com

# C-1 PRE-TRIP TEST (ALL)

Last: HALL First: JAMES
MI

Driver License or Permit Number

Date: 9-5 Class Number

Drivers Signature

Examiners Signature: RANDY

## ENGINE START

- Safety belt
- Emergency equipment
- Safe start
- Temperature Gauge
- Oil Pressure Gauge
- Ammeter or Voltmeter
- Air Gauge(s)
- Lighting Indicators
- Horn(s)
- Heater & defroster
- Windshield & mirrors
- Wipers & washers
- Parking Brake
- Service Brake
- 4 Point Brake Check

## ALL COMBINATION VEHICLES

### TRACTOR

- Air and electrical connectors & lines

Coupling System

- Mounting bolts
- Platform
- Locking jaws
- Release arm & safety latch
- 5th wheel skid plate
- Locking pins

### SEMI TRAILER

- Air and electric connectors

Coupling System

- Kingpin
- Apron
- Gap

### Section 1

**Front of Vehicle**

- Lights and reflectors (L-R-4-BL-HB-C)

**Engine Compartment**

- Oil level
- Coolant level
- Power steering fluid
- Water pump
- Alternator
- Air compressor
- Leaks & hoses

**Steering**

- Steering box and hoses
- Steering linkage

**Front Axle**

FRONT WHEEL

- Tires (I-C-D)
- Rims
- Lug nuts
- Hub oil seal

FRONT SUSPENSION

- Springs & shocks
- U-bolts
- Spring mounts

FRONT BRAKE

- Brake hoses or lines
- Brake Chamber
- Slack adjustor & Push-rod
- Drum & linings

### Section 2

**Fuel Area/Under/Side**

DRIVER/FUEL AREA

- Door & mirror
- Fuel tank & Cap & leaks
- Catwalk & Steps
- Lights & reflectors (L-R-4-C)

UNDER VEHICLE

- Drive shaft
- Exhaust system
- Frame

**Rear Axles**

REAR WHEELS

- Tires (I-C-D)
- Rims
- Lug nuts
- Axle seal
- Spacers or bud spacing

REAR SUSPENSION

- Springs & airbags & shocks
- U-bolts
- Spring/air mounts

REAR BRAKES

- Brake hoses or lines
- Brake chamber
- Slack adjuster & push-rod
- Drum & linings

REAR OF TRACTOR

- Splash guards
- Lights and reflectors (L-R-4_TL-BL-C)

### Section 3

**Trailer/Semi-Trailer**

TRAILER FRONT

- Header board
- Lights and reflectors (C)

SIDE OF TRAILER

- Landing gear
- Frame & tandem release
- Doors and ties
- Lights and reflectors (L-R-4-C)

**TRAILER AXLES**

WHEELS

- Tires (I-C-D)
- Rims
- Lug nuts
- Hub oil seal
- Spacers or bud spacing

SUSPENSION

- Springs & air bags & shocks
- U-bolts
- Spring mount
- Torsion bar

BRAKES

- Brake hoses or lines
- Brake chamber
- Slack adjustor & push-rod
- Drum & linings

REAR OF TRAILER

- Doors & ties
- Splash guards
- Lights and reflectors (L-R-4-TL-BL-C)

Created by Neevia docCreator trial version http://www.neevia.com

## Daily Student Evaluation

NAME: [handwritten] Date: 9-5-95

Street Evaluation

| | AA | A | BA | UA |
|---|---|---|---|---|
| **1. CLUTCH** | | | | |
| A. DOUBLE CLUTCHES PROPERLY | | | | |
| B. DOESN'T RIDE CLUTCH | | | | |
| C. COORDINATES THE CLUTCH AND SHIFTER MOVEMENT | | | | |
| D. PUSHES CLUTCH IN THE PROPER DISTANCE | | | | |
| **2. UPSHIFTING** | | | | |
| A. GOES TO CORRECT GEAR (KNOWS GEAR PATTERN) | | | | |
| B. PRE-SELECTS AT CORRECT TIME | | | | |
| C. RECOVERS GEARS CORRECTLY | | | | |
| D. SHIFTS AT CORRECT RPM | | | | |
| **3. DOWNSHIFTING** | | | | |
| A. SLOWS TO CORRECT RPM | | | | |
| B. RAISES THROTTLE CORRECTLY | | | | |
| C. LINES UP SHIFTER | | | | |
| D. DOESN'T COAST MORE THAN 100 FEET | | | | |
| **4. TURNS** | | | | |
| A. PROPER TRAFFIC CHECK'S | | | | |
| B. PROPER SPACING ON THE TURN | | | | |
| C. PROPER USE OF TURN SIGNAL | | | | |
| D. CORRECT MIRROR USAGE | | | | |
| E. DOESN'T SHIFT DURING TURN | | | | |
| F. DOWNSHIFTS TO PROPER GEAR 50 FEET PRIOR TO TURN | | | | |
| **5. DEFENSIVE DRIVING** | | | | |
| A. 2 HANDS ON THE WHEEL WHEN NOT SHIFTING | | | | |
| B. CHECKS BOTH MIRRORS EVERY 6-8 SECONDS | | | | |
| C. KEEPS VEHICLE CENTERED IN LANE | | | | |
| D. READS AND OBEYS ALL TRAFFIC SIGNS AND SIGNALS | | | | |
| E. STOPS BEHIND STOP LINE | | | | |
| F. APPLIES STEADY BRAKE PRESSURE | | | | |
| **6. INTERSECTIONS** | | | | |
| A. LOOKS LEFT AND RIGHT BEFORE, DURING, AFTER | | | | |
| B. YIELDS THE RIGHT OF WAY | | | | |
| **7. SMITH SYSTEM** | | | | |
| A. KNOWS AND USES ALL 5 KEYS | | | | |
| **8. ATTITUDE** | | | | |
| A. TAKES INSTRUCTION WELL, LISTENS TO INSTRUCTION | | | | |
| B. SHOWS EAGERNESS TO LEARN | | | | |
| C. RESPECTFUL TO INSTRUCTORS AND FELLOW STUDENTS | | | | |
| D. COMPLETES ALL ASSIGNED TASK | | | | |
| **9. OVERALL DAILY EVALUATION** | | | | |

Beginning mileage: ______ Beginning time: ______
Ending mileage : ______ Ending time : ______
Total mileage : ______ Total time : ______
Tractor ______ Trailer ______

AA - Can perform task without instruction
A - Can perform with minimal instruction
BA – Needs instruction to perform
UA – Cannot perform even with instruction

COMMENTS: ______

ANY UNSAFE ACTS: YES ____ NO ____ CODE (SEE BACK OF PAGE): ______

INSTRUCTOR SIGNATURE:
STUDENT SIGN.

Created by Neevia docCreator trial version http://www.neevia.com

**Backing Evaluation**

| Straight line | Off-side | Parallel parking | Sight-side |
|---|---|---|---|
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | Free 0<br>P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | Free #5<br>P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |

**OVERALL RATING OF EACH**

| | | | |
|---|---|---|---|
| AA A BA UA | AA A BA UA | AA A BA UA | AA A BA UA |

COMMENTS: passed

ANY UNSAFE ACTS: YES ____ NO: ____ CODE (SEE BELOW): ____________

INSTRUCTORS SIGNATURE: ____________

STUDENT SIGNATURE: ____________

**UNSAFE ACTS**

**WILL RESULT IN SOME FORM OF DISIPLINE (UP TO AND INCLUDING EXPULITION)**

-1 UNABLE TO STAY IN YOUR LANE
-2 SPEEDING
-3 FAILURE TO STOP FOR A TRAFFIC LIGHT OR SIGN
-4 TAILGAITING OTHER VECHILES
-5 TURNING IN FRONT OF ON COMING TRAFFIC
-6 CHANGING LANES OR TURNING WITHOUT LOOKING IN YOUR MIRRORS
-7 LEAVING THE ROADWAY
-8 HITTING ANY OBJECT, VECHILE, OR PEDESTRIAN

-1GETTING OUT THE TRUCK WITHOUT SETTING THE BRAKES
-2 OPENING THE DOOR OF A MOVING TRUCK
-3 SPEEDING
-4 GETTING OUT THE TRUCKS IN AN UNSAFE MANNER (NO 3-POINTS OF CONTACT, JUMPING DOWN)
-5 LEAVING THE PAVEMENT
-6 HITTING ANOTHER VECHILE
-7 LETTING THE TRUCK GO PAST 90 DEGREES (CAUSING A JACKKNIFE)

-1 NOT LISTENING TO THE INSTRUCTORS
-2 LYING TO AN INSTRUCTOR
-3 LEAVING AN AREA WITHOUT PERMISSION
-4 ARGUING OR FIGHTING WITH OTHER STUDENTS
-5 ARGUING OR FIGHTING WITH AN INSTRUCTOR
-6 ANY FORM OF HARASSMENT TO STUDENTS, INSTRUCTORS, OR STAFF

Created by Neevia docCreator trial version http://www.neevia.com

**Backing Evaluation**

| Straight line | Off-side | Parallel parking | Sight side |
|---|---|---|---|
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |

**OVERALL RATING OF EACH**

| | | | |
|---|---|---|---|
| AA A BA UA | AA A BA UA | AA A BA UA | AA A BA UA |

COMMENTS: 1ST 9 Points

ANY UNSAFE ACTS: YES ____ NO: ____ CODE (SEE BELOW): ____

INSTRUCTORS SIGNATURE: Jamie Howell

STUDENT SIGNATURE: James Hall

**UNSAFE ACTS**

**WILL RESULT IN SOME FORM OF DISIPLINE (UP TO AND INCLUDING EXPULITION)**

-1 UNABLE TO STAY IN YOUR LANE
-2 SPEEDING
-3 FAILURE TO STOP FOR A TRAFFIC LIGHT OR SIGN
-4 TAILGAITING OTHER VECHILES
-5 TURNING IN FRONT OF ON COMING TRAFFIC
-6 CHANGING LANES OR TURNING WITHOUT LOOKING IN YOUR MIRRORS
-7 LEAVING THE ROADWAY
-8 HITTING ANY OBJECT, VECHILE, OR PEDESTRIAN

-1GETTING OUT THE TRUCK WITHOUT SETTING THE BRAKES
-2 OPENING THE DOOR OF A MOVING TRUCK
-3 SPEEDING
-4 GETTING OUT THE TRUCKS IN AN UNSAFE MANNER (NO 3-POINTS OF CONTACT, JUMPING DOWN)
-5 LEAVING THE PAVEMENT
-6 HITTING ANOTHER VECHILE
-7 LETTING THE TRUCK GO PAST 90 DEGREES (CAUSING A JACKKNIFE)

-1 NOT LISTENING TO THE INSTRUCTORS
-2 LYING TO AN INSTRUCTOR
-3 LEAVING AN AREA WITHOUT PERMISSION
-4 ARGUING OR FIGHTING WITH OTHER STUDENTS
-5 ARGUING OR FIGHTING WITH AN INSTRUCTOR
-6 ANY FORM OF HARASSMENT TO STUDENTS, INSTRUCTORS, OR STAFF

