SSA-1826

ITEMIZED STATEMENT OF EARNINGS

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
6100 WABASH AVENUE
BALTIMORE MARYLAND 21215

Date: 08/27/2019

THE DILL FIRM
P O BOX 3324
LAFAYETTE LA 70502

We are sending the statement of earnings requested for:

Number Holder's Name: JAMES M HALL
Social Security Number: XXX-XX-[redacted]

Years Requested: 1991 THRU 2018

Control Number: 19238135723

Enclosure(s):
Earnings Statement

OCT 0 1 2019

SSA-1826 ITEMIZED STATEMENT OF EARNINGS

SOCIAL SECURITY ADMINISTRATION
EARNINGS RECORD INFORMATION

Date: 08/27/2019

Our records show the amount of earnings reported, not the amount of Social Security taxes that were paid.

Wages were first covered under Social Security in 1937. Therefore, 1937 is the first year for which earnings may be shown on our records. Employers were required to report earnings semi-annually in 1937, and on a quarterly basis for the years from 1938 through 1977. Beginning with 1978, employers are required to report earnings annually.

Our records do not show the exact date of employment (month and day) because we do not need this information to figure Social Security benefits. Employers do not give us this information.

Each year, there is a maximum amount of earnings that is subject to Social Security taxes and is used to compute benefits. If a person earns more than this maximum amount, the earnings statement will usually show the maximum rather than the total earnings. Maximum benefits can be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

Beginning in 1951, self-employed persons could also receive Social Security credit for their work. The maximum amounts of self-employment earnings that are subject to Social Security taxes and are used to compute benefits can also be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

If you have any questions, you should call, write, or visit any Social Security office. If you visit or call, please bring this letter. It will help us answer questions. The toll free number to call is 1-800-772-1213 (for the deaf or hard of hearing, call our TTY number, 1-800-325-0778).

Form SSA-7050 (10-2018)



# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

1. Provide your name as it appears on your most recent Social Security card or the name of the individual whose earnings you are requesting.

First Name: James — Middle Initial: M

Last Name: Hall

Social Security Number (SSN) [redacted] One SSN per request

Date of Birth: [redacted] Date of Death: __ / __ / ____

Other Name(s) Used
Maiden Name)

2. What kind of earnings information do you need? (Choose ONE of the following types of earnings or SSA must return this request.)

☑ Itemized Statement of Earnings $91.00
(includes the names and addresses of employers)
If you check this box, tell us why you need this information below.

Year(s) Requested: 1991 to 2019
Year(s) Requested: 1991 to 2019

☑ Check this box if you want the earnings information CERTIFIED for an additional $34.00 fee.

☐ Certified Yearly Totals of Earnings $34.00
(Does not include the names and addresses of employers)Yearly earnings totals are FREE to the public if you do not require certification. To obtain FREE yearly totals of earnings, visit our website at www.ssa.gov/myaccount.

Year(s) Requested: ____ to ____
Year(s) Requested: ____ to ____

3. If you would like this information sent to someone else, please fill in the information below.
I authorize the Social Security Administration to release the earnings information to:

Name The Dill Firm

Address PO Box 3324 — State LA

City Lafayette — ZIP Code 70502

4. I am the individual to whom the record pertains (or a person authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

Signature AND Printed Name of Individual or Legal Guardian — *SSA must receive this form within 120 days from the date signed*

Date 07 / 20 / 2019

Relationship (if applicable, you must attach proof) — Daytime Phone:

Address 655 Marie Antoinette Apt 345 — State LA

City Lafayette — ZIP Code 70506

Witnesses must sign this form ONLY if the above signature is by marked (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

1. Signature of Witness — 2. Signature of Witness

Address *(Number and Street, City, State and ZIP Code)* — Address *(Number and Street, City, State and ZIP Code)*

RECEIVED AUG 0 8 2019

THE DILL FIRM
A PROFESSIONAL LAW CORPORATION

825 Lafayette Street / P.O. Box 3324 / Lafayette, LA 70502-3324
P 337.261.1408 / F 337.261.9176 / www.dillfirm.com

JAMES M. DILL
DAVID R. RABALAIS
DAVID P. VIAL II*
G. AUSTIN LOVE
VIVIAN V. NEUMANN
RICHARD MONTGOMERY
MATTHEW S. GREEN**
Of Counsel
Helen Onebane Mendell

