| efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 76207499097144 |
|---|---|---|

Form **1040EZ** — Department of the Treasury — Internal Revenue Service

# Income Tax Return for Single and Joint Filers With No Dependents (99)

**2013** OMB No. 1545-0074

| Your first name and initial | Last name | Your so[redacted]mber |
|---|---|---|
| JAMES M<HALL | | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see instructions. [redacted] | Apt. no. | ▲ Make sure the SSN(s) above are correct. |
| City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). [redacted] | | **Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse |
| Foreign country name | Foreign province/state/county | Foreign postal code |

## Income

Attach Form(s) W-2 here.

Enclose, but do not attach, any payment.

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. | 1 | 30,772 |
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | 2 | |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see instructions). | 3 | |
| 4 | Add lines 1, 2, and 3. This is your **adjusted gross income.** | 4 | 30,772 |
| 5 | If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the worksheet on back. ☐ You ☐ Spouse. If no one can claim you (or your spouse if a joint return), enter $10,000 if **single;** $20,000 if **married filing jointly.** See back for explanation. | 5 | 10,000 |
| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income.** ▶ | 6 | 20,772 |

## Payments, Credits, and Tax

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Federal income tax withheld from Form(s) W-2 and 1099. | 7 | 3,861 |
| 8a | **Earned income credit (EIC)** (see instructions). | 8a | |
| b | Nontaxable combat pay election. 8b | | |
| 9 | Add lines 7 and 8a. These are your **total payments and credits.** ▶ | 9 | 3,861 |
| 10 | **Tax.** Use the amount on **line 6 above** to find your tax in the tax table in the instructions. Then, enter the tax from the table on this line. | 10 | 2,670 |

## Refund

Have it directly deposited! See instructions and fill in 11b, 11c, and 11d or Form 8888.

| Line | Description | | Amount |
|---|---|---|---|
| 11a | If line 9 is larger than line 10, subtract line 10 from line 9. This is your **refund.** If Form 8888 is attached, check here ▶ ☐ | 11a | 1,191 |
| ▶ b | Routing number ▶c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number | | |

## Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 12 | If line 10 is larger than line 9, subtract line 9 from line 10. This is **the amount you owe.** For details on how to pay, see instructions. ▶ | 12 | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☑ No

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

## Sign Here

Joint return? See instructions.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and, to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| •••••• | 04-09-2014 | Truck Driver | (567) 249-2203 |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

## Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions. Cat. No. 11329W Form **1040EZ** (2013)

**Additional Data**

| | |
|---|---|
| **Software ID:** | |
| **Software Version:** | |
| **Header - Primary Name Control:** | HALL |
| **Top Left Margin - Refund Anticipation Loan Code:** | NO BANK PRODUCT |

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 76207499097144

a Employee's social security number [redacted]

OMB No. 1545-0008 | Safe, accurate, FAST! Use e-file | Visit the IRS website at *www.irs.gov/efile*.

| | | |
|---|---|---|
| b Employer identification number (EIN)<br>31-1285659 | 1 Wages, tips, other compensation<br>30,233 | 2 Federal income tax withheld<br>3,795 |
| c Employer's name, address, and ZIP code<br>margaret r richardsinc<br>5333 southwyck blvd<br>toledo, OH 43614 | 3 Social security wages<br>30,233 | 4 Social security tax withheld<br>1,874 |
| | 5 Medicare wages and tips<br>30,233 | 6 Medicare tax withheld<br>438 |
| | 7 Social security tips<br>0 | 8 Allocated tips |
| d Control number | 9 | 10 Dependent care benefits |
| e Employee's first name and initial / Last name / Suff.<br>James M Hall | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b |
| f [redacted] ZIP code<br>[redacted] | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| OH | 52-022995 | 30,233 | 938 | 30,233 | 680 | toledo |

Form **W-2** **Wage and Tax Statement** **2013**

Department of the Treasury—Internal Revenue Service

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

**Additional Data**

| | |
|---|---|
| **Software ID:** | |
| **Software Version:** | |
| **Standard or NonStandard Cd:** | S |
| **Line C - Employer Name Control:** | MARG |

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 76207499097144

a Employee's social security number [redacted]

OMB No. 1545-0008

Safe, accurate, FAST! Use e-file

Visit the IRS website at *www.irs.gov/efile.*

| | | |
|---|---|---|
| b Employer identification number (EIN) 76-0664469 | 1 Wages, tips, other compensation 539 | 2 Federal income tax withheld 66 |
| c Employer's name, address, and ZIP code<br>ameritech staffing inc<br>3993 wsam houston pkwyn<br>houston, TX 77043 | 3 Social security wages 539 | 4 Social security tax withheld 33 |
| | 5 Medicare wages and tips 539 | 6 Medicare tax withheld 8 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 | 10 Dependent care benefits |
| e Employee's first name and initial / Last name / Suff.<br>James M Hall | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b |
| f Employee's address and ZIP code<br>[redacted] | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** **Wage and Tax Statement** **2013**

Department of the Treasury—Internal Revenue Service

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

**Additional Data**

| | |
|---|---|
| **Software ID:** | |
| **Software Version:** | |
| **Standard or NonStandard Cd:** | S |
| **Line C - Employer Name Control:** | AMER |