Created by Neevia docCreator trial version http://www.neevia.com

**Daily Student Evaluation**

**Street Evaluation**

**NAME:** James Hall **Date:** 3/5/05

| | AA | A | BA | UA |
|---|---|---|---|---|
| **1. CLUTCH** | | | | |
| A. DOUBLE CLUTCHES PROPERLY | | | | |
| B. DOESN'T RIDE CLUTCH | | | | |
| C. COORDINATES THE CLUTCH AND SHIFTER MOVEMENT | | | | |
| D. PUSHES CLUTCH IN THE PROPER DISTANCE | | | | |
| **2. UPSHIFTING** | | | | |
| A. GOES TO CORRECT GEAR (KNOWS GEAR PATTERN) | | | | |
| B. PRE-SELECTS AT CORRECT TIME | | | | |
| C. RECOVERS GEARS CORRECTLY | | | | |
| D. SHIFTS AT CORRECT RPM | | | | |
| **3. DOWNSHIFTING** | | | | |
| A. SLOWS TO CORRECT RPM | | | | |
| B. RAISES THROTTLE CORRECTLY | | | | |
| C. LINES UP SHIFTER | | | | |
| D. DOESN'T COAST MORE THAN 100 FEET | | | | |
| **4. TURNS** | | | | |
| A. PROPER TRAFFIC CHECK'S | | | | |
| B. PROPER SPACING ON THE TURN | | | | |
| C. PROPER USE OF TURN SIGNAL | | | | |
| D. CORRECT MIRROR USAGE | | | | |
| E. DOESN'T SHIFT DURING TURN | | | | |
| F. DOWNSHIFTS TO PROPER GEAR 50 FEET PRIOR TO TURN | | | | |
| **5. DEFENSIVE DRIVING** | | | | |
| A. 2 HANDS ON THE WHEEL WHEN NOT SHIFTING | | | | |
| B. CHECKS BOTH MIRRORS EVERY 6-8 SECONDS | | | | |
| C. KEEPS VEHICLE CENTERED IN LANE | | | | |
| D. READS AND OBEYS ALL TRAFFIC SIGNS AND SIGNALS | | | | |
| E. STOPS BEHIND STOP LINE | | | | |
| F. APPLIES STEADY BRAKE PRESSURE | | | | |
| **6. INTERSECTIONS** | | | | |
| A. LOOKS LEFT AND RIGHT BEFORE, DURING, AFTER | | | | |
| B. YIELDS THE RIGHT OF WAY | | | | |
| **7. SMITH SYSTEM** | | | | |
| A. KNOWS AND USES ALL 5 KEYS | | | | |
| **8. ATTITUDE** | | | | |
| A. TAKES INSTRUCTION WELL, LISTENS TO INSTRUCTION | | | | |
| B. SHOWS EAGERNESS TO LEARN | | | | |
| C. RESPECTFUL TO INSTRUCTORS AND FELLOW STUDENTS | | | | |
| D. COMPLETES ALL ASSIGNED TASK | | | | |
| **9. OVERALL DAILY EVALUATION** | | | | |

**Beginning mileage:** ______ **Beginning time:** ______
**Ending mileage :** ______ **Ending time :** ______
**Total mileage :** ______ **Total time :** ______
**Tractor** ______ **Trailer** ______

AA - Can perform task without instruction
A - Can perform with minimal instruction
BA – Needs instruction to perform
UA – Cannot perform even with instruction

**COMMENTS:** ______________________

**ANY UNSAFE ACTS: YES** ____ **NO** ____ **CODE (SEE BACK OF PAGE):** ______

**INSTRUCTOR SIGNATURE**
**STUDENT SIGN**

Created by Neevia docCreator trial version http://www.neevia.com

**Daily Student Evaluation**

NAME: JAMES HALL Date: 9-2

**Street Evaluation**

| | AA | A | BA | UA |
|---|---|---|---|---|
| 1. CLUTCH | | | | |
| A. DOUBLE CLUTCHES PROPERLY | | ✓ | | |
| B. DOESN'T RIDE CLUTCH | | ✓ | | |
| C. COORDINATES THE CLUTCH AND SHIFTER MOVEMENT | | ✓ | | |
| D. PUSHES CLUTCH IN THE PROPER DISTANCE | | ✓ | | |
| 2. UPSHIFTING | | | | |
| A. GOES TO CORRECT GEAR (KNOWS GEAR PATTERN) | | ✓ | | |
| B. PRE-SELECTS AT CORRECT TIME | | ✓ | | |
| C. RECOVERS GEARS CORRECTLY | | ✓ | | |
| D. SHIFTS AT CORRECT RPM | | ✓ | | |
| 3. DOWNSHIFTING | | | | |
| A. SLOWS TO CORRECT RPM | | ✓ | | |
| B. RAISES THROTTLE CORRECTLY | | ✓ | | |
| C. LINES UP SHIFTER | | ✓ | | |
| D. DOESN'T COAST MORE THAN 100 FEET | | ✓ | | |
| 4. TURNS | | | | |
| A. PROPER TRAFFIC CHECK'S | | ✓ | | |
| B. PROPER SPACING ON THE TURN * | | ✓ | | |
| C. PROPER USE OF TURN SIGNAL | | ✓ | | |
| D. CORRECT MIRROR USAGE | | ✓ | | |
| E. DOESN'T SHIFT DURING TURN | | ✓ | | |
| F. DOWNSHIFTS TO PROPER GEAR 50 FEET PRIOR TO TURN * | | ✓ | | |
| 5. DEFENSIVE DRIVING | | | | |
| A. 2 HANDS ON THE WHEEL WHEN NOT SHIFTING | | | ✓ | |
| B. CHECKS BOTH MIRRORS EVERY 6-8 SECONDS | | ✓ | | |
| C. KEEPS VEHICLE CENTERED IN LANE | | ✓ | | |
| D. READS AND OBEYS ALL TRAFFIC SIGNS AND SIGNALS | | ✓ | | |
| E. STOPS BEHIND STOP LINE | | ✓ | | |
| F. APPLIES STEADY BRAKE PRESSURE | | ✓ | | |
| 6. INTERSECTIONS | | | | |
| A. LOOKS LEFT AND RIGHT BEFORE, DURING, AFTER | | ✓ | | |
| B. YIELDS THE RIGHT OF WAY | | ✓ | | |
| 7. SMITH SYSTEM | | | | |
| A. KNOWS AND USES ALL 5 KEYS | | | ✓ | |
| 8. ATTITUDE | | | | |
| A. TAKES INSTRUCTION WELL, LISTENS TO INSTRUCTION | | ✓ | | |
| B. SHOWS EAGERNESS TO LEARN | | ✓ | | |
| C. RESPECTFUL TO INSTRUCTORS AND FELLOW STUDENTS | | ✓ | | |
| D. COMPLETES ALL ASSIGNED TASK | | ✓ | | |
| 9. OVERALL DAILY EVALUATION | | ✓ | | |

THINK + REMEMBER = CONSISTANLY

ginning mileage: 643 Beginning time: 700
ding mileage : 689 Ending time : 1000
tal mileage : 46 Total time : 3
actor 259 Trailer 162

AA - Can perform task without instruction
A - Can perform with minimal instruction
BA – Needs instruction to perform
UA – Cannot perform even with instruction

MMENTS: BOTH HANDS ON WHEEL o *THINK*
DONT GET YOURSELF IN A HURRY.

Y UNSAFE ACTS: YES ____ NO ____ CODE (SEE BACK OF PAGE): ____________

STRUCTOR SIGNATURE: RANDY
JDENT SIGNATI

Created by Neevia docCreator trial version http://www.neevia.com

**Backing Evaluation**

| Straight line | Off-side | Parallel parking | Sight side |
|---|---|---|---|
| P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 | P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 | P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 | P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 |
| P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 | P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 | P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 | P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 |
| P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 | P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 | P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 | P.U.0123456789<br>E.N.0123456789<br>G.O.0123456789 |

**OVERALL RATING OF EACH**

| | | | |
|---|---|---|---|
| AA A BA UA | AA A BA UA | AA A BA UA | AA A BA UA |

OMMENTS: Need work on the Range Stek, your Set up too.
Need to See Improvement

NY UNSAFE ACTS: YES _____ NO: ___ CODE (SEE BELOW): ______

ISTRUCTORS SIGNATURE: ______

UDENT SIGNATURE: ______

**UNSAFE ACTS**
**WILL RESULT IN SOME FORM OF DISIPLINE (UP TO AND INCLUDING EXPULITION)**

1 UNABLE TO STAY IN YOUR LANE
2 SPEEDING
3 FAILURE TO STOP FOR A TRAFFIC LIGHT OR SIGN
4 TAILGATING OTHER VECHILES
5 TURNING IN FRONT OF ON COMING TRAFFIC
6 CHANGING LANES OR TURNING WITHOUT LOOKING IN YOUR MIRRORS
7 LEAVING THE ROADWAY
8 HITTING ANY OBJECT, VECHILE, OR PEDESTRIAN

.1GETTING OUT THE TRUCK WITHOUT SETTING THE BRAKES
.2 OPENING THE DOOR OF A MOVING TRUCK
.3 SPEEDING
.4 GETTING OUT THE TRUCKS IN AN UNSAFE MANNER (NO 3-POINTS OF CONTACT, JUMPING DOWN)
.5 LEAVING THE PAVEMENT
.6 HITTING ANOTHER VECHILE
.7 LETTING THE TRUCK GO PAST 90 DEGREES (CAUSING A JACKKNIFE)

1 NOT LISTENING TO THE INSTRUCTORS
2 LYING TO AN INSTRUCTOR
3 LEAVI[illegible] AN AREA WITHOUT PERMISSION
4 ARGUING OR FIGHTING WITH OTHER STUDENTS
5 ARGUING OR FIGHTING WITH AN INSTRUCTOR
6 ANY FORM OF HARASSMENT TO STUDENTS, INSTRUCTORS, OR STAFF

Created by Neevia docCreator trial version http://www.neevia.com

## C-1 PRE-TRIP TEST (Section 3)

HALL JAMES
Last First
MI
Driver License or Permit Number
9-2
Date Class Number

Drivers Signature
RANDY
Examiners Signature

### ENGINE START

- o Safety belt
- o Emergency equipment
- o Safe start
- o Temperature Gauge
- o Oil Pressure Gauge
- o Ammeter or Voltmeter
- o Air Gauge(s)
- o Lighting Indicators
- o Horn(s)
- o Heater & defroster
- o Windshield & mirrors
- o Wipers & washers
- o Parking Brake
- o ~~Service Brake~~
- o 4 Point Brake Check

### ALL COMBINATION VECHICLES

#### TRACTOR

- o Air and electrical connectors & lines

#### Coupling System

- o Mounting bolts
- o Platform
- o Locking jaws
- o Release arm & safety latch
- o 5th wheel skid plate
- o Locking pins

#### SEMI TRAILER

- o Air and electric connectors

#### Coupling System

- o Kingpin
- o Apron
- o Gap

Section 3

#### Trailer/Semi-Trailer

TRAILER FRONT

- o Header board
- o Lights and reflectors (C)

SIDE OF TRAILER

- o Landing gear
- o Frame & tandem release
- o Doors and ties
- o Lights and reflectors (L-R-4-C)

#### TRAILER AXLES

WHEELS

- o Tires (I-C-D)
- o Rims
- o Lug nuts
- o Hub oil seal
- o Spacers or bud spacing

SUSPENSION

- o Springs & air bags & shocks
- o U-bolts
- o Spring mount
- o Torsion bar

BRAKES

- o Brake hoses or lines
- o Brake chamber
- o Slack adjuster & push-rod
- o Drum & linings

REAR OF TRAILER

- o Doors & ties
- o Splash guards
- o Lights and reflectors (L-R-4-TL-BL-C)

Slow up
Think ?