* Also Admitted in Tennessee
** Also Admitted in Rhode Island, Massachusetts

Extension 1231

July 22, 2019

Social Security Administration
Division of Earnings Records Operations
6100 Wabash Avenue
Baltimore, MD 21215

Re: James Michael Hall v. Landstar Ranger, Inc., et al.
USDC Western District of Louisiana, Docket: 6:18-cv-00410
Our File No. 3585

3rd attempt

Dear Sir or Madame:

Enclosed is an original executed Request for Social Security Earnings Information. In connection with the same, please provide us with a certified copy of the records of **James Michael Hall, DOB:** [redacted] **Social Security Number:** [redacted] I have enclosed our firm's check in the amount of $125.00 in payment of same.

Should you have any questions or require any additional information or documentation in order to respond to my request, please contact me at the phone number captioned above.

With kindest personal regards, I am

Sincerely yours,

Kerri Clark

KERRI M. CLARK
Paralegal

kmc
Enclosures

RECEIVED AUG 0 8 2019

## SOCIAL SECURITY ADMINISTRATION

Baltimore, Maryland 21290-0300

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I certify that all signatures of Social Security Administration officials on the annexed document(s) are genuine and made pursuant to the signers' official capacity.

I further certify that these records may not show all the earnings reported for the periods ending after December 31, 2017 because of the time required to receive and process reports.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 25th day of September, 2019

M. De Los Reyes

Monica De Los Reyes
Director
Division of Earnings and Business Services
Office of Central Operations

Form SSA-473 (09/13)
Destroy Prior Edition

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX[redacted] * * *

FROM: SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
6100 WABASH AVENUE
BALTIMORE MARYLAND 21215

NUMBER HOLDER NAME: JAMES M HALL
YEARS REQUESTED: 1991 THRU 2018

THE DILL FIRM
P O BOX 3324
LAFAYETTE LA 70502

EMPLOYER NUMBER: 31-0743272
METROMEDIA STEAKHOUSES INC
215 E 67TH ST
NEW YORK NY 10021-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $43.38 |

EMPLOYER NUMBER: 34-0895516
CLEVELAND PLAY HOUSE CLUB
8501 CARNEGIE AVE
CLEVELAND OH 44106-2919

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $124.71 |

EMPLOYER NUMBER: 34-0902847
FREE WAY DRIVE IN INC
2665 NAVARRE AVE
OREGON OH 43616-3245

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $775.21 |
| 2004 | | | | | $110.50 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 34-0933453
BPL CORPORATION
PO BOX 670
PERRYSBURG OH 43552-0670

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $92.78 |

EMPLOYER NUMBER: 34-1234055
AIM EXECUTIVE HOLDING INC
1760 MANLEY RD
MAUMEE OH 43537-9400

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $43.00 |

EMPLOYER NUMBER: 34-1433018
ERIE BUILDING AND MAINTENANCE INC
2354 N MANOR DR
GENOA OH 43430-9754

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $38.00 |

EMPLOYER NUMBER: 34-1564297
LIN-LES INC
CONCHITAS
513 JEFFERSON AVE
TOLEDO OH 43604-1094

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $36.13 |

EMPLOYER NUMBER: 34-1594610
MAXINES RESTAURANT & NITE CLUB INC
MAXINES FINE FOOD & SPIRITS
4958 HUNTERS GREEN DR
TOLEDO OH 43623-2980

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $192.92 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX[redacted] * * *

EMPLOYER NUMBER: 34-1642647
HARVEYS INCORPORATED
HARVEYS BAR
PO BOX 140692
TOLEDO OH 43614-0692

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $320.62 |

EMPLOYER NUMBER: 35-9980000
SPAMIS DATA CENTER JOB CORPS PAY
1627 WOODLAND AVE
AUSTIN TX 78741-2554

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $53.33 |

EMPLOYER NUMBER: 59-1173247
GREAT LAKES RESTAURANTS OF OHIO
INC
1412 ARROWHEAD DR
MAUMEE OH 43537-4016

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $36.10 |

EMPLOYER NUMBER: 75-1393176
SPAGHETTI WAREHOUSE RESTAURANTS INC
% ACCOUNTING DEPT
20377 SW ACACIA ST FL 2ND
NEWPORT BEACH CA 92660-0780