Created by Neevia docCreator trial version http://www.neevia.com

**Daily Student Evaluation**

NAME: JAMES HALL Date: 9-1

**Street Evaluation**

| | AA | A | BA | UA |
|---|---|---|---|---|
| 1. CLUTCH | | | | |
| A. DOUBLE CLUTCHES PROPERLY | | ✓ | | |
| B. DOESN'T RIDE CLUTCH | | ✓ | | |
| C. COORDINATES THE CLUTCH AND SHIFTER MOVEMENT | | ✓ | | |
| D. PUSHES CLUTCH IN THE PROPER DISTANCE | | ✓ | | |
| 2. UPSHIFTING | | | | |
| A. GOES TO CORRECT GEAR (KNOWS GEAR PATTERN) | | ✓ | | |
| B. PRE-SELECTS AT CORRECT TIME | | ✓ | | |
| C. RECOVERS GEARS CORRECTLY | | ✓ | | |
| D. SHIFTS AT CORRECT RPM | | ✓ | | |
| 3. DOWNSHIFTING | | | | |
| A. SLOWS TO CORRECT RPM | | ✓ | | |
| B. RAISES THROTTLE CORRECTLY | | ✓ | | |
| C. LINES UP SHIFTER | | ✓ | | |
| D. DOESN'T COAST MORE THAN 100 FEET | | ✓ | | |
| 4. TURNS | | | | |
| A. PROPER TRAFFIC CHECK'S * | | ✓ | | |
| B. PROPER SPACING ON THE TURN | | ✓ | | |
| C. PROPER USE OF TURN SIGNAL | | ✓ | | |
| D. CORRECT MIRROR USAGE | | ✓ | | |
| E. DOESN'T SHIFT DURING TURN | | ✓ | | |
| F. DOWNSHIFTS TO PROPER GEAR 50 FEET PRIOR TO TURN *0 | | ✓ | | |
| 5. DEFENSIVE DRIVING | | | | |
| A. 2 HANDS ON THE WHEEL WHEN NOT SHIFTING *0 | | ✓ | | |
| B. CHECKS BOTH MIRRORS EVERY 6-8 SECONDS | | ✓ | | |
| C. KEEPS VEHICLE CENTERED IN LANE | | ✓ | | |
| D. READS AND OBEYS ALL TRAFFIC SIGNS AND SIGNALS | | ✓ | | |
| E. STOPS BEHIND STOP LINE *4 | | ✓ | | |
| F. APPLIES STEADY BRAKE PRESSURE | | ✓ | | |
| 6. INTERSECTIONS | | | | |
| A. LOOKS LEFT AND RIGHT BEFORE, DURING, AFTER *0 | | ✓ | | |
| B. YIELDS THE RIGHT OF WAY | | ✓ | | |
| 7. SMITH SYSTEM | | | | |
| A. KNOWS AND USES ALL 5 KEYS | | ✓ | | |
| 8. ATTITUDE | | | | |
| A. TAKES INSTRUCTION WELL, LISTENS TO INSTRUCTION | | ✓ | | |
| B. SHOWS EAGERNESS TO LEARN | | ✓ | | |
| C. RESPECTFUL TO INSTRUCTORS AND FELLOW STUDENTS | | ✓ | | |
| D. COMPLETES ALL ASSIGNED TASK | | ✓ | | |
| 9. OVERALL DAILY EVALUATION | | ✓ | | |

eginning mileage: 547 Beginning time: 715
nding mileage: 588 Ending time: 900
otal mileage: 41 Total time: 1 3/4
ractor 259 Trailer 162

AA - Can perform task without instruction
A - Can perform with minimal instruction
BA – Needs instruction to perform
UA – Cannot perform even with instruction

OMMENTS: Doing Good Job! Learn R??

NY UNSAFE ACTS: YES ____ NO ✓ CODE (SEE BACK OF PAGE): ________

STRUCTOR SIGNATURE: RANDY
UDENT SIGNAT

Created by Neevia docCreator trial version http://www.neevia.com

**Backing Evaluation**

| Straight line | Off-side | Parallel parking | Sight side |
|---|---|---|---|
| P. U. 0 1 2 3 4 5 6 7 8 9 | P. U. 0 1 2 3 4 5 6 7 8 9 | P. U. 0 1 2 3 4 5 6 7 8 9 | P. U. 0 1 2 3 4 5 6 7 8 9 |
| E. N. 0 1 2 3 4 5 6 7 8 9 | E. N. 0 1 2 3 4 5 6 7 8 9 | E. N. 0 1 2 3 4 5 6 7 8 9 | E. N. 0 1 2 3 4 5 6 7 8 9 |
| G. O. 0 1 2 3 4 5 6 7 8 9 | G. O. 0 1 2 3 4 5 6 7 8 9 | G. O. 0 1 2 3 4 5 6 7 8 9 | G. O. 0 1 2 3 4 5 6 7 8 9 |
| P. U. 0 1 2 3 4 5 6 7 8 9 | P. U. 0 1 2 3 4 5 6 7 8 9 | P. U. 0 1 2 3 4 5 6 7 8 9 | P. U. 0 1 2 3 4 5 6 7 8 9 |
| E. N. 0 1 2 3 4 5 6 7 8 9 | E. N. 0 1 2 3 4 5 6 7 8 9 | E. N. 0 1 2 3 4 5 6 7 8 9 | E. N. 0 1 2 3 4 5 6 7 8 9 |
| G. O. 0 1 2 3 4 5 6 7 8 9 | G. O. 0 1 2 3 4 5 6 7 8 9 | G. O. 0 1 2 3 4 5 6 7 8 9 | G. O. 0 1 2 3 4 5 6 7 8 9 |
| P. U. 0 1 2 3 4 5 6 7 8 9 | P. U. 0 1 2 3 4 5 6 7 8 9 | P. U. 0 1 2 3 4 5 6 7 8 9 | P. U. 0 1 2 3 4 5 6 7 8 9 |
| E. N. 0 1 2 3 4 5 6 7 8 9 | E. N. 0 1 2 3 4 5 6 7 8 9 | E. N. 0 1 2 3 4 5 6 7 8 9 | E. N. 0 1 2 3 4 5 6 7 8 9 |
| G. O. 0 1 2 3 4 5 6 7 8 9 | G. O. 0 1 2 3 4 5 6 7 8 9 | G. O. 0 1 2 3 4 5 6 7 8 9 | G. O. 0 1 2 3 4 5 6 7 8 9 |

**OVERALL RATING OF EACH**

| Straight line | Off-side | Parallel parking | Sight side |
|---|---|---|---|
| AA (A) BA UA | AA (A) BA UA | AA (A) BA UA | AA A BA UA |

COMMENTS: STUDENT MUST FOCUSE ON SET-UPS DO NOT GET THEM MIXED UP. RELAX GREAT EFFORT - BUT RELAX

ANY UNSAFE ACTS: YES ____ NO: ____ CODE (SEE BELOW): ____

INSTRUCTORS SIGNATURE: BERNIE SHORT

STUDENT SIGNATURE: [signature]

**UNSAFE ACTS**

**WILL RESULT IN SOME FORM OF DISIPLINE (UP TO AND INCLUDING EXPULITION)**

1 UNABLE TO STAY IN YOUR LANE
2 SPEEDING
3 FAILURE TO STOP FOR A TRAFFIC LIGHT OR SIGN
4 TAILGAITING OTHER VECHILES
5 TURNING IN FRONT OF ON COMING TRAFFIC
6 CHANGING LANES OR TURNING WITHOUT LOOKING IN YOUR MIRRORS
7 LEAVING THE ROADWAY
8 HITTING ANY OBJECT, VECHILE, OR PEDESTRIAN

1 GETTING OUT THE TRUCK WITHOUT SETTING THE BRAKES
2 OPENING THE DOOR OF A MOVING TRUCK
3 SPEEDING
4 GETTING OUT THE TRUCKS IN AN UNSAFE MANNER (NO 3-POINTS OF CONTACT, JUMPING DOWN)
5 LEAVING THE PAVEMENT
6 HITTING ANOTHER VECHILE
7 LETTING THE TRUCK GO PAST 90 DEGREES (CAUSING A JACKKNIFE)

1 NOT LISTENING TO THE INSTRUCTORS
2 LYING TO AN INSTRUCTOR
3 LEAVING AN AREA WITHOUT PERMISSION
4 ARGUING OR FIGHTING WITH OTHER STUDENTS
5 ARGUING OR FIGHTING WITH AN INSTRUCTOR
6 ANY FORM OF HARASSMENT TO STUDENTS, INSTRUCTORS, OR STAFF

Created by Neevia docCreator trial version http://www.neevia.com

# C-1 PRE-TRIP TEST (Section 2)

Hall James
Last First
MI

Driver License or Permit Number

9-1
Date Class Number

Drivers Signature

Randy
Examiners Signature

## ENGINE START

- Safety belt
- Emergency equipment
- Safe start
- Temperature Gauge
- Oil Pressure Gauge
- Ammeter or Voltmeter
- Air Gauge(s)
- Lighting Indicators
- Horn(s)
- Heater & defroster
- Windshield & mirrors
- Wipers & washers
- Parking Brake
- ~~Service Brake~~
- 4 Point Brake Check

## ALL COMBINATION VECHICLES

### TRACTOR

- Air and electrical connectors & lines

**Coupling System**

- Mounting bolts
- Platform
- Locking jaws
- Release arm & safety latch
- 5th wheel skid plate
- Locking pins

### SEMI TRAILER

- Air and electric connectors

**Coupling System**

- Kingpin
- Apron
- Gap

Section 2

## Fuel Area/Under/Side

DRIVER/FUEL AREA

- Door & mirror
- Fuel tank & Cap & leaks
- Catwalk & Steps
- Lights & reflectors (L-R-4-C)