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $247.10 |

EMPLOYER NUMBER: 84-0923893
GREAT TASTES RESTAURANT INC
KENROWS
3111 GALILEO LN
BOULDER CO 80301-5463

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1991 | | | | | $552.25 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 34-1264785
R G BENNETT
BURGER KING NO 4319 & 4354
1540 S HOLLAND SYLVANIA RD
MAUMEE OH 43537-1376

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1992 | | | | | $32.06 |

EMPLOYER NUMBER: 34-1314124
RECOVERY INC
RECOVERY ROOM ETC
7370 CAPTAIN HARBOUR CT
MAUMEE OH 43537-8670

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1992 | | | | | $640.93 |

EMPLOYER NUMBER: 34-1376350
SLAVA INC
EL MATADOR RESTAURANT
3995 STERNS RD
LAMBERTVILLE MI 48144-9300

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1992 | | | | | $60.10 |

EMPLOYER NUMBER: 34-1471266
V GLADIEUX ENTERPRISES INC
3550 EXECUTIVE PKWY STE 7
TOLEDO OH 43606-1339

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1992 | | | | | $596.33 |

EMPLOYER NUMBER: 35-1263572
M B R CORPORATION
3901 E STONEGATE DR
BLOOMINGTON IN 47401-9800

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1992 | | | | | $3.83 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 35-1279978
SERVUS INC
SERVUS
4201 MANNHEIM RD STE A
JASPER IN 47546-9617

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1992 | | | | | $198.75 |

EMPLOYER NUMBER: 35-1516887
ROYAL EXTERIOR DECORATIONS INC
1730 ROYAL ACRES CT
TERRE HAUTE IN 47803-3914

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1992 | | | | | $137.30 |

EMPLOYER NUMBER: 41-0901437
CHI-CHIS INC
2701 ALTON PKWY
IRVINE CA 92606-5149

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1992 | | | | | $653.39 |

EMPLOYER NUMBER: 58-1165941
ARG RESOURCES INC
% DIRECTOR OF TAX
1155 PERIMETER CTR
ATLANTA GA 30338-5463

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1992 | | | | | $12.33 |

EMPLOYER NUMBER: 62-0600415
PILOT CORPORATION
% PAUL PARDUE
5508 LONAS DR
KNOXVILLE TN 37909-3221

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1992 | | | | | $422.21 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 95-2023160
DENNYS INC
% DENNYS CORPOTATION
203 E MAIN ST
SPARTANBURG SC 29319-0001

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1992 | | | | | $619.10 |
| 1996 | | | | | $256.88 |

EMPLOYER NUMBER: 34-0941529
ARBYS INC
% PAYROLL TAX DEPARTMENT
1000 CORPORATE DR
FT LAUDERDALE FL 33334-3634

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1993 | | | | | $194.14 |

EMPLOYER NUMBER: 34-1628397
DRB RESTAURANTS INC
PO BOX 8326
TOLEDO OH 43605-0326

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1993 | | | | | $503.63 |
| 1994 | | | | | $94.57 |

EMPLOYER NUMBER: 34-1704822
AIM STAFFING INC
AIM EXEC TEMP & CONTRACT SERVICES
1760 MANLEY RD
MAUMEE OH 43537-9400

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1993 | | | | | $364.93 |

EMPLOYER NUMBER: 35-1443141
BAESLERS INC
2900 POPLAR ST
TERRE HAUTE IN 47803-2661

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1993 | | | | | $189.00 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS

* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 37-0860281
HOSPITAL & MEDICAL FOUNDATION OF
PARIS INC
721 E COURT ST
PARIS IL 61944-2460

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1993 | | | | | $269.18 |

EMPLOYER NUMBER: 43-1491230
PREMCOR REFINING GROUP INC
% ACCOUNTS PAYABLE
PO BOX 696000
SAN ANTONIO TX 78269-6000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1993 | | | | | $2,545.59 |