UNDER VEHICLE

- Drive shaft
- Exhaust system
- Frame

## Rear Axles

REAR WHEELS

- Tires (I-C-D)
- Rims
- Lug nuts
- Axle seal
- Spacers or bud spacing

REAR SUSPENSION

- Springs & airbags & shocks
- U-bolts
- Spring/air mounts

REAR BRAKES

- Brake hoses or lines
- Brake chamber
- Slack adjuster & push-rod
- Drum & linings

REAR OF TRACTOR

- Splash guards
- Lights and reflectors (L-R-4_TL-BL-C)

Created by Neevia docCreator trial version http://www.neevia.com

**Daily Student Evaluation**

NAME: James Hall

Date: 8-30

**Street Evaluation**

| | AA | A | BA | UA |
|---|---|---|---|---|
| **1. CLUTCH** | | | | |
| A. DOUBLE CLUTCHES PROPERLY | | / | | |
| B. DOESN'T RIDE CLUTCH | | | / | |
| C. COORDINATES THE CLUTCH AND SHIFTER MOVEMENT | | / | | |
| D. PUSHES CLUTCH IN THE PROPER DISTANCE | | | / | |
| **2. UPSHIFTING** | | | | |
| A. GOES TO CORRECT GEAR (KNOWS GEAR PATTERN) | | / | | |
| B. PRE-SELECTS AT CORRECT TIME | | / | | |
| C. RECOVERS GEARS CORRECTLY | | / | | |
| D. SHIFTS AT CORRECT RPM | | / | | |
| **3. DOWNSHIFTING** | | | | |
| A. SLOWS TO CORRECT RPM 1000 RPM | | / | | |
| B. RAISES THROTTLE CORRECTLY 1500 RPM | | | / | |
| C. LINES UP SHIFTER | | / | | |
| D. DOESN'T COAST MORE THAN 100 FEET | | | / | |
| **4. TURNS** | | | | |
| A. PROPER TRAFFIC CHECK'S | | | | |
| B. PROPER SPACING ON THE TURN | | | | |
| C. PROPER USE OF TURN SIGNAL | | | | |
| D. CORRECT MIRROR USAGE | | | | |
| E. DOESN'T SHIFT DURING TURN | | | | |
| F. DOWNSHIFTS TO PROPER GEAR 50 FEET PRIOR TO TURN | | | | |
| **5. DEFENSIVE DRIVING** | | | | |
| A. 2 HANDS ON THE WHEEL WHEN NOT SHIFTING | | | | |
| B. CHECKS BOTH MIRRORS EVERY 6-8 SECONDS | | | | |
| C. KEEPS VEHICLE CENTERED IN LANE | | | | |
| D. READS AND OBEYS ALL TRAFFIC SIGNS AND SIGNALS | | | | |
| E. STOPS BEHIND STOP LINE | | | | |
| F. APPLIES STEADY BRAKE PRESSURE | | | | |
| **6. INTERSECTIONS** | | | | |
| A. LOOKS LEFT AND RIGHT BEFORE, DURING, AFTER | | | | |
| B. YIELDS THE RIGHT OF WAY | | | | |
| **7. SMITH SYSTEM** | | | | |
| A. KNOWS AND USES ALL 5 KEYS | | | | |
| **8. ATTITUDE** | | | | |
| A. TAKES INSTRUCTION WELL, LISTENS TO INSTRUCTION | | / | | |
| B. SHOWS EAGERNESS TO LEARN | | / | | |
| C. RESPECTFUL TO INSTRUCTORS AND FELLOW STUDENTS | | / | | |
| D. COMPLETES ALL ASSIGNED TASK | | / | | |
| **9. OVERALL DAILY EVALUATION** | | / | | |

Beginning mileage: 77
Ending mileage : 89
Total mileage : 12
Tractor 260

Beginning time: 800
Ending time : 900
Total time : 1
Trailer 198

AA - Can perform task without instruction
A - Can perform with minimal instruction
BA – Needs instruction to perform
UA – Cannot perform even with instruction

COMMENTS: Don't push clutch in so far. Don't ride the clutch.
Practice shift tonite.
Memorize downshift.

ANY UNSAFE ACTS: YES ____ NO ✓ CODE (SEE BACK OF PAGE): ____________

INSTRUCTOR SIGNATURE: Randy

STUDENT SIGNA

Created by Neevia docCreator trial version http://www.neevia.com

**Backing Evaluation**

| Straight line | Off-side | Parallel parking | Sight side |
|---|---|---|---|
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |

**OVERALL RATING OF EACH**

| Straight line | Off-side | Parallel parking | Sight side |
|---|---|---|---|
| AA A BA UA | AA A BA UA | AA A BA UA | AA A BA UA |

COMMENTS: Good JoB Today Remember watch The End of Your TRL

ANY UNSAFE ACTS: YES ____ NO: ____ CODE (SEE BELOW): ____________

INSTRUCTORS SIGNATURE: ____________

STUDENT SIGNATURE: ____________

**UNSAFE ACTS**

**WILL RESULT IN SOME FORM OF DISIPLINE (UP TO AND INCLUDING EXPULITION)**

S-1 UNABLE TO STAY IN YOUR LANE
S-2 SPEEDING
S-3 FAILURE TO STOP FOR A TRAFFIC LIGHT OR SIGN
S-4 TAILGAITING OTHER VECHILES
S-5 TURNING IN FRONT OF ON COMING TRAFFIC
S-6 CHANGING LANES OR TURNING WITHOUT LOOKING IN YOUR MIRRORS
S-7 LEAVING THE ROADWAY
S-8 HITTING ANY OBJECT, VECHILE, OR PEDESTRIAN

R-1GETTING OUT THE TRUCK WITHOUT SETTING THE BRAKES
R-2 OPENING THE DOOR OF A MOVING TRUCK
R-3 SPEEDING
R-4 GETTING OUT THE TRUCKS IN AN UNSAFE MANNER (NO 3-POINTS OF CONTACT, JUMPING DOWN)
R-5 LEAVING THE PAVEMENT
R-6 HITTING ANOTHER VECHILE
R-7 LETTING THE TRUCK GO PAST 90 DEGREES (CAUSING A JACKKNIFE)

E-1 NOT LISTENING TO THE INSTRUCTORS
E-2 LYING TO AN INSTRUCTOR
E-3 LEAVING AN AREA WITHOUT PERMISSION
E-4 ARGUING OR FIGHTING WITH OTHER STUDENTS
E-5 ARGUING OR FIGHTING WITH AN INSTRUCTOR
E-6 ANY FORM OF HARASSMENT TO STUDENTS, INSTRUCTORS, OR STAFF

Created by Neevia docCreator trial version http://www.neevia.com

**Daily Student Evaluation**

NAME: James Hall　　Date: 8/31/05

**Street Evaluation**

| | AA | A | BA | UA |
|---|---|---|---|---|
| **1. CLUTCH** | | | | |
| A. DOUBLE CLUTCHES PROPERLY | | ✓ | | |
| B. DOESN'T RIDE CLUTCH | | ✓ | | |
| C. COORDINATES THE CLUTCH AND SHIFTER MOVEMENT | | ✓ | | |
| D. PUSHES CLUTCH IN THE PROPER DISTANCE | | ✓ | | |
| **2. UPSHIFTING** | | | | |
| A. GOES TO CORRECT GEAR (KNOWS GEAR PATTERN) | | ✓ | | |
| B. PRE-SELECTS AT CORRECT TIME | | ✓ | | |
| C. RECOVERS GEARS CORRECTLY | | ✓ | | |
| D. SHIFTS AT CORRECT RPM | | ✓ | | |
| **3. DOWNSHIFTING** | | | | |
| A. SLOWS TO CORRECT RPM | | ✓ | | |
| B. RAISES THROTTLE CORRECTLY | | ✓ | | |
| C. LINES UP SHIFTER | | ✓ | | |
| D. DOESN'T COAST MORE THAN 100 FEET | | ✓ | | |
| **4. TURNS** | | | | |
| A. PROPER TRAFFIC CHECK'S | | | | |
| B. PROPER SPACING ON THE TURN | | | | |
| C. PROPER USE OF TURN SIGNAL | | | | |
| D. CORRECT MIRROR USAGE | | | | |
| E. DOESN'T SHIFT DURING TURN | | | | |
| F. DOWNSHIFTS TO PROPER GEAR 50 FEET PRIOR TO TURN | | | | |
| **5. DEFENSIVE DRIVING** | | | | |
| A. 2 HANDS ON THE WHEEL WHEN NOT SHIFTING | | | | |
| B. CHECKS BOTH MIRRORS EVERY 6-8 SECONDS | | | | |
| C. KEEPS VEHICLE CENTERED IN LANE | | | | |
| D. READS AND OBEYS ALL TRAFFIC SIGNS AND SIGNALS | | | | |
| E. STOPS BEHIND STOP LINE | | | | |
| F. APPLIES STEADY BRAKE PRESSURE | | | | |
| **6. INTERSECTIONS** | | | | |
| A. LOOKS LEFT AND RIGHT BEFORE, DURING, AFTER | | | | |
| B. YIELDS THE RIGHT OF WAY | | | | |
| **7. SMITH SYSTEM** | | | | |
| A. KNOWS AND USES ALL 5 KEYS | | | | |
| **8. ATTITUDE** | | | | |
| A. TAKES INSTRUCTION WELL, LISTENS TO INSTRUCTION | | ✓ | | |
| B. SHOWS EAGERNESS TO LEARN | | ✓ | | |
| C. RESPECTFUL TO INSTRUCTORS AND FELLOW STUDENTS | | ✓ | | |
| D. COMPLETES ALL ASSIGNED TASK | | ✓ | | |
| **9. OVERALL DAILY EVALUATION** | | ✓ | | |

DOING GOOD JOB!

Beginning mileage: 159　　Beginning time: 1200
Ending mileage : 221　　Ending time : 300
Total mileage : 62　　Total time : 3
Tractor 260　　Trailer 198

AA - Can perform task without instruction
A - Can perform with minimal instruction
BA – Needs instruction to perform
UA – Cannot perform even with instruction

COMMENTS: SLOW UP! DON'T GET IN A HURRY. COME DOWN EASY ON GAS. WHEN TRUCK JUMPS GET OFF GAS.