EMPLOYER NUMBER: 48-0918730
PIZZA HUT OF PARIS INC
PO BOX 12248
WICHITA KS 67277-2248

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1993 | | | | | $334.48 |

EMPLOYER NUMBER: 31-1121348
TRI-ANGLE SECURITY INC
2105 S HAMILTON RD STE 208
COLUMBUS OH 43232-4145

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1994 | | | | | $288.00 |

EMPLOYER NUMBER: 34-1706890
TSA INC
1923 1/2 W ALEXIS RD
TOLEDO OH 43613-2212

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1994 | | | | | $27.63 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 34-6520509
BP EXPLORATION & OIL INC
ENERGY BUSINESS CENTER
8401 NEW TRAILS DR
THE WOODLANDS TX 77381-4165

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1994 | | | | | $590.78 |

EMPLOYER NUMBER: 34-6529730
BENNETT ENTERPRISES INC
PO BOX 670
PERRYSBURG OH 43552-0670

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1994 | | | | | $556.49 |
| 1995 | | | | | $347.16 |
| 1998 | | | | | $169.72 |
| 2001 | | | | | $378.70 |

EMPLOYER NUMBER: 38-1274536
MEIJER INC
TAX DEPT
2929 WALKER AVE NW
GRAND RAPIDS MI 49544-9428

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1994 | | | | | $1,046.82 |

EMPLOYER NUMBER: 38-3138582
EL-KHATIB INC & MY PLACE ROCKS INC
1403 SHORE CLUB DR
ST CLR SHORES MI 48080-1566

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1994 | | | | | $87.50 |

EMPLOYER NUMBER: 58-1953503
S J T INC
T J SMILES
1250 GORDON HWY
AUGUSTA GA 30901-3824

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1994 | | | | | $300.00 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 74-1652960
DF & R RESTAURANTS INC
HANCOCK AT WASHINGTON
MADISON GA 30650-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1994 | | | | | $39.88 |

EMPLOYER NUMBER: 95-1460469
ASSOCIATED HOSTS OF CALIFORNIA INC
PO BOX 780001
WICHITA KS 67278-0001

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1994 | | | | | $107.91 |

EMPLOYER NUMBER: 31-1348408
DAYTON FUELING INC
DAYTON TRUCK STOP
5700 EXECUTIVE BLVD
DAYTON OH 45424-1449

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1995 | | | | | $865.35 |

EMPLOYER NUMBER: 34-1055832
CONTINENTAL SECRET SERVICE BUREAU
INC
419 N HURON ST
TOLEDO OH 43604-1453

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1995 | | | | | $23.38 |

EMPLOYER NUMBER: 34-1566338
BIGGS-WEAVER INC
GLORIAS
1800 MIAMI ST
TOLEDO OH 43605-3318

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1995 | | | | | $336.38 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 34-1585991
J & O RESTAURANT INC
YOPPOLO LOUIS TTEE
300 MADISON AVE
TOLEDO OH 43604-1561

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1995 | | | | | $87.00 |

EMPLOYER NUMBER: 34-1787676
SCREWY LOUIS INC
CONNIE MACS BAR & GRILLE
5131 HEATHERDOWNS BLVD
TOLEDO OH 43614-2117

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1995 | | | | | $268.80 |

EMPLOYER NUMBER: 58-1081292
TS DRIVE-IN & RESTAURANT INC
3416 MIKE PADGETT HWY
AUGUSTA GA 30906-3816

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1995 | | | | | $191.42 |

EMPLOYER NUMBER: 58-1968313
TRIPLE J & L INC
% LAMAR NOBLE
840 HWY 100
TALLA POOSA GA 30176-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1995 | | | | | $1,116.00 |

EMPLOYER NUMBER: 58-2118886
HOOTERS OF AUGUSTA INC
% HOOTERS OF AMERICA INC
1815 THE EXCHANGE SE
ATLANTA GA 30339-2027

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1995 | | | | | $235.34 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 59-3291007
KASPER GROUP INC
LABOR WORLD OF TALLAHASSEE
PO BOX 20438
TALLAHASSEE FL 32316-0438