ANY UNSAFE ACTS: YES ____ NO ✓ CODE (SEE BACK OF PAGE): ____

INSTRUCTOR SIGNATURE: Rankin　　THINK + REMEMBER = CONSISTENCY

STUDENT SIGNA

Created by Neevia docCreator trial version http://www.neevia.com

Backing Evaluation

| Straight line | Off-side | Parallel parking | Sight side |
|---|---|---|---|
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |
| P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 | P. U. 0 1 2 3 4 5<br>E. N. 0 3 6 9 12<br>G. O. 0 1 2 3 |

OVERALL RATING OF EACH

| | | | |
|---|---|---|---|
| (AA circled) A BA UA | AA (A circled) BA UA | AA (A circled) BA UA | AA A BA UA |

COMMENTS: Good Job - Showing Improvement

* Focus on set-ups and turning points

ANY UNSAFE ACTS: YES ______ NO: ✓ ______ CODE (SEE BELOW): ______

INSTRUCTORS SIGNATURE: Bernie Short

STUDENT SIGNATURE: [signature]

UNSAFE ACTS

WILL RESULT IN SOME FORM OF DISIPLINE (UP TO AND INCLUDING EXPULITION)

S-1 UNABLE TO STAY IN YOUR LANE
S-2 SPEEDING
S-3 FAILURE TO STOP FOR A TRAFFIC LIGHT OR SIGN
S-4 TAILGAITING OTHER VECHILES
S-5 TURNING IN FRONT OF ON COMING TRAFFIC
S-6 CHANGING LANES OR TURNING WITHOUT LOOKING IN YOUR MIRRORS
S-7 LEAVING THE ROADWAY
S-8 HITTING ANY OBJECT, VECHILE, OR PEDESTRIAN

R-1GETTING OUT THE TRUCK WITHOUT SETTING THE BRAKES
R-2 OPENING THE DOOR OF A MOVING TRUCK
R-3 SPEEDING
R-4 GETTING OUT THE TRUCKS IN AN UNSAFE MANNER (NO 3-POINTS OF CONTACT, JUMPING DOWN)
R-5 LEAVING THE PAVEMENT
R-6 HITTING ANOTHER VECHILE
R-7 LETTING THE TRUCK GO PAST 90 DEGREES (CAUSING A JACKKNIFE)

E-1 NOT LISTENING TO THE INSTRUCTORS
E-2 LYING TO AN INSTRUCTOR
E-3 LEAVING AN AREA WITHOUT PERMISSION
E-4 ARGUING OR FIGHTING WITH OTHER STUDENTS
E-5 ARGUING OR FIGHTING WITH AN INSTRUCTOR
E-6 ANY FORM OF HARASSMENT TO STUDENTS, INSTRUCTORS, OR STAFF

Created by Neevia docCreator trial version http://www.neevia.com

## C-1 PRE-TRIP TEST (Section 1)

HALL JAMES
Last First
MI

Driver License or Permit Number

8-31
Date Class Number

Drivers Signature

RANDY
Examiners Signature

### ENGINE START

- Safety belt
- Emergency equipment
- Safe start
- Temperature Gauge
- Oil Pressure Gauge
- Ammeter or Voltmeter
- Air Gauge(s)
- Lighting Indicators
- Horn(s)
- Heater & defroster
- Windshield & mirrors
- Wipers & washers
- Parking Brake
- Service Brake
- 4 Point Brake Check

### ALL COMBINATION VECHICLES

#### TRACTOR

- Air and electrical connectors & lines

**Coupling System**

- Mounting bolts
- Platform
- Locking jaws
- Release arm & safety latch
- 5th wheel slid plate
- Locking pins

#### SEMI TRAILER

- Air and electric connectors

**Coupling System**

- Kingpin
- Apron
- Gap

Section 1

**Front of Vehicle**

- Lights and reflectors (L-R-4-BL-HB-C)

**Engine Compartment**

- Oil level
- Coolant level
- Power steering fluid
- Water pump
- Alternator
- Air compressor
- Leaks & hoses

**Steering**

- Steering box and hoses
- Steering linkage

**Front Axle**

FRONT WHEEL

- Tires (I-C-D)
- Rims
- Lug nuts
- Hub oil seal

FRONT SUSPENSION

- Springs & shocks
- U-bolts
- Spring mounts

FRONT BRAKE

- Brake hoses or lines
- Brake Chamber
- Slack adjustor & Push-rod
- Drum & linings

Stop PTI / 4 pts.

Created by Neevia docCreator trial version http://www.neevia.com

State Form 43884 (R2 / 5-99)

545800

# STATE OF INDIANA
## BUREAU OF MOTOR VEHICLES
## COMMERCIAL DRIVERS LICENSE
## WRITTEN TEST CERTIFICATION

1176931

INDIANA BMV USE ONLY VALID 208C

I CURRENTLY HOLD ONLY ONE VALID DRIVERS LICENSE, AND TO THE BEST OF MY KNOWLEDGE HAVE NO PENDING SUSPENSIONS IN THIS STATE OR ANY OTHER STATE.

Print name of license holder (*first, middle, last*)
James M. Hall

Print residence address (*number and street, city, state, ZIP code*)
[redacted]

| Federal law 383 mandates: Social Security number | Driver's license number | State | Expiration date | Birthdate |
|---|---|---|---|---|
| [redacted] | QD246182 | Ohio | 10/08 | [redacted] |

I affirm, under penalty of perjury, that the information entered above is correct.

| Signature of applicant | Date |
|---|---|
| J Hall | 8/24/05 |

BMV USE ONLY

I certify that I have issued this applicant a CDL permit/license based on the passed wi tests as indicated below.

| CSR signature | Date | Branch numl |
|---|---|---|
| | | |

BMV USE ONLY

| TYPE OF WRITTEN TEST | PASS | FAIL | NOT TAKEN | CSR SIGNATURE | PREVIOUS BRANCH NUMBER CERTIFICATION NUMBER AND DATE |
|---|---|---|---|---|---|
| ☐ INDIANA OPERATOR'S | ☒ | ☐ | ☐ | | 208 1176920 8/23/0 |
| ☐ CDL GENERAL KNOWLEDGE | ☒ | ☐ | ☐ | | 208 1176920 8/23/0 |
| ☒ AIR BRAKES | ☐ | ☒ | ☐ | 78/24/05 [initials] 208 | |
| ☐ HAZARDOUS MATERIALS | ☐ | ☐ | ☒ | | |
| ☒ COMBINATION VEHICLES | ☒ | ☐ | ☐ | 8/24/05 [initials] 208-3 | |
| ☐ PASSENGER TRANSPORT | ☐ | ☐ | ☒ | | |
| ☐ TANK VEHICLE | ☐ | ☐ | ☒ | | |
| ☐ DOUBLE/TRIPLE TRAILERS | ☐ | ☐ | ☒ | | |
| ☐ BUS GENERAL KNOWLEDGE | ☐ | ☐ | ☒ | | |

DISTRIBUTION: White - Applicant; Canary - BMV/ C Branch

Created by Neevia docCreator trial version http://www.neevia.com

State Form 43884 (R2 / 5-99)

# STATE OF INDIANA
## BUREAU OF MOTOR VEHICLES
## COMMERCIAL DRIVERS LICENSE
## WRITTEN TEST CERTIFICATION

541045

1176920

BMV USE ONLY

INDIANA BMV VALID 2060

I CURRENTLY HOLD ONLY ONE VALID DRIVERS LICENSE, AND TO THE BEST OF MY KNOWLEDGE HAVE NO PENDING SUSPENSIONS IN THIS STATE OR ANY OTHER STATE.

Print name of license holder (first, middle, last): James M. Hall

Print residence address (number and street, city, state, ZIP code): [redacted]

| Federal law 383 mandates: Social Security number | Driver's license number | State | Expiration date | Birthdate |
|---|---|---|---|---|
| [redacted] | QD246182 | OHio | 10/08 | [redacted] |

I affirm, under penalty of perjury, that the information entered above is correct.

| Signature of applicant | Date |
|---|---|
| J. Hall | 8/23/05 |

BMV USE ONLY

I certify that I have issued this applicant a CDL permit/license based on the passed written tests as indicated below.

| CSR signature | Date | Branch number |
|---|---|---|
| | | |

BMV USE ONLY

| TYPE OF WRITTEN TEST | PASS | FAIL | NOT TAKEN | CSR SIGNATURE | PREVIOUS BRANCH NUMBER CERTIFICATION NUMBER AND DATE |
|---|---|---|---|---|---|
| ☒ INDIANA OPERATOR'S | ☒ | ☐ | ☐ | -28 8/23/05 208 SIA | |
| ☒ CDL GENERAL KNOWLEDGE | ☒ | ☐ | ☐ | -9 8/23/05 208 | |
| ☐ AIR BRAKES | ☐ | ☐ | ☒ | | |
| ☐ HAZARDOUS MATERIALS | ☐ | ☐ | ☒ | | |
| ☒ COMBINATION VEHICLES | ☐ | ☒ | ☐ | -74 8/23/05 208 SIA. | |
| ☐ PASSENGER TRANSPORT | ☐ | ☐ | ☒ | | |
| ☐ TANK VEHICLE | ☐ | ☐ | ☒ | | |
| ☐ DOUBLE/TRIPLE TRAILERS | ☐ | ☐ | ☒ | | |
| ☐ BUS GENERAL KNOWLEDGE | ☐ | ☐ | ☒ | | |

DISTRIBUTION: White - Applicant; Canary - BMV/ C Branch

Created by Neevia docCreator trial version http://www.neevia.com

(-10)

**PLEASE PRINT YOUR NAME:** James Hall

In the classroom exercises, you have been on a trip. This is the next day in that trip. ***All the information you need to complete this log page is on this sheet.*** ***You do not need any information from the previous exercises.*** Please complete the log section on this side using the following directions:

| | | |
|---|---|---|
| 12:00 am - 7:00 am | Sleeper Berth – Calumet City, IL | |
| 7:00 am - 7:30 am | PTI Tractor #216 Trailer #9164 | |
| 7:30 am - 8:15 am | Driving | |
| 8:15 am - 8:45 am | On Duty Gary, IN (Drop & Hook) Trailer #9045 BL #9823 | |
| 8:45 am - 2:30 pm | Driving | |
| 2:30 pm - 3:30 pm | Off Duty St. Louis, MO ERI | |
| 3:30 pm - 8:00 pm | Driving | |
| 8:00 pm - 12:00 am | Off Duty Springfield, MO Post Trip | |

Total Miles: 487

***PROOF READ YOUR LOG PAGE AND COMPLETE THE MONTHLY SUMMARY ON THE BACK***

**DRIVER'S DAILY LOG**
(ONE CALENDAR DAY - 24 HOURS)

8 / 25 / 05 (MONTH) (DAY) (YEAR)

487 (TOTAL MILEAGE TODAY)

487 (TOTAL MILES DRIVING TODAY)

I CERTIFY THESE ENTRIES ARE TRUE AND CORRECT

216 - 9164 - 9045 VEHICLE NUMBERS (SHOW EACH UNIT)

J. Hall (DRIVERS SIGNATURE IN FULL)

N/A (NAME OF CO-DRIVER)

C1 Professional Training Center (NAME OF CARRIER OR CARRIERS)

Indianapolis, IN (HOME TERMINAL ADDRESS)

3603 East Raymond Street (MAIN OFFICE ADDRESS)




Shipping document, manifest number, or name of shipper and commodity. Check the time and enter name of place you reported and where released from work and when and where each change of duty occurred. Explain excess hours.

ORIGINAL - File each day at home terminal.
DUPLICATE - Driver retains in his possession for eight days.