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1995 | | | | | $34.00 |

EMPLOYER NUMBER: 59-3302642
JENNER CONSTRUCTION INC
298 E GENEVA ST
OCOEE FL 34761-2969

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1995 | | | | | $65.00 |

EMPLOYER NUMBER: 75-2527376
BABY SALSA OF ATLANTA INC
3100 MONTICELLO AVE STE 325
DALLAS TX 75205-3477

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1995 | | | | | $138.11 |

EMPLOYER NUMBER: 34-4204250
FRED CHRISTEN & SONS COMPANY
% BILL KAISER
714 GEORGE ST
TOLEDO OH 43608-2914

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $1,676.74 |

EMPLOYER NUMBER: 34-4417131
NORDMANN ROOFING CO INC
% ROBERT W MACKINNON PRESIDENT
1722 STARR AVE
TOLEDO OH 43605-2499

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $1,100.75 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 35-1792678
MEANWHILE LTD
HEARTLAND
2340 S RIVER RD STE 300
DES PLAINES IL 60018-3224

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $103.40 |

EMPLOYER NUMBER: 35-1897018
FUNNY BONE COMEDY CLUB OF SOUTH
BEND INC
% GERALD KUBACH
7700 BONHOMME AVE STE 510
SAINT LOUIS MO 63105-0030

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $36.25 |

EMPLOYER NUMBER: 35-1898915
MISHAWAKA BISTRO L P
T G I FRIDAYS
% SANFORD J LEVINSON GEN PTR
1311 W 96TH ST STE 205
INDIANAPOLIS IN 46260-1194

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $87.21 |

EMPLOYER NUMBER: 35-1967464
HMR ACQUISITION COMPANY INC
HACIENDA MEXICAN RESTAURANTS
1501 N IRONWOOD DR
SOUTH BEND IN 46635-1841

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $316.60 |

EMPLOYER NUMBER: 35-1990166
B R J P INC
SQUEAKERS
LOCAL
OSCEOLA IN 46561-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $173.75 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX[redacted] * * *

EMPLOYER NUMBER: 36-2407381
UNITED PARCEL SERVICE INC
% CORPORATION SERVICE CO
55 GLENLAKE PKWY
ATLANTA GA 30328-3498

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $573.11 |

EMPLOYER NUMBER: 38-2486843
SOUTH BEND RESTAURANT OPERATORS INC
31800 NORTHWESTERN HWY STE 320
FARMINGTON HILLS MI 48334-1665

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $430.67 |

EMPLOYER NUMBER: 58-1861457
PHOENIX RESTAURANT GROUP INC &
SUBSIDIARIES
% NEIL DEMCHICK
1637 THAMES ST
BALTIMORE MD 21231-3430

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $218.76 |

EMPLOYER NUMBER: 59-1219168
G M R I INC
% TAX DEPARTMENT
1000 DARDEN CENTER DR
ORLANDO FL 32837-4032

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $88.46 |

EMPLOYER NUMBER: 61-1154611
BARKER AND COMPANY
894 MCMEEKIN PL
LEXINGTON KY 40502-2788

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $106.30 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 61-1285792
DEJA VU OF KENTUCKY INC
485 W NEW CIRCLE RD
LEXINGTON KY 40511-1832

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $80.00 |

EMPLOYER NUMBER: 13-3889295
COLUMBIA FOOD SERVICE L L C
MEZZALUNA
% PAVIA & HARCOURT-RJG
345 KINDERKAMACK RD
WESTWOOD NJ 07675-1600

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1997 | | | | | $57.00 |

EMPLOYER NUMBER: 58-1305490
FLOWER POT FOOD FACTORY INC
GOOD OL DAYS
2356 LAVISTA RD NE
ATLANTA GA 30329-3347

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1997 | | | | | $1,077.05 |

EMPLOYER NUMBER: 58-2025135
FARR MANAGEMENT CORPORATION INC
% SCOTT T FARR
PO BOX 1484
CANTON GA 30169-1484

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1997 | | | | | $848.45 |

EMPLOYER NUMBER: 58-2320239
BONZ INC
P-BONZ SPORTS GRILL
3240 S COBB DR STE N
SMYRNA GA 30080-4180

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1997 | | | | | $375.63 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX[redacted] * * *

EMPLOYER NUMBER: 63-0475239
RUBY TUESDAY INC
RAYMOND A BLANCHETTE III
% F LANE CARDWELL JR
333 E BROADWAY AVE
MARYVILLE TN 37804-5743