FROM: N/A (STARTING POINT OR PLACE)

TO: N/A (DESTINATION OR TURN AROUND POINT OR PLACE)

USE TIME STANDARD AT HOME TERMINAL

Created by Neevia docCreator trial version http://www.neevia.com

# MONTHLY SUMMARY SHEET

Month ________

| Day of mo. | Hours Worked Today (Total of lines 3 & 4 on graph) | 70 HR/8 DAY DRIVERS ONLY A | B | C |
|---|---|---|---|---|
| | | Total hours on-duty last 7 days | Hours available tomorrow (70 hours minus col. A OR 70 hours (if took 34 consecutive hours off duty) | Total hours on-duty last 8 days |
| Last 7 Days of preceding month. | 10.5 | | | |
| | 8 | | | |
| | 11.5 | | | |
| | 12 | | | |
| | 0 | | | |
| | 0 | | | |
| | 0 | | | |
| 1 | 11.5 | 11.5 | 58.5 | 11.5 |
| 2 | 11 | 22.5 | 47.5 | 22.5 |
| 3 | 12 | 34.5 | 35.5 | 34.5 |
| 4 | 13 | 47.5 | 22.5 | 47.5 |
| 5 | 12 | 59.5 | 10.5 | 59.5 (−4) |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |

If you operate on the period of 70 hours in 8 days, use the summary sheet on the left.

The figures 1 to 31 represent calendar days and entries should be made for each day – even when driver does not work. If no work is performed, enter zero (0) in the first column and compute other columns as explained below.

70 HOURS - 8 DAYS

Enter the number of working hours (on duty & driving) for each of the last seven days of the preceding month in the first seven spaces under the column headed "Hours Worked Today". Enter in the first space under Column A the Total of the number of hours worked during the last 7 days. Subtract the figure entered in Column A from 70 hours and enter the figure - hours available for tomorrow - in Column B

At the end of each day, complete the first three columns adjacent to the days of month in the same manner as explained above. Total the number of hours worked during the last 8 days and enter in Column C. If any number in Column C exceeds 70, no driving should have been done. Any driving that was done is a violation and should be circled for easy identification

NOTE: Any time you took 34 consecutive hours off duty, you have 70 hours available again

Created by Neevia docCreator trial version http://www.neevia.com

SIDE 1

RESCORE | MARK ✓ | TOTAL ONLY/ALL SIDES

Trans-Optic® forms by Pearson NCS

KEY ITEM COUNT

FEED THIS DIRECTION

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Fill circle completely

Erase cleanly

| | | | |
|---|---|---|---|
| SCORE | 6 / 68 | # CORRECT | |
| | | % CORRECT | |
| RESCORE | | # CORRECT | |
| | | % CORRECT | |
| ROSTER NUMBER | 25 | SCORE | |
| | | RESCORE | |

NAME James Hall

SUBJECT Straight line

PERIOD ___ DATE 8/31/05

TEST ANS Form

Created by Neevia docCreator trial version http://www.neevia.com

N (WWW.NEEVIA.COM)

SIDE 1

RESCORE MARK ✓ TOTAL ONLY/BOTH SIDES

Trans-Optic® forms by Pearson NCS MM19641-3 22

KEY ITEM COUNT

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Fill circle completely

Erase cleanly

| SCORE | 9 / 90 | # CORRECT |
|---|---|---|
| | | % CORRECT |
| RESCORE | | # CORRECT |
| | | % CORRECT |
| ROSTER NUMBER | 25 | SCORE |
| | | RESCORE |

NAME James Hall

SUBJECT Off Side Docking

PERIOD ____ DATE 8/31/05

TEST ANS Form

(WWW.NEEVIA.COM)
Created by Neevia docCreator trial version http://www.neevia.com

SIDE 1

RESCORE | MARK ✓ | TOTAL ONLY/BOTH SIDES

Trans-Optic® forms by Pearson NCS

FEED THIS DIRECTION

KEY ITEM COUNT

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Fill circle completely

Erase cleanly

| | | | |
|---|---|---|---|
| SCORE | 8 / 80 | # CORRECT | |
| | | % CORRECT | |
| RESCORE | | # CORRECT | |
| | | % CORRECT | |
| ROSTER NUMBER | 25 | SCORE | |
| | | RESCORE | |

NAME James Hall

SUBJECT Parallel Parking

PERIOD

DATE 8/31/05

TEST ANSW
Form N

N (WWW.NEEVIA.COM)
Created by Neevia docCreator trial version http://www.neevia.com

SIDE 1

RESCORE | MARK ✓ | TOTAL ON BOTH SIDES

Trans-Optic® forms by Pearson NCS MM19641-3

T F

1 Ⓐ Ⓑ Ⓒ ● Ⓔ
2 Ⓐ ● Ⓒ Ⓓ Ⓔ
3 Ⓐ Ⓑ ● Ⓓ Ⓔ A
4 Ⓐ Ⓑ ● Ⓓ Ⓔ
5 Ⓐ Ⓑ Ⓒ ● Ⓔ A
6 Ⓐ Ⓑ ● Ⓓ Ⓔ D
7 ● Ⓑ Ⓒ Ⓓ Ⓔ C
8 Ⓐ Ⓑ Ⓒ ● Ⓔ C
9 Ⓐ Ⓑ ● Ⓓ Ⓔ A
10 Ⓐ ● Ⓒ Ⓓ Ⓔ
11 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
12 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
13 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
14 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
15 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
16 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
17 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
18 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
19 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
20 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
21 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
22 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
23 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
24 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
25 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ

T F

26–50 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ (unmarked)

KEY ITEM COUNT

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Ⓐ ● Ⓒ Ⓓ Ⓔ
Fill circle completely

Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
Erase cleanly

| | | | |
|---|---|---|---|
| SCORE | 4 40 | # CORRECT | |
| | | % CORRECT | |
| RESCORE | | # CORRECT | |
| | | % CORRECT | |
| ROSTER NUMBER | 71 | SCORE | |
| | | RESCORE | |

NAME James Hall

SUBJECT Sight Side Backing

PERIOD ____ DATE 3/31/05

TEST ANSW
Form N

N (WWW.NEEVIA.COM)
Created by Neevia docCreator trial version http://www.neevia.com

002149

SIDE 1

◯ RESCORE ◯ MARK ✓ ◯ TOTAL ONLY/BOTH SIDES

Trans-Optic forms by Pearson NCS

T F
1 Ⓐ ● Ⓒ Ⓓ Ⓔ
2 ● Ⓑ Ⓒ Ⓓ Ⓔ
3 Ⓐ ● Ⓒ Ⓓ Ⓔ
4 ● Ⓑ Ⓒ Ⓓ Ⓔ D
5 Ⓐ Ⓑ Ⓒ ● Ⓔ
6 ● Ⓑ Ⓒ Ⓓ Ⓔ
7 Ⓐ Ⓑ Ⓒ ● Ⓔ A
8 Ⓐ Ⓑ ● Ⓓ Ⓔ
9 ● Ⓑ Ⓒ Ⓓ Ⓔ
10 ● Ⓑ Ⓒ Ⓓ Ⓔ
11 Ⓐ Ⓑ ● Ⓓ Ⓔ
12 Ⓐ Ⓑ Ⓒ ● Ⓔ
13 Ⓐ Ⓑ ● Ⓓ Ⓔ
14 Ⓐ Ⓑ ● Ⓓ Ⓔ
15 Ⓐ Ⓑ ● Ⓓ Ⓔ C
16 Ⓐ ● Ⓒ Ⓓ Ⓔ A C
17 ● Ⓑ Ⓒ Ⓓ Ⓔ
18 ● Ⓑ Ⓒ Ⓓ Ⓔ
19 Ⓐ Ⓑ ● Ⓓ Ⓔ B
20 Ⓐ ● Ⓒ Ⓓ Ⓔ
21 Ⓐ ● Ⓒ Ⓓ Ⓔ B
22 Ⓐ Ⓑ Ⓒ ● Ⓔ C
23 Ⓐ ● Ⓒ Ⓓ Ⓔ
24 Ⓐ ● Ⓒ Ⓓ Ⓔ
25 Ⓐ Ⓑ Ⓒ ● Ⓔ A

T F
26 Ⓐ Ⓑ ● Ⓓ Ⓔ
27 Ⓐ ● Ⓒ Ⓓ Ⓔ
28 Ⓐ Ⓑ ● Ⓓ Ⓔ
29 ● Ⓑ Ⓒ Ⓓ Ⓔ
30 Ⓐ ● Ⓒ Ⓓ Ⓔ
31 Ⓐ Ⓑ ● Ⓓ Ⓔ
32 Ⓐ ● Ⓒ Ⓓ Ⓔ
33 Ⓐ Ⓑ ● Ⓓ Ⓔ
34 Ⓐ Ⓑ Ⓒ ● Ⓔ
35 ● Ⓑ Ⓒ Ⓓ Ⓔ
36 Ⓐ Ⓑ ● Ⓓ Ⓔ
37 Ⓐ Ⓑ Ⓒ ● Ⓔ
38 Ⓐ Ⓑ Ⓒ ● Ⓔ
39 ● Ⓑ Ⓒ Ⓓ Ⓔ
40 ● Ⓑ Ⓒ Ⓓ Ⓔ
41 Ⓐ Ⓑ Ⓒ ● Ⓔ
42 Ⓐ Ⓑ Ⓒ ● Ⓔ
43 ● Ⓑ Ⓒ Ⓓ Ⓔ
44 Ⓐ Ⓑ Ⓒ ● Ⓔ
45 Ⓐ ● Ⓒ Ⓓ Ⓔ
46 ● Ⓑ Ⓒ Ⓓ Ⓔ
47 Ⓐ Ⓑ ● Ⓓ Ⓔ
48 Ⓐ ● Ⓒ Ⓓ Ⓔ
49 ● Ⓑ Ⓒ Ⓓ Ⓔ
50 Ⓐ ● Ⓒ Ⓓ Ⓔ

KEY ITEM COUNT

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Ⓐ ● Ⓒ Ⓓ Ⓔ
Fill circle completely

Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
Erase cleanly

| | | | |
|---|---|---|---|
| SCORE | 41 / 82 | # CORRECT / % CORRECT | NAME James Hall |
| RESCORE | | # CORRECT / % CORRECT | SUBJECT General Knowlege |
| ROSTER NUMBER | 31 | SCORE / RESCORE | PERIOD ___ DATE 8/25/05 |

TEST ANS Form

Created by Neevia docCreator trial version http://www.neevia.com

(WWW.NEEVIA.COM)

SIDE 1

RESCORE MARK ✓ TOTAL ONLY/BOTH SIDES

Trans-Optic® forms by Pearson NCS

KEY ITEM COUNT

FEED THIS DIRECTION

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Fill circle completely

Erase cleanly

| | | | |
|---|---|---|---|
| SCORE | 14 / 88 | # CORRECT | |
| | | % CORRECT | |
| RESCORE | | # CORRECT | |
| | | % CORRECT | |
| ROSTER NUMBER | 18 | SCORE | |
| | | RESCORE | |