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1997 | | | | | $956.34 |

EMPLOYER NUMBER: 04-2053130
FRIENDLY ICE CREAM CORP
10300 SW ALLEN BLVD
BEAVERTON OR 97005-4833

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1998 | | | | | $288.00 |
| 1999 | | | | | $580.00 |

EMPLOYER NUMBER: 31-1156934
BOB EVANS FARMS LLC
% BOB EVANS FARMS INC DELEWARE
8200 WALTON PKWY
NEW ALBANY OH 43054-7687

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1998 | | | | | $971.47 |

EMPLOYER NUMBER: 34-1817747
FRICK ENTERTAINMENT XIV INC
FRICKERS
4963 SPRINGBORO PIKE
MORAINE OH 45439-1941

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1998 | | | | | $2,010.00 |

EMPLOYER NUMBER: 35-1913156
SOUTHWEST DINING INC
CHILIS
4220 EDISON LAKES PKWY
MISHAWAKA IN 46545-1462

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1998 | | | | | $230.52 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 58-1098485
SANDY SPRINGS TIRE CENTER INC
% LEROY LASHLEY
3790 BASS LN
CUMMING GA 30040-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1998 | | | | | $440.41 |

EMPLOYER NUMBER: 58-1786505
BRICKERY GRILL & BAR
6125 ROSWELL RD
ATLANTA GA 30328-3905

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1998 | | | | | $176.88 |

EMPLOYER NUMBER: 58-2035963
GONE SOUTH INC
LULUS BAIT SHACK
% T LEVINE
27 ROSECLIFF DR
NASHUA NH 03062-2434

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1998 | | | | | $167.48 |

EMPLOYER NUMBER: 58-2068494
265 PHARR CORP
ATLANTA FISH MARKET
265 PHARR RD NE
ATLANTA GA 30305-2225

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1998 | | | | | $7.99 |

EMPLOYER NUMBER: 58-2309570
CONGI INC
WING FACTORY
4279 ROSWELL RD NE STE 605
ATLANTA GA 30342-3759

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1998 | | | | | $484.69 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 91-1123437
BILLY MCHALES CORPORATION
BILLY MCHALES BAR B Q RANCH
% NANCY JAMES TRUSTEE
15008 63RD DR SE
SNOHOMISH WA 98296-4213

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1998 | | | | | $66.14 |

EMPLOYER NUMBER: 94-1663458
FJ MANAGEMENT INC
% JANAE STACEY
185 S STATE ST STE 1300
SALT LAKE CTY UT 84111-1537

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1998 | | | | | $560.82 |

EMPLOYER NUMBER: 31-1248938
DAMONS RESTAURANTS INC
4555 KNIGHTSBRIDGE BLVD
COLUMBUS OH 43214-4324

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $368.99 |

EMPLOYER NUMBER: 31-1582676
VISTULA CORPORATION
VISTULA INC
% DEMOCRATIC PUB
Z
TOLEDO OH 43604-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $162.07 |

EMPLOYER NUMBER: 34-1661776
WOOD COUNTY WORK INDUSTRY PROGRAM
% NWCCC
1740 E GYPSY LANE RD
BOWLING GREEN OH 43402-9080

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $2,697.32 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 34-1717676
MORRIS M P J INC
MORRIS
520 MADISON AVE
TOLEDO OH 43604-1302

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $1,696.00 |

EMPLOYER NUMBER: 34-1817896
TIM KAZMAIERS RESTAURANTS INC
TKS RESTAURANT & LOUNGE
202 LOUISIANA AVE
PERRYSBURG OH 43551-1459

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $459.25 |

EMPLOYER NUMBER: 34-1866325
CHRISTOPHERS FLAT TOP GRILL INC
PO BOX 14496
TOLEDO OH 43614-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $39.00 |

EMPLOYER NUMBER: 34-1867972
TOLEDO BREWING COMPANY LTD
ARROWHEAD BREWING COMPANY
PO BOX 847
MC COMB OH 45858-0847

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $224.15 |

EMPLOYER NUMBER: 34-1872458
CITY DINER LLC
SKAFF JOE GEN PTR
2524 NAVARRE AVE
OREGON OH 43616-3190

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $518.50 |
| 2005 | | | | | $64.13 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 34-1879177
TOLEDO SHOWNS LIMITED
SHAWNS BACK DOOR
4400 HEATHERDOWNS BLVD
TOLEDO OH 43614-3147