NAME James Hall

SUBJECT Operators / Signs

PERIOD ____ DATE 8/23/05

TEST ANSWER Form

Created by Neevia docCreator trial version http://www.neevia.com
(WWW.NEEVIA.COM)

SIDE 1

RESCORE | MARK ✓ | TOTAL ONLY/BOTH SIDES

Trans-Optic forms by Pearson NCS

KEY ITEM COUNT

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Fill circle completely

Erase cleanly

| | | | |
|---|---|---|---|
| SCORE | 30<br>88 | # CORRECT<br>% CORRECT | NAME James Hall |
| RESCORE | | # CORRECT<br>% CORRECT | SUBJECT Operators Questions |
| ROSTER NUMBER | 7 | SCORE<br>RESCORE | PERIOD DATE 8/23/05 |

TEST ANSWER Form

N (WWW.NEEVIA.COM)
Created by Neevia docCreator trial version http://www.neevia.com

SIDE 1

RESCORE | MARK ✓ | TOTAL ON YAHOTII SIDES

| | T | F | | | |
|---|---|---|---|---|---|
| 1 | A | B | ● | D | E |
| 2 | ● | B | C | D | E |
| 3 | A | ● | C | D | E C |
| 4 | A | ● | C | D | E |
| 5 | A | ● | C | D | E |
| 6 | A | ● | C | D | E A |
| 7 | ● | B | C | D | E B |
| 8 | A | B | ● | D | E |
| 9 | A | B | ● | D | E |
| 10 | ● | B | C | D | E |
| 11 | A | ● | C | D | E |
| 12 | A | B | ● | D | E |
| 13 | A | ● | C | D | E |
| 14 | A | B | ● | D | E |
| 15 | ● | B | C | D | E C |
| 16 | A | B | ● | D | E |
| 17 | A | B | ● | D | E |
| 18 | A | B | ● | D | E |
| 19 | A | B | ● | D | E |
| 20 | A | ● | C | D | E |
| 21 | A | B | ● | D | E |
| 22 | A | B | ● | D | E |
| 23 | A | B | ● | D | E |
| 24 | A | ● | C | D | E |
| 25 | ● | B | C | D | E |

| | T | F | | | |
|---|---|---|---|---|---|
| 26 | A | B | C | D | E |
| 27 | A | B | C | D | E |
| 28 | A | B | C | D | E |
| 29 | A | B | C | D | E |
| 30 | A | B | C | D | E |
| 31 | A | B | C | D | E |
| 32 | A | B | C | D | E |
| 33 | A | B | C | D | E |
| 34 | A | B | C | D | E |
| 35 | A | B | C | D | E |
| 36 | A | B | C | D | E |
| 37 | A | B | C | D | E |
| 38 | A | B | C | D | E |
| 39 | A | B | C | D | E |
| 40 | A | B | C | D | E |
| 41 | A | B | C | D | E |
| 42 | A | B | C | D | E |
| 43 | A | B | C | D | E |
| 44 | A | B | C | D | E |
| 45 | A | B | C | D | E |
| 46 | A | B | C | D | E |
| 47 | A | B | C | D | E |
| 48 | A | B | C | D | E |
| 49 | A | B | C | D | E |
| 50 | A | B | C | D | E |

KEY ITEM COUNT

FEED THIS DIRECTION

Trans-Optic® forms by Pearson NCS

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Fill circle completely

Erase cleanly

| | | | |
|---|---|---|---|
| SCORE | 21 / 84 | # CORRECT | % CORRECT |
| RESCORE | | # CORRECT | % CORRECT |
| ROSTER NUMBER | 17 | SCORE | RESCORE |

NAME James Hall

SUBJECT AB1

PERIOD

DATE 8/24/05

TEST ANSI

Form I

Created by Neevia docCreator trial version http://www.neevia.com

(WWW.NEEVIA.COM)

SIDE 1

RESCORE MARK ✓ TOTAL ONLY/BOTH SIDES

T F

1 Ⓐ Ⓑ ● Ⓓ Ⓔ
2 Ⓐ ● Ⓒ Ⓓ Ⓔ
3 ● Ⓑ Ⓒ Ⓓ Ⓔ
4 Ⓐ ● Ⓒ Ⓓ Ⓔ
5 ● Ⓑ Ⓒ Ⓓ Ⓔ
6 Ⓐ Ⓑ ● Ⓓ Ⓔ
7 ● Ⓑ Ⓒ Ⓓ Ⓔ
8 Ⓐ ● Ⓒ Ⓓ Ⓔ
9 Ⓐ Ⓑ ● Ⓓ Ⓔ
10 ● Ⓑ Ⓒ Ⓓ Ⓔ
11 ● Ⓑ Ⓒ Ⓓ Ⓔ
12 Ⓐ Ⓑ ● Ⓓ Ⓔ
13 Ⓐ Ⓑ ● Ⓓ Ⓔ
14 Ⓐ ● Ⓒ Ⓓ Ⓔ
15 Ⓐ ● Ⓒ Ⓓ Ⓔ
16 Ⓐ Ⓑ ● Ⓓ Ⓔ
17 Ⓐ ● Ⓒ Ⓓ Ⓔ
18 Ⓐ Ⓑ ● Ⓓ Ⓔ
19 Ⓐ Ⓑ ● Ⓓ Ⓔ
20 Ⓐ ● Ⓒ Ⓓ Ⓔ
21 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
22 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
23 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
24 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
25 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ

T F

26–50 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ (unmarked)

KEY ITEM COUNT

FEED THIS DIRECTION

Trans-Optic® forms by Pearson NCS MM186414

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Ⓐ ● Ⓒ Ⓓ Ⓔ
Fill circle completely

Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
Erase cleanly

| SCORE | 20 / 100 | # CORRECT |
|---|---|---|
| | | % CORRECT |
| RESCORE | | # CORRECT |
| | | % CORRECT |
| ROSTER NUMBER | 1 | SCORE |
| | | RESCORE |

NAME James Hall

SUBJECT Combo I

PERIOD DATE 8/24/05

TEST ANS Form

(WWW.NEEVIA.COM)
Created by Neevia docCreator trial version http://www.neevia.com

SIDE 1

○ RESCORE ○ MARK ✓ ○ TOTAL ONLY/BOTH SIDES

Trans-Optic® forms by Pearson NCS MM1984-3

| Item | Marked (T = A, F = B) |
|---|---|
| 1 | B |
| 2 | A |
| 3 | C |
| 4 | B |
| 5 | A |
| 6 | C |
| 7 | B |
| 8 | C |
| 9 | B |
| 10 | B |
| 11 | A |
| 12 | D |
| 13 | A |
| 14 | B |
| 15 | B |
| 16 | A |
| 17 | A |
| 18 | D |
| 19 | A |
| 20 | B |
| 21 | B |
| 22 | A |
| 23 | A |
| 24 | B |
| 25 | C |

Items 26–50: Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ (no marks)

KEY ITEM COUNT

FEEDING DIRECTION

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Fill circle completely

Erase cleanly

| | | | |
|---|---|---|---|
| SCORE | 26 / 96 | # CORRECT / % CORRECT | |
| RESCORE | | # CORRECT / % CORRECT | |
| ROSTER NUMBER | 26 | SCORE / RESCORE | |

NAME James Hall

SUBJECT Hazmat

PERIOD ____ DATE 8/25/05

TEST ANSW... Form N...

...N (WWW.NEEVIA.COM)
Created by Neevia docCreator trial version http://www.neevia.com

SIDE 1

RESCORE | MARK ✓ | TOTAL ON BOTH SIDES

Trans-Optic® forms by Pearson NCS

KEY ITEM COUNT

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Fill circle completely

Erase cleanly

| | | | |
|---|---|---|---|
| SCORE | 25 / 100 | # CORRECT | |
| | | % CORRECT | |
| RESCORE | | # CORRECT | |
| | | % CORRECT | |
| ROSTER NUMBER | 11 | SCORE | |
| | | RESCORE | |

NAME James Hall

SUBJECT Entry level

PERIOD ______ DATE 8/25/05

TEST ANSWER Form

(WWW.NEEVIA.COM)
Created by Neevia docCreator trial version http://www.neevia.com

SIDE 1

◯ RESCORE ◯ MARK ✓ ◯ TOTAL ONLY/BOTH SIDES

T F

1 Ⓐ Ⓑ Ⓒ ● Ⓔ
2 Ⓐ Ⓑ ● Ⓓ Ⓔ
3 Ⓐ Ⓑ Ⓒ ● Ⓔ
4 Ⓐ Ⓑ ● Ⓓ Ⓔ
5 ● Ⓑ Ⓒ Ⓓ Ⓔ
6 Ⓐ ● Ⓒ Ⓓ Ⓔ
7 ● Ⓑ Ⓒ Ⓓ Ⓔ
8 Ⓐ ● Ⓒ Ⓓ Ⓔ
9 Ⓐ ● Ⓒ Ⓓ Ⓔ
10 Ⓐ Ⓑ Ⓒ ● Ⓔ
11 Ⓐ Ⓑ ● Ⓓ Ⓔ
12 Ⓐ ● Ⓒ Ⓓ Ⓔ
13 ● Ⓑ Ⓒ Ⓓ Ⓔ
14 ● Ⓑ Ⓒ Ⓓ Ⓔ
15 Ⓐ ● Ⓒ Ⓓ Ⓔ
16 Ⓐ ● Ⓒ Ⓓ Ⓔ
17 Ⓐ Ⓑ ● Ⓓ Ⓔ
18 ● Ⓑ Ⓒ Ⓓ Ⓔ
19 Ⓐ Ⓑ ● Ⓓ Ⓔ
20 Ⓐ Ⓑ ● Ⓓ Ⓔ
21 Ⓐ ● Ⓒ Ⓓ Ⓔ
22 Ⓐ ● Ⓒ Ⓓ Ⓔ
23 Ⓐ Ⓑ ● Ⓓ Ⓔ
24 Ⓐ Ⓑ ● Ⓓ Ⓔ
25 ● Ⓑ Ⓒ Ⓓ Ⓔ

T F

26 Ⓐ Ⓑ Ⓒ ● Ⓔ
27 Ⓐ Ⓑ ● Ⓓ Ⓔ
28 Ⓐ ● Ⓒ Ⓓ Ⓔ
29 Ⓐ Ⓑ ● Ⓓ Ⓔ
30 ● Ⓑ Ⓒ Ⓓ Ⓔ
31 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
32 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
33 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
34 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
35 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
36 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
37 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
38 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
39 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
40 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
41 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
42 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
43 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
44 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
45 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
46 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
47 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
48 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
49 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
50 Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ

KEY ITEM COUNT

0 1 2 3 4 5 6 7 8 9

FEED THIS DIRECTION

Trans-Optic forms by Pearson NCS NM19841-3

22

STUDENT ID (UPON REQUEST)

0 1 2 3 4 5 6 7 8 9

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Ⓐ ● Ⓒ Ⓓ Ⓔ
Fill circle completely

Ⓐ Ⓑ Ⓒ Ⓓ Ⓔ
Erase cleanly

| | | | |
|---|---|---|---|
| SCORE | 28 / 97 | # CORRECT | |
| | | % CORRECT | |
| RESCORE | | # CORRECT | |
| | | % CORRECT | |
| ROSTER NUMBER | 1? | SCORE | |
| | | RESCORE | |

NAME James Hall

SUBJECT DOT

PERIOD ____ DATE 8/25/05

TEST ANSWE[R]
Form No.