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $726.76 |

EMPLOYER NUMBER: 34-1905772
SEAGATE DINNER THEATER COMPANY
1 SEAGATE LEVEL # 118
TOLEDO OH 43604-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $113.99 |

EMPLOYER NUMBER: 62-1292102
COOKER RESTAURANT CORP
% FRANCHISE SERVICES CO
2609 WEST END AVE
NASHVILLE TN 37203-1424

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $424.44 |
| 2000 | | | | | $595.62 |

EMPLOYER NUMBER: 34-1117526
ABES LOUNGE INC
SALLOCKS COOKHOUSE
3340 CROMWELL DR
OREGON OH 43616-2373

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2000 | | | | | $45.35 |

EMPLOYER NUMBER: 34-1132545
CARMELS MEXICAN RESTAURANT INC
% THE SKUTCH ARLOW GROUP C A R
2947 TREMAINSVILLE RD
TOLEDO OH 43613-1943

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2000 | | | | | $441.09 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 34-4476618
DRI-CAR-TO CORPORATION
COUSINOS STEAK HOUSE
% COUSINO STEAK HOUSE
1842 WOODVILLE RD
OREGON OH 43616-3160

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2000 | | | | | $845.00 |
| 2008 | | | | | $419.76 |

EMPLOYER NUMBER: 34-1189353
TOMS FAMILY RESTAURANT INC
2450 WOODVILLE RD
OREGON OH 43616-3844

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2001 | | | | | $813.93 |

EMPLOYER NUMBER: 95-2890471
REMEDYTEMP LLC
% THE SELECT FAMILY OF STAFFING COS
3820 STATE ST
SANTA BARBARA CA 93105-3182

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2002 | | | | | $6.18 |

EMPLOYER NUMBER: 31-1041397
MAX & ERMAS RESTAURANT INC BKCY EST
1515 MARKET ST STE 820
PHILADELPHIA PA 19102-1908

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2003 | | | | | $313.60 |

EMPLOYER NUMBER: 20-0072264
BASIC BUSINESS INC
% HANY DABISH
303 MAIN ST
TOLEDO OH 43605-2037

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2004 | | | | | $131.25 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 55-0821590
SKAFFS STAR DINER LTD
SKAFF JOSEPH WINFIELD SOLE MEMBER
4480 HEATHERDOWNS BLVD
TOLEDO OH 43614-3113

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2005 | | | | | $1,052.13 |

EMPLOYER NUMBER: 71-0556971
USA TRUCK INC
3200 INDUSTRIAL PARK RD
VAN BUREN AR 72956-6110

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2005 | | | | | $1,750.00 |

EMPLOYER NUMBER: 34-1792743
SEAWAY FUELS TRUCKING INC
PO BOX 140638
TOLEDO OH 43614-0638

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2006 | | | | | $15,758.90 |
| 2007 | | | | | $2,371.60 |

EMPLOYER NUMBER: 62-1255088
U S XPRESS INC
4080 JENKINS RD
CHATTANOOGA TN 37421-1174

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2006 | | | | | $461.00 |

EMPLOYER NUMBER: 34-1939128
GETGO TRANSPORTATION CO LLC
TOMASE ANTHONY W MEMBER
28500 LEMOYNE RD
MILLBURY OH 43447-9431

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2007 | | | | | $6,592.33 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 38-3682572
CARDINAL LOGISTICS LLC
FOUGHT THOMAS MEMBER
1688 WOODLANDS DR
MAUMEE OH 43537-4019

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2007 | | | | | $8,311.47 |

EMPLOYER NUMBER: 20-0758899
TITAN CONSTRUCTION SUPPLY INC
7313 MARCHESTER DR
MAUMEE OH 43537-9745

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2010 | | | | | $1,400.56 |
| 2011 | | | | | $4,412.91 |

EMPLOYER NUMBER: 27-1096078
CENTRAL TRANSPORT LLC
CENTRAL TRANSPORT
% MTM INVESTMENT DIVISION LLC MBR
12225 STEPHENS RD
WARREN MI 48089-2070