ON (WWW.NEEVIA.COM)
Created by Neevia docCreator trial version http://www.neevia.com

SIDE 1

RESCORE | MARK ✓ | TOTAL ONLY/BOTH SIDES

T F

1 (A) (B) ● (D) (E)
2 (A) (B) ● (D) (E)
3 (A) ● (C) (D) (E)
4 ● (B) (C) (D) (E)
5 ● (B) (C) (D) (E)
6 (A) (B) ● (D) (E)
7 ● (B) (C) (D) (E)
8 ● (B) (C) (D) (E)
9 (A) (B) ● (D) (E)
10 (A) ● (C) (D) (E)
11 (A) (B) (C) ● (E)
12 (A) (B) ● (D) (E)
13 (A) ● (C) (D) (E)
14 (A) ● (C) (D) (E)
15 (A) ● (C) (D) (E)
16 (A) ● (C) (D) (E)
17 ● (B) (C) (D) (E)
18 ● (B) (C) (D) (E)
19 ● (B) (C) (D) (E)
20 ● (B) (C) (D) (E)
21 ● (B) (C) (D) (E)
22 ● (B) (C) (D) (E)
23 (A) (B) ● (D) (E)
24 (A) ● (C) (D) (E)
25 (A) ● (C) (D) (E)

T F

26–50 (A) (B) (C) (D) (E)

KEY ITEM COUNT

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

(A) ● (C) (D) (E)
Fill circle completely

(A) (B) (C) (D) (E)
Erase cleanly

Trans-Optic® forms by Pearson NCS

| | | | |
|---|---|---|---|
| SCORE | 24 96 | # CORRECT | |
| | | % CORRECT | |
| RESCORE | | # CORRECT | |
| | | % CORRECT | |
| ROSTER NUMBER | 14 | SCORE | |
| | | RESCORE | |

NAME James Hill

SUBJECT Logging

PERIOD ___ DATE 3/25/05

TEST ANSW
Form N

Created by Neevia docCreator trial version http://www.neevia.com

N (WWW.NEEVIA.COM)

SIDE 1

RESCORE | MARK ✓ | TOTAL ONLY/BOTH SIDES

Trans-Optic forms by Pearson NCS

KEY ITEM COUNT

FEED THIS DIRECTION

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Fill circle completely

Erase cleanly

| | | | |
|---|---|---|---|
| SCORE | 44<br>88 | # CORRECT<br>% CORRECT | |
| RESCORE | | # CORRECT<br>% CORRECT | |
| ROSTER NUMBER | 25 | SCORE<br>RESCORE | |

NAME James Hall

SUBJECT Pre Trip

PERIOD ____ DATE 8/29/05

TEST ANSW
Form N

N (WWW.NEEVIA.COM)
Created by Neevia docCreator trial version http://www.neevia.com

002159

SIDE 1

RESCORE | MARK ✓ | TOTAL ONLY/BOTH SIDES

T F

1 A B C D E
2 A B C D E
3 A B C D E
4 A B C D E
5 A B C D E
6 A B C D E
7 A B C D E
8 A B C D E
9 A B C D E
10 A B C D E
11 A B C D E
12 A B C D E
13 A B C D E
14 A B C D E
15 A B C D E
16 A B C D E
17 A B C D E
18 A B C D E
19 A B C D E
20 A B C D E
21 A B C D E
22 A B C D E
23 A B C D E
24 A B C D E
25 A B C D E

T F

26 A B C D E
27 A B C D E
28 A B C D E
29 A B C D E
30 A B C D E
31 A B C D E
32 A B C D E
33 A B C D E
34 A B C D E
35 A B C D E
36 A B C D E
37 A B C D E
38 A B C D E
39 A B C D E
40 A B C D E
41 A B C D E
42 A B C D E
43 A B C D E
44 A B C D E
45 A B C D E
46 A B C D E
47 A B C D E
48 A B C D E
49 A B C D E
50 A B C D E

KEY ITEM COUNT

FEED THIS DIRECTION

Trans-Optic® forms by Pearson NCS ... 22

STUDENT ID (UPON REQUEST)

MARKING INSTRUCTIONS

Use a No. 2 Pencil

Fill circle completely

Erase cleanly

| | | |
|---|---|---|
| SCORE | 24 / 96 | # CORRECT / % CORRECT |
| RESCORE | | # CORRECT / % CORRECT |
| ROSTER NUMBER | 2 | SCORE / RESCORE |

NAME James Hall

SUBJECT Map trip

PERIOD ____ DATE ____

TEST ANSWER Form No.

ION (WWW.NEEVIA.COM)

Created by Neevia docCreator trial version http://www.neevia.com

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

DAC Services

# US MVR Express

Customer: C 1 Professional - Indianapolis In (134992)
Actor: Renee Dunn (29979renee)
Customer Reference: 283765686
Customer Sub: C1
SSN: 283765686

.... M V R R E P O R T ....

STATE: OHIO D R I V E R I N F O R M A T I O N

HALL, JAMES M REF: 283765686
[redacted]
LICENSE: OD246182

[redacted] SEX:M HGT:6'00" WT:200 EYES:GREE HAIR:BLAC
REQUESTED AS/ALSO KNOWN AS [redacted] HALL, JAMES

D R I V E R L I C E N S E I N F O R M A T I O N

| CLASS | ISSUED | EXPIRES | STATUS | RESTRICTIONS |
|---|---|---|---|---|
| CDL-A | 11/10/05 | 10/07/09 | VALID | |

M I S C E L L A N E O U S / S T A T E S P E C I F I C I N F O R M A T I O N

CLASS: CDL-A=COMB VEH>26,000 GVWR, TOWED UNIT>10,001 GVWR
MISC: NO DRIVER RECORDS IN FILE
MISC: REPORT CONTAINS ALL ACTIVE WITHDRAWALS, ACCIDENTS FOR THREE YEARS FROM
MISC: THE ACCIDENT DATE AND CONVICTIONS FOR THREE YEARS FROM THE CONVICTION
MISC: DATE.

D R I V I N G R E C O R D I N F O R M A T I O N

TYPE V/S-DATE C/R-DATE DESCRIPTION V/C-CODE PTS

MVR RECORD CLEAR

DAC RPT#:004- DAC ACCT#:10322-C1 DAC REF#:103220601040813
DMV DATE:01/04/06 DMV ACCT#:

V/S-DATE=Violation/Suspension Date C/R-DATE=Conviction/Reinstatement Date

DAC Services

# Transportation Employment History

Customer: C 1 Professional - Indianapolis In (134992)
Actor: Renee Dunn (29979renee)
Customer Reference: 283765686

EMPLOYMENT HISTORY #1

Search using HALL,J, 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

EMPLOYMENT RECORD 01/04/2006 08:13:56 5600477386

Driver: HALL,J [redacted]

Contributed By: U S A TRUCK - PERSONNEL
3108 INDUSTRIAL PARK RD
VAN BUREN, AR 72956

Phone: (800)872-8782

Original data received by DAC on 11/10/2005

| | |
|---|---|
| Period of Service: | From 09/2005 To 11/2005 |
| License Number: | IN,2080283078 |
| ELIGIBLE FOR REHIRE: | Review required before rehiring |
| REASON FOR LEAVING: | Resigned/Quit (or Driver Terminated Lease) |
| STATUS: | Student/Trainee |
| DRIVER'S EXPERIENCE: | Over the Road |
| EQUIPMENT OPERATED: | Dry Box |
| LOADS HAULED: | Gen. Commodity |
| WORK RECORD: | Quit/Dismissed During Training/Orientation/Probation |

Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown) while assigned to the driver regardless of fault. Adverse information is reported for 7 years.

Number of DOT Recordable accidents less than 7 years old: 0
Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.

( END OF REPORT )

# Employment Record for Past 10 Years

SWIFT [redacted]

Name: USA Trucking
Address: 3108 Industrial Park Rd Van Buren AR 72956
Position Held: CDL-A
Reason for Leaving: Issue with company
Gap in employment: 5 mnth From: Mar-05 To: Aug-05
From: Sep-08 To: Nov-05
Phone: (800)872-8782
Supervisor: NA
Equipment:
See Attached Form

---

Name: Summitt Diner
Address: 121 Summit St Toledo OH 43605
Position Held: Cook
Reason for Leaving: Went on disability
Gap in employment: From: To:
From: Mar-99 To: Mar-05
Phone: (419)242-5200
Supervisor: Sam Awaea
Equipment:

---

Name:
Address:
Position Held:
Reason for Leaving:
Gap in employment: From: To:
From: To:
Phone:
Supervisor:
Equipment:

---

Name:
Address:
Position Held:
Reason for Leaving:
Gap in employment: From: To:
From: To:
Phone:
Supervisor:
Equipment:

---

Name:
Address:
Position Held:
Reason for Leaving:
Gap in employment: From: To:
From: To:
Phone:
Supervisor:
Equipment:

---

Name:
Address:
Position Held:
Reason for Leaving:
Gap in employment: From: To:
From: To:
Phone:
Supervisor:
Equipment:

---

Name:
Address:
Position Held:
Reason for Leaving:
Gap in employment: From: To:
From: To:
Phone:
Supervisor:
Equipment:

DRIVER SOLUTIONS

**Employment Gap Form**

Student Name: James M Hall

[redacted] [redacted]

Gap Period: From: 3/2005 To: 8/2005

Please check all that apply:

____ During this time I was unemployed but receiving unemployment benefits. (You must include proof of unemployment benefits by a printout or check stub).

X During this time I was receiving Disability benefits

____ During this time I was self-employed. (You must list references and/or attach proof of self-employment).

____ During this time I was living off of retirement benefits from __________. (Please include check stub or printout of benefits from your pension).

____ During this time I was incarcerated or facing criminal charges that kept me from maintaining stable employment. (Please list circumstances and charges below).

Explanation: Claiming Disability Case#283765686HA

**References:** Please list 2 non-family members who can confirm the statements made on this affidavit are true to the best of their knowledge.

Name: Carol Watters Relationship: friend

Address: Toledo OH Phone #: (419)382-4518

Name: Todd Post Relationship: friend

Address: Toledo OH Phone #: (419) 360-0361

**** I swear that the following affidavit is true and accurate to the best of my knowledge.*

Student Signature: Auth over phone by Jame Hall-CI Jon Shannon Date: 01/04/2006