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2010 | | | | | $1,301.72 |

EMPLOYER NUMBER: 34-1266309
MOTOR CARRIER SERVICE INC
815 LEMOYNE RD
NORTHWOOD OH 43619-1815

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2010 | | | | | $232.00 |

EMPLOYER NUMBER: 34-1769252
FONDESSY ENTERPRISES INC
PO BOX 50501
TOLEDO OH 43605-0501

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2010 | | | | | $471.25 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS

* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 35-1544464
SEAGATE TRANSPORTATION SERVICES INC
555 F ST
PERRYSBURG OH 43551-4313

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2010 | | | | | $3,527.72 |

EMPLOYER NUMBER: 47-0673403
DRIVERS MANAGEMENT LLC
% GRA-GAR LLC SOLE MBR
PO BOX 45251
OMAHA NE 68145-0251

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2010 | | | | | $3,011.64 |

EMPLOYER NUMBER: 20-5479831
MORRIS TRUCKING & TRANSPORT INC
% VICKI MORRIS
793 KIGHT ST
RICHMOND DALE OH 45673-9715

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2011 | | | | | $3,032.50 |

EMPLOYER NUMBER: 34-1773566
PHOENIX SERVICES INC
5800 MONROE ST BLDG D
SYLVANIA OH 43560-2263

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2011 | | | | | $11,399.73 |
| 2012 | | | | | $1,149.77 |

EMPLOYER NUMBER: 27-1472029
LD MONROE TRUCKING LLC
LESTER D MONROE SOLE MBR
5292 LEWIS AVE
TOLEDO OH 43612-3150

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2012 | | | | | $3,549.15 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

EMPLOYER NUMBER: 31-1285659
MARGARET R RICHARDS INC
SUPPLEMENTAL STAFFING
5333 SOUTHWYCK BLVD
TOLEDO OH 43614-1527

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2012 | | | | | $12,592.50 |
| 2013 | | | | | $30,232.50 |

EMPLOYER NUMBER: 34-1690233
OMI TRANSPORTATION INC
PO BOX 944
TOLEDO OH 43697-0944

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2012 | | | | | $2,881.50 |

EMPLOYER NUMBER: 38-3783092
IMPERIAL INC
5333 SOUTHWYCK BLVD
TOLEDO OH 43614-1527

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2012 | | | | | $565.63 |

EMPLOYER NUMBER: 76-0664469
AMERITECH STAFFING INC
3993 W SAM HOUSTON PKWY
HOUSTON TX 77043-1238

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2013 | | | | | $539.00 |
| 2014 | | | | | $5,190.50 |

EMPLOYER NUMBER: 27-1673326
VIRIDIUN ENVIRONMENTAL LLC
% VIRIDIUN CAPITAL LLC MBR
5050 WALLACE DR
CUMMING GA 30041-3916

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2014 | | | | | $7,312.50 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX[redacted] * * *

EMPLOYER NUMBER: 76-0123711
TRYCK INC
11603 N WEIDNER RD
SAN ANTONIO TX 78233-6011

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2014 | | | | | $1,200.00 |

EMPLOYER NUMBER: 81-0595020
COADVANTAGE RESOURCES 25 INC
3350 BUSCHWOOD PARK DR STE 200
TAMPA FL 33618-4313

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2014 | | | | | $3,536.25 |

EMPLOYER NUMBER: 20-5517813
TRAILCO ENTERPRISES OF HOUSTON INC
TRAILCO
8601 E CHURCH ST
HASTINGS FL 32145-3901

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2015 | | | | | $5,600.00 |

EMPLOYER NUMBER: 20-5768055
RAINS & SONS TRANSPORTATION LLC
DARRICK RAINS MBR
% DEVIN RAINS
PO BOX 310
PERKINS OK 74059-0310

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2017 | | | | | $6,175.56 |

EMPLOYER NUMBER: 72-0636740
MARTIN AUTOMOTIVE GROUP INC
2948 HIGHWAY 90 E
LAKE CHARLES LA 70615-3634

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2017 | | | | | $8,075.16 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN XXX-XX-[redacted] * * *

```
*********************************************************************
*********  THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS  *********
*********  SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED     *********
*********************************************************************
```