# SOCIAL SECURITY ADMINISTRATION

Independence, MO   64056

### CERTIFICATION OF TRUE COPY

Pursuant to the provisions of Title 42, United States Code, Section 904, and the authority vested in me by 42 U.S.C. 902.

I hereby certify that I have legal custody of certain records, documents and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed are true copies extracted from such documents in my custody as aforesaid.

I further certify that all signatures of Social Security Administration annexed document(s) are genuine and made to the signers' official capacity.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 30th day of May, 2019.

Aldwin Rios,
Supervisory Project Manager
SSA National Records Center
6000 E. Geospace Dr.
Independence, MO  64056

JUN 0 4 2019
BY:

Form SSA-1841 (01-2011)
Destroy Prior Editions

002584

Social Security Administration Region VII
National Records Center
6000 E. Geospace Dr.
Independence, MO 64056

May 30, 2019

THE DILL FIRM
825 LAFAYETTE ST.
LAFAYETTE, LA 70501

Counsel,

Enclosed are your folder certification copies of what we have as requested from
the (NRC) National Records Center for **JAMES HALL,** whose Social Security
Number is ████████████

Aldwin Rios
Supervisory Project Manager
National Records Center
Social Security Administration
Kansas City Region

SOCIAL SECURITY ADMINISTRATION

```
Date: May 30, 2019
BNC#: 19BC012E06833
REF: A ,DI
```

JAMES HALL
906 DELENCE ROAD
TOLEDO OH 43605-2321

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning February 2010, the full monthly
Social Security benefit before any deductions is......$ 0.00

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 0.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Benefits were stopped beginning February 2010.

Information About Past Social Security Benefits

From December 2008 to January 2010, the regular monthly
Social Security payment was...........................$ 737.00

Date of Birth Information

The date of birth shown on our records is ██████████.

Other Important Information

THIS CERTIFIES SOCIAL SECURITY NUMBER ██████████ IS ASSIGNED TO JAMES HALL.

Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

002586

SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-331-2196. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE 1000
433 N SUMMIT ST
TOLEDO, OH 43604

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

OFFICE MANAGER

002587

Q.

BENEFIT VERIFICATION                                    BEVE

TRANSFER TO: _____    BIC: A   LAF: T8   ID: DI   PSY: T31    UNIT: JEW
NH: 283765686 JAMES              M              HALL

DOB: ████████

NAME AND    JAMES HALL
ADDRESS:    906 DELENCE ROAD
            TOLEDO OH

                                                        ZIP: 43605-2321
EFFECTIVE DATE   FULL (MBA)   MEDICARE      NET      OTHER DEDUCTS   PAID (MBP)
02/10            $   0.00    $   0.00   $   0.00   $     0.00      $     0.00
12/08 TO 01/10   $ 737.00    $   0.00   $ 737.00

ADDITIONAL BENEFITS: 01/08-$ 696.60; 12/07-$ 642.10; 01/07-$ 627.70;
12/06-$ 508.20; 12/05-$ 492.00; 12/04-$ 472.70; 02/04-$ 460.30
DATE            FED AMT   STATE AMT   TOTAL PD    O/P WTHD    SPECIAL PMT
11/06          $   0.00   $   0.00 $   0.00 $     0.00      $     0.00
06/06 TO 10/06 $ 131.00   $   0.00 $   131.00 $  0.00      $     0.00
POSSIBLE PART C & D PREMIUM AMOUNTS NOT INCLUDED IN RETRO

002588

```
                              RSDI PAYMENT HISTORY                    PMTH
   Q                                                       UNIT: JEW
     TRANSFER TO: _____
NH: 283765686  JAMES HALL                                          BIC: A
-------------------------------------------------------------------------------
          MONTHLY
          BENEFIT        ADJUSTMENT
  DATE    CREDITED    AMOUNT  REASON      PAYMENT    PAYMENT INDICATORS

09/29/04                             $ 3220.00 MADCAP
                                               RET CK-ADDR
10/01/04                             $  460.00 RCMA CHK
10/08/04                             $ 3220.00 RT CK REISS
11/02/04                             $  257.30 OCO A-
11/03/04                             $  202.70 RCMA CHK
12/02/04                             $  257.30 OCO A-
12/03/04   202.70                    $  202.70 RECURR PMT
01/03/05   214.70                    $  214.70 RECURR PMT
01/04/05                             $  257.30 OCO A-
02/03/05   214.70                    $  214.70 RECURR PMT
03/02/05                             $  257.30 OCO A-
03/03/05   214.70                    $  214.70 RECURR PMT
03/31/05                             $  145.30 OCO A-
NO PAY HIS FOR PART REQ PERIOD
```

002589

RSDI PAYMENT HISTORY

Q.

PMTH
TRANSFER TO: _____                                    UNIT: JEW
NH: 283765686  JAMES HALL                                            BIC: A
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | MONTHLY BENEFIT CREDITED | ADJUSTMENT AMOUNT | REASON | PAYMENT | PAYMENT INDICATORS |
|------|------|------|------|------|------|
| 04/01/05 | | | | $ 326.70 | RCMA CHK |
| 05/03/05 | 326.70 | | | $ 326.70 | RECURR PMT |
| | | | | $ 145.30 | OCO A- |
| 06/03/05 | 326.70 | | | $ 326.70 | RECURR PMT |
| 07/01/05 | 326.70 | | | $ 326.70 | RECURR PMT |
| | | | | $ 145.30 | OCO A- |
| 08/03/05 | 326.70 | | | $ 326.70 | RECURR PMT |
| 08/31/05 | | | | $ 145.30 | OCO A- |
| 09/02/05 | 326.70 | | | $ 326.70 | RECURR PMT |
| 09/30/05 | | | | $ 145.30 | OCO A- |
| 10/03/05 | 326.70 | | | $ 326.70 | RECURR PMT |
| 10/31/05 | | | | $ 145.30 | OCO A- |
| 11/03/05 | 326.70 | | | $ 326.70 | RECURR PMT |
| 11/28/05 | | | | $ 145.30 | OCO A- |

```
Q.                            RSDI PAYMENT HISTORY                        PMTH
     TRANSFER TO:  _____                                    UNIT: JEW
NH: 283765686  JAMES HALL                                              BIC: A
-------------------------------------------------------------------------------
            MONTHLY
            BENEFIT         ADJUSTMENT
   DATE     CREDITED     AMOUNT   REASON        PAYMENT     PAYMENT INDICATORS

12/02/05     326.70                          $   326.70  RECURR PMT
12/29/05                                     $   145.30  OCO A-
01/03/06     346.70                          $   346.70  RECURR PMT
02/02/06                                     $   145.30  OCO A-
02/03/06                                     $   346.70  RCMA CHK
03/01/06                                     $   145.30  OCO A-
03/03/06     346.70                          $   346.70  RECURR PMT
04/03/06                  145.30  GARNISH    $   346.70  RCMA CHK
05/03/06     492.00       145.30  GARNISH    $   346.70  RECURR PMT
09/01/06                  201.40  GARNISH    $   290.60  PCMA CHK
10/03/06     492.00                          $   492.00  RECURR PMT
01/03/07     508.00       201.40  GARNISH    $   306.60  RECURR PMT
02/02/07                  201.40  GARNISH    $   275.60  RCMA CHK
                                  PAY HIS  EXCEEDS   SCREEN-LIMIT
FINAL SCREEN IN PATH
```

```
Qi                            RSDI PAYMENT HISTORY                    PMTH
    TRANSFER TO:  ____                                  UNIT: JEW
NH: 283765686  JAMES HALL                                         BIC: A
```
------------------------------------------------------------------------------

| DATE | MONTHLY BENEFIT CREDITED | ADJUSTMENT AMOUNT | REASON | PAYMENT | PAYMENT INDICATORS |
|------|------|------|------|------|------|
| 03/02/07 | 477.00 | 201.40 | GARNISH | $  275.60 | RECURR PMT |
| 12/03/07 |  | 201.40 | GARNISH | $ 1532.60 | RCMA CHK |
| 01/03/08 | 642.00 | 201.40 | GARNISH | $  440.60 | RECURR PMT |
| 12/03/08 |  | 201.40 | GARNISH | $ 1034.60 | RCMA CHK |
| 01/02/09 | 737.00 | 201.40 | GARNISH | $  535.60 | RECURR PMT |
| 05/01/09 | 987.00 | 250.00 | T-BPO | $  535.60 | RECURR PMT |
|  |  | 201.40 | GARNISH |  |  |
| 06/03/09 | 737.00 | 201.40 | GARNISH | $  535.60 | RECURR PMT |
| 11/03/09 |  | 145.30 | GARNISH | $  591.70 | RCMA CHK |
| 12/03/09 | 737.00 | 145.30 | GARNISH | $  591.70 | RECURR PMT |

```
                            SAME THRU  02/10
```

FINAL SCREEN IN PATH, NO PAY HIS FOR PART REQ PERIOD

# Social Security Administration
TOLEDO OH DT

| | |
|---|---|
| Date: | May 30, 2019 |
| BNC#: | 19BE012E06833 |
| REF: | DI |

Name:  JAMES M HALL

JAMES M HALL
1041 CRESCEUS RD
OREGON, OH  43616-3164

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Supplemental Security Income Payments**

For the period 01/1991 to 12/2019 you received a total of $  3,832.60 in Supplemental Security Income benefits.

Beginning November 2006, the current Supplemental Security Income payment is $     0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Our records show that you became disabled on August 28, 2003.

THIS CERTIFIES SOCIAL SECURITY NUMBER ███████ IS ASSIGNED TO JAMES HALL.

**Date of Birth Information**

The date of birth shown on our records is ███████ .

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**Things To Remember**

Get your benefit verification notice online, visit www.socialsecurity.gov/myaccount to set up your my Social Security account.

002593

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 866-331-2196. We can answer most questions over the phone. You can also write or visit any Social Security office. Your closest office is located at:

> SOCIAL SECURITY
> FOUR SEAGATE
> SUITE 1000
> TOLEDO, OH 43604-2600

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

*Social Security Administration*

**Breakdown of Payments for JAMES M HALL from 01/1991 to 12/2019.**

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 10/2004 | $ 124.00 | 09/2009 | $ 0.00 | 08/2014 | $ 0.00 |
| 11/2004 | $ 124.00 | 10/2009 | $ 0.00 | 09/2014 | $ 0.00 |
| 12/2004 | $ 124.00 | 11/2009 | $ 0.00 | 10/2014 | $ 0.00 |
| 01/2005 | $ 384.30 | 12/2009 | $ 0.00 | 11/2014 | $ 0.00 |
| 02/2005 | $ 384.30 | 01/2010 | $ 0.00 | 12/2014 | $ 0.00 |
| 03/2005 | $ 127.00 | 02/2010 | $ 0.00 | 01/2015 | $ 0.00 |
| 04/2005 | $ 127.00 | 03/2010 | $ 0.00 | 02/2015 | $ 0.00 |
| 05/2005 | $ 239.00* | 04/2010 | $ 0.00 | 03/2015 | $ 0.00 |
| 06/2005 | $ 127.00 | 05/2010 | $ 0.00 | 04/2015 | $ 0.00 |
| 07/2005 | $ 127.00 | 06/2010 | $ 0.00 | 05/2015 | $ 0.00 |
| 08/2005 | $ 127.00 | 07/2010 | $ 0.00 | 06/2015 | $ 0.00 |
| 09/2005 | $ 127.00 | 08/2010 | $ 0.00 | 07/2015 | $ 0.00 |
| 10/2005 | $ 127.00 | 09/2010 | $ 0.00 | 08/2015 | $ 0.00 |
| 11/2005 | $ 127.00 | 10/2010 | $ 0.00 | 09/2015 | $ 0.00 |
| 12/2005 | $ 127.00* | 11/2010 | $ 0.00 | 10/2015 | $ 0.00 |
| 01/2006 | $ 131.00* | 12/2010 | $ 0.00 | 11/2015 | $ 0.00 |
| 02/2006 | $ 131.00 | 01/2011 | $ 0.00 | 12/2015 | $ 0.00 |
| 03/2006 | $ 131.00 | 02/2011 | $ 0.00 | 01/2016 | $ 0.00 |
| 04/2006 | $ 131.00 | 03/2011 | $ 0.00 | 02/2016 | $ 0.00 |
| 05/2006 | $ 131.00* | 04/2011 | $ 0.00 | 03/2016 | $ 0.00 |
| 06/2006 | $ 131.00 | 05/2011 | $ 0.00 | 04/2016 | $ 0.00 |
| 07/2006 | $ 131.00 | 06/2011 | $ 0.00 | 05/2016 | $ 0.00 |
| 08/2006 | $ 131.00 | 07/2011 | $ 0.00 | 06/2016 | $ 0.00 |
| 09/2006 | $ 131.00 | 08/2011 | $ 0.00 | 07/2016 | $ 0.00 |
| 10/2006 | $ 131.00 | 09/2011 | $ 0.00 | 08/2016 | $ 0.00 |
| 11/2006 | $ 0.00 | 10/2011 | $ 0.00 | 09/2016 | $ 0.00 |
| 12/2006 | $ 0.00 | 11/2011 | $ 0.00 | 10/2016 | $ 0.00 |
| 01/2007 | $ 0.00 | 12/2011 | $ 0.00 | 11/2016 | $ 0.00 |
| 02/2007 | $ 0.00 | 01/2012 | $ 0.00 | 12/2016 | $ 0.00 |
| 03/2007 | $ 0.00 | 02/2012 | $ 0.00 | 01/2017 | $ 0.00 |
| 04/2007 | $ 0.00 | 03/2012 | $ 0.00 | 02/2017 | $ 0.00 |
| 05/2007 | $ 0.00 | 04/2012 | $ 0.00 | 03/2017 | $ 0.00 |
| 06/2007 | $ 0.00 | 05/2012 | $ 0.00 | 04/2017 | $ 0.00 |
| 07/2007 | $ 0.00 | 06/2012 | $ 0.00 | 05/2017 | $ 0.00 |
| 08/2007 | $ 0.00 | 07/2012 | $ 0.00 | 06/2017 | $ 0.00 |
| 09/2007 | $ 0.00 | 08/2012 | $ 0.00 | 07/2017 | $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/2007 | $ 0.00 | 09/2012 | $ 0.00 | 08/2017 | $ 0.00 |
| 11/2007 | $ 0.00 | 10/2012 | $ 0.00 | 09/2017 | $ 0.00 |
| 12/2007 | $ 0.00 | 11/2012 | $ 0.00 | 10/2017 | $ 0.00 |
| 01/2008 | $ 0.00 | 12/2012 | $ 0.00 | 11/2017 | $ 0.00 |
| 02/2008 | $ 0.00 | 01/2013 | $ 0.00 | 12/2017 | $ 0.00 |
| 03/2008 | $ 0.00 | 02/2013 | $ 0.00 | 01/2018 | $ 0.00 |
| 04/2008 | $ 0.00 | 03/2013 | $ 0.00 | 02/2018 | $ 0.00 |
| 05/2008 | $ 0.00 | 04/2013 | $ 0.00 | 03/2018 | $ 0.00 |
| 06/2008 | $ 0.00 | 05/2013 | $ 0.00 | 04/2018 | $ 0.00 |
| 07/2008 | $ 0.00 | 06/2013 | $ 0.00 | 05/2018 | $ 0.00 |
| 08/2008 | $ 0.00 | 07/2013 | $ 0.00 | 06/2018 | $ 0.00 |
| 09/2008 | $ 0.00 | 08/2013 | $ 0.00 | 07/2018 | $ 0.00 |
| 10/2008 | $ 0.00 | 09/2013 | $ 0.00 | 08/2018 | $ 0.00 |
| 11/2008 | $ 0.00 | 10/2013 | $ 0.00 | 09/2018 | $ 0.00 |
| 12/2008 | $ 0.00 | 11/2013 | $ 0.00 | 10/2018 | $ 0.00 |
| 01/2009 | $ 0.00 | 12/2013 | $ 0.00 | 11/2018 | $ 0.00 |
| 02/2009 | $ 0.00 | 01/2014 | $ 0.00 | 12/2018 | $ 0.00 |
| 03/2009 | $ 0.00 | 02/2014 | $ 0.00 | 01/2019 | $ 0.00 |
| 04/2009 | $ 0.00 | 03/2014 | $ 0.00 | 02/2019 | $ 0.00 |
| 05/2009 | $ 0.00 | 04/2014 | $ 0.00 | 03/2019 | $ 0.00 |
| 06/2009 | $ 0.00 | 05/2014 | $ 0.00 | 04/2019 | $ 0.00 |
| 07/2009 | $ 0.00 | 06/2014 | $ 0.00 | 05/2019 | $ 0.00 |
| 08/2009 | $ 0.00 | 07/2014 | $ 0.00 | | |

002596

**REVIEWED**

By JEW SSANRC PAGE REDACTED at 7:35 am, May 30, 2019

**REVIEWED**
By JEW SSANRC PAGE REDACTED at 7:35 am, May 30, 2019

REVIEWED

By JEW SSANRC PAGE REDACTED at 7:35 am, May 30, 2019

# FUNCTION REPORT - ADULT- Form SSA 3373-BK

READ ALL OF THIS INFORMATION BEFORE YOU BEGIN COMPLETING THIS FORM

## IF YOU NEED HELP

If you need help with this form, complete as much of it as you can and call the phone number provided on the letter sent with the form, or contact the person who asked you to complete the form. If you need the address or phone number for the office that provided the form, you can get it by calling Social Security at 1-800-772-1213.

## HOW TO COMPLETE THIS FORM

The information that you give us on this form will be used by the office that makes the disability decision on your disability claim. You can help them by completing as much of the form as you can.

It is important that you tell us about your activities and abilities.

* Print or type.

*DO NOT LEAVE ANSWERS BLANK. If you do not know the answer, or the answer is "none" or "does not apply," please write "don't know" or "none" or "does not apply".
* Do not ask a doctor or hospital to complete this form.

* Be sure to explain an answer if the question asks for an explanation, or if you think you need to explain an answer.

* If more space is needed to answer any questions, use the "REMARKS" section on Page 8 and show the number of the question being answered.

## REMEMBER TO GIVE US THE NAME AND ADDRESS OF THE PERSON COMPLETING THIS FORM ON PAGE 8

01090803000179I

002600

## The Privacy And Paperwork Reduction Act Statements

The Social Security Administration is authorized to collect the information on this form under sections 205(a), 1631(d)(1) and 1631(e)(1) of the Social Security Act. The information on this form is needed by Social Security to make a decision on the named claimant's claim While giving us the information on this form is voluntary, failure to provide all or part of the requested information could prevent an accurate or timely decision on the named claimant's claim. Although the information you furnish is almost never used for any purpose other than making a determination about the claimant's disability, such information may be disclosed by the Social Security Administration as follows: (1) to enable a third party or agency to assist Social Security in establishing rights to Social Security benefits and/or coverage; (2) to comply with Federal Laws requiring the release of information from Social Security records (e.g., to the Government Accountability Office and the Department of Veterans Affairs); and (3) to facilitate statistical research and such activities necessary to assure the integrity and improvement of the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract to Social Security).

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it. Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security Offices.

**Paperwork Reduction Act Statement** This information collection meets the requirements of 44 U.S.C. ç 3507, as amended by section 2 of the <u>Paperwork Reduction Act of 1995</u>. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take you about 30 minutes to read the instructions, gather the facts, and answer the questions. **SEND THE COMPLETED FORM TO THE OFFICE THAT REQUESTED IT. If you do not have that address you may call Social Security at 1-800-722-1213.** *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-0001.* **Send <u>only</u> comments relating to our time estimate to this address, not the completed form.**

### PLEASE REMOVE THIS SHEET BEFORE RETURNING THE COMPLETED FORM.

JAMES M HALL
2740640/DDC262/5F



Social Security Administration

Form Approved OMB No. 0960-0681

**FUNCTION REPORT - ADULT**
*How your illnesses, injuries, or conditions limit your activities*

**SECTION A -GENERAL INFORMATION**

1. **NAME OF DISABLED PERSON** *(First, Middle Initial, Last)*

   James M. Hall

2. **SOCIAL SECURITY NUMBER**

   ████████████

3. **YOUR DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached,*
   *please give us a daytime number where we can leave a message for you.)*

   419      691-2006            Check if this is:  ___ Your Number
   _____  _____                           _✓_ Message Number
   Area Code  Phone Number                         ___ None

4. a. Where do you live?  *(Check one.)*

   ____ House       _✓_ Apartment      ____ Boarding House    ____ Nursing Home
   ____ Shelter     ____ Group Home    ____ Other *(What?)* _____

   b. With whom do you live?  *(Check one.)*

   ____ Alone       ____ With Family   _✓_ With Friends
   ____ Other *(Describe relationship.)*  Leslie Post

   _____

   _____

   _____

01090863000179I

002602

.S M HALL
2740640/DDC262/5F

## SECTION B – INFORMATION ABOUT YOUR DAILY ACTIVITIES

5. *Describe what you do from the time you wake up until going to bed.*

   I do some light work around the house to help pay some of the Rent that I am behind. I Read for Recreati

6. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other? ____ Yes _✓_ No  If YES, for whom do you care, and what do you do for them?

   _____

   _____

7. Do you take care of pets or other animals? _✓_ Yes ____ No  If YES, what do you do for them?

   Stray Cat (Tommy)

8. Does anyone help you care for other people or animals? ____ Yes _✓_ No

   If YES, who helps, and what do they do to help?

   _____

9. What were you able to do before your illnesses, injuries, or conditions that you can't do now?

   Physical labor, working out, Sex,

   _____

10. Do the illnesses, injuries, or conditions affect your sleep? _✓_ Yes ____ No

   If YES, how?

   I wake up in pain about 4 hous.

010908030601791

S M HALL
2740640/DDC262/5F

11. **PERSONAL CARE** (Check here _____ if **NO PROBLEM** with personal care.)

   a. Explain how your illnesses, injuries, or condition affect your ability to:

   Dress

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   Bathe

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   Care for hair

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   Shave

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   Feed self

   Not enough money . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   Use the toilet

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   Other?

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   b. Do you need any special reminders to take care of personal needs and grooming? _____ Yes ✓ No   If **YES**, what type of help or reminders are needed?

   _____

   c. Do you need help or reminders taking medicine? _____ Yes ✓ No

   If **YES**, what kind of help do you need?

   _____

12. **MEALS**

   a. Do you prepare your own meals? Yes ✓ No_____ If "Yes," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete meals with several courses).

   What I can get from food baskets.

   How often do you prepare food or meals?  *(For example, daily, weekly, monthly.)*

   once a day or every-other Day

   How long does it take you? as long as it takes to cook.

   Any changes in cooking habits since the illness , injuries or conditions began?

   yes I cannot afford to eat Right.

   b. If "No", explain why you cannot or do not prepare meals.

   _____



:S M HALL
2740640/DDC262/5F

13. **HOUSE AND YARD WORK**
   a. List household chores, both indoors and outdoors, that you are able to do.
      *(For example, cleaning, laundry, household repairs, ironing, mowing, etc.)*

      Cleaning, laundry, light yard work.

   b. **How much time** does it take you, and **how often** do you do each of these things?

      House cleaning an hour, laundry an hour, yard work an hour

   c. Do you need help or encouragement doing these things? ____ Yes ✓ No
      If **YES**, what help is needed?

   d. If you **don't do house or yard work**, explain why not:

14. **GETTING AROUND**
   a. How often do you go outside? every day

      If you **don't go out at all**, explain why not:

   b. When going out, **how** do you travel?  *(Check all that apply.)*

      ✓ Walk    ✓ Drive a car    ✓ Ride in a car    ____ Ride a bicycle

      ✓ Use public transportation    ____ Other *(Explain)*:

      Bus.

   c. When going out, can you go out alone? ✓ Yes ____ No
      If **NO**, explain why you can't go out alone:

   d. Do you drive?    ✓ Yes ____ No
      If you **don't drive**, explain why not:

15. **SHOPPING**
   a. If you do any shopping, do you shop:    *(Check all that apply.)*

      ✓ In stores    ____ By phone    ____ By mail    ____ By computer

   b. Describe **what** you shop for:

      food

   c. **How often** do you shop and **how long** does it take you?

      an hour once a month.

S M HALL
2740640/DDC262/5F

16. **MONEY**

   a.  Are you able to:  Pay bills         ✔ Yes    ____ No
                        Count change      ✔ Yes    ____ No
                        Handle a savings account  ✔ Yes    ____ No
                        Use a checkbook/money orders  ✔ Yes    ____ No

      Explain all **"NO"** answers:

      _____

      _____

   b.  Has your ability to handle your money changed since the illnesses, injuries, or conditions began?  ✔ Yes    ____ No

      If **YES**, explain how your ability to handle money has changed.

      I don't have any.

17. **HOBBIES AND INTERESTS**

   a.  What are your hobbies and interests?  *(Example: reading, watching TV, sewing, playing sports, etc.)*  Reading

      _____

   b.  How **often** and how well do you do these things?

      Once a day

   c.  **Describe any changes** in these activities since your illnesses, injuries, or conditions began.

      _____

      _____

18. **SOCIAL ACTIVITIES**

   a.  Do you spend time with others?  *(In person, on the phone, on the computer, etc.)*
      ____ Yes  ✔ No If **YES**, describe the kinds of things you do with others:

      _____

      How often do you do these things?  N/A

   b.  List the places you go on a regular basis.  *(For example, church, community center, sports events, social groups, etc.)*

      _____

      Do you need to be reminded to go places?  ____ Yes  ✔ No

      How often do you go and how much do you take part?

      _____

      Do you need someone to accompany you?  ____ Yes  ✔ No

   c.  Do you have any problems getting along with family, friends, neighbors, or others?
      ✔ Yes  ____ No    If YES, explain:

      I have become very hateful of the world around me.

   d.  **Describe** any changes in social activities since your illnesses, injuries, or conditions began:

      I don't have a social life



S M HALL
2740640/DDC262/5F

## SECTION C – INFORMATION ABOUT YOUR ABILITIES

19. a. Circle any of the following items that your illnesses, injuries, or conditions affect:

~~Lifting~~        Standing      ~~Walking~~      Sitting
~~Stair Climbing~~  ~~Kneeling~~    ~~Squatting~~    Reaching
~~Using hands~~     Seeing        Hearing        Talking

~~Understanding~~ .  Following instructions      Getting Along with Others
~~Bending~~         ~~Memory~~        Completing Tasks      Concentration

Please explain how your illnesses, injuries or conditions affect each of the items you circled. (For example, you can only lift (how many pounds), or you can only walk (how far))  Busted left hand, left knee

b. Are you ✓ right-handed? _____ left-handed?

c. How **far** can you walk before needing to stop and rest?
a few blocks .

If you have to rest, how long before you can resume walking? 10 min.

d. For how long can you pay attention? as long as needed.

e. Do you finish what you start? (For example, a conversation , chores, reading, watching a movie ) ✓ Yes _____ No

f. How well do follow **written** instructions? (For example a recipe) I have filled out this form.

g. How well do you follow spoken instructions? Same as written

h. How well do you get along with authority figures? (For example, police, bosses, landlords or teachers) depends on them. I'm of the mind "don't start any shit, there won't be any"

S M HALL
2740640/DDC2627 5F

i. Have you ever been fired or laid off from a job because of problems getting along with other people?

✔ Yes _____ No    If **Yes**, explain:

_____

_____

If "Yes" please give name of employer. I dont Remember the names.

j. How well do you handle stress? I get angry.

k. How well do you handle changes in routine? I deal with it.

l. Have you noticed any unusual behaviors or fears? ✔ Yes _____ No

If "Yes" please explain. I am angry all the time.

20. Do you use any of the following?  *(Check all that apply.)*

_____ Crutches         _____ Cane              _____ Hearing Aid
_____ Walker           _____ Brace/Splint      _____ Glasses/Contact Lenses
_____ Wheelchair       _____ Artificial Limb   _____ Artificial Voice Box
_____ Other (Explain):

can't afford anything.

Which of these were prescribed by a doctor?

Knee brace, ~~foot~~ hand brace.

When was it prescribed? 1994

When do you need these aids? yes, it would be nice

_____

002608

S M HALL
2...0640/DDC262,5F

## SECTION D - REMARKS

Use this section for any **added information** you did not show in earlier parts of this form.  When you are done with this section (or if you didn't have anything to add), **be sure to complete the fields at the bottom of this page.**

_James Hall_ _____     _7/29/09_
Name of person completing this form (Please print)     Date *(month, day, year)*

_906 Delence St_

Address (Number and Street)     email address (optional)

_Toledo, Ohio  43605_
City     State     Zip Code

002609

**SECTION 3- INFORMATION ABOUT YOUR MEDICAL RECORDS, continued**

## HOSPITAL/CLINIC

| 2. NAME | PHONE ( ) (area code) — (phone number) |
|---|---|
| ADDRESS | PATIENT ID # (if known) | NEXT APPOINTMENT |
| CITY | STATE | ZIP | What doctor(s) do you regularly see here? |

| TYPE OF VISIT | DATES (within the last 12 months) | | REASON FOR VISIT(S) | TREATMENT RECEIVED |
|---|---|---|---|---|
| | Date In | Date Out | | |
| Inpatient Stays (stayed at least overnight) | | | | |
| | | | | |
| | | | | |
| | First Visit | Last Visit | REASON FOR VISIT(S) | TREATMENT RECEIVED |
| Outpatient Visits (sent home the same day) | | | | |
| | Date(s) of Visit(s) | | REASON FOR VISIT(S) | TREATMENT RECEIVED |
| Emergency Room Visits | | | | |
| | | | | |

| 3. NAME | PHONE ( ) (area code) — (phone number) |
|---|---|
| ADDRESS | PATIENT ID # (if known) | NEXT APPOINTMENT |
| CITY | STATE | ZIP | What doctor(s) do you regularly see here? |

| TYPE OF VISIT | DATES (within the last 12 months) | | REASON FOR VISIT(S) | TREATMENT RECEIVED |
|---|---|---|---|---|
| | Date In | Date Out | | |
| Inpatient Stays (stayed at least overnight) | | | | |
| | | | | |
| | | | | |
| | First Visit | Last Visit | REASON FOR VISIT(S) | TREATMENT RECEIVED |
| Outpatient Visits (sent home the same day) | | | | |
| | Date(s) of Visit(s) | | REASON FOR VISIT(S) | TREATMENT RECEIVED |
| Emergency Room Visits | | | | |
| | | | | |

**If you need more space, use SECTION 10 - REMARKS.**

## SECTION 3- INFORMATION ABOUT YOUR MEDICAL RECORDS, continued

**If you are under age 18, do not complete question 3.F. or SECTION 4; skip to SECTION 5 - TESTS.**

**3.F. Does anyone else** (for example, Workers' Compensation, insurance company, prisons, attorneys, or welfare agency) have medical records or information about your illnesses, injuries, or conditions, **within the last 12 months?** Also, provide this information if you are scheduled to see anyone in the future.

☐ YES   (Complete the following information.)   ☑ NO   (Skip to SECTION 4.)

| NAME | DATES |
|---|---|
| ADDRESS | FIRST VISIT(within the last 12 months) |
| CITY   STATE   ZIP | LAST VISIT |
| PHONE   ( )  -   (area code)   (phone number) | NEXT APPOINTMENT |
| CLAIM NUMBER (if any) | NAME OF CONTACT PERSON |
| REASONS FOR VISITS | |

**If you need more space, use SECTION 10 - REMARKS.**

## SECTION 4 - MEDICATIONS

Are you taking any medications for your illnesses, injuries, or conditions?

☑ YES (Complete the following information. Look at your medicine containers, if necessary.)

☐ NO  (Skip to SECTION 5.)

| NAME OF MEDICINE | IF PRESCRIBED, GIVE NAME OF DOCTOR | REASON FOR MEDICINE | ANY SIDE EFFECTS YOU HAVE |
|---|---|---|---|
| Ibuoprophen | Over the Counter | PAin | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**If you need more space, use SECTION 10 - REMARKS.**

## SECTION 5 - TESTS

**Within the last 12 months**, have you had any of the following tests for your illnesses, injuries, or conditions? Also, provide this information if you are scheduled for tests in the future.

☐ YES  (Complete the following information, give approximate dates, if necessary.)

☐ NO  (Skip to SECTION 6.)

| KIND OF TEST | WHEN WAS/ WILL TEST BE DONE? (month, day, year) | WHERE DONE? (name of facility) | WHO SENT YOU FOR THIS TEST? |
|---|---|---|---|
| EKG (HEART TEST) | | | |
| TREADMILL (EXERCISE TEST) | | | |
| CARDIAC CATHETERIZATION | | | |
| BIOPSY - Name of body part | | | |
| HEARING TEST | | | |
| SPEECH/LANGUAGE TEST | | | |
| VISION TEST | | | |
| IQ TESTING | | | |
| EEG (BRAIN WAVE TEST) | | | |
| HIV TEST | | | |
| BLOOD TEST (NOT HIV) | | | |
| BREATHING TEST | | | |
| X-RAY – Name of body part _back_ | 2/0n | St Vincent | St Vincent |
| MRI/CT SCAN – Name of body part | | | |

**If you need more space, use SECTION 10 - REMARKS.**

## SECTION 6 - EDUCATION/TRAINING INFORMATION

**Complete SECTION 6 if you are age 18 years old or older.**

**6.A. Check the highest grade of school completed.**

School:

| None | K | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | GED | College: 1 | 2 | 3 | 4 or more |
|------|---|---|---|---|---|---|---|---|---|---|----|----|----|-----|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Approximate date completed: _1991_

**6.B. Since the date of your last medical disability decision** (see date on top right side of Page 1), **have you completed or will you complete any type of special job training, trade or vocational school?**

☑ YES (Complete the following information.)          ☐ NO

NAME OF SCHOOL
(                                         Truck Driving School

ADDRESS                                          PHONE

CITY                    STATE    ZIP
Indianapolis            In       -              (   )   -
                                            (area code)   (phone number)

TYPE OF PROGRAM
Truck Driving

APPROXIMATE DATE COMPLETED (or will complete)
8/05

**If you need more space, use SECTION 10 - REMARKS.**

002613

## SECTION 7 - UPDATED WORK INFORMATION

If you are under age 14, skip to SECTION 10 - REMARKS.

If you are age 14 or older, complete SECTION 7.A., and as appropriate, B., C., and D. only.  Then skip to
**SECTION 10 - REMARKS.**

If you are age 16 or older, complete all of SECTION 7.

**7.A. ARE YOU WORKING NOW?**

- ☐ **Full-time**  (Skip to Question 7.D.)
- ☐ **Part-time**  (Skip to Question 7.D.)
- ☒ **Not working now**  (Continue to Question 7.B.)

**7.B.** If you are not working now, did you work **since the date of your last medical disability decision** (see date on top right side of Page 1).

- ☒ YES  (Go to Question 7.C.)
- ☐ NO  (Skip to Question 7.E.)

**7.C.** If you are not working now, do you believe that your medical condition has improved?

- ☐ YES
- ☒ NO

**7.D.** If you have worked at any time **since the date of your last medical disability decision** (see date on top right side of Page 1), complete the following information for each job you have done.  List the most recent job first.

| | JOB 1 | JOB 2 | JOB 3 |
|---|---|---|---|
| **JOB TITLE** (example: cook) | Driver | Cook | |
| **TYPE OF BUSINESS** (example: restaurant) | Transport companies | restaurant | |
| **JOB DESCRIPTION** | Drive Freight From one destination to Another | Prepare food | |
| **DATES WORKED** (month and year) FROM: | 2005 | 2008 2week | |
| TO: | 2008 | 2 weeks | |
| **HOURS PER DAY** | 28¢ per mile | 5 | |
| **DAYS PER WEEK** | ~~40~~ 5 | 4 | |
| **RATE OF PAY** (per hour, day, week, month, or year) | 28¢ /mile | 8·00 | |
| **REASON YOU STOPPED WORK** | my Back | my Back my Mental Condition | |

If you need more space, use SECTION 10 - REMARKS.

002614

## SECTION 7 - UPDATED WORK INFORMATION, continued

**7.E.** If you are not working, do you believe that you are able to work?

☑ No, I don't believe that I am able to work at this time.

☐ Yes, and I believe that I do not have limitations or restrictions on my ability to work.

☐ Yes, but I believe that I have limitations or restrictions on my ability to work. (Please explain.)

**7.F.** Has your doctor(s) told you that you are able to work?     *not until I can have surgery.*

☐ No          (Skip to Section 8.)

☐ Did not say   (Skip to Section 8.)

☐ Yes, and my doctor(s) did **not** place limitations or restrictions on my ability to work.

☐ Yes, but my doctor(s) placed limitations or restrictions on my ability to work. (Please explain.  If the same as 7.E., write "same" here.)

| **7.G.** What is the name(s) of the doctor(s) who said you were able to work? | **7.H.** According to your doctor, when were/are you able to begin work? |
|---|---|
| (Please make sure that this doctor(s) is listed in SECTION 3.) | |

If you need more space, use SECTION 10 - REMARKS.

## SECTION 8 - VOCATIONAL REHABILITATION, EMPLOYMENT, or OTHER SUPPORT SERVICES INFORMATION

**Complete SECTION 8 if you are age 18 years old or older.**

**8.A.** Since the date of your last medical disability decision (see date on top right side of Page 1), have you participated, or are you participating, in the **Ticket to Work Program**, a plan with a private or State Vocational Rehabilitation Services, an employment network, or any other support services to help you go to work?     ☐ YES   (Complete the following information.)          ☑ NO   (Skip to SECTION 9.)

**NAME OF ORGANIZATION**

**NAME OF COUNSELOR**

| **ADDRESS** | **PHONE** |
|---|---|
| **CITY**            **STATE**       **ZIP** | (     )          -  (area code)        (phone number) |

**8.B.** When did you start participating in the plan?

**8.C.** Are you still participating in the plan?

☐ YES

☐ NO. I completed the plan _____

(date completed)

☐ NO. I stopped participating in the plan before completing it. (Please explain why you are no longer participating.)

**8.D.** Types of services or tests provided (for example: intelligence or psychological testing, vision, physicals, hearing, workshops, schools, colleges):

**If you need more space, use SECTION 10 - REMARKS.**

---

**SECTION 9 - INFORMATION ABOUT YOUR DAILY ACTIVITIES**

**Complete SECTION 9 if you are age 18 years old or older.**

**9.A.** Describe what you do in a typical day.

---

## SECTION 9 - INFORMATION ABOUT YOUR DAILY ACTIVITIES, continued

**9.B. Do you have difficulty doing any of the following? (Please explain any "Yes" answers.)**

| Activity | No | Yes | Explanation |
|---|---|---|---|
| Dressing | ☒ No | ☐ Yes | |
| Bathing | ☒ No | ☐ Yes | |
| Caring for hair | ☒ No | ☐ Yes | |
| Taking medicine | ☒ No | ☐ Yes | |
| Preparing meals | ☒ No | ☐ Yes | |
| Feeding self | ☒ No | ☐ Yes | |
| Doing chores (inside/outside house) | ☐ No | ☒ Yes | I have trouble Bendy, lifting — usiy my arms |
| Driving or using public transportation | ☐ No | ☒ Yes | For extended periods of time |
| Shopping | ☒ No | ☐ Yes | |
| Managing money | ☒ No | ☐ Yes | |
| Walking | ☒ No | ☒ Yes | For long distances — I have PAIN. |
| Standing | ☐ No | ☒ Yes | Cant STAND for long periods of time |
| Lifting objects | ☐ No | ☒ Yes | PAIN w/ anything over 10 Pounds |
| Using arms | ☐ No | ☒ Yes | I cant LIFT Due to my Arm + my Back |
| Using hands or fingers | ☐ No | ☒ Yes | on my left hand |
| Sitting | ☐ No | ☒ Yes | I have to move a lot I get PAIN if I sit in one position too long. |
| Seeing, hearing, or speaking | ☒ No | ☐ Yes | |

**SECTION 9 - INFORMATION ABOUT YOUR DAILY ACTIVITIES, continued**

**9.B. (continued)** Do you have difficulty doing any of the following? (Please explain any "Yes" answers.)

| | | |
|---|---|---|
| Concentrating | ☐ No  ☑ Yes | When I have Anger episoDes. |
| Remembering | ☐ No  ☑ Yes | Time Frames to remory - I Can remember basic things |
| Understanding/following directions | ☑ No  ☐ Yes | |
| Completing tasks | ☑ No  ☐ Yes | |
| Getting along with people | ☐ No  ☑ Yes | I Dont deal with people I spend alot of time alone. |

**9.C.** Do you use an assistive device (for example: eye glasses, hearing aids, braces, canes, crutch(es), walker, wheelchair)?

☐ NO
☑ YES  (Please describe what kind, when and how you use it.)

I am supposed to use a cane + A Knee Brace + hand Brace. I cant afford it

**9.D.** Do you have hobbies or interests?

☐ NO
☑ YES  (Please describe what they are and how much time you spend doing them.)

I like to learn so I read alot.

If you need more space, use **SECTION 10 - REMARKS.**

## SECTION 10 - REMARKS

Please provide any additional information you did not show in earlier parts of this form.  You may also attach any medical records, copies of prescriptions, or any other records about your current illnesses, injuries, or conditions you have at home that you wish to give us.  When you are finished, or if you don't have anything to add, be sure to complete the information below.

* OBservations - Clmt was neatly dressed. He was very cooperative. He did move slowly when he walked, also sitting & standing appeared to cause him some discomfort.

**Date Form Completed** (month, day, year)

5/11/09

**If the person completing this form is NOT the disabled person, please complete the following information.**

**Name** (please print)

| **Address** (number and street) | | | **E-mail address** (optional) |
|---|---|---|---|
| **City** | **State** | **ZIP** - | **Relationship to disabled person** |

REVIEWED
By JEW SSANRC PAGE REDACTED at 7:36 am, May 30, 2019

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0072

## CONTINUING DISABILITY REVIEW REPORT

SSA will use this form to review your illnesses, injuries, or conditions since the date of your last medical disability decision.

**For SSA Use Only**
Do not write in this box.
**Date of your last medical disability decision:**
8/9/04

Related SSN ▮▮▮▮▮▮▮▮▮      Number Holder _____

Type(s) of Case(s):
(Check all that apply.)

TITLE II   ☐ DIB   ☐ DWB   ☐ CDB   ☐ FZ   ☐ ESRD   ☐ HIB
TITLE XVI   ☐ DI   ☐ DS   ☐ DC   ☐ BI   ☐ BS   ☐ BC

**If you are currently participating in the Ticket to Work Program or working
under a plan with a private or State Vocational Rehabilitation Agency, contact
the Social Security Administration before completing this form.**

### SECTION 1- INFORMATION ABOUT THE DISABLED PERSON

**1.A.** NAME (first, middle, last)
James M. Hall

**1.B.** SOCIAL SECURITY NUMBER
▮▮▮▮▮▮▮▮▮

**1.C.** DAYTIME PHONE NUMBER (If you do not have a phone number where we can reach you, give us a daytime phone number where we can leave a message.)

( ) ___ - _____
(area code)   (phone number)

☐ Your number
☐ Message number
☑ None

**1.D.** E-MAIL ADDRESS (optional)

**1.E.** Give the name of a friend or relative (other than your doctors) that we can contact who knows about your illnesses, injuries, or conditions, and can help you with your case.

NAME _____         RELATIONSHIP _____

**1.F.** Can you speak and understand English?   ☑ YES   ☐ NO

If "no," what is your preferred language? _____
NOTE:  If you cannot speak and understand English, we will provide an interpreter, free of charge.

If you cannot speak and understand English, is there someone we may contact who speaks and understands English and will give you messages?   ☐ YES   ☐ NO

If "yes," and this is the same person as in "1.E." above, write "SAME" below.  If "yes," but this is a different person, complete the information below.)

NAME                         RELATIONSHIP

ADDRESS (number, street, apt., PO Box, rural route)         DAYTIME PHONE NUMBER

( ) ___ - _____
(area code)   (phone number)

CITY                STATE   ZIP   ___

**1.G.** If you are age 18 or older, can you read and understand English?   ☑ YES   ☐ NO

**1.H.** If you are age 18 or older, can you write more than your name in English?   ☑ YES   ☐ NO

**1.I.** What is your height without shoes?
6'0"

**1.J.** What is your weight without shoes?
200 lbs

FORM SSA 454-BK  (4-2006) ef (04-2006)   (Destroy Prior Editions)   PAGE 1

002621

## SECTION 2- INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

**2.A. If you are an adult (age 18 or older)**, what are the disabling illnesses, injuries, or conditions that limit your ability to work? **If you are a child (under age 18)**, what are the disabling illnesses, injuries, or conditions that limit your ability to do the same things as other children of the same age?

Bipolar w/ Borderline Personality Disorder
Crushed nerve in my Back.
Memory Loss, Left Hand + Knee Problems.

**2.B. Has there been a change (for better or worse) in your illnesses, injuries, or conditions listed in SECTION 2.A., since the date of your last medical disability decision** (see date on top right side of Page 1)?

☒ YES (Describe specific changes below and give dates when these changes started.)

☐ NO

Physically I Am getting worse, My mental
Condition is getting better, I have been trying
to train myself to not Over react. My Memory
is worse - I cant link my memories w/ Time lines

**If you need more space, use SECTION 10 - REMARKS.**

## SECTION 3- INFORMATION ABOUT YOUR MEDICAL RECORDS

**3.A. Within the last 12 months**, have you seen a doctor/hospital/clinic or anyone else for your illnesses, injuries, or conditions?

☒ YES  ☐ NO

Do you have a **future appointment** with a doctor/hospital/clinic or anyone else for your illnesses, injuries, or conditions?

☐ YES  ☒ NO    I cant Afford it

**3.B. Within the last 12 months**, have you seen a doctor/hospital/clinic or anyone else for <u>emotional or mental problems?</u>

☐ YES  ☒ NO

Do you have a **future appointment** with a doctor/hospital/clinic or anyone else for <u>emotional or mental problems?</u>

☐ YES  ☒ NO

**If you answered "No" to both 3.A. and 3.B., do not complete the rest of SECTION 3; skip to SECTION 4.**

002622

## SECTION 3- INFORMATION ABOUT YOUR MEDICAL RECORDS, continued

**3.C.** List other names, if any, that you have used on your medical records **within the last 12 months.**

**3.D.** List each **DOCTOR/HMO/THERAPIST/OTHER PERSON** who has treated you **within the last 12 months.** Also, provide this information for any future appointment(s).

| 1. NAME St Vincent Med Ctr | DATES |
|---|---|
| ADDRESS 2213 Cherry St. | First Visit (within last 12 months) 2/09 multiple times |
| CITY Toledo  STATE Ohio  ZIP 43608 | Last Visit 2/09 |
| PHONE (419) 213-2333 (area code) (phone number)  PATIENT ID# (if known) | Next Appointment none. |
| Reasons for visits I could not walk due to my Back Problems | What treatment was received? There is no treatment I need Surgery. |

| 2. NAME | DATES |
|---|---|
| ADDRESS | First Visit (within last 12 months) |
| CITY  STATE  ZIP - | Last Visit |
| PHONE ( ) - (area code) (phone number)  PATIENT ID# (if known) | Next Appointment |
| Reasons for visits | What treatment was received? |

## SECTION 3- INFORMATION ABOUT YOUR MEDICAL RECORDS, continued

## DOCTOR/HMO/THERAPIST/OTHER

| 3. NAME | | | | DATES |
|---|---|---|---|---|
| ADDRESS | | | | First Visit **(within last 12 months)** |
| CITY | STATE | ZIP | - | Last Visit |
| PHONE ( ) - (area code) (phone number) | | PATIENT ID# (if known) | | Next Appointment |
| Reasons for visits | | | What treatment was received? | |

If you need more space, use SECTION 10 - REMARKS.

**3.E.** List each **HOSPITAL/CLINIC** where you received treatment **within the last 12 months**. Also, provide this information for any future appointment(s).

| 1. NAME | | | PHONE ( ) - (area code) (phone number) | |
|---|---|---|---|---|
| ADDRESS | | | PATIENT ID # (if known) | NEXT APPOINTMENT |
| CITY | STATE | ZIP - | What doctor(s) do you regularly see here? | |

| TYPE OF VISIT | DATES (within the last 12 months) | | REASON FOR VISIT(S) | TREATMENT RECEIVED |
|---|---|---|---|---|
| | Date In | Date Out | | |
| Inpatient Stays (stayed at least overnight) | | | | |
| | | | | |
| | | | | |
| Outpatient Visits (sent home the same day) | First Visit | Last Visit | REASON FOR VISIT(S) | TREATMENT RECEIVED |
| | | | | |
| Emergency Room Visits | Date(s) of Visit(s) | | REASON FOR VISIT(S) | TREATMENT RECEIVED |
| | | | | |

# DISABILITY REPORT - FIELD OFFICE - Form SSA-3367

## (3367) ID/Prior Filings

**Identifying Information**

1. Name of Person whose Social Security Record this Claim is being filed:

**James M Hall**

His or Her Social Security Number █████████

Name of Claimant (if different from above):

SSN (if different from above):

Gender: **Male**

Date Of Birth ███████

2. Claimant's Alleged Onset Date:

3. Potential Onset Date (if different from above):

4. Reason for Potential Onset Date:

5. Explanation for Potential Onset Date, when applicable:

**Miscellaneous Information**

6. Protective Filing Date:

Date Last Insured (DIB/Freeze case):

Beginning of Prescribed Period (DWB):

End of Prescribed Period:

Controlling Date:

Closed Period Case:

**Prior Filing Information**

7. Prior Filing(s):

If Yes, and you are not sending the prior folder, enter the following:

## (3367) Presumptive

The Presumptive Disability page details are not being displayed here because there is no PD on this case.

## (3367) Observations

9. Observations/Perceptions:

How was the Interview Conducted? **No contact with claimant**

Observations: Describe the claimant's behavior, appearance, grooming, degree of limitations, etc.

## (3367) Development

10. Development Initiated by FO:

A. Medical:

B. Other:

C. Forms to be completed by applicant and sent to the DDS:
SSA-3371:
SSA-3369:
Other:

11. Was medical evidence brought in to the FO by the claimant? **No**
12. Is DDS capability development needed? **No**
Remarks:

Name of Interviewer: **A. Salinas**
Phone Number: **419-259-6250**

Name of Person Completing Form: **A. Salinas**

Date: **06/05/2009**

**Form SSA-3367 EDCS**

002627

FORM APPROVED
OMB NO. 0960-0431

# PHYSICAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT

| CLAIMANT: | SOCIAL SECURITY NUMBER: |
|---|---|
| HALL, JAMES M | |
| NUMBERHOLDER (IF CDB OR DWB CLAIM): | ▇▇▇▇▇▇▇▇▇▇ |

| PRIMARY DIAGNOSIS:<br>DJD | RFC ASSESSMENT IS FOR:<br>☒ Current Evaluation      ☐ Date<br>                                   12 Months After Onset: |
|---|---|
| SECONDARY DIAGNOSIS:<br>arthritis | ☐ Date Last<br>    Insured: _____ (Date)       _____ (Date) |
| OTHER ALLEGED IMPAIRMENTS: | ☐ Other (Specify): _____ |

**PRIVACY ACT NOTICE:** The information requested on this form is authorized by Section 223 and Section 1633 of the Social Security Act. The information provided will be used in making a decision on this claim. Failure to complete this form may result in a delay in processing the claim. Information furnished on this form may be disclosed by the Social Security Administration to another person or governmental agency only with respect to Social Security programs and to comply with Federal laws requiring the exchange of information between Social Security and other agencies.

**PAPERWORK REDUCTION ACT:** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 20 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

## I. LIMITATIONS:

### For Each Section A - F

 Base your conclusions on **all evidence** in file (clinical and laboratory findings; symptoms; observations; lay evidence; reports of daily activities; etc.).

 Check the blocks which reflect your **reasoned judgment**.

➤ Describe how the **evidence substantiates your conclusions** (Cite specific clinical and laboratory findings, observations, lay evidence, etc.).

➤ Ensure that you have:

- Requested appropriate medical source statements regarding the individual's capacities (DI 22505.000ff. and DI 22510.000ff.) and that you have given appropriate **weight to treating source conclusions** (See Section III.).

- Considered and responded to **any alleged limitations imposed by symptoms** (pain, fatigue, etc.) attributable, in your judgment, to a medically determinable impairment. Discuss your assessment of symptom-related limitations in the explanation for your conclusions in A - F below (See also Section II.).

- Responded to all allegations of physical limitations or factors which can cause physical limitations.

➤ **Frequently** means occurring one-third to two-thirds of an 8-hour workday (cumulative, not continuous). **Occasionally** means occurring from very little up to one-third of an 8-hour workday (cumulative, not continuous).

002628
Continued on Page 2

## A. EXERTIONAL LIMITATIONS

☐ None established. (Proceed to section B.)

1. **Occasionally** lift and/or carry (including upward pulling)
   (maximum) - when less than one-third of the time or less than 10 pounds, explain the amount (time/pounds) in item 6.

   ☐ less than 10 pounds

   ☐ 10 pounds

   ☒ 20 pounds

   ☐ 50 pounds

   ☐ 100 pounds or more

2. **Frequently** lift and/or carry (including upward pulling)
   (maximum) - when less than two-thirds of the time or less than 10 pounds, explain the amount (time/pounds) in item 6.

   ☐ less than 10 pounds

   ☒ 10 pounds

   ☐ 25 pounds

   ☐ 50 pounds or more

3. Stand and/or walk (with normal breaks) for a total of -

   ☐ less than 2 hours in an 8-hour workday

   ☐ at least 2 hours in an 8-hour workday

   ☒ about 6 hours in an 8-hour workday

   ☐ medically required hand-held assistive device is necessary for ambulation

4. Sit (with normal breaks) for a total of -

   ☐ less than about 6 hours in an 8-hour workday

   ☒ about 6 hours in an 8-hour workday

   ☐ must periodically alternate sitting and standing to relieve pain or discomfort. (If checked, explain in 6.)

5. Push and/or pull (including operation of hand and/or foot controls) -

   ☒ unlimited, other than as shown for lift and/or carry

   ☐ limited in upper extremities (describe nature and degree)

   ☐ limited in lower extremities (describe nature and degree)

6. Explain how and why the evidence supports your conclusions in item 1 through 5.
   Cite the specific facts upon which your conclusions are based.

   CDR claim.  Clmt was granted disability benefits on the basis of psych impairments.  Clmt currently alleges disability due to psych impairments and crushed nerve in back, left hand problems and knee problems.  He reported he has had a total left knee replacement.

   2/09  - left shoulder x-ray negative.  C-spine x-ray shows degenerative joint disease; disc space narrowing C6-7.

Continued on Page 3

3. Continue (NOTE: MAKE ADDITIONAL COMMENTS IN SECTION IV)

3/09 - ambulatory with steady gait.  LUE shows full ROM, sensation intact with normal pulses.  There is a sensory deficit in left hand.

8/09 - left hand x-ray shows post surgical changes with arthritic changes in the distal carpal row laterally.  Exam shows SLR negative bilaterally.  Decreased grip strength in left hand although hand dynomometer=40 on left.  Gait on level surface is tandem without use of ambulatory aid.  Able to rise from chair.  Able to reach overhead.  Refused to walk on heels and toes.  Sensory intact.  Reflex in right knee 2+, refused in left knee.

## B. POSTURAL LIMITATIONS

☐ None established. (Proceed to section C.)

|  | Frequently | Occasionally | Never |
|---|:---:|:---:|:---:|
| 1. Climbing - ramp/stairs | ☐ | ☒ | ☐ |
| - ladder/rope/scaffolds | ☐ | ☐ | ☒ |
| 2. Balancing | ☐ | ☒ | ☐ |
| 3. Stooping | ☐ | ☒ | ☐ |
| 4. Kneeling | ☐ | ☒ | ☐ |
| 5. Crouching | ☐ | ☒ | ☐ |
| 6. Crawling | ☐ | ☒ | ☐ |

7. When less than two-thirds of the time for frequently or less than one-third for occasionally, fully describe and explain. Also explain how and why the evidence supports your conclusions in items 1 through 6. Cite the specific facts upon which your conclusions are based.
   A6

Continued on Page 4

C. MANIPULATIVE LIMITATIONS

☐ None established. (Proceed to section D.)

|  | LIMITED | UNLIMITED |
|---|---|---|
| 1. Reaching all directions (including overhead) ➤ | ☐ | ☒ |
| 2. Handling (gross manipulation) ➤ | ☒ | ☐ |
| 3. Fingering (fine manipulation) ➤ | ☒ | ☐ |
| 4. Feeling (skin receptors) ➤ | ☒ | ☐ |

5. Describe how the activities checked "limited" are impaired. Also, explain how and why the evidence supports your conclusions in item 1 through 4. Cite the specific facts upon which your conclusions are based.

A6: Limited to frequent in LUE only

D. VISUAL LIMITATIONS

☒ None established. (Proceed to section E.)

|  | LIMITED | UNLIMITED |
|---|---|---|
| 1. Near acuity ➤ | ☐ | ☐ |
| 2. Far acuity ➤ | ☐ | ☐ |
| 3. Depth perception ➤ | ☐ | ☐ |
| 4. Accommodation ➤ | ☐ | ☐ |
| 5. Color vision ➤ | ☐ | ☐ |
| 6. Field of vision ➤ | ☐ | ☐ |

7. Describe how the faculties checked "limited" are impaired. Also explain how and why the evidence supports your conclusions in items 1 through 6. Cite the specific facts upon which your conclusions are based.

Continued on Page 5

002631

## E. COMMUNICATIVE LIMITATIONS

☒ None established. (Proceed to section F.)

|  | LIMITED | UNLIMITED |
|---|---|---|
| 1. Hearing | ☐ | ☐ |
| 2. Speaking | ☐ | ☐ |

3. Describe how the faculties checked "limited" are impaired. Also, explain how and why the evidence supports your conclusions in items 1 and 2. Cite the specific facts upon which your conclusions are based.

## F. ENVIRONMENTAL LIMITATIONS

☐ None established. (Proceed to section II.)

|  | UNLIMITED | AVOID CONCENTRATED EXPOSURE | AVOID EVEN MODERATE EXPOSURE | AVOID ALL EXPOSURE |
|---|---|---|---|---|
| 1. Extreme cold | ☐ | ☐ | ☐ | ☐ |
| 2. Extreme heat | ☐ | ☐ | ☐ | ☐ |
| 3. Wetness | ☐ | ☐ | ☐ | ☐ |
| 4. Humidity | ☐ | ☐ | ☐ | ☐ |
| 5. Noise | ☐ | ☐ | ☐ | ☐ |
| 6. Vibration | ☐ | ☐ | ☐ | ☐ |
| 7. Fumes, odors, dusts, gases, poor ventilation, etc. | ☐ | ☐ | ☐ | ☐ |
| 8. Hazards (machinery, heights, etc.) | ☐ | ☐ | ☒ | ☐ |

9. Describe how these environmental factors impair activities and identify hazards to be avoided. Also, explain how and why the evidence supports your conclusions in items 1through 8. Cite the specific facts upon which your conclusions are based.
A6: No unprotected heights, dangerous equipment

Continued on Page 6

002632

9. C____ue (NOTE: ____E ADDITIONAL COMMENTS IN SECTION IV)

## II. SYMPTOMS

For symptoms alleged by the claimant to produce physical limitations, and for which the following have not previously been addressed in section I, discuss whether:

A. The symptom(s) is attributable, in your judgment, to a medically determinable impairment.

B. The severity or duration of the symptom(s), in your judgment, is disproportionate to the expected severity or expected duration on the basis of the claimant's medically determinable impairment(s).

C. The severity of the symptom(s) and its alleged effect on function is consistent, in your judgment, with the total medical and nonmedical evidence, including statements by the claimant and others, observations regarding activities of daily living, and alterations of usual behavior or habits.

Clmt reported to DDS he has trouble lifting, bending and using his arms. He claims he is supposed to use a cane, a knee brace and a hand brace but cannot afford them. He can walk a few blocks before needing to rest for 10 minutes. He has trouble stair climbing, kneeling, walking, squatting, bending and using hands. The symptoms are attributed to a medically determinable impairment and are disproportionate to those expected based on the clinical findings. The alleged symptoms are inconsistent with the total evidence.

Continued on Page 7

III. MEDICAL SOURCE STATEMENT(S)

A. Is a medical source statement(s) regarding the claimant's physical capacities in file?

☒ Yes

☐ No (Includes situations in which there was no source or when the source(s) did not provide a statement regarding the claimant's physical capacities.)

B. If yes, are there medical source conclusions about the claimant's limitations or restrictions which are significantly different from your findings?

☐ Yes

☒ No

C. If yes, explain why those conclusions are not supported by the evidence in file.  Cite the source's name and the statement date.

Rekha Trivedi MD states clmt is able to speak, hear, travel, handle objects, sit, stand, and walk with frequent rest periods.  Weight is given to these conclusions.

Continued on Page 8

IV. ADDITIONAL COMMENTS:

V. SIGNATURE

    A. Signatory's Role

        ☒ Medical Consultant **(MC)**

        OR

        ☐ Single Decisionmaker **(SDM)**

    B. MC's Statement
        The MC does **not** check this block when the MC's assessment is preliminary, advisory or partial.

    ☒ THESE FINDINGS COMPLETE THE MEDICAL PORTION OF THE DISABILITY DETERMINATION.

| SIGNATURE: | MEDICAL CONSULTANT'S CODE: | DATE: |
|---|---|---|
| *Lynne Torello, M.D.* | | 10/22/2009 |

Form Approved
OMB No. 0960-0413

# PSYCHIATRIC REVIEW TECHNIQUE

| Name HALL, JAMES M | SSN ▉▉▉▉▉▉▉▉ |
|---|---|
| NH (If different from above) | SSN ___ __ ___ |

**I. MEDICAL SUMMARY**

**A.** Assessment is from: _____ to _____

**B.** Medical Disposition(s):

1. ☐ No Medically Determinable Impairment
2. ☒ Impairment(s) Not Severe
3. ☐ Impairment(s) Severe But Not Expected to Last 12 Months
4. ☐ Meets Listing _____ _____ (Cite Listing)
5. ☐ Equals Listing _____ _____ (Cite Listing)
6. ☐ RFC Assessment Necessary
7. ☐ Coexisting Nonmental Impairment(s) that Requires Referral to Another Medical Specialty
8. ☐ Insufficient Evidence

**C.** Category(ies) Upon Which the Medical Disposition is Based:

1. ☐ 12.02 Organic Mental Disorders
2. ☐ 12.03 Schizophrenic, Paranoid and Other Psychotic Disorders
3. ☐ 12.04 Affective Disorders
4. ☐ 12.05 Mental Retardation
5. ☐ 12.06 Anxiety-Related Disorders
6. ☐ 12.07 Somatoform Disorders
7. ☒ 12.08 Personality Disorders
8. ☐ 12.09 Substance Addiction Disorders
9. ☐ 12.10 Autism and Other Pervasive Developmental Disorders

☒ **These findings complete the medical portion of the disability determination.**

| MC/PC's Signature *Carl Tishler, Ph.D.* | Date 10/20/2009 |
|---|---|
| MC/PC's Printed Name Carl Tishler, Ph.D. | Code |

Form **SSA-2506-BK** (06-2001) Destroy Prior Editions   ef (6-2005)

002636

| II. | DOCUMENTATION OF FACTORS THAT EVIDENCE THE DISORDER |

**A. 12.02 Organic Mental Disorders**

☐ Psychological or behavioral abnormalities associated with a dysfunction of the brain ... as evidenced by at least one of the following:

1. ☐ Disorientation to time and place

2. ☐ Memory impairment

3. ☐ Perceptual or thinking disturbances

4. ☐ Change in personality

5. ☐ Disturbance in mood

6. ☐ Emotional lability and impairment in impulse control

7. ☐ Loss of measured intellectual ability of at least 15 IQ points from premorbid levels or overall impairment index clearly within the severely impaired range on neuropsychological testing, e.g., the Luria-Nebraska, Halstead-Reitan, etc.

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

**B. 12.03 Schizophrenic, Paranoid and Other Psychotic Disorders**

☐ Psychotic features and deterioration that are persistent (continuous or intermittent), as evidenced by at least one of the following:

1. ☐ Delusions or hallucinations

2. ☐ Catatonic or other grossly disorganized behavior

3. ☐ Incoherence, loosening of associations, illogical thinking, or poverty of content of speech if associated with one of the following:

   a. ☐ Blunt affect, or

   b. ☐ Flat affect, or

   c. ☐ Inappropriate affect

4. ☐ Emotional withdrawal and/or isolation

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

**C. 12.04 Affective Disorders**

☐ Disturbance of mood, accompanied by a full or partial manic or depressive syndrome, as evidenced by at least one of the following:

1. ☐ Depressive syndrome characterized by at least four of the following:

    a. ☐ Anhedonia or pervasive loss of interest in almost all activities, or

    b. ☐ Appetite disturbance with change in weight, or

    c. ☐ Sleep disturbance, or

    d. ☐ Psychomotor agitation or retardation, or

    e. ☐ Decreased energy, or

    f. ☐ Feelings of guilt or worthlessness, or

    g. ☐ Difficulty concentrating or thinking, or

    h. ☐ Thoughts of suicide, or

    i. ☐ Hallucinations, delusions or paranoid thinking

2. ☐ Manic syndrome characterized by at least three of the following:

    a. ☐ Hyperactivity, or

    b. ☐ Pressures of speech, or

    c. ☐ Flight of ideas, or

    d. ☐ Inflated self-esteem, or

    e. ☐ Decreased need for sleep, or

    f. ☐ Easy distractibility, or

    g. ☐ Involvement in activities that have a high probability of painful consequences which are not recognized, or

    h. ☐ Hallucinations, delusions or paranoid thinking

3. ☐ Bipolar syndrome with a history of episodic periods manifested by the full symptomatic picture of both manic and depressive syndromes (and currently characterized by either or both syndromes)

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment (explain in Part IV, Consultant's Notes, if necessary):

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

**D. 12.05 Mental Retardation**

☐ Significantly subaverage general intellectual functioning with deficits in adaptive functioning initially manifested during the developmental period; i.e., the evidence demonstrates or supports onset of the impairment before age 22, with one of the following:

1. ☐ Mental incapacity evidenced by dependence upon others for personal needs (e.g., toileting, eating, dressing, or bathing) and inability to follow instructions such that the use of standardized measures of intellectual functioning is precluded*

2. ☐ A valid verbal, performance, or full scale IQ of 59 or less*

3. ☐ A valid verbal, performance, or full scale IQ of 60 through 70 and a physical or other mental impairment imposing an additional and significant work-related limitation of function*

4. ☐ A valid verbal, performance, or full scale IQ of 60 through 70*

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

*NOTE: Items 1, 2, 3, and 4 correspond to listings 12.05A, 12.05B, 12.05C, and 12.05D, respectively.

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

**E. 12.06 Anxiety-Related Disorders**

☐ Anxiety as the predominant disturbance or anxiety experienced in the attempt to master symptoms, as evidenced by at least one of the following:

1. ☐ Generalized persistent anxiety accompanied by three of the following:

   a. ☐ Motor tension, or

   b. ☐ Autonomic hyperactivity, or

   c. ☐ Apprehensive expectation,

   d. ☐ Vigilance and scanning

2. ☐ A persistent irrational fear of a specific object, activity or situation which results in a compelling desire to avoid the dreaded object, activity, or situation

3. ☐ Recurrent severe panic attacks manifested by a sudden unpredictable onset of intense apprehension, fear, terror, and sense of impending doom occurring on the average of at least once a week

4. ☐ Recurrent obsessions or compulsions which are a source of marked distress

5. ☐ Recurrent and intrusive recollections of a traumatic experience, which are a source of marked distress

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

**F. 12.07 Somatoform Disorders**

☐ Physical symptoms for which there are no demonstrable organic findings or known physiological mechanisms, as evidenced by at least one of the following:

    1. ☐ A history of multiple physical symptoms of several years duration beginning before age 30, that have caused the individual to take medicine frequently, see a physician often and alter life patterns significantly

    2. ☐ Persistent nonorganic disturbance of one of the following:

        a. ☐ Vision, or

        b. ☐ Speech, or

        c. ☐ Hearing, or

        d. ☐ Use of a limb, or

        e. ☐ Movement and its control (e.g., coordination disturbances, psychogenic seizures, akinesia, dyskinesia), or

        f. ☐ Sensation (e.g., diminished or heightened)

    3. ☐ Unrealistic interpretation of physical signs or sensations associated with the preoccupation or belief that one has a serious disease or injury

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

**G. 12.08 Personality Disorders**

☐ Inflexible and maladaptive personality traits which cause either significant impairment in social or occupational functioning or subjective distress, as evidenced by at least one of the following:

1. ☐ Seclusiveness or autistic thinking

2. ☐ Pathologically inappropriate suspiciousness or hostility

3. ☐ Oddities of thought, perception, speech and behavior

4. ☐ Persistent disturbances of mood or affect

5. ☐ Pathological dependence, passivity, or aggressivity

6. ☐ Intense and unstable interpersonal relationships and impulsive and damaging behavior

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

**H. 12.09 Substance Addiction Disorders**

☐ Behavioral changes or physical changes associated with the regular use of substances that affect the central nervous system.

If present, evaluate under one or more of the most closely applicable listings:

1. ☐ Listing 12.02-Organic mental disorders*

2. ☐ Listing 12.04-Affective disorders*

3. ☐ Listing 12.06-Anxiety-related disorders*

4. ☐ Listing 12.08-Personality disorders*

5. ☐ Listing 11.14-Peripheral neuropathies*

6. ☐ Listing 5.05-Liver damage*

7. ☐ Listing 5.04-Gastritis*

8. ☐ Listing 5.08-Pancreatitis*

9. ☐ Listing 11.02 or 11.03-Seizures*

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

*NOTE: Items 1,2,3,4,5,6,7,8, and 9 correspond to listings 12.09A, 12.09B, 12.09C, 12.09D, 12.09E, 12.09F, 12.09G, 12.09H, and 12.09I, respectively.  If items 1, 2, 3, or 4 are checked, only the numbered items in subsections IIA, IIC, IIE, or IIG of the form need be checked.  The first block under the disorder heading in those subsections should not be checked, unless the evidence substantiates the presence of the disorder separate from the substance addiction disorder.

**I.   12.10 Autistic Disorder and Other Pervasive Developmental Disorders**

☐ Qualitative deficits in the development of reciprocal social interaction, in the development of verbal and nonverbal communication skills, and in imaginative activity. Often there is a markedly restricted repertoire of activities and interests, which frequently are stereotyped and repetitive.

    1. ☐ Autistic disorder, with medically documented findings of all of the following:

        a. ☐ Qualitative deficits in reciprocal social interaction

        b. ☐ Qualitative deficits in verbal and nonverbal communication and in imaginative activity

        c. ☐ Markedly restricted repertoire of activities and interests

    2. ☐ Other pervasive developmental disorders, with medically documented findings of both of the following:

        a. ☐ Qualitative deficits in reciprocal social interaction

        b. ☐ Qualitative deficits in verbal and nonverbal communication and in imaginative activity

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

002645

**III.** **RATING OF FUNCTIONAL LIMITATIONS**

**A. "B" Criteria of the Listings**

Indicate to what degree the following functional limitations (which are found in paragraph B of listings 12.02-12.04, 12.06-12.08 and 12.10 and paragraph D of 12.05) exist as a result of the individual's mental disorder(s).

NOTE:   Item 4 below is more than a measure of frequency and duration. See 12.00C4 and also read carefully the instructions for this section.

Specify the listing(s) (i.e., 12.02 through 12.10) under which the items below are being rated _____
09

| FUNCTIONAL LIMITATION | DEGREE OF LIMITATION | | | | | |
|---|---|---|---|---|---|---|
| | None | Mild | Moderate | Marked* | Extreme* | Insufficient Evidence |
| 1. Restriction of Activities of Daily Living | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | None | Mild | Moderate | Marked* | Extreme* | Insufficient Evidence |
| 2. Difficulties in Maintaining Social Functioning | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| | None | Mild | Moderate | Marked* | Extreme* | Insufficient Evidence |
| 3. Difficulties in Maintaining Concentration, Persistence, or Pace | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| | None | One or Two | | Three* | Four* or More | Insufficient Evidence |
| 4. Episodes of Decompensation, Each of Extended Duration | ☒ | ☐ | | ☐ | ☐ | ☐ |

*Degree of limitation that satisfies the functional criterion.

**B. "C" Criteria of the Listings**

1. Complete this section if 12.02 (Organic Mental), 12.03 (Schizophrenic, etc.), or 12.04 (Affective) applies and the requirements in paragraph B of the appropriate listing are not satisfied.

NOTE:    Item 1 below is more than a measure of frequency and duration. See 12.00C4 and also read carefully the instructions for this section.

☐ Medically documented history of a chronic organic mental (12.02), schizophrenic, etc. (12.03), or affective (12.04) disorder of at least 2 years' duration that has caused more than a minimal limitation of ability to do any basic work activity, with symptoms or signs currently attenuated by medication or psychosocial support, and one of the following:

   1. ☐ Repeated episodes of decompensation, each of extended duration

   2. ☐ A residual disease process that has resulted in such marginal adjustment that even a minimal increase in mental demands or change in the environment would be predicted to cause the individual to decompensate

   3. ☐ Current history of 1 or more years' inability to function outside a highly supportive living arrangement with an indication of continued need for such an arrangement.

☐ Evidence does not establish the presence of the "C" criteria

☐ Insufficient evidence to establish the presence of the "C" criteria (explain in Part IV, Consultant's Notes).

2. Complete this section if 12.06 (Anxiety-Related) applies <u>and</u> the requirements in paragraph B of listing 12.06 are not satisfied.

☐ Complete inability to function independently outside the area of one's home

☐ Evidence does not establish the presence of the "C" criterion

☐ Insufficient evidence to establish the presence of the "C" criterion (explain in Part IV, Consultant's Notes).

**IV.** | **CONSULTANT'S NOTES**

At CPD (7/20/04) clm had been seeing his TS for 6 years and was easily overwhelmed and agitated when criticized by others. He has poor frustration tolerance. His symptoms tended to worsen under stress and pressure. He had periodically abused substances and currently smoked marijuana. It was determined that even if clm stopped smoking marijuana he would still have marked limitations in his social functioning. DX of 12.04 and 12.09. DA & A was not material.

At the current psych c/e which was obtained since clm had stopped seeing his TS stating that he could manage his own problems, that the medication made him a zombee, and it was a waste of time. Clm drove himself unescorted to the psych c/e and was on time. Last seen by TS was 1/2004. Clm has not abused DA & A for several years. Mood is reportedly labile and irritable. Affect is congruent with mood. Some inappropriate giggling was noted. The claimant does not appear to describe any manic or hypomanic episodes. The claimant denied recent crying spells. The claimant is not anhedonic. The claimant does not harbor feelings of hopelessness, worthlessness, or inappropriate guilt. The claimant complains of poor appetite, but cannot quantify. He sleeps four to five hours in 24. The claimant denied auditory, visual or other hallucinations. The claimant does not appear to be responding to internal stimuli at the time of evaluation. Thought content is negative for obsessions, phobias, delusions, grandiosity, ideas of persecution or reference, thought broadcasting or insertion, paranoid ideation, or special powers. Reality testing appears to be intact. Denied SI or HI. Estimated intelligence to be average range. Judgement appropriate.

The claimant lives with a girlfriend. He describes their relationship as adequate, but states that "I don't get too attached to people." He does have one other friend with whom he will "hang out." The claimant rarely goes out to socialize, however. The claimant performs his self-care skills independently. He drives, and has a commercial driver's license. He is able to perform the usual household chores within his physical limitations. He is fully literate, and does read for pleasure and for information. He has basic computer skills. He identifies his hobby as working out. He states that he does odd jobs, and will "do what it takes to make money." He will mow lawns, finish drywall, etc. for his landlord in order to pick up extra money. He reports that, on a typical day, he will read or work around the house.

Medical improvement has occurred. Clm dx with intermittant explosive disorder and antisocial personality. All opinions were considered to be mildly reduced or not reduced. No mood disorder or anxiety. GAF=70. Wt given to the opinions of the psych c/e regarding work related function. Clm's allegations appear credible.

Section 223 and section 1633 of the Social Security Act authorize the information requested on this form. The information provided will be used in making a decision on this claim. Completion of this form is mandatory in disability claims involving mental impairments. Failure to complete this form may result in a delay in processing the claim. Information furnished on this form may be disclosed by the Social Security Administration to another person or governmental agency only with respect to Social Security programs and to comply with federal laws requiring the exchange of information between Social Security and another agency.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information about you may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U. S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCALSOCIALSECURITY OFFICE. To find the nearest office, call 1-800-772-1213.** *Send only comments on our time estimate above to: SSA, 6401 Security Boulevard, Baltimore, MD 21235-6401.*

Claim. Name: James Hall
SS#: 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

# CLINICAL INTERVIEW
# DISABILITY ASSESSMENT REPORT

RE: James Hall

A/N: 20090727600152

DATE OF EVALUATION: September 16, 2009

DATE OF BIRTH: ██████████

AGE: 35 years, 11 months.

SS#: ████████

The entire evaluation was carried out by myself without the use of assistants or supervisees.

Dear Dr. Raia:

**Reasons for Referral:**

The above-referenced claimant was referred by Ohio D.D.S. for evaluation. The claimant was informed that the results of this evaluation would be reported to D.D.S.   All information given below is *as per* the claimant's self-report or *as per* information supplied by DDS, except where otherwise indicated.

**Identifying Information:**

The claimant's identity was verified with an Ohio commercial driver's license. He drove himself to this evaluation, arriving on time.

**Family History:**

The claimant has been married and divorced X 1, and has three children, two 18-year-olds and a 13-year-old.  The claimant does not see his older children, but remains in contact with his younger child. He does not have custody of the younger child.  The claimant is currently living with a girlfriend.

The claimant says that his mother was a substance abuser who would "beat the crap out of me until I was 14, when I left home."  He does not know his father.  He has two siblings with whom he has no relationship because they are "bad people – liars and thieves."  He adds that his family members are "all scumbags."  The claimant's grandmother committed suicide.

1



Claim    Name: James Hall
SS#

**Educational History:**

The claimant has a high school education. The claimant did not receive special education services in school. He was in OWE classes. The claimant also completed truck driving school post high school.

**Community Problems:**

The claimant reports that he has been in prison twice, and in and out of jail many times. He states that he has been arrested mostly for assault, and for unpaid child support.

The claimant was first arrested at the age of 12 or breaking and entering. He reports that he was in a lot of trouble as a juvenile, and was placed in CSI. The claimant states that he got in a lot of fights as a juvenile, but that he did not fight with weapons because "I prefer to feel bones breaking under my hands." The claimant denies juvenile history of gang affiliation, bullying, fire setting, or animal torture. He states that he did steal throughout his childhood, and that he did destroy property. He did run away from home permanently at the age of 14.

**Health History and Medication:**

No specifically somatic medical records are available for my review. The claimant tells me that he suffers from knee and shoulder problems as a result of having been hit by a drunk driver at the age of 20. He also complains of back pain. The claimant tells me that he is not currently being followed medically because he cannot afford it. He is not taking any prescription medicines. I will defer further comment on the claimant's somatic condition.

With respect to the claimant's psychiatric history, he reports that he was seen psychiatrically on an outpatient basis at the Zepf behavioral health center "for years." He was treated with lithium and an antipsychotic. His psychiatrist was Dr. Deforrest, who diagnosed him with bipolar disorder and antisocial personality disorder. The claimant states that he finally dropped out of psychiatric treatment because it was "a waste of time, and I wouldn't be a zombie – I can manage my own problems." When asked about his bipolar symptoms, claimant stated that he has a history of "blind, stupid rage." He does not describe a history of manic or hypomanic episodes as such, as far as I am able to ascertain.

The claimant states that, as a child, he was in psychotherapeutic treatment for "social problems."

Medical records available for my review consist of a copy of a questionnaire filled out for D.D.S. by the claimant's former psychiatrist, Dr. Deforrest,. That document indicates that the claimant was last seen psychiatrically in January of 2004. He had started treatment in May of 1998. The claimant's diagnoses at that time were bipolar disorder and cannabis

002651

Claim    Name: James Hall
SS#

abuse. Medications at the time that the claimant left treatment included Lexapro, Seroquel, trazodone, and Neurontin.

With respect to the claimant's substance abuse history, he reports that he "tried everything," but that his drug of choice was marijuana. He states that the marijuana "regulated me," and help him control his anger. He denies having used cannabis in several years, however. He was a daily user before he stopped, but states that he decided that managing his own symptoms with cannabis was "not good for the long run."

**Work History:**

The claimant has no military history.

The claimant has historically worked as an over the road truck driver, most recently in 2008. He stopped working when he went to jail for unpaid child support. He reports that he has had difficulty in the past getting along with other people on-the-job because of his temper.

The claimant has also worked as a cook in a restaurant.

**Mental Status:**

Appearance and Behavior:

The claimant presented as an appropriately dressed and groomed 35-year-old man who appeared his stated age. Motor activity was unremarkable. No obvious pain behavior was noted, but the claimant complains orally of pain. He was not using a cane or other assistive device. The claimant was cooperative with the evaluation. Eye contact was good. He appears to be a fair historian. He is extrapunitive.

Flow of Conversation and Thought:

Speech was coherent and proceeded at a normal rate. I had no difficulty understanding the claimant's speech. There are no indications of formal thought disorder. No circumstantiality, loose associations, tangentiality, or flight of ideas were noted.

Affect and Mood:

Mood is reportedly labile and irritable. Affect is congruent with mood. Some inappropriate giggling was noted. The claimant does not appear to describe any manic or hypomanic episodes. The claimant denied recent crying spells. The claimant is not anhedonic. The claimant does not harbor feelings of hopelessness, worthlessness, or inappropriate guilt. The claimant complains of poor appetite, but cannot quantify. He sleeps four to five hours in 24.

Anxiety:

002652



Claim    Name: James Hall
SS#

The claimant did not appear to be visibly anxious at the time of evaluation, and did not complain of anxiety symptoms.

Mental Content:

The claimant denied auditory, visual or other hallucinations. The claimant does not appear to be responding to internal stimuli at the time of evaluation. Thought content is negative for obsessions, phobias, delusions, grandiosity, ideas of persecution or reference, thought broadcasting or insertion, paranoid ideation, or special powers. Reality testing appears to be intact.

The claimant denied suicidal ideation.

The claimant denied homicidal ideation.

Sensorium and Cognitive Functioning:

I did not test the claimant's intelligence, but would estimate it to be within normal limits. Ability to sustain attention and concentration was adequate for the purposes of evaluation, and appears to be adequate for the purposes of an ordinary eight-hour day. The claimant was alert and oriented X 4. The claimant was able to identify the current and former presidents of the United States correctly by name. The claimant was able to identify Christopher Columbus. The claimant was able to identify Martin Luther King Jr. The claimant was able to name two World War II combatants. The claimant was able to name the president of the United States during the Civil War. The claimant was able to identify the Governor of Ohio.

The claimant was able to spell the word "world" forward and backward correctly without difficulty. The claimant was able to recall three unrelated words immediately, and after three minutes. The claimant was able correctly to add four to five, to subtract six from 10, to divide 30 x 6, and to multiply $.25 by six. Attempted serial three subtractions from 20 as follows: 20, 17, 14, 11, 9, 6, 3, 0.

If the claimant saw a fire in a crowded theater, the claimant would inform a theater manager. If the claimant were lost in the forest in the daytime, she would orient herself by the moss on the north sides of the trees. He does know why we put stamps on letters. The claimant did know in what way an orange and a banana are alike. The claimant stated that a table and a chair are alike insofar as they are made of wood. The claimant did not know in what way democracy and monarchy are alike. The claimant was able correctly to interpret the spilled milk proverb. The claimant was able correctly to interpret the glass houses proverb. He was not able to interpret the proverb, "one swallow doesn't make a summer."

Insight and Judgment:

002653

Claim___Name: James Hall
SS#

Impulse control appears to be adequate at the time of evaluation.

Insight appears to be intact.

Judgment skills appear to be adequate for the purposes of simple work-related decision-making.

**Activities of Daily Living:**

The claimant lives with a girlfriend. He describes their relationship as adequate, but states that "I don't get too attached to people." He does have one other friend with whom he will "hang out." The claimant rarely goes out to socialize, however.

The claimant performs his self-care skills independently. He drives, and has a commercial driver's license. He is able to perform the usual household chores within his physical limitations. He is fully literate, and does read for pleasure and for information. He has basic computer skills. He identifies his hobby as working out. He states that he does odd jobs, and will "do what it takes to make money." He will mow lawns, finish drywall, etc. for his landlord in order to pick up extra money. He reports that, on a typical day, he will read or work around the house.

**Summary and Conclusions:**

I cannot confirm a diagnosis of bipolar disorder or other major mood disorder. The claimant's history and presentation appear to me to be consistent with antisocial personality and intermittent explosive disorder. Intellectual functioning is estimated to be average or better. Otherwise, no gross or obvious cognitive limitations are noted. Ability to sustain attention and concentration was adequate for the purposes of evaluation, and appears to be adequate for the purposes of an ordinary eight-hour day. Activities of daily living are as reported above.

**DSM-IV-TR MULTI-AXIAL CLASSIFICATION**

**Axis I:**      312.34 Intermittent Explosive Disorder.

**Axis II:**     301.7 Antisocial Personality Disorder

**Axis III:**    Deferred.

**Axis IV:**     Unemployment, medical problems.

**Axis V:**

This claimant's most serious mental symptom is irritability. As such, the claimant cannot have a GAF greater than 70.

5

002654

Claimant Name: James Hall
SS#

The claimant's functioning is characterized by periodic explosive temper. Thus the claimant's GAF from a functional perspective cannot be greater than 70.

In determining the final GAF, the DSM-IV-TR requires using the lower of the symptom severity score and the function severity score. In this case, the final GAF is 70.

**Discussion of the four work-related mental abilities and capacity to manage funds:**

**Ability to Relate to Others:**

Ability in this area appears to be mildly impaired. The claimant presented as polite, cooperative, and socially appropriate at the time of evaluation. He does appear in general to be capable of conforming to ordinary social norms when he finds it in his interest to do so, although he does at times lose his temper. He does indicate that he has been doing better recently in the latter regard, however.

**Ability to Understand and Follow Simple Instructions:**

The claimant's work history, other social history, and responses to the cognitive portion of the mental status exam suggest that the claimant is not impaired in this area.

**Ability to Maintain Attention to Perform Simple, Repetitive Tasks:**

The claimant's work history, other social history, and responses to the cognitive portion of the mental status exam suggest that the claimant is not impaired in this area.

**Ability to Withstand the Stress and Pressure of Daily Work:**

Ability in this area appears to be not impaired.


The claimant does appear capable of managing benefit payments adequately if awarded.


Daniel K. Watkins, Ph.D.
Psychologist

002655

**REVIEWED**

By JEW SSANRC PAGE REDACTED at 7:37 am, May 30, 2019

Electronic Records Express Attestation: This document was electronically signed

Social Security Number: ███████████
Request ID: L000076WMP000
SiteID: S38
Route: DMA

Sender Name: Watkins, Daniel
Date: Sun Oct 04 18:57:35 EDT 2009

The following affirmation was electronically signed:

I am certifying, under penalty of perjury, that I have been authorized or
contracted by the Disability Determination Services to examine the claimant
named in the attached, and produced a consultative examination report for that
claimant.  The report is accurate.  By clicking on the "Agree" button below, I
am certifying that I personally conducted, or personally participated in
conducting, the consultative examination and have electronically signed the
report contained within.

REVIEWED

By JEW SSANRC PAGE REDACTED at 7:37 am, May 30, 2019

## St Anne Mercy Hospital
## Department of Radiology

Patient Name:  HALL, JAMES M
Adm No: 31190259
DOB:
Age:  35Y  M
Ord No:  90001

MRN:  8219667
Room No: -
Pt. Class  Outpatient -
Corp ID:  2000553791

Ordering Physician:            REKHA R TRIVEDI
Attending Physician:           REKHA R TRIVEDI
Primary Care Physician:

*** Final Report ***

Procedure:  ARD  Aug 17 2009  2:25PM  5869978 HAND 2 VW LT
Reason for Exam:  pain

FULL RESULT:  Left hand 3 views:  A single metal screw enters the dorsal aspect of the base of the middle phalanx of the 3rd digit.  Three screws are identified in the wrist region that appear to be within the trapezoid. There appears to be bony ankylosis of the trapezium and trapezoid.  Irregularity of bone and bone density are identified in this region.  There is mild arthritis of the articulation of the base of the thumb to the trapezium. The articulation of the base of the 2nd metacarpal bone to the multangular bones is not well seen and cannot be assessed.  Radiocarpal articulation is unremarkable.

IMPRESSION:  Post surgical changes with arthritic changes in the distal carpal row laterally.
 TM/ka

Transcribed by: KLA on Aug 17 2009  4:28P
Read by: THOMAS MASON  on Aug 17 2009  2:44P
Signed by: THOMAS MASON on Aug 17 2009  5:34P

As with all radiology studies performed at St. Anne Mercy Hospital, this examination has been interpreted and this report reviewed by the responsible staff radiologist.
St. Anne Mercy Hospital, 3404 W. Sylvania Ave, Toledo, OH 43623

002659                        : 1

REVIEWED

By JEW SSANRC PAGE REDACTED at 7:38 am, May 30, 2019

## St Anne Mercy Hospital
### Department of Radiology

Patient Name:  **HALL, JAMES M**
Adm No: 31190259

MRN: 8219667

DOB:

Room No: -

Age: 35Y  M

Pt. Class   Outpatient -

Ord No:  90001

Corp ID: 2000553791

Ordering Physician:                    REKHA R TRIVEDI
Attending Physician:                   REKHA R TRIVEDI
Primary Care Physician:

---

### *** Final Report ***

Procedure: ARD  Aug 17 2009 2:25PM  5869978 HAND 2 VW LT
Reason for Exam:  pain

FULL RESULT:  Left hand 3 views:  A single metal screw enters the dorsal aspect of the base of the middle
phalanx of the 3rd digit.  Three screws are identified in the wrist region that appear to be within the trapezoid.
There appears to be bony ankylosis of the trapezium and trapezoid.  Irregularity of bone and bone density are
identified in this region.  There is mild arthritis of the articulation of the base of the thumb to the trapezium.
The articulation of the base of the 2nd metacarpal bone to the multangular bones is not well seen and cannot be
assessed.  Radiocarpal articulation is unremarkable.


IMPRESSION:  Post surgical changes with arthritic changes in the distal carpal row laterally.
TM/ka

Transcribed by: KLA on Aug 17 2009  4:28P
Read by:  THOMAS MASON  on Aug 17 2009  2:44P
Signed by: THOMAS MASON on Aug 17 2009  5:34P

As with all radiology studies performed at St. Anne Mercy Hospital, this examination has been interpreted and this report reviewed by the responsible staff radiologist.
St. Anne Mercy Hospital, 3404 W. Sylvania Ave, Toledo, OH 43623

002661

## REHABILITATION SERVICES COMMISSION
### BUREAU OF DISABILITY DETERMINATION

COLUMBUS OH

REKHA T TRIVEDI MD
3900 SUNFOREST CT
SUITE # 215
TOLEDO, OH 43623

Appt Date: **August 17, 2009**  Appt Time: **01:00 PM**
RE:  JAMES M HALL
     906 DELENCE ROAD
     TOLEDO OH 43605-2321

Phone: 419-691-2006  DOB: 
SSN:

RQID:L0000718SY000        SITE:S38 DR:S
SSN:*********  DOCTYPE:0002 RF:D CS:76c5

| | | CHARGES |
|---|---|---|
| 11200 | PHYSICAL MEDICINE EXAMINATION | $150.00 |

Additional studies by: ST ANNE MERCY HOSPITAL
52053L HAND

Additional studies by: CONSULTING RADIOLOGIST CORP
82053L HAND INTERP



Diagnosis -
(1) pain in left Hand
(2) surgery on left
                Hand

**PLEASE RETURN THIS DOCUMENT, ALL ATTACHMENTS AND THE REPORT, BY FAX: 1-866-755-6629 OR THE ERE WEBSITE, WITHIN 7 DAYS OF THE APPOINTMENT.** Number of pages: _5_  Date: 8/18/09

THE PAYEE AGREES TO ACCEPT THE MAXIMUM FEE PAID AS PAYMENT IN FULL.
The PAYEE certifies that all services rendered are without discrimination on the basis of:
Ancestry, age, sex, race, color, creed, national origin and type of disability in accordance with
the requirements of Ohio Law and Title VI of the Civil Rights Act of 1964 and regulations.

--------- PAY TO ---------
REKHA T TRIVEDI MD
3900 SUNFOREST CT
SUITE # 215
TOLEDO, OH 43623

Vendor code: 0200296  2
Auth# 20090724600378
Scheduler: bah121

OHDDS-CVPAC  2740640/5F/DDC262
Enc.  CVANM

002662

*REKHA R. TRIVEDI, M.D.*
*3900 SUNFOREST COURT, SUITE 215*
*TOLEDO, OHIO 43623*
*419-475-2134*

Date: August 17, 2009.
Jeff Vasiloff, M.D.
Rehabilitation Services Commission
Bureau of Disability Determination
P. O. Box 359001 Station SE 1
Columbus, Ohio 43235-9001

**Re:** James M. Hall
**SS#** ███████
**DOB:** ███████

Dear Dr. Vasiloff:

**CHIEF COMPLAINT:**
Left hand and knee pain—1994.

**HISTORY PRESENT ILLNES:**
      This is a 35 years old male seen on August 17, 2009 with a complaint of left knee and left hand pain since 1994. According to him he was on a motorcycle and was hit by a car in 1994. He was hospitalized at St. Vincent Hospital for 2 ½ months. He had surgeries done on his left knee his left hand. After he was released from the hospital he did not see any doctors. He complains of constant hurting pain in his left hand and left knee. The left knee pain is increased with the long sitting, standing, walking activities. The left hand pain is increased with the use of left hand. In February 2009 he was seen by emergency room physician at St. Charles Hospital after lifting he developed neck and back pain. He had x-ray done. Since then he complains of numbness in left thumb, index and middle fingers. He complains of swelling of left hand and left knee with cold and rainy weather. He does not have a brace or use ambulatory aid.

**Current Medications:** He did not bring any medications .
 He takes vitamin, calcium and fish oil.
**Allergies:** He is allergic to pain medications but does not know the name.

**SOCIAL AND PERSONAL HISTORY:**
**Living arrangements:** Lives alone.
**Self Care Activities:** Independent.
**Employment:** Did construction work for 15 years.
**Last Worked:** 5 years ago.

Pag:
Ref: James M. Hall

**Educational level:** High school graduate.
**Use of Drugs/Alcohol/Tobacco:** Smokes a pack of cigarettes. Drinks alcohol occasionally. There is a history of marijuana and cannabis abuse.

**FAMILY HISTORY:**
No contributory.

**PAST MEDICAL HISTORY:**
Motorcycle accident with injury to left knee and left hand had surgeries. Tonsillectomy. Gunshot wound to groins. Stabbed in the back seen by emergency room physicians.

## REVIEW OF SYSTEMS

**Constitutional Symptoms:** Denies weight changes, eye, and ear problem. Complains of sinus problems.
**Skin:** Denies skin problems.
**Cardiovascular:** Denies heart problem, high cholesterol or high blood pressure.
**Respiratory:** Complains of smoker's cough. Denies asthma.
**Gastrointestinal:** Denies change in bowel habit, ulcer or liver problem.
**Genitourinary:** Denies frequency or incontinence.
**Musculoskeletal:** Complains of the left knee, left hand pain. Denies arthritis. Complains of swelling of left hand, left knee.
**Neurological:** Complains of numbness in left thumb, index and middle fingers. Complains of forgetfulness and occasional headache. Denies dizziness, speech problems.
**Psychiatric:** Diagnosed with depression, was on medications for 5 years which he stopped about 4 years ago.
**Endocrine:** Denies diabetes or thyroid problem.

## PHYSICAL EXAMINATION:

**Height:** 6'0"            **Weight:** 216 pounds.
**GENERAL APPEARANCE:** Well developed, well nourished, not in acute distress.
**CARDIOVASCULAR:** No edema, varicosities, or tenderness noted.
**SKIN:** Tattoo around the left ring finger, 2 tattoos over the right upper arm noted. Scars over the left hand, left knee intact.
**MUSCULOSKELETAL:** No atrophy, swelling, spasm, skin color changes or tenderness noted. Straight leg raising in sitting and supine position negative bilaterally. Fabre Test-negative bilaterally.
Knee Circumference 15" bilaterally. Dorsalis pedis pulses palpable bilaterally.

Pag
Ref: James M. Hall

## MANUAL MUSCLE EXAMINATION:

| | |
|---|---|
| 0=Absent | No movement, no palpable muscle contraction. |
| 1=Trace | Muscle can be felt to tighten, but cannot produce movement. |
| 2=Poor | Produces movement with gravity eliminated, but cannot function against gravity. |
| 3=Fair | Can raise part against gravity only. |
| 4=Good | Can raise part against minimal/moderate resistance as well as gravity. |
| 5=Normal | Can raise part against maximal resistance. |

| | Right | Left |
|---|---|---|
| Shoulder Abductors | N | N |
| Shoulder External Rotators | N | N |
| Shoulder Internal Rotators | N | N |
| Elbow Flexors | N | N |
| Elbow Extensors | N | N |
| Wrist Flexors | N | N |
| Wrist Extensors | N | N |
| Finger Abductors | N | N |
| Finger Adductors | N | N |
| Hip Flexors | N | N |
| Hip Extensors | N | N |
| Knee Flexors | N | N |
| Knee Extensors | N | N |
| Foot Dorsiflexors | N | N |
| Foot Plantarflexors | N | N |
| Foot Invertors | N | N |
| Foot Evertors | N | N |
| Great Toe Extensors | N | N |

| | Right | | Left | |
|---|---|---|---|---|
| N=normal | Normal | Abnormal | Normal | Abnormal |
| Grasp | N | | | Weak |
| Manipulation | N | | N | |
| Pinch | N | | N | |
| Fine Coordination | N | | N | |

Hand Dominant: Right Hand Dominant.

## DYNAMOMETER READINGS IN POUNDS:

| Right | Left |
|---|---|
| 100 | 40 |
| 100 | 40 |
| 90 | 40 |

002665

Pag
Ref: James M. Hall

### RANGE OF MOTION:

| CERVICAL SPINE | Normal | Results: |
|---|---|---|
| Flexion | 50 | N |
| Extension | 60 | N |
| Right Lateral Flexion | 45 | N |
| Left Lateral Flexion | 45 | N |
| Right Rotation | 80 | N |
| Left Rotation | 80 | N |

| SHOULDER | | Right | | Left | |
|---|---|---|---|---|---|
| | Normal | ACTIVE | PASSIVE | ACTIVE | PASSIVE |
| Flexion | 180 | N | | N | |
| Extension | 50 | N | | N | |
| Abduction | 180 | N | | N | |
| Adduction | 50 | N | | N | |
| Internal Rotation | 90 | N | | N | |
| External Rotation | 90 | N | | N | |

| ELBOW | | Right | | Left | |
|---|---|---|---|---|---|
| | Normal | ACTIVE | PASSIVE | ACTIVE | PASSIVE |
| Flexion | 140 | N | | N | |
| Extension | 0 | N | | N | |
| Supination | 80 | N | | N | |
| Pronation | 80 | N | | N | |

| WRIST | | Right | | Left | |
|---|---|---|---|---|---|
| | Normal | ACTIVE | PASSIVE | ACTIVE | PASSIVE |
| Dorsiflexion | 60 | N | | *50 | Refused |
| Palmar Flexion | 60 | N | | 50 | |
| Radial Flexion | 20 | N | | *5 | Refused |
| Ulnar Deviation | 30 | N | | 30 | |

**HANDS/FINGERS:   * Complains of pain.**

| | MP Flexion Normal 90° | | MP Extension Normal 0° | | PIP Flexion Normal 120° | | PIP Extension Normal 0° | | DIP Flexion Normal 70° | | DIP Extension Normal 0° | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Right | Left | Right | Left | Right | Left | Right | Left | Right | Left | Right | Left |
| 1 | N | N | N | N | N | *70 | N | N | N | - | N | N |
| 2 | N | N | N | N | N | *110 | N | N | N | *40 | N | N |
| 3 | N | N | N | N | N | *100 | N | N | N | *40 | N | N |
| 4 | N | N | N | N | N | *100 | N | N | N | *40 | N | N |
| 5 | N | N | N | N | N | *90 | N | N | N | *0 | N | N |

Pag
Ref: James M. Hall

## DORSOLUMBAR SPINE:

|  | Normal | Results |
|---|---|---|
| Flexion | 90 | N |
| Extension | 30 | N |
| Right Lateral Flexion | 30 | N |
| Left Lateral Flexion | 30 | N |

| HIP | | **Right** | | **Left** | |
|---|---|---|---|---|---|
|  | Normal | ACTIVE | PASSIVE | ACTIVE | PASSIVE |
| Flexion | 100 | N | | N | |
| Extension | 30 | N | | N | |
| Abduction | 40 | N | | N | |
| Adduction | 20 | N | | N | |
| Internal Rotation | 40 | N | | N | |
| External Rotation | 50 | N | | N | |

| KNEE | | **Right** | | **Left** | |
|---|---|---|---|---|---|
|  | Normal | ACTIVE | PASSIVE | ACTIVE | PASSIVE |
| Flexion | 150 | N | | *110 | 120 |
| Extension | 0 | N | | 0 | |

**\* Complains of pain.**

| ANKLE | | **Right** | | **Left** | |
|---|---|---|---|---|---|
|  | Normal | ACTIVE | PASSIVE | ACTIVE | PASSIVE |
| Dorsiflexion | 20 | N | | N | |
| Plantar Flexion | 40 | N | | N | |
| Inversion | 30 | N | | N | |
| Eversion | 20 | N | | N | |

## FUNCTIONAL NEUROMUSCULAR EXAMINATION:

Gait on the level surface is tandem without ambulatory aid. He is able to rise from the chair and is independent in transfers. He is able to reach overhead. Refused to walk on heels and toes.

## NEUROLOGICAL EXAMINATION:

Alert and oriented x3. Speech and hearing normal. Able to relate, cooperate, and respond. Memory intact.

**SENSORY:** Sensory to touch intact in all four extremities.

**REFLEXES:** Biceps, triceps, brachioradialis, ankles 2+ bilateral symmetrical. Knees right 2+, left refused.

002667

Pag
Ref: James M. Hall

**PRESENT X-RAY:**
**X-Ray of Left Hand**—shows post surgical changes with arthritic changes in the distal carpal row laterally.

**IMPRESSIONS:**
1. Left knee pain.
2. Left knee surgery.
3. Left hand pain, weakness.
4. Left hand surgery.
5. Depression.

**SUMMARY:**
Regarding patient's complaint examination revealed no sensory impairment. He refused left knee reflex. Decrease left wrist, left fingers and left knee motion with complaint of pain. Gait on level surface is tandem without ambulatory aid. Left hand grasps weak. No speech or hearing impairment noted. He complains of depression psych consult will be helpful. He is able to speak, hear, travel, handle objects, sit, stand, and walk with frequent rest periods.

If you have further questions, please feel free to contact me. Thank you.

Rekha R. Trivedi, M.D.
jh

002668

# St Anne Mercy Hospital
## Department of Radiology

**Patient Name:  HALL, JAMES M**
Adm No: 31190259
DOB: ███████
Age:  35Y  M
Ord No:  90001

**MRN:  8219667**
Room No: -
Pt. Class   Outpatient -
**Corp ID:  2000553791**

Ordering Physician:            REKHA R TRIVEDI
Attending Physician:           REKHA R TRIVEDI
Primary Care Physician:

---

**\*\*\* Final Report \*\*\***

Procedure:  ARD  Aug 17 2009  2:25PM   5869978 HAND 2 VW LT
Reason for Exam:  pain

FULL RESULT:  Left hand 3 views:  A single metal screw enters the dorsal aspect of the base of the middle phalanx of the 3rd digit.  Three screws are identified in the wrist region that appear to be within the trapezoid. There appears to be bony ankylosis of the trapezium and trapezoid.  Irregularity of bone and bone density are identified in this region.  There is mild arthritis of the articulation of the base of the thumb to the trapezium. The articulation of the base of the 2nd metacarpal bone to the multangular bones is not well seen and cannot be assessed.  Radiocarpal articulation is unremarkable.

IMPRESSION:  Post surgical changes with arthritic changes in the distal carpal row laterally.
TM/ka

Transcribed by:  KLA on Aug 17 2009  4:28P
Read by: THOMAS MASON  on Aug 17 2009  2:44P
Signed by: THOMAS MASON on Aug 17 2009  5:34P

As with all radiology studies performed at St. Anne Mercy Hospital, this examination has been interpreted and this report reviewed by the responsible staff radiologist.
St. Anne Mercy Hospital, 3404 W. Sylvania Ave, Toledo, OH 43623

002669

**REVIEWED**
By JEW SSANRC PAGE REDACTED at 7:38 am, May 30, 2019

110908110000578

ST. CHARLES MERCY HOSPITAL
PRIMARY

TRIAGE (Tue Feb 10, 2009 00:57 DUB)
PROVIDERS: TRIAGE NURSE: Al Dubois, RN. (Tue Feb 10, 2009 00:57
    DUB)
PATIENT: NAME: James M Hall, AGE: 35, GENDER: male, DOB: ▮▮▮▮
    ▮▮▮▮ TIME OF GREET: Tue Feb 10, 2009 00:35, SSN: ▮▮▮▮▮▮▮, ZIP
    CODE: 43616, PHONE: 419691-2006, MEDICAL RECORD NUMBER: 552752, ACCOUNT
    NUMBER: 2918717, PERSON ID: 2000553791. PCP: Emergency, Unspecifi,
    ATTENDING: No Pcp. (Tue Feb 10, 2009 00:57 DUB)
ADMISSION: URGENCY: ESI Level 4, ADMISSION SOURCE: Home,
    TRANSPORT: Walk in, BED: WAIT. (Tue Feb 10, 2009 00:57 DUB)
VITAL SIGNS: BP 132/80, Pulse 105, Resp 15, Temp 37, Pain 8, Time
    2/10/2009 00:56. (Tue Feb 10, 2009 00:57 DUB)
COMPLAINT: COMPLAINT: left arm pain after installing kitchen
    floor. (Tue Feb 10, 2009 00:57 DUB)
ASSESSMENT: Pulses: tachy. (00:58 DUB)
PAIN ASSESSMENT: Patient complains of pain, Pain described as
    penetrating, On a scale 0-10 patient rates pain as 8. (00:58
    DUB)
FALL RISK ASSESSMENT: No risk for fall. (00:58 DUB)
GLASCOW COMA SCORE: Patient moves all extremities, Patient's
    glascow coma scale is 15, Patient's pupils are PERRL. (00:58 DUB)


HPI SHOULDER
CHIEF COMPLAINT: Patient presents for the evaluation of
    left, shoulder injury, shoulder pain,
    shoulder decreased ROM, shoulder tenderness. (01:28
    COLL)
HISTORIAN: History obtained from patient. (01:28 COLL)
MECHANISM: Complaint occurred by REPITITVE USE. (01:28
    COLL)
OCCURRED: Just prior to presentation. (01:28 COLL)
LOCATION: Pain in Gleno-Humerus Joint, Radiation
    is distal. (01:28 COLL)
QUALITY: Patient describes pain as sharp. (01:28
    COLL)
ASSOCIATED WITH: Patient denies clavicle pain, Patient
    states shoulder pain is present, for 1 day, to
    gleno-humerus joint, Patient denies elbow pain, Patient
    denies wrist pain, Patient denies hand pain, Patient denies finger
    pain, Patient states distal neuro c/o is present, for 1
    day. (01:29 COLL)
SEVERITY: Maximum severity is moderate, Currently
    symptoms are moderate. (01:29 COLL)
EXACERBATED BY: Patient's condition exacerbated by
    movement. (01:29 COLL)
RELIEVED BY: Patient's condition relieved by immobilization.
    (01:29 COLL)
NOTES:  TINGLING THUMB, INDEX AND MIDDLE FINGER TIPS LEFT
    SIDE. (01:30 COLL)


ROS
CONSTITUTIONAL: Negative constitutional review of systems. (01:30
    Name: Hall, James M  DOB: 1▮▮▮▮▮  M35 MedRec: 552752  AcctNum:
    2918717
    Prepared: Tue Feb 10, 2009 03:06 by                    Page: 1
    of 4
    pMD
                    ST. CHARLES MERCY HOSPITAL


                    PRINTED BY: FISG00
                    DATE     8/4/2009


HALL, JAMES M                    552752           2918717

110908110000578

PRIMARY

COLL)
EYES: Negative eye review of systems. (01:30 COLL)
ENT: Negative ENT review of systems. (01:30 COLL)
RESPIRATORY: Negative respiratory review of systems. (01:30
    COLL)
GI: Negative gastrointestinal review of systems. (01:30
    COLL)
GENITOURINARY MALE: Negative genitourinary review of systems.
    (01:30 COLL)
MUSCULOSKELETAL: Historian reports joint stiffness.
    (01:30 COLL)
SKIN: Negative skin review of systems. (01:30 COLL)
NEUROLOGIC: Historian reports paresthesias. (01:30
    COLL)
ENDOCRINE: Negative endocrine review of systems. (01:30
    COLL)
HEMO/LYMPHATIC: Negative hemo/lymphatic review of systems. (01:30
    COLL)
ALLERGIC/IMMUNOLOGIC: Negative Allergic review of systems. (01:30
    COLL)
PSYCHIATRIC: Negative psychiatric review of systems. (01:30
    COLL)
CARDIOVASCULAR: Negative cardiovascular review of systems. (01:55
    COLL)


PHYSICAL EXAM
CONSTITUTIONAL: Vital signs reviewed, Patient has normal pulse,
    Patient has normal blood pressure, Patient has normal respiratory rate,
    Well appearing, Patient appears comfortable, Alert and oriented X 3.
    (01:32 COLL)
HEAD: Atraumatic, Normocephalic. (01:32 COLL)
EYES: Eyes are normal to inspection, Pupils equal, round and
    reactive to light, No discharge from eyes, Extraocular muscles intact,
    Sclera are normal, Conjunctiva are normal. (01:32 COLL)
ENT: Ears normal to inspection, Nose examination normal,
    Posterior pharynx normal, Mouth normal to inspection. (01:32 COLL)
NECK: Normal ROM, No jugular venous distention, No meningeal
    signs, Tenderness present, laterally,
    diffusely, most prominent at level of: C-6. (01:32
    COLL)
RESPIRATORY CHEST: Chest is nontender, Breath sounds normal, No
    respiratory distress. (01:32 COLL)
CARDIOVASCULAR: RRR, No murmurs, Normal S1 S2, No rub, No gallop.
    (01:32 COLL)
UPPER EXTREMITY: Inspection normal, No cyanosis, No clubbing, No
    edema, Normal range of motion, Shoulder exam shows, LEFT shoulder to
    have, no deformity, no ecchymosis, no swelling, no hematoma, no
    erythema, no warmth, no muscle atrophy, full range of motion,
    Tenderness to palpation, of glenohumeral joint.
    (01:32 COLL)
LOWER EXTREMITY: Inspection normal, No cyanosis, No clubbing, No
    edema, Normal range of motion, No calf tenderness. (01:32 COLL)
    Name: Hall, James M  DOB: 10/7/1973 M35 MedRec: 552752  AcctNum:
    2918717
 Prepared: Tue Feb 10, 2009 03:06 by                              Page: 2
 of 4
 pMD

ST. CHARLES MERCY HOSPITAL
PRIMARY


PRINTED BY: FISG00
DATE      8/4/2009

HALL,  JAMES M                    552752          2918717        002672

110908110000578

NEURO: GCS is 15, No focal motor deficits, No focal sensory
    deficits, No cerebellar deficits, Speech normal, Gait normal, Memory
    normal. (01:32 COLL)
SKIN: Skin is warm, Skin is dry, Skin is normal color. (01:32
    COLL)
LYMPHATIC: No adenopathy in neck, No adenopathy in axillae.
    (01:32 COLL)
PSYCHIATRIC: Oriented X 3. (01:32 COLL)
BACK: There is no CVA Tenderness, There is no tenderness to
    palpation, Normal inspection. (01:55 COLL)

PAST MEDICAL HISTORY
MEDICAL HISTORY: gsw. (00:58 DUB)
SURGICAL HISTORY: Patient's previous surgical history is not
    relevant to the case. (01:32 COLL)
PSYCHIATRIC HISTORY: No previous psychiatric history. (01:33
    COLL)
SOCIAL HISTORY: Denies alcohol abuse, Denies tobacco abuse,
    Denies drug abuse. (01:33 COLL)
FAMILY HISTORY: Family history is not contributory to this case.
    (01:33 COLL)
NOTES: Nursing records reviewed, Agree with nursing records.
    (01:33 COLL)

CURRENT MEDICATIONS (00:57 DUB)
None

ALLERGY (00:57 DUB)
    NKA.

DIAGNOSIS (01:57 COLL)
FINAL: PRIMARY: ACUTE LEFT SHOULDER STRAIN, ADDITIONAL:
    DJD C SPINE WIHT C 6 RADICULOPATHY LEFT.

DISPOSITION
PATIENT: Disposition: * Discharge, Condition: Stable. (01:57
    COLL)
    Remove from ER. (02:06 DUB)

PRESCRIPTION (01:57 COLL)
Acetaminophen-Hydrocodone Bitartrate: Tablet : 500 Mg-5 Mg :
    Oral : Quantity: *** 1 *** Unit: TAB Route: Oral Schedule: *4 times a
    day Dispense: *** 12 ***.
NOTES: FOR PAIN. DO NOT DRIVE OR OPERATE MACHINERY
    NO REFILLS
    GENERICS OK
    .
Motrin: Tablet : 800 mg : Oral : Quantity: *** 1 *** Unit: tab
    Route: Oral Schedule: Three times a day Dispense: *** 30 ***.
NOTES:
    NO REFILLS
    GENERICS OK
    Name: Hall, James M  DOB: ▮▮▮▮▮▮  M35 MedRec: 552752  AcctNum:
    2918717
    Prepared: Tue Feb 10, 2009 03:06 by                          Page: 3
    of 4
    pMD

ST. CHARLES MERCY HOSPITAL
PRIMARY

.

INSTRUCTION (01:59 COLL)
DISCHARGE:  CERVICAL RADICULOPATHY, SHOULDER PAIN.
FOLLOWUP:  St.Vincent *Clinics, Specialty, Orthopedics, 2213
    Cherry St, Toledo OH 43608, 419-251-4283, David Beeks, M.D.,
    Orthopedics, 2702 Navarre Ave, Oregon OH 43616, 419-696-3131, Follow up
    with Primary Care Physician Follow-up in 2-3 days.
SPECIAL:  CONTINUE ALL HOME MEDICATIONS AS PRESCRIBED BY YOUR
    FAMILY DOCTOR.
  FOLLOW UP WITH PHYSICIAN OR CLINIC LISTED.
  RETURN TO THE EMERGENCY CENTER IF YOUR SYMPTOMS WORSEN OR CHANGE IN ANY
    WAY.
  THANK YOU FOR CHOOSING ST. CHARLES MERCY HOSPITAL FOR YOUR EMERGENCY
    CARE.
  J. F. COLLACO, M.D. E.R. PHONE NUMBER 4196967300.

RADIOLOGY INTERPRETATION
INTERPRETER: Preliminary review of x-rays by ED Physician. (01:55
    COLL)
UPPER EXTREMITIES: X-ray Interpretation:, X-ray of the left
    shoulder shows, Views reviewed are 3, shoulder negative, no fracture,
    no dislocation, no foreign body, no bony lesion, no degenerative joint
    disease, no effusion. (01:55 COLL)
NECK: Interpretation of the C-Spine x-ray shows, Views reviewed
    are 4, c-spine negative, no fracture, no subluxation, no soft tissue
    swelling, no foreign body, however, Degenerative joint disease
    present, DISC SPACE NARROWING C6-C7. . (01:56 COLL)

ADMIN (02:43 COLL)
DIGITAL SIGNATURE:  Collaco, MD, Joseph.
Key:
  COLL=Collaco, MD, Joseph DUB=Dubois, RN, Al
    Name: Hall, James M  DOB: ████████ M35 MedRec: 552752  AcctNum:
    2918717
    Prepared: Tue Feb 10, 2009 03:06 by                          Page: 4
    of 4
  pMD

PRINTED BY: FISG00
DATE      8/4/2009

HALL,  JAMES M                      552752          2918717          002674

110908110000578

*INPATIENT*                                      *FINAL Report *

ST. CHARLES MERCY MEDICAL CENTER
Department of Radiology

Patient: HALL, JAMES                  Medical Record No: 552752
   DOB:                                       Corp ID: 2000553791
   Visit: 2918717                      Pat. Class: INPATIENT

Ordering Physician: COLLACO, FRED    Order Number: 90001

Attending Physician: COLLACO, FRED

** FINAL **

Procedure:  CERVICAL AP LAT ODONTOID
CDX  02/10/2009     5644971
Reason for Exam:  INJURY

FULL RESULT:   AP and lateral views of the cervical spine show no
evidence of fracture.  Bony alignment is normal.  There is mild
intervertebral disc space narrowing and hypertrophic spur formation at
C5-C6 and C6-C7.

IMPRESSION:   MILD CERVICAL SPONDYLOSIS AT C5-C6 AND C6-C7 WITH NO ACUTE
ABNORMALITY DEMONSTRATED.

GG/bf

Read by:  GERALD B GLASSBERG  014656 on Feb 10 2009  8:29A

Transcribed by: FER on Feb 10 2009 11:06A

Signed by:  DR. GERALD B GLASSBERG on:  Feb 10 2009 11:57A

PRINTED BY: FISG00
DATE      8/4/2009

110908110000578

\*INPATIENT\*                                    \*FINAL Report \*

ST. CHARLES MERCY MEDICAL CENTER
Department of Radiology

Patient: HALL, JAMES              Medical Record No: 552752
   DOB:                                    Corp ID: 2000553791
   Visit: 2918717                      Pat. Class: INPATIENT

Ordering Physician: COLLACO, FRED    Order Number: 90001

Attending Physician: COLLACO, FRED


\*\* FINAL \*\*


Procedure:  SHOULDER 2 OR MORE VWS LT
CDX  02/10/2009     5644972
Reason for Exam:  INJURY

FULL RESULT:   AP, scapular Y and axillary views of the left shoulder
show no evidence of fracture or dislocation.

IMPRESSION:    NO ACUTE ABNORMALITY.

   GBG/jj


Read by:  GERALD B GLASSBERG  014656 on Feb 10 2009  8:30A

Transcribed by: JOL on Feb 10 2009 11:10A

Signed by:  DR. GERALD B GLASSBERG on:  Feb 10 2009 11:57A

PRINTED BY: FISG00
DATE     8/4/2009

HALL,  JAMES M                      552752          2918717

002676

Fleis Chal

110908110000578

**Actions**

▼ **COMMUNICATIONS**
▼ **KNOWN ALLERGIES**
  Nka
▼ **TRIAGE** Tue Mar 03, 2009 23:38 Suwinski, RN, Darcy
  **PATIENT**
    NAME: James M Hall, AGE: 35, GENDER: male, DOB: Sun Oct 07, 1973, TIME OF GREET: Tue Mar 03, 2009 23:29,
    SSN: 283765686, ZIP CODE: 43616, KG WEIGHT: 99.8, HEIGHT: 182cm, PHONE: 419691-2006, MEDICAL RECORD
    NUMBER: 552752, ACCOUNT NUMBER: 2930654, PERSON ID: 2000553791, PCP: Emergency, Unspecifi,,
    ATTENDING: No Pcp,.
  **ADMISSION**
    URGENCY: ESI Level 5, ADMISSION SOURCE: Home, TRANSPORT: Walk in, DEPT: Emergency, BED: WAIT.
  **VITAL SIGNS**
    BP 144/84, Pulse 90, Resp 14, Temp 36.7, Pain 10, Time 3/3/2009 23:37.
  **COMPLAINT**
    COMPLAINT: toothache.
  **COMMENT**
    drove self.
  **PROVIDERS**
    TRIAGE NURSE: Darcy Suwinski, RN.
  **PREVIOUS VISIT ALLERGIES**
    Nka.
▼ **VITAL SIGNS**
  VITAL SIGNS Tue Mar 03, 2009 23:37 Suwinski, RN, Darcy
    BP: 144/84, Pulse: 90, Resp: 14, Temp: 36.7, Pain: 10, Time: 3/3/2009 23:37.
▼ **CURRENT MEDICATIONS**  No recorded medications
▼ **ROS**
▼ **PHYSICAL EXAM**
▼ **PAST MEDICAL HISTORY**
▼ **DOCTOR NOTES**
▼ **ATTENDING (FACULTY TETHER NOTE)**
▼ **LAB INTERPRETATION**
▼ **RADIOLOGY INTERPRETATION**
▼ **EKG INTERPRETATION**
▼ **O2SAT INTERPRETATION**
▼ **DIAGNOSIS** Wed Mar 04, 2009 00:47 Suwinski, RN, Darcy
  **FINAL**
    PRIMARY: left before seeing physician.
▼ **DISPOSITION** Wed Mar 04, 2009 00:47 Suwinski, RN, Darcy
  **PATIENT**
    Disposition: Left before being seen by physician, Remove from ER.
▼ **PRESCRIPTION**  No recorded prescriptions
▼ **CALL BACK**
▼ **ADMIN**
    PATIENT DATA CHANGE Wed Mar 04, 2009 00:41 Bassiouni, PAC, Hisham
      Doctor Extender changed from (none) to Hisham Bassiouni, PAC.
    PATIENT DATA CHANGE Wed Mar 04, 2009 00:42 Bassiouni, PAC, Hisham
      Doctor Extender: (none).

PRINTED BY: FISG00
DATE    8/4/2009

11090811000057 8



## ST. CHARLES
Mercy Hospital

# EMERGENCY PHYSICIAN RECORD



1EDP

| LAB TESTING | URINE/GENITAL | XRAY ORDER | | | CT/US/CONTRAST | | | CARE PLAN | |
|---|---|---|---|---|---|---|---|---|---|
| CBC/diff | UA | CXR | | PORT | BRAIN | Y | N | ❑ IV (See MAR) | |
| LYTES | UAX | RIB | L | R | C-SPINE | Y | N | ❑ Venous Lock | |
| BUN | UCG | C-SPINE | | PORT | ABD/PELVIS | Y | N | ❑ Monitor | |
| CR | URINE C/S | T-SPINE | | | STONE PROT | | N | ❑ O2 _____ | |
| GLU | URINE TOX/TCA | L/S-SPINE | | | CHEST | | N | ❑ Maint PO2 ≥ _____ % | |
| MAG | BHCG QUALX | ACUTE ABD SERIES | | | PE PROT | Y | | ❑ Aerosol Protocol | |
| TROP/MYO  0/3hr | BHCG QUANT | HAND | L | R | CT: | | | | |
| AMYLASE/LIPASE | VDRL | WRIST | L | R | CT: | | | ADD ON ORDERS | |
| LIVER FUNCTION TEST | CHLAMYDIA/GC | FOREARM | L | R | IVP | | | | |
| PT/INR/PTT | TRICH/GARD/CAND | ELBOW | L | R | VQ SCAN | | | | |
| BNP | MISC | HUMERUS | L | R | US PELVIS | | | | |
| D-DIMER | BLD C/Sx2 | SHOULDER | L | R | US ABD | | | | |
| CA | SPUTUM C/S | CLAVICLE | L | R | US GALLBLADDER | | | | |
| PHOS | OTHER C/S | SCAPULA | L | R | US SCROTUM | | | | |
| CRP | | STERNUM | | | US: | | | | |
| TSH | SPINAL FLUID PROT | FOOT | L | R | US DOPPLER | | | | |
| ACETONE | T&C     UNITS | ANKLE | L | R | V DOPP   U L L R | | | | |
| LACTATE | | TIB/FIB | L | R | A DOPP   U L L R | | | | |
| DIGOXIN | T&S | KNEE | L | R | PVR       U L L R | | | | |
| DILANTIN | RH | FEMUR | L | R | OTHER STUDIES | | | | |
| DEPAKOTE | MONO | HIP/PELVIS | L | R | | | | POINT OF CARE TESTING | |
| TEGRETOL | STREP SCREEN | PELVIS | | | | | | (DO NOT ORDER THE SAME LAB TEST IF ORDERED HERE) | |
| TYLENOL LEVEL | FLU SCREEN | FACIAL | | | | | | GLUCOSE | |
| ASA LEVEL | RSV | NASAL | | | | | | UA | |
| ETOH | EKG | ORBIT | | | X-RAY REASON | | | UCG | |
| | EKG (OLD) | MANDIBLE | | | | | | I-STAT CARTRIDGES | |
| | ABG | | | | | | | 6+ (GLU, HCT, NA, K, CL, BUN) | |

| | | | | | |
|---|---|---|---|---|---|
| M.D. | ❑ Call | Resp | By | Resident called | CR |
| M.D. | ❑ Call | Resp | By | Resident called | PT/INR |
| M.D. | ❑ Call | Resp | By | Resident called | CG4+ (LACTATE, PH, PCO2, PO2) |

## HISTORY / EXAM / DISPOSITION

Dx: _____

HALL ,JAMES M          E
2930654  552752    35  M
03/03/09  ISO:
PCP: NO PCP        PRINTED BY: FISG00
                   DATE    8/4/2009
█████████  CI 2000553791

Chart Dictation #: _____   Addendum #: _____
❑ Admitted  ❑ Discharged  ❑ Transfer

Signature: _____

White  - Med Record
Yellow - EC
Pink   - PCP

Time Seen: _____

CMS 344161 Rev. 9/08  E.C.

002678

ST. CHARLES
Mercy Hospital

```
1109C811GC     HALL  JAMES M
               2930654   552752
               03/03/09    ISO:          35  E
               PCP: NO PCP                    M
3EDN           10/07/1973  CI 2000553791
```

**EMERGENCY CENTER NURSING ASSESSMENT/ADULT**

Name: Hall James     Age: 35     Date: 3/3/09     Time: 335     Billing #:

| PRE-HOSPITAL: | | | Airway/Breathing | ☐ WNL or |
|---|---|---|---|---|
| ARRIVED BY: ☐ CAR ☐ EMS | TX: | | Br. Sounds | ☐ NA ☐ WNL or ___ |
| FROM: ☐ HOME ☐ TCF ☐ MVA | ☐ NTG ☐ OXYGEN | | Pulses | ☐ NA ☐ WNL or ___ |
| ☐ WORK | ☐ C-SPINE IMMOB. ☐ IV | | Skin | ☐ NA ☐ WNL or ___ |
| | ☐ ALS DRUGS ☐ FSBS | | Head | ☐ NA ☐ WNL or ___ |

Date/Time Onset

Chief Complaint: Tooth gedeb infection c

| ALLERGIES: ☑ NKDA ☐ LATEX: ☐ Yes ☐ No | | Last Tetanus: |
|---|---|---|
| ALLERGEN | REACTION | |

Neck — ☐ NA ☐ WNL or ___
RA — ☐ NA ☐ WNL or ___
LA — ☐ NA ☐ WNL or ___
RL — ☐ NA ☐ WNL or ___
LL — ☐ NA ☐ WNL or ___
Chest — ☐ NA ☐ WNL or ___
GU — ☐ NA ☐ WNL or ___
Abd — ☐ NA ☐ WNL or ___
Back — ☐ NA ☐ WNL or ___

BP 144/94
HR 90
RR 14
DT Paper ☐
T 98.7    Lot#
SPO2    Exp:

**PAIN ASSESSMENT**
Having Pain ☑ Y ☐ N   ☐ New ☐ Chronic
Location: LR tooth    Level 10
Radiation:    Tolerable Y / N

Quality/Character: (Words to describe pain) ___

Non-Verbal signs of pain (check all that apply)
☐ Grimaces and body tension  ☐ Moaning/cringing
☐ Combativeness  ☐ Guarding  ☐ Withdrawal

**EDUCATION ASSESSMENT**
Able to Read ☑ yes  ☐ no
BARRIERS: ☐ language  ☐ visions  ☐ hearing  ☐ other

**PERSONAL SAFETY ASSESSMENT**
Do you have concerns about your safety at home?
☐ yes  ☐ no  ☐ unsure  refer to Social Services

Print Name
Signature

| Visual Acuity | |
|---|---|
| OD | |
| OS | |
| OU | |
| GCS | |
| E | |
| V | |
| M | |
| Total | |
| Wt lb 220 |
| kg |
| Ht 6'0 |
| LMP |
| G |
| P |

**MEDICATIONS** (include OTC, Herbs, etc.)
None ☐

**PAST MEDICAL HISTORY**
☐ None           ☐ TB Exposure
☐ Heart Disease  ☐ HTN
☐ Stroke         ☐ Cancer
☐ Seizure Disorder ☐ Site
☐ Bleeding Disorder ☐ Respiratory
☐ Diabetes       ☐ Renal
☐ Tobacco        ☐ Hepatitis
☐ Alcohol        ☐ Emotional Illness
☐ Recreational   ☐ Circulation Prob
   Drugs         ☐ Stomach/Bowel
☐ Splenectomy    ☐ Bladder
☐ Muscle/Joint Disease
☐ Past Surgeries/Disabilities___

FSBS___ (Normal range 60-110 mgm/dcl)
IV-Time___ : ___   Solution___
Type/Size___        Site___
EKG Time___         X-Ray time___
Lab Draw___         CT Time___
Time seen by Dr. ___

| TIME | INTERVENTION (Vitals / Medication / Rx) | ASSESSMENT / EVALUATION / OUTCOME |
|---|---|---|
| 0335 | ☐ Monitor  ☐ O2 ⊕ ___ | To treatment area #WK |
| | | LWOT |

**DISCHARGE DISPOSITION INFORMATION**  ☐ Verbalizes understanding of instructions, medications, treatments
Condition on discharge: ☐ Improved  ☐ Stable
Time:___
☐ Home  ☐ Other___      PRINTED NAME  FISG00      #2 Print Name
                        DATE   8/4/2009
                        Signature #1___           Signature #2___

WHITE-Medical Records   YELLOW-EC                              CMS 344133 Rev. 5/06

110908110000578

### Glasgow Coma Scale
#### Eye Opening

| | |
|---|---|
| Spontaneously | 4 |
| To command | 3 |
| To pain | 2 |
| No response | 1 |

#### Best Verbal Response

| | |
|---|---|
| Oriented & converses | 5 |
| Disoriented & converses | 4 |
| Inappropriate words | 3 |
| Incomprehensible sounds | 2 |
| No response | 1 |

#### Best Motor Response

| | |
|---|---|
| Obeys commands | 6 |
| Localizes pain | 5 |
| Withdraws from pain | 4 |
| Flexion (decorticate) | 3 |
| Extension (decerebrate) | 2 |
| No response | 1 |



Pupils:

2   3   4   5   6   7   8

## CHOOSE A NUMBER FROM 0 TO 10 THAT BEST DESCRIBES YOUR PAIN

No Pain                                     Worst possible pain

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

Circle Level

## CHOOSE THE FACE THAT BEST DESCRIBES HOW YOU FEEL



| 0 | 2 | 4 | 6 | 8 | 10 |
|---|---|---|---|---|---|
| No Pain | Mild | Moderate | Severe | Very severe | Worst possible pain |

Circle Level

PRINTED BY: FISG00
DATE      8/4/2009

002680

**REVIEWED**

By JEW SSANRC PAGE REDACTED at 7:38 am, May 30, 2019

**REVIEWED**

By JEW SSANRC PAGE REDACTED at 7:39 am, May 30, 2019

ST. VINCENT MERCY MEDICAL CENTER
***PRIMARY FULL CHART

GREET (Wed Mar 04, 2009 07:56 DW)
NOTES: Notes: he states dental pain and back pain - ambulatory in
   greet with some slurred speech? - denies numbnes or tingling in arms
   and legs - did go to st charles last night but states he LWOT - no
   signs of distress at present.

TRIAGE (Wed Mar 04, 2009 07:56 DW)
COMPLAINT: COMPLAINT: multiple complaints. (Wed Mar 04, 2009
   07:56 DW)
ADMISSION: URGENCY: LEVEL 5, TRANSPORT: Walk in, DEPT: Emergency,
   BED: C- 28. (Wed Mar 04, 2009 07:56 DW)
PATIENT: NAME: James Hall, AGE: 35, GENDER: male, DOB: Sun Oct
   07, 1973, TIME OF GREET: Wed Mar 04, 2009 07:55, by: Dodie Ward, EMT-P,
   KG WEIGHT: 95.3. (Wed Mar 04, 2009 07:56 DW)
VITAL SIGNS: BP 164/88, Pulse 88, Resp 18, Temp 37.0, Pain 10, O2
   Sat 98, Time 3/4/2009 07:55. (Wed Mar 04, 2009 07:56 DW)
NURSING HPI:  c/o infected tooth (front), and numbness and pain
   in his left arm with numbness in 3 fingers of left hand since crushed
   nerve. (08:29 MRCY)
PAIN:  10. (08:29 MRCY)

VITAL SIGNS
VITAL SIGNS: BP: 164/88, Pulse: 88, Resp: 18, Temp: 37.0, Pain:
   10, O2 sat: 98, Time: 3/4/2009 07:55. (Wed Mar 04, 2009 07:56 DW)
   Pain: 6, Time: 3/4/2009 09:37. (09:38 MRCY)

ALLERGY (07:56 DW)
   NKDA.

KNOWN ALLERGIES
   Nkda.

CURRENT MEDICATIONS
No Current Medications (07:56 DW)
vitamins (08:30 MRCY)

NURSING ASSESSMENT: DENTAL (08:48 MRCY)
CONSTITUTIONAL: Patient arrives ambulatory with steady gait to
   treatment area, History obtained from patient, Patient is cooperative,
   Patient is alert and oriented x 3, Patient appears in no acute
   distress, Patient's skin is warm and dry, Patient's mucous membranes
   are moist and pink.
PAIN: Patient complains of pain, On a scale 0-10 patient rates
   pain as 7, Pain is constant.
TOOTH: Patient denies jaw swelling, No signs of infection,
   Patient has no recent dental procedures, Patient has no fever or
   chills, Patient has no history of trauma.
PSYCHSOCIAL: Patient has appropriate affect, Patient denies
   visual hallucinations, Patient denies auditory hallucinations, Patient
   denies tactile hallucinations, Patient denies suicidal ideation,
   Patient denies homicidal ideation, No reports of overdose.
SAFETY: Cart in lowest position.
   Name: Hall, James M  DOB: ▮▮▮▮▮▮  M35 MedRec: 6081312  AcctNum:
   43999259
   Prepared: Wed Mar 04, 2009 14:38 by                          Page: 1
   of 5

ST. VINCENT MERCY MEDICAL CENTER


PRINTED BY: TURS01
DATE       7/30/2009

1 ?8 9 0 8 0 4 0 0 0 0 ?1 8

***PRIMARY FULL CHART

NURSING ASSESSMENT: EXTREMITY UPPER (08:50 MRCY)
CONSTITUTIONAL: Patient arrives ambulatory with steady gait to
    treatment area, History obtained from patient, Patient is cooperative,
    Patient is alert and oriented x 3, Patient appears in no acute
    distress, Patient's skin is warm and dry, Patient's mucous membranes
    are moist and pink.
LEFT UPPER EXTREMITY: Normal pulses, Brisk capillary refill,
    Sensation intact, Full range of motion, Patient complains of numbness
    to 3rd digit, 4th digit, 5th digit, c/o of pain and numbness throughout
    his left arm, with numbenss in 3 digits.
RIGHT UPPER EXTREMITY: No complaint of pain, Normal pulses, Brisk
    capillary refill, Sensation intact, No numbness/tingling, Full range of
    motion.
PSYCHSOCIAL: Patient has appropriate affect, Patient denies
    visual hallucinations, Patient denies auditory hallucinations, Patient
    denies tactile hallucinations, Patient denies suicidal ideation,
    Patient denies homicidal ideation, No reports of overdose.
SAFETY: Cart in lowest position.

NURSING PROCEDURE:  NURSE NOTES (08:38 MRCY)
TIME: Time: 0800, pt received into room 28, c/o of infected front
    tooth, and left arm pain and numbness with numbness of 3 fingers in
    left hand. pain level at 7.

NURSING PROCEDURE:  NURSE NOTES (09:12 MRCY)
TIME: Time: 0835, Called out and writer to rom and stated that
    hit call light by accident. No other c/o voiced.

NURSING PROCEDURE: DISCHARGE NOTE (09:38 MRCY)
TIME: Patient discharged at 0935, Patient discharged to, home,
    Patient, ambulates without assistance, Patient unaccompanied, Discharge
    instructions given to, patient, Simple/moderate discharge teaching
    performed, Name of prescription(s) given: vicoden and penicilin, Above
    Person(s) verbalized understanding of discharge instructions and
    follow-up care, Patient treated and evaluated by physician, states
    feels better and will be seeing dentist on monday.
VITAL SIGNS: Pain: 6.

PAST MEDICAL HISTORY
MEDICAL HISTORY:  c6/c7 crushed nerve. (08:29 MRCY)
SURGICAL HISTORY:  car accident in 94, surgeries on left side.
    (08:29 MRCY)
PSYCHIATRIC HISTORY: No previous psychiatric history. (08:29
    MRCY)
SOCIAL HISTORY: Denies alcohol abuse, Denies drug abuse, Patient
    smokes tobacco. (08:29 MRCY)
MEDICAL HISTORY: No past medical history. (08:36 LMC7)
SURGICAL HISTORY: History of orthopedic, Left hand/wrist, Left
    knee, 1994, after motorcycle accident. (08:36 LMC7)
PSYCHIATRIC HISTORY: History of depression. (08:36 LMC7)
SOCIAL HISTORY:  Patient smokes tobacco, at 1, packs per day for
  Name: Hall, James M  DOB: ████████ M35 MedRec: 6081312  AcctNum:
  43999259
  Prepared: Wed Mar 04, 2009 14:38 by                        Page: 2
  of 5

ST. VINCENT MERCY MEDICAL CENTER
***PRIMARY FULL CHART

PRINTED BY: TURS01
DATE    7/30/2009

20, years; equating to 20, pack years of smoking, Denies consumption of alcohol, History of cannabis abuse. (08:36 LMC7)
FAMILY HISTORY: Family history is not contributory to this case. (08:36 LMC7)

HPI TOOTHACHE (08:34 LMC7)
CHIEF COMPLAINT: Patient presents for the evaluation of toothache.
HISTORIAN: History obtained from patient.
LOCATION:  lower left canine (cuspid) (#22).
TIME COURSE: Onset of symptoms reported as sudden, Onset was 3 days prior to arrival , Patient currently has symptoms.
QUALITY: Pain is described as aching, sharp.
SEVERITY: Maximum severity is moderate, Currently symptoms are moderate.
NOTES:  35 y/o male presents c/o tooth pain. Pt claims pain started 3 days ago and rates 7/10. Pt claims pain was not relieved by ibuprofen 800mg q4 hours. He claims the pain has kept him from eating and sleeping for the past 3 days. Pt states he had same tooth filled 4-6 months ago. Pt claims he attempted to contact his dentist (Dr. Fraytag) but his office is on vacation until Monday. Pt also repeatedly complains of shooting pain down the left arm. He claims he was diagnosed with "a pinched nerve between C6-C7" on Feb 3rd by an ER doctor at St. Charles. .

ROS (08:38 LMC7)
CONSTITUTIONAL: Negative constitutional review of systems, No fever, No chills.
EYES: Negative eye review of systems.
ENT: Negative ENT review of systems, No jaw pain, No rhinorrhea, No sore throat.
CARDIOVASCULAR: Negative cardiovascular review of systems, No chest pain, No edema, No syncope.
RESPIRATORY: Negative respiratory review of systems, No SOB, No wheezing.
GI: Negative gastrointestinal review of systems, No abdominal pain, No nausea, No diarrhea, No vomiting, No constipation.
GENITOURINARY MALE: Negative genitourinary review of systems, No urinary frequency, No dysuria, No hematuria.
MUSCULOSKELETAL: Historian reports arthralgias.
SKIN: Negative skin review of systems, No rash.
NEUROLOGIC: Historian reports paresthesias, No vertigo, No headache.
ENDOCRINE: Negative endocrine review of systems, No polyuria, No polydipsia.
HEMO/LYMPHATIC: Negative hemo/lymphatic review of systems.
ALLERGIC/IMMUNOLOGIC: Negative Allergic review of systems.
PSYCHIATRIC: Historian reports depression, Historian reports marijuana abuse.

PHYSICAL EXAM (09:18 RDTN)
CONSTITUTIONAL: Patient is afebrile, Vital signs reviewed,
  Name: Hall, James M  DOB:          M35 MedRec: 6081312  AcctNum: 43999259
  Prepared: Wed Mar 04, 2009 14:38 by                            Page: 3
  of 5

ST. VINCENT MERCY MEDICAL CENTER
***PRIMARY FULL CHART
Patient has normal respiratory rate, Well appearing, Patient appears

PRINTED BY: TURS01

DATE     7/30/2009

comfortable, Alert and oriented X 3, Hypertensive.
HEAD: Atraumatic, Normocephalic.
EYES: Eyes are normal to inspection, Pupils equal, round and
     reactive to light, No discharge from eyes, Extraocular muscles intact,
     Sclera are normal, Conjunctiva are normal.
ENT: Posterior pharynx normal, No stridor, No trismus, not
     injected, normal tonsils, no uvular edema, no uvular deviation, no
     exudates, no pharyngeal swelling, no pharyngeal asymmetry, Mouth normal
     to inspection, mucus membranes moist, no lesions, no lacerations, No
     drooling, Able to handle secretions, No tongue elevation, no abscess,
     no dental fractures, Poor dentition noted.
NECK: Normal ROM, No jugular venous distention.
RESPIRATORY CHEST: Breath sounds normal, No respiratory distress.
CARDIOVASCULAR: RRR, No murmurs, Normal S1 S2, No rub, No gallop.
UPPER EXTREMITY: Inspection normal, Normal range of motion.
NEURO: GCS is 15, No focal motor deficits, Speech normal, Memory
     normal, There is a sensory deficit in the left hand.
SKIN: Skin is warm, Skin is dry, Skin is normal color.
PSYCHIATRIC: Oriented X 3, Normal affect, Normal insight, Normal
     concentration.

MEDICATION ADMINISTRATION SUMMARY (14:38)
   Drug Name: Penicillin V Potassium, Dose: 500 milligram(s), Route: PO,
     Status: Given, Time: 09:13 3/4/2009,
   Drug Name: Vicodin, Dose: 2 tab(s), Route: PO, Status: Given, Time: 09:13
     3/4/2009, Detailed record available in Medication Service section.

ATTENDING (FACULTY TETHER) (09:26 LEWI)
ATTESTATION: I performed a history and physical examination of
     the patient and discussed management with the resident. I reviewed the
     resident's note and agree with the documented findings and plan of
     care. Any areas of disagreement are noted on the chart. I was
     personally present for the key portions of any procedures. I have
     documented in the chart those procedures where I was not present during
     the key portions.
   I have reviewed the emergency nurses triage note. I agree with the chief
     complaint, past medical history, past surgical history, allergies,
     medications, social and family history as documented unless otherwise
     noted below.
   Documentation of the HPI, Physical Exam and Medical Decision Making
     performed by medical students or scribes is based on my personal
     performance of the HPI, PE and MDM.

DIAGNOSIS (09:19 RDTN)
FINAL: PRIMARY: Dental pain, ADDITIONAL: Cervical radiculitis.

DISPOSITION
PATIENT:  Disposition: Discharge, Condition: Stable. (09:19
     RDTN)
   Remove from ER. (09:39 MRCY)

   Name: Hall, James M  DOB: ██████  M35 MedRec: 6081312  AcctNum:
   43999259
   Prepared: Wed Mar 04, 2009 14:38 by                    Page: 4
   of 5

                    ST. VINCENT MERCY MEDICAL CENTER
                      ***PRIMARY FULL CHART
INSTRUCTION (09:20 RDTN)
DISCHARGE:  CERVICAL RADICULOPATHY, NO DOCTOR CLINIC LIST.

                    PRINTED BY: TURS01
                    DATE    7/30/2009

SPECIAL:  *Follow up with your physician or clinic listed within
    3 days. Take medications as directed. Return to ED if your pain
    worsens, if you develop fever or have any other concerns.

PRESCRIPTION (09:05 RDTN)
Penicillin V Potassium:  Tablet : V Potassium 500 Mg : Oral :
    Quantity: *** 1 *** Unit: tab Route: Oral Schedule: 3 times a day
    (before meals) Dispense: *** 30 ***.
NOTES:  take for 7 days
    Generic substitution approved
    DEA: AS2861145-R005
    NPI (o): 1275799702
    .

Vicodin:  Tablet : 500 Mg-5 Mg : Oral : Quantity: *** 1-2 ***
    Unit: tabs Route: Oral Schedule: *Every 4-6 hours PRN Dispense: *** 20
    ***.
NOTES:  Do not drive or operate heavy machinery while taking this
    medication
    Generic substitution approved
    DEA: AS2861145-R005
    NPI (o): 1275799702
    .

ADMIN
DIGITAL SIGNATURE:  Reed, RN, Marcy. (09:38 MRCY)
    *Lewis, MD, Jeromy. (14:08 LEWI)
Key:
    DW=Ward, EMT-P, Dodie  LEWI=*Lewis, MD, Jeromy  LMC7=Clayton Ms., Lisa
    MRCY=Reed, RN, Marcy  RDTN=Reddington, DO, Meredith
    Name: Hall, James M  DOB: ████████  M35 MedRec: 6081312  AcctNum:
    43999259
    Prepared: Wed Mar 04, 2009 14:38 by                        Page: 5
    of 5

PRINTED BY: TURS01
DATE      7/30/2009

002687

**REHABILITATION SERVICES COMMISSION**
BUREAU OF DISABILITY DETERMINATION

Page 1

RE:   JAMES HALL
AUTH #:   20040405401255
SSN:   ████████
ADJ. CODE:   6A-KLL391

**DAILY ACTIVITIES QUESTIONNAIRE**
**(May be completed by Physician or Psychologist)**

1. If available, include copies of both the Intake and most recent mental status evaluations.
   Date first seen: 5/26/98  Date last seen: 1/8/04 (Saw nurse)

2. Describe mental status as below. If possible, please include a brief example to support your clinical conclusion in each area:

   a. Appearance:
      Casually dressed & groomed. Clothing appropriate for season. No psychomotor agitation or psychomotor retardation.

   b. Flow of conversation and speech:
      Speech nonpressured, spontaneous, articulate & coherent

   c. Mood and affect:
      Mood euthymic. Affect appropriate to content.

   d. Signs, symptoms and severity of anxiety:
      Pt. gets easily overwhelmed, but no definite panic attacks

   e. Thinking disorders:
      Thoughts organized and goal-directed. Has periods where he gets suspicious of others. No delusional thinking

   f. Orientation:
      Oriented to person, place & time.

   g. Cognitive functioning (concentration, long and short-term memory, abstract reasoning, fund of information, range of intelligence):
      Appears to be of average intelligence. No significant concentration or memory difficulties.

   h. Insight and judgment, and other behaviors (alcohol/substance abuse, aggression, dependence, illegal behaviors, etc.):
      Uses marijuana. Has been incarcerated for failure to pay child support.

002688

**REHABILITATION SERVICES COMMISSION**
BUREAU OF DISABILITY DETERMINATION

Page 2

RE:  JAMES HALL
AUTH #:  20040405401255
SSN: ▓▓▓▓▓▓▓▓
ADJ. CODE:  6A-KLL391

*DDS RELEASE COPY TO:*
*C/E DR JUL 2 4 '09*

3.  Medical history, including dates of treatment.

Initially seen 5/24/98     Last seen 1/8/04

4.  Diagnosis, Duration of impairment:

Bipolar Disorder, Most Recent Episode Unspecified
Cannabis Abuse

5.  Prescribed treatment, medications, response to medications, and prognosis:

Lexapro 10mg qAM.          Trazadone 50mg qHS.
Seroquel 100mg qHS         Neurontin 600mg Bid

6.  Is the claimant capable of managing any benefits that may be due?
Yes _____ No _____     Has problems with Cannabis Abuse.

7.  Medical Source Statement (MSS). Please describe this patient's ability to:

a.  Remember, understand and follow directions:

Pt. able to remember, understand & follow simple directions
but has difficulty if they are too complex.

b.  Maintain attention:

Has periodic racing thoughts which interfere with
attention.

c.  Sustain concentration, persist at tasks, and complete them in a
timely fashion:

Has periodic racing thoughts which interfere with
concentration. Poor frustration tolerance.

d.  Describe any deficiencies in:

1.  social interaction: Gets irritable easily when criticized by others.

2.  adaptation: Gets overwhelmed and easily agitated with changes.

e.  How would the patient react to the pressures, in work settings or elsewhere,
involved in simple and routine, or repetitive, tasks?

Pt. has poor frustration tolerance. Symptoms have a
tendency to worsen under stress & pressure.

002689

## REHABILITATION SERVICES COMMISSION
## BUREAU OF DISABILITY DETERMINATION

Page 3

RE:  JAMES HALL
AUTH #:  20040405401255
SSN:  ████████
ADJ. CODE:  6A-KLL391

If we decide that a consultative examination is needed and if you have an ongoing doctor/patient relationship with this individual, would you be willing to perform a new exam or special testing?
Yes _____  No _____

If yes, name of physician or psychologist (printed): _____

If any psychological testing reports are available, please include copies.

Signature of MD or Licensed Psychologist _Barbara J. h. Presko_

Specialty: _Psychiatry_ _____   Date: _4/19/04_ _____

**NOTE:** The program requires that a psychologist or physician must have reviewed and signed the Mental Status Evaluation.

RSC-8594* (04/00)

DDS RELEASE COPY TO:

···· ··· ·· 4 '091

# DISABILITY REPORT - FIELD OFFICE

## IDENTIFYING INFORMATION

**1. NAME OF PERSON ON WHOSE SOCIAL SECURITY RECORD THIS CLAIM IS BEING FILED**

*James M Hall*

**HIS OR HER SOCIAL SECURITY NUMBER**

**NAME OF CLAIMANT** *(if different from above)*

**SSN** *(if different from above)*

☑ Male ☐ Female **DOB**

**2. CLAIMANT'S ALLEGED ONSET DATE (AOD)** *5-13-90*

**3. RECOMMENDED ONSET DATE** *(if different from above)* (check type of claim(s) and enter recommended onset)

☐ SSI _____

☐ DIB/Freeze _____ ☐ DWB _____ ☐ CDB _____ ☐ OTHER _____

**4. REASON FOR RECOMMENDED ONSET DATE**

☐ SSI Application Date ☐ Controlling Date
☐ SSI Alien ☐ Statutorily Blind
☐ Date Last Insured ☐ Work Before/After AOD
☐ Date First Insured      ☐ UWA ☐ SGA ☐ Not SGA ☐ 820/821 In File
         ☐ Other (explain in item 5)

**5. EXPLANATION FOR RECOMMENDED ONSET DATE, WHEN APPLICABLE:**

_____
_____
_____
_____
_____
_____

☐ 820/821 Pending    Date Requested _____

## MISCELLANEOUS INFORMATION

**6. Protective filing date** _____    Date last insured (DIB/Freeze case) *Dec 2004*

Beginning of Prescribed Period (DWB) _____    End of Prescribed Period _____

Controlling date _____

Closed period case    ☐ Yes    ☐ No

## PRIOR FILING INFORMATION - Use Remarks, if additional space is needed.

**7. Prior filing(s)**    ☐ Yes    ☑ No

If yes, and you are not sending the prior folder(s) to the DDS, enter the following:

Type of prior claim(s) _____

SSN(s) of prior claim(s) _____

Date of last decision _____    Level of last decision _____    ☐ Allowance    ☐ Denial

Date of prior termination (if applicable) _____

Location of prior folder _____

Prior folder requested    ☐ Yes _____    ☐ No
              (date requested)

*Disability Report - Field Office   Form SSA-3367*

9. CHECK    OF THE FOLLOWING FO PD/PB CRITERIA THAT APPLY IN AN SSI CLAIM
PER DI 11055.230ff.

☐ 1. Amputation of two limbs.

☐ 2. Amputation of a leg at the hip.

☐ 3. Allegation of total deafness.

☐ 4. Allegation of total blindness.

☐ 5. Allegation of bed confinement or immobility without a wheel chair, walker, or crutches, due to a longstanding condition -- excluding recent accident and recent surgery.

☐ 6. Allegation of a stroke (cerebral vascular accident) more than 3 months in the past and continued marked difficulty in walking or using a hand or arm.

☐ 7. Allegation of cerebral palsy, muscular dystrophy, or muscle atrophy and marked difficulty in walking (e.g., use of braces), speaking, or coordination of hands or arms.

☐ 8. Allegation of diabetes with amputation of a foot.

☐ 9. Allegation of Down Syndrome.

☐ 10. Allegation of severe mental deficiency made by another individual filing on behalf of a claimant who is at least 7 years of age.  For example, a mother filing for benefits for her child  states that the child attends (or attended)  a special school, or special classes in school because of mental deficiency or is unable to attend any type of school (or if beyond school age, was unable to attend), and requires care and supervision of routine daily activities.

Note:  "Mental deficiency" means mental retardation.  This PD category pertains to individuals whose dependence upon others for meeting personal care needs (e.g., hygiene) and in doing other routine daily activities (e.g., fastening a seat belt) grossly exceeds age-appropriate dependence as a result of mental retardation.

☐ 11. A child is age 6 months or younger and the birth certificate or other evidence (e.g. hospital admission summary) shows a weight below 1200 grams (2 pounds 10 ounces) at birth.

☐ 12. Human immunodeficiency virus (HIV) infection ( See DI 11055.241)

☐ 13. A child is age 6 months or younger and available evidence (e.g., the hospital admission summary) shows a gestational age at birth on the table below with the corresponding birth weight indicated:

| Gestational Age (in weeks) | Weight at Birth | |
|---|---|---|
| 37-40 | Less than 2000 grams | (4 pounds, 6 ounces) |
| 36 | 1875 grams or less | (4 pounds, 2 ounces) |
| 35 | 1700 grams or less | (3 pounds, 12 ounces) |
| 34 | 1500 grams or less | (3 pounds, 5 ounces) |
| 33 | 1325 grams or less | (2 pounds, 15 ounces) |

☐ 14. A physician or knowledgeable hospice official confirms  an individual is receiving hospice services because of terminal cancer.  (See DI E11010.001ff. for terminal illness procedures.)

☐ 15. Allegation of spinal cord injury producing inability to ambulate without the use of  a walker or bilateral hand-held assistive devices for more than two weeks following the injury, with confirmation of such status from an appropriate medical professional.

9. OBSERVATIONS/PERCEPTIONS

How was the interview conducted?

☑ Teleclaim with claimant
(Complete 1-8 and 15 below)

☐ Face-to-face with claimant
(Complete 1-15 below)

☐ No contact with claimant
(Go to Page 4)

If the claimant had difficulty with the following, check the "yes" block and explain in "observations" or check "no" or "not observed/perceived."  (Explain any "no" answers that you think would assist the DDS in making a decision.)

| | | | |
|---|---|---|---|
| 1. Hearing | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 2. Reading | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 3. Breathing | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 4. Understanding | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 5. Coherency | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 6. Concentrating | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 7. Talking | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 8. Answering | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 9. Sitting | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 10. Standing | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 11. Walking | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 12. Seeing | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 13. Using hand(s) | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 14. Writing | ☐ Yes | ☐ No | ☐ Not observed/perceived |

15. Other (specify)

_taken thru his representative_

OBSERVATIONS:  Describe the claimant's behavior, appearance, grooming, degree of limitations, etc.

_at Jeff Ctr.    JoAnn Terr_

FORM **SSA-3367-F4** (7/99)   USE ONLY 7/98 EDITION(S) UNTIL EXHAUSTED   EF (7-99)

PAGE 3

002693

10. Development initiated by FO

A. Medical

| Source | Date Requested | Tickle/Diary Date | Evidence to be Forwarded by Source to | | Capability Development Requested |
|---|---|---|---|---|---|
| | | | DDS | FO | |
| | | | | | |
| | | | | | |

B. Other

| Source | Date Requested | Tickle/Diary Date | Evidence to be Forwarded by Source to | | |
|---|---|---|---|---|---|
| | | | DDS | FO | |
| | | | | | |
| | | | | | |

C. Forms to be completed by applicant and sent to the DDS.

☐ SSA-3370    ☐ SSA-3371    ☐ SSA-3369    ☐ Other

11. If medical evidence was brought in to the FO by the claimant, check here ☒

12. Is DDS capability development needed?    ☐ Yes    ☒ No

REMARKS _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF INTERVIEWER (Print)    _Robert E. Vargo_    ext 3208

419-259-6255
Area Code    Phone Number

NAME OF PERSON COMPLETING FORM (Print) (if different from interviewer)

DATE    9/15/00

FORM **SSA-3367-F4** (7/99)   USE ONLY 7/98 EDITION(S) UNTIL EXHAUSTED    EF (7-99)    002694 PAGE 4

*U.S. Government Printing Office: 2000 — 461-207/20099

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0860-0579

## DISABILITY REPORT
## ADULT

**For SSA Use Only**
Do not write in this box.

Related.SSN _____

Number Holder _____

Disability Report-Adult-Form SSA-3368-BK

| SECTION 1- INFORMATION ABOUT THE DISABLED PERSON |
|---|

**A. NAME** *(First, Middle Initial, Last)*

James D. Hall

**B. SOCIAL SECURITY NUMBER**

███████████████

**C. DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

419 697-6827

Area Code / Number / ☑ Your Number / ☐ Message Number / ☐ None

**D.** Give the name of a **friend or relative** that we can contact (other than your doctors) **who knows about your illnesses, injuries or conditions and can ~~~~**

NAME _____

ADDRESS _____

**E. What is your height without shoes?** 5 feet 11 inches

**F. What is your weight without shoes?** 180 pounds

**G.** Do you have a **medical assistance card?** (For Example, Medicaid or Medi-Cal)  If "YES," show the **number** here:  ☐ YES  ☑ NO

**H. Can you speak English?** ☑ YES ☐ NO   If "NO," what languages can you speak? _____

If you **cannot speak English**, give us the name of someone we may contact who speaks English and will give you messages. *(If this is the same person as in "D" above show "SAME" here.)*

NAME _____ RELATIONSHIP _____

ADDRESS _____
*(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)*

_____ City _____ State _____ ZIP

DAYTIME PHONE _____ Area Code _____ Number

**I. Can you read English?** ☑ YES ☐ NO  **J.** Can you write more than your name in English? ☑ YES ☐ NO

FORM SSA-3368-BK (12/98)  7/98 EDITION(S) MAY BE USED UNTIL EXHAUSTED   EF-FF (12/98)   002695   PAGE 1

## SECTION 2
## YOUR ILLNESSES, INJURIES OR CONDITIONS AND HOW THEY AFFECT YOU

A. What are the illnesses, injuries or conditions that limit your ability to work?
*atypical bipolar - Rapid cycle*
*Lt. hand 2 fingers w/ulcers pu*
*Car accident - lids & metal in leg.*

B. How do your illnesses, injuries or conditions limit your ability to work?
*severe pain in knee - "Uses*
*marijuana for pain Central"*
*Can't afford meds - Has meds*

C. Do your illnesses, injuries or conditions cause you pain? ☑ YES ☐ NO *in leg*
*Severe*

D. When did your illnesses, injuries or conditions first bother you?
Month 5 Day 13- 1998 Year 94

E. When did you become unable to work because of your illnesses, injuries or conditions?
Month 5 Day 13 Year 98
*part time*

F. Have you ever worked? *Many jobs* ☑ YES ☐ NO *(If "NO," go to Section 4.)*

G. Did you work at any time after the date your illnesses, injuries or conditions first bothered you? ☑ YES ☐ NO

H. If "YES," did your illnesses, injuries or conditions cause you to: *(check all that apply)*

☑ work fewer hours? *(Explain below)*

☑ change your job duties? *(Explain below)*

☑ make any job-related changes such as your attendance, help needed, or employers? *(Explain below)*

*Lost jobs due to physical pain.*
*knee locks up 1x a wk - Drops*
*things w/ left hand was. Lt. handed*

I. Are you working now? ☑ YES ☐ NO

If "NO," when did you stop working?
| Month | Day | Year |
|-------|-----|------|
|       |     |      |

J. Why did you stop working? _____

_____

_____

## SECTION 3 - INFORMATION ABOUT YOUR WORK

A. List the **jobs** that you have had in the last **15 years** that you worked.

| JOB TITLE (Example, Cook) | TYPE OF BUSINESS (Example, Restaurant) | DATES WORKED (month & year) From | To | HOURS PER DAY | DAYS PER WEEK | RATE OF PAY (Per hour, day, week, month or year) |
|---|---|---|---|---|---|---|
| Bartender (cook) | Carmels | 7-7:00 | | | | $ 4.25 hr |
| (cook) | Cousin's Steak BBQ | 3-00 | 5-00 | 8 hrs | w | $ 9 00 |
| (cook) | Cookers | 11-99 | 2-00 | | w | $ 9 00 |
| | | | | | | $ |
| | Can't remember | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

B. Describe the **job above** that you did the **longest**. (What did you do all day in this job?)

Cook

C. In this job, did you: Use machines, tools or equipment? *pots & pans* ☑ YES ☐ NO
Use technical knowledge or skills? ☐ YES ☐ NO
Do any writing, complete reports, or perform any duties like this? ☐ YES ☐ NO
Did you supervise other people? *cook* ☑ YES ☐ NO
If "YES," was this your main duty? ☐ YES ☑ NO

D. In this job, how many total hours each day did you:

Walk? _8_
Stand? ____
Sit? ____
Climb? ____
Stoop? *(Bend down and forward at waist.)* ____

Kneel? *(Bend legs to rest on knees.)* ____
Crouch? *(Bend legs & back down & forward.)* ____
Crawl? *(Move on hands & knees.)* ____
Handle, grab or grasp big objects? ____
Write, type or handle small objects? _8_

E. Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

food, pans, etc

F. Check **heaviest** weight lifted:

☐ Less than 10 lbs   ☐ 10 lbs   ☑ 20 lbs   ☐ 50 lbs   ☐ 100 lbs. or more   ☐ Other

G. Check weight **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs   ☐ 10 lbs   ☑ 25 lbs   ☐ 50 lbs. or more   ☐ Other

## SECTION 4 - INFORMATION ABOUT YOUR MEDICAL RECORDS

A. Have you been seen by a **doctor/hospital/clinic** or anyone else for the illnesses, injuries or conditions that limit your ability to work?  ☑ YES  ☐ NO

B. Have you been seen by a **doctor/hospital/clinic** or anyone else for emotional or mental problems that limit your ability to work?  ☑ YES  ☐ NO

**If you answered "NO" to both of these questions, go to Section 5.**

C. List other names you have used on your medical records. _____

_____

**Tell us who may have medical records or other information about your illnesses, injuries or conditions.**

D. List each DOCTOR/HMO/THERAPIST. Include your next appointment.

**1.**

| NAME | Zepf Center | | Dr. Williams | DATES |
|---|---|---|---|---|
| STREET ADRESS | 525 Hamilton St. Toledo, Ohio 43602 | | | FIRST VISIT 5-13-98 |
| CITY | STATE | ZIP | | LAST SEEN 2-11-00 |
| PHONE 419-255-4050 Area Code   Phone Number | | CHART/HMO # | | NEXT APPOINTMENT 8-23-00 |

REASONS FOR VISITS (illegible)

WHAT TREATMENT WAS RECEIVED? Depakote. 1000

**2.**

| NAME | | | DATES |
|---|---|---|---|
| STREET ADRESS | | | FIRST VISIT |
| CITY | STATE | ZIP | LAST SEEN |
| PHONE Area Code   Phone Number | | CHART/HMO # | NEXT APPOINTMENT |

REASONS FOR VISITS

WHAT TREATMENT WAS RECEIVED?

## SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS

### DOCTOR/HMO/THERAPIST

3. NAME *H. Charles*

DATES

STREET ADRESS *2600 Navarre*

CITY *Oral*   STATE *Tenn*   ZIP *43616*

FIRST VISIT *aug 2009*

PHONE *419 698-7200*   CHART/HMO #

LAST SEEN *4/4/09*

Area Code   Phone Number

NEXT APPOINTMENT

REASONS FOR VISITS *overdosed on pills*

WHAT TREATMENT WAS RECEIVED? *Depth.*

If you need more space, use Remarks, Section 9.

E. List each HOSPITAL/CLINIC. Include your next appointment.

1.

| HOSPITAL/CLINIC | TYPE OF VISIT | DATES | |
|---|---|---|---|
| NAME *Birchwood* | ☑ INPATIENT STAYS (Stayed at least overnight) | DATE IN *age 7-8* | DATE OUT |
| STREET ADDRESS | | DATE FIRST VISIT *(1 year)* | DATE LAST VISIT |
| CITY   STATE   ZIP *Merriville Tenn* | ☐ OUTPATIENT VISITS (Sent home same day) | | |
| PHONE | | DATES OF VISITS | |
| Area Code   Phone Number | EMERGENCY ROOM VISITS | | |

Next appointment *n/a*   Your hospital/clinic number

Reasons for visits *anger management for several wks.*

What treatment did you receive? *Depth*

What doctors do you see at this hospital/clinic on a regular basis? _____

## SECTION 7-EDUCATION/TRAINING INFORMATION

A. Check the highest grade of school completed.

Grade school:                                                              College:

☐ 0   ☐ 1   ☐ 2   ☐ 3   ☐ 4   ☐ 5   ☐ 6   ☐ 7   ☐ 8   ☐ 9   ☐ 10   ☑ 11   ☐ 12   ☑ GED   ☐ 1   ☐ 2   ☐ 3   ☐ 4 or more

Approximate date completed: _1994_

B. Did you attend special education classes?   ☑ YES   ☐ NO   (If "NO," go to part C)

NAME OF SCHOOL _Navarre_

ADDRESS _____

_Hyper_ _____ _tal_ ____ _ah._
_(Number, Street, Apt. No. (if any), P.O. Box or Rural Route)_
        City        State    Zip

DATES ATTENDED _____ TO _____

TYPE OF PROGRAM _Cummings Zacker Center_
_341-6191_

C. Have you completed any type of special job training, trade or vocational school?

☐ YES   ☐ NO   If "YES," what type? _____

Approximate date completed: _____

## SECTION 8 - VOCATIONAL REHABILITATION INFORMATION

A. Have you received services from Vocational Rehabilitation or any other organization to help you get back to work?   ☐ YES   ☑ NO   (If "NO," go to part B)

NAME OF ORGANIZATION _____

NAME OF COUNSELOR _____

ADDRESS _____
_(Number, Street, Apt. No. (if any), P.O. Box or Rural Route)_

_____
       City      State    Zip

DAYTIME PHONE NUMBER _____
    Area Code    Number

DATES SEEN _____ TO _____

TYPE OF SERVICES OR
TESTS PERFORMED _____
    _(IQ, vision, physicals, hearing, workshops, etc.)_

B. Would you like to receive rehabilitation services that could help you get back to work?
☐ YES   ☐ NO

## SECTION 9 - REMARKS

Use this section for any added information you did not show in earlier parts of the form. When you are done with this section (or if you don't have anything to add), be sure to go to the next page and complete the signature block.

1999 - early - Las Vegas
- 20-30 overdosed
Suicidal
wake up in jail infirmary

1990 - St Charles
2216 Navarre Ave
Oregon, Oh. 43616
Suicide attempt
overdose
4-5 months he thinks

2000 - may - Unisan
for treatment

1989 Pemberville Boys Ranch
Pemberville Oh.
Emos.

## SECTION 9 - REMARKS

**ANYONE MAKING A FALSE STATEMENT OR REPRESENTATION OF A MATERIAL FACT FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW.**

| Signature of claimant or person filing on claimant's behalf *(parent, guardian)* | Date *(Month, day, year)* |
|---|---|
| ✗ | 7-27-00 |

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| | |
| **Address** *(Number and street, city, state, and ZIP code)* | **Address** *(Number and street, city, state, and ZIP code)* |
| | |

*U.S. Government Printing Office: 1999 — 449-108

GS42F0GMA
2185/04

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0579

## DISABILITY REPORT
## ADULT

**For SSA Use Only**
Do not write in this box.

Related SSN _____

Number Holder _____

### SECTION 1- INFORMATION ABOUT THE DISABLED PERSON

**A. NAME** *(First, Middle Initial, Last)*

JAMES M HALL

**B. SOCIAL SECURITY NUMBER**

███████████████

**C. DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

419 691-2006
Area Code   Number

[X] Your Number   [ ] Message Number   [ ] None

**D.** Give the name of a **friend or relative** that we can contact (other than your doctors) **who knows about your illnesses, injuries or conditions** and can help you with your claim.

NAME _____

ADDRESS _____

**E. What is your height** without shoes? __6__ feet __0__ inches

**F. What is your weight** without shoes? __210 lbs__ pounds

**G.** Do you have a **medical assistance card**? (For Example, Medicaid or Medi-Cal) If "YES," show the **number here:** [ ] YES [X] NO

**H. Can you speak English?** [X] YES [ ] NO   If "NO," what languages can you speak? _____

If you **cannot speak English,** is there someone we may contact who speaks English and will give you messages? [ ] YES [ ] NO   *(If "YES," is this the same person as in "D" above? If it is, show "SAME" below, if not complete below)*

NAME _____   RELATIONSHIP _____

ADDRESS _____
*(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)*

_____
City      State      ZIP

DAYTIME PHONE   Area Code _____   Number _____

**I. Can you read English?** [X] YES [ ] NO   **J. Can you write more than your name in English?** [X] YES [ ] NO

## SECTION 2
## YOUR ILLNESSES, INJURIES OR CONDITIONS AND HOW THEY AFFECT YOU

A. What are the **illnesses, injuries or conditions** that limit your ability to work? _____

Mental Health - Cyclothymic, Schicoaffective, Manic Depression, Ansomnia, Borderline Personality disorder

B. How do your illnesses, injuries or conditions limit your ability to work?  I have a difficult time Dealing with People, Sometimes I have trouble getting out of Bed. I have problems with memory.

C. Do your illnesses, injuries or conditions cause you **pain or other symptoms?**   ☑ YES   ☐ NO

D. When did your illnesses, injuries or conditions **first bother you?**

| Month | Day | Year |
|-------|-----|------|
|       |     | 1981 |

E. When did you become **unable to work** because of your illnesses, injuries or conditions?

| Month | Day | Year |
|-------|-----|------|
| 8     | 28  | 2003 |

F. Have you **ever worked?**   ☑ YES   ☐ NO   *(If "NO," go to Section 4.)*

G. Did you **work at any time** after the date your illnesses, injuries or conditions first bothered you?   ☑ YES   ☐ NO

H. If "YES," did your illnesses, injuries or conditions cause you to: *(check all that apply)*

   ☑ work fewer hours? *(Explain below)*

   ☑ change your job duties? *(Explain below)*

   ☑ make any job-related changes such as your attendance, help needed, or employers? *(Explain below)*

Sometimes I could not get out of Bed. - Fewer Hours I have had over 200 jobs in 15 years.

I. Are you **working now?**   ☐ YES   ☑ NO

If "NO," when did **you stop working?**

| Month | Day | Year |
|-------|-----|------|
| Jan   |     | 2009 |

J. Why did you **stop working?** I was cut off my medication Because of Health Care Cuts and was unable to gain employment.

## SECTION 3 - INFORMATION ABOUT YOUR WORK

### A. List the kinds of jobs that you have had in the last 15 years that you worked.

| JOB TITLE (Example, Cook) | TYPE OF BUSINESS (Example, Restaurant) | DATES WORKED (month & year) From | To | HOURS PER DAY | DAYS PER WEEK | RATE OF PAY (Per hour, day, week, month or year) |
|---|---|---|---|---|---|---|
| Cook | Resteraunt | ? | ? | | | $ 9 00 |
| Bartender | Bar | | | | | $ 6 00 |
| Roofer | Construction | | | | | $ 12 00 |
| Machanic | Garage | | | | | $ 10 00 |
| Store Clerk | Gas Station | | | | | $ 8 00 |
| Waiter | Resteraunt | | | | | $ 2 13 |
| Labor | Factory | | | | | $ 11 00 |

**B. Which job did you do the longest?** Cook - off and on for 10 years

**C. Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.)** I prepared food for Customers while preparing food for Later use. I did food ordering and Daily Report

**D. In this job, did you:**

Use machines, tools or equipment? ☑ YES ☐ NO

Use technical knowledge or skills? ☑ YES ☐ NO

Do any writing, complete reports, or perform duties like this? ☑ YES ☐ NO

**E. In this job, how many total hours each day did you:**

| | | | |
|---|---|---|---|
| Walk? ?| Stoop? (Bend down & forward at waist.) ? | Handle, grab or grasp big objects? | |
| Stand? | Kneel? (Bend legs to rest on knees.) | Reach? | |
| Sit? | Crouch? (Bend legs & back down & forward.) | Write, type or handle small objects? | |
| Climb? | Crawl? (Move on hands & knees.) | | |

**F. Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.)** I carried crates of food from the cooler to the kitchen

**G. Check heaviest weight lifted:**
☐ Less than 10 lbs  ☐ 10 lbs  ☐ 20 lbs  ☑ 50 lbs  ☐ 100 lbs. or more  ☐ Other

**H. Check weight frequently lifted:** (By frequently, we mean from 1/3 to 2/3 of the workday.)
☐ Less than 10 lbs  ☐ 10 lbs  ☑ 25 lbs  ☐ 50 lbs. or more  ☐ Other

**I. Did you supervise other people in this job?** ☐ YES (Complete items below.)  ☑ NO (If NO, go to J.)
How many people did you supervise? ____
What part of your time was spent supervising people? ____
Did you hire and fire employees? ☐ YES  ☑ NO

**J. Were you a lead worker?** ☐ YES  ☑ NO

002705

## SECTION 4 - INFORMATION ABOUT YOUR MEDICAL RECORDS

A. Have you been seen by a **doctor/hospital/clinic** or anyone else for the illnesses, injuries or conditions that limit your ability to work?   ☑ YES   ☐ NO

B. Have you been seen by a **doctor/hospital/clinic** or anyone else for emotional or mental problems that limit your ability to work?   ☑ YES   ☐ NO

**If you answered "NO" to both of these questions, go to Section 5.**

C. List **other names** you have used on your medical records.  *NONE*

**Tell us who may have medical records or other information about your illnesses, injuries or conditions.**

D. List each **DOCTOR/HMO/THERAPIST/OTHER.** Include your **next appointment.**

**1.**

| NAME | DATES |
|---|---|
| DR. Lafforest | |
| STREET ADDRESS 525 Hamilton | FIRST VISIT ? |
| CITY Toledo  STATE Ohio  ZIP 43606 | LAST SEEN Feb. 2004 |
| PHONE 419 255-4050  PATIENT ID # (If known) | NEXT APPOINTMENT |

REASONS FOR VISITS  Mental Health and medication

WHAT TREATMENT WAS RECEIVED?  Medication

**2.**

| NAME | DATES |
|---|---|
| East Center for Mental Health | |
| STREET ADDRESS Starr ave | FIRST VISIT 1986 |
| CITY Toledo  STATE Ohio  ZIP 43604 | LAST SEEN 1990 |
| PHONE ?  PATIENT ID # (If known) | NEXT APPOINTMENT |

REASONS FOR VISITS  Mental Health

WHAT TREATMENT WAS RECEIVED?  Medication and therapy

## SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS

## DOCTOR/HMO/THERAPIST/OTHER

**3. NAME** St. Charles Hospital

**DATES**

**STREET ADDRESS** Wheeling St

**FIRST VISIT** 2001

**CITY** Oregon **STATE** Ohio **ZIP** 43604

**LAST SEEN** 2002

**PHONE** Area Code   Phone Number **PATIENT ID # (If known)** **NEXT APPOINTMENT**

**REASONS FOR VISITS** Suicide attempt. I was Hospitalized for 2 weeks

**WHAT TREATMENT WAS RECEIVED?** Medication and Group therapy

### If you need more space, use Remarks, Section 9.

### E. List each HOSPITAL/CLINIC. Include your next appointment.

| 1. HOSPITAL/CLINIC | TYPE OF VISIT | DATES | |
|---|---|---|---|
| **NAME** Riverbend | ☑ **INPATIENT STAYS** (Stayed at least overnight) | **DATE IN** 1981 | **DATE OUT** 1982 |
| **STREET ADDRESS** Kingston Pike | ☐ **OUTPATIENT VISITS** (Sent home same day) | **DATE FIRST VISIT** | **DATE LAST VISIT** |
| **CITY** Knoxsville **STATE** TNN **ZIP** ? | | **DATE OF VISITS** | |
| **PHONE** Area Code   Phone Number | ☐ **EMERGENCY ROOM VISITS** | | |

Next appointment _____   Your hospital/clinic number _____

Reasons for visits I was 7 when they had to Hospitalize me for a phycotic ~~whole~~ Break.

What treatment did you receive? ?

What doctors do you see at this hospital/clinic on a regular basis? _____

002707

## SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS

## HOSPITAL/CLINIC

2.

| HOSPITAL/CLINIC | TYPE OF VISIT | DATES | |
|---|---|---|---|

**NAME**
Toledo Hospital

**STREET ADDRESS**
Monroe St

| CITY | STATE | ZIP |
|---|---|---|
| Toledo | Ohio | |

**PHONE**
Area Code    Phone Number

☑ **INPATIENT STAYS** (Stayed at least overnight)

| DATE IN | DATE OUT |
|---|---|
| 1989 | |

☐ **OUTPATIENT VISITS** (Sent home same day)

| DATE FIRST VISIT | DATE LAST VISIT |
|---|---|
| | |

☐ **EMERGENCY ROOM VISITS**

| DATE OF VISITS |
|---|
| |

Next appointment _____ Your hospital/clinic number _____

Reasons for visits   Suicide attempt.

_____

What **treatment** did you receive? _____

_____

What **doctors** do you see at this hospital/clinic on a regular basis? _____

_____

#### If you need more space, use Remarks, Section 9.

F. **Does anyone else have medical records or information about your illnesses, injuries or conditions (Workers' Compensation, insurance companies, prisons, attorneys, welfare), or are you scheduled to see anyone else?**

☑ YES *(If "YES," complete information below.)*     ☐ NO

**NAME** Pemberville Boys Ranch (Mark wheels)   DR.

**STREET ADDRESS**

| CITY | STATE | ZIP |
|---|---|---|
| Pemberville | OH | |

**PHONE**
Area Code    Phone Number

**CLAIM NUMBER** (If any)

**REASONS FOR VISITS**   Mental Health.

| DATES | |
|---|---|
| **FIRST VISIT** | 1988 |
| **LAST SEEN** | 1989 |
| **NEXT APPOINTMENT** | |

#### If you need more space, use Remarks, Section 9.

## SECTION 5 - MEDICATIONS

Do you currently take any **medications** for your illnesses, injuries or conditions? ☑ YES

If "YES," please tell us the following: *(Look at your medicine bottles, if necessary.)*  ☐ NO

| NAME OF MEDICINE | IF PRESCRIBED, GIVE NAME OF DOCTOR | REASON FOR MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|---|---|
| TRazoDone | Dr. Lafforest | ansomnia | |
| Neorontine | Dr. Lafforest | Depression | |
| Seraquil | Dr. hasforest | Voices | |
| Lexapro | Dr. hasforest | ? | |
| | | | |

If you need more space, use Remarks, Section 9.

## SECTION 6 - TESTS

Have you had, or will you have, any **medical tests** for illnesses, injuries or conditions?

☐ YES  ☑ NO  If "YES," please tell us the following: *(Give approximate dates, if necessary.)*

| KIND OF TEST | WHEN DONE, OR WHEN WILL IT BE DONE? (Month, day, year) | WHERE DONE? (Name of Facility) | WHO SENT YOU FOR THIS TEST? |
|---|---|---|---|
| EKG (HEART TEST) | | | |
| TREADMILL (EXERCISE TEST) | | | |
| CARDIAC CATHETERIZATION | | | |
| BIOPSY--Name of body part | | | |
| HEARING TEST | | | |
| SPEECH/LANGUAGE TEST | | | |
| VISION TEST | | | |
| IQ TESTING | | | |
| EEG (BRAIN WAVE TEST) | | | |
| HIV TEST | | | |
| BLOOD TEST (NOT HIV) | | | |
| BREATHING TEST | | | |
| X-RAY--Name of body part | | | |
| MRI/CT SCAN Name of body part | | | |

If you have had other tests, list them in Remarks, Section 9.

## SECTION 7-EDUCATION/TRAINING INFORMATION

**A.** Check the highest grade of school completed.

Grade school:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | GED |
|---|---|---|---|---|---|---|---|---|---|----|----|----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

College:

| 1 | 2 | 3 | 4 or more |
|---|---|---|-----------|
| ☐ | ☐ | ☐ | ☐ |

Approximate date completed: _1991_

**B.** Did you attend special education classes?  ☐ YES  ☐ NO  *(If "NO," go to part C)*

NAME OF SCHOOL   Cumming Zucker

ADDRESS   Mayfield
(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)

Toledo            Ohio
City              State        Zip

DATES ATTENDED   1987   TO   1988

TYPE OF PROGRAM   for Troubled youth

**C.** Have you completed any type of special job training, trade or vocational school?

☐ YES  ☑ NO  If "YES," what type?_____

Approximate date completed: _____

## SECTION 8 - VOCATIONAL REHABILITATION, EMPLOYMENT, or OTHER SUPPORT SERVICES INFORMATION

Are you participating in the Ticket Program or another program of vocational rehabilitation services, employment services or other support services to help you go to work?

☐ YES (Complete the information below)   ☑ NO

NAME OF ORGANIZATION _____

NAME OF COUNSELOR _____

ADDRESS _____
(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)

_____
City            State      Zip

DAYTIME PHONE NUMBER _____
Area Code      Number

DATES SEEN _____ TO _____

TYPE OF SERVICES OR TESTS PERFORMED _____
(IQ, vision, physicals, hearing, workshops, etc.)

002710

## SECTION 9 - REMARKS

**Use this section for any added information you did not show in earlier parts of the form. When you are done with this section (or if you don't have anything to add), be sure to go to the next page and complete the signature block.**

2003 have Records on me.

## SECTION 9 - REMARKS

I need some Help I have been bouncing around from job to job my entire life, I have never Had Helth insurance so I can't go to a doctor. I have lost most of my teeth because I could never afford to go to a dentist. I have no formal job training and my disease seems to be overwhelming. I have tried everything I can think of.

Please Helpme

Thank you
James Hall

| | |
|---|---|
| **Name** of person completing this form (*Please Print*)<br>James M. Hall | **Date Form Completed** (*Month, day, year*)<br>March 10 2004 |
| **Address** (*Number and street*)<br>1041 CResceus | **e-mail address** (*optional*)<br>Ravenloft 1973@Hotmail.Com |
| **City**<br>Oregon | **State**<br>Ohio | **Zip Code**<br>43616 | 002712 |

FORM **SSA-3368-BK** (6-2003) EF (6-2003)  Destroy Prior Editions

**PAGE 10**

*U.S. Government Printing Office: 2003—300-464

Form Approved
OMB No. 0960-0413

# PSYCHIATRIC REVIEW TECHNIQUE

| Name | SSN |
|---|---|
| NH (if different from above) | 00   IA   02 <br> 01   IC   16 |

HALL, JAMES M
TOLEDO

419-255-4050
395 2G547 1721

## I. MEDICAL SUMMARY

**A. Assessment is from:** _____ **to** _____

**B. Medical Disposition(s):**

1. ☐ No Medically Determinable Impairment
2. ☐ Impairment(s) Not Severe
3. ☐ Impairment(s) Severe But Not Expected to Last 12 Months
4. ☐ Meets Listing _____ (Cite Listing)
5. ☐ Equals Listing _____ (Cite Listing)
6. ☐ RFC Assessment Necessary
7. ☐ Coexisting Nonmental Impairment(s) that Requires Referral to Another Medical Specialty
8. ☑ Insufficient Evidence

**C. Category(ies) Upon Which the Medical Disposition is Based:**

1. ☐ 12.02 Organic Mental Disorders
2. ☐ 12.03 Schizophrenic, Paranoid and Other Psychotic Disorders
3. ☐ 12.04 Affective Disorders
4. ☐ 12.05 Mental Retardation
5. ☐ 12.06 Anxiety-Related Disorders
6. ☐ 12.07 Somatoform Disorders
7. ☐ 12.08 Personality Disorders
8. ☐ 12.09 Substance Addiction Disorders
9. ☐ 12.10 Autism and Other Pervasive Developmental Disorders

☑ These findings complete the medical portion of the disability determination.

| MC/PC's Signature | *Alliams* | ALICE J. CHAMBLY Psy.D. | Date 3/19/01 |
|---|---|---|---|
| MC/PC's Printed Name | | PSYCHOLOGIST | Code / |

Form SSA-2506-BK (9-2000)
Destroy Prior Editions

002713

**II.** | **DOCUMENTATION OF FACTORS THAT EVIDENCE THE DISORDER**

### A. 12.02  Organic Mental Disorders

☐ Psychological or behavioral abnormalities associated with a dysfunction of the brain…as evidenced by at least one of the following:

1. ☐ Disorientation to time and place

2. ☐ Memory impairment

3. ☐ Perceptual or thinking disturbances

4. ☐ Change in personality

5. ☐ Disturbance in mood

6. ☐ Emotional lability and impairment in impulse control

7. ☐ Loss of measured intellectual ability of at least 15 IQ points from premorbid levels or overall impairment index clearly within the severely impaired range on neuropsychological testing. e.g.. the Luria-Nebraska. Halstead-Reitan. etc.

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs. and laboratory findings that substantiate the presence of the impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV. Consultant's Notes).

## B. 12.03  Schizophrenic, Paranoid and Other Psychotic Disorders

☐ Psychotic features and deterioration that are persistent (continuous or intermittent). as evidenced by at least one of the following:

1. ☐ Delusions or hallucinations

2. ☐ Catatonic or other grossly disorganized behavior

3. ☐ Incoherence. loosening of associations. illogical thinking, or poverty of content of speech if associated with one of the following:

    a. ☐ Blunt affect. or

    b. ☐ Flat affect. or

    c. ☐ Inappropriate affect

4. ☐ Emotional withdrawal and or isolation

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment.

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

## C. 12.04 Affective Disorders

☐ Disturbance of mood, accompanied by a full or partial manic or depressive syndrome, as evidenced by at least one of the following:

1. ☐ Depressive syndrome characterized by at least four of the following:

   a. ☐ Anhedonia or pervasive loss of interest in almost all activities, or

   b. ☐ Appetite disturbance with change in weight, or

   c. ☐ Sleep disturbance, or

   d. ☐ Psychomotor agitation or retardation, or

   e. ☐ Decreased energy, or

   f. ☐ Feelings of guilt or worthlessness, or

   g. ☐ Difficulty concentrating or thinking, or

   h. ☐ Thoughts of suicide, or

   i. ☐ Hallucinations, delusions or paranoid thinking

2. ☐ Manic syndrome characterized by at least three of the following:

   a. ☐ Hyperactivity, or

   b. ☐ Pressures of speech, or

   c. ☐ Flight of ideas, or

   d. ☐ Inflated self-esteem, or

   e. ☐ Decreased need for sleep, or

   f. ☐ Easy distractibility, or

   g. ☐ Involvement in activities that have a high probability of painful consequences which are not recognized, or

   h. ☐ Hallucinations, delusions or paranoid thinking

3. ☐ Bipolar syndrome with a history of episodic periods manifested by the full symptomatic picture of both manic and depressive syndromes (and currently characterized by either or both syndromes)

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment (explain in Part IV, Consultant's Notes, if necessary):

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

002716

## D. 12.05 Mental Retardation

☐ Significantly subaverage general intellectual functioning with deficits in adaptive functioning initially manifested during the developmental period; i.e., the evidence demonstrates or supports onset of the impairment before age 22, with one of the following:

1. ☐ Mental incapacity evidenced by dependence upon others for personal needs (e.g., toileting, eating, dressing, or bathing) and inability to follow instructions such that the use of standardized measures of intellectual functioning is precluded*

2. ☐ A valid verbal, performance, or full scale IQ of 59 or less*

3. ☐ A valid verbal, performance, or full scale IQ of 60 through 70 and a physical or other mental impairment imposing an additional and significant work-related limitation of function*

4. ☐ A valid verbal, performance, or full scale IQ of 60 through 70*

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment.

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

*NOTE: Items 1, 2, 3, and 4 correspond to listings 12.05A, 12.05B, 12.05C, and 12.05D, respectively.

## E.  12.06  Anxiety-Related Disorders

☐  Anxiety as the predominant disturbance or anxiety experienced in the attempt to master symptoms, as evidenced by at least one of the following:

    1. ☐  Generalized persistent anxiety accompanied by three of the following:

        a. ☐  Motor tension, or

        b. ☐  Autonomic hyperactivity, or

        c. ☐  Apprehensive expectation, or

        d. ☐  Vigilance and scanning

    2. ☐  A persistent irrational fear of a specific object, activity or situation which results in a compelling desire to avoid the dreaded object, activity, or situation

    3. ☐  Recurrent severe panic attacks manifested by a sudden unpredictable onset of intense apprehension, fear, terror, and sense of impending doom occurring on the average of at least once a week

    4. ☐  Recurrent obsessions or compulsions which are a source of marked distress

    5. ☐  Recurrent and intrusive recollections of a traumatic experience, which are a source of marked distress

☐  A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐  Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

002718

**F. 12.07 Somatoform Disorders**

☐ Physical symptoms for which there are no demonstrable organic findings or known physiological mechanisms, as evidenced by at least one of the following:

1. ☐ A history of multiple physical symptoms of several years duration beginning before age 30, that have caused the individual to take medicine frequently, see a physician often and alter life patterns significantly

2. ☐ Persistent nonorganic disturbance of one of the following:

   a. ☐ Vision, or

   b. ☐ Speech, or

   c. ☐ Hearing, or

   d. ☐ Use of a limb, or

   e. ☐ Movement and its control (e.g., coordination disturbances, psychogenic seizures, akinesia, dyskinesia), or

   f. ☐ Sensation (e.g., diminished or heightened)

3. ☐ Unrealistic interpretation of physical signs or sensations associated with the preoccupation or belief that one has a serious disease or injury

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

## G. 12.08  Personality Disorders

☐ Inflexible and maladaptive personality traits which cause either significant impairment in social or occupational functioning or subjective distress, as evidenced by at least one of the following:

1. ☐ Seclusiveness or autistic thinking

2. ☐ Pathologically inappropriate suspiciousness or hostility

3. ☐ Oddities of thought, perception, speech and behavior

4. ☐ Persistent disturbances of mood or affect

5. ☐ Pathological dependence, passivity, or aggressivity

6. ☐ Intense and unstable interpersonal relationships and impulsive and damaging behavior

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

002720

## H. 12.09  Substance Addiction Disorders

☐  Behavioral changes or physical changes associated with the regular use of substances that affect the central nervous system.

If present, evaluate under one or more of the most closely applicable listings:

   1.  ☐    Listing 12.02—Organic mental disorders*

   2.  ☐    Listing 12.04—Affective disorders*

   3.  ☐    Listing 12.06—Anxiety-related disorders*

   4.  ☐    Listing 12.08—Personality disorders*

   5.  ☐    Listing 11.14—Peripheral neuropathies*

   6.  ☐    Listing 5.05—Liver damage*

   7.  ☐    Listing 5.04—Gastritis*

   8.  ☐    Listing 5.08—Pancreatitis*

   9.  ☐    Listing 11.02 or 11.03—Seizures*

☐  A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐  Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

*NOTE: Items 1, 2, 3, 4, 5, 6, 7, 8, and 9 correspond to listings 12.09A, 12.09B, 12.09C, 12.09D, 12.09E, 12.09F, 12.09G, 12.09H, and 12.09I, respectively. If items 1, 2, 3, or 4 are checked, only the numbered items in subsections IIA, IIC, IIE, or IIG of the form need be checked. The first block under the disorder heading in those subsections should not be checked, unless the evidence substantiates the presence of the disorder separate from the substance addiction disorder.

002721

**I.   12.10  Autistic Disorder and Other Pervasive Developmental Disorders**

☐ Qualitative deficits in the development of reciprocal social interaction, in the development of verbal and nonverbal communication skills, and in imaginative activity.  Often there is a markedly restricted repertoire of activities and interests, which frequently are stereotyped and repetitive.

1.   ☐   Autistic disorder. with medically documented findings of all of the following:

   a.   ☐   Qualitative deficits in reciprocal social interaction

   b.   ☐   Qualitative deficits in verbal and nonverbal communication and in imaginative activity

   c.   ☐   Markedly restricted repertoire of activities and interests

2.   ☐   Other pervasive developmental disorders, with medically documented findings of both of the following:

   a.   ☐   Qualitative deficits in reciprocal social interaction

   b.   ☐   Qualitative deficits in verbal and nonverbal communication and in imaginative activity

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

| III. | RATING OF FUNCTIONAL LIMITATIONS |
|------|----------------------------------|

## A. "B" Criteria of the Listings

Indicate to what degree the following functional limitations (which are found in paragraph B of listings 12.02-12.04, 12.06-12.08 and 12.10 and paragraph D of 12.05) exist as a result of the individual's mental disorder(s).

NOTE:  Item 4 below is more than a measure of frequency and duration. See 12.00C4 and also read carefully the instructions for this section.

Specify the listing(s) (i.e., 12.02 through 12.10) under which the items below are being rated _____

| FUNCTIONAL LIMITATION | DEGREE OF LIMITATION | | | | | |
|---|---|---|---|---|---|---|
| 1. Restriction of Activities of Daily Living | None ☐ | Mild ☐ | Moderate ☐ | Marked* ☐ | Extreme* ☐ | Insufficient Evidence ☐ |
| 2. Difficulties in Maintaining Social Functioning | None ☐ | Mild ☐ | Moderate ☐ | Marked* ☐ | Extreme* ☐ | Insufficient Evidence ☐ |
| 3. Difficulties in Maintaining Concentration, Persistence, or Pace | None ☐ | Mild ☐ | Moderate ☐ | Marked* ☐ | Extreme* ☐ | Insufficient Evidence ☐ |
| 4. Repeated Episodes of Decompensation, Each of Extended Duration | None ☐ | One or Two ☐ | | Three* ☐ | Four* or More ☐ | Insufficient Evidence ☐ |

*Degree of limitation that satisfies the functional criterion.

002723

## B. "C" Criteria of the Listings

1. Complete this section if 12.02 (Organic Mental), 12.03 (Schizophrenic, etc.), or 12.04 (Affective) applies <u>and</u> the requirements in paragraph B of the appropriate listing are not satisfied.

NOTE: Item 1 below is more than a measure of frequency and duration. See 12.00C4 and also read carefully the instructions for this section.

☐ Medically documented history of a chronic organic mental (12.02), schizophrenic, etc. (12.03), or affective (12.04) disorder of at least 2 years' duration that has caused more than a minimal limitation of ability to do any basic work activity, with symptoms or signs currently attenuated by medication or psychosocial support, and one of the following:

    1. ☐ Repeated episodes of decompensation, each of extended duration

    2. ☐ A residual disease process that has resulted in such marginal adjustment that even a minimal increase in mental demands or change in the environment would be predicted to cause the individual to decompensate

    3. ☐ Current history of 1 or more years' inability to function outside a highly supportive living arrangement with an indication of continued need for such an arrangement

☐ Evidence does not establish the presence of the "C" criteria

☐ Insufficient evidence to establish the presence of the "C" criteria (explain in Part IV, Consultant's Notes).

2. Complete this section if 12.06 (Anxiety-Related) applies <u>and</u> the requirements in paragraph B of listing 12.06 are not satisfied.

☐ **Complete** inability to function independently outside the area of one's home

☐ Evidence does not establish the presence of the "C" criteria

☐ Insufficient evidence to establish the presence of the "C" criterion (explain in Part IV, Consultant's Notes).

| IV. | **CONSULTANT'S NOTES** |
|---|---|

Section 223 and section 1633 of the Social Security Act authorize the information requested on this form. The information provided will be used in making a decision on this claim. Completion of this form is mandatory in disability claims involving mental impairments. Failure to complete this form may result in a delay in processing the claim. Information furnished on this form may be disclosed by the Social Security Administration to another person or governmental agency only with respect to Social Security programs and to comply with federal laws requiring the exchange of information between Social Security and another agency.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information about you may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

PAPERWORK REDUCTION ACT STATEMENT: **The Paperwork Reduction Act of 1995** requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number. We estimate that it will take you about 15 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form.

002726

FORM APPROVED
OMB NO. 0960 0431

# MENTAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT

| NAME | SSN |
|---|---|
| **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** | |

| NH (If Different from above) | SSN |
|---|---|
| | |

| CATEGORIES *(From IC of the PRTF)* | ASSESSMENT IS FROM: | **AOD** |
|---|---|---|
| **12.04, 12.09** | TO: | **Current** |

## I. SUMMARY CONCLUSIONS

This section is for recording summary conclusions derived from the evidence in the file. Each mental activity is to be evaluated within the context of the individual's capacity to sustain that activity over a normal workday and workweek, on an ongoing basis. Detailed explanation of the degree of limitation for each category (A through D), as well as any other assessment information you deem appropriate, is to be recorded in Section III (Functional Capacity Assessment).

If rating category 5 is checked for any of the following items, you <u>MUST</u> specify in Section II the evidence that is needed to make the assessment. If you conclude that the record is so inadequately documented that no accurate functional capacity assessment can be made, indicate in Section II what development is necessary, but <u>DO NOT COMPLETE SECTION III.</u>

| | Not Significantly Limited | Moderately Limited | Markedly Limited | No Evidence of Limitation in this Category | Not Ratable on Available Evidence |
|---|---|---|---|---|---|
| **A. UNDERSTANDING AND MEMORY** | | | | | |
| 1. The ability to remember locations and work-like procedures. | 1. ☐ | 2. ☐ | 3. ☐ | 4. ☒ | 5. ☐ |
| 2. The ability to understand and remember very short and simple instructions. | 1. ☒ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 3. The ability to understand and remember detailed instructions. | 1. ☐ | 2. ☒ | 3. ☐ | 4. ☐ | 5. ☐ |
| **B. SUSTAINED CONCENTRATION AND PERSISTENCE** | | | | | |
| 4. The ability to carry out very short and simple instructions. | 1. ☒ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 5. The ability to carry out detailed instructions. | 1. ☐ | 2. ☒ | 3. ☐ | 4. ☐ | 5. ☐ |
| 6. The ability to maintain attention and concentration for extended periods. | 1. ☐ | 2. ☒ | 3. ☐ | 4. ☐ | 5. ☐ |
| 7. The ability to perform activities within a schedule, maintain regular attendance, and be punctual within customary tolerances. | 1. ☐ | 2. ☒ | 3. ☐ | 4. ☐ | 5. ☐ |
| 8. The ability to sustain an ordinary routine without special supervision. | 1. ☒ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 9. The ability to work in coordination with or proximity to others without being distracted by them. | 1. ☐ | 2. ☒ | 3. ☐ | 4. ☐ | 5. ☐ |
| 10. The ability to make simple work-related decisions. | 1. ☒ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |

| | Not Significantly Limited | Moderately Limited | Markedly Limited | No Evidence of Limitation in this Category | Not Ratable on Available Evidence |
|---|---|---|---|---|---|
| **Continued—SUSTAINED CONCENTRATION AND PERSISTENCE** | | | | | |
| 11. The ability to complete a normal work-day and workweek without interruptions from psychologically based symptoms and to perform at a consistent pace without an unreasonable number and length of rest periods. | 1. ☐ | 2. ☒ | 3. ☐ | 4. ☐ | 5. ☐ |
| **C. SOCIAL INTERACTION** | | | | | |
| 12. The ability to interact appropriately with the general public. | 1. ☐ | 2. ☐ | 3. ☒ | 4. ☐ | 5. ☐ |
| 13. The ability to ask simple questions or request assistance. | 1. ☒ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 14. The ability to accept instructions and respond appropriately to criticism from supervisors. | 1. ☐ | 2. ☐ | 3. ☒ | 4. ☐ | 5. ☐ |
| 15. The ability to get along with coworkers or peers without distracting them or exhibiting behavioral extremes. | 1. ☐ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 16. The ability to maintain socially appropriate behavior and to adhere to basic standards of neatness and cleanliness. | 1. ☒ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| **D. ADAPTATION** | | | | | |
| 17. The ability to respond appropriately to changes in the work setting. | 1. ☐ | 2. ☐ | 3. ☒ | 4. ☐ | 5. ☐ |
| 18. The ability to be aware of normal hazards and take appropriate precautions. | 1. ☐ | 2. ☐ | 3. ☐ | 4. ☒ | 5. ☐ |
| 19. The ability to travel in unfamiliar places or use public transportation. | 1. ☐ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 20. The ability to set realistic goals or make plans independently of others. | 1. ☐ | 2. ☒ | 3. ☐ | 4. ☐ | 5. ☐ |

II. **REMARKS:** If you checked box 5 for any of the preceding items or if any other documentation deficiencies were identified, you MUST specify what additional documentation is needed. Cite the item number(s), as well as any other specific deficiency, and indicate the development to be undertaken.

## III. FUNCTIONAL CAPACITY ASSESSMENT

Record in this section the elaborations on the preceding capacities. Complete this section ONLY after the SUMMARY CONCLUSIONS section has been completed. Explain your summary conclusions in narrative form. Include any information which clarifies limitation or function. Be especially careful to explain conclusions that differ from those of treating medical sources or from the individual's allegations.

Per clmt's treating psychiatrist for past 6 years, clmt is easily overwhelmed and agitated when criticized by others and faced with changes. He has poor frustration tolerance. His symptoms tend to worsen under stress and pressure. Supporting older records show a long history since childhood of irritability, mood swings, and inconsistent behavior. He has also periodically abused substances and currently smokes marijuana. However, it is determined that even if the marijuana were discontinued he would still have marked limitations in his social functioning as per this MRFC. Therefore, DA&A is not material. Payee is needed.

☑ These findings complete the medical portion of the disability determination.

| MEDICAL CONSULTANT'S SIGNATURE | DATE |
|---|---|
|  | 7/20/04 |

Paperwork/Privacy Act Notice: The information requested on this form is authorized by Section 223 and Section 1633 of the Social Security Act. The information provided will be used in making a decision on this claim. Failure to complete this form may result in a delay in processing the claim. Information furnished on this form may be disclosed by the Social Security Administration to another governmental agency only with respect to Social Security programs and to comply with federal laws requiring the exchange of information between Social Security and other agencies.

Time It Takes To Complete This Form: We estimate that it will take you about 20 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on this estimate, or on any other aspect of this form, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235-0001; and to the Office of Management and Budget, Paperwork Reduction Project (0960-0431), Washington, D.C. 20503. Send only comments relating to our estimate or other aspects of this form to the offices listed above. All requests for Social Security cards and other claims-related information should be sent to your local Social Security office, whose address is listed in your telephone directory under the Department of Health and Human Services.

Form Approved
OMB No. 0960-0413

# PSYCHIATRIC REVIEW TECHNIQUE

| Name **JAMES HALL** | SSN ▮▮▮▮▮▮▮ |
|---|---|
| NH (If Different from above) | SSN |

## I. MEDICAL SUMMARY

**A. Assessment is from:** _AOD of 8/28/03_ to _**Current**_

**B. Medical Disposition(s):**

1. ☐ No Medically Determinable Impairment

2. ☐ Impairment(s) Not Severe

3. ☐ Impairment(s) Severe But Not Expected to Last 12 Months

4. ☐ Meets Listing _____ (Cite Listing)

5. ☐ Equals Listing _____ (Cite Listing)

6. ☒ RFC Assessment Necessary

7. ☐ Coexisting Nonmental Impairment(s) that Requires Referral to Another Medical Specialty

8. ☐ Insufficient Evidence

**C. Category(ies) Upon Which the Medical Disposition is Based:**

1. ☐ 12.02 Organic Mental Disorders

2. ☐ 12.03 Schizophrenic, Paranoid and Other Psychotic Disorders

3. ☒ 12.04 Affective Disorders

4. ☐ 12.05 Mental Retardation

5. ☐ 12.06 Anxiety-Related Disorders

6. ☐ 12.07 Somatoform Disorders

7. ☐ 12.08 Personality Disorders

8. ☐ 12.09 Substance Addiction Disorders

9. ☐ 12.10 Autism and Other Pervasive Developmental Disorders

☐ These findings complete the medical portion of the disability determination.

| MC/PC's Signature _Kristen E. Haskins, Psy.D.-38_ | Date 4/22/04 |
|---|---|
| MC/PC's Printed Name _Psychologist_ | Code |

Form SSA-2506-BK (9-2000)
Destroy Prior Editions

002730        3-03

**II.**

## DOCUMENTATION OF FACTORS THAT EVIDENCE THE DISORDER

### A. 12.02   Organic Mental Disorders

☐ Psychological or behavioral abnormalities associated with a dysfunction of the brain...as evidenced by at least one of the following:

    1.  ☐   Disorientation to time and place

    2.  ☐   Memory impairment

    3.  ☐   Perceptual or thinking disturbances

    4.  ☐   Change in personality

    5.  ☐   Disturbance in mood

    6.  ☐   Emotional lability and impairment in impulse control

    7.  ☐   Loss of measured intellectual ability of at least 15 IQ points from premorbid levels or overall impairment index clearly within the severely impaired range on neuropsychological testing, e.g., the Luria-Nebraska, Halstead-Reitan, etc.

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of the impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

## C. 12.04  Affective Disorders

☒ Disturbance of mood, accompanied by a full or partial manic or depressive syndrome, as evidenced by at least one of the following:

    1. ☐ Depressive syndrome characterized by at least four of the following:

        a. ☐ Anhedonia or pervasive loss of interest in almost all activities, or

        b. ☐ Appetite disturbance with change in weight, or

        c. ☐ Sleep disturbance, or

        d. ☐ Psychomotor agitation or retardation, or

        e. ☐ Decreased energy, or

        f. ☐ Feelings of guilt or worthlessness, or

        g. ☐ Difficulty concentrating or thinking, or

        h. ☐ Thoughts of suicide, or

        i. ☐ Hallucinations, delusions or paranoid thinking

    2. ☐ Manic syndrome characterized by at least three of the following:

        a. ☐ Hyperactivity, or

        b. ☐ Pressures of speech, or

        c. ☐ Flight of ideas, or

        d. ☐ Inflated self-esteem, or

        e. ☐ Decreased need for sleep, or

        f. ☐ Easy distractibility, or

        g. ☐ Involvement in activities that have a high probability of painful consequences which are not recognized, or

        h. ☐ Hallucinations, delusions or paranoid thinking

    3. ☒ Bipolar syndrome with a history of episodic periods manifested by the full symptomatic picture of both manic and depressive syndromes (and currently characterized by either or both syndromes)

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

    Disorder _____

    Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment (explain in Part IV, Consultant's Notes, if necessary):

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

## D. 12.05  Mental Retardation

☐ Significantly subaverage general intellectual functioning with deficits in adaptive functioning initially manifested during the developmental period; i.e., the evidence demonstrates or supports onset of the impairment before age 22. with one of the following:

1. ☐ Mental incapacity evidenced by dependence upon others for personal needs (e.g., toileting, eating, dressing, or bathing) and inability to follow instructions such that the use of standardized measures of intellectual functioning is precluded*

2. ☐ A valid verbal, performance, or full scale IQ of 59 or less*

3. ☐ A valid verbal, performance, or full scale IQ of 60 through 70 and a physical or other mental impairment imposing an additional and significant work-related limitation of function*

4. ☐ A valid verbal, performance, or full scale IQ of 60 through 70*

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of the impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

*NOTE: Items 1, 2, 3, and 4 correspond to listings 12.05A, 12.05B, 12.05C, and 12.05D, respectively.

## E. 12.06   Anxiety-Related Disorders

☐ Anxiety as the predominant disturbance or anxiety experienced in the attempt to master symptoms, as evidenced by at least one of the following:

1. ☐ Generalized persistent anxiety accompanied by three of the following:

   a. ☐ Motor tension, or

   b. ☐ Autonomic hyperactivity, or

   c. ☐ Apprehensive expectation, or

   d. ☐ Vigilance and scanning

2. ☐ A persistent irrational fear of a specific object, activity or situation which results in a compelling desire to avoid the dreaded object, activity, or situation

3. ☐ Recurrent severe panic attacks manifested by a sudden unpredictable onset of intense apprehension, fear, terror, and sense of impending doom occurring on the average of at least once a week

4. ☐ Recurrent obsessions or compulsions which are a source of marked distress

5. ☐ Recurrent and intrusive recollections of a traumatic experience, which are a source of marked distress

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

## F.  12.07   Somatoform Disorders

☐ Physical symptoms for which there are no demonstrable organic findings or known physiological mechanisms, as evidenced by at least one of the following:

1.  ☐   A history of multiple physical symptoms of several years duration beginning before age 30, that have caused the individual to take medicine frequently, see a physician often and alter life patterns significantly

2.  ☐   Persistent nonorganic disturbance of one of the following:

   a.  ☐   Vision, or

   b.  ☐   Speech, or

   c.  ☐   Hearing, or

   d.  ☐   Use of a limb, or

   e.  ☐   Movement and its control (e.g., coordination disturbances, psychogenic seizures, akinesia, dyskinesia), or

   f.  ☐   Sensation (e.g., diminished or heightened)

3.  ☐   Unrealistic interpretation of physical signs or sensations associated with the preoccupation or belief that one has a serious disease or injury

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

## G. 12.08   Personality Disorders

[ ]   Inflexible and maladaptive personality traits which cause either significant impairment in social or occupational functioning or subjective distress, as evidenced by at least one of the following:

1.   [ ]   Seclusiveness or autistic thinking

2.   [ ]   Pathologically inappropriate suspiciousness or hostility

3.   [ ]   Oddities of thought, perception, speech and behavior

4.   [ ]   Persistent disturbances of mood or affect

5.   [ ]   Pathological dependence, passivity, or aggressivity

6.   [ ]   Intense and unstable interpersonal relationships and impulsive and damaging behavior

[ ]   A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

[ ]   Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

## H. 12.09   Substance Addiction Disorders

☒ Behavioral changes or physical changes associated with the regular use of substances that affect the central nervous system.

If present, evaluate under one or more of the most closely applicable listings:

| | | |
|---|---|---|
| 1. | ☐ | Listing 12.02—Organic mental disorders* |
| 2. | ☒ | Listing 12.04—Affective disorders* |
| 3. | ☐ | Listing 12.06—Anxiety-related disorders* |
| 4. | ☐ | Listing 12.08—Personality disorders* |
| 5. | ☐ | Listing 11.14—Peripheral neuropathies* |
| 6. | ☐ | Listing 5.05—Liver damage* |
| 7. | ☐ | Listing 5.04—Gastritis* |
| 8. | ☐ | Listing 5.08—Pancreatitis* |
| 9. | ☐ | Listing 11.02 or 11.03—Seizures* |

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

Disorder _____

Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:  .

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

*NOTE: Items 1, 2, 3, 4, 5, 6, 7, 8, and 9 correspond to listings 12.09A, 12.09B, 12.09C, 12.09D, 12.09E, 12.09F, 12.09G, 12.09H, and 12.09I, respectively. If items 1, 2, 3, or 4 are checked, only the numbered items in subsections IIA, IIC, IIE, or IIG of the form need be checked. The first block under the disorder heading in those subsections should not be checked, unless the evidence substantiates the presence of the disorder separate from the substance addiction disorder.

**I.   12.10   Autistic Disorder and Other Pervasive Development Disorders**

☐ Qualitative deficits in the development of reciprocal social interaction, in the development of verbal and nonverbal communication skills, and in imaginative activity. Often there is a markedly restricted repertoire of activities and interests, which frequently are stereotyped and repetitive.

    1.   ☐   Autistic disorder, with medically documented findings of all of the following:

          a.   ☐   Qualitative deficits in reciprocal social interaction

          b.   ☐   Qualitative deficits in verbal and nonverbal communication and in imaginative activity

          c.   ☐   Markedly restricted repertoire of activities and interests

    2.   ☐   Other pervasive developmental disorders, with medically documented findings of both of the following:

          a.   ☐   Qualitative deficits in reciprocal social interaction

          b.   ☐   Qualitative deficits in verbal and nonverbal communication and in imaginative activity

☐ A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above.

    Disorder   _____

    Pertinent symptoms, signs, and laboratory findings that substantiate the presence of this impairment:

☐ Insufficient evidence to substantiate the presence of the disorder (explain in Part IV, Consultant's Notes).

**III.** | **RATING OF FUNCTIONAL LIMITATIONS**

### A. "B" Criteria of the Listings

Indicate to what degree the following functional limitations (which are found in paragraph B of listings 12.02-12.04, 12.06-12.08 and 12.10 and paragraph D of 12.05) exist as a result of the individual's mental disorder(s).

NOTE:   Item 4 below is more than a measure of frequency and duration. See 12.00C4 and also read carefully the instructions for this section.

Specify the listing(s) (i.e., 12.02 through 12.10) under which the items below are being rated   **12.04, 12.09**

| FUNCTIONAL LIMITATION | DEGREE OF LIMITATION | | | | | |
|---|---|---|---|---|---|---|

| | None | Mild | Moderate | Marked* | Extreme* | Insufficient Evidence |
|---|---|---|---|---|---|---|
| 1. Restriction of Activities of Daily Living | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Difficulties in Maintaining Social Functioning | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3. Difficulties in Maintaining Concentration, Persistence, or Pace | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| | None | One or Two | Three* | Four or More* | Insufficient Evidence |
|---|---|---|---|---|---|
| 4. Repeated Episodes of Decompensation, Each of Extended Duration | ☒ | ☐ | ☐ | ☐ | ☐ |

*Degree of limitation that satisfies the functional criterion.

002739

Form SSA-2506-BK (9-2000)                                         (11)

## B.  "C" Criteria of the Listings

1.  Complete this section if 12.02 (Organic Mental), 12.03 (Schizophrenic, etc.), or 12.04 (Affective) applies <u>and</u> the requirements in paragraph B of the appropriate listing are not satisfied.

NOTE:  Item 1 below is more than a measure of frequency and duration. See 12.00C4 and also read carefully the instructions for this section.

☐ Medically documented history of a chronic organic mental (12.02), schizophrenic, etc. (12.03), or affective (12.04) disorder of at least 2 years' duration that has caused more than a minimal limitation of ability to do any basic work activity, with symptoms or signs currently attenuated by medication or psychosocial support, and one of the following:

    1.  ☐  Repeated episodes of decompensation, each of extended duration

    2.  ☐  A residual disease process that has resulted in such marginal adjustment that even a minimal increase in mental demands or change in the environment would be predicted to cause the individual to decompensate

    3.  ☐  Current history of 1 or more years' inability to function outside a highly supportive living arrangement with an indication of continued need for such an arrangement

☒ Evidence does not establish the presence of the "C" criteria

☐ Insufficient evidence to establish the presence of the "C" criteria (explain in Part IV, Consultant's Notes).

---

2.  Complete this section if 12.06 (Anxiety-Related) applies <u>and</u> the requirements in paragraph B of listing 12.06 are not satisfied.

☐ **Complete** inability to function independently outside the area of one's home

☐ Evidence does not establish the presence of the "C" criteria

☐ Insufficient evidence to establish the presence of the "C" criteria (explain in Part IV, Consultant's Notes).

002740

**IV.** **CONSULTANT'S NOTES**

Section 223 and section 1633 of the Social Security Act authorize the information requested on this form. The information provided will be used in making a decision on this claim. Completion of this form is mandatory in disability claims involving mental impairments. Failure to complete this form may result in a delay in processing the claim. Information furnished on this form may be disclosed by the Social Security Administration to another person or governmental agency only with respect to Social Security programs and to comply with federal laws requiring the exchange of information between Social Security and another agency.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information about you may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

PAPERWORK REDUCTION ACT STATEMENT: **The Paperwork Reduction Act of 1995** requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number. We estimate that it will take you about 15 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form.

JAMES M HALL
1830722/KLL391/6A



### FUNCTION REPORT - ADULT

*How your illnesses, injuries, or conditions (INCLUDING YOUR SYMPTOMS) limit your
activities*

### SECTION A - INFORMATION ABOUT THE DISABLED PERSON

1. **NAME** *(First, Middle Initial, Last)*   2.   **SOCIAL SECURITY NUMBER**

   James Middeal Hall   ███████████████

3. **DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached,
   please give us a daytime number where we can leave a message for you.)*

   Check if this is:  ✓ Your Number
                      ✓ Message Number
                      ___ None

   419        691-2006
   _____    _____
   Area Code  Phone Number

4. **Person Completing Form** *(If other than disabled person.)*

   _____    _____
            Name                                  Relationship

   _____    _____    _____
        Date              Area Code       Daytime Phone Number

5. Give the name of a **friend or relative** that we can contact (other than your doctors)
   **who knows about your illnesses, injuries, or conditions** and can help you with your
   claim.




   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        City        State          Zip   Area Code   Daytime Phone Number

6. Where do you live? *(Check one.)*

   ___ House        ___ Apartment    ✓ Boarding House   ___ Nursing Home
   ___ Shelter      ___ Group Home   ___ Other *(What?)* _____

7. With whom do you live? *(Check one.)*

   ___ Alone      ___ With Family   ✓ With Friends
   ___ Other *(Describe their relationship to you.)* _____

   _____

   _____

002742

JAMES M HALL
1830722/KLL391/6A

## SECTION B - INFORMATION ABOUT YOUR DAILY ACTIVITIES

8. *Describe what you do from the time you wake up until you go to bed.*

I clean and fix anything in the House I live in that I can. in exchange for room and board.

Has there been any change in the way that you do the above activities or tasks since your illness (need to take a rest, takes longer, etc.) ____ Yes ____ NO If YES, how has it changed?

Yes, I'm unable to hold a job so I am a stay at home mom.

9. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other? ✓ Yes ____ No If YES, for whom do you care, and what do you do for them?

a girlfriend and her son. I clean and fix up the house the best I can.

10. Do you take care of pets or other animals? ✓ Yes ____ No If YES, what do you do for them?

2 Dogs. I feed and let out to go to the Bathroom.

11. Does anyone help you care for these people or animals? ____ Yes ✓ No If YES, who helps you, and what do they help you do?

12. What were you able to do before your illnesses, injuries, or conditions that you CANNOT do now?

13. Do your illnesses, injuries, or conditions affect your sleep? ✓ Yes ____ No If YES, how?

I am an insomniac

002743

JAMES M HALL
1830722/KLL391/6A

14. **PERSONAL CARE** (Check here ✓ if **NO PROBLEM** with personal care.)

    a. Explain how your illnesses, injuries, or condition affect your ability to:

      Dress

      ..........................................................................

      Bathe

      ..........................................................................

      Care for hair

      ..........................................................................

      Shave

      ..........................................................................

      Feed yourself

      ..........................................................................

      Use the toilet

      ..........................................................................

      Other?

      ..........................................................................

    b. Do you need any special help or reminders to take care of your personal needs and grooming?_____ Yes ✓ No If **YES**, what type of help or reminders do you need?

15. Do you need help or reminders taking medicine? _____ Yes ✓ No
If **YES**, what kind of help do you need?

16. **MEALS**

    a. If you fix or prepare your own food or meals, what kind do you prepare?

      what ever food there is.

      How often do you prepare food or meals? *(For example, daily, weekly, monthly.)*

      once a day

      How long does it take you? 25 min.

    b. If you **do not** prepare your own food or meals, explain why not.

      Who prepares your food or meals? I do

    c. Describe any changes in your cooking or eating habits since your illnesses, injuries, or conditions began.

      I have no money now so I can only eat what I can afford and that isn't much.

002744

JAMES M HALL
1830722/KLL391/6A

17. **HOUSE AND YARD WORK**

   a. List household chores, both indoors and outdoors, that you are able to do. *(For example, cleaning, laundry, household repairs, ironing, mowing, etc.)*

   Cleaning, laundry and Household repairs.

   b. **How much time** does it take you, and **how often** do you do each of these things?

   I clean daily and fix things I can.

   c. Do you need help doing these things? ____ Yes ✓ No If **YES**, what help do you need?

   d. If you **don't do house or yard work**, explain why not:

18. **GETTING AROUND**

   a. How often do you go outside? not often

   If you **don't go out at all**, explain why not:
   I have no car and I can't stand the public anymore.

   b. When you go out, **how** do you travel?     *(Check all that apply.)*

   ✓ Walk     ____ Drive a car     ____ Ride in a car     ____ Ride a bicycle

   ____ Use public transportation          ____ Other *(Explain)*:

   c. When you go out, can you go alone? ✓ Yes ____ No
   If **NO**, explain why you can't go out alone:

   d. Do you have a driver's license? ____ Yes ✓ No
   If **YES**, do you drive? ____ Yes ✓ No If you **don't drive**, explain why not:

19. **SHOPPING**

   a. If you do any shopping, do you shop:     *(Check all that apply.)*

   ✓ In stores     ____ By phone     ____ By mail     ____ By computer

   b. Describe **what** you shop for:

   food

   c. **How often** do you shop and **how long** does it take you?

   30 mins/2 a month.

   d. Does anyone help you shop? ✓ Yes ____ No
   If **YES**, explain who helps you shop and why:
   girlfriend

002745

JAMES M HALL
1830722/KLL391/6A

20. **MONEY**

   a.  Are you able to:  Pay bills          \_\_\_ Yes  ✓ No

                       Count change        ✓ Yes  \_\_\_ No

                       Handle a savings account   \_\_\_ Yes  ✓ No

                       Use a checkbook/money orders  \_\_\_ Yes  ✓ No

      Explain all "NO" answers:

      _I don't have any money so I don't deal with any_

   b.  Has your ability to handle your money changed since your illnesses, injuries, or conditions began?  ✓ Yes   \_\_\_ No

      If **YES**, explain how your ability to handle money has changed.

      _I don't have any._

21. **HOBBIES AND INTERESTS**

   a.  What are your hobbies and interests? *(Example: reading, watching TV, sewing, playing sports, etc.)*  _Reading_

   b.  How **often** do you do these things?

      _as often as I can.... its my only escape._

   c.  How **much time** do you spend doing these things?

      _as often as I can._

   d.  **Describe any changes** in these activities since your illnesses, injuries, or conditions began:  _I used to have a life out in the world._

22. **SOCIAL ACTIVITIES**

   a.  Do you spend time with others? *(In person, on the phone, on the computer, etc.)*

      \_\_\_ Yes  ✓ No  If **YES**, describe the kinds of things you do with others:

      How often do you do these things? _I don't like people so I don't deal with them at all._

   b.  List the places you go on a regular basis. *(For example, church, community center, sports events, social groups, etc.)*

      How often do you go?  _Never._

   c.  Do you have any problems getting along with family, friends, neighbors, or others?

      ✓ Yes  \_\_\_ No     If YES, explain:

      _my girlfriend and her son are the only people I deal with._

   d.  **Describe** any changes in your social activities since your illnesses, injuries, or conditions began:

      _I used to have friends and meet new people .... Now I can't stand people and never really leave the house_

                                                                        002746

JAMES M HALL
1830722/KLL391/6A

## SECTION C - INFORMATION ABOUT YOUR ABILITIES

23.  Explain how your illnesses, injuries, or conditions affects any of the following:

| | | | |
|---|---|---|---|
| Lifting | Standing | Walking | Sitting |
| Climbing Stairs | Kneeling | Squatting | Reaching |
| Using hands | Seeing | Hearing | Talking |

N/A

_____

_____

Are you ___✓___ right-handed? _____ left-handed?

24.  Do you use any of the following? *(Check all that apply.)*
_____ Crutches          _____ Cane                _____ Hearing Aid
_____ Walker            _____ Brace/Splint        _____ Glasses/Contact Lenses
_____ Wheelchair        _____ Artificial Limb     _____ Artificial Voice Box
_____ Other (Explain):

   NO

Which of these were **prescribed by a doctor**?

   N/A

What is the doctor's name? Dr. LaForest  for my medication
When do you need these aids? *(For example, walking long distances, walking on rough ground, etc.)*

   N/A

_____

25.  How **far** can you walk before you have to stop and rest?

   N/A

How long do you rest before you can continue walking? N/A

26.  Do you have problems paying attention? _____ Yes __✓__ No     If **YES**, explain:

_____

_____

_____

27.  Can you finish what you start? (For example, chores, reading, etc.)
   __✓__ Yes _____ No  If **NO**, explain:

_____

002747

**JAMES M HALL**
1830722/KLL391/6A

28. Can you follow **spoken** instructions?  ✓ Yes _____ No
    Can you follow **written** instructions?  ✓ Yes _____ No
    Explain "**NO**" answers:

    _____

    _____

29. Have you had any problems getting along with bosses, teachers, police, landlords, or other people in authority? ✓ Yes _____ No  If YES, explain:

    I hate people now and don't deal with them for any reason
    Because I get the overwhelming urge to hurt them.

30. Have you ever lost a job because of problems, getting along with people?
    ✓ Yes _____ No     If **YES**, explain:

    Every job I have ever had almost

    _____

31. How do stress or changes in schedule affect you?
    Makes me angry.

    _____

32. Do you have trouble remembering things?  ✓ Yes _____ No  If **YES**, explain:

    Its part of my disease ... I have always had memory problems

    How is your memory for things that took place in the past few days/hours?
    OK
    If you think that you have memory problems, how often do they happen?
    Frequently
    What do you do to help yourself remember?
    Think long and hard. But it doesn't always help

JAMES M HALL
1830722/KLL391/6A

### SECTION D - REMARKS

Use this section for any **added information** you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), **be sure to go to the end of the form and complete the signature block.**

*I need some help and can't continue to go on like this with no money, no hope or any help.*

*Thank you.*

Si _____          orm _____          Date *(month, day, year)*   4/9/04

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses:

1. Signature of **Witness** _____          2. Signature of **Witness** _____

Address*(Number and street)* _____          Address *(Number and street)* _____

*City, State, and Zip* _____          *City, State, and Zip* _____

002749



**DOCTOR'S ORDERS**

002750

**Ward**

Run address-o-graph machine over patient's name plate only



7/2/11
425-8994

| Allergies | | | |
|---|---|---|---|
| **Date** | **Time** | **Date** | **Time** |
| 7-17-02 | | | |
| Seroquel 50mg Bid | | | |
| Celexa 20mg Am | | | |
| trazodone 100mg his | | | |
| **MD Signature** | | **Date** | **Time** |
| **RN Signature** | | | |

**DOCTOR'S ORDERS**

002751

Ward

Date

Time

MD Signature

RN Signature

Date

Time

**DOCTOR'S ORDERS**

002752



**DOCTOR'S ORDERS**

| Ward | | Date | Time | MD Signature / RN Signature | Date | Time |
|---|---|---|---|---|---|---|

NC

Hall
4/25-594

(GA)

↓ Neurontin 300 mg P.O. bid

Erlexa 40~7 p.... bid

trazadone 100 ~ 7 p.... hs

K'zpheol 2~ bid

12~   1   PL

002754

**DOCTOR'S ORDERS**



DOCTOR'S ORDERS

002755



**DOCTOR'S ORDERS**

Ward

Allergies

Date 6-5-02   Time 1540

1 Novonti 800 mg po

neon cal bid.

Celizg 400 mg po neon

(Ivapodero 150 g po bid

MD Signature

RN Signature

Date 6/5/02   Time 1140

Run addressograph machine over patient's name plate only

002756

Ward

Haff
425-894

(5A)

D/c Gooden

| Date | Time | | | | | | | | | Date | Time |
|------|------|--|--|--|--|--|--|--|--|------|------|

Risperdal. 1 mg pi hoc—
2 mg pi hs

MD Signature

RN signature

**DOCTOR'S ORDERS**

002757



**DOCTOR'S ORDERS**

002758

DOCTOR'S ORDERS

| Date | | Time | Time |
|------|---|------|------|
| 3 | Colace 40 mg Tid noon | | |
| 9 | Trazodone 100 T.i.d. | | |
| | MD Signature | Date | Time |
| | RN Signature | Date | Time |

002759

DOCTOR'S ORDERS

③

| Date | | | Time | | Time |

MD Signature

RN Signature

NK"

425-894  (8A)

7/1/02

3:20p

Ward  Thos M Chumard

002760

# IDENTIFICATION SHEET

**Name :** JAMES HALL.

**: A425894.00**



**Image Capture Site :** LIMA CORRECTIONAL INSTITUTION

**Flyer Printed at** Lima Correctional Institution

**Cnty/Indictment :** Wood

**Charge .** NON-SUPPORT

**Sentence :** 0.92 TERM

**Home Address .** HOMELESS

**City :** TOLEDO                     **State .** OH

**SS#**

**DESCRIPTION—Race :**  White        **DOB**

**Weight : 240**                    **Hair : Black**        **Height : 5-11**

                                                 **Eyes · Green**

**SCARS AND MARKS ·** TT;BACK,SHOULDERS,LRING FING/SC;HIPS,HANDS

**ALSO KNOWN AS (AKA's) :** 0

ATTOOS: RT. BI—TWO TRIBAL PIECES: LT. BI—"S.S."; LT. WEDDING FINGER _
RING: BACK—TRIBAL HEART   LT. HAND—TWO 6" SCARS: LT. KNEE—TWO 10" _
SCARS





002761



## Mental Health Services

**TO:** _Officer Goody_

**FROM:** _Stoeger T.D.R.M_

**–DATE:** _7-26-02_

**SUBJECT:** Excuse from work/school

Please excuse inmate _Hall_ (name)   # _425-894_ (number)

from _S/S_ (job/class)   from _7-26-02_ (date)

thru _7-29-02_ (date)

_C/c St. McClan_

cc·   Unit File
      Inmate
      Work Supervisor/Teacher
      Mental Health File

002762

DATE: _7-26-02_

TO: _S/S  Lt. McClure_

FROM: PSYCHIATRIC SERVICES NURSING STAFF

SUBJECT: MEDICATION THAT MAY CAUSE DROWSINESS

_Hall  425 - 894_ has been prescribed a
(INMATE NAME AND NUMBER)

a medication that may cause drowsiness.  This may effect his job

performance, his ability to awaken easily, his ability to concentrate,

and other daily routines. _He takes meds at bedtime that make him sleepy._

If you have any questions regarding this matter, please call the

undersigned.

_Harder_
R.N. SIGNATURE

Ext. ~~339~~ _2610_

_Jannell._
_S/S_

002763

# Mental Health Assessment R.I.B. II

| Inmate Name | Hall | Inst. Number | 425-894 |
|---|---|---|---|

**Is the inmate currently on a mental health case load?**   ☒ Yes   ☐ No

## TO THE HEARING OFFICER

You must refer the inmate to Mental Health Services if he appears unable to understand what he is charged with, what might happen to him or actively participate in an RIB hearing

Does the inmate know where he is? *YES*   What date it is? *YES*   Why he is seeing a hearing officer? *YES*
Is he appropriately dressed? *YES*   Is he able to speak coherently? *YES*   Make sense? *YES*
Are the inmate's statements logical and organized, or bizarre? *YES*   Does inmate avoid eye contact? *NO*

Should the inmate be referred for Mental Health Services evaluation?   ☒ Yes   ☐ No

| Hearing Officer | _(signature)_ | Date | 5/30/02 |
|---|---|---|---|

## TO BE COMPLETED BY MENTAL HEALTH TREATMENT TEAM

| Date request for consult received | 6-03-02 | Date consult returned | 6-03-02 |
|---|---|---|---|

1  **Is the inmate competent to participate in the hearing?**   ☒ Yes   ☐ No
   If NO, why is the inmate not competent?   6 4 02   R. Pennell   St. Norbeck

   If NO, what treatment is contemplated to assist the inmate in becoming competent?

2  624  S 211-1   Hall   425-894   G   1,14
   **Are there mental health issues that may have impacted the inmate's behavior at the time of the charge?**   ☐ Yes   ☒ No
   If YES, briefly describe those issues

3  **Are there mental health issues that should be considered regarding disposition of the inmate if found guilty?**   ☐ Yes   ☒ No
   If YES, briefly describe those issues and their possible relation to the disposition

4  **Does mental health staff want to be present at the RIB hearing to provide input regarding the inmate's mental health status?**   ☐ Yes   ☒ No

| Member of Treatment Team | _(signature)_ | Date | 6-03-02 |
|---|---|---|---|

## TO BE COMPLETED BY RULES INFRACTION BOARD

1  **Does the inmate appear to be competent to participate in the hearing?**   ☒ Yes   ☐ No

2  **Has the Rules Infraction Board considered the recommendation of the treatment team?**   ☒ Yes   ☐ No

3  **Does the panel believe the incident occurred as charged?**   ☒ Yes   ☐ No

| Chairman, RIB | St. Norbeck | Date | 6-4-02 |
|---|---|---|---|

## FOR MENTAL HEALTH RECORDS

| | | |
|---|---|---|
| Inmate competent to participate in hearing | ☐ Yes | ☐ No |
| Mental Health recommended disposition | ☐ Yes | ☐ No |
| RIB concurred with Mental Health recommendations | ☐ Yes | ☐ No |

DRC 2530 (Rev 4/99)   Distribution  White - Rib File  Canary - Mental Health File   ACA 4218, 4221, 4222, 4224, 4227, 4229, 4230, 4231

002764



# HOT WEATHER PRECAUTIONS

If you are taking prescribed psychotropic medications such as Haldol, Prozac, Sinequan, Desyrel, Elavil, Trilafon and/or other anti-anxiety or anti-depressant agents, you need to be aware that these medications can affect the way in which your body responds to changes in temperature.  We urge you to be careful on days when the weather is hot and humid.

**KEEP YOUR BODY COOL:**
1. Limit your exercise indoors and outside.
2. Avoid prolonged stays in the sun.
3. Drink more cool water more often.
4. Shower with cool water.
5. Use cool water splashes between showers.
6. Wear a hat outside when you are in the sun

These medications may also make you more sensitive to sunburn and a form of rash caused by sun.
**Seek medical attention immediately if you develop signs of overheating!!!
These signs are:**

| | |
|---|---|
| HEADACHE | NAUSEA |
| DIZZINESS | DROWSINESS |
| HOT, FLUSHED, DRY SKIN | UNABLE TO SWEAT |

If you are taking **LITHIUM**, you should drink more cool water on hot and humid days.  Increased sweating can cause your lithium blood level to become more concentrated.
**Seek medical attention if you develop any of these:**

| | |
|---|---|
| DIARRHEA | MUSCULAR WEAKNESS |
| VOMITING | DECREASED COORDINATION |
| DROWSINESS | |

The information on this form has been explained to me and I have received a copy of this information for my future reference.

_(signature)_

Inmate name & number                    Date  5-13-02

_(signature)_

Psych/MR Nurse                            Date 5/13/02

002765

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan and response to treatment  Sign and title all notes | Dept or Discipline |
|---|---|---|
| 8-12-02 1pm | *Review for Dr Kew.* ———— *Hara* | |
| 8-12-02 1pm | *Med Compl. Note .* | |

425894, HALL -  Average medication compliance for JULY,2002
was 100%  Detailed compliance was as follows        DESYREL
100%
Except as charted, no side effects reported or noted

*Hardin*  Psychiatric Nurse

425894, HALL 1/02 -  Average medication compliance for
JULY,2002 was 89%  Detailed compliance was as follows
RISPERDOL 100%   CELEXA 68%  NEURONTIN 100%
Except as charted, no side effects reported or noted

*Hardin*  Psychiatric Nurse

DMH-MedR-1007

002766

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan and response to treatment  Sign and title all notes | Dept or Discipline |
|---|---|---|
| 7-26-02 2:30 p.m. | Psychiatry Note.<br><br>S. ↑ medication worked well, feeling calmer and not flighty. Working at S. and S. 3rd shift. Night time medication causes somnolence, making hard to concentrate with night time work assignment.<br><br>O. Fairly stable mood. Cooperative. Medication Compliant.<br><br>A. Bipolar I/O, in stable mood.<br><br>P. Continue Neurontin 800 mg BID Risperdal 1 mg — 3 mg. Celexa 30 mg q d Trazodone 100 mg hs.<br><br>RV 6 wks.          ___ M.D. | |

Hall
425-894

M/S

LCI

(continue on reverse side)

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan and response to treatment  Sign and title all notes | Dept or Discipline |
|---|---|---|

7-9-02 10Am.   Med Consl. Notes

425894, HALL          11/02 - Average medication compliance for JUNE,2002 was 90%  Detailed compliance was as follows  RISPERDOL 75%  CELEXA 97% NEURONTIN 98%

Except as charted, no side effects reported or noted

_____ Psychiatric Nurse

425894, HALL -  Average medication compliance for JUNE,2002 was 100%  Detailed compliance was as follows         DESYREL 100%

Except as charted, no side effects reported or noted

_____ Psychiatric Nurse

**Date:** 7/15/02     **Inmate:** Hall     **Number:** 425-894
**Time:** 9:30 am               **MH Note Type:** mhl note

S:Inmate reports that he will be taking the GED test soon  He works in S&S dept  which he hates  He wants a job that he works a set hour so he can sleep properly  He states that medication still makes him very drowsy  Inmate leaves next month and has no plans as to where he will live
O:Inmate appears average in groom  Thoughts  coherent and linear  His speech was clear and normal in tone  Mood  euthymic  Affect  expressive.  File review indicates 90% medication compliance last month  Discussed processes of being released
A:Inmate appears alert, fully orientated  No sign of hallucinations or delusions at this time   Good judgement  Stable at this time
P:Continue to monitor monthly through mhl sessions

_____
**Rodney Stinson BSW, SWII**

DMH-MedR-1007

002768

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan and response to treatment   Sign and title all notes | Dept or Discipline |
|---|---|---|
| 6-28-02 9:15 am | Psychiatry Note. | |
| | S,   Inmate does better c̄ Risperdal on, sleeps better, better anger control, He has not been used. Compliant c̄ noon dose. | |
| | O,   More stable and animated look. | |
| | A.   Bipolar D/o, stable mood | |
| | P.   Cont. ↓ Neurontin 800 mg hs ↓ Risperdal 3 mg hs Celexa 30 mg q̄d Trazodone 100 mg hs. RTC 1 month | |
| 7-1-02 | Psychiatry Note. Inmate stopped by unscheduled, reporting his anxiety level "shot up" since ↓ Neurontin, that he still can't sleep well. Cont. Neurontin 800 mg bid Risperdal 1 mg - 3 mg. Celexa 30 mg q̄d. Trazodone 100 mg hs. RTC 4 wks | |
| | Hall 425 - 894 | |

(continue on reverse side)

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan and response to treatment  Sign and title all notes | Dept or Discipline |
|---|---|---|

Late Entry

**Date: 6/7/02**   ████ Hall   **Number:** 425-894

**Time: 9:30 am**   **MH Note Type: mhl note**

**S:** Inmate reports that he was in segregation for a week after a verbal altercation with Sgt Galo  Inmate states that he is fine with his medication, but that week, his meds were altered due to a typographical and the dose was significantly reduced  He admits being very difficult without the proper medication  Mr Hall states that he has fallen out of his top bunk twice this week and hitting his face on the floor  He admits hurting his arm face and chipping a tooth  Inmate very stressed and fears he will harm himself more if he falls on the other side due his bunkie's locker box  Mr Hall is preparing to take the GED test

**O:** Inmate appears average in groom  Thoughts coherent and linear  His speech was rapid and loud in tone  ~~Hyperactive~~ Unimpaired abstract thought  Mood anxious. Affect  Congruent. Contacted Gama Unit Manager - Mr Burton about the bed situation. He stated that he would follow up on the matter

**A:** Inmate appears alert, fully orientated  No sign of S/H ideations  Some signs of depression, anxiety, and adjustment difficulties

**P:** Continue to monitor monthly through mhl visits  Follow up with bed situation

**Rodney Stinson BSW, SWII**

Hall

425-89$4.

MHS

LPI

(continue on reverse side)

DMH-0008   Rev. 7/82

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan and response to treatment  Sign and title all notes | Dept or Discipline |
|---|---|---|
| | | |



DMH-MedR-1007

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan and response to treatment  Sign and title all notes | Dept or Discipline |
|---|---|---|
| 6-5-02 | (cont.) | |
| | A. Bipolar d/o, in marginal control with agitated and dysphoric mood. | |
| | A) ↑ Neurontin 800 y B.I.P. | |
| | D/C Geodon | |
| | Risperdal 1 mg - 3 mg | |
| | Celexa 30 y id | |
| | Trazodone 100 mg hs. | |
| | RTC 1 month | |
| | [signature] | |
| 6-19-02 8AM | Med Compl. Note: | |

425894, HALL - Average medication compliance for MAY,2002 was 81% Detailed compliance was as follows      DESYREL 81%

Except as charted, no side effects reported or noted

[signature] _Psychiatric Nurse

Wt. 228

425894, HALL - Average medication compliance for MAY,2002 was 94% Detailed compliance was as follows    GEODON 100% CELEXA 94% NEURONTIN 88%

Except as charted, no side effects reported or noted

[signature] _Psychiatric Nurse

To Room Risperdal making him dizzy/woozy. Has been refusing it, will see Dr. Kim again. [signature]

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan and response to treatment  Sign and title all notes | Dept or Discipline |
|---|---|---|

**Date:** 5/17/02      ▓▓▓▓ Hall      **Number:** 425-894

**Time:** 8:30 am      **MH Note Type:** Treatment Team Review

**Present:**    **Psychiatrist:** Dr. Kim
            **MHL:**    Mr. Stinson SWII
            **Psych. RN:**   Nurse Ford

Treatment Team meeting was scheduled   Tx Plan reviewed and signed

Rodney Stinson BSW, SWII

5/28 Laboratory results received by CBC SMAC-20 and 12 pm TFT ordered by Dr. Kim on 5/13/02. Ford RN

6-5-02   Psychiatry Note
10:15 am
   S: Inmate stopped by unscheduled, complaining of restless mood, difficulty controling anger and poor concentration. Inmate asked for medication adjustment, Inmate appears in emotional distress and agitated, pt. talked fast in pressured speech.
               (cont)

(continue on reverse side)

Hall   425-894   LCZ/MHS

DNH-MeM-1007

5-13-02    MH Pt. Update Note Dictated.
9:45 am

        (imp)    Bipolar D/O, mixed.


        plan)   Neurontin. 900 mg B.I.D
                Celexa 30 mg q d
                Trazodone 100 mg hs.
                Geodon 20 mg B.I.D. — Take
                        40 mg B.I.D
                        ga.

                . C B C
                3 m/c-20
                T4 TSH.
                Rtc 4 wks
                            Gangl H Kim MD

5-13-02 10am.   Hot weather. Compled.
        wt. 232  BP. 148/70.  Meds Compiled  A. Hall

---

**Date:** 5/14/02        **Inmate: Hall**        **Number:** 425-894
**Time:** 8:00 am                    **MH Note Type:  Initial mhl note**

S: Inmate reports that he receives his medication  He was nervous about changing medications from what he was prescribed in the community.  Inmate feels he is adjusting well to the institution  He worries about being homeless when he is released in August

O: Inmate is a 28 year old, white male, from Toledo, serving time for nonsupport  This is his first time in prison  He received mh treatment from the Zeph Center in Toledo  Inmate appeared well groomed, speech clear, normal in tone  Diagnosed with Bipolar Disorder  Detailed MH Screening and Mh Orientation completed and signed  Discussed treatment plan goals and objectives

A: Inmate appears alert, 0x4, pleasant mood and broad affect  No sign of SI/HI or psychotic features noted  He showed good insight on his illness  Cooperative  Inmate stable at this time

P: Complete tx plan  Schedule for treatment team meeting

                            Rodney Stinson
                            **Rodney Stinson BSW, SWII**

002774

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan and response to treatment. Sign and title all notes | Dept. or Discipline |
|---|---|---|
| 4-4-02 | Detailed M.H. Screen. On psych. meds. psych. ref. for meds. _Review your PA_ Kenneth Lloyd, PsyD Psychology Supervisor | 4 |
| 4-17-02 | ; D-4; 10:25. Dx-ed. I. Bipolar, Unspecified w. hist. of psych. features, hist. of marij. ab., II-0, III-0; IV well-intended; V-74. Seroquel 50mg bid, Neurontin 900 mg bid, Celexa 20 mg hs, trazodone 100 mg HS Ret. 30 d. _Rise_ | ψ |
| 4/29/02 8:30 am | Program screening - OP MH Tx Team<br>S) He reports that his medications are just perfect but added that it took a long time to get there. He repeatedly was diagnosed w/ Schizophrenia as a child but now is diagnosed and treated for Bipolar Disorder.<br>O) Calm but intense. Mood stable with medications effect w/o humors, very serious. States he responded well to the other groups he participated in and is still interested in groups<br>A) Appears to be a good candidate for the Mood Stabilization group. Dx Bipolar Dis ____<br>P) Referred to the Mood Stabilization group. Pt. to F/U.<br>_Jeanne Grossman, PA II_<br>Kenneth Lloyd, PsyD Psychology Supervisor | |

Hall
425-894

(continue on reverse side)

INTERDISCIPLINARY PROGRESS NOTES

DMH-MedR-1007

LCI
5/8

**INTERDISCIPLINARY PROGRESS NOTES**

RECEIVED

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan in response to treatment. Sign and title all notes | Discipline |
|---|---|---|

JUL 18 2002

## MEDICATION COMPLIANCE

**Reporting Period** 4-01 to 4-30-02

NUMBER 425-894 NAME Hall

MENTAL HEALTH SERVICES

| | | |
|---|---|---|
| trazadone | 100 % | % |
| Celexa | 100 % | % |
| Seroquel | 100 % | % |
| Neurontin | 100 % | % |
| | % | % |

D Marser RN          5-07-02
Signature              Date

Hall
425-894

(continue on reverse side)

**INTERDISCIPLINARY PROGRESS NOTES**

DMH-0003   Rev 7/82                                    DMH-MedR-1007 (2)

002776

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan and response to treatment   Sign and title all notes | Dept or Discipline |
|---|---|---|
| | | |

DMH-MedR-1007

**Corrections Medical Center Laboratory**
**1990 Harmon Ave; Columbus, OH  43223**
**Dr Martin Akusoba, CMC Medical Director**
**Dr. Michael Maymind, MD Director**

Date Logged  5/21/2002
Date of Collection  5/21/2002
Time of Collection
Report Date  5/22/2002

Facility ███████████████, P O BOX 4571, LIMA , OH
Name: HALL , JAMES     DOB: ███████     Ordering Doctor:
███████ #: A425894     Order Type: Medical     Request Type:     Sex: M
Sample Identification #: 01814371

| Test Name | Result | Code | Units | M Low | - | M High | Normals |
|-----------|--------|------|-------|-------|---|--------|---------|
| **Service Group  CHEMISTRY** | | | | | | | |
| A/G | 17 | | RATIO | 11 | - | 19 | |
| ALBUMIN | 47 | | G/DL | 42 | - | 55 | |
| ALK PHOS | 92 | | IU/L | 53 | - | 128 | |
| ALT-ACTIVATED | 18 | | IU/L | 10 | - | 35 | |
| AST-ACTIVATED | 14 | LOW | IU/L | 15 | - | 40 | |
| HCO3 | 31 | | MEQ/l | 22 | - | 33 | |
| T BILIRUBIN | 05 | | MG/DL | 02 | - | 12 | |
| BUN/CREATININE | 127 | | RATIO | 120 | - | 200 | |
| CALCIUM | 97 | | MG/DL | 84 | - | 102 | |
| CHLORIDE | 104 | | mEq/L | 98 | - | 109 | |
| CHOLESTEROL | 159 | | MG/DL | 100 | - | 240 | |
| CREATININE | 11 | | MG/DL | 07 | - | 13 | |
| GLOBULIN | 27 | | G/DL | 23 | - | 35 | |
| GLUCOSE | 87 | | MG/DL | 70 | - | 105 | |
| LD | 125 | | IU/L | 100 | - | 190 | |
| PHOSPHOROUS | 40 | | MG/DL | 25 | - | 50 | |
| POTASSIUM | 44 | | mEq/L | 35 | - | 50 | |
| SODIUM | 143 | | mEq/L | 135 | - | 145 | |
| TOTAL PROTEIN | 74 | | G/DL | 60 | - | 83 | |
| TRIGLYCERIDE | 180 | HIGH | MG/DL | 40 | - | 160 | |
| UREA NITROGEN | 14 | | MG/DL | 7 | - | 18 | |
| URIC ACID | 49 | | MG/DL | 35 | - | 72 | |
| **Service Group  CHEMSPEC** | | | | | | | |
| FTI | 69 | | RATIO | 63 | | 120 | |
| T-UPTAKE | 088 | | UNITS | 066 | - | 127 | |
| THYROXIN (T-4) | 61 | | UG/DL | 45 | - | 120 | |
| TSH | 188 | | uIU/ML | 049 | | 467 | |
| **Service Group  HEMO** | | | | | | | |
| WBC | 96 | | K/UL | 48 | - | 108 | |
| RBC | 539 | | M/UL | 470 | - | 610 | |
| HGB | 155 | | G/DL | 140 | - | 180 | |
| HCT | 46 | | % | 42 | - | 52 | |

*[handwritten notations: "Jng 14/e ~D  5.22.02" and vertical stamp "RECEIVED AT LICI  2002 MAY 22  A 8 01"]*

CMC Medical Lab Orders

| | | | | | |
|---|---|---|---|---|---|
| MCV | 84 6 | | FL | 80 0 - 94 0 |
| MCH | 28 8 | | PG | 27 0 - 31 0 |
| MCHC | 34 0 | | G/DL | 33 0 - 36 0 |
| RDW | 13 1 | | % | 11 5 - 14 5 |
| PLT | 266 | | K/UL | 130 - 400 |
| MPV | 9 6 | | FL | 7 4 - 10 4 |

Sample Identification # 01814371   Name HALL ████ # A425894

Jung H Kim MD
5. 22. 02

RECEIVED AT LICI
2002 MAY 22 A 8 07



# MENTAL HEALTH SERVICES
## Abnormal Involuntary Movement Scale (Modified)

| INVOLUNTARY MOVEMENT RATING | CODE |
|---|---|
| Rate highest severity observed  Rate movements that occur upon activation one **less** than those observed spontaneously | 0 -  Normal, no involuntary movement<br>1 -  Minimal, fleetingly present<br>2 -  Mild  occurs more than four times<br>3 -  moderate, persistent<br>4 -  Severe, very pronounced & continuous |

| FACIAL AND ORAL MOVEMENTS | MUSCLES OF FACIAL EXPRESSION  Movements of forehead, eyebrows, periorbital area, cheeks, include frowning, blink, smiling, grimacing | ⓪ 1 2 3 4 |
|---|---|---|
| | LIPS AND PERIORAL AREA  puckering, pouting, smacking | ⓪ 1 2 3 4 |
| | JAW  biting, clenching, chewing, mouth opening, lateral movement | ⓪ 1 2 3 4 |
| | TONGUE  rate only increase in movement both in and out of mouth NOT inability to sustain movement | ⓪ 1 2 3 4 |
| EXTREMITY MOVEMENTS | UPPER (arms, wrists, hands, fingers)  include choreic movements (rapid, objectively purposeless, irregular, spontaneous), athetoid movements (slow, irregular, complex, serpentine)   DO NOT INCLUDE tremor (repetitive, regular, rhythmic) | ⓪ 1 2 3 4 |
| | LOWER (legs, knees, ankles, toes)  lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | ⓪ 1 2 3 4 |
| TRUNK MOVEMENTS | NECK, SHOULDERS, HIPS  rocking, twisting, squirming, pelvic gyrations | ⓪ 1 2 3 4 |
| GLOBAL JUDGMENTS | SEVERITY OF ABNORMAL MOVEMENTS | ⓪ 1 2 3 4 |
| | INCAPACITATION DUE TO ABNORMAL MOVEMENTS | ⓪ 1 2 3 4 |
| | PATIENT'S AWARENESS OF ABNORMAL MOVEMENTS  rate only patient's report | No awareness    ⓪<br>Aware, no distress   1<br>Aware, mild distress  2<br>Aware, mod distress  3<br>Aware, severe distress 4 |
| DENTAL STATUS | CURRENT PROBLEMS WITH TEETH AND/OR DENTURES | No  ⓪<br>Yes  1 |
| | DOES PATIENT USUALLY WEAR DENTURES? | No  ⓪<br>Yes |

| Name  *Hall* | ID#  *425-894* | Location  *LCI* |
|---|---|---|
| DOB  *10-7-73* | Reviewed By  *[signature]* | Date  *5-13-02* |

DRC 5165 (8/96)

002780

# Brief Psychiatric Rating Scale

| Inmate Name | *Hall* | No | *425-894* | Institution | *LCI* |
|---|---|---|---|---|---|
| Date of Administration | *5-13-02* | Rater | *Dr Kim* | | *Jung Hkim* |

Directions  Circle the appropriate number to represent the level of severity of each symptom   Then, calculate the total score by adding the sum of all the items

Scoring Criteria

1 = Not Present     2 = Very Mild     3 = Mild     4 = Moderate
5 = Moderately Severe     6 = Severe     7 = Extremely Severe

| Symptom | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| SOMATIC CONCERN - preoccupation with physical health, fear of physical illness, hypochondriasis | 1 | 2 | (3) | 4 | 5 | 6 | 7 |
| ANXIETY - worry, fear, over-concern for present or future, uneasiness | 1 | 2 | (3) | 4 | 5 | 6 | 7 |
| EMOTIONAL WITHDRAWAL -lack of spontaneous interaction, isolation, deficiency in relating to others | (1) | 2 | 3 | 4 | 5 | 6 | 7 |
| CONCEPTUAL DISORGANIZATION - thought process confused, disconnected, disorganized, disrupted. | (1) | 2 | 3 | 4 | 5 | 6 | 7 |
| GUILT FEELINGS - self blame, shame, remorse for past behavior | 1 | (2) | 3 | 4 | 5 | 6 | 7 |
| TENSION - physical & motor manifestations of nervousness, over-activation. | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| MANNERISMS & POSTURING - peculiar, bizarre, unnatural motor behavior (not including tic) | (1) | 2 | 3 | 4 | 5 | 6 | 7 |
| GRANDIOSITY - exaggerated self-opinion, arrogance, conviction of unusual power or abilities. | (1) | 2 | 3 | 4 | 5 | 6 | 7 |
| DEPRESSIVE MOOD - sorrow, sadness, despondency, pessimism | 1 | 2 | (3) | 4 | 5 | 6 | 7 |
| HOSTILITY - animosity, contempt, belligerence, disdain for others | 1 | 2 | (3) | 4 | 5 | 6 | 7 |
| SUSPICIOUSNESS - mistrust, belief that others harbor malicious or discriminatory intent | (1) | 2 | 3 | 4 | 5 | 6 | 7 |
| HALLUCINATORY BEHAVIOR - perceptions without normal external stimulus correspondence. | 1 | (2) | 3 | 4 | 5 | 6 | 7 |
| MOTOR RETARDATION - slowed, weakened movements or speech, reduced body tone | (1) | 2 | 3 | 4 | 5 | 6 | 7 |
| UNCOOPERATIVENESS - resistance, guardedness, rejection of authority | 1 | (2) | 3 | 4 | 5 | 6 | 7 |
| UNUSUAL THOUGHT CONTENT - unusual, odd, strange bizarre thought content | (1) | 2 | 3 | 4 | 5 | 6 | 7 |
| BLUNTED AFFECT - reduced emotional tone, reduction in formal intensity of feelings, flatness | 1 | 2 | (3) | 4 | 5 | 6 | 7 |
| EXCITEMENT - heightened emotional tone, agitation, increased reactivity | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| DISORIENTATION - confusion or lack of proper association for person, place or time. | (1) | 2 | 3 | 4 | 5 | 6 | 7 |

| Total BPRS score | *31* |
|---|---|

DRC 5199 (Rev 4/98)

ACA 4364

# Brief Psychiatric Rating Scale

| Inmate Name | No | Instituton |
|---|---|---|
| Date of Administration | Rater | |

Directions  Circle the appropriate number to represent the level of seventy of each symptom   Then, calculate
the total score by adding the sum of all the items

Scoring Criteria

1 = Not Present    2 = Very Mild    3 = Mild    4 = Moderate
5 = Moderately Severe    6 = Severe    7 = Extremely Severe

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOMATIC CONCERN - preoccupation with physical health. fear of physical illness, hypochondriasis | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| ANXIETY - worry, fear, over-concern for present or future, uneasiness | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| EMOTIONAL WITHDRAWAL -lack of spontaneous interaction, isolation, deficiency in relating to others. | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| CONCEPTUAL DISORGANIZATION - thought process confused, disconnected, disorganized, disrupted. | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| GUILT FEELINGS - self blame, shame, remorse for past behavior | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| TENSION - physical & motor manifestations of nervousness, over-activation. | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| MANNERISMS & POSTURING - peculiar, bizarre, unnatural motor behavior (not including tic). | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| GRANDIOSITY - exaggerated self-opinion, arrogance,  conviction of unusual power or abilities. | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| DEPRESSIVE MOOD - sorrow, sadness, despondency, pessimism. | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| HOSTILITY - animosity, contempt, belligerence, disdain for others. | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| SUSPICIOUSNESS - mistrust, belief that others harbor malicious or discriminatory intent | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| HALLUCINATORY BEHAVIOR - perceptions without normal external stimulus correspondence. | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| MOTOR RETARDATION - slowed, weakened movements or speech, reduced body tone | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| UNCOOPERATIVENESS - resistance, guardedness, rejection of authority | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| UNUSUAL THOUGHT CONTENT - unusual, odd, strange bizarre thought content | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| BLUNTED AFFECT - reduced emotional tone, reduction in formal intensity of feelings, flatness | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| EXCITEMENT - heightened emotional tone, agitation, increased reactivity | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| DISORIENTATION - confusion or lack of proper association for person, place or time. | 1 | 2 | 3 | 4 | 5 | 6 | 7 |

| Total BPRS score |
|---|
| |

DRC 5199 (Rev 4/98)

ACA 4364

002782

**INTER-DISCIPLINARY TREATMENT PLAN LIMA CORRECTIONAL INSTITUTION**

Inmate Name: James Hall                  Inmate #: 425-894
DOB ████████████                         Gender: Male
Race: Caucasian                          MH Level  C1
Physician: J Kim, MD                     Mental Health Liaison  R.Stinson, BSW

Date of this Plan: 08/16/2002            Next Review Date  08/27/2002

Axis I:              Bipolar I Disorder, Most Recent Episode
                     Unspecified 296.7

Axis II:             (Deferred Diagnosis) V799.9

Axis III:            (No Diagnosis) V71.09

Axis IV:             Disruption of family by separation

Axis V (Current):    61-70 Some Impairment / Mild Symptoms


Drug(s) of Choice:          Marijuana


Current Psychotropic Medications     1. Celexa
                                     2. Desyrel (Trazadone)
                                     3. Neurotin
                                     4. Geodon

002783

**Active PSYCHIATRIC Problems:**

Problem #1                              Problem Status· Active

PROBLEM:    Mr  Hall demonstrates poor impulse control, causing him to act
            out his feelings inappropriately, as demonstrated by
            aggressiveness.
            This problem was evidenced by:
            Detail Screening

GOAL:       Mr  Hall will learn to control his emotional impulses and will
            express feelings verbally rather than act-out.

| No | Objective. | Intervention | Target Dates |
|----|-----------|--------------|--------------|
| 1A | Mr. Hall will report that his prescribed medication helps him retain control over his impulses and behavior, and will be able to accurately discuss its effects and side effects. | J Kim, M.D will prescribe medication to help Mr. Hall control impulsive behavior. Sandy Ford, RN will teach him about its effects and side effects, and problems to report. Medication review monthly.  Noncompliance counselling as needed (below 80%) | 08/11/2002 |
| 1B | Mr. Hall will be able to describe the effects of his behavior on others and will make short-term commitments to change behavior by use of problem- solving techniques. | Rodney Stinson, BSW will provide one session to focus on behavioral change through use of problem- solving skills. | 11/09/2002 |

Discharge Criterion      Mr. Hall will demonstrate that he is able to
                         constructively express feelings and tolerate
                         frustration without acting-out.

**Page 2**

Name: James Hall
# 425-894

### Master Treatment Plan - LIMA CORRECTIONAL INSTITUTION

**Patient Agreement:**

I have had the opportunity to participate in the development of this mental health treatment plan, and consent to the treatment described herein

_____

James Hall, ████████
425-894

_____

Date

I agree with this plan, with the following exceptions(s)

-----------------------------------------------------------------

**Signatures of the Interdisciplinary Team:**

_____
J Kim, MD , Psychiatrist

_____
Sandy Ford, RN, Nurse

_____
Rodney Stinson, BSW, Mental Health Liaison

Page 3

████████ Name   James Hall
       #   425-894

002785

**INTER-DISCIPLINARY TREATMENT PLAN** ▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇ Name: James Hall                  ▇▇▇▇▇ #: 425-894
DOB: ▇▇▇▇▇▇▇▇▇                           Gender: Male
Race: Caucasian                         MH Level: C1
Physician: J.Kim, MD                    Mental Health Liaison: R.Stinson, BSW

Date of this Plan: 05/17/2002           Next Review Date: 08/17/2002

---

Axis I:                    Bipolar I Disorder, Most Recent Episode
                           Unspecified 296.7

Axis II:                   (Deferred Diagnosis) V799.9

Axis III:                  (No Diagnosis) V71.09

Axis IV:                   Disruption of family by separation

Axis V (Current):          61-70 Some Impairment / Mild Symptoms


Drug(s) of Choice:         Marijuana


Current Psychotropic Medications:       1. Celexa
                                        2. Desyrel (Trazadone)
                                        3. Neurotin
                                        4. Geodon

## Master Treatment Plan - LIMA CORRECTIONAL INSTITUTION

**Patient Agreement:**

I have had the opportunity to participate in the development of this mental health treatment plan, and consent to the treatment described herein.

_____

James Hall, ███████
425-894

_____
Date

I agree with this plan, with the following exceptions(s):

-----------------------------------------------------------

**Signatures of the Interdisciplinary Team:**

_____
J. Kim, M.D., Psychiatrist

_____
Sandy Ford, RN, Nurse

_____
Rodney Stinson, BSW, Mental Health Liaison

Page 4

███████ Name: James Hall
       #: 425-894

002787

INTER-DISCIPLINARY OUT-PATIENT TREATMENT PLAN
Corrections Reception Center

DOB: ████    Name: James Hall       ████ #: 425-894
Race: Caucasian                     Gender: Male
KDS Date:                           MH Level: C-1
Projected Parole Date:   /  /        Original DR&C Date: 04/04/2002

Date of this Plan: 04/29/2002        Next Review Date: 07/29/2002

Axis I:                    1. Bipolar I Disorder, Most Recent Episode
                           Unspecified 296.7, w/hx of psychotic featuares
                           2. Cannabis Abuse  305.20
Axis II:                   (Deferred Diagnosis) V799.9
Axis III:                  None
Axis IV:                   Incarceration and Disruption of family by
                           separation
Axis V (Current):          74
Axis V (Highest):          74

Drug(s) of Choice:         Marijuana
Current Psychotropic Medications:   1. Desyrel (Trazadone)
                                    2. Celexa
                                    3. Seroquel

Active PSYCHIATRIC Problems:

Problem #1                 Problem Status: Active

PROBLEM:    Mr. Hall experiences symptoms of depression including sleep
            disturbance, which interfere with his daily life.
            This problem was evidenced by:
            1. Psychiatric Evaluation
            2. Patient's own report

GOAL:       Mr. Hall's symptoms will diminish to the point that his daily
            functioning will no longer be affected, and he will be able to
            remain in general population housing.

| No. | Objective: | Intervention: | Target Dates: |
|-----|-----------|---------------|---------------|
| 1A | Mr. Hall will be able to accurately state the name, dose, effects and side effects of his medication. | Boris Kolb, M.D. will provide medication to help manage depression with review/ reassessment monthly.  Carol Brown, RN will teach Mr. Hall about the effects of his medicine in at least 1 group or individual session, and will provide compliance counseling as needed. | 07/27/2002 |

Page 1

████  Name: James Hall
      #: 425-894

002788

## Master Treatment Plan - Correctional Reception Center

**Patient Agreement:**

I have had the opportunity to participate in the development of this mental health treatment plan, and consent to the treatment described herein.

_Hall_    4/28/02

James Hall, Inmate
425-894

_____

Date

I agree with this plan, with the following exceptions(s):

------------------------------------------------------------------

**Signatures of the Interdisciplinary Team:**

_Kiole_
Boris Kolb, M.D., Psychiatrist

_Jeanne Grossman, PAII_
Jeanne Grossman, PAII, Psychology Assistant

_____
Carol Brown, RN, Nurse

_____
Jeanne Grossman, PAII, Mental Health Liason

Kenneth Lloyd, PsyD
Psychology Supervisor

**Page 3**

Name: James Hall
#: 425-894

Date  8/14/02

██████Name  Hall             ██████Number  425-894

On the above date I did see the Community Linkage Liaison at██████████
██████

██████Signature  *J Hall*

Community Linkage Liaison Signature  *Charles M Martin*

002790

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan, and response to treatment   Sign and title all notes. |
|---|---|
| 8-14-02 | Met w/ Mr Hall to offer him Community Linkage services. Client refused aftercare services _____ C. Marks Cnsult |
| | |
| | |
| | |
| | |

Hall
425-894

(continue on reverse side)

DMH-0008  (Rev  11/99)

**INTERDISCIPLINARY PROGRESS NOTES**
DMH-MedR-1007

002791

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan, and response to treatment   Sign and title all notes. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

DMH-MedR-1007



Ecb Taft
GOVERNOR

# AUTHORIZATION FOR RELEASE
## OF MENTAL HEALTH INFORMATION

| Name | Number | Date Of Birth |
|---|---|---|
| Hall, James | 425-894 | |

I hereby authorize  ZEPH Center, Hamilton St., Toledo, OH 43612
to release my medical information to

| Full Name and Address of Person/Facility | | |
|---|---|---|
| | **MENTAL HEALTH SERVICES** | |
| | **PO BOX 300** | |
| | **ORIENT, OHIO 43146** | |

Dates of Treatment    2001 - 2002

Information I authorize to be released

☒ Narrative Summary          ☐ Social Work Assessment  ☐ Orders
☐ Social Work Release Summary  ☐ Progress Notes                    Other (Specify)
☐ Psychiatric Examination      ☐ Lab Results                ☐ _____
☐ History and Physical         ☒ Treatment Plan             ☐ _____
☐ Psychology Evaluation        ☐ Consultation               ☐ _____

I understand that this information extends to all or any part of the records indicated above which may include treatment for psychiatric illness, alcohol and/or drug abuse, HIV test results, AIDS/AIDS Related Complex (ARC) diagnoses, and/or other communicable diseases, unless indicated below

Indicate exceptions or exclusions, if any to information released

Reason for Disclosure    Dx & Tx for Correctional Mental Health Service

This consent will remain valid for 180 days from the date of the patient's signature unless an earlier date is specified here

This authorization may be revoked in writing by the patient at any time, but shall not be retroactive for information released in good faith prior to receipt of the revocation

**NOTE:** This information has been disclosed to you from records whose confidentiality is protected from disclosure by State law Section 5122 31 and/or Section 3701.243 of the Ohio Revised Code prohibit you from making any further disclosure of it without specific written and informed release of the person to whom it pertains, or as otherwise permitted by law   A general authorization the release of medical or other information is NOT sufficient for this purpose

| Signature  x J Hall | Date  x 4/4/02 |
|---|---|
| Witness Signature  S. King  LPCC    Date  4-4-02 | Witness Signature              Date |

| **For Office Use Only** |
|---|
| Staff Person Releasing Information |
| Date Information Released |

DRC 5159 (5/96)

002793

# Initial Medical/Mental Health/Substance Use Screening

Provide information in the *Comment* section for all questions answered *yes*

All information is based upon self report of inmate.

| Date of Interview | 4-4-02 | Signature/Title of Interviewer | Charles Orlosky |
|---|---|---|---|
| Time of Interview | 1642 | Institution | CRC | Printed Name/Title of Interviewer | Charles Orlosky |
| Date of Arrival at Institution | 4-4-02 | Time of Arrival at Institution | 1126 | Received from | WOOD |
| Name | Hall, James | | Number | 425-894 |

| | Yes | No | |
|---|---|---|---|
| 1 | ☑ Yes | ☐ No | History of outpatient mental health treatment |
| 2 | ☑ Yes | ☐ No | History of inpatient treatment |
| 3 | ☐ Yes | ☑ No | History of head injury |
| 4 | ☐ Yes | ☑ No | History of violent behavior |
| 5 | ☑ Yes | ☐ No | History of suicide attempts** |
| 6 | ☐ Yes | ☑ No | Current suicidal thoughts** |
| 7 | ☐ Yes | ☑ No | Current suicide plan** |
| 8 | ☐ Yes | ☑ No | Ability to carry out current suicide plan** |
| 9 | ☐ Yes | ☑ No | Unusual behavior/affect** |
| 10 | ☐ Yes | ☑ No | Current psychotropic medications (see current medication on medical form) |
| 11 | ☐ Yes | ☑ No | Hallucinations** |
| 12 | ☑ Yes | ☐ No | Was this inmate on caseload at sending institution  If discharged, give date |

Yes responded to items with ** should be referred for either immediate attention or evaluation as dictated by the individual circumstances

## Comments

☑ Yes   ☐ No   Mental health orientation information given to inmate

## MENTAL HEALTH DISPOSITION (Check one or more)

| | | |
|---|---|---|
| ☐ Yes | ☑ No | Crisis/Safe cell assignment requested |
| ☐ Yes | ☑ No | Special housing assignment requested |
| ☑ Yes | ☐ No | Routine housing requested |
| ☐ Yes | ☑ No | Emergency mental health referral |

## MEDICAL DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| ☐ Yes | ☑ No | Special Needs Unit | ☐ Yes | ☑ No | Emergency Transport |
| ☐ Yes | ☑ No | Infirmary Admission | ☑ Yes | ☐ No | Routine Housing |
| ☐ Yes | ☑ No | Physical Referral | | | |

## SUBSTANCE USE SCREENING

| | | |
|---|---|---|
| ☐ Yes | ☑ No | History of alcohol and drug problem |
| ☐ Yes | ☑ No | Previous alcohol and drug treatment |
| ☐ Yes | ☑ No | History of alcohol and drug problem when ceasing use |

| | | | Date of Last Use | Method | Frequency |
|---|---|---|---|---|---|
| Alcohol | ☑ Yes | ☐ No | 1998 | drinkg | occ |
| Amphetamines | ☐ Yes | ☑ No | | | |
| Cannabis | ☑ Yes | ☐ No | Jan 2002 | smoking | joint/day |
| Cocaine | ☑ Yes | ☐ No | 1998 | snorted | 3-4x |
| Hallucinogens | ☐ Yes | ☑ No | | | |
| Inhalants | ☐ Yes | ☑ No | | | |
| Nicotine | ☑ Yes | ☐ No | March 2002 | smoking | pk/day |
| Opiates | ☐ Yes | ☑ No | | | |
| Phencyclidine | ☐ Yes | ☑ No | | | |
| Sedatives | ☐ Yes | ☑ No | | | |

**Frequency of Use Codes**

1 = Less than 12 times yearly
2 = Once per month
3 = Twice per month
4 = Once per week
5 = 2 times per week
6 = More than 3 times per week
7 = Daily
8 = Binge

**Method of Administration Coding**

1 = Oral
2 = Intravenous
3 = Subcutaneous
4 = Inhalation
5 = Intranasal
6 = Smoking
7 = Freebase
8 = Other

DRC5170 (Rev 1/00)   Distribution:   White - Mental Health   Canary - Medical

ACA 4273, 4292, 4337, 4343, 4344, 4345

002794

| Name Hall, James | Number 425-894 | Institution CRC |
|---|---|---|

The information on this form has been explained to me and I have received a copy of this information for my future reference

| Inmate Signature J Hale | Date 4/4/02 |
|---|---|
| Staff Signature Charles Ocloly RN | Date 4-4-02 |



# MENTAL HEALTH SERVICES
## Inmate Orientation

Mental Health Services are provided at this facility by a staff of Mental Health Professionals.  Services available include:

1   Assessment and treatment of mental illness

2   Referral to a psychiatrist, if necessary, for medication

3   On-going psychiatric care

4   Group and individual counseling

5   Assistance in dealing with stressful problems, such as adjustment to prison, grief and loss, family problems, etc

6   Crisis intervention

7   Residential mental health treatment and hospitalization, if necessary

8   Psychological evaluations to assist with treatment, and as requested by the Parole Board


If you wish to speak with Mental Health Staff about routine matters such as scheduling for group or individual counseling, send a kite to the Mental Health Department at the institution

In an emergency situation, or if you have concerns that need to be addressed immediately, contact your Case Manager or any Correctional Officer so that you may receive mental health assistance as soon as possible

If you believe the Mental Health Services offered to you are not adequate, you may kite Mental Health Staff at your institution, submit an informal complaint to the Mental Health Administrator/Manager at your institution. _____, or file an Inmate Grievance according to Administrative Rule 5120-9-31

You will be informed at the onset of treatment or assessment of any supervisory arrangements between the mental health professional assisting you and his or her supervisor  If the mental health professional is under supervision, the supervisor is ultimately professionally responsible for your care, upon request you may meet with supervisor

DRC5169 (Rev 12/00)  DISTRIBUTION    WHITE - Mental Health File       CANARY - Inmate       ACA 4331, 4336   Page 1

002795

Information contained in your Mental Health file is confidential except in the following situations

1       Mental Health Services may release mental health information to correctional personnel and/or appropriate law enforcement authorities when you are:

   a       Suicidal;

   b.      Homicidal,

   c       Presenting clear danger of injury to self or others;

   d       Presenting a reasonable clear risk of escape or creation of internal disorder or riot;

2       Mental Health Services may release mental health information to appropriate correctional personnel when you are

   a       Receiving psychotropic medication

   b       Requiring movement to a special unit or cell for observation, evaluation or treatment of acute care,

   c       Requiring transfer to a treatment facility outside of the prison;

   d       Requiring a new program assignment for mental health, medical, mental retardation or security reasons

Such information when disclosed to correctional personnel and/or appropriate law enforcement authorities shall be used only to futher the security of the institution, treatment of the inmate or safety to the public, and shall not be used otherwise

3       Mental Health staff shall have access to your mental health file when acting in the course of their specific duties

4       The following personnel may have access to mental health files on a need to know basis by request to the mental health administrator or designee

   a       Warden of the institution or designee,

   b       Internal investigative staff,

   c       Departmental and accrediting body audit staff,

   d       Departmental legal counsel or other attorneys representing the department,

   e       Persons authorized by an order or judgement of a court with appropriate jurisdiction

5       All other persons or agencies require an Authorization for Release of Mental Health Information signed by you before gaining access to your mental health file

6       Mental Health Professionals have a duty to report to appropriate authorities (county children's services boards or county police departments) any unreported suspected abuse or neglect of a child.

**Page 2**

# MENTAL HEALTH EVALUATION

| Dictation Date· 4-17-02 | Institution: ███████████ | |
|---|---|---|
| ███████ Name  Hall | ██████: 425-894 | Date of Birth: ██████ |
| | | |

| | Psychiatric Consultant |
|---|---|
| BK/CDB<br>Trans   05/08/02 12 04 PM<br>C   Medical Dept | Signature   *Block, w b* |



# Detailed Mental Health Screening

| MENTAL HEALTH HISTORY | | |
|---|---|---|
| 1. History of psychotropic medications | ☒ Yes | ☐ No |
| Current usage *Celexa, Seroquel, Trazadon* | ☒ Yes | ☐ No |
| List Medications *"   "   "* | | |
| Evidence of EPS | ☐ Yes | ☒ No |
| 2. History of psychiatric hospitalization | ☐ Yes | ☒ No |
| A) Name of facility/provider _____ | | |
| B) Date   From _____ To _____   Requested Records | ☐ Yes | ☒ No |
| 3. History of out-patient mental health treatment *Z EPH Center, Hamilton St* | ☒ Yes | ☐ No |
| A) Name of facility/provider *Toledo O 43612* | | |
| B) Date   From *10/* To *02*   Requested Records | ☒ Yes | ☐ No |
| 4. History of violence  (check those that apply) | ☐ Yes | ☒ No |
| ☐ Behavior     ☐ Threats | | |
| ☐ Verbally Assaultive    ☐ Physically Assaultive | | |
| Comments | | |
| 5. History of self-injurious behavior | ☐ Yes | ☒ No |
| Comments | | |
| 6. History of head injury, trauma | ☐ Yes | ☒ No |
| Describe | | |
| Comments | | |
| 7. Length of time in county jail _____ Years *1* Months *15* Days | ☐ Yes | ☐ No |
| 8. Previous Prison Incarceration     State _____ | ☐ Yes | ☒ No |
| Requested Records | ☐ Yes | ☒ No |
| 9. History of placement in any special education programs | ☐ Yes | ☒ No |
| Unit *10th grd.* | | |
| 10. Have you ever received services from the County Board of MR/DD? | ☐ Yes | ☒ No |
| Requested Records | ☐ Yes | ☒ No |

| | | | |
|---|---|---|---|
| Screened By *S. Bin Yun* | Title *PA2* | | |
| Date *4-4-02* | Time | | |
| Reviewed By  Kenneth Lloyd, PsyD.  Psychology Supervisor | Title | | |
| Date *4-9-02* | Time | | |
| Name *Hall, James* | | | Number *425-894* |
| Institution *CRC* | | Date of Arrival *4-4-02* | |

## BEHAVIORAL OBSERVATIONS
### (Check all Relevant Categories)

- ☐ Aggressive
- ☐ Agitated
- ☐ Delusional
- ☐ Eye Contact
- ☐ Hallucinating  *NO*
- ☐ Hyperactivity

- ☐ Irrational
- ☐ Labile
- ☐ Lethargic
- ☐ Loose Associations
- ☐ Manipulative
- ☐ Paranoia

- ☐ Passive
- ☐ Withdrawn
- ☐ Terrified/Crying
- ☐ Other _____

Comments   *Age  28  white*

## MENTAL STATUS EXAMINATION
### (Write in Brief Description)

| Affect | — | Appearance | — |
| Concentration | — | Intellectual Functioning | — |
| Mood | — | Memory | — |
| Orientation | — | Speech | — |
| Other | — | | |

## SUICIDE POTENTIAL SCREENING

| | | | |
|---|---|---|---|
| 1 | Correctional or Transporting Officer reports inmate may be suicidal risk | ☐ Yes | ☒ No |
| 2 | Experienced a significant loss within last six months  <br> Describe _____ | ☐ Yes | ☒ No |
| 3 | Worried about major problems other than legal situation  <br> Describe _____*Future*_____ | ☒ Yes | ☐ No |
| 4 | Holds position of respect in community and/or alleged crime is shocking in nature | ☐ Yes | ☒ No |
| 5 | First involvement with legal system  <br> Describe _____ | ☒ Yes | ☐ No |
| 6 | Appears to feel unusually embarrassed or ashamed | ☐ Yes | ☒ No |
| 7 | Expresses feelings of helplessness or hopelessness | ☐ Yes | ☒ No |
| 8 | Shows signs of depression  crying, emotional flatness  <br> Describe _____ | ☐ Yes | ☒ No |
| 9 | Appears overly anxious, afraid, or angry | ☐ Yes | ☒ No |
| 10 | Is acting and/or talking in a strange manner  (cannot focus attention, hallucinating) | ☐ Yes | ☒ No |

*H211*                    *425- 894*            002799    Page 2

## SUICIDE POTENTIAL SCREENING (continued)

| 11 | Has made previous suicide attempts<br><br>Date of most Recent Attempt _____   Method _____<br><br>Number _____ | ☐ Yes  ☒ No |
|----|---|---|
| 12 | Expresses thoughts of killing self | ☐ Yes  ☒ No |
| 13 | Has a suicide plan<br><br>Describe _____ | ☐ Yes  ☒ No |
| 14 | Has the means to carry out the suicide plan        ☐ N/A | ☐ Yes  ☒ No |
| 15 | Family member or significant other has attempted or committed suicide<br><br>Relationship _____ grand ma _____<br><br>Date _____ d.k. _____   Method _____ Hung _____ | ☒ Yes  ☐ No |
| | TOTAL YES/NO COUNT    **3** Yes | No |

If there are any checks in the Behavioral Observation Section (pg. 1), or if the total yes count in Suicide Potential Screening

## DISPOSITION

(check all appropriate boxes)
- ☐ Place on continuous suicide watch
- ☐ Place on close suicide watch
- ☒ Psychiatric medication order needed

REFERRAL FOR MENTAL HEALTH EVALUATION
(check one box)
- ☐ Emergency referral        (1 hr)
- ☐ ASAP referral             (3 days)
- ☐ Routine referral          (30 days)
- ☒ No referral    psych ref (14 days)

(check one box)
- ☐ Place in crisis/safe cell
- ☐ Place in special housing
- ☐ Place in RTU
- ☒ Place in general population

**Mental Health Classification Assigned**

- ☐ N
- ☐ $C_1$
- ☐ $C_2$
- ☐ $C_3$

Comments    On psych. meds. Psych ret. for meds

| Inmate Name    H?ll | Number    425-894 |
|---|---|

002800    Page 3

# Initial Medical/Mental Health/Substance Use Screening

### Provide information in the *Comment* section for all questions answered *yes*
### All information is based upon self report of inmate.

| Date of Interview | Signature/Title of Interviewer |
|---|---|
| 5/02/02 | |

| Time of Interview | Institution | Printed Name/Title of Interviewer |
|---|---|---|
| | LICI | B.V. MISHRA W |

| Date of Arrival at Institution | Time of Arrival at Institution | Received from |
|---|---|---|
| 5/02/02 | | CRC |

| Name | Number |
|---|---|
| Hall James | 425-894 |

| # | | | | |
|---|---|---|---|---|
| 1 | ☑ Yes | ☐ No | History of outpatient mental health treatment | |
| 2 | ☑ Yes | ☐ No | History of inpatient treatment | |
| 3 | ☑ Yes | ☐ No | History of head injury | |
| 4 | ☐ Yes | ☑ No | History of violent behavior | |
| 5 | ☐ Yes | ☑ No | History of suicide attempts** | |
| 6 | ☐ Yes | ☑ No | Current suicidal thoughts** | |
| 7 | ☐ Yes | ☑ No | Current suicide plan** | |
| 8 | ☐ Yes | ☑ No | Ability to carry out current suicide plan** | |
| 9 | ☐ Yes | ☑ No | Unusual behavior/affect** | |
| 10 | ☑ Yes | ☐ No | Current psychotropic medications (see current medication on medical form) | |
| 11 | ☑ Yes | ☐ No | Hallucinations** | |
| 12 | ☑ Yes | ☐ No | Was this inmate on caseload at sending institution  If discharged, give date | |

Yes responded to items with ** should be referred for either immediate attention or evaluation as dictated by the individual circumstances

**Comments**

| | | Mental health orientation information given to inmate |
|---|---|---|
| ☐ Yes | ☑ No | |

## MENTAL HEALTH DISPOSITION (Check one or more)

| | | |
|---|---|---|
| ☐ Yes | ☑ No | Crisis/Safe cell assignment requested |
| ☐ Yes | ☑ No | Special housing assignment requested |
| ☑ Yes | ☐ No | Routine housing requested |
| ☐ Yes | ☑ No | Emergency mental health referral |

## MEDICAL DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| ☐ Yes | ☑ No | Special Needs Unit | ☐ Yes | ☑ No | Emergency Transport |
| ☐ Yes | ☑ No | Infirmary Admission | | ☑ Yes | ☐ No | Routine Housing |
| ☐ Yes | ☑ No | Physical Referral | | | |

## SUBSTANCE USE SCREENING

| | | |
|---|---|---|
| ☐ Yes | ☑ No | History of alcohol and drug problem |
| ☐ Yes | ☑ No | Previous alcohol and drug treatment |
| ☐ Yes | ☑ No | History of alcohol and drug problem when ceasing use |

| | | | Date of Last Use | Method | Frequency |
|---|---|---|---|---|---|
| Alcohol | ☐ Yes | ☑ No | | | |
| Amphetamines | ☐ Yes | ☑ No | | | |
| Cannabis | ☑ Yes | ☐ No | 1/01 | | |
| Cocaine | ☐ Yes | ☑ No | | | |
| Hallucinogens | ☐ Yes | ☑ No | | | |
| Inhalants | ☐ Yes | ☑ No | | | |
| Nicotine | ☑ Yes | ☐ No | 1 pk/day | | |
| Opiates | ☐ Yes | ☑ No | | | |
| Phencyclidine | ☐ Yes | ☑ No | | | |
| Sedatives | ☐ Yes | ☑ No | | | |

**Frequency of Use Codes**

1 = Less than 12 times yearly
2 = Once per month
3 = Twice per month
4 = Once per week
5 = 2 times per week
6 = More than 3 times per week
7 = Daily
8 = Binge

**Method of Administration Coding**

1 = Oral
2 = Intravenous
3 = Subcutaneous
4 = Inhalation
5 = Intranasal
6 = Smoking
7 = Freebase
8 = Other

RECEIVED
MAY 3  2002

DRC5170 (Rev 1/00)     Distribution   White - Mental Health     Canary - Medical     ACA 4273, 4292, 4337, 4343, 4344, 4345

002801

# Mental Health Caseload Classification

| Name | Number | Institution | Date |
|------|--------|-------------|------|
| *Hall* | 425-894 | CRC | 4-17-02 |

- ☑ Initial
- ☐ Annual Review
- ☐ Update

| **C1 Categorical (SMI)** | ☐ 290 XX Dementia | ☐ 295 XX Schizophrenia | ☐ 295 40 Schizophreniform D/O |
|---|---|---|---|
| | ☐ 295 70 Schizoaffective | ☐ 296 2X MDD Single, Severe | ☐ 296 3X MDD, Recurrent |
| *296.7* | ☑ 296 XX Bipolar D/O | ☐ 297 1 Delusional D/O | ☐ 298 X Brief Psychotic or NOS |
| | ☐ 318 0 Moderate MR | | |

| **C1 Functional (SMI)** | ☐ 296 XX Mood Disorders | ☐ 300 XX Panic D/O | **PLUS** (One of the following within the past 2 years) |
|---|---|---|---|
| | ☐ 300 00 Anxiety D/O NOS | ☐ 300 02 GAD | ☐ 2 Prior Psychiatric Hospitalizations |
| | ☐ 300 3 OCD | ☐ 300 4 Dysthymic D/O | ☐ 1 OCF Hospitalization > 45 Days |
| | ☐ 309 81 PTSD | ☐ 301 83 Borderline P.D | ☐ RTU > 60 Days |
| | ☐ Other _____ Include DSM-IV code | | |

| **C2** | ☐ 291 X ETOH | ☐ 292 X Substance Related D/O | ☐ 293 X Psychosis or Mood D/O 2° Medical |
|---|---|---|---|
| | ☐ 294 X Memory or Cognitive D/O 2° Medical or NOS | ☐ 296 X Mood Disorders | ☐ 300 XX Panic D/O |
| | ☐ 300 00 Anxiety D/O NOS | ☐ 300 02 GAD | ☐ 300 3 OCD |
| | ☐ 300 4 Dysthymic D/O | ☐ 302 X Paraphilia on Meds | ☐ 309 XX Adj D/O on Meds |
| | ☐ 309 81 PTSD | ☐ 311 Depressive D/O NOS | ☐ 301 83 Borderline PD |
| | | | ☐ Other _____ Include DSM-IV code |

| **C3** | ☐ 300 XX Panic D/O | ☐ 300 00 Anxiety D/O NOS | ☐ 300 02 GAD |
|---|---|---|---|
| | ☐ 300 3 OCD | ☐ 300 4 Dysthymic D/O | ☐ 301 XX Personality D/O |
| | ☐ 302 X Paraphilia | ☐ 307 8X Panic D/O with Psychology/Medical | ☐ 308 X Acute Stress D/O |
| | ☐ 309 XX Adjustment D/O | ☐ 309 81 PTSD | ☐ 311 Depressive D/O NOS |
| | ☐ 312 Impulsive Control D/O | | ☐ Other _____ Include DSM-IV code |

| **N** | ☐ No Mental Health Services Needed |
|---|---|

| Printed Name of Licensed Person Completing Review | Signature |
|---|---|
| *B. Koel* | *Koel* |

DRC 5268 (Rev 01/00)   File in Screening / Evaluation Section of Mental Health File

002802

# MENTAL HEALTH EVALUATION

| Dictation Date: 4-17-02 | Institution: ██████ | |
|---|---|---|
| ██████ Name  Hall | ██████ #: 425-894 | Date of Birth ██████ |
| | | |

**Referral Source:**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Self | ☐ | Medical | ☐ | Recovery Services |
| ☐ | Segregation | ☐ | MH Initial Screening | ☐ | Education |
| ☐ | Housing Unit | ☐ | MH Detailed Screening | ☐ | Job Assignment |
| ☐ | Parole Board | ☐ | Religious Services | ☒ | Other |
| ☐ | Administration | ☐ | Rules Infraction Board | | |

**Inmate Housing at Time of Referral: (check one)**

| | | | | | |
|---|---|---|---|---|---|
| ☒ | General Population | ☐ | Infirmary (not crisis bed) | ☐ | Crisis Bed |
| ☐ | Segregation | ☐ | Other | | |

| | | |
|---|---|---|
| I. | **Reason for Referral: (Presenting Problem)** | |
| | With history of episodes of mood swings up and down currently "under control" on medication he is taking   Treated against this as far back as he can think, without remembering specific dating   James had been inpatient starting from the age of 8 and then for a year in Riverbend, Tennessee   He had been treated in St  Charles Hospital in Toledo at the age of 15, 18, and 21 and three times within the last 2 years   Usually this is for weeks at a time   At other times he has been treated as outpatient | |
| II | **History of Present Illness** | |
| | As above | |
| III. | **Psychiatric History (In-patient/Out-patient treatment; include current medication if any)** | |
| | As above | |
| IV. | **Medical History:** | |
| | Denied | |
| V. | **Alcohol & Substance Use History** | |
| | History of smoking marijuana since the age of 18, most recently 6-7 months ago | |
| VI. | **Personal History** | |
| | 10 grades schooling with reading skill at least at the level of a high school graduate | |
| VII | **Social History** | |
| | Computers | |
| VIII. | **Occupational History** | |
| | Construction | |
| IX | **Family History** | |
| | 11-year-old son is staying with the son's mother   Brother suffers from similar if not the same symptoms as James   Mother has been treated against schizophrenia   She also has a few physical ailments | |
| X | **Criminal Justice History (current conviction and sentence, prior arrests and convictions)** | |
| | This is his first conviction, it is for non-support and he is sentenced to one year | |
| XI | **Institutional Adjustment** | |
| | No problems and none likely | |
| XII. | **Mental Status Examination** | |
| | A. **Appearance & Behavior** | |
| | He is properly, cleanly dressed | |
| | B  **Mood & Affect** | |
| | Currently he is free of symptoms | |
| | C  **Speech & Language** | |

# MENTAL HEALTH EVALUATION

| Dictation Date: 4-17-02 | Institution: ███████ | |
|---|---|---|
| ███ Name· Hall | ███ #: 425-894 | Date of Birth: 1███ |
| | | |

|  |  |
|---|---|
| | He talks in well-formulated sentences, reflecting his normal orientation, logical thinking and good ability to recall remote and recent past |
| **D. Thought Process** | Without thought disorder now though he has a history of hearing some buzzing sounds when under tension since about the age of 8 years |
| **E. Thought Content & Perceptions** | He talks relevantly on issues under discussion and maintains a cooperative attitude |
| **F. Cognitive Assessment** | Good cognitive ability |
| **G. Suicide/Violence Risk Assessment** | |
| • **Past Suicidal Ideation/Attempts (date & method)** | He had not been, is not and is not going to be suicidal |
| • **Current Suicidal Ideation/Behavior** | He is not suicidal now |
| • **Past Violent/Assaultive Behavior** | He is not a violent and not assaultive person |
| • **Present Ideas/Behavior** | He verbalized good intentions to remain compliant |
| **H  Insight/Judgment** | Which reflects his good judgment and insight |

| | | |
|---|---|---|
| **XIII.** | **Psychological Testing Results** | Not done |
| **XIV.** | **Diagnostic Impression** | |
| | **Axis I** | 1   Bipolar 1 disorder, unspecified, 296 7 with history of psychotic symptoms when under strain as mentioned above<br>2   Marijuana abuse |
| | **Axis II** | 1   None |
| | **Axis III:** | 1   Under medical |
| | **Axis IV:** | 1   He is well intended and will remain so |
| | **Axis V·** | 1   74 |
| **XV** | **Treatment Recommendations (including medications, labs ordered)** | He agreed to take Seroquel, Trazodone, Celexa and Neurontin |

**Disposition (check one):**

| | | | |
|---|---|---|---|
| ☐ | General Out-Patient Caseload | ☐ | Probate |
| ☐ | Psychiatric Out-Patient Caseload | ☐ | Sex Offender Caseload |
| ☐ | Residential Treatment Unit | ☐ | No Further Services Required |
| ☐ | Crisis Bed | ☐ | Other |
| | Next Appointment· | | |

| Name, Title and Signature of Evaluator: | Boris Kolb, M.D., |
|---|---|

2

# MENTAL HEALTH EVALUATION

| Dictation Date. 5/13/02 | | Institution ████████ | |
| Name:  Hall | | █████: 425-894 | Date of Birth ████████ |
| | | | Page #1 |

## Referral Source

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Self | ☐ | Medical | ☐ | Recovery Services |
| ☐ | Segregation | ☐ | MH Initial Screening | ☐ | Education |
| ☐ | Housing Unit | ☐ | MH Detailed Screening | ☐ | Job Assignment |
| ☐ | Parole Board | ☐ | Religious Services | ☐ | Other  Initial Evaluation |
| ☐ | Administration | ☐ | Rules Infraction Board | | |

## Inmate Housing at Time of Referral:  (check one)

| | | | | | |
|---|---|---|---|---|---|
| ☐ | General Population | ☐ | Infirmary (not crisis bed) | ☐ | Crisis Bed |
| ☐ | Segregation | ☐ | Other | | |

| | | |
|---|---|---|
| I | **Reason for Referral:  (Presenting Problem)** | Inmate has been diagnosed with a Bipolar Disorder for a number of years and has been on various medications  Currently he's on Seroquel 50 mg twice a day, Celexa 20 mg once a day, Trazadone 100 mg at bedtime and Neurontin 900 mg twice a day |
| II. | **History of Present Illness** | Inmate indicates he has been doing fairly well with the current combination for the past 2-½ years  CRC continued same medications  He still needs to take a lot of effort to control his emotion and anger  He still feels somewhat depressed, easily irritable |
| III | **Psychiatric History (In-patient/Out-patient treatment, include current medication if any)** | He started Ritalin at age 7 and he doesn't remember how long he was on the Ritalin  Since late teenage he has been hospitalized at least "a dozen times" for psychiatric reason where he would attempt suicide or think about suicide  Last admission was 3 or 4 years ago  He has been on various psychotropic medications that include Lithium, Depakote, Zoloft, Risperdal and Zyprexa besides what he's taking now |
| IV | **Medical History:  include current medications** | None remarkable |
| V. | **Alcohol & Substance Use History:** | He used to smoke marijuana since age 20 that proved "relaxing"  The past few years he would smoke marijuana a couple times a week  He experimented with crack cocaine but he never liked that  He used to drink but alcohol has never been his favorite |
| VI | **Personal History** | He doesn't know anything about his father  He has one half brother and one half sister  He was diagnosed ADHD at age 7  He went to school through 10th grade and never obtained GED |
| VII | **Social History** | Inmate married once for one year and divorced in year 2000  He has an 11-year-old son from other relationship |
| VIII | **Occupational History** | He engaged in various odd jobs but never held any job for more than 6 months  He worked as a restaurant manager, bar tender, carpenter, roofer as well as dancer |
| IX. | **Family History** | His mother and half brother were diagnosed with Bipolar Disorder |
| X. | **Criminal Justice History (current conviction and sentence, prior arrests and convictions)** | This is his first prison time for failure to pay child support, and he got one year  He went to jail a couple of times for the same reason |
| XI | **Institutional Adjustment** | He reports some difficulty handling provocation from other inmates |

002805

## MENTAL HEALTH EVALUATION

Dictation Date: 5/13/02     Institution ███████████

Name: Hall     ██████ 425-894     Date of Birth ██████

Page #2

| | | |
|---|---|---|
| XII | Mental Status Examination | |
| | A. | **Appearance & Behavior** |
| | | He was dressed and groomed appropriately and his hygiene was clean. He appeared rather defensive initially but became noticeable cooperative as he was assured he would continue same medications |
| | B. | **Mood & Affect** |
| | | He presents with noticeable labile mood, getting easily irritable and forceful at times |
| | C. | **Speech & Language** |
| | | He would get rather talkative in pressured tone of voice inconsistently rapid rate |
| | D. | **Thought Process** |
| | | His stream of thought tends to be conventional at times loosely associated |
| | E. | **Thought Content & Perceptions** |
| | | Doesn't appear to be grossly delusional but he admits he still hears vague noise or voices. He reports he used to very vivid with hallucinations and Seroquel seems to help |
| | F. | **Cognitive Assessment** |
| | | He was fully oriented without any evidence of memory deficit. His intelligence appears of average range |
| | G | **Suicide/Violence Risk Assessment** |
| | • | **Past Suicidal Ideation/Attempts (date & method)** |
| | | He made 3 suicidal attempts since age 12. The last attempt was in 1998 |
| | • | **Current Suicidal Ideation/Behavior** |
| | | Denied |
| | • | **Past Violent/Assaultive Behavior** |
| | | He got into much trouble during his adolescence for his aggressive behavior but "I never hit my wife" |
| | • | **Present Ideas/Behavior** |
| | | Denied |
| | H. | **Insight/Judgment** |
| | | He appears fairly insightful as to the nature of his psychiatric problems and his need of continuous treatment |
| XIII | **Psychological Testing Results** | |
| XIV | **Diagnostic Impression** | |
| | | Axis I. |
| | 1 | Bipolar Disorder, mixed |
| | 2 | Rule out cannabis abuse |
| | | Axis II. |
| | 1 | Deferred |
| | | Axis III: |
| | 1 | None |
| | | Axis IV: |
| | 1 | Incarceration |
| | | Axis V. |
| | 1 | 60 for current GAF |
| XV | **Treatment Recommendations (including medications, labs ordered)** | |
| | 1 | I'll run CBC Chemistry Profile, Thyroid Function Test and EKG |
| | 2 | Continue Neurontin 900 mg BID |
| | 3 | Trazadone 100 mg at bedtime |
| | 4 | I'll increase Celexa to 30 mg once a day |

## MENTAL HEALTH EVALUATION

| Dictation Date: 5/13/02 | Institution: ██████████ | | |
|---|---|---|---|
| ██████ Name: Hall | ██████ #  425-894 | Date of Birth: ██████ | |
| | | | Page #3 |

| | 5 | He was agreeable to try Geodon 20 mg twice a day that will be increased to 40 mg twice a day in place of Seroquel |
|---|---|---|
| | 6 | Return visit in one month |

**Disposition (check one).**

| | | | |
|---|---|---|---|
| | General Out-Patient Caseload | | Probate |
| X | Psychiatric Out-Patient Caseload | | Sex Offender Caseload |
| | Residential Treatment Unit | | No Further Services Required |
| | Crisis Bed | | Other |
| | *Next Appointment* | | |

| Name, Title and Signature of Evaluator. | Jung H. Kim, MD |
|---|---|
| JHK/cal<br>Trans. 5/16/02<br>cc: Medical Dept. | Psychiatric Consultant<br><br>Signature  _Jung H Kim_ |

002807



# Detailed Mental Health Screening

## MENTAL HEALTH HISTORY

| | | | |
|---|---|---|---|
| 1 | History of psychotropic medications | ☒ Yes | ☐ No |
| | Current usage | ☒ Yes | ☐ No |
| | List Medications   Geodon | | |
| | Neurontin | | |
| | Celexa   Trazadone | | |
| | Evidence of EPS | ☐ Yes | ☒ No |
| 2 | History of psychiatric hospitalization | ☒ Yes | ☐ No |
| | A) Name of facility/provider   St. Charles Hospital   Toledo | | |
| | B) Date  From   April 2002   To _____   Navarre or Wheeling Ave   Requested Records | ☒ Yes | ☐ No |
| 3 | History of out-patient mental health treatment   Zeph Center (Ham Hur St) | ☒ Yes | ☐ No |
| | A) Name of facility/provider _____ | | |
| | B) Date  From   1998   To   2002   Requested Records | ☒ Yes | ☐ No |
| 4 | History of violence  (check those that apply) | ☐ Yes | ☒ No |
| | ☐ Behavior            ☐ Threats | | |
| | ☐ Verbally Assaultive   ☐ Physically Assaultive | | |
| | Comments | | |
| 5 | History of self-injurious behavior | ☐ Yes | ☒ No |
| | Comments | | |
| 6 | History of head injury, trauma | ☒ Yes | ☐ No |
| | Describe   MVA  1994 | | |
| | Comments   he was driving Motorcycle | | |
| 7 | Length of time in county jail _____ Year   6  Months _____ Days | ☒ Yes | ☐ No |
| 8 | Previous Prison Incarceration     State | ☐ Yes | ☒ No |
| | Requested Records | ☐ Yes | ☒ No |
| 9 | History of placement in any special education programs | ☐ Yes | ☒ No |
| | Unit | | |
| | Highest   10th Grade | | |
| 10 | Have you ever received services from the County Board of MR/DD? | ☐ Yes | ☒ No |
| | Requested Records | ☐ Yes | ☒ No |

| | | | |
|---|---|---|---|
| Screened By   Rodney Stinson | | Title   Social Worker | |
| Date   5-14-02 | | Time   9:00 Am | |
| Reviewed By   Joan Collon, LSW | | Title   Social Worker Supervisor | |
| Date   5-14-02 | | Time   1222 pm | |
| Inmate Name           Hall | | Number A425-894 | |
| Institution     Lima Corr. Inst. | | Date of Arrival     5/2/02 | |

DRC 5163 (6/99)                    ACA 4273 4292 4337 4344, 4345                    Page 1

## BEHAVIORAL OBSERVATIONS
(Check all Relevant Categories)

- ☐ Aggressive
- ☐ Agitated
- ☐ Delusional
- ☐ Eye Contact
- ☐ Hallucinating
- ☐ Hyperactivity

- ☐ Irrational
- ☐ Labile
- ☐ Lethargic
- ☐ Loose Associations
- ☐ Manipulative
- ☐ Paranoia

- ☐ Passive
- ☐ Withdrawn
- ☐ Terrified/Crying
- ☐ Other _____

Comments

## MENTAL STATUS EXAMINATION
(Write in Brief Description)

| | | | |
|---|---|---|---|
| Affect | Broad | Appearance | neat, clear |
| Concentration | Focused | Intellectual Functioning | Est. Avg |
| Mood | Euthymic | Memory | Long term impaired |
| Orientation | alert, full | Speech | clear, normal tone |
| Other | | | |

## SUICIDE POTENTIAL SCREENING

| | | | |
|---|---|---|---|
| 1 | Correctional or Transporting Officer reports inmate may be suicidal risk | ☐ Yes | ☒ No |
| 2 | Experienced a significant loss within last six months  Describe | ☐ Yes | ☒ No |
| 3 | Worried about major problems other than legal situation  Describe homeless | ☒ Yes | ☐ No |
| 4 | Holds position of respect in community and/or alleged crime is shocking in nature | ☐ Yes | ☒ No |
| 5 | First involvement with legal system  Describe | ☒ Yes | ☐ No |
| 6 | Appears to feel unusually embarrassed or ashamed | ☐ Yes | ☒ No |
| 7 | Expresses feelings of helplessness or hopelessness | ☐ Yes | ☒ No |
| 8 | Shows signs of depression crying, emotional flatness  Describe | ☐ Yes | ☒ No |
| 9 | Appears overly anxious, afraid, or angry | ☒ Yes | ☐ No |
| 10 | Is acting and/or talking in a strange manner (cannot focus attention, hallucinating) hears noise constantly "static" | ☒ Yes | ☐ No |

Page 2

002809

## SUICIDE POTENTIAL SCREENING (continued)

| 11 | Has made previous suicide attempts | ☒ Yes ☐ No |
|---|---|---|
| | Date of most Recent Attempt _1999_  Method: _OD_ | |
| | Number _3_ | |

| 12 | Expresses thoughts of killing self | ☐ Yes ☒ No |
|---|---|---|

| 13 | Has a suicide plan | ☐ Yes ☒ No |
|---|---|---|
| | Describe _____ | |

| 14 | Has the means to carry out the suicide plan     ☒ N/A | ☐ Yes ☒ No |
|---|---|---|

| 15 | Family member or significant other has attempted or committed suicide  _All B. tslar_ | ☒ Yes ☐ No |
|---|---|---|
| | Relationship _Grandmother killed herself, Brother, Mother_  _Hanging_  _Att. OD_  _Att. cut wrist_ | |
| | Date _____   Method _____ | |

| | TOTAL YES/NO COUNT | _6_ Yes  11 ☒ No |
|---|---|---|

**If there are any checks in the Behavioral Observation Section (pg. 1), or if the total yes count in Suicide Potential Screening**

## DISPOSITION

(check all appropriate boxes)
- ☐ Place on continuous suicide watch
- ☐ Place on close suicide watch
- ☐ Psychiatric medication order needed          _Currently on meds_

**REFERRAL FOR MENTAL HEALTH EVALUATION**
(check one box)
- ☐ Emergency referral      (1 hr)
- ☐ ASAP referral           (3 days)
- ☐ Routine referral        (30 days)
- ☒ No referral

(check one box)
- ☐ Place in crisis/safe cell
- ☐ Place in special housing
- ☐ Place in RTU
- ☒ Place in general population

**Mental Health Classification Assigned**
- ☐ N
- ☒ $c_1$
- ☐ $c_2$
- ☐ $c_3$

Comments     _28 yr W.M. 10-07-73_

_Child Support_
_Toledo, OH_
_Needs GED_   _(Math Skills)_     _EDS  8-27-02_

| Inmate Name | Number |
|---|---|
| Hall | A425-894 |

Page 3

R.

| Inmate Name | | Inmate Number | | Institution |
|---|---|---|---|---|
| Hall | | A425-894 | | Lima Corr. Inst. |

The information on this form has been explained to me and I have received a copy of this information for my future reference

| Inmate Signature | *J Hall* | Date | 5/14/02 |
|---|---|---|---|
| Staff Signature | *Rodney Stinson* | Date | 5-14-02 |



# MENTAL HEALTH SERVICES

# ▮▮▮▮▮ Orientation

Mental Health Services are provided at this facility by a staff of Mental Health Professionals   Services available include

1    Assessment and treatment of mental illness.

2    Referral to a psychiatrist, if necessary, for medication

3    On-going psychiatric care

4    Group and individual counseling

5    Assistance in dealing with stressful problems, such as adjustment to prison, grief and loss, family problems, etc

6    Crisis intervention

7    Residential mental health treatment and hospitalization, if necessary

8    Psychological evaluations to assist with treatment, and as requested by the Parole Board

If you wish to speak with Mental Health Staff about routine matters such as scheduling for group or individual counseling, send a kite to the Mental Health Department at the institution

In an emergency situation, or if you have concerns that need to be addressed immediately, contact your Case Manager or any Correctional Officer so that you may receive mental health assistance as soon as possible

If you believe the Mental Health Services offered to you are not adequate, you may kite Mental Health Staff at your institution, submit an informal complaint to the Mental Health Administrator/Manager at your institution

_____    Joan Collar    , or file an Inmate Grievance according to Administrative Rule 5120-9-31

You will be informed at the onset of treatment or assessment of any supervisory arrangements between the mental health professional assisting you and his or her supervisor   If the mental health professional is under supervision, the supervisor is ultimately professionally responsible for your care, upon request you may meet with supervisor



Information contained in your Mental Health file is confidential except in the following situations

1    Mental Health Services may release mental health information to correctional personnel and/or appropriate law enforcement authorities when you are

    a    Suicidal;

    b    Homicidal;

    c    Presenting clear danger of injury to self or others;

    d.    Presenting a reasonable clear risk of escape or creation of internal disorder or riot;

2.    Mental Health Services may release mental health information to appropriate correctional personnel when you are·

    a    Receiving psychotropic medication

    b.    Requiring movement to a special unit or cell for observation, evaluation or treatment of acute care,

    c    Requiring transfer to a treatment facility outside of the prison;

    d    Requiring a new program assignment for mental health, medical, mental retardation or security reasons.

Such information when disclosed to correctional personnel and/or appropriate law enforcement authorities shall be used only to futher the security of the institution, treatment of the inmate or safety to the public, and shall not be used otherwise

3    Mental Health staff shall have access to your mental health file when acting in the course of their specific duties.

4    The following personnel may have access to mental health files on a need to know basis by request to the mental health administrator or designee

    a.    Warden of the institution or designee,

    b.    Internal investigative staff;

    c    Departmental and accrediting body audit staff;

    d.    Departmental legal counsel or other attorneys representing the department;

    e.    Persons authorized by an order or judgement of a court with appropriate jurisdiction

5    All other persons or agencies require an Authorization for Release of Mental Health Information signed by you before gaining access to your mental health file

6.    Mental Health Professionals have a duty to report to appropriate authorities (county children's services boards or county police departments) any unreported suspected abuse or neglect of a child.

Page 2

002812

# Mental Health Caseload Classification

| Name | Hall | Number | 425·894 | Institution | LCI | Date | 5-13-02 |
|------|------|--------|---------|-------------|-----|------|---------|

[X] Initial          [ ] Annual Review          [ ] Update

## C1 Categorical (SMI)

- [ ] 290 XX Dementia
- [ ] 295 70 Schizoaffective
- [X] 296 XX Bipolar D/O
- [ ] 318 0 Moderate MR
- [ ] 295 XX Schizophrenia
- [ ] 296 2X MDD Single, Severe
- [ ] 297 1 Delusional D/O
- [ ] 295 40 Schizophreniform D/O
- [ ] 296 3X MDD, Recurrent
- [ ] 298 X Brief Psychotic or NOS

## C1 Functional (SMI)

- [ ] 296 XX Mood Disorders
- [ ] 300 00 Anxiety D/O NOS
- [ ] 300 3 OCD
- [ ] 309 81 PTSD
- [ ] Other _____ Include DSM-IV code
- [ ] 300 XX Panic D/O
- [ ] 300 02 GAD
- [ ] 300 4 Dysthymic D/O
- [ ] 301 83 Borderline PD

**PLUS**
(One of the following within the past 2 years)

- [ ] 2 Prior Psychiatric Hospitalizations
- [ ] 1 OCF Hospitalization > 45 Days
- [ ] RTU > 60 Days

## C2

- [ ] 291 X ETOH
- [ ] 294 X Memory or Cognitive D/O 2° Medical or NOS
- [ ] 300 00 Anxiety D/O NOS
- [ ] 300 4 Dysthymic D/O
- [ ] 309 81 PTSD
- [ ] 292 X Substance Related D/O
- [ ] 296 X Mood Disorders
- [ ] 300 02 GAD
- [ ] 302 X Paraphilia on Meds
- [ ] 311 Depressive D/O NOS
- [ ] 293 X Psychosis or Mood D/O 2° Medical
- [ ] 300 XX Panic D/O
- [ ] 300 3 OCD
- [ ] 309 XX Adj D/O on Meds
- [ ] 301 83 Borderline PD
- [ ] Other _____ Include DSM-IV code

## C3

- [ ] 300 XX Panic D/O
- [ ] 300 3 OCD
- [ ] 302 X Paraphilia
- [ ] 309 XX Adjustment D/O
- [ ] 312 Impulsive Control D/O
- [ ] 300 00 Anxiety D/O NOS
- [ ] 300 4 Dysthymic D/O
- [ ] 307 8X Panic D/O with Psychology/Medical
- [ ] 309 81 PTSD
- [ ] 300 02 GAD
- [ ] 301 XX Personality D/O
- [ ] 308 X Acute Stress D/O
- [ ] 311 Depressive D/O NOS
- [ ] Other _____ Include DSM-IV code

## N

- [ ] No Mental Health Services Needed

| Printed Name of Licensed Person Completing Review | Signature |
|---|---|
| DR. KIM | Jang Hkim MD |

DRC 5268 (Rev 01/00)     File in Screening / Evaluation Section of Mental Health File

002813



# MENTAL HEALTH SERVICES
## MEDICATION CONSENT FORM
### *N E U R O L E P T I C S*

**Name** *Hall*                                                                              **Number** *425-894*

I, agree to treatment with following medication in the dosage recommended to me by the psychiatrist

| 1 | *Risperdol 1-16mg po range* |
|---|---|
| 2 | |
| 3 | |

I have been made aware that the following are the benefits which may occur through taking these medications

1  Improved thinking, emotion, and general functioning
2  Hearing voices can be stopped or reduced

I have been made aware that possible side effects of taking the medications may be

Difficult urination                           Muscle spasms
Eye problems                                  Restlessness
Excitement                                    Shuffling walk
Fainting                                      Skin rashes
Yellowing of eyes and skin                    Sore throat and fever
Fine, worm-like movements of the tongue       Trembling and shaking of hands and fingers

There is also the risk of tardive dyskinesia which may cause involuntary tic-like movements in the face, tongue, neck, arms, and/or legs   In some case tardive dyskinesia may be irreversible or permanent

I have been made aware of alternative treatments

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatrists   I understand that this permission may be revoked at my discretion   I have had an opportunity to ask any questions I wished to ask

**Physician's Signature** *Jung Lee  MD*            **Inmate's Signature** *J. Hall*

**Date** *6-5-02*                                  **Witness** *[signature]*

I have been advised to take the medication(s) listed above but I am unwilling to take the medication as recommended   The possible consequences of not taking the medication have been explained to me   Specifically

002814

| **Physician's Signature** | **Inmate's Signature** |
|---|---|
| | |

DRC 5167 (5/98)   Distribution   White - Mental Health File   Canary - Inmate



# MENTAL HEALTH SERVICES
# MEDICATION CONSENT FORM
## *N E U R O L E P T I C S*

Name *Hall*    Number *425-894*

I, agree to treatment with following medication in the dosage recommended to me by the psychiatrist

| | |
|---|---|
| 1 | *Geodon 20-160 mg po range* |
| 2 | |
| 3 | |

I have been made aware that the following are the benefits which may occur through taking these medications

1.  Improved thinking, emotion, and general functioning
2.  Hearing voices can be stopped or reduced

I have been made aware that possible side effects of taking the medications may be

| | |
|---|---|
| Difficult urination | Muscle spasms |
| Eye problems | Restlessness |
| Excitement | Shuffling walk |
| Fainting | Skin rashes |
| Yellowing of eyes and skin | Sore throat and fever |
| Fine, worm-like movements of the tongue | Trembling and shaking of hands and fingers |

There is also the risk of tardive dyskinesia which may cause involuntary tic-like movements in the face, tongue, neck, arms, and/or legs   In some case tardive dyskinesia may be irreversible or permanent

I have been made aware of alternative treatments

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatrists   I understand that this permission may be revoked at my discretion   I have had an opportunity to ask any questions I wished to ask

| Physician's Signature | *Chung It Kim ao* | Signature | |
|---|---|---|---|
| Date | *5-13-02* | Witness | |

I have been advised to take the medication(s) listed above but I am unwilling to take the medication as recommended   The possible consequences of not taking the medication have been explained to me   Specifically

| Physician's Signature | | Inmate's Signature | |
|---|---|---|---|
| | | | |

DRC 5167 (5/98)   Distribution   White - Mental Health File   Canary - Inmate

002815



# Mental Health Services
# MEDICATION CONSENT FORM
### *Antidepressants*

Name _Hall_     Number _425-894_

I agree to treatment with the following medications in the dosage recommended to me by the psychiatrist

| 1 | *Celexa*  20-80 mg po range |
|---|---|
| 2 | |
| 3 | |

I have been made aware that the following are benefits which may occur through taking these medications

1    Reduced depression. elevation of mood, increase in physical activity and mental alertness

2    Improved appetite and sleep, restored interest or pleasure in most usual activities and normal functioning

I have been made aware that possible side effects of taking the medications may be

Blurred vision or eye pain          Problems in urination
Confusion                           Seizures
Fainting                            Skin rash and itching
Hallucinations                      Shakiness
Irregular heartbeat                 Sore throat and fever
Dry mouth                           Constipation

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatrist  I understand that this permission may be revoked at my discretion  I have had an opportunity to ask any questions I wished to ask

I have been made aware of alternative treatments

Physician's Signature _Doug Hharri MD_     Signature _Hall_

Witness Signature

Date _5-13-02_

I have been advised to take the medication(s) listed above but I am unwilling to take the medication as recommended  The possible consequences of not taking the medication have been explained to me
Specifically

| Physician's Signature | Inmate's Signature |
|---|---|
| | |

DRC 5158 (5/98)  Distribution    White   Mental Health File   Canary   Inmate



# Mental Health Services
## MEDICATION CONSENT FORM

Name ████  *Hall*        Number ████ *725894*

I agree to treatment with the following medications in the dosage recommended to me by the psychiatrist

| | |
|---|---|
| 1 | *Neurontin 300 - 1800 mg po Range* |
| 2 | |
| 3 | |

I have been made aware that the following are benefits which may occur through taking these medications

| | |
|---|---|
| ↓ *hyperactivity, moodswings + hostility* | |
| ↓ *impulsiveness* | |
| *improve sleep problems* | |

I have been made aware that possible side effects of taking these medications may be

| | |
|---|---|
| *dry mouth, rash* | |
| *dizziness* | |
| *drowsiness* | |
| ↓ *appetite* | |

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatrist  I understand that this permission may be revoked at my discretion  I have had an opportunity to ask any questions I wished to ask

I have been made aware of alternative treatments

| Physician's Signature *Jung Wei* m.d. | Signature ████ *Hall* |
|---|---|
| Date *5-13-02* | Witness Signature *Shea* |

I have been advised to take the medications listed above but I am unwilling to take the medication as recommended  The possible consequences of not taking the medication have been explained to me
Specifically·

| Physician's Signature | Inmate's Signature |
|---|---|
| | |

DRC 5160 (5/98)    Distribution    White - Mental Health File    Canary - Inmate



# Mental Health Services
# MEDICATION CONSENT FORM

TRICYCLICS

**Name** Hay                                    **Number** 725 - 894

I agree to treatment with the following medications in the dosage recommended to me by the psychiatrist

1. Neurontin
2.
3.

I have been made aware that the following are benefits which may occur through taking these medications

1. Reduced depression, elevation of mood, increase in physical activity and mental alertness.

2. Improved appetite and sleep, restored interest or pleasure in most usual activities and normal functioning.

I have been made aware that possible side effects of taking these medications may be

Blurred vision or eye pain, Dry mouth, Problems in urination, Seizures, Constipation, Activiation of mania, Light headedness, Dizziness, Drowsiness, and Tremor.

** If you experience drowsiness, uncoordination or difficulty in thinking as well as usual, then do not drive or do any potentially dangerous tasks or activities.

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatrist  I understand that this permission may be revoked at my discretion  I have had an opportunity to ask any questions I wished to ask

I have been made aware of alternative treatments

**Physician's Signature**                    **Signature**

**Date**  4-17-02                          **Witness Signature**

I have been advised to take the medications listed above but I am unwilling to take the medication as recommended  The possible consequences of not taking the medication have been explained to me
Specifically

**Physician's Signature**                    **Inmate's Signature**

DRCS160 (5/96)

002818




MENTAL HEALTH SERVICES

MEDICATION CONSENT FORM

I, _Ha 4_____, DRC# _425 - 894_

agree to treatment with the following medications in the dosage recommended to me by the psychiatrist

1  Trazadone (Desyrel) _____
2  _____
3  _____

I have been made aware that the following are benefits which may occur through taking these medications

Decreased depression and anxiety  Improved sleep appetite energy  concentration and memory  Elevate mood and increase enjoyment of life

I have been made aware that possible side effects of taking these medication may be

Blurred vision, dry mouth, constipation and difficulty urinating, seizures  hypotension, dizziness and lightheadedness  drowsiness, fatigue and nausea  Priapism, abnormal erection without any sexual stimulation, can be associated with pain

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatrist  I understand that this permission may be revoked at my discretion  I have had an opportunity to ask any questions I wished to ask

I have been made aware of alternative treatments

_____          _____
Physician's Signature               Patient's Signature

_4 - 17 - 02_____                _____
Date                                Witness

I have been advised to take the medication(s) listed above but I am unwilling to take the medication as recommended.  The possible consequences of not taking the medication have been explained to me  Specifically _____

_____
_____

_____          _____
Physician's Signature               Patient's Signature

002819



# Mental Health Services
## MEDICATION CONSENT FORM

Name  *Hay*                          Number  *425-894*

I agree to treatment with the following medications in the dosage recommended to me by the psychiatrist

| 1 | CELEXA |
|---|---|
| 2 | |
| 3 | |

I have been made aware that the following are benefits which may occur through taking these medications

| Alleviate depression and anxiety | |
|---|---|
| | |
| | |
| | |

I have been made aware that possible side effects of taking the medications may be

| Diarrhea, nausea, vomiting | |
|---|---|
| Weight gain | |
| Decreased sexual desire and performance | |
| | |

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatrist    I understand that this permission may be revoked at my discretion   I have had an opportunity to ask questions I wished to ask

I have been made aware of alternative treatments

| Physician's Signature  *Meseb* | Signature  *J. Hale* |
|---|---|
| Date  *4-17-02* | Witness Signature  *Carol Brown* |

I have been advised to take the medications listed above but I am unwilling to take the medication as recommended   The possible consequences of not taking the medication have been explained to me
Specifically

| Physician's Signature | Signature |
|---|---|

DRC5160 (5/98)   Distribution   White - Mental Health File   Canary - Inmate

002820

# Mental Health Services
## MEDICATION CONSENT FORM

Name _Hall_

Number _425-894_

I agree to treatment with the following medications in the dosage recommended to me by the psychiatrist

| | |
|---|---|
| 1. Risperidone (Risperdal) | |
| 2. Olanzapine (Zyprexa) | |
| 3. Quetiapine (Seroquel) | |

I have been made aware that the following are benefits which may occur through taking these medications

| | |
|---|---|
| Improved thinking, emotion and general functioning | |
| Hearing voices can be stopped or reduced | |
| | |
| | |

I have been made aware that possible side effects of taking the medications may be

| | |
|---|---|
| Low white blood count, increase in liver enzymes | Seizures, shuffling walk, muscle spasms, tremor |
| Dry mouth, fever and sore throat, rash | Enlarged breasts (males and females) |
| Drowsiness, faintness or dizziness, nausea | Problems with urination |
| Excitement | Weight gain |

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatrist   I understand that permission may be revoked at my discretion   I have had an opportunity to ask questions I wished to ask

I have been made aware of alternative treatments

| Physician's Signature | Signature |
|---|---|
| Date   4-17-02 | Witness Signature |

I have been advised to take the medications listed above but I am unwilling to take the medication as recommended   The possible consequences of not taking the medication have been explained to me
Specifically

| Physician's Signature | Inmate's Signature |
|---|---|

DRC5160 (5/98)  Distribution  White - Mental Health    e   .n iry   inmate

## Medication Kardex

**INFORMED CONSENT/NO STATUS CODES**
1=Patient Formally Refused to Gave Informed Consent
2=Patient Gave Informed Consent for Medications
3=Patient Under 90 day Forced Medication Order (not on Informed Consent)
4=Patient Gave Informed Consent but was Regularly Refusing Doses of Prescribed Medication
5=Patient Formally Refused 1 or More Medications and on Informed Consent for 1 or More Other Medications
8=Other/Not Applicable/No Medication had been Recommended for Patient

**Months/Years**  4 - 02

| Start/Stop | IC | Medication Strength Route Frequency | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-4 / 4/8 | 5/8 | Trazodone 100 mg P.O. QHS x 14 day | 19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4-4 / 4/8 | 5/8 | Celexa 20 mg P.O. QAM x 14 day | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4-4 / 4/8 | 4/8 5/8 | Seroquel 50 mg P.O. BID x 30 day | 8 19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/ | IC | Neurontin 600 mg P.O. TID x 14 day | 8 13 19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Start/Stop | IC | Medication Strength Route Frequency | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| / 5/30 | IC | Neurontin 900mg PO Bid x 30d. | 8 19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | IC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | IC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | IC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | IC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Initial each dose administered  Circle initials ⊕ for each scheduled dose omitted  DC indicates discontinued dosage  Full signature required on back

| Doctor | Hospital No | Ward | Room No | Weight | Age | Allergies, Comments |
|---|---|---|---|---|---|---|
| | | R1 | B2 2075 | | | NKDA |

| Last Name DMH 0017 (Rev 12/91) | First | Middle | Medication Administration Times |
|---|---|---|---|
| Hall | | 425 - 894 | 7 8 9 10 11 12 1 2 3 4 5 6 7 8 9 2 4 6 PRN AWL |

DMH MEDR 1013A

002822

| Initial | Full Signature | Title | Initial | Full Signature | Title |
|---------|----------------|-------|---------|----------------|-------|
| KV | K. Valentine | RN | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Knanana | | | | |
| | | | | MPressley | RN |

| Start | Stop | Treatments | Stat Orders |
|-------|------|------------|-------------|
| | | | |
| | | | |
| | | | |
| | | | Diet |

**PRN Medications**    mark giving a PRN medication enters next to the medication vertically the
                        date  time given and initials for each dose given

| OR Date<br>Initials | Exp. Date<br>Time | Medication-Dosage-Frequency-<br>Route of Administration | Doses Given |
|---------------------|-------------------|---------------------------------------------------------|-------------|
| | | IC | |
| | | IC | |
| | | IC | |
| | | IC | |

002823

**Medication Kardex**

INFORMED CONSENT (IC) STATUS CODES
1 = Patient Formally Refused to Give Informed Consent
2 = Patient Gave Informed Consent for Medications
3 = Patient Under 90 day Forced Medication Order (not on Informed Consent)
4 = Patient Gave Informed Consent but was Regularly Refusing Doses of Prescribed Medication
5 = Patient Formally Refused 1 or More Medications and on Informed Consent for 1 or More Other Medications
6 = Other/Not Applicable/No Medication had been Recommended for Patient

Months/Years: 6-02

| Start/Stop | Medication Strength Route Frequency | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Neurontin 800mg PO QHS | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Celexa 40mg PO QHS | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Neurontin 800mg PO QHS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

July 02

| Start/Stop | Medication Strength Route Frequency | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Celexa 40mg PO QHS | | | | | | DC 7/11/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Trazodone 100mg PO QHS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Risperdal 3mg PO QHS | | | | | | DC 7/11/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Risperdal 3mg PO QHS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Celexa 40mg PO QD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Initial each dose administered  Circle initials ® for each scheduled dose omitted  DC indicates discontinued dosage  Full signature required on back

| Doctor | Hospital No | Ward | Room No | Weight | Age | Allergies, Comments |
|---|---|---|---|---|---|---|
| | | | | | | pg 2of2 |

| Last Name | First | Middle | | Medication Administration Times |
|---|---|---|---|---|
| Hall | 425-874 | | | 7 8 9 10 11 12 1 2 3 4 5 6 7 8 9 2 4 6  PRN  AWL |

DMH-0017 (Rev 12/91)
DMH MEDR-1013A

002824

| Initial | Full Signature | R. Title | Initial | Full Signature | R. / Title |
|---|---|---|---|---|---|
|  | April *Allen* | R.N. |  | *Kelly Haggard* | R.N / Title |
| *H* | *Frederica* | R.N. | *Ec* | *Amee Chaney* | R.N. |
| *hs* | *Ben V. Ott* | R.N. | *Ro* | *Rose Watkins* | R.N. |
| *MK* | *Michelle Klingler* | R.N. |  |  |  |
| *S* | *David Stowe* | N |  |  |  |
| *DS* | *Della St Johns* | R.N. |  |  |  |
| *SR* | *Suzanne Rowe* | R.N. |  |  |  |

| Start | Stop | Treatments | | Stat Orders | |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  | Diet |  |

**PRN Medications**   Nurse giving a PRN medication enters next to the medication vertically the date   time given and initials for each dose given

| Ord Date Initials | Exp Date Time | Medication-Dosage-Frequency-Route of Administration | Doses Given |
|---|---|---|---|
|  |  | IC |  |
|  |  | IC |  |
|  |  | IC |  |
|  |  | IC |  |

002825

**Medication   Kardex**

INFORMED CONSENT (IC) STATUS CODES
1 = Patient Formally Refused to Give Informed Consent
2 = Patient Gave Informed Consent for Medications
3 = Patient Under 90 day Forced Medication Order (not on Informed Consent)
4 = Patient Gave Informed Consent but was Regularly Refusing Doses of Prescribed Medication
5 = Patient Formally Refused 1 or More Medications and on Informed Consent for 1 or More Other Medications
6 = Other/Not Applicable/No Medication had been Recommended for Patient

Months/Years
May 2012

| Start Stop | | Medication Strength Route Frequency | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Trazadone 100 mm po. QHS x30d | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Celexa 20mm po x30d. | | | | | | | | | | | | | | | MMC 5-13-02 | | | | | | | | | | | | | | | | |
| | | Serogual 50mm po BID x30d | | | | | | | | | | | | | | | DC 5-13-02 | | | | | | | | | | | | | | | | |
| | | Neurontin 900mm po BID x30d | | | | | | | | | | | | | | | DC 5/13/02 | | | | | | | | | | | | | | | | |

| Sign Stop | | Medication Strength Route Frequency | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Celexa 30 mg po | N | | | | | | | | | | | | | | | | | | | D/C 5/16/ | | | | | | | | | | | |
| | | Neurontin 900mg N+ hS | N | | | | | | | | | | | | | | | | | | | D/C 5/ | | | | | | | | | | | |
| | | Geodon 20mg po BID x1week then | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Geodon 40mg p hs | hS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Celexa 40 mg N | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Initial each dose administered  Circle initials ⊕ for each scheduled dose omitted  DC indicates discontinued dosage  Full signature required on back

| Doctor | Hospital No | Ward | Room No | Weight | Age | Allergies, Comments |
|---|---|---|---|---|---|---|
| Psych | CRL | | | | B | NKDA |

| Last Name | First | Middle | | Medication Administration Times |
|---|---|---|---|---|
| Hall | | 425894 | SC 108 | 7 8 9 10 11 12 1 2 3 4 5 6 7 8 9 2 4 6  PRN AWL |

OMH-0017 (Rev 12/91)   OMH MEDR 1013A

002826

| Initial | Full Signature | Title | Initial | Full Signature | Title |
|---------|----------------|-------|---------|----------------|-------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| Start | Stop | Treatments | Stat Orders |
|-------|------|------------|-------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | Diet |

**PRN Medications** — Nurse giving a PRN medication enters next to the medication vertically the date  time given and initials for each dose given

| OR Date / Initials | Exp Date / Time | Medication-Dosage-Frequency-Route of Administration | Doses Given |
|--------------------|-----------------|------------------------------------------------------|-------------|
|  |  | IC |  |
|  |  | IC |  |
|  |  | IC |  |
|  |  | IC |  |

002827

████████████████

## Authorization For Release Of Information

I, _Hall, James_ . 425-894 , date of birth ████████████
( name and inmate number )

hereby authorize the Correctional Reception Center to release my medical information to the following individuals ( relatives, clergy, etc )

1 _Joyce Banks_        Mother
( name and relationship )

2 _Larry McDonald_   Case Manager;   Zeph Center
( name and relationship )

Information I authorize to be released ( check all that apply )

✓ history and physical                    ✓ physician's orders

✓ lab test results (includes x-rays)      ✓ psychiatric evaluations

✓ progress notes                          ✓ consultations

I understand that this information extends to all or part of the records indicated above which may include treatment for psychiatric illness, alcohol and/or drug abuse, and communicable diseases, excluding HIV testing and results ( except where a court order has been issued for HIV testing )

The exceptions or exclusions to this release are _____Ø_____
( list individually )

I understand that this consent will remain valid for 180 days from the date of the inmate's signature. I further understand that I may revoke this consent at anytime by notifying the Correctional Reception Center's Medical Department in writing of that intent

X _J Hale₂₄_      425.894 4/4/02
Inmate Signature, Number and Date

_Charles Orlak RN   4-4-02_ .
Witness Signature and Date

## Medical & Dental Services Orientation

# Routine and emergency medical/dental care are provided at this facility by physicians, dentists, and nurses.

<u>Routine Medical Care.</u> Chronic health concerns (back pain, colds, medication refills, questions about test results, foot pain, etc.)

1. Routine medical concerns are taken care of on nursing sick call.
2. Each housing area has an assigned day of the week for nursing sick call
3. You will sign up the night before your scheduled day and list the concerns you want to be seen for
4  You will be sent to the medical clinic on the assigned day and time to see the medical staff  <u>You will have to wait your turn to be seen</u>

<u>Emergency Medical Care</u>  Life threatening situations
        (Chest pain, difficulty breathing, hemorrhage, etc )

***Notify the nearest correctional officer of the problem you are having   They will alert the medical clinic and you will be seen at once ***

<u>Dental Care</u>  While at the Correctional Reception Center you will receive a dental assessment and only emergency care will be provided  The emergency care that is provided will be emergency extractions and temporary fillings  All routine care such as teeth cleaning, dentures, etc  will be provided at your parent institution after transfer from C R C

In compliance with the Ohio Revised Code Sections 5120.01 and 5120 56 and D R C. Policy 320-14, all inmates receiving non-exempted health care services; whether requested by the inmate or not, shall be charged a $3 00 co-payment fee  The institutional library has a copy of the Health Services Co-payment Policy available

If you have any questions regarding the health care you have received, you may send a kite to the Health Care Administrator and/or file an inmate grievance according to the Department's Grievance Policy

_____ 425.894        4/4/02 _____
Signature & Number                          Date

002829

**Medication Kardex**

INFORMED CONSENT (IC) STATUS CODES
1 = Patient Formally Refused to Give Informed Consent
2 = Patient Gave Informed Consent for Medications
3 = Patient Under 90 day Forced Medication Order (not on Informed Consent)
4 = Patient Gave Informed Consent but was Regularly Refusing Doses of Prescribed Medication
5 = Patient Formally Refused 1 or More Medications and on Informed Consent for 1 or More Other Medications
6 = Other/Not Applicable/No Medication had been Recommended for Patient

Months/Years: May '02

| Medication, Strength Route Frequency | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Neurontin 8mg po

6-02

Trazodone 100mg po

Geodon 40mg po rhs

DC 4/5/02

Celexa 40mg po Non.

Neurontin 800mg po DHr

DIC (d5/02)

Neurontin 800mg PO QN + HS

DC 6/20/02

Risperdal 1mg PO ON

Risperdal 2mg PO QHS

Initial each dose administered  Circle initials for each scheduled dose omitted  DC indicates discontinued dosage  Full signature required on back

| Doctor | Hospital No | Ward | Room No | Weight | Age | Allergies, Comments |
|---|---|---|---|---|---|---|

| Last Name DMH 0017 (Rev 12/91) | First | Middle | Medication Administration Times |
|---|---|---|---|

7 8 9 10 11 12 1 2 3 4 5 6 7 8 9 2 4 6 PRN AWL

DMH MEDR 1013A

002830

| Initial | Full Signature | Title | Initial | Full Signature | Title |
|---|---|---|---|---|---|
| | April Aliss | RN | MK | Michelle Kingler | RN |
| | Bru Van Oste | RN | DS | Della Stephens | RN |
| | Chris Stere | | JL | Joan Tuff | RN |
| | Daphne Robbins | RN | RW | Rose Watkins | RN |
| | Suzanne Rowe | RN | BM | Melinda G. Mlin | RN |
| | June M. Chewey | RN | | | |

| Start | Stop | Treatments | | | | | | Stat Orders | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | Diet | | | | |

**PRN Medications**  Nurse giving a PRN medication enters next to the medication verbally the date time given and initials for each dose given

| OR Date Initials | Exp Date Time | Medication-Dosage-Frequency-Route of Administration | Doses Given | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IC | | | | | | | | | |
| | | IC | | | | | | | | | |
| | | IC | | | | | | | | | |
| | | IC | | | | | | | | | |

002831

## Medication Kardex

**INFORMED CONSENT (IC) STATUS CODES**
1 = Patient Formally Refused to Give Informed Consent
2 = Patient Gave Informed Consent for Medications
3 = Patient Under 90 day Forced Medication Order (not on Informed Consent)
4 = Patient Gave Informed Consent but was Regularly Refusing Doses of Prescribed Medication
5 = Patient Formally Refused 1 or More Medications and on Informed Consent for 1 or More Other Medications
6 = Other/Not Applicable/No Medication had been Recommended for Patient

Months/Years  **8-02**

| Start/Stop | Medication Strength Route Frequency | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Neurontin 800mg po N+HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Trazadone 100 mg po hs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Risperdal 3 mg po QHS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Celexa 40 mg po am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Stop | Medication Strength Route Frequency | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Entered/Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Entered/Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Entered/Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Entered/Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Entered/Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Initial each dose administered  Circle initials ⊗ for each scheduled dose omitted  DC indicates discontinued dosage  Full signature required on back

| Doctor | Hospital No | Ward | Room No | Weight | Age | Allergies, Comments |
|---|---|---|---|---|---|---|
| | | | | | | |

| Last Name | First | Middle | | Medication Administration Times |
|---|---|---|---|---|
| DMH 0017 (Rev 12/91) | | | | |

Hall  425-894

7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 2 | 4 | 6 | PRN | AWL

DMH MEDA 1013A

002832

| Initial | Full Signature | Title | Initial | Full Signature | Title |
|---|---|---|---|---|---|
| | April Whelen | R. N. | RW | Kelly Huggard | R. |
| F | Fran Juda | R N | SC | Sandi Chavez | RN. |
| | Ben Violette | R N | RW | Rose Watkins | R N |
| MK | Michelle Klingler | R.N | | | |
| S | Quin Store | N | | | |
| DS | Della St Johns | R N | | | |
| SR | Suzanne Rowe | RN | | | |

| Start | Stop | Treatments | | Stat Orders |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | Diet | |

**PRN Medications**  Nurse giving a PRN medication enters next to the medication vertically the date, time given and initials for each dose given

| Ord Date / Initials | Exp Date / Time | Medication-Dosage-Frequency-Route of Administration | | Doses Given |
|---|---|---|---|---|
| | | IC | | |
| | | IC | | |
| | | IC | | |
| | | IC | | |

002833



State of Ohio
Department of
Rehabilitation and Correction
**Intrasystem Transfer
and Receiving**
HEALTH SCREENING FORM

| Name | Hall |
|---|---|
| Number: | 425894 |
| Date of Birth | [redacted] |
| Race | W | Sex | M |

| Date: 5/1/02 | Time 11:30 pm | Transferring Institution: CRC |
|---|---|---|
| Diagnosis: 1 Mental health disorder | | Medications: 1 Neurontin 900 mg po B-10 |
| 2 | | 2 Seroquel 50mg po B-1-0 |
| 3 | | 3 Celexa 20 mg po A.M |
| 4 | | 4 Trazadone 100mg po H.S |

| Allergies: NKA | PPD size: O | PPD Date 4/4/12 | Tetanus date: |
|---|---|---|---|
| Current Treatment: | Diet: Reg |
| Pending Consults: | Chronic Care Clinic: |
| Follow-Up Care Needed: | |
| Disabilities, Limitations, Prosthetic Devices. | |
| Presently on Suicide Watch?  ☐ Yes  ☐ No | History of Suicide Attempts?  ☐ Yes  ☑ No  Date: |
| On Psychotropic medications?  ☐ Yes  ☐ No | Signature  P Monroe RN |

| Date: 5/2/02 | Time: 155 | Receiving Institution: |
|---|---|---|
| SUBJECTIVE Complaints: | | |
| Diagnosis: 1 Bipolar | | Medications: 1 ✓ |
| 2 Man depression | | 2 G abv |
| 3 Borderline personality disorder | | 3 |
| 4 | | 4 |

**OBJECTIVE**   Physical Appearance, Behavior

| Vital signs: Temp: 98.4 | Pulse: 28 | Resp: 72 | BP 118/74 | Weight: 227# |
|---|---|---|---|---|

ASSESSMENT.

PLAN (Disposition)   ☐ Routine (Advised how to access Health Care)   ☐ DSC Appointment Date

☐ Pending Consults noted:         ☐ Chronic Care Clinic appointment date.

☐ Placed in infirmary   ☐ Special housing   ☐ Therapeutic diet ordered   ☐ Wave/program limitations ordered

☐ Health Education Material Reviewed   Signature  Rui Vobbtul

Intrasystem Transfer and Receiving Form

002834



## Notification Of Next of Kin
## Hospital Admission Trips

| Inmate Name | Hall   James | Number 425-894 | Date of Birth |
|---|---|---|---|

I hereby authorize the Ohio Department of Rehabilitation and Correction to inform the following person of any Emergency trips or hospitalizations that may occur while I am incarcerated at

___LICI.___
Institution

| Name Joyce Burke | Relationship moth |
|---|---|
| Address  1324 Auburt Stret | |
| City  Toledo | State oh | Zip Code 43605 |
| Phone Number (including Area Code)  419-697-9204 | |

Information that will be released will include

1. Name and telephone number of the hospital to which I was sent and/or admitted.
2. Hospital visiting hours (if applicable).
3. My medical condition (if known)

☐   At this time I do not wish for information concerning my Emergency trips and/or hospitalization to be released to any person.

I understand that this authorization will remain valid for one (1) year from the date of my signature.  I further understand that I may revoke this authorization at any time by providing written notification to the Institution Health Care Administrator or Unit Staff

| Signature  Hall  425-894 | Number | Date 5/02/02 |
|---|---|---|
| Witness Signature | | Date 5/02/02 |

DRC5325 (03/02)  copy Master File, Medical File, Unit File, DOTS  entry

ACA 3-4374

002835

# Initial Medical/Mental Health/Substance Use Screening

Provide information in the *Comment* section for all questions answered yes
All information is based upon self report of inmate.

| | |
|---|---|
| Date of Interview 5/02/02 | Signature/Title of Interviewer |
| Time of Interview | Institution LICT | Printed Name/Title of Interviewer |
| Date of Arrival at Institution 5/02/02 | Time of Arrival at Institution 12 | Received from CRC |
| Name Hall James | Number 425-894 |

1  ☑ Yes  ☐ No    History of outpatient mental health treatment
2  ☑ Yes  ☐ No    History of inpatient treatment
3  ☑ Yes  ☐ No    History of head injury
4  ☐ Yes  ☑ No    History of violent behavior
5  ☐ Yes  ☑ No    History of suicide attempts**
6  ☐ Yes  ☑ No    Current suicidal thoughts**
7  ☐ Yes  ☑ No    Current suicide plan**
8  ☐ Yes  ☑ No    Ability to carry out current suicide plan**
9  ☐ Yes  ☑ No    Unusual behavior/affect**
10 ☑ Yes  ☐ No    Current psychotropic medications (see current medication on medical form)
11 ☑ Yes  ☐ No    Hallucinations**
12 ☑ Yes  ☐ No    Was this inmate on caseload at sending institution   If discharged, give date

Yes responded to items with ** should be referred for either immediate attention or evaluation as dictated by the individual circumstances

| Comments |
|---|

☐ Yes  ☑ No    Mental health orientation information given to inmate

## MENTAL HEALTH DISPOSITION (Check one or more)

☐ Yes  ☑ No    Crisis/Safe cell assignment requested
☐ Yes  ☑ No    Special housing assignment requested
☑ Yes  ☐ No    Routine housing requested
☐ Yes  ☑ No    Emergency mental health referral

## MEDICAL DISPOSITION

☐ Yes  ☑ No    Special Needs Unit          ☐ Yes  ☑ No  Emergency Transport
☐ Yes  ☑ No    Infirmary Admission         ☑ Yes  ☐ No  Routine Housing
☐ Yes  ☑ No    Physical Referral

## SUBSTANCE USE SCREENING

☐ Yes  ☑ No    History of alcohol and drug problem
☐ Yes  ☑ No    Previous alcohol and drug treatment
☐ Yes  ☑ No    History of alcohol and drug problem when ceasing use

| | Date of Last Use | Method | Frequency |
|---|---|---|---|
| Alcohol        ☐ Yes ☑ No | | | |
| Amphetamines   ☐ Yes ☑ No | | | |
| Cannabis       ☑ Yes ☐ No | 1/yr | | |
| Cocaine        ☐ Yes ☑ No | | | |
| Hallucinogens  ☐ Yes ☑ No | | | |
| Inhalants      ☐ Yes ☑ No | | | |
| Nicotine       ☑ Yes ☐ No | 1 pk/day | | |
| Opiates        ☐ Yes ☑ No | | | |
| Phencyclidine  ☐ Yes ☑ No | | | |
| Sedatives      ☐ Yes ☑ No | | | |

**Frequency of Use Codes**

1 = Less than 12 times yearly
2 = Once per month
3 = Twice per month
4 = Once per week
5 = 2 times per week
6 = More than 3 times per week
7 = Daily
8 = Binge

**Method of Administration Coding**

1 = Oral
2 = Intravenous
3 = Subcutaneous
4 = Inhalation
5 = Intranasal
6 = Smoking
7 = Freebase
8 = Other

DRC5170 (Rev 1/00)    Distribution    White - Mental Health    Canary - Medical    ACA 4273, 4292, 4337, 4343, 4344, 4345

002836

# Health History

Page 1

**Reporter**
- ☐ Self
- ☐ Interpreter
- ☐ Translator

Name of Interpreter or Translator, if applicable (printed)

Title

| Mental Status  HIV | Maiden Name  # ▇▇▇▇ |
|---|---|

| Date of Birth ▇▇▇▇ | Age  28 | Religion  N/A | Race  W |
|---|---|---|---|

## Family History: (f) father, (m) mother, (s) sister, (b) brother, (g) grandparent, (n/a) not applicable

| | f | m | s | b | g | n/a | | f | m | s | b | g | n/a | | f | m | s | b | g | n/a |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anemia | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | Epilepsy/Seizures | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | Mental Illness | ☐ | ☑ | ☐ | ☑ | ☐ | ☐ |
| Asthma | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | Heart disease | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | Sickle Cell | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| Cancer | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | Hepatitis | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | TB | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| Diabetes | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | Hypertension | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | Other | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Next of Kin  Joyce Banks | Relationship  mother | Address  N/A |
|---|---|---|
| Telephone (including area code)  419-697-9204 | | |

| Temp  974 | Pulse  76 | Resp  14 | B/P  144/96 | Height  71" | Weight  239  lbs |
|---|---|---|---|---|---|
| Allergies  NKA | | | | | |

**Vision Screening**

| | Right without eyeglasses  20/50 | With eyeglasses | Left without eyeglasses  20/50 | With eyeglasses |
|---|---|---|---|---|

**Hearing Impairment**   Right Ear   ☐ Yes  ☑ No       Left Ear   ☐ Yes  ☑ No

**Cursory Dental Screening**   ☐ Good   ☐ Fair   ☑ Poor

## Personal History (place check in appropriate block at left of each item)

| Yes No | | Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|---|---|
| 1 ☐ ☑ | Acute skin diseases | 11 ☐ ☑ | Diabetes | 20 ☐ ☑ | Hernia | 30 ☑ ☐ | Stab Wound |
| 2 ☐ ☑ | Amputations | 12 ☐ ☑ | Ear, nose or | 21 ☐ ☑ | High or low blood | 31 ☐ ☑ | Stomach, liver or |
| 3 ☐ ☑ | Anemia | | throat trouble | | pressure | | intestinal trouble |
| 4 ☑ ☐ | Arthritis (L) hand | 13 ☐ ☑ | Epilepsy | 22 ☐ ☑ | IV drug user | 32 ☐ ☑ | Thyroid problems |
| 5 ☐ ☑ | Asthma (L) knee | 14 ☐ ☑ | Eye disorder | 23 ☐ ☑ | Measles | 33 ☐ ☑ | Tuberculosis |
| 6 ☑ ☐ | Blood transfusion | 15 ☐ ☑ | Gun Shot Wound | 24 ☐ ☑ | Mumps | | positive PPD |
| 7 ☐ ☑ | Bone, joint or other | 16 ☐ ☑ | Heart problems | 25 ☐ ☑ | Paralysis | 34 ☐ ☑ | Tumor, growth, |
| | deformity | 17 ☐ ☑ | Hemophiliac or | 26 ☐ ☑ | Rheumatic fever | | cyst |
| 8 ☐ ☑ | Cancer | | bleeding disorder | 27 ☐ ☑ | STD | 35 ☐ ☑ | Urinary problems |
| 9 ☑ ☐ | Chicken pox | 18 ☐ ☑ | Hemorrhoids | 28 ☑ ☐ | Shortness of breath | | |
| 10 ☐ ☑ | Chronic cough | 19 ☐ ☑ | Hepatitis | 29 ☑ ☐ | Sinusitis | | |

| Hospitalizations / Medical & Psychiatric / Past Five years or Major Hospitalizations (When, Where, Why) |
|---|
| 1997 → 2002   St Charles - Toledo OH   3wk — depression |

| Current Health Problems |
|---|
| Depression, (L) hand/knee pain : Hx of drug   Dental pain |

| Current Medications  Trazodone 100mg PO QHS, Celexa 20mg PO QAM   Seroquel 50mg P.O. BID,  Neurotin 600mg PO TID | ☑ Verified | ☐ Not Verified |
|---|---|---|

| Signature/Title of Interviewer  Charles G Lorly RN | Date  4-4-02 |
|---|---|

| Inmate Name (Last, First, Middle Initial)  Hall James | Inmate Number  425-894 | Institution  CRC |
|---|---|---|

DRC5031 (REV 11/99)          ACA 4343 through 4346, 4376                    **MEDICAL**



**State of Ohio**

# Physical Examination



Page 2

☐ Recap  Intake
☐ Other

## Check Item if Abnormal:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | ☐ | skin | 10 | ☐ | mouth | 19 | ☐ | musculoskeletal |
| 2 | ☐ | gait | 11 | ☐ | neck | 20 | ☐ | extremities |
| 3 | ☐ | speech | 12 | ☐ | chest | 21 | ☐ | neurological |
| 4 | ☐ | scalp | 13 | ☐ | breasts | 22 | ☐ | lymph nodes |
| 5 | ☐ | eyes | 14 | ☐ | lungs | 23 | ☐ | rectum |
| 6 | ☐ | fundi | 15 | ☐ | heart | 24 | ☐ | pelvis |
| 7 | ☐ | nose | 16 | ☐ | abdomen | 25 | ☐ | |
| 8 | ☐ | ears | 17 | ☐ | genitalia | 26 | ☐ | |
| 9 | ☐ | throat | 18 | ☐ | spine | 27 | ☐ | |

**Abnormal Findings (refer to above numbers):**

**Major Health Problems**

**Functional Needs**      (check all that apply)

☐ W (Wheelchair user)   ☐ M (Mobility impaired)
☐ S (Speech impaired)    ☐ V (Vision impaired)
☐ H (Hard of hearing/Deaf) ☐ O (Other)

**Comments regarding accommodations** _____

**Summary of Institutional Medical Status**
(check one only)

Class  1  ☐
       2  ☐
       3  ☐
       4  ☐

| Physician's signature | Date  4/6/12 |
|---|---|
| Inmate Name (last, first, middle initial) | Number | Race |

DRC 5033 (Rev 1/00)

002838

# Initial Medical/Mental Health/Substance Use Screening

Provide information in the *Comment* section for all questions answered *yes*
All information is based upon self report of inmate.

| | | | |
|---|---|---|---|
| Date of Interview: 4-4-02 | | Signature/Title of Interviewer: Charles Ortosky | |
| Time of Interview: 1642 | Institution: CRC | Printed Name/Title of Interviewer: Charles Ortosky R | |
| Date of Arrival at Institution: 4-4-02 | Time of Arrival at Institution: 1126 | Received from: WOOD | |
| Inmate Name: Hall, James | | | Inmate Number: 425-894 |

| | | | |
|---|---|---|---|
| 1 | ☑ Yes ☐ No | History of outpatient mental health treatment |
| 2 | ☑ Yes ☐ No | History of inpatient treatment |
| 3 | ☐ Yes ☑ No | History of head injury |
| 4 | ☐ Yes ☑ No | History of violent behavior |
| 5 | ☑ Yes ☐ No | History of suicide attempts** |
| 6 | ☐ Yes ☑ No | Current suicidal thoughts** |
| 7 | ☐ Yes ☑ No | Current suicide plan** |
| 8 | ☐ Yes ☑ No | Ability to carry out current suicide plan** |
| 9 | ☐ Yes ☑ No | Unusual behavior/affect** |
| 10 | ☑ Yes ☐ No | Current psychotropic medications (see current medication on medical form) |
| 11 | ☐ Yes ☑ No | Hallucinations** |
| 12 | ☑ Yes ☐ No | Was this inmate on caseload at sending institution  If discharged, give date |

Yes responded to items with ** should be referred for either immediate attention or evaluation as dictated by the individual circumstances

## Comments

☑ Yes ☐ No   Mental health orientation information given to inmate

## MENTAL HEALTH DISPOSITION (Check one or more)

☐ Yes ☑ No   Crisis/Safe cell assignment requested
☑ Yes ☐ No   Special housing assignment requested
☑ Yes ☐ No   Routine housing requested
☐ Yes ☑ No   Emergency mental health referral

## MEDICAL DISPOSITION

| | | |
|---|---|---|
| ☐ Yes ☑ No   Special Needs Unit | ☐ Yes ☑ No   Emergency Transport |
| ☐ Yes ☑ No   Infirmary Admission | ☑ Yes ☐ No   Routine Housing |
| ☐ Yes ☐ No   Physical Referral | |

## SUBSTANCE USE SCREENING

☐ Yes ☑ No   History of alcohol and drug problem
☐ Yes ☑ No   Previous alcohol and drug treatment
☐ Yes ☑ No   History of alcohol and drug problem when ceasing use

| | | | Date of Last Use | Method | Frequency |
|---|---|---|---|---|---|
| Alcohol | ☑ Yes | ☐ No | 1998 | drink | occ |
| Amphetamines | ☐ Yes | ☑ No | | | |
| Cannabis | ☑ Yes | ☐ No | Jan 2002 | smoky | joint/day |
| Cocaine | ☑ Yes | ☐ No | 1998 | snorted | 3-4x |
| Hallucinogens | ☐ Yes | ☑ No | | | |
| Inhalants | ☐ Yes | ☑ No | | | |
| Nicotine | ☑ Yes | ☐ No | March 2002 | smoky | pk/day |
| Opiates | ☐ Yes | ☑ No | | | |
| Phencyclidine | ☐ Yes | ☑ No | | | |
| Sedatives | ☐ Yes | ☑ No | | | |

### Frequency of Use Codes

1 = Less than 12 times yearly
2 = Once per month
3 = Twice per month
4 = Once per week
5 = 2 times per week
6 = More than 3 times per week
7 = Daily
8 = Binge

### Method of Administration Coding

1 = Oral
2 = Intravenous
3 = Subcutaneous
4 = Inhalation
5 = Intranasal
6 = Smoking
7 = Freebase
8 = Other

DRC5170 (Rev 1/00)   Distribution: White - Mental Health   Canary - Medical   ACA 4273, 4292, 4337, 4343, 4344, 4345

002839

*894*

**SecureCare, Inc  Medical Department**
1960 E  Gypsy Lane
Bowling Green, Ohio 43402
419-354-7744 ext  245

### Inmate Medical Informational Transfer Sheet

TO _____ ODRC _____
(Receiving facility)

Inmate _Hall, James M_____   SS# ████████

Medical Hx and Current Problems ① Bipolar  ② Steel Rods + Platins
ⓑ Knee + ① Wrist 3/94

Current RX ① Trazodone 100mg  q HS ② Celexa 20mg  q AM
③ Neurotin 600mg  ↑ tid  ④ Serogul 100mg (½ tab) Ubid

Pending Referrals and dates if appropriate. ___ ∅

Current Physical Prosthesis/Disabilities ___ ∅

Known Allergies _NKDA_

Special Diet ___ ∅

Additional Comments _____

TB Test Given _3-22-02_          Reading _3-24-02_  ∅ mm

Date _4-4-02_

Signature _N Quaintance_          Title _LN_

002840

State of Ohio
**DEPARTMENT OF REHABILITATION AND CORRECTION**

Page 4

## IMMUNIZATION RECORD

PPD   Date given _4/9/02_ Results (in mm) _____ ) positive PPD prior to entrance in the prison system
4/6 If so, when? _____

| Immunization (Test) | Date given | Date given | Date given | Date given | Date given |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| Tetanus Toxoid |  |  |  |  |  |
| Influenza |  |  |  |  |  |
| Other |  |  |  |  |  |
| Other |  |  |  |  |  |
| Other |  |  |  |  |  |
| Other |  |  |  |  |  |
| Other |  |  |  |  |  |

Comments

NAME   (last, first, middle initial)      Number      Sex   Race

DRC 5035 (≡)                                                     **MEDICAL**

002841

Inmate Name: _Hall, James_

Inmate Number _425-894_

## Screening Questionnaire for Possible Hepatitis C Exposure

A.  Previously known HCV positive --

    ✓ No; _____ Yes  (Enroll in Liver Chronic Care Clinic)

B   High-risk behaviors associated with transmission of HCV --

    ☑ History of IV or intra-nasal drug use, <u>even once</u>, or

    ☐ History of blood transfusion before June 1992, or

    ☐ History of HIV infection or having a sex partner with HIV infection, or

    ☐ History of hemodialysis, or

    ☐ History of hemophilia – recipient of concentrated clotting factors

    _____ No; _____ Yes (Order HCV by EIA-2)

Signed _Charles Olotty_   Date _Y-4-02_

Title _RN_

002842

State of Ohio



## INTAKE RADIOLOGY AND LABORATORY REPORTS

ATTACH 3RD REPORT ALONG HERE AND SUCCEEDING ONES ON ABOVE LINES

ATTACH 2ND REPORT WITH TOP AT THIS LINE

ATTACH 1ST REPORT ALONG LEFT MARGIN WITH TOP AT THIS LINE

ATTACHING MARGIN

NAME (last, first, middle initial)          Number      Sex      Race

DRC 5034-9                                              MEDICAL          002843



LCI

**1990 Harmon Ave; Columbus, OH 43223**
**Dr Martin Akusoba, CMC Medical Director**
**Dr. Michael Maymind, MD Director**

Date Logged  4/5/2002
Date of Collection  4/5/2002
Time of Collection  0700
Report Date  4/18/2002

**Facility:** CORRECTIONS RECEPTION CENTER , P.O BOX 300 , ORIENT , OH
**Name:** HALL , JAMES          **DOB:**          **Ordering Doctor:** NA
**Inmate #:** A425894          **Order Type:** Medical          **Request Type:**          **Sex:** M
**Sample Identification #:** 01846132

| Test Name | Result | Code | Units | M Low | - | M High |
|---|---|---|---|---|---|---|
| **Service Group· CHEMISTRY** | | | | | | |
| ALT-ACTIVATED | 20 | | IU/L | 10 | - | 35 |
| GLUCOSE | 80 | | MG/DL | 70 | - | 105 |
| **Service Group· IMMUNO** | | | | | | |
| HEP C Ab | NON-REACTIVE | | | | | - |
| HIV-1/HIV-2 | NON-REACTIVE | | | | | - |
| **Service Group: SERO** | | | | | | |
| RPR | NON-REACTIVE | | Dils | | | - |

Sample Identification #  01846132   Name  HALL          # A425894

4/18/0?

Medical L   rders

1990 Harmon Ave; Columbus, OH  43223
Dr Martin Akusoba, CMC Medical Director
Dr. Michael Maymind, MD Director

Date Logged  5/21/2002
Date of Collection  5/21/2002
Time of Collection
Report Date  5/22/2002

Facility: LIMA CORRECTIONAL INST , P O BOX 4571 , LIMA , OH
Name: HALL , JAMES          DOB: 10/7/1973          Ordering Doctor:
Inmate #: A425894          Order Type: Medical          Request Type:          Sex: M
Sample Identification #: 01814371

| Test Name | Result | Code | Units | M Low | - | M High | Normals |
|-----------|--------|------|-------|-------|---|--------|---------|
| **Service Group  CHEMISTRY** | | | | | | | |
| A/G | 1 7 | | RATIO | 1 1 | - | 1 9 | |
| ALBUMIN | 4 7 | | G/DL | 4 2 | - | 5 5 | |
| ALK PHOS | 92 | | IU/L | 53 | - | 128 | |
| LT-ACTIVATED | 18 | | IU/L | 10 | - | 35 | |
| AST-ACTIVATED | 14 | LOW | IU/l | 15 | - | 40 | |
| HCO3 | 31 | | MEQ/L | 22 | - | 33 | |
| T BILIRUBIN | 0 5 | | MG/DL | 0 2 | - | 1 2 | |
| BUN/CREATININE | 12 7 | | RATIO | 12 0 | - | 20 0 | |
| CALCIUM | 9 7 | | MG/DL | 8 4 | - | 10 2 | |
| CHLORIDE | 104 | | mEq/L | 98 | - | 109 | |
| CHOLESTEROL | 159 | | MG/DL | 100 | - | 240 | |
| CREATININE | 1 1 | | MG/DL | 0 7 | - | 1 3 | |
| GLOBULIN | 2 7 | | G/DL | 2 3 | - | 3 5 | |
| GLUCOSE | 87 | | MG/DL | 70 | - | 105 | |
| LD | 125 | | IU/L | 100 | - | 190 | |
| PHOSPHOROUS | 4 0 | | MG/DL | 2 5 | - | 5 0 | |
| POTASSIUM | 4 4 | | mEq/L | 3 5 | - | 5 0 | |
| SODIUM | 143 | | mEq/L | 135 | - | 145 | |
| TOTAL PROTEIN | 7 4 | | G/DL | 6 0 | - | 8 3 | |
| TRIGLYCERIDE | 180 | HIGH | MG/DL | 40 | - | 160 | |
| UREA NITROGEN | 14 | | MG/DL | 7 | - | 18 | |
| URIC ACID | 4 9 | | MG/DL | 3 5 | - | 7 2 | |
| **Service Group  CHEMSPEC** | | | | | | | |
| FTI | 69 | | RATIO | 6 3 | - | 12 0 | |
| T-UPTAKE | 0 88 | | UNITS | 0 66 | - | 1 27 | |
| THYROXIN (T-4) | 6 1 | | UG/DI | 4 5 | - | 12 0 | |
| TSH | 1 88 | | uIU/ML | 0 49 | - | 4 67 | |
| **Service Group  HEMO** | | | | | | | |
| WBC | 9 6 | | K/UL | 4 8 | - | 10 8 | |
| RBC | 5 39 | | M/UL | 4 70 | - | 6 10 | |
| HGB | 15 5 | | G/DL | 14 0 | - | 18 0 | |
| HCT | 46 | | % | 42 | - | 52 | |

RECEIVED AT LCI   2002 MAY 22  A 8 06

| | | | | | |
|---|---|---|---|---|---|
| MCV | 84 6 | | FL | 80 0 | • 94 0 |
| MCH | 28 8 | | PG | 27 0 | • 31 0 |
| MCHC | 34 0 | | G/DL | 33 0 | • 36 0 |
| RDW | 13 1 | | % | 11 5 | • 14 5 |
| PLT | 266 | | K/UL | 130 | • 400 |
| MPV | 9 6 | | FL | 7 4 | • 10 4 |

Sample Identification # 01814371   Name  HALL   Inmate #  A425894

RECEIVED AT LICI

2002 MAY 22  A 8 06

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan, and response to treatment   Sign and title all notes |
|---|---|
| 4-4-02 | 1700 Intake completed - inmate on M.H. meds - Inmate denies any thoughts of hurting himself - Inmate states ē Hx of (L) knee / (R) hand surg ē c/o discomfort at this time ——————— C.O. _____ R___ |
| 5/2/02 | 12⁰⁰ prid @ line. Chart reviewed + placed in order. Hx Hx of mental illness, surgery Lt knee. medication ordered by policy. Instructed ___ pill call _____ for medication ___ Valentine |
| 5/10/02 | 3⁸ᵐ No Show ASC ——————— DRobbins |
| 5-13-02 | 9³⁰ᵃ. Seen by Dr. Kim for MHS. Admitted to MHS ē diagnosis of Bipolar D/O. D/C Seroquel. Start Geodon 20mg @ NThs X 7 d, then ↑ to 40 mg @ NThs. Increase Celexa 30mg @ N, Desyrel 100mg @ hs, + Neurontin ___ @ NThs. Dr. Kim will monitor. ____ |
| 5-21-02 | 8ᵃᵐ review orders from Dr. Kim. ____ |
| 6-5-02 | 10⁴⁵ᵃ Seen as a walk in by D Kim ↑ Neurontin to 800 mg @ NThs, Celexa 40mg @ N Desyrel 100mg @ hs D/C Geodon. Start Risperdal 1mg @ N + 2mg @ hs. Dr. Kim will flu. ____ |
| | Hall 825-854 |

(continue on reverse side)

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment, implementation of treatment plan, and response to treatment.  Sign and title all notes |
|---|---|
| 6-28-02 | 9¹⁰ Am. Seen in MHS by Dr. Kim. Gp side effects start Neurontin 800 mg @ hs, Celexa 40 mg @ hs, Desyrel 100 mg @ hs, Risperdal 2 mg @ hs. F/u in 1 mo. — Hebert |
| 7-1-02 | 2 PM. Seen by Dr. Kim in MHS. Cp meds not being right. See new orders for Neurontin 800. mg @ N+hs, Risperdal 3 mg ghs, Celexa 40 mg @ Now, Desyrel 100 mg ghs. F/u c MHS in 1 mo. — Field |
| 7-26-02 | 2³⁰ Pm. Seen in MHS by Dr. Kim. States 50% ↑ to med Δ. MHS will f/u. — Hebert |
| 8/1/02 | Gp Release meds order written Release Summary on chart for Est/Rel. Tmp. on 8/27/02 — Robinson RN |
| 8-12-02 | 1Pm. No show for Dr. Kim. — Hebert |
| 8/26/02 | 6:24p Exit screening completed. — Schmneg |

# MENTAL HEALTH EVALUATION

| Dictation Date: 4-17-02 | Institution: ███████ | |
|---|---|---|
| Name: Hall | #: 425-894 | Date of Birth ███ |
| | | |

**Referral Source:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Self | ☒ | Medical | ☐ | Recovery Services |
| ☒ | Segregation | ☒ | MH Initial Screening | ☒ | Education |
| ☒ | Housing Unit | ☒ | MH Detailed Screening | ☒ | Job Assignment |
| ☒ | Parole Board | ☒ | Religious Services | ☒ | Other: |
| ☐ | Administration | ☒ | Rules Infraction Board | | |

**RECEIVED**

**MAY 2002**

LIMA CORRECTIONAL INSTITUTION
MENTAL HEALTH SERVICES

**Inmate Housing at Time of Referral: (check one)**

| | | | | | |
|---|---|---|---|---|---|
| ☒ | General Population | ☒ | Infirmary (not crisis bed) | ☒ | Crisis Bed |
| ☒ | Segregation | ☒ | Other | | |

| I. | **Reason for Referral: (Presenting Problem)** With history of episodes of mood swings up and down currently "under control" on medication he is taking. Treated against this as far back as he can think, without remembering specific dating. James had been inpatient starting from the age of 8 and then for a year in Riverbend, Tennessee. He had been treated in St. Charles Hospital in Toledo at the age of 15, 18, and 21 and three times within the last 2 years. Usually this is for weeks at a time. At other times he has been treated as outpatient. |
|---|---|
| II. | **History of Present Illness** As above |
| III. | **Psychiatric History (In-patient/Out-patient treatment; include current medication if any)** As above |
| IV. | **Medical History:** Denied |
| V. | **Alcohol & Substance Use History** History of smoking marijuana since the age of 18, most recently 6-7 months ago |
| VI. | **Personal History** 10 grades schooling with reading skill at least at the level of a high school graduate |
| VII. | **Social History** Computers |
| VIII. | **Occupational History** Construction |
| IX | **Family History** 11-year-old son is staying with the son's mother. Brother suffers from similar if not the same symptoms as James. Mother has been treated against schizophrenia. She also has a few physical ailments |
| X. | **Criminal Justice History (current conviction and sentence, prior arrests and convictions)** This is his first conviction, it is for non-support and he is sentenced to one year |
| XI. | **Institutional Adjustment** No problems and none likely |
| XII. | **Mental Status Examination** |
| | **A. Appearance & Behavior** He is properly, cleanly dressed |
| | **B. Mood & Affect** Currently he is free of symptoms |
| | **C. Speech & Language** |

*1*

# MENTAL HEALTH EVALUATION

| Dictation Date: 4-17-02 | Institution: Correctional Reception Center | |
|---|---|---|
| Name: Hall | #: 425-894 | Date of Birth: |
| | | |

He talks in well-formulated sentences, reflecting his normal orientation, logical thinking and good ability to recall remote and recent past

**D. Thought Process**
Without thought disorder now though he has a history of hearing some buzzing sounds when under tension since about the age of 8 years

**E. Thought Content & Perceptions**
He talks relevantly on issues under discussion and maintains a cooperative attitude

**F. Cognitive Assessment**
Good cognitive ability

**G. Suicide/Violence Risk Assessment**

- **Past Suicidal Ideation/Attempts (date & method)**
  He had not been, is not and is not going to be suicidal

- **Current Suicidal Ideation/Behavior**
  He is not suicidal now

- **Past Violent/Assaultive Behavior**
  He is not a violent and not assaultive person

- **Present Ideas/Behavior**
  He verbalized good intentions to remain compliant

**H. Insight/Judgment**
Which reflects his good judgment and insight

**XIII. Psychological Testing Results**
Not done

**XIV. Diagnostic Impression**

**Axis I:**
1. Bipolar 1 disorder, unspecified, 296 7 with history of psychotic symptoms when under strain as mentioned above
2. Marijuana abuse

**Axis II:**
1. None

**Axis III:**
1. Under medical

**Axis IV:**
1. He is well intended and will remain so

**Axis V.**
1. 74

**XV. Treatment Recommendations (including medications, labs ordered)**
He agreed to take Seroquel, Trazodone, Celexa and Neurontin

**Disposition (check one):**

| | |
|---|---|
| ☐ General Out-Patient Caseload | ☐ Probate |
| ☐ Psychiatric Out-Patient Caseload | ☐ Sex Offender Caseload |
| ☐ Residential Treatment Unit | ☐ No Further Services Required |
| ☐ Crisis Bed | ☐ Other |
| ☐ Next Appointment: | |

| Name, Title and Signature of Evaluator: | Boris Kolb, M.D., |
|---|---|

2

002851

# MENTAL HEALTH EVALUATION

| Dictation Date: 4-17-02 | Institution: Correctional Reception Center | |
|---|---|---|
| ▮▮▮▮ Name: Hall | ▮▮▮▮ #: 425-894 | Date of Birth ▮▮▮▮ |
| | | |

| BK/CDB | Psychiatric Consultant |
|---|---|
| Trans  05/08/02 12 04 PM | |
| C   Medical Dept | Signature   *Bledel, a by* |

3

## MENTAL HEALTH EVALUATION

| Dictation Date: 5/13/02 | Institution: ███████ |
|---|---|
| Name: Hall | ██: 425-894 | Date of Birth ███ |

Page #1

### Referral Source

- [ ] Self
- [ ] Segregation
- [ ] Housing Unit
- [ ] Parole Board
- [ ] Administration

- [ ] Medical
- [ ] MH Initial Screening
- [ ] MH Detailed Screening
- [ ] Religious Services
- [ ] Rules Infraction Board

- [ ] Recovery Services
- [ ] Education
- [ ] Job Assignment
- [ ] Other Initial Evaluation

### Inmate Housing at Time of Referral: (check one)

- [ ] General Population
- [ ] Segregation

- [ ] Infirmary (not crisis bed)
- [ ] Other

- [ ] Crisis Bed

**I. Reason for Referral: (Presenting Problem)**
Inmate has been diagnosed with a Bipolar Disorder for a number of years and has been on various medications. Currently he's on Seroquel 50 mg twice a day, Celexa 20 mg once a day, Trazadone 100 mg at bedtime and Neurontin 900 mg twice a day.

**II. History of Present Illness**
Inmate indicates he has been doing fairly well with the current combination for the past 2-½ years. CRC continued same medications. He still needs to take a lot of effort to control his emotion and anger. He still feels somewhat depressed, easily irritable.

**III. Psychiatric History (In-patient/Out-patient treatment, include current medication if any)**
He started Ritalin at age 7 and he doesn't remember how long he was on the Ritalin. Since late teenage he has been hospitalized at least "a dozen times" for psychiatric reason where he would attempt suicide or think about suicide. Last admission was 3 or 4 years ago. He has been on various psychotropic medications that include Lithium, Depakote, Zoloft, Risperdal and Zyprexa besides what he's taking now.

**IV. Medical History: include current medications**
None remarkable

**V. Alcohol & Substance Use History**
He used to smoke marijuana since age 20 that proved "relaxing". The past few years he would smoke marijuana a couple times a week. He experimented with crack cocaine but he never liked that. He used to drink but alcohol has never been his favorite.

**VI. Personal History**
He doesn't know anything about his father. He has one half brother and one half sister. He was diagnosed ADHD at age 7. He went to school through 10th grade and never obtained GED.

**VII. Social History**
Inmate married once for one year and divorced in year 2000. He has an 11-year-old son from other relationship.

**VIII. Occupational History**
He engaged in various odd jobs but never held any job for more than 6 months. He worked as a restaurant manager, bar tender, carpenter, roofer as well as dancer.

**IX. Family History**
His mother and half brother were diagnosed with Bipolar Disorder

**X. Criminal Justice History (current conviction and sentence, prior arrests and convictions)**
This is his first prison time for failure to pay child support, and he got one year. He went to jail a couple of times for the same reason.

**XI. Institutional Adjustment**
He reports some difficulty handling provocation from other inmates.

# MENTAL HEALTH EVALUATION

| Dictation Date: 5/13/02 | Institution: ██████ | | |
|---|---|---|---|
| Name:  Hall | | #:  425-894 | Date of Birth: ██████ |

**XII.  Mental Status Examination**

**A.  Appearance & Behavior**
He was dressed and groomed appropriately and his hygiene was clean  He appeared rather defensive initially but became noticeable cooperative as he was assured he would continue same medications

**B.  Mood & Affect**
He presents with noticeable labile mood, getting easily irritable and forceful at times

**C.  Speech & Language**
He would get rather talkative in pressured tone of voice inconsistently rapid rate

**D.  Thought Process**
His stream of thought tends to be conventional at times loosely associated

**E.  Thought Content & Perceptions**
Doesn't appear to be grossly delusional but he admits he still hears vague noise or voices  He reports he used to very vivid with hallucinations and Seroquel seems to help

**F.  Cognitive Assessment**
He was fully oriented without any evidence of memory deficit  His intelligence appears of average range

**G.  Suicide/Violence Risk Assessment**

- **Past Suicidal Ideation/Attempts (date & method)**
  He made 3 suicidal attempts since age 12  The last attempt was in 1998

- **Current Suicidal Ideation/Behavior**
  Denied

- **Past Violent/Assaultive Behavior**
  He got into much trouble during his adolescence for his aggressive behavior but "I never hit my wife".

- **Present Ideas/Behavior**
  Denied

**H.  Insight/Judgment**
He appears fairly insightful as to the nature of his psychiatric problems and his need of continuous treatment

**XIII   Psychological Testing Results**

**XIV.  Diagnostic Impression**

Axis I:
1   Bipolar Disorder, mixed
2   Rule out cannabis abuse

Axis II:
1   Deferred

Axis III:
1   None

Axis IV:
1   Incarceration

Axis V:
1   60 for current GAF

**XV.   Treatment Recommendations (including medications, labs ordered)**
1   I'll run CBC Chemistry Profile, Thyroid Function Test and EKG
2   Continue Neurontin 900 mg BID
3   Trazadone 100 mg at bedtime
4   I'll increase Celexa to 30 mg once a day

# MENTAL HEALTH EVALUATION

| Dictation Date: 5/13/02 | | Institution: ████████ | | |
|---|---|---|---|---|
| Name:  Hall | | ██: 425-894 | Date of Birth ████ | |
| | | | | Page #3 |

5   He was agreeable to try Geodon 20 mg twice a day that will be increased to 40 mg twice a day in place of Seroquel

6   Return visit in one month

**Disposition (check one):**

| | | |
|---|---|---|
| ☐ General Out-Patient Caseload | | ☐ Probate |
| ☒ Psychiatric Out-Patient Caseload | | ☐ Sex Offender Caseload |
| ☐ Residential Treatment Unit | | ☐ No Further Services Required |
| ☐ Crisis Bed | | ☐ Other |
| Next Appointment | | |

| Name, Title and Signature of Evaluator: | Jung H. Kim, MD |
|---|---|
| | Psychiatric Consultant |
| JHK/cal | |
| Trans. 5/16/02 | |
| cc: Medical Dept. | Signature  _Jung H Kim_ |

002855

Note.  Stopping of an order is to be written as a specific new order

**PLEASE PRESS FIRMLY - YOU ARE MAKING TWO COPIES.**

| WRITE OR IMPRINT PATIENT INFORMATION | ORDERS |
|---|---|

Run addressograph machine over patient's name plate only

Allergies

NKA

*Hall*
*425-894*  (5A)

Ward *Jean M. Chung*  2RSP

Date 7.1.02   Time 1 00 pm

① ↑ Neurontin 800 ▿ B.I.D.
  news o love:

② ↑ Risperdal ____ ____ 2HC ___

MD Signature
RN Signature   3 mg ⊘ hrs.   Date   Time

---

NKA

*Hall*
*425-894*  (5A)

Ward *Jean M. Chung*  3:25p

Date   Time

③   Celexa  40 mg po. noon

④   Trazodone 100 ▿ p.o hrs

MD Signature
RN Signature   Date   Time  ↓ 3c

---

NKA

*Hall*
*425-894*  (5A)

Ward *Jean M. Chung*  3:26p

Date   Time

⑤   D/O  4  wks

*Jay Ikkim MD*

MD Signature
RN Signature   Date   Time

---

*Hall*
*425-894*

Ward *Klenzler*  8/12/02  7:10/s

Date 8/11/02   Time 9p
Please Meds by 8/27/02
Neurontin 800 mg po B10 NFHS )
Risperdal 3 mg HS         )14 days
Celexa 40 mg po d
Trazodone 100 mg HS
Dr Admin / 2588 John Rd

MD Signature
RN Signature   Date   Time

---

DMH-0020  (Rev 6/00)

Distribution  White - Medical Record, Green - Pharmacy, Canary - Dietary

**DOCTOR'S ORDERS**
DMH-MedR-1016

002856

Note   Stopping of an order is to be written as a specific new order

**PLEASE PRESS FIRMLY - YOU ARE MAKING TWO COPIES**

| WRITE OR IMPRINT PATIENT INFORMATION | ORDERS |
|---|---|

Run addressograph machine over patient's name plate only

**Hall**
**425-894**   (5A)

Ward

Allergies   NKA

Date  6-5-02          10 15 a

↑ Neurontin 900 mg po.
noon ad bar.
Celexa 40mg po noon
Trazodone 100 g po hs

MD Signature _____   Date _____  Time _____
RN Signature  K. Pfifferlin   Date 6/5/02  Time 1115

---

**Hall**
**425-894**   (5A)

Ward

NKA

Date _____   Time _____

D/c  Geodon

Risperdal  1 mg po noon
2 mg po hs

MD Signature  R+  1 month   Date 6/5/02  Time
RN Signature  K. Pfifferlin   Date _____  Time

---

**Hall**
**425-894**   (5A)

Ward  Kunquere 6/26/02 1130

NKA

Date  6-25-02        Time  9 30 a

↓ Neurontin 900 mg po hs
Celexa 40 mg po tue
Trazodone 100 mg po hs

MD Signature  Risperdal 2 mg hs   Date _____  Time  3 a
RN Signature  po   l atl   Date _____  Time

---

**Hall**
**425-894**

Ward

NKA

Date _____   Time _____

MD Signature _____   Date _____  Time _____
RN Signature _____   Date _____  Time _____

---

DMH-0020  (Rev 6/00)

Distribution  White - Medical Record, Green - Pharmacy, Canary - Dietary

**DOCTOR'S ORDERS**
DMH-MedR-1016

002857

**Note:** Stopping of an order is to be written as a specific new order

PLEASE PRESS FIRMLY - YOU ARE MAKING TWO COPIES

| WRITE OR IMPRINT PATIENT INFORMATION | ORDERS |
|---|---|

Run addressograph machine over patient's name plate only

Allergies NKA

*Hall*
*425-894*

Date 5/16/02   Time 804

① Celexa 40y madr X3 mos

② Neurontin 900mg madr ↑S X3 mos

MD Signature _____ Date _____ Time _____
RN Signature _____ Date _____ Time _____

Ward *Neugenin 9/16/02 8:00*

---

NKA   Date 5-20-02   Time 3:30a

*Hall*
*425-894*   (4A)

Neurontin 800 mg po bid

Celexa 40 mg po noon

Trazodone 100 mg po hs

MD Signature _____ Date _____ Time _____
RN Signature _____ Date 5-20-02 Time _____

---

NKA   Date 5-20-02   Time

*Hall*
*425-894*   (4A)

① Geodon 40 mg po B.I.D.
    noon & hs

X 3 mo

Joung H Kim MD

MD Signature _____ Date _____ Time _____
RN Signature _____ Date 5-20-02 Time _____

---

NKA   Date _____   Time _____

*Hall*
*425-894*

MD Signature _____ Date _____ Time _____
RN Signature _____ Date _____ Time _____

DMH-0020  (Rev 6/00)   Distribution  White - Medical Record, Green - Pharmacy, Canary - Dietary

**DOCTOR'S ORDERS**
DMH-MedR-1016

Note· Stopping of an order is to be written as a specific new order

**PLEASE PRESS FIRMLY - YOU ARE MAKING TWO COPIES**

| WRITE OR IMPRINT PATIENT INFORMATION | ORDERS |
|---|---|

Run addressograph machine over patient's name plate only

Allergies NKDA

*Hall*
*425-894 GP*

Date 4/29/02   Time 8:50 Am

Neurontin 900 mg bid 30d

Ward B² 2075   4-30-02

---

NKDA

*Hall*
*425-894*

Date 5/2/02   Time 2ⁿᵈ

Seroquel 50 mg BID
Celexa 20 mg ____
Trazodone 40 mg HS   14 day
Neurontin 900 mg BID

Order 5/6/02   5/7/0   2ⁿᵈ

---

NKA

*Hall*
*425-894*

(4A)

Date 5-13-02   Time 920 a

Celexa 30 mg po noon

Trazodone 100 mg po hrs

Neurontin 900 mg noon

Geodon 20 mg po BID

---

NKA
HA

*Hall*
*425-894*

X1 wk, then 40 mg BID

CBC   x3 ____

SMAC-20

01814371

RIC ____

002859

Note   Stopping of an order is to be written as a specific new order

**PLEASE PRESS FIRMLY - YOU ARE MAKING TWO COPIES.**

| WRITE OR IMPRINT PATIENT INFORMATION | ORDERS |
|---|---|

Run address graph machine over patient's name plate only

NKDA

Hall    58/5

425-894

Ward   B² 2075   (CRC)

| | Allergies | | |
|---|---|---|---|

Date 4-17-02        Time

Seroguel 50mg bid
Celexa 20 mg Am
trazodoal   100 mg HS

MD Signature                    Date         Time

RN Signature  C Mum k        Date 18/02   Time

Date        Time

---

Ward

MD Signature        Date    Time
RN Signature        Date    Time
Date                Time

---

Ward

MD Signature        Date    Time
RN Signature        Date    Time
Date                Time

---

Ward

MD Signature        Date    Time
RN Signature        Date    Time

DMH-0020  (Rev 6/00)          Distribution  White - Medical Record, Green - Pharmacy, Canary - Dietary          **DOCTOR'S ORDERS**
DMH-MedR-1016

002860

Note: Stopping of an order is to be written as a specific new order

**PLEASE PRESS FIRMLY - YOU ARE MAKING TWO COPIES.**

| WRITE OR IMPRINT PATIENT INFORMATION | ORDERS |
|---|---|

Run addressograph machine over patient's name plate only

01846329

Allergies

*Hall*
*425-894*

Date ___ Time ___

HCV-EIA-2

| Unit/Ward | Verification Signature | Physician Signature | Nurse Signature |
|---|---|---|---|
| | Date ___ Time ___ | Date ___ Time ___ | Date 4/7/6 Time ___ |

*Hall*
*425-894*   NKA

Date 4-4-02                                    KMO

Trazodone 100 mg P.O. QHS
Celexa 20 mg P.O. QAM
Seroquel 50 mg P.O. BID                14 dy
Neurontin 600 mg P.O. TID

| Unit/Ward R 2017 | Verification Signature | Physician Signature | Nurse Signature |
|---|---|---|---|
| | Date ___ Time ___ | Date ___ Time ___ | Date 4/7/02 Time ___ |

Date ___ Time ___

| Unit/Ward | Verification Signature | Physician Signature | Nurse Signature |
|---|---|---|---|
| | Date ___ Time ___ | Date ___ Time ___ | Date ___ Time ___ |

Date ___ Time ___

| Unit/Ward | Verification Signature | Physician Signature | Nurse Signature |
|---|---|---|---|
| | Date ___ Time ___ | Date ___ Time ___ | Date ___ Time ___ |

DMH-0020 (Rev  11/01)     Distribution  White - Medical Record, Green - Pharmacy, Canary - Dietary

**DOCTOR'S ORDERS**
DMH-MedR-1016

002861

# Medication Receipt



**Type of Inmate Movement:**  Release    Transfer    AWL

Hall, James  425-894    on    08/27/02
_____        _____
Inmate Name & DRC#              Date

I have received _____4_____ medications
                    Number

Rx 214624   Dr AMIN
HALL 425-894
GABAPENTIN 800MG TAB
Qty 28  RFL 0   08/27/02 BKB

Rx 214625   Dr AMIN
HALL 425-894
RISPERDAL 3MG TABLET
Qty 14  RFL 0   08/27/02 BKB

Rx 214626   Dr AMIN
HALL 425-894
CELEXA 40MG TABLET
Qty 14  RFL 0   08/27/02 BKB

Rx 214627   Dr AMIN
HALL 425-894
TRAZODONE 100MG (SIDMAK)
Qty 14  RFL 0   08/27/02 BKB

_meds sent 8/27/02_

_____          8/27/02
Signature                         Date

_____          8/27/02
Witness                           Date

\* Form must be completed and signed before issuing medication \*

\*\* RETURN FORM TO PHARMACY WHEN COMPLETED \*\*

002862

# Release Summary Sheet

| Inmate.com | HCI | Date/Time | 8/26/02 |

**I have received the following Discharge Instructions: (N/A = Not Applicable)**

1.  Current meds — ☑ Yes   ☐ No   ☐ N/A
2.  2-Week supply of meds given to inmate — ☑ Yes   ☐ No   ☐ N/A
3.  Prescription(s) for meds sent with inmate — ☐ Yes   ☐ No   ☑ N/A

4.  Current medical problems — ☑ Yes   ☐ No   ☐ N/A
    If Yes, Specify: MH Disorder

5.  Significant health history — ☑ Yes   ☐ No   ☐ N/A
    If yes, Specify: MH Disorder   Hx Drug Abuse
    Steel Rod in L Knee & Wrist 894

6.  Child-resistant container for meds — ☐ Yes   ☐ No   ☑ N/A

7.  Advised/referred inmate to County Public Health Department and/or private or personal physician — ☑ Yes   ☐ No   ☐ N/A

8.  Prevention of AIDS pamphlets and/or pamphlets for history of significant health problems or current health problems — ☐ Yes   ☐ No   ☑ N/A

9.  Other: NKDA   PPD   ann   Tetanus ?
    98.0   88   20   124/68   4/04/02

| Signature | | Number | 425894 |
| Staff Witness | Sharon M. Chennylle | | |
| Name | Hall   James | Number | 425894 |
| Meds Packaged By | Per Pharmacy | | |

**(File this sheet in the progress note section in the inmate's chart)**

PRC 5179 (5/93)                                                                 ACA 4308 4309

002863

**--- INFIRMARY / HOSPITAL ---**

**--- INMATE ORIENTATION FORM ---**

name: ███████ Hall James

Number: 425-894

Institution: ███████

Test(s) or clinic(s) scheduled to attend. 0

Current medical problem(s): Multi Regist

Appearance: WNL

Current medication(s): Neurotin, Benzol, Clefs, Tegebu

Referal: _____

Date: 02/05/1902

_Rin Willer_

SIGNATURE

GWK 03/89

002864

Written and Oral Orientation Received.

NAME 425894

DATE 5/2/02

002865

**COMBINED FACE SHEET AND DISCHARGE SUMMARY**

The Toledo al
Toledo, Ohio 43606

3143427

889

I.H. NO. _495703_   NAME _Hall, James_

BIRTHDATE _____   SEX _M_   DAYS OF STAY _11_

ADMITTING DATE _1-3-90_   DISCHARGE DATE _1-14-90_

READMISSION WITHIN: ____ DAYS ____ MOS. ____ YRS. ____ NONE OR UNKNOWN

00000314 3427
MRN 000000495703
HALL, JAMES M.
DOUKAS, PANAGIOT T   D>  OC
DOUKIOCS, PANAGIOT T      OC
ADDRESSOGRAPH STAMP

**1. PRINCIPAL DIAGNOSIS:** Bipolar affective disorder
DX DETERMINED TO BE CHIEFLY RESPONSIBLE FOR ADMISSION.

CODES @ 296.50

**2. SECONDARY DIAGNOSES:** CO EXISTING ON ADMISSION OR DEVELOPING AFTER ADMISSION • AFFECTS TREATMENT IN ORDER OF IMPORTANCE

depressed with suicidal ideation

CODES 300.9

**4. DISPOSITION**
☐ HOME
☐ HOME HEALTH CARE
☐ SHORT TERM
☐ ICF
☐ SNF
☐ OTHER INST.
☐ AMA
☐ EXPIRE
☐ AUTOPSY

**3. PROCEDURES**   DATE   CODES

None   —

DRG 430/3

I certify that the narrative description of the principal and secondary diagnoses and the major procedure performed are accurate and complete to the best of my knowledge.   Signature   1/14/90 date

**DISCHARGE SUMMARY**

Not required on uncomplicated deliveries, normal newborns and uncomplicated stays of less than 48 hours.

SUMMARY SHOULD: recapitulate reason for admission, significant findings, condition of patient on discharge, special instructions or recommendations given, cause of death.

Complications: None. Operations: None. Consultations: None. Hospital Course and Significant Findings and Procedures: This 16-year-old white male who was admitted to the hospital after he was initially evaluated at the Henry County Hospital emergency room because of an overdose of Symmetrel and pain relievers. Patient was brought there by his family and they requested admission since patient was having recurrent thoughts about suicide, was irritable with mood swings, agitated and they were afraid of his well-being. Upon admission to the hospital here, the initial laboratory work showed the CBC and differential to be within normal limits and so was a chemistry profile except phosphorus 5.2 and cholesterol 117 and chloride 110. Urinalysis was within normal limits and so was the thyroid function test. Urine for toxicology was negative and upon admission to the hospital patient was noted to be quite demanding, irritable and argumentative. With much persistence, he agreed to follow up with recommendations and take medications and he was placed on Lithium Carbonate 300 mg b.i.d. po and then gradually the medication was adjusted to Lithium Carbonate 300 mg two b.i.d. po as we are checking his blood levels. Blood levels initially was 0.2 on January 5th and then were stabilized at 0.8 on January 10 and 0.7 on January 12th. Patient was also given Mellaril initially 25 mg q 6 hours po PRN and then he was placed on Mellaril 25 mg b.i.d. po which he tolerated well. He was noted to be gradually stable and have improved mood and affect and making positive and definite plans for the future and free of suicidal ideation. Thus he was discharged to go on home with his family on January 14, 1990 with discharge instructions; diet and activity as tolerated and medications Lithobid 300 mg to take two b.i.d. and Mellaril 25 mg to take one b.i.d po. Follow up SIGNATURE _____ M.D.
with Maumee Valley Guidance Center at 1:00 PM on January 17, 1990

1/24/90

002866

COMBINED FACE SHEET AND DISCHARGE SUMMARY CONTINUED...          HALL, James
Page 2                                                          UH# 495703

for evaluation by the counsellor there and to have case followed up by the Catholic
Social Services and also to see Dr. Madsen on March 8, 1990 at 2:00 PM.  Patient
was to have Lithium blood levels drawn on a weekly basis starting as of next week for
the next three weeks and the results were to be mailed to my office as well as to the
Maumee Valley Guidance Center.

PD/drs                                          Signed _____ M.D
                                                       P. Doukides, M.D.

                                                       1/27/90.



**The Toledo Hospital**
# History & Physical

006503143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T          00816
DOUKIDES, PANAGIOT T          00816
01/03/90              SEX  016

D:  P. Doukides, M.D.

ADDRESSOGRAPH STAMP

| Last Name | First Name | Admission # | Unit History # | Date | Room |
|-----------|------------|-------------|----------------|------|------|
| HALL, James |  | 3143427 | 495703 | 1/3/90 | 88 |

HOSPITAL REGULATION: *All Positive and Important Negative Findings Shall Be Recorded.*   Date 1/3/90   Hour ___ a. p.

HISTORY

HISTORY

ORDER OF RECORDING

1. Chief Complaint
2. Present Illness
3. Past Medical History
   A. General Health
   B. Growth & Development (optional)
      1. Perinatal
      2. Neonatal
      3. Milestones
      4. Immunizations
4. Traumata, Operations, Diseases
5. Allergies
6. Current Medications
7. Review of Systems
   A. Integument
   B. HEENT & Oral
   C. Cardiovascular
   D. Respiratory
   E. Gastrointestinal
   F. Genitourinary
   G. Reproductive
   H. Metabolic & Endocrine
   I. Breasts
   J. Blood, Lymphatic
   K. Skeletal
   L. Neuromuscular
   M. Mental
   N. Vascular, peripheral
8. Personal & Social History
9. Family Medical History

PHYSICAL EXAMINATION

1. T.P.R. & BP Height & Weight
2. General Appearance & Mental Status
3. Integument
4. HEENT & Oral
5. Neck
6. Nodes
7. Breasts
8. Lungs
9. Cardiovascular
10. Abdomen
11. Genital & Rectal
12. Skeletal
13. Neuromuscular
14. Vascular, peripheral
15. Psychiatric Exam (optional)
16. Impression & Plans (or comments)

2.        This is a 16 year old white male who was admitted to the hospital after he was initially evaluated at the Henry County Hospital Emergency Room because of overdose of Symmetrel & pain relievers. Pati was brought there by his family and asked for help because he had take a number of pills.  He couldn't identify a specific reason for this other than having problems at home and feeling that his girlfriend was probably pregnant. He wasn't sure of the above though and he indicated that  he was willing to followup with recommendations now.  The patien is known to create all kinds of problems at home, fighting, arguments, running away and having problems with the law.  He has been referred t treatment   programs before, inpatient and outpatient basis without definite good results.  He was willing to followup with our program at this point. The patient otherwise, as far as  the rest of the mental status exam was free of any adverse psychotic symptoms and denied havi hallucinations of any type and no delusions noted.  No delusions of association or flight of ideas noted.  His speech was continous,  no or blocking noted.  He was alert and oriented to all three spheres and not in acute distress.

The patient complained of feeling upset, down, helpless and unable to function otherwise.  He was with fair attention concentration span during this exam as well as memory and immediate recall.

3.        Unknown.  He denies having any major medical illnesses or major surgeries in the past.

6.        He denied taking any specific medications.  These were medications that his mother was supposed to take.  He was on lithium but he refused to take it.

8.        There is a very strong psychiatric history on the mother's side of the family with manic depressive and also paternal grandfather who finally killed himself.  The patient is aware of all of the above. The patient has been in treatment at numerous facilities including inpatient and outpatient *treatment* in this state as well as Knoxvill TN at Riverbend Hospital where he was given Ritalin.  He had to go to special classes and followup with family and individual therapy until October of '85.  The patient was then transferred to the East Center in Toledo, OH and family therapy until 1986.  He was arrested for *minor charges, --* at that time and property damage and placed on probation.  He was following the program at Southern Lutheran Church and *with the local* school until November of 1987.  Then the patient ran away for the third time and spent time in the Child Study Institute

Page 1

889

**The Toledo Hospital**

# History & Physical

```
000003143427          1
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T      00016
DOUKIDES, PANAGIOT T      00016
01/03/90    SEMI    016
```

ADDRESSOGRAPH STAMP

| Last Name | First Name | Admission # | Unit History # | Date | Room |
|-----------|-----------|-------------|----------------|------|------|
| HALL, James | | 3/4 3427 | 495703 | 1/3/90 | 88 |

HOSPITAL REGULATION: *All Positive and Important Negative Findings Shall Be Recorded.*    Date 1/3/90    Hour _____ a. p.

**HISTORY**

ORDER OF RECORDING

1. Chief Complaint
2. Present Illness
3. Past Medical History
   A. General Health
   B. Growth & Development (optional)
      1. Perinatal
      2. Neonatal
      3. Milestones
      4. Immunizations
4. Trauma, Operations, Diseases
5. Allergies
6. Current Medications
7. Review of Systems
   A. Integument
   B. HEENT & Oral
   C. Cardiovascular
   D. Respiratory
   E. Gastrointestinal
   F. Genitourinary
   G. Reproductive
   H. Metabolic & Endocrine
   I. Breasts
   J. Blood, Lymphatic
   K. Skeletal
   L. Neuromuscular
   M. Mental
   N. Vascular, peripheral
8. Personal & Social History
9. Family Medical History

PHYSICAL EXAMINATION

1. T.P.R. & BP
   Height & Weight
2. General Appearance & Mental Status
3. Integument
4. HEENT & Oral
5. Neck
6. Nodes
7. Breasts
8. Lungs
9. Cardiovascular
10. Abdomen
11. Genital & Rectal
12. Skeletal
13. Neuromuscular
14. Vascular, peripheral
15. Psychiatric Exam (optional)
16. Impression & Plans (or comments)

**HISTORY**

The patient has been on probation with Ann Roberts from Lucas County and he was placed in Pemberville Boys Ranch in February of 1988 for a year and he stayed there until March of 1989. He was put in the Child Study Institute again to serve the remainder of his sentence of 90 days, he did and he was released in May of 1989. The patient explained his mother supported him the whole time he was at Pemberville. He was not supported by the mother to the East Center to see the psychiatrist there. The patient refused to the lithium and explains that he has been feeling rejection from his mother and he has been very destructive at home as reported to me.

7.B.     The patient denies having headaches, blackouts, blurred vision, bleeding or discharge from nose. Neck: Denied pains or lumps over the neck.

C.     Denies difficulty breathing, shortness of breath or chest pain.

D.     Denies productive cough or chest pain.

E.     Denies nausea, vomiting, diarrhea, constipation, melena, abdominal pains.

F.     Denies hematuria, dysuria, frequency of urination or anuria.

K.     Denies limitation of motion of his extremities or back pains. Extremities:  Denies weakness or loss of sensation over them or pedal edema.

L&N.   Denies cyanosis or pedal edema.

J.     Denies generalized lymphadenopathy.

M.     Please see psychiatric admission note.

A.     Denies any generalized vascular eruption.

PHYSICAL EXAMINATION

2.     This is a 16 year old white male, alert and oriented to all three spheres, not in acute distress, well nourished.   002869

3.     Skin: No  rashes or eruptions.

Page 2



**The Toledo Hospital**

# History & Physical

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T      00816
DOUKIDES, PANAGIOT T      00816
01/03/90      SEMI   016

ADDRESSOGRAPH STAMP

| Last Name | First Name | Admission # | Unit History # | Date | Room |
|-----------|-----------|-------------|----------------|------|------|
| HALL, James | | 3143427 | 495703 | 1/3/90 | 88 |

HOSPITAL REGULATION: *All Positive and Important Negative Findings Shall Be Recorded.*     Date_____  Hour_____

## HISTORY

ORDER OF RECORDING

1. Chief Complaint
2. Present Illness
3. Past Medical History
   A. General Health
   B. Growth & Development (optional)
      1. Perinatal
      2. Neonatal
      3. Milestones
      4. Immunizations
4. Traumata, Operations, Diseases
5. Allergies
6. Current Medications
7. Review of Systems
   A. Integument
   B. HEENT & Oral
   C. Cardiovascular
   D. Respiratory
   E. Gastrointestinal
   F. Genitourinary
   G. Reproductive
   H. Metabolic & Endocrine
   I. Breasts
   J. Blood, Lymphatic
   K. Skeletal
   L. Neuromuscular
   M. Mental
   N. Vascular, peripheral
8. Personal & Social History
9. Family Medical History

## PHYSICAL EXAMINATION

1. T.P.R. & BP Height & Weight
2. General Appearance & Mental Status
3. Integument
4. HEENT & Oral
5. Neck
6. Nodes
7. Breasts
8. Lungs
9. Cardiovascular
10. Abdomen
11. Genital & Rectal
12. Skeletal
13. Neuromuscular
14. Vascular, peripheral
15. Psychiatric Exam (optional)
16. Impression & Plans (or comments)

## PHYSICAL EXAMINATION

4.      Head is normocephalic.  Eyes PERRLA. Ears:  No perforation of tympanic membranes or discharge noted. Nose: No rhinorrhea.  Throat Not congested.

5.      Supple without thyromegaly or cervical adenopathy.

8.      Clear to auscultation and percussion.

9.      Normal sinus rhythm, no murmurs, rubs or gallops.

10.      Soft. Scaphoid.  Not tender.  No rebound tenderness noted. No hepatosplenomegaly or pathological masses.  No abdominal noted.

11.      Refused.

12.      Negative for scoliosis, muscular tenderness.  Extremities: No limitation of  motion.  No joint  swelling noted.

13.      No cranial nerve deficit.  1st, 2nd and 8th not tested.  No      or sensory deficit.  Deep tendon reflexes 2+/4+  over all four extremities.  Babinski's negative bilaterally.

15.      Please see psychiatric admission note.

14.      No edema or cyanosis.  Dorsalis pedis and  tibialis posterio felt strong, 2/4+ over both lower extremities.  Radial pulse was strong over both upper extremities.

16.      1.  Possible bipolar affective disorder. Depressed with suicide attempt by drug overdose.  2.  Rule out conduct disorder.  Depression. Suicide  attempt by drug overdose.

The treatment plan will be as follows: 1. given.  2. The patient will be seen for supportive and medical psychotherapy and      to help him cope with his situation. He will be placed in Teens Program.

FD/an
D:  1/3/90
T:  1/3/90      Signed _____, M.D.
                    F. Doukides, M.D.

002870

The Ohio Hospital

## Consultation

cc: P. Doukides, M.D.

000003143427
MRN 000000455753
HALL, JAMES A
DOUKIDES, PARAGIOT T        00016
DOUKIDES, PARAGIOT T        00016
01/03/90        SEMI        016

ADDRESSOGRAPH STAMP

| Last Name | First Name | Dictating Physician | Unit History # | Date | Room |
|-----------|-----------|--------------------|----------------|------|------|
| HALL, James | | Leslie Berk, A.C.S.W. | 495703 | 1-5-90 | 809 |

A. **Reason for admission:** The patient was admitted after he was evaluated at the Henry County Hospital Emergency Room. The patient overdosed on Symmetrel and some pain relievers. Charted data reflected that the reason for the overdose was because of problems at home and because the patient felt that his girlfriend was probably pregnant. Problems in the home enviornment involved fights, physical confrontations with stepfather and brother, arguments, running away and problems with the law. Chief complaints noted in clinical data note that the patient reported feeling upset, feeling helpless, feeling down and unable to function.

When seen today on 1-5-90, the patient disclosed that since admission to the 8N psychiatric unit, he was feeling better. The patient admitted that he was thinking more about his problems and how to effectively solve them. The patient openly acknowledged problems with anger, resistance to rules and difficulties in interpersonal relationships. The patient also stated that he starts "most of the fights" in the home enviornment and recognized that his anger was the predominant force behind many of the difficulties at home. The patient stated that he wanted to get along better with his mother, stepfather and brother. Significantly, the patient reported that he has resentment towards his stepfather because he never got a chance to meet his biological father.

For additional pertinent clinical data, please refer to the physician's history and physical, the physician's assessment, nursing assessment and the occupational therapy assessment.

B. **Previous psychiatric treatment:** The patient has been treated in inpatient and outpatient settings in Ohio and in Tennessee as well. Records noted that the patient was treated at Riverbend Hospital in Knoxville, Tennessee and was prescribed Ritalin at that treatment facility. The patient was transferred to outpatient follow up at the East Center until 1986 when his family moved to Napoleon, Ohio. At that time, the patient refused follow up treatment in Napoleon. The patient also was seen for outpatient treatment at the East Center while he was placed in the Child Study Institute. The patient saw a psychiatrist in the East Center and as noted in clinical data, was prescribed Lithium.

C. **Current enviornment and functioning;** The patient currently resides with his mother, her boyfriend, Jay, a brother and a sister. The patient's mother advised treatment staff that the patient has been violent in the home enviornment, kicking in doors, banging his head on doors and recently he hit his 13-year-old brother and knocked out a tooth. The patient stopped going to school in the fall of 1989 and conveyed that he wanted to work and obtained his G.E.D. The patient stated that the 8N educational therapist has discussed obtaining G.E.D. material for him and he noted that he recognized the value in getting the G.E.D. crudential.

continued

002871

**The ⬛o Hospital**

**Consultation**

856-1

000003143427
MRN 003000495703
HALL, JAMES M
DOUKIDES, PANAGIOT
DOUKIDES,              00816
ADDRESSOGRAPH STAMP

| Last Name | First Name | Dictating Physician | His | | Room |
|---|---|---|---|---|---|
| HALL, James | | Leslie Berk, A.C.S.W. 495703 | | 1-5-90 | 889 |

Page 2

D. <u>Significant social history:</u>  The patient was born in Toledo, Ohio and was
the only child in his nuclear family.  The patient conveyed that his parents
never married.  The patient reported that he never had the opportunity to
meet his real father and further revealed that his mother married the first
time when she was pregnant with him.  The patient stated that his mother
married a man who was in the Army and the patient stated that this required many
moves.  The patient reported that when he was very young, he lived in
California, Texas, Canada and other places.  The patient stated that
he was raised principally in Orange County California.

The patient's mother reportedly divorced the patient's stepfather when the
patient was 6 years of age.  The patient's stepfather reportedly was
violent to the patient's mother.  The patient's mother remarried when the
patient was 7 years of age and the patient conveyed that this marriage lasted
5 years.  James reported that "more than half" of the arguments and problems
shared by his mother and stepfather were caused by him and he stated that
his mother and stepfather also had their own problems as well.  The patient's
mother met her present boyfriend, Jay, four years ago and currently lives with
him in the home enviornment.  The patient has a 13-year-old half brother
named Louis and a 1½ year old half sister named Katie.  The patient admitted
that he and his brother argue frequently and noted that basically it was
his anger and difficulty tolerating frustration that caused the majority
of the difficulties between he and Louis.  The patient stated that
he gets along okay with his half sister, Katie.

Records show that the patient's mother is 35 and in good health.  The patient
had a paternal grandfather die as a result of suicide and the mother was
prescribed Lithium in the past.  The patient left school in the fall of 1989
and reportedly wants to become employed.  The patient has had a history of
behavioral problems dating back to age 8.  At that time, the patient was
arrested for trespassing and property damage.  He was placed on probation in
Lucas County, Ohio.  The patient had three episodes of running away and
in November of 1987, he was placed in the Child Study Institute.  The patient
was transferred to the Pemberville Boys Ranch in February of 1988 and lived
there until March of 1989.  The patient was sent to the Child Study Institute
a second time and he was released in May of 1989.  The patient reported that he
was not on probation at this time.  Charted data indicates that the patient
drinks several times a week and does not follow curfew expectations.

E. <u>Social work impression and intervention:</u>  It is the undersign's impression that the
patient is experiencing difficulties with depression, behavioral problems and
would appear to be family system's difficulties as well.  Intervention centered
principally on establishing trust, establishing a positive therapeutic rapport,
providing support, reassurance, helping to cope with current problems, problem
continued

002872

The ⬤⬤o Hospital

**Consultation**

85b-1

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T        00816
DOUKIDES, PANAGIOT T        00816
01/03/90     SEMI       016

ADDRESSOGRAPH STAMP

| Last Name | | Unit History # | Date | Room |
|-----------|--|----------------|------|------|
| HALL, James | Leslie Berk, A.C.S.W. | 495703 | JAN 5-90 | 389 |

Page 3

solving and dealing age appropriately with acute stressors, feelings and unmet
needs.  As was requested by the attending physician, initial contact was made
with the Maumee Valley Guidance Center in Napoleon, Ohio to check on
their general programs offered to the public.  Maumee Valley Guidance
Center offers outpatient treatment with case management in outreach,
medical clinic and a referral to the day treatment program in Defiance, Ohio.
The patient was in full accord with the attending physician's outpatient
treatment recommendations, agreed to keep this writer advised regarding
other problems or needs and thanked the undersigned for the assistance provided.
The undersigned will confer with the attending physician regarding the
patient's date of discharge and to finalize discharge plans.
The undersigned will see the patient on an as-needed basis and as requested
by the attending physician throughout this span of inpatient treatment.


D    1-5-90
T    1-5-90
LB:bz                                    Signed _____  A.C.S.W.
                                                Leslie Berk, A.C.S.W.

Case 6:18-cv-00410-CEW   Document 92-5   Filed 01/28/20   Page 291 of 444 PageID #: 2407

The Toledo Hospital
Clinical Laboratory
Cumulative Summary

DATE: 01/15/90
TIME: 1402
PAGE: 1

PATIENT NAME: HALL, JAMES M
PATIENT NUMBER:    495703
SEX: M    AGE: 16

PHYSICIAN: DOUKIDES, PANAGIOT

DISCHARGED: 11490

**** PERMANENT COPY. DO NOT REMOVE FROM CHART ****

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
GENERAL   HEMATOLOGY   I
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| TEST NAME | WBC | RBC | HGB | HCT |
|---|---|---|---|---|
| UNITS | X10E9/L | X10E12/L | g/dl | % |
| NORMALS | 4.8-10.8 | 4.60-5.90 | 13.9-16.9 | 39-55 |
| DATE TIME | | | | |
| 01/04 0730 | 10.0 | 4.99 | 14.4 | 42. |

| TEST NAME | MCV | MCH | MCHC | RDW |
|---|---|---|---|---|
| UNITS | fL | pg | g/dL | % |
| NORMALS | 80-100 | 27-34 | 31-36 | 11.5-14.5 |
| DATE TIME | | | | |
| /04 0730 | 84. | 29. | 34. | 12.8 |

| TEST NAME | SEGS | LYMPHS | MONOS | EOSIN | PLATELET |
|---|---|---|---|---|---|
| UNITS | % | % | % | % | ESTIMATE |
| DATE TIME | | | | | |
| 01/04 0730 | 74 | 20 | 4 | 2 | NORMAL |

(PATIENT REPORT CONTINUED ON PAGE: 2)

002874

CHART COPY

The Toledo Hospital
Clinical Laboratory
Cumulative Summary

DATE: 01/15/90
TIME: 1402
PAGE: 2

PATIENT NAME: HALL, JAMES M
PATIENT NUMBER:      495703
SEX: M      AGE: 16

PHYSICIAN: DOUKIDES, PANAGIOT

DISCHARGED: 11490

**** PERMANENT COPY. DO NOT REMOVE FROM CHART ****

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CHEMISTRY PROFILE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| TEST NAME | 01/04/90 | UNITS | NORM |
|---|---|---|---|
| TIME | (0730) | | |
| CHEM PROFILE | | | |
| CALCIUM | 8.9 | mg/dL | 8.5-1( |
| PHOSPHORUS | 5.2 H | mg/dL | 2.4-4. |
| GLUCOSE | 91. | mg/dL | 65-11 |
| BUN | 11. | mg/dL | 5-2 |
| URIC ACID | 4.5 | mg/dL | 1.2-7. |
| CHOLESTEROL | 117.L | mg/dL | 150-2( |
| TRIGLYCERIDE | 155. | mg/dL | 27-2 |
| TOT PROTEIN | 6.1 | g/dL | 6.0-8. |
| ALBUMIN | 3.9 | g/dL | 3.5-4. |
| TOT BILI | 0.4 | mg/dL | 0.2-1. |
| DIR BILI | 0.0 | mg/dL | 0.0-0. |
| ALK PHOS | 116. | IU/L | 30-2 |
| LDH | 99. | IU/L | 91-18 |
| SGOT(AST) | 16. | IU/L | 7-4( |
| SGPT(ALT) | 13. | IU/L | 10-6( |
| CPK | 97. | IU/L | 22-2( |
| GGT | 8. | IU/L | 7- ( |
| SODIUM | 142. | mmol/L | 134-14 |
| POTASSIUM | 4.3 | mmol/L | 3.5-5. |
| CHLORIDE | 110.H | mmol/L | 98-10 |
| CO2 | 29. | mmol/L | 21-3( |
| CREATININE | 0.9 | mg/dL | 0.0-1. |
| OSMO(CALC) | 282 | | |
| ANION GAP | 4 | | |

(PATIENT REPORT CONTINUED ON PAGE: 3)

DATE: 01/15/90
TIME: 12402
PAGE: 3

The Toledo Hospital
Clinical Laboratory
Cumulative Summary

PATIENT NAME: HALL, JAMES M          PHYSICIAN: DOUKIDES, PANAGIOT
PATIENT NUMBER:      495703
SEX: M      AGE: 16              DISCHARGED: 11490

**** PERMANENT COPY. DO NOT REMOVE FROM CHART ****

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    ROUTINE URINALYSIS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    TEST NAME UNITS            01/05/90

    TIME                       (1141)
    COLOR                      YELLOW
    TURBIDITY                  CLEAR
    SPECIFIC GRAVITY           1.008
    PH                         7.0
    PROTEIN                    NEG
    GLUCOSE                    NEG
    KETONES                    NEG
    BILE                       NEG
    BLOOD                      NEG
    WBC                        RARE                        /hpf
    RBC                        RARE                        /hpf

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    THYROID FUNCTION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| TEST NAME | T4 | RT3U | 77 (FTI) | LES-TSH |
|---|---|---|---|---|
| UNITS | ug/dL | % | | mIU/mL |
| NORMALS | 5.0-13.0 | 23.0-32.0 | 1.15-4.16 | 0.4- 5.0 |

| DATE TIME | | | | |
|---|---|---|---|---|
| 01/03 2300 | 5.8 | 31.7 | 1.84 | 0.68 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    THERAPEUTIC DRUG LEVELS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| TEST NAME | 01/12/90 | 01/10/90 | 01/07/90 | 01/05/90 | UNITS | NORMALS |
|---|---|---|---|---|---|---|
| | (0725) | (0700) | (0800) | (0735) | | |
| LITHIUM | 0.7 | 0.8 | 0.3 L | 0.2 L | mmol/ | 0.5-1.5 |
| | | | | ( A) | | |

  ( A): RESULTS CHECKED

(PATIENT REPORT CONTINUED ON PAGE: 4)

                                                        002876

                        CHART COPY

The Toledo Hospital
Clinical Laboratory
Cumulative Summary

DATE: 01/15/90
TIME: 1402
PAGE: 4

PATIENT NAME: HALL, JAMES M
PATIENT NUMBER:     495703
SEX: M     AGE: 16

PHYSICIAN: COUKIDES, PANAGIOT

DISCHARGED: 11490

**** PERMANENT COPY. DO NOT REMOVE FROM CHART ****

- - - - - - - - - - - - - - - - - - - - - - - - -

## THERAPEUTIC DRUG LEVELS

- - - - - - - - - - - - - - - - - - - - - - - - -

| TEST NAME | 01/03/90 | UNITS | NORMALS |
|-----------|----------|-------|---------|
| | (2032) | | |
| SALICYLATE | <1 | mg/dL | 2.0-25.0 |
| | (2032) | | |
| TYLENOL | <1 | ug/mL | 10.0-20.0 |

- - - - - - - - - - - - - - - - - - - - - - - - -

## GENERAL TOXICOLOGY

- - - - - - - - - - - - - - - - - - - - - - - - -

TEST NAME                URINE TOX
                         SCREEN

UNITS
NORMALS

 DATE TIME
01/03 2229        SEE SEPARATE REPORT

TEST NAME                GASTRIC
                         TOXICOLOGY

UNITS
NORMALS

 DATE TIME
01/03 2231        Negative

TEST NAME                MARIJUANA

UNITS
NORMALS

 DATE TIME
01/03 2229        SEE SEPARATE REPORT

TEST NAME                PCP

UNITS
NORMALS

 DATE TIME
01/03 2229        SEE SEPARATE REPORT

(PATIENT REPORT CONTINUED ON PAGE: 5)

002877

CHART COPY

The Toledo Hospital
Clinical Laboratory
Cumulative Summary

DATE: 01/15/90
PAGE: 5

PATIENT NAME: HALL, JAMES M
PATIENT NUMBER:      495703
SEX: M      AGE: 16

PHYSICIAN: DOUKIDES, PANAGIOT

DISCHARGED: 11490

**** PERMANENT COPY. DO NOT REMOVE FROM CHART ****

- - - - - - - - - - - - - - - - - - - - - - - -
                    GENERAL TOXICOLOGY
- - - - - - - - - - - - - - - - - - - - - - - -

| TEST NAME | MORPHINE/ CODEINE | | |
|---|---|---|---|
| UNITS NORMALS | | | |
| DATE TIME 01/03 2229 | SEE SEPARATE REPORT | | |

| TEST NAME | COCAINE | ETHYL ALCOHOL % wt/ | TRICYCLIC |
|---|---|---|---|
| UNITS NORMALS | | | |
| DATE TIME 01/03 2229 | SEE SEPARATE REPORT | | |
| 2032 | | <0.03 | <0.1 |

002878

CHART COPY

889

**The Toledo Hospital**
**Integrated Progress Notes**

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T
DOUKIDES, PANAGIOT T
01/03/ADDRESSOGRAPH STAMP 016

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/3/90 | 1850 230 | RN | | 16 y.o. white male admitted to room 889. IV hanging of D5 ⅓ NS c̄ 1 amp of Bicarb - IV ℟ forearm. IV not running, blood backed up in tubing. IV dc'd per Dr order. Pt admitted per stretcher. Alert et oriented to person, place et time. Denies nausea. Urine specimen, blood samples et stomach contents sent c̄ pt from Lenery County Hospital. All specimens sent to lab for toxicology. Pt lying in bed, exasperated @ this time. C/o of feeling hungry. Parents arrived @ 1930 see interim note c̄ mother ——— [signature] |



**The Toledo Hospital**
**Integrated Progress Notes**

889

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T    00816
DOUKIDES, PANAGIOT T    00816
01/03/90    SEM1    816
ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|---|
| 1/3/90 | 1810 2300 | R) | | Ate dinner T admission. Sympathetic T parents. Relates he has not attended school et has no desire to do so. Pt states he attempted suicide today as mother in his life is going right et he is not getting along well @ home. Relates he occasionally gets into fistfights T step-father @ home. In his remainder of shift ets of feeling tired. Tier schedule given to pt. Observed closely. Remain pro from harm — [signature] |

002880

Medical Record Copy



**The Toledo Hospital**

**Integrated Progress Notes**

MR  00000495703
HALL, JAMES M
DOUKIDES, PARAGIOT T          00816
DOUKIDES, PARAGIOT T          00816
01/03/90        SEMI      016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/3/90 | | MD | | Hx and Physical exam day to be dictated.  Depression c̄ pediatric admission note 18 years old w/m admitted after he was initially evaluated at the Henry hospital for an overdose with a pain reliever and Symmetrel (unknown amount).  Now with flat affect, with depressive self-esteem and distant.  Claiming he doesn't remember of has much what he did take while at home.  Pt denied otherwise having new suicidal thoughts or hallucinations of any type g no delusions noted.  No looseness of associations — #(over) Doukides |



N   000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T        00816
DOUKIDES, PANAGIOT T        00816
01/03/90        SEMI        016

**The Toledo Hospital**

**Integrated Progress Notes**

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|---|
| 1/3/90 | | MD | | #1 on flight of ideas noted. How oriented X3 and in N.A.D. Past Med Hx: NKA. Patient was on LiCO₃ but he hasn't been taking it. Denied any major surgeries or any other medical illness. Past PCHx: numerous hospitalizations, placements, problems at school and at home problems with the law and on "Probation for Criminal trespass" and Property damage. Was going to the East County until they moved to Napoleon and pt refused to follow up with treatment there. Now he's willing to follow up with treatment recommendations. Imp: Poss Bipolar affective disorder |

Medical Record Copy



**The Toledo Hospital**

**Integrated Progress Notes**

889

000003143427
MRN 000000495793
HALL, JAMES M
DOUKIDES, PANAGIOT T      00816
DOUKIDES, PANAGIOT T      00816
01/03/90      SEM1      016
ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/3/90 | | MD | | There is very strong family ψ Hx with Bipolar illness in the family. ② R/O Conduct disorder with depression & suicide attempt by drug overdose. Plan ① as for order giver ② medical psychotherapy and milieu [signature] |



**The Toledo Hospital**
**Integrated Progress Notes**

389

000003143427
MRN 000000499703
HALL, JAMES M
DOUKIOLS, PANASIOT T      00
DOUKIOLS, PANASIOT T      00
01/03/90  ADDRESSOGRAPH STAMP  316

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/3/90 | 1850 | RD | | Interview c̄ mother — Pt has a long list of problems. Such as mental problems started @ age 8. Has been on Ritalin in past but mother seems to remember it not working so it was (discontinued) Oct 1982 thru April 1983 pt was in family + individual counseling. November of 1983 was in Riverbend Hospital Has been arrested for criminal trespassing et property damage et was placed on probation. Involved in program @ Salem Lutheran Church et comming Zucker school until December 1987 when he ran away for the 3rd time et spent time in CST. ____ [signature] |

889



**The Toledo Hospital**
**Integrated Progress Notes**

```
000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T
DOUKIDES, PANAGIOT T
01/03/ABG    ADDRESSOGRAPH STAMP 016
```

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/3/10 | 1850 | RD | | He was placed in Pemberville boys ranch in February of 1988 where he stayed until March of 1989 when he was put in CSI again. Pt served sentence of 90 days in CSI et released the end of May 1989. While in CSI, mother transported him to Fort Wayne to see his psychiatrist. He was put on lithium but refused to take it. Mother claims he becomes very violent @ home, tears the house up, kicks in doors, bangs his head on the walls. Mother also states he steals antidepressant from her |

002885



**The Toledo Hospital**
**Integrated Progress Notes**

889

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT J
DOUKIDES, PANAGIOT J
01/03/99 ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|--|
| 3/40 | 1850 | RN | | Pt now claims he has gotten 18 y.o. girlfriend pregnant. Mother feels he is a habitual liar et she does not know what to believe. James has lost 2 jobs in 3 months due to sleeping on the job et violence. Not presently attending school. Mother states "no one will keep him up he is too unruly." Recently he hit his 13 y.o. brother in the mouth et knocked a tooth out. Violence et unruliness @ home is several times a week. Temper explosive. Pt is drinking several times a week, won't follow curfew — coming home @ 5 am _____ |

Medical Record Copy

002886



**The Toledo Hospital**
**Integrated Progress Notes**

889

000003143427
MRH 000000495703
HALL, JAMES R
DOUKIDES, PANAGIOT T    006
DOUKIDES, PANAGIOT T    006
01/03/90 ADDRESSOGRAPH STAMPS

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/3/90 | 1880 | RN | | Has been threatening to kill parents et the 2 other children in the home et then himself. Mother is hopeful that the probation officer that is presently working w him will find some type of placement ———— J. French |
| 1-3-90 | 2045 2145 | RN | | ATTENDED GROUP THERAPY: ☒ ACTIVELY PARTICIPATED ☐ QUIET   c. Michel RN |

002887



**The Toledo Hospital**
**Integrated Progress Notes**

889

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T        00816
DOUKIDES, PANAGIOT T        00816
01/03/90        ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1.4.0 | 2300 | | | on monitors q 15 min. During |
| | 0700 | | | Shift. Scott |
| 1-4-90 | 1000 1100 | AT | | Pt involved in art therapy session, using colored pencils. Drew picture of his car, tree, and himself in hospital. Spoke about friend wrecking his car, fighting with mother's boy-friend, and girlfriends pregnancy. These three topics were stated by patient as being the major events leading up to overdose. Pt stated that "everything is coming down on me," and "nothing has ever worked out for me." Pt spoke about the loss of control in all three situations; ie; mother always takes boyfriends pt of view, friend wrecked car, and girlfriend decided alone that she was going to get an abortion. Pt has supported himself since he was a youngster because "mom has been divorced 4x." Pt states that he never had a chance to be a kid and he would rather date older women rather |

Jeri McNeill AT (over)



**The Toledo Hospital**
**Integrated Progress Notes**

889

000003143427         1
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T    00016
DOUKIDES, PANAGIOT T    00016
01/03/90        SEMI    016
ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1-4-90 | 1000 1000 | AT | | than girls his own age. Says they are more mature. Pt currently dating 23 year old female. Pt remained under control throughout session and was cooperative and open in discussing himself. Continue art therapy. Jerilyn McN. OD AT |
| 1/4/90 | 1230 | | | Writer had brief interview c̄ pt. this A.M. re: E.T. Pt. informed writer that he had withdrawn from school last fall because he had a job. So writer talked c̄ last school attended (Clay H.S. in Oregon). Pt. had w/D from there. So writer decided to try Liberty Center H.S. et talk c̄ Rick Utz, principal. Mr. Utz said he had quite a time tracking pt. down after this w/D. This pt. is type who can lose himself very easily et stay lost if he wants to. He can cover his tracks very well. (cont.) ___ /E.T. |

Medical Record Copy

002889



**The Toledo Hospital**
**Integrated Progress Notes**

000003143427          1
HRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T          00816
DOUKIDES, PANAGIOT T          00816
01/03/90          SEMI     016

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | (Con't-) |
|------|------|------|--------|----------|
| 1/4/90 | 1230 | ET | | Pts. stepfather would like to re-enroll pt. in school but needs to follow up w/this. Pt. would then be going to Henry County H.C. Pt. was think of O.W.E. program @ school, but he needs a driver's license et mother won't sign for this because of pts. behavior. So pt. would still be S.B.H. classified @ school. Pt. opposed to returning to school under this situation (wants to be mainstreamed). But for the safety of others, pt. must remain in S.B.H. (Pt. tends to throw chairs, desks, etc - intimidating others but has not hurt anyone in school) Also, principal added that when pt. was at boys ranch, he was near to D/C (on point system) et got into a fight et had to start all over. All-in-all, this writer is unable to work ē pt. because of W/D. Kathleen Tonnen R/ET. |

889



**The Toledo Hospital**

**Integrated Progress Notes**

000003143427

MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T      00816
DOUKIDES, PANAGIOT T      00816
01/03/90   SEMI   016

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/4/90 | | MD | | All previous noted & case reviewed with the nursing staff and treatment team. Patient is taking his medication & accepting of hospitalization. M.S.E. was otherwise unchanged. Support & reassurance given. Plan: as by orders given. |
| 1-4-90 | 0760 1530 | RN | #1 | Denies any further suicidal ideation. Suicide level III precautions maintained per floor policy |
| | | | #2 | Has maintained good control, no violent outburst. Has been cooperative c unit restrictions this shift. Very superficial c this writer. Offers little on 1:1 Appetite good x2.   [signature] RN |
| 1/4/90 | 1530 1900 | LPN | II-2 | In good control c this time. Takes |
| | | | II-1 | meds s problems. Voices no of suicidal ideations. Level III precautions cont c no evidence of self harm noted. Asking for bible. — D. Overmyer LPN |

002891



**The Toledo Hospital**
**Integrated Progress Notes**

0..003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T        00816
DOUKIDES, PANAGIOT T        00816
01/03/90            SEMI    016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/4/90 | 1908 2300 | RN | Pt transferred to open unit @ 1930. Played pool, watched T.V. In good #2 context. Is being seen at still asking for Bible. Conversation remain super facial. ———— [signature] |
| 1-5-90 | 2351 0700 | VCMHI | Slept. Observed q 30 minutes during the noc ———— F. Turner VCMHA I |
| 1/5 | 9 | MD | Pt stated depressed. No problems i sch. effects i medication. Cont i support to per Dr. Doukides [signature] |
| 1/5/90 | 1010 | SW | Received referral from attending physician for D/c planning at MVGC in Napoleon. Pt was also seen for full Psychosocial assessment. Pt reported he was feeling better since admission, reportedly thinking more about his problems with Anger, accepting rules and thinking about ways to solve these and problems at Home (continue) [signature] |

002892



**The Toledo Hospital**
**Integrated Progress Notes**

0wJ003143427      1
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T      00B16
DOUKIDES, PANAGIOT T      00B16
01/03/90      SEMI    016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| | | | | Pt conferred he would follow-up at MVGC for outpT To as recommended by attending physician. Focus of tx was on support, effective coping, problem-solving and dealing with feelings and unmet Needs in an age-appropriate manner. Pt thank the undersigned for above, pt agreed to keep the writer advised of other problems or Needs, see copy of assessment. (The undersigned contacted MVGC in Napoleon about their general tx program. They offer Sliding Scale for people under 18. OP Tx with Case Mgt, Med Clinic and referral to their Day Tx program in Defiance). Will confer with attending physician regarding D/c date of above as Noted, provide as requested by attending physician _____ ? |
| 1/5/90 | 1300 | E.T. | | On 1/4/90, this writer did inform pt. that writer would not officially be working z pt. since pt has WD. However, writer did offer pt. a copy of Soc Studies z ED. prep. book for pt. to use @ own discretion. Pt. accep This z writer encouraged pt. to seek writer out as needed. _____ Kathleen Kenne...E |



**The Toledo Hospital**

**Integrated Progress Notes**

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T                    00816
DOUKIDES, PANAGIOT T                    00816
01/03/90      SEMI      D15

856-1

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/5/90 | 1400 | OT | | Initial Note: |
| | | | | Pt. attended O.T. today, & started resistive media task leather bracelet — followed multi-level verbal directions well. Conversed pleasantly w/staff on superficial level. No difficulty noted w/ following teen schedule so far — Responded well to friendly, direct approach - also Pt given clear concise guidelines & accepted well. Goals/treatments followed per care plan — |
| | | | | P. Sienello OTR/L [signature] |

002894



**The Toledo Hospital**
**Integrated Progress Notes**

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T        00816
DOUKIDES, PANAGIOT T        00815
01/03/90        SEMI    016
ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/7/92 | 0700 1500 | L.P.N. | 1 & 2 | Pt. up early & given care to wear to breakfast. 2 OT session. Then watched T.V. Played pool & ping-pong c another (male) pt. Took lithium as ordered. Inappropriate behavior today. Answers direct questions but speech state in common baton. Eye contact is minimal. Attended group therapy. C. Fish P.N. |
| 1/5/00 | 1500 2300 | LPN | 1 & 2 | Pt. remains safe on unit at in gua content though continues to In being bored. Offered Journal the pt. to write in but refused stating, "I keep my Journal in my head." Continued Supervision in conversation. Keeps active. #3 Compliant c meds. No adverse effects Noted. — Jmayer LPN II |
| 1/6/90 | 2300 0700 | RN | | Observed at 30 minute intervals throughout night. Slept p 2400 Bauer |
| 1-6-90 | | MD | | Above noted. Patient was # (over) |



**The Toledo Hospital**
**Integrated Progress Notes**

856-1

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT J    008
DOUKIDES, PANAGIOT J    008
01/03/9 ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1-6-90 | | MD | | restless, irritable and slightly agitated. He was threatening the staff + other patients and needed to be restrained for a couple hours. At present with vulgar language and and restless and irritable but maintaining control otherwise thus will not restrain him any more. Supportive therapy provided. Plan: as by orders given. _[signature]_ |

Medical Record Copy

989



**The Toledo Hospital**
**Integrated Progress Notes**

| 00003143427
MRN 003000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T     00
DOUKIDES, PANAGIOT T     00
01/03/90     SEMI     016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|---|
| 1-6-90 | 1715 | | 1&2 | Quiet + quiet, spends alot of time in dayroom watching television. Superficial if any conversation about → staff. Does socialize → other patients |
| | | | 3 | Takes medication readily, no side effect noted Ⓡ. negative about medication, poor insight into why he's taking it. — 1705 female pt. approached Ⓡ writer about this patients foul language. When writer walked up to pt. he jumped out of his chair "I know, I know, it's my cursing. I'll talk any fucking way I please, & if you don't like it you can kiss my ass." When writer attempted to well (cont.) — J.J.a.-Retrain LPN II |

002897

Medical Record Copy



## The Toledo Hospital
## Integrated Progress Notes



```
000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T
DOUKIDES, PANAGIOT T
01/03/90    SEMI    016
```

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1-6-90 | 0715-1115 | MD | (cont) | Verbal intervention, patient began swinging fists in air, in threatening stance. Threatened to physically harm writer & a female pt. Help obtained from other staff & security officers. Escorted to PIC room #882-2, unaccepting of transfer. Accepts no responsibility for behavior, blames writer & staff, now ugent. Yelling & using obscenities, ripped gown off self, tearing it in half. Threatening to harm staff, breaking arm. Dr. Doukides notified of situation. Pt. placed in full leather (cont) J.R. Authan LPN II |

002898

Medical Record Copy

384



**The Toledo Hospital**

**Integrated Progress Notes**

```
000003143427
MRN 000000495703
HALL, JAMES A
DOUKIDES, PANAGIOT T
DOUKIDES, PANAGIOT T
01/03/90    SEMI   016
```

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|---|
| 1-6-90 | 0715-1715 | LPN | (cont.) | restraints (for protection of self & others). 1715 Dr. Doukides telephoned & ordered restraints be removed & pt. only placed in seclusion. Restraints removed, transferred to room #889. Furniture including bed removed from room & door locked. Marcia Young R.N. C.M.; & Dr. Vander Veen notified of situation, per J. Richter R.N. Dr. Doukides informed of pt. slamming fist into wall, reiterated "No restraints". See Lithan LPN II |
| 1/6/90 | 1715-2315 | LPN #1 | #2 #21 | remains in seclusion @ 1715. #3 Dr. Doukidas here to talk c pt. Pt. in control while talking c this writer but remains to use vulgar language & threatens |

Medical Record Copy

002899



**The Toledo Hospital**

**Integrated Progress Notes**

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T
DOUKIDES, PANAGIOT T
01/03/90        SEMI     016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/6/90 | 1715 2315 | LPN | #1 #3 | Staff. Pt. out of seclusion @ 1730 per Drs. orders. Limits were set @ this time per writer for pt. to follow. Pt. in good control @ 1800 but remains to use vulgar language & talks of his disgust c̄ this PM's happenings & of hospital policies & of Staff. Pt. hyper-talkative & hyperactive behavior noted. Pt. observed to grind teeth & clench fists & then precedes to shake @ times. Pt. talks c̄ this writer on superficial conversation. No insight noted while conversing c̄ this writer. Pt. demanding @ times. Parents here to visit this PM. ~~After~~ 1910 pm # During this visit Pt. became very agitated over something parents had said. Pt. then |



**The Toledo Hospital**

**Integrated Progress Notes**

G00003143427
MRR 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T
DOUKIDES, PANAGIOT T      00
01/03/90      SEMI      016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/6/90 | 1500 2315 | LPN | #1 #2 #3 | proceeded to lose control, slamming fists into wall, pacing, slamming door & threatening to kill staff & parents. Security called & limits set again. Pt remains to pace & appear agitated. Mellaril 25mg given PO @ 2130 due to ↑ agitation. Ineffective. Pt. remains agitated @ 2230. Pt. in room & remains to pace & talk of hurting others. Pt. does not accept reassurance & support but continues to disturb staff & verbalize disgust of hospital stay. R.N. notified of above situation. Pt. remains to pace in room @ 2315 — ____ M. Hoffacker LPN |

002901



**The Toledo Hospital**
**Integrated Progress Notes**

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T   0
DOUKIDES, PANAGIOT T   0
01/03/90     SEM 016
ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/7/90 | 2300-0700 | RN | | Observed at 15 minute intervals throughout night. 2300 Pacing in room. Hyperactive. Hypertalkative. States "all I want is a shot of morphine, a cigarette and some good sex" Calmed and slept p̄ 2345   ABdee RN |
| 1/7/90 | 0700-1100 | RN | | Lithium level drawn  Cooperative  Returned to sleep  0930 mellaril 25 mg p.o. given ABower |
| 1/7/90 | | MD | | Above noted  Now with flat affect and rather seclusive but no violent or threatening behavior noted  Li Cl₃ b. levels @, ? (low) M.S.E. was otherwise unchanged.  Support & reassurance given  case reviewed with the nursing staff.  Plan: as by orders given |



**The Toledo Hospital**
**Integrated Progress Notes**

000003143427
MRN 000000495700
HALL, JAMES M
DOUKIDES, PANAGIOT T
DOUKIDES, PANAGIOT T
01/03/90      SEMI   016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|---|
| 1-8-90 | 1100-1400 | RN | #1 #2 #3 | Pt. remains safe - behavior remains in control - cooperative though impulsive & demanding at times - No violent outbursts today - takes meds compliantly. No adverse side effects noted - T increased today - awaiting results of lithium level - direction given to pt. - pt. transferred to room 875² at 1400. ——————— Sg Newby RN |
| 1/7/90 | 1500 | RN | 1500 | Has adjusted to transfer. Has been co-operative. Ate ice-cream and watched TV. J. Richter R.N. |
| 1/7/90 | 1500-2300 | UC/NA | | Pt. expressed anger at events of preceding evening using vulgar language. Writer reminded him to control language but to express himself. Suggested pt. play pool - pt. agreed. Pt. played pool c̄ another pt. Very frustrated when missed pool shots, continues to use obscene language. Points to female pt. which was involved in altercation previous night, and states ... R Stephens UC/NA |

002903

856-1



**The Toledo Hospital**
**Integrated Progress**
**Notes**

00000314342?
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT ?          0081
DOUKIDES, PANAGIOT ?          0081
01/03/90    SEMI...
ADDR...

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/7/90 | 1500-2300 | UC/NA | | "If I see her outside of this place, I'm gonna hurt her." States she's the reason he's in trouble. Remained in relative control until supper. Asked writer to play ping pong. Agree Superficial conversation - remained in good control. "Told" writer he wanted to go back to PIC. Approached pt. about his "style" of requesting things. Attempted to explain "manners of asking for things" and to be cordial - tuned out writer completely. Pt. wants to be in control of writer, but writer attempted to explain as stated above. Pt. watched TV, and started a letter to girlfriend, Kept her picture until bedtime. Spoke of preparing for GED exam by answering questions. Suggested timing self while answering to simulate test situation. Accepting and positive at end of shift.     P Stephens UC/NA |

002904



**The Toledo Hospital**
**Integrated Progress Notes**

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T        00816
DOUKIDES, PANAGIOT T        00816
01/03/90        SEMI        016
ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/2/90 | 2315 | LPN | #1, #2 | At 1730 pt. became upset due to not being able to smoke a cigarette. Pt. tried to convince writer to give him one. Pt. then preceded to get a cigarette from another pt. When writer took the cigarette away from pt. pt became very agitated went into room, slammed door + talked of hurting staff. Reassurance + support offered @ this time Pt. @ first did not accept reassurance but did calm down. Pt. hypertalkative + doesn't let writer finish sentences but jumps in conversation + concludes writer's sentences. Pt. enjoyably was medicated c̄ 25 mg Mellaril @ 1750 due to ↑ agitation. Pt. verbalizes of staff not understanding him + of anger towards mother |

*Daw M. Hampton*

002905

875-2



### The Toledo Hospital
### Integrated Progress
### Notes

000003143427
MRN 000000495703
HALL  JAMES M
DOUKIDES, PANAGIOT T    00816
DOUKIDES, PANAGIOT T    00916
01/08/90   SCMI        016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/7/90 | 1500 2315 | LPN | #1 #2 | for taking him to the hospital instead of letting him die. Pt. verbalizes of next time using a gun to kill himself. Pt. + writer on 1:1 basis for 30 min., Pt. fearful @ times. Pt. verbalizes of past hx in other institutions. Pt. then apologized for his behavior this P.M. and for last night's behavior. Pt. remained in good control remainder of the evening c̄ some reminders. Remains to use vulgar language |
| | | | #3 | + to test limits c̄ staff. Pt. medicated as ordered c̄ difficulty. No apparent side effects noted due to medication. Pt. to bed @ 2200 writing a letter to his girlfriend. Pt. remains in bed + awake @ 2315. |



000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T    00816
DOUKIDES, PANAGIOT T    00816
01/03/90    SEMI    C16

ADDRESSOGRAPH STAMP

**The Toledo Hospital**

**Integrated Progress Notes**

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/8/89 | 2300–0730 | RN | | Ct remains free from harm. Observed q 15 min throughout noc. Slept — _J. John RN_ |
| 1-8-90 | | MD | | All previous noted. Now with somewhat more stable affect & mood. Repeat Li CO₃ blood level was 0.3 (0.5 – 1.5). Patient tolerates the medication well & no side effects noted. Supportive therapy provided. Plans as by orders given. _____ |
| | | | | |

530-7608  R 12/85                    Medical Record Copy



**The Toledo Hospital**
**Integrated Progress Notes**

875-2

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT    ADDRESSOGRAPH STAMP
DOUKIDES, PANAGIOT T    00816
01/03/90    SEXI    D16

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Education |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1-8-90 | 0700-1500 | ord. | | Has been very manipulative, c̄ staff members — Constantly testing limits — Needs to be encouraged to follow rules of hospital. Showered et casually dressed in early a.m. Secludive to room at intervals this a.m. Lying in bed, masturbat... |
| | | | #1 | Has not verbalized any suicidal thoughts this shift. Has remained free from harm. Observed closely for protection of Pt. — Breakfast et lunch taken well in P.I.C. area. Allowed out of P.I.C. after lunch during free time, to dayroom. Seemed to tolerate dayroom fairly well — Returned to P.I.C. c̄ encouragement |
| | | | #2 | After returning to P.I.C. — was told by writer that he would have to follow teen schedule et work |

C. Gedert orderly



**The Toledo Hospital**

**Integrated Progress Notes**

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T      00816
DOUKIDES, PANAGIOT T      00816
01/03/9?            SENI    016

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | — Continued — |
|---|---|---|---|---|
| 1-8-90 | 0700-1500 | M.d. | #2 | on "G.E.D." home work. Pt became upset immediately c̄ writer, screaming, using much profanity, pushing furniture around in room in an angry, hostile manner. — Threatening staff member. — Demanding to sign self out of hospital. Demanding to call his doctor. Did not accept any reassurance or any explanation from staff. After 15 minutes, did calm down et went into room, slammed door — et rested in bed for remainder of shift. Continued to seclude self until next shift. C. Gebstorder |
| 1/8/90 | 1500-2300 | R.N. | #1 #2 | Remains free of harm, no suicidal thoughts voiced. Pt. approached again c̄ G.E.D. home work et did focus approx. 1 hr. working on this, states has trouble concentrating. _____ |

002909



**The Toledo Hospital**

**Integrated Progress Notes**

000003143427
MRN 000000495703
HALL  JAMES M
DOUKIDES, PANAGIOT T    00816
DOUKIDES, PANAGIOT T    00816
01/01/90    SEMI    016

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/8/90 | 1600 2300 | RN | | Continues to attempt to manipulate but was accepting of limits with Parents vs. then pt. blew up, and they left. Pt. found hunkes against wall on floor. Started screaming @ Writer to get out of rm. Went into B.R. et Slammed door; using obscene language. After short time managed to get in Control so was et went into rm. to watch T.V. Given mellaril 25mgm p.o. for agitation. Pt. asked to go to D.R. but was accepting when request denied. Given positive Reinforcement for making effort to maintain Control. @ H.S. when Laundry taken to pts. room per request, He stated that He had given clothes to a staff member last night to be laundered et his "Shirt was discolored," "Jeans had Spots on them," "Sweater had brown spots," undershorts discolored." ACM informed |

Mayer RN

Medical Record Copy

002910



**The Toledo Hospital**

**Integrated Progress Notes**

MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T    00816
DOUKIDES, PANAGIOT T    00816
01/03/90    SEM1    016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/8/90 | 1500 2200 | RN | | Livingnote. ————— (signature) RN |
| 1/9/90 | 2300 0730 | RN | | Observed q̄ 15 minutes throughout the night, slept well. ——— (signature) |
| 1/9/90 | 1000 1045 | AT | | Adolescent art therapy group; theme: depicting inside/outside feelings, pt drew circle ē anger inside. (Writer encouraged pt. to draw how parents, employers, + friend view pt. Described how works + lives ē friends. Drew picture of ~~even~~ gun + bullet shooting self through head. stating "My mom would like to shoot me." Pt. stated "I can live with this. I'd rather be 'cold' than picked on." Can't to describe aberrative stepfather/boyfriend of mother; Cites few incidents of caring between self + mom. Uses anger to cover feeling of rejection. —— M. J. Merman-Welly MSW AT |



**The Toledo Hospital**

**Integrated Progress Notes**

```
000003143427        1
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T    0081
DOUKIDES, PANAGIOT T    0081
01/03/90    SEMI    016
```
ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/9/90 | | M.D. | | All previous noted. Patient remains quite irritable, restless, demanding and easily agitated. Repeat LiCO₃ blood level pending. Pt is tolerating the medication well & no side effects noted. Supportive therapy provided. Plan: as by orders given. |
| 1-9-90 | 0700 1500 | ard | #1 | Has not voiced any suicidal or self destructive thoughts to this writer today. Has become easily angered, is hostile & sarcastic when encouraged to follow certain hospital rules. |
| | | | #2 | Verbally threatens writer when confronted c not following hospital procedures. Follows Teen schedule only when told to do so. C. Gebert ard |



**The Toledo Hospital**

**Integrated Progress Notes**

000003143427
NR# 000000495703
HALL, JAMES A
DOUKIDES, PANAGIOT T    00816
DOUKIDES, PANAGIOT T    00816
01/03/90    SEM1    016
ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | — Continued — |
|---|---|---|---|---|
| 1-9-90 | 0700-1500 | ord. | | Does not follow schedule on own initiative. Shows many manipulating behaviors c̄ staff members. Room check done in a.m. Cigarette found hidden in Pt's drawer — Cigarette removed. When pt informed of this became irate, using foul language & threatened writer — but then immediately retreated to room. Does calm down on own when left alone. Ate well today. Did attend group therapy session in afternoon. Continues to attempt to manipulate staff in afternoon. —————— J. Hedent order |
| 1/9/90 | 0700-1500 | RN | | Agree with charting as above. J. Primera |

002913



**The Toledo Hospital**

**Integrated Progress Notes**

00003143427
MRN 000000495703
HALL, JAMES A
DOUKIDES, PANAGIOT Y      008
DOUKIDES, PANAGIOT Y      008
01/03/90      SEMI      016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|---|
| 1/9/90 | | E.T. | | This writer is unable to work c̄ pt., however I have provided pt. c̄ 3 G.E.D. manuals (Writing Skills, Soc. Studies, et Math) et a tentative schedule of assignments. Pt. seems to be putting in minimal effort tho. Writer also talked c̄ T.P.S. on 1/4/90 re: pts. past performance @ Cumming, Zucker et achievement test scores. Pt. has real IQ ~ 104, but ability scores are ~ 25 pts. lower. @ OT's LD qualification is discrepancy of 30 pts. Pt. seems to have some learning difficulties. Is behavior influencing ability to learn or is ability to learn influencing behavior, writer wonders. Writer will continue to monitor any progress. Kathleen Donnelly /E.T. |

002914

875-2



**The Toledo Hospital**

**Integrated Progress Notes**

000003143427           1
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T     00816
DOUKIDES, PANAGIOT T     00816
01/03/90        SEMI    016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/9/90 | 1400 1430 | SW | | Pt. reluctantly attended the support group. During the beginning of the group, pt used profanity and voiced displeasure with being in the group. The latter part of the group pt. started to participate, appropriately. Wendy James, MSW, LSW |
| 1/9/90 | 1550 | SW | | As requested by attending physician pt was scheduled for outpt intake at Maumee Valley G.C. 1/17/90 at 1PM, scheduled there for Wed Clinic 3/8/90 at 2PM with Dr Madsen (their endo appointment) and Case Management (Home visits) was set up through CATH Social Services (MVGC referred the undersigned there because they do not provide Case Mgt And also don't provide Day Tx for teens) CATH SS was contacted, Ms Pezzefall noted she would conferring with pt's family and arranging Home Visits with Case Management to work closely with MVGC. Pt's mother was contacted preor to arranging the above and pt was informed of above. Pt's mother noted she did not want pt back home, she agreed to advise attending physician (contd) |



**The Toledo Hospital**

**Integrated Progress Notes**

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T
DOUKIDES, PANAGIOT T
01/03/90         SEMI      01

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| | | | | about this Pt's mother was advised of all scheduled appoint and that SWH SS would be contacting her. will follow prn and or requested by attending physician _J.Beck_ |
| 1/9/90 | 1500 2300 | LPN | #1 | Remains free of harm - No suicidal thoughts |
| | | | #2 | expresses. Has maintained control this eve. Spent time in D.R. at Telecenter well. Spent approx. ½ hr. on homework. Pt. Remains manipulative. Not quite as restless this eve. Needs reminding to follow schedule. — _J_____ M_____ |
| 1/10 | 2300 0700 | LPN | | Observed q 15" thru out the night at resting — _D.Vermyeren_ |
| 1/10 | 07⁰⁰ 1530 | RN | #1 | Ate entire breakfast. Showered and shaved. No suicidal thoughts expressed. Verbalized at length about frustration cannot be employed c̄ a high school education. Eager to complete G.E.D. Upset cannot drive legally as mother doesn't want to assume liability for him. States has been difficult as |

002916

530-7608   R 12/85



**The Toledo Hospital**

**Integrated Progress Notes**

00000317571
I.LL, JAMES M
DOUKIDES, PANAGIOT T        008
DOUKIDES, PANAGIOT T        008
01/03/90        SEMI        016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/10/89 | 07°°–15°° | RN (continued) | #2 | personality for matter "since day number one." Talked about past physical abuse from stepfather and lack of interest to know whereabouts of father for never knew him. |
| | | | #3 | Takes medication cooperatively. No side effects from medication noted. Angered when a nurse confronted him about following the teen schedule and encouraged him to write in a journal for manipulative. Participated in teen group therapy 1415–1445 Watched T.V. _____ |
| 1/11/89 | 15°°–23°° | RN | #1 | pt. cooperative ē teen schedule superficial conversation wt. to |
| | | | #2 | upset ē mother in regard to driving |
| | | | #3 | takes meds ē problem ē side effects of meds, voiced no suicidal ideation, in good control _____ ē 15 min. _____ |

Medical Record Copy

530  7608   R  12/85



**The Toledo Hospital**

**Integrated Progress Notes**

MRN 000000495703
HAUL, JAMES M
DOUKIDES, PANAGIOT T      00816
DOUKIDES, PANAGIOT T      00816
01/03/90      SEMI   016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|---|
| 1/10/90 | | MD | | All meds noted. Patient noted now with stable & much improved affect and in good & cooperative. No EPS noted. Repeat Li CO₃ blood level was 0.8 (0.5-1.5). Support offered. Plan: as by orders given [signature] |
| 1/11/90 | 2300-0730 | RN | | Pt. remains free from harm. Observed ā 15 min. throughout noc. Slept entire shift. —— PSt John RN |
| 11 | 0730-0900 | LPN | | Persistant about room transfer. Informed room # at becomes angry. Verbally abusive, when confronted domes threats. Informed open wing would not put up ē this behavior. Dr Doukides informed. Transfer to room #880 [signature] |

**The Toledo Hospital**

**Integrated Progress Notes**

J0000314342 1
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T    008
DOUKIDES, PANAGIOT T    008
01/03/90        SEMI    016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|---|
| 1/11/90 | | MD. | | All previous noted. Patient noted with overall stable affect & mood and denied having suicidal thoughts. He's tolerating the medication well, & no side effects noted. Support & reassurance given and will try to see pt to-jointly with his parents in the next couple days re: future treatment plans & goals. |
| 1/11/90 | 1300 1400 | LPN | | Again becomes verbally abusive when informed to go to room |
| 1/11/90 | 1640 | SW | | Clnt reviewed, will follow PM and or requested by attending physician |

002919



**The Toledo Hospital**

**Integrated Progress Notes**

MRN 000000495700
HALL, JAMES M
DOUKIDES, PANAGIOT T    00816
DOUKIDES, PANAGIOT T    00816
01/03/90          SEMI    016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| | | | | |
| 1/11/90 | 1:00 | AT | | Adolescent art therapy, pt. jittery, limited attention span, attention seeking. Theme: draw picture of environment as relates to life. Pt. drew thunder, lightening + picture of self c pants down. Described as "I show my butt to the wall. I want people to kiss my butt." Female peer + friend from outside pressed pt about feelings. Pt became angry stating dislike of people who push him about how he feels. Pt uses anger, sarcasm, humor to keep feelings buried. Become agitated left group. — MJ Messner-Kelly, MHAT |



**The Toledo Hospital**

**Integrated Progress Notes**

00000314 3421
AN 00C00049570?
HALL, JAMES M
DOUKIDES, PANAGIOT T    OC
DOUKIDES, PANAGIOT T    OC
01/03/90        SEMI    016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/1/90 | 1400 1900 | RN | 2 | Pt attended teen group was insightful and verbalized his feelings about positive relationships. Pt praised for this behavior. 1500 pt ↑ tense pacing in hall, yelling @ staff, threatening manner, pt relates wanting to go "outside" feels "closed in" unaccepting of alternative distraction ie: weight lifting. Pt continues to yell @ staff using foul language limits set, agreed to take PRN c̄ control regained in ½ hr. Pt apologized for previous behavior active c̄ others in dayroom. Close observation maintained. |
| | | | 3 | Meds taken, free from any side effects. ——— Bartel RN |
| 1/1/90 | 1900 2315 | RN | #1 | Pt. remains free from harm this shift Pt is observed frequently throughout this shift. Interacts c̄ |

Medical Record Copy    Dawn M. Hampton, RN

002921



**The Toledo Hospital**

**Integrated Progress Notes**

MRN C00000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T
DOUKIDES, PANAGIOT T
01/03/90      SEM1      016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/11/90 | 1900 2315 | LPN | #2 | other pts & room mate. Remains in control c reminders of behavior. Pt. became upset c writer when reminded of bedtime but did comply c request after complaining. |
| | | | #3 | Pt. medicated as ordered s difficulty. No apparent side effects noted due to medication. ─ D. Hampton LPN |
| 1/12/90 | 2300 0730 | RN | | Slept well. Monitored q 30 min & Remains free from harm. ___ RN |
| 1/12/90 | | MD | | All pts noted. Now with much improved mood & affect. No. acting out behavior or psychotic symptoms or suicidal ideations noted. Support offered. Plan: 1) same meds & doses +#(over) ___ |



**The Toledo Hospital**

**Integrated Progress Notes**

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T    00816
DOUKIDES, PANAGIOT T    00816
01/03/90   SEMI       016
ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/12/90 | | MD | | and medical psychotherapy & milieu 2) consider discharge in the next couple days if his condition continues to improve |
| 1-14-90 | 1800 | TR | | Awoke & dressed on own. Verbalizes feeling that this unit was not help him. Verbalize negative feeling toward staff & Doctor. Talked about family & complication c them but feels that he can deal c them now. Pt verbalized about sexual relationship c 20 yr. old female & states that she is pregnant & is going to have an abortion. Pt states he has mixed feeling regarding this but that it is her choice |
| | | | #2 | Has remained in good controls this afternoon |
| | | | #1 | Denies suicidal thoughts. Remains free from harm. |



**The Toledo Hospital**

**Integrated Progress Notes**

875-1

00000314342?
MRN 000100495703
HALL, JAMES M
DOUKIDES, PANAGIOT T        00816
DOUKIDES, PANAGIOT T        00816
01/03/90        SEE ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/12/90 | 14⁰⁰ | OT | | Progress Note:<br>Pt following teen schedule w/ reminders. Completed (2) leather wristband w/ much enc - much difficulty accepting his own workmanship - Plus, tends to set self up in NO-win situations, by not following Directions or suggestions from Staff. Also needs reminder to ↓ profanity - he usually complies but murmurs under breathe. Showing some Pride in mocassins he's making for Baby Sister. Responds to Direct/firm approach w/ Kindness.<br><br>Note Cont. ___<br>R. Robbins OTR/L |

002924

875-1



**The Toledo Hospital**
**Integrated Progress**
**Notes**

000003143427
MRN 000000495703
HALL, JAMES R
DOUKIDES, PANAGIOT T          00816
DOUKIDES, PANAGIOT T          00816
01/03/90      SEMI      016

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1/12/90 | 14⁰⁰ | OT | | Progress Note: Cont - prev. page |
| | | | | Goals #1 met Cont to D/c |
| | | | | Free from harm. #1/B Non- |
| | | | | Verbal re: suicidal intent. |
| | | | | #2 Part met - With some |
| | | | | improvement noted. able to regain |
| | | | | self-control c/ reminder. |
| | | | | #3 Part met - Outbursts ↓ing. |
| | | | | Goal/Interventions followed (more) |
| | | | | As per care plan |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | Jeanette Corral c/ J. Robbins OTR/L |
| | | | | |

002925



**The Toledo Hospital**

**Integrated Progress Notes**



00000314 3427
MRN 000000455703
HALL, JAMES M
DOUKIDES, PANAGIOT
DOUKIDES, PANAGIOT
01/03/90        SEM1        010

ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|---|
| 1/12/90 | 1400 1445 | SW | | **ATTENDED GROUP THERAPY:** ☒ ACTIVELY PARTICIPATED ☐ QUIET |
| | | | | — Wendy Lowes, MSW, LISW |
| 1/12/90 | 1500 2300 | RN | | oriented. Pt. agreeable to per... based routines. Needs reminded |
| | | | I | of schedule. No suicidal ideation |
| | | | II | expressed. No real acting out |
| | | | III | much testing of limits & complian... with medication. s noted side effects ———— RN |
| 1-13-90 | 2300 0700 | MHA | | Slept. Observations maintained @ 30 minutes ———— Richmond |
| 1/13/90 | 0700 1930 | RN | #1 | Pt. cooperative, intent to par... |
| | | | #2 | Talks about being cooperative home until 18 y/o then states will join Marine |
| | | | #3 | able needs & problems & side effects of meds, voiced no suicidal ideation in good control maintained @ ———— RN |
| 1/13/90 | | MD | | All above noted # ———— |



**The Toledo Hospital**

**Integrated Progress Notes**

875-1

000003143427
MRN 000000495703
HALL, JAMES M
DOUKIDES, PANAGIOT T        00016
DOUKIDES, PANA... ADDRESSOGRAPH STAMP
...                    SER... ...

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Diet... |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|---|
| 1/13/90 | | MD | | Patient remains stable after x med. No side effects from the medications noted. Support offered & I'll continue with plans as stated previously. [signature] |
| 1-13-90 | 1930 2310 | RN | #1 | Verbalizes he has no suicidal thoughts |
| | | | #2 | Has been in control of behavior this PM. Uses swear words and says he's tired of talking about all this stuff. States he's going home, going to beat his parents' "ass" until he's old enough to get out of there. |
| | | | #3 | Verbalizes that he gets a little sleepy from his medication. Attended teen group this evening. Socialized c̄ roommate and watched T.V. Observed frequently during ... B/P 10⁄34 — C. Michel RN |

002928

530 760B   R 12/85



**The Toledo Hospital**

**Integrated Progress Notes**

875-1

000003143427
MRN 003000495703
HALL, JAMES M
DOUKIDES, PANAGIOT I    00616
DOUKIDES, PANAGIOT ADDRESSOGRAPH STAMP
01/03/95        SEAT   016

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|---|---|---|---|---|
| 1-14-90 | 2300 0730 | RN | | Slept thru-out the night. Observed @ 30 minutes.                    C. Nadel RN |
| 1/14/90 | | MD | | All above noted. Patient is eager to go home and willing to take his meds as prescribed. No agitation or suicidal-homicidal thoughts noted. Supportive therapy provided. Plan: 1) Discharge today home with family. Pt's care discussed with Mr. Miller. Mrs. Miller is currently hospitalized at St. Lukes for back problems but stable otherwise & pt is aware of the above. 2) Follow up at the MVGC 3) prescriptions supply of & 3-refill for Mellaril & lithium given to pt. |



**The Toledo Hospital**

**Integrated Progress Notes**

875-1

000003143427

MRN 000000495703
HALL, JAMES A
DOUKIDES, PARAGIOT I        00816
DOUKIDES, PARAGIOT I        00816
01/03/90          SCAT      ADDRESSOGRAPH STAMP

**Code:**

| | | | |
|---|---|---|---|
| M.D. | Physician | R.D. | Registered Dietitian |
| R.N. | Registered Nurse | E.T. | Educational Therapist |
| L.P.N. | Practical Nurse | P.T. | Physical Therapist |
| S.W. | Social Worker | N.A. | Nursing Assistant |
| O.T. | Occupational Therapist | S.N. | Student Nurse |
| T.R. | Therapeutic Recreator | P. | Psychologist |
| R.T. | Respiratory Therapist | M.H.T. | Mental Health Technician |

| Date | Time | Code | Goal # | |
|------|------|------|--------|---|
| 1/14/90 | 0730 1830 | RN | #7 | P.T. alert at orient x3, testing limit but in control, anxious for discharge this pm, voiced no suicidal ideation. Take meds 5 problem 5 sick effect |
| | | | #2 | of meds, pt cont. to state will cooperative @ home until age 18yo then will join Marines, pt discharged to home accompanied by step father at unit clerk to lobby, pt ambulatory left unit @ 1830 monitored pt 5 free from harm ————— S. Clark |

Termination Date: 818100

**UNISON BEHAVIORAL HEALTH GROUP, IN**

**TERMINATION RECORD**

Client Name (Last, First, Middle): Hall James

Client Number: 402151

Planned

Unplanned

**Reason (select one):**
_____ A) Close Case with Referral
✓ B) Goals Met
_____ C) Services Not Availa
_____ D) Client Refuses Treatment
✓ E) No Return
_____ F) Client Moved
_____ G) Client Died
_____ H) Other

**Disposition (select one):**
_____ A Closed Case with Referral
_____ C Need Services Not Available
_____ F Client Moved
_____ B Treatment Goals Met – No Refer
_____ D Client Rejects Contact
_____ G Client Died
_____ E Client Did Not Return
✓ H Other – No Referral

**Referred To: (check as many as apply):**

✓ 290 None
_____ 120 Private Therap
_____ 180 Welfare
_____ 260 Ability Center
_____ 030 Family
_____ 128 Harbor
_____ 190 Toledo Pub Sch
_____ 270 Vet. Organ
_____ 039 Court Diag.
_____ 130 Other Physician
_____ 199 Other Schools
_____ 280 Parole/Probat
_____ 051 MCO
_____ 140 Out of Coun Ag
_____ 200 Court/Correct
_____ 312 SASI
_____ 052 MR Board
_____ 142 Zepf
_____ 202 DYS
_____ 707 Compass
_____ 080 General Hosp.
_____ 144 Out of State Ag
_____ 220 Attorney
_____ 922 St. Pauls
_____ 100 Nursing Home
_____ 146 Cordelia Mart
_____ 230 Clergy
_____ 923 Outreach team
_____ 110 Private Psych.
_____ 150 Social Serv. Ag
_____ 235 CSB
_____ 54B Hospice
_____ 155 VOA
_____ 240 Other Child Ser
_____ A26 Connect. Point
_____ 160 Vocat Rehab
_____ 250 EAP
_____ B19 ABLE
_____ 170 Health Agency

**Living Arrangements (select one):**

_____ A Own Home
_____ H Child Foster Care
_____ N Licensed MR Facility
_____ B Friend's Home
_____ I Adult Foster Care
_____ O State MR Institute
_____ C Relative's Home
_____ J Nurse Fac. – Not MR
_____ P State MH Institute
_____ D Supervised Group Home
_____ K Rest Home
_____ Q Hospital
_____ E Supervised Apartment
_____ L Respite Care
_____ R Correctional Facility
_____ F Boarding Home
_____ M Intermediate Care/MR
✓ S Other
_____ G Crisis Residential
_____ T Homeless

**Income Source (check as many as apply):**

_____ A Wage/Salary
_____ F Disability/Workmans Comp
_____ L SSI
_____ B Family/Relative
_____ G Unemployment
_____ M SSDI
_____ C Alimony
_____ H Retirement/Pension
_____ N Other
_____ D Child Support
_____ I Social Security Retirement
✓ O Unknown
_____ E Savings/Investment
_____ J General Relief/Welfare
_____ P None
_____ K ADC

ENTERED AUG 2 2 2000

**Source of Reimbursement (check as many as apply):**

✓ A Self/Family
_____ C Private Contract EAP
_____ G General Relief/Welfare
_____ B Family Relative
_____ D Title XX
_____ H Workers Comp
_____ E Medicaid
_____ I Rehab Services/BVR
_____ F Medicare
_____ J Other Government Agency

**Population Group Closing (Screen 2) (Check as many as apply):**

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Severely Mentally Disabled | ✓ | | Physical Abuse Victim | | |
| Alcohol/Other Drug Abuse | | | MI/MR Dual Diagnosis | | |
| Forensic | | | Developmentally Disabled | | |
| Deaf/Hearing Impaired | | | Other | ✓ | |
| Sexual Abuse Victim | | | None | | |

SIGNATURE: Sharon Patter MSW, LSW

CLINICIAN CODE (REQUIRED): 0419

PAGE 1 OF 1

161 CSS - 12/15/98 REV

002931

## UNISON BEHAVIORAL HEALTH GROUP, INC.
### DISCHARGE SUMMARY

_James Hall_
Client Name

_402151_
Case Number

_2/4/08_          _8/8/08_
Date of Admission    Date of Discharge

_8/8/08_
Date of Last Contact

Admitting Problem/AXIS I Diagnosis at Admission: _296-4_

Discharge Diagnosis:

AXIS I. _296-4_

AXIS II: _defer_

AXIS III: _defer_     AXIS IV: _primary support_     AXIS V: _57_

**Summary of Participation** (Major goals established and goals met): Please rate the client's overall improvement or lack thereof to their initial presentation: *1- much worse; 2 – somewhat worse; 3 – No change; 4 – slight improvement; 5 – great improvement; R – Resolved (6)*

Major Treatment Goals (prioritized needs):          Overall Rating: _3_

_Clt transferred to writer from another therapist. Clt never seen by this writer. Clt hcns for 2appts w/ PT & MD. Clt verbally notified of term. MD verbally agreed to term._

**Rationale for Discharge:**

Achievement of treatment goals          Yes _____          No _✓_

Client discontinued treatment          Planned _____          Unplanned _✓_

If unplanned, explain _____

Provider discontinued treatment          Yes _✓_          No _____

Treatment goals partially met, explain   Yes _____          No _✓_

Explain, _____

I have notified the following adjunctive services:          Yes _✓_ *if yes list*     NA _____

_MD_

_____          _____

_____          _____

002932

240.CSS 6/23/00

## UNISON BEHAVIORAL HEALTH GROUP, INC.

### DISCHARGE INSTRUCTIONS

James Hall

Client Name

402151

Case Number

In case of an emergency, call Rescue Phone # 255-9585

Discharge Recommendations: your case been closed due to missed appts. If you would like your case re-open call our intake dept at 693 0231.

Community Resources Explained: _____ Yes ✓_____ No

Referrals Made: _____ Yes _____ No

1. Name of Organization: _____
   Address: _____
   Phone #: _____ Appt Date/Time: _____

2. Name of Organization: _____
   Address: _____
   Phone #: _____ Appt Date/Time: _____

3. Name of Organization: _____
   Address: _____
   Phone #: _____ Appt Date/Time: _____

NA

Signature of Client | Date

Sharon Pitter, MSW, (YI)

Signature of Primary Care Professional | Date 8/15/00

By Mail | Date

Consent signed to follow-up on referral outcomes? ____ Yes ____ No

Comments: _____

002933

Distribution of form as follows: Original to Client; Copy in Chart

239.CSS

## UNISON BEHAVIORAL HEALTH GROUP, INC.
## INITIAL PSYCHIATRIC EVALUATION

HALL, JAMES
402151
05/18/00        60 min.

**CHIEF COMPLAINT**:  Mr. Hall is a 27-year-old man who presents with a chief complaint of "I have trouble with my temper and with mood swings".

**HISTORY OF PRESENT ILLNESS**:  This young man gives a long history of having had problems with depression with irritability, mood swings, and inconsistent behavior.  As a child he was in treatment at age 9.  He was later sent to a facility for delinquent youth for a period of time.  He also had trouble with school with difficulty in following through, and he dropped out of school in tenth grade.  He relates a long history of drug abuse and many arrests for driving under the influence and for using substances.  In recent years the substance he used most is marijuana which he claims not to have been using in the last year or two.  He gives a history of having been born in Toledo but having moved around quite a bit much of his life.  So a lot of his treatment is in various states.  His mother has had bipolar disorder and apparently his mother's mother committed suicide when his mother was very young.  He denies any history of hallucinations or delusions but admits to having short fuse, losing his temper, getting irritable, and having problems with his wife.  He has been married since December.  He and his wife have known each other for about five years, and they have, actually, a five-year-old daughter.  He has a son from a previous relationship who is now nine.  He has had many different jobs and has difficulty maintaining jobs because of his temper and inability to follow through.  He relates at times being hyper and having difficulty sleeping and eating and, at times, having difficulty with his memory, attention, and concentration.  One time he was on Ritalin when he was younger.

This man relates that he has not used substances in recent years.  He documents in trouble for not paying child support and being on probation status which will last for another two years.  This is for his oldest son.  He recently started a new job.  He relates that during the past two years he has been going to Zepf Center was seen by Dr. Forrest and later Dr. Williams.  Initially, he was started on Lithium and then later was placed on Depakote.  At this time, he is on Depakote, 250 mg in the morning and 500 mg at night.  He has a little diarrhea and some trouble in attention and concentration at times but denies any other major side effects.  He has been tried on antidepressants because at times he can get real depressed.  Apparently, he has been on Xanax and other such medication in the past.

**PAST MEDICAL HISTORY**:  Reveals that in 1994 he had a serious motorcycle accident where he injured his left hand, left knee, and was left with some difficulty in utilizing both extremities.  He has not been on any other medication.

**MENTAL STATUS EXAMINATION**:  Reveals a cooperative young man who talked freely and easily about his life.  At the same time there was a quality of being vague in lacking specifics at times.  He admitted, initially, that he had been at Zepf Center since 1999 but later we found that he has been going there since 1998.  He stated that at times he forgets details since he has been on his new medication.  He did not give any history of psychosis or history of major depression.  His affect was in the normal range

002934

HALL, JAMES
Continued:   Page Two
05/18/00

and seemed appropriate.   He was not particularly irritable.   On formal cognitive assessment, he was oriented and alert to person, place, and time, and could do serial 7's. Cat and mouse are animals, wagon and bicycle are used for transportation, do not count your chickens, do not count on something before it happens, do not cry over spilt milk. He could subtract serial 7's without error.

This man lives with his wife and their five-year-old daughter. She also has a ten-year-old child from a previous marriage. He also has a nine-year-old child from a previous relationship. He started a new job recently, and he and his wife have a lot of fights and arguments. He is in individual therapy and will be in group therapy. He documents difficulty in school, difficulty getting along with people, problems with drug use, problems with having been arrested. There is some question about personality disorder traits based on his presentation. However, he documents a family history of bipolar disorder with his mother and maternal grandmother having had such disorder. His life was somewhat disorganized in that he never really knew his father, his mother has had four different husbands since he was raised, he has two half siblings, a half-brother and half-sister. His half-brother is 23 and apparently also has a bipolar disorder and the 11 year old does not have any problems.

## DIAGNOSTIC IMPRESSION:

Axis I -       Bipolar Disorder with Mixed Features.  There Appears to be Some Rapid Cycling Quality to This Bipolar Disorder.  The Best Diagnosis Would be That of Mixed Bipolar Disorder With 296.70.  There is a Past History of Substance Abuse but not Recently.

Axis II -      No Diagnosis Made At This Time, Although There is a Possibility of AntiSocial Personality Disorder as well.

Axis III -     No Significant Recent History, Although There is a Severe Injury to his Left Hand and Left Knee in the Past.

Axis IV -      Marital Problems, Cannot Hold Down a Job, Financial Issues.

Axis V -       Level of Adjustment Appeared to be That of About 58.  He Does Seem to Have Been Developing Some Insight into His Condition and Making an Attempt to Control His Anger as He Matures.

## THERAPEUTIC PLANS:
1)   This man is a candidate for individual therapy and some marital therapy.  He needs help with anger management as well.  He needs help in maintaining employment and taking care of his responsibilities.
2)   Because of the strong family history of bipolar disorder, the use of Depakote makes sense. He has been on 750 mg, which is a low level. We will increase it to 1000 mg and then reevaluate the blood level.

002935

HALL, JAMES
Continued:     Page Three
05/18/00

He has had some GI disturbance and some difficulty with concentration and memory, which may be side effects of it.  We will watch carefully and the dose.  I will need a blood test again in three to four weeks.

3)   I will see him again in a few weeks to see how he is doing.  I will have him seen by a nurse and get him enrolled in the Depakote Program with and lab for someone who has a reduced income.

_Marvin Gottlieb MD 5/30/0_
Marvin Gottlieb, M.D.

dmm
DD:   05/18/00
DT:   05/22/00

002936

# INTEGRATED SUMMARY

**NAME:** James Hall
**CLIENT NUMBER:** 515042
**DATE OF BIRTH:** ████████████
**SOCIAL SECURITY NUMBER:** ████████████
**ADMISSION DATE:** February 14, 2000

## PRESENTING INFORMATION

James Hall presented today requesting marital counseling with his wife of 2 months, Amy.  The couple stated they would like to learn how to cope with their "baggage" each of them has brought to the marriage.

Mr. Hall is currently receiving medication management from Zepf Center; he would like to maintain his status at Zepf and attend Unison for individual and marital counseling.  Mr. Hall did sign a release of information for Zepf Center.  He reports he has been a client at Zepf since August 1999 and his psychiatrist is Dr. Williams.  Mr. Hall is currently taking 750 mg Depakote per day and 25 mg Zoloft per day.  He reports his diagnosis at Zepf Center is Bipolar Disorder.

Mr. Hall's history is significant for one suicide attempt 2.5 years ago and two out of home placements as a child.  One was at the age of 8 he was placed at Riverbend and at the age of 14 he was placed at Pemperville Boys Village; both placements were due to uncontrollable behavior.  He reports poor anger management skills throughout his life.

## FAMILY ASSESSMENT

Mr. Hall currently resides wife his wife, Amy and her two children Cecila and Betsy.  Cecila is 5 and Betsy, who stays with them on weekends is 10.  The couple has been involved with each other for the past 5 years.  Mr. Hall reports there has been domestic violence perpetrated by both of them in the past.  Mr. Hall states he will push Amy on to the couch when she becomes angry and upset and holds her until she calms down.  He admits to smashing up furniture when angry and yelling.

Mr. Hall reports he and his mother did not get along well when he was a child.  He reports she would physically abuse him; this abuse is one of the issues he identified as wanting to work on during individual sessions.  Mr. Hall reports he and his mother have a better relationship at this time.  He did share his mother is also diagnosed with Bipolar Disorder and is now taking medication.

## RELIGIOUS/ SPIRITUALITY

Religious affiliation is denied.

## EDUCATION/ VOCATIONAL ASSESSMENT

Mr. Hall reports he attended one year of college after high school.

**EMPLOYMENT/ FINANCIAL ASSESSMENT**
Mr. Hall reports he held over 18 jobs in one year. He reports due to his mental illness and drug
history he was unable to maintain steady employment. Mr. Hall reports he is applying for SSI due
to his illness and having health difficulties.

**MILITARY HISTORY**
Military history was denied.

**LEGAL HISTORY**
Mr. Hall reports an extensive legal history. He reports as a juvenile he was incarcerated at DYS
for assault charges. As an adult he has been charged with possession of drug paraphernalia,
public indecency, menacing, alluding and domestic violence. He reports he incarcerated in 1997
for "throwing a man out the window." He has also been incarcerated for back child support, for a
son who is 9 with whom he has sporadic contact with. Mr. Hall is currently on probation, his
probation officer is Mike Clark; however, he refused to sign a release of information stating
counseling is not court ordered and is none of his business.

**DRUG/ ALCOHOL ASSESSMENT**
Mr. Hall has an extensive drug and alcohol beginning when he was age 5 and tried marijuana with
his parents. He reports using marijuana 4-5 daily until 1999 when he quit. He reports using
cocaine from the age of 20-21 daily. He has used heroin in the past as well as acid, morphine,
euphoria, ecstasy, peyote and crack in the past. Mr. Hall reports his drug choice was always
something to help elevate his mood. He denies any since 1999. Mr. Hall reports using alcohol,
one beer occasionally when high. He does smoke one pack of cigarettes per day.

He completed 12 hours of drug rehabilitation as SASI and denies any other drug treatment. He
does identify he has an addiction.

**HEALTH ASSESSMENT**
Mr. Hall denies and physical health concerns.

**MENTAL ASSESSMENT**
Mr. Hall was alert and oriented x 3. He was able to make his thoughts known and answered
questions without difficulty. Mr. Hall's mood was elevated and happy. At times, his affect was
inappropriate when talking about fights he and Amy have had or choices he has made concerning
his drug habits. Mr. Hall denied and past or present hallucinations or delusions. He appears to
have poor judgment and fair insight due to his extensive legal history and drug use. Mr. Hall
denied current suicidal ideation or homicidal ideation. He and Amy's interaction was appropriate
and inappropriate when talking about their past history.

**AXIS I:** 296.4 Bipolar I Disorder, most recent disorder unspecified
**AXIS II:** 301.7 Antisocial Personality Disorder
**AXIS III:** Deferred
**AXIS IV:** hx drug use, domestic violence, victim of physical abuse
**AXIS V:** 59

ENTERED FEB 2 8 2000

**INITIAL TREATMENT PLAN**

1. Mr. Hall to attend and participate in individual sessions to process his physical abuse as a child, current affects his childhood has on his life, increase problem solving skills and maintain mood stability.

2. Mr. Hall to participate in Dual Recovery Program if drug use impedes therapeutic progress. Mr. Hall denies current drug use.

3. Mr. Hall to participate in one cycle to anger management skills to identify triggers to anger and alternatives to breaking furniture.

4. Mr. Hall to participate in sessions with Mrs. Hall to increase communication skills and sensitivity towards each other.

5. Mr. Hall to maintain medication compliance of Dr. Williams.

Micki Saba LISW
_____
Micki Saba, LISW
Clinical Therapist

Feb 21, 2000
_____
Date

002939

# DISCHARGE SUMMARY

**ST. CHARLES Mercy hospital**

| | | Admission Date 07/31/00 | Discharge Date 8-3-00 | Medical Record # 346039 | Billing Number 1355656 |
|---|---|---|---|---|---|

| Patient Name/Address | Previous Admit Name | Admission Time 19:59 | Days | Service Type PSY | Financial Status S |
|---|---|---|---|---|---|
| HALL JAMES M 1324 ALBERT ST | | Soc. Sec. No. | Religion NONE NO RELIGION | Previous Admission | House Officer |
| TOLEDO Phone: 419 - 697-8827 Date of Birth: 10/07/1973 Age. 26 | | Sex M | Race W | Marital Status X | Attending Physician(s) GUPTA, KUL BHUSHAN M.D. |
| Admitting Diagnosis MAJOR DEPRESSION | | Consultants | | | |

**Principal Diagnosis:** Bipolar Disorder

**Comorbidities/Complications:** None

**Operations/Procedures:** None

"CONFIDENTIAL" "INFORMATION PROTECTED BY LAW DISCLOSURE PROHIBITED WITHOUT CONSENT"

**Hospital Course/Significant Findings:** Admitted from Ed as had been feeling very depressed, despondent, hopeless suicidal. Pt responded well to meds management & supportive therapy, mood improved was making

**Condition on discharge:** rational & realistic plans so discharged as improved

**Medications and dosage:** celexa 20 mg OD, Depakote 500 mg TID Risperdal 0.5 mg HS

**Activity:** ☑ Regular ☐ Special (specify): _____

**Diet:** ☑ Regular ☐ Special (specify): _____

**Office follow-up necessary:** ☑ Yes ☐ No

**Discharged to:** ☑ Home ☐ Transferred to: _____ ☐ Died: ☐ Under 48 Hours ☐ Autopsy
☐ Over 48 Hours ☐ Coroner

I certify that the narrative description of the principal and secondary diagnoses and the major procedures performed are accurate and complete to the best of my knowledge.

ATTENDING PHYSICIAN     8/27/00     Date

002940

# ST. CHARLES HOSPITAL
## ATTESTATION REPORT
### Printed on 8/8/00 at 08:25:40

PATIENT NAME.................Hall, James M
BILLING NUMBER.............000001355656
ADMISSION DATE...........07/31/00
NURSING UNIT...............4W
ADMISSION TYPE...........X  Emergency Pt.
DISCHARGE STATUS......AHR Routine discharge
AGE..............................26
SEX...............................M  MALE
CODER ID.....................CSA  08/08/00
FINAL BY......................CSA  08/08/00

ATTENDING PHYSICIAN....GUPTA, KUL BHUSHAN
MEDICAL RECORD #.........346039
DISCHARGE DATE............08/03/00
DETAILED PT TYPE...........Y    Psych Inpt
ADMISSION SOURCE........EO   ER Ouapatient Unit
DISCHARGE SERVICE.......PSY  PSYCHIATRY
PRIMARY PAYOR...............S01  SELF PAY-PT RESP
SECONDARY PAYOR.........
EXPECTED LOS.......... 8.40     ACTUAL LOS........ 3
INPATIENT

DRG......................430   PSYCHOSES

MDC.....................019   Mental Diseases & Disorders

ADMITTING DIAGNOSIS....296.20      DEPRESS PSYCHOSIS-UNSPEC

## CONSULTANTS

**PRINCIPAL DIAGNOSIS:**
   296.50 BIPOLAR AFF, DEPR-UNSPEC
**SECONDARY DIAGNOSIS:**
   305.1   TOBACCO USE DISORDER
   716.10 TRAUM ARTHROPATHY-UNSPEC
   305.20 CANNABIS ABUSE-UNSPEC

I certify that the narrative descriptions of the principal and secondary diagnoses and the major procedures
performed are accurate and complete to the best of my knowledge.

PHYSICIAN SIGNATURE: _____          DATE: 8/1/v0
Notes: _____

002941

ST. CHARLES / MERCY HOSPITAL - 2600 NAVARRE AVE. - OREGON, OHIO 43616    CENTER RECORD    346039    1355656

| ENT ME | HAI    JAMES M | | | | | | | DATE 07/31/00 | | CLK |
|---|---|---|---|---|---|---|---|---|---|

STREET ADDRESS  1324 ALBERT ST  
TIME 19:59  PHONE NO  419  697-6827  
CITY STATE  TOLEDO  , OH  43605-1111  
BROUGHT IN BY 01  LOC. OF ACCIDENT  TIME OF ACCID.

| BIRTH DATE | AGE 26 | SEX M | MARITAL STATUS X | RACE W | RELIGION NON | DATE PREV ADMIT | | INS. SELF PAY-E |
|---|---|---|---|---|---|---|---|---|

COMPLAINT  10/07/1973  
C/O CRYING ALL THE TIME  
FEELING DEPRESSED

SOCIAL SERVICE NOT.  ☐ YES  ☐ NO  211  
BED REQUEST  2310

| MD | STAFF | | VALUABLES GIVEN TO/PLACED | TRANSFERRED TO | TIME TO O.R. | POLICE BADGE: | 4262-1 |
|---|---|---|---|---|---|---|---|
| MD | EMERGENCY UNSPECIFIED | ☐ YES ☐ NO  CALL | | RESP | BY | | CORONER NOTIFIED  AUTOPSY |
| MD | Gupta | ☐ YES ☐ NO  CALL | | RESP | BY | |
| | | ☐ YES ☐ NO  CALL 2030 2/05 | | RESP 2/10 | BY Shaw | BY | ☐ YES ☐ |

PRIMARY CONTACT  BANKS    JOYCE    NOT ☐ YES ☐ NO  
STREET ADDRESS  1324 ALBERT ST    RELATION-SHIP  M  
CITY STATE  TOLEDO  , OH  43605-1111    PHONE NO  419  697-6827

| ☑ EMERG | ☐ MED ☐ TRAUMA ☐ PSYCH | ☐ ORTHO | | ALLERGIES |
|---|---|---|---|---|
| TYPE OF CASE | ☐ SURG ☐ PED | ☐ OB-GYN | DATE ANNOINT | |

| LAB: | | X-RAY: | | TIME | INITIAL VITAL SIGNS |
|---|---|---|---|---|---|
| CBC | UA | CXR PORT | RIBS L R | BP 129/68 P 88 | |
| LYTES | UCG  QUAL  QUAN | C SPINE | LS SPINE | R 20 T 99 ¹  WT. | |
| BS | URINE C/S | AC ABD | PELVIS | TIME | MD TREATMENT CARE PLAN |
| BUN | SPUTUM C/S | SKULL | HIP L R | | |
| CREAT | BLD C/S X ___ q ___ | IVP | | | |
| MYO/TROP | OTHER C/S ___ | US ___ | | | |
| T&S | SPINAL FL | CT ___ | | | |
| T&C ___ u | UROGEN | VEN SCAN | | | |
| AMY / LIP | | ART DOP | | | |
| HEP. FUNCTION PANEL | | OTHER | | | |
| PT/PTT | EKG | | | | |
| ETOH | ABG | | | | |
| TOX SCR/TRIC | AER TX ___ | | | | |

**MD HISTORY / EXAM / DISPOSITION**

CHART ☑ DICTATED

Admit 4th floor  
Discual -  
DR Gupta

FORM #678-3017 REV 1/00

FINAL DIAGNOSIS.  Major Depression  Suicide Ideation  
RX & AFTER CARE

FOLLOW-UP WITH DR ___    IN ___ DAYS

E C PHYSICIAN  
WRITTEN INSTRUC. GIVEN & UNDERSTOOD

DISCHARGE TIME:    002942

PT. SIGNATURE (RELATIVE/GUARDIAN)

HALL , JAMES M

**St. Charles Mercy Hospital - Oregon, OH**
**EMERGENCY CENTER**
**Patient Medical Record**

C/E DR NOV

4262

---

**PATIENT NAME:** HALL, JAMES M.
**CHART #** 1355656
**DATE OF SERVICE :** 07/31/00                    T: 8/1/00, 6:36 AM / dls

*CHIEF COMPLAINT:* Depression

*HISTORY OF PRESENT ILLNESS:* The patient states he's been fighting depression for the past 2 months. The patient has been getting worse over the past few days, feels like he just wants to curl up and die. The patient is not functioning well at this time, he's been crying frequently since last Thurs. The patient states he has no specific suicidal plan, denies any homicidal ideation. The patient states he is taking his medication as prescribed. Denies chest pain shortness of breath abdominal pain, nausea, vomiting, fever or chills.

*PAST MEDICAL HISTORY:* Positive for bipolar depression.

*CURRENT MEDICATIONS:* Depakote Risperdal.

*DRUG ALLERGIES:* None.

*SOCIAL HISTORY:* Smokes 1 ppd, occasionally drinks, smokes marijuana on occasional basis. Denies any other drug usage.

*PHYSICAL EXAMINATION:* The patient is sitting in bed in no acute distress. Alert, cooperative. Vital signs are stable. HEENT PERRL. Sclerae clear. Neck is supple . Full range of motion present. Chest clear to auscultation in all fields. Heart - regular rate and rhythm no murmurs, S3, S4, thrills rubs or heaves. Neuro exam- alert, oriented x 3. Glasgow coma score is 15. No focal deficit noted.

*PLAN:* Case discussed with Dr. Gupta, the patient will be admitted to 4th floor for further psych evaluation and medication control

*DIAGNOSIS:* MAJOR DEPRESSION
            BIPOLAR SUICIDAL IDEATION.

MARK SHAW, D.O.



**ST. CHARLES MERCY HOSPITAL**
**OREGON, OH**

**HISTORY AND PHYSICAL**

ST. CHARLES
Mercy Hospital

HALL, JAMES M
MR #: 34-60-39
CN #: 000001355656
Room:  4W 426201
KUL BHUSHAN GUPTA, MD

ADM:   07/31/2000
DICT:   08/03/2000
TRAN:  08/03/2000  2:31 P

**CHIEF COMPLAINT AND HISTORY OF PRESENT ILLNESS:**  The patient came to the emergency department on July 31st complaining of depression for the past two months that had become worse over the past few days.  He was taking medication as directed.  Denied homicidal ideation but did express some suicidal ideation but without any specific plan.  He complained of increased crying and decreased sleep.  He states that he has been going through divorce.  His wife has a restraining order and he is on probation for lack of child support.  He complains that he is unable to hold a job and complains of chronic pain.  He reports a history of mental and physical abuse.  He states that he was first diagnosed about 2½ years ago.  Today he states that his Depakote dosage has been increased and Celexa has been added, however he has not yet felt any changes.  He states he has had no sleep, he is tired and crying.  He states that life has been a complete cluster of problems, recently especially nasty.  He reports that he is ready to crawl into a hole and die.  He also complains of memory loss.

**PAST MEDICAL HISTORY:** He has bipolar affective disorder and traumatic arthritis.  Previous surgeries – he has had left knee and left hand rebuilt secondary to a motor vehicle accident.  Other surgeries have been tonsils and adenoids.

**FAMILY HISTORY:**      His mother is 55, also has bipolar affective disorder and a history of a back fracture.  He knows nothing of his father.  He has a brother 23 with bipolar affective disorder and has a son 8 apparently alive and well.

**SOCIAL HISTORY:**      He is a smoker with about 12 pack-year history.  He has alcohol on rare occasions.  He reports some inconsistent use of marijuana, although admits he uses more when he is in pain.  He also has a history of LSD experimentation.

**SYSTEMIC REVIEW:**

| | |
|---|---|
| Allergies: | He has no known drug, food or environmental allergies. |
| Medications: | Please see chart list. |
| General Health: | He states is fair.  He states he has lost about 15 lb over two months because of depression.  He denies any fevers, sweats or night sweats. |
| Skin: | He denies rashes, itching, lumps or bumps.  Complains of a slightly raised, firm spot on his right chest that is not painful. |
| HEENT: | He denies eye problems, loss of hearing, tinnitus.  He does complain of chronic sinusitis and denies frequent sore throat. |
| Neck: | He denies thickening or stiffness. |
| Cardiorespiratory: | He denies chest pain, shortness of breath or palpitations. |
| GI: | He denies abdominal pain, nausea, vomiting, constipation but states he does have diarrhea since his Depakote has been increased.  He denies any black or bloody stool. |
| GU: | He denies hematuria, dysuria, urgency, frequency.  He complains of nocturia times 2-3. |

Continued......

ORIGINAL

002944

Case 6:18-cv-00410-CBW   Document 92-5   Filed 01/28/20   Page 361 of 444 PageID #: 2477



HALL, JAMES M
MR #: 34-60-39
CN#: 000001055656
KUL BHUSHAN GUPTA, MD

## ST. CHARLES MERCY HOSPITAL
## OREGON, OH

### HISTORY & PHYSICAL

ADM: 07/31/2000
DICT: 08/03/2000
TRAN: 08/03/2000 2:31 P

| | |
|---|---|
| Locomotor: | Other than the problems with his left hand and knee he denies any back or leg problems. |
| Neuropsychiatric: | He denies any history of seizures, blackouts. He states he has pieces missing of his memory and reports out of body experiences when he is very angry. He does admit to significant anxiety and depression. |

**PHYSICAL EXAMINATION:**

Temp: 98.1°   Pulse: 88        Resp: 20   BP: 128/68           Height: 6'  Weight: 185#

| | |
|---|---|
| General Appearance: | This is a 28-year-old white male, well nourished, well developed in no acute distress. |
| Skin: | Warm and dry. He has several tattoos and on his right chest he has a comedo versus cyst tract. |
| Head: | Normocephalic. |
| Eyes: | Pupils equal, round, reactive to light. |
| Ears: | Not examined. |
| Nose: | Clear with clear discharge. |
| Mouth and Throat: | Throat is without erythema, lesions or exudate. |
| Neck: | Supple and nontender without thyroid enlargement. |
| Chest: | With normal expansion. |
| Breasts: | Not examined. |
| Heart: | Regular rate and rhythm without murmur. |
| Lungs: | Clear to auscultation and percussion with decreased breath sounds. |
| Abdomen: | Flat. Bowel sounds present, soft and nontender. |
| Genitalia: | Not examined. |
| Lymphatics: | No generalized lymphadenopathy. |
| Locomotor, Back, Spine: | Spine is nontender. |
| Extremities: | Without edema. The left knee is cool and nontender to palpation. |
| Blood Vessels: | Pedal pulses are equal. |
| Neurological: | Cranial nerves II-XII are grossly intact. |
| Anorectal: | Not examined. |
| Provisional Diagnosis: | Major depression. Suicidal ideation. |

MARY E ZEITNER, PA-C/cd

_____
ATTENTING PHYSICIAN          Date

ORIGINAL

002945

# ST. CHARLES
**Mercy Hospital**

2600 Navarre Avenue
Oregon, Ohio 43616

## PSYCHIATRIC ADMISSION NOTE & EVALUATION

1355656   07/31/00
HALL, JAMES M
S01    MWX    26
GUPTA, KUL _____ ADDRESSOGRAPH M.D.
M/R 58-05-39

| Seclusion | Contraindications | No Contraindications |
| Restraint | Contraindications | No Contraindications |
| If Contraindicated Explain: | | |

_(signature)_ M.D.

| | Date |
|---|---|
| Chief Complaint | 8/1 |
| Hx Present Illness | |
| Past History | |
| Family History | |
| Social History | |
| Substance Abuse History | |
| Medical History | |
| Mental Status Exam | |
| DSM IV Diagnosis | |
| Treatment Plan | |

26 y/o WM was admitted from SR where he came reporting he has been having crying spells, mood swings & has been feeling very overwhelmed, having Sx feelings. Married 6 mos & separated for couple of months as he was getting an explosive & can't hold a job. He has had psych hosp in the past. He has been smoking marijuana frequently. No other substance abuse. Pain w/o hand & knee since auto accident. _____ is of average height & weight, _____ cooperative, affect is appropriate, mood is dysphoric. He has low self esteem _____. No psychosis. feelings of helplessness & Sx feelings _____ superficial judgement & partial insight.

A Bipolar Disorder, Dep. type

_____ will stabilize on c mood stabilizer _____ anxiety meds, supportive therapy + _____ _____

_(signature)_

002946                643-1039 3/95

# DISCHARGE REPORT

**ST. CHARLES HOSPITAL LABORATORY**
2600 Navarre Ave., Oregon, OH 43616
(419) 698-7291

Patient: **HALL, JAMES M**                    Billing #: 1355656
Location:  4W 4262 01                          MRN: 34-60-39
DOB: ███████████  Age: 26 Sex: M              Att. Phy.: GUPTA, KUL BHUSHAN
Adm.date: 07/31/00  Disch.date: 08/03/00

## C H E M I S T R Y

| COLLECTED | 08/01/00<br>06:50<br>-----44010161----- | REFERENCE<br>RANGE |
|---|---|---|

**ELECTROLYTES**

| | | | |
|---|---|---|---|
| SODIUM | 142 | | 135-145 mmol/L |
| POTASSIUM | 3.7 | | 3.5-5.0 mmol/L |
| CHLORIDE | 107 | | 98-110 mmol/L |
| CO2 | 31 | | 21-31 mmol/L |

**CHEMISTRY I**

| | | | |
|---|---|---|---|
| GLUCOSE | 99 | | 65-110 mg/dL |
| BUN | 10 | | 6-20 mg/dL |
| CREATININE | 1.0 | | 0.4-1.5 mg/dL |
| CALCIUM | 8.6 | L | 8.7-10.5 mg/dL |

**CHEMISTRY II**

| | | | |
|---|---|---|---|
| AST | 13 | | 5-33 U/L |
| ALT | 26 | L | 30-65 U/L |
| ALK. PHOSPHATASE | 46 | L | 50-136 U/L |
| ALBUMIN | 3.2 | L | 3.5-5.0 g/dL |
| TOTAL PROTEIN | 5.8 | L | 6.0-8.0 g/dL |
| TOTAL BILIRUBIN | 0.20 | | 0.10-1.20 mg/dL |

## D R U G S  -  T H E R A P E U T I C

| COLLECTED | 08/01/00<br>06:50<br>-----44010161----- | REFERENCE<br>RANGE |
|---|---|---|

**DRUGS - THERAPEUTIC**

| | | | |
|---|---|---|---|
| VALPROIC ACID | 23.6 | L | 50.0-100.0 mcg/mL |
| LAST DOSE | 500 mg | | |
| DATE GIVEN | 07/31/00 | | |
| TIME GIVEN | 0630 | | |

---

Patient: **HALL, JAMES M**          Billing #: 1355656          Room: 4262

KEY FOR RESULTS:  **L** LOW,  **H** HIGH,  **A** ABNORMAL,  **C** CRITICAL,  **T** TOXIC

**DISCHARGED**

### ST. CHARLES HOSPITAL LABORATORY
### 2600 Navarre Ave., Oregon, OH 43616
### (419) 698-7291

Patient: **HALL, JAMES M**
Location:  **4W 4262 01**
DOB: ███████████  Age: 26 Sex: M
Adm.date: 07/31/00  Disch.date: 08/03/00

Billing #: 1355656
MRN: 34-60-39
Att. Phy.: GUPTA, KUL BHUSHAN

## U R I N A L Y S I S

| COLLECTED | 08/01/00 22:34 ----44010694---- | REFERENCE RANGE |
|---|---|---|

**URINALYSIS**

| | | |
|---|---|---|
| COLOR | YELLOW | |
| APPEARANCE | CLOUDY | |
| GLUCOSE | NEGATIVE | NEGATIVE |
| KETONES | NEGATIVE | NEGATIVE |
| OCCULT BLOOD | NEGATIVE | NEGATIVE |
| PROTEIN-QUAL. | NEGATIVE | NEGATIVE |
| NITRITE | NEGATIVE | NEGATIVE |
| BILIRUBIN | NEGATIVE | NEGATIVE |
| SPECIFIC GRAVITY | 1.020 | 1.000-1.030 |
| PH | 7.5 | 5.0-8.0 |
| UROBILINOGEN | 0.2 | 0.2-1.0 E.U./dl |
| LEUKO. ESTERASE | NEGATIVE | NEGATIVE |
| WBC | 0 | 0-5 /hpf |
| RBC | 0 | 0-2 /hpf |
| EPITHELIAL CELL | RARE | /lpf |
| AMORPHOUS | 4+ | /lpf |
| BACTERIA | 1+ A | NEGATIVE |

# D I S C H A R G E   A N A L Y S I S
## ST. CHARLES HOSPITAL LABORATORY
2600 Navarre Ave., Oregon, OH 43616
(419) 698-7291

Patient: **HALL, JAMES M**                     Billing #: 1355656
Location:  4W 4262 01                           MRN: 34-60-39
DOB: ▓▓▓▓▓▓▓▓▓▓  Age: 26 Sex: M                 Att. Phy.: GUPTA, KUL BHUSHAN
Adm.date: 07/31/00   Disch.date: 08/03/00

## H E M A T O L O G Y

| COLLECTED | 08/01/00<br>06:50<br>└-----44010161-----┘ | REFERENCE<br>RANGE |
|-----------|---------|---------|

### BLOOD COUNT

| | | |
|-----------|-------|------------------|
| BC        | 7.9   | 3.7-10.8 th/mm3  |
| RBC       | 5.14  | 4.00-6.00 M/mm3  |
| HGB       | 15.9  | 14.0-17.0 gm/dl  |
| HCT       | 45.7  | 41.0-51.0 %      |
| CV        | 88.8  | 80.0-100.0 u3    |
| MCH       | 31.0  | 27.0-34.0 pg     |
| MCHC      | 34.9  | 31.0-36.0 g/dl   |
| RDW       | 12.6  | 11.5-14.9 %      |
| PLT       | 184   | 150-450 th/mm3   |
| MPV       | 8.9   | 6.0-12.0 fl      |

### DIFFERENTIAL

| | | |
|-----------------|------|------------------|
| NEUTROPHILS     | 52   | 36-84 %          |
| LYMPHOCYTES     | 37   | 23-48 %          |
| MONOCYTES       | 6    | 1-12 %           |
| EOSINOPHILS     | 4    | 1-4 %            |
| BASOPHILS       | 1    | 0-1 %            |
| ABS NEUTROPHIL  | 4.1  | 1.3-9.1 th/mm3   |
| ABS LYMPHOCYTE  | 2.9  | 0.8-5.2 th/mm3   |
| ABS MONOCYTE    | 0.5  | 0.1-1.3 th/mm3   |
| ABS EOSINOPHIL  | 0.3  | 0.1-0.4 th/mm3   |
| ABS BASOPHIL    | 0.1  | 0.0-0.1 th/mm3   |

**ST. CHARLES**
Mercy Hospital

**Regional Psychiatric & Behavioral Services**

1355656          07/31/00
HALL ,JAMES M
SJ1   MWX   26
GUPTA, KUL BHUSHAN M.D.
M/R 34-8)-39

## PSYCHOSOCIAL ASSESSMENT

Client Name _James_                          D.O.B.: ▓▓▓▓▓
Source of Referral: _St Charles ER._         Admit Date: _7-31-00_

**1. Presenting Problem** (Reason for admission - stressors, behaviors, duration) _Bipolar couple of years ago- extreme mood swings- breaks stuff 2 suicide attempts (16 & 24). On the edge - 3 court systems riding him- lost wife, child, and possessions been screw-up all his life_

**2. Social History**

**Present living situation** (please circle)

| | |
|---|---|
| Married | DYS foster care |
| Independent | LCCS foster care |
| (Parents) | DYS |
| Single parent | Group home |
| Other family | Residential treatment |
| Guardian | Unknown |
| Friends | Other_____ |
| Not permanent | _____ |
| Temporary shelter | |

**Marital Status**
- ☐ Never married
- ☐ Married
- ☒ Separated
- ☐ Divorced
- ☐ Widowed
- ☐ Cohabiting
- ☐ Unknown

**Employment Status**
- ☐ Employed
- ☐ Retired
- ☐ Laid Off
- ☐ Student
- ☐ Homemaker
- ☐ Unemployed
- ☐ Other (WC, SSI)

Occupation: _____

**Military History**
- ☐ Yes   ☐ No

Branch _____

**Religious Preference** _____

**3. Current Household Members**

| Name | Age | Sex | Relationship |
|---|---|---|---|
| Joyce Banks | | F | mother |
| | | | |
| | | | |

**4. Previous/current psychiatric/CD treatment**

History of in-patient treatment? _Las Vegas 2 yrs ago_

History of out-patient therapy? _Zepf, Karen Jabonski, Dr Williams_

Chemical dependency treatment? _N/A_

**5. MAJOR PSYCHOSOCIAL VARIABLES** (marital, family, health, community involvement/support groups) _married for 6 mths- she brought sexual abuse history into the relationship- she was alcoholic for 10 yrs Resides with mother now Bartender at Carmels Cecelia, step-father- cant see her at all_

644-1022 Page 1 of 2 - 8/98

002950

**6. Educational History:** (Academic history, special education, behavioral/emotional problems in school)

GED degree

**7. TREATMENT RELATED FACTORS** (psychiatric/chemical dependency family history, support systems, developmental issues, physical/verbal, sexual abuse)

Don't know who father was. Abusive step fathers-physically. Brother Louis is bipolar along with mother. Found out & yr old son- sued for child support. on probation

**8. CHEMICAL USE HISTORY** constant marijuana usage; more infrequent drinking

**9. LEGAL HISTORY** wife took out temporary restraining order, lots of CSI. No felonies as adult

**10. PROBLEM INVENTORY** mood swings-impulse control

**11. EXPECTATIONS OF HOSPITALIZATION** (patients or informants) To get more stable

**12. DISCHARGE PLANS** (may include: residence, employment, aftercare, physical, other resources)

Refer back to Zepf services

**13. CLINICAL IMPRESSIONS** (recommended social work interventions)

This 26 year old Caucasian male reports out of control mood swings and unmanageable life circumstances. No self responsibility evidenced for ramifecotions of his behavior and impulsive decision making. Symptoms compromised by marijuana addiction

Steven Fischer: CSW  8-2-00
Signature                                    Date/Time

644-1022 Page 2 of 2- 8/98 .

002951

## ST. CHARLES
Mercy Hospital
2600 Navarre Avenue
Oregon, Ohio 43616

1359656        07/31/00
HALL JAMES M
SOI   MWX   26
GUPTA KUL BHUSHAN M.D.
M/R 34-60-39        **Addressograph**

## MENTAL STATUS ASSESSMENT: PART II

General Appearance/Hygiene: _Pt has neat clean appearance,_
_though unshaven. Appears stated age._

**Motor Status**

Gait: ☒ Coordinated ☐ Staggering ☐ Shuffling ☐ Rigid
Other: _____

Activity: ☒ Appropriateness ☐ Hyperactive ☐ Lethargic ☐ Purposeful ☐ Disorganized ☐ Pacing
☐ Tremors ☐ Repetitive Movements ☐ Restless ☐ Posturing ☐ Slow/Deliberate
Other: _____

Facial Expression: ☒ Alert ☐ Dreamy ☐ Tense ☒ Sad ☐ Crying ☒ Flat ☐ Happy ☐ Angry ☐ Estatic
☐ Suspicious

Affect/Mood: ☒ Appropriate to subject ☐ Inappropriate to subject ☒ Hopeless ☐ Labile ☒ Depressed _____
☐ Constricted ☐ Hostile ☐ Anxious ☐ Apathetic ☐ Other _____

Contact With Environment: ☒ Oriented to time ☒ Oriented to place ☒ Oriented to person ☒ Oriented to events
☐ Preoccupied ☐ Distractible

Speech pattern: ☒ Normal ☐ Slow ☐ Pressured ☐ Over talkative ☐ Mute ☐ Rambling
Thought process: ☐ Flight of ideas ☐ Jump topics ☒ Logical ☐ Illogical ☐ Circumstantial
☐ Tangential ☐ Loose Associations ☐ Obsessive ☐ Other: _____

**Thought Content**

Delusions: ☐ Persecution ☐ Somatic ☐ Ideas of Reference ☐ Grandeur ☐ Religious ☐ Sexual
☐ Paranoid ☐ Depersonalization ☐ Other _____

Describe the individual's words: _____

Hallucinations: ☒ None Evident ☐ Auditory Content _____
☐ Visual ☐ Olfactory ☐ Tactile ☐ Gustatory
☐ Other _____

Describe the individual's words _____

Behaviors: ☒ Cooperative ☐ Uncooperative ☐ Passive ☐ Guarded ☐ Dependent ☐ Resistive
☐ Combative ☐ Demanding ☐ Wanders/gets lost ☐ Frightened/Fearful ☐ Uses Profanity
☐ Compulsive ☐ Behaviors worsen in the evening/night time
☐ Threatening ☐ Needy/Attention seeking ☐ Somatic ☐ Other _____

Concentration: ☒ Good ☐ Fair ☐ Poor ☐ Impaired Describe: _____
Judgement: ☐ Good ☒ Fair ☐ Poor ☐ Impaired Describe: _____
Insight: ☐ Good ☒ Fair ☐ Poor ☐ Impaired Describe: _____

0028 4262 1

1355656          07/31/00
HALL,JAMES M
S01   MWX   26
GUPTA, KUL BHUSHAN M.D.

Mental Status Assessment: page 2

**Sleep Disturbance:** ☐ None ☒ Delay in falling asleep ☐ Early morning awakening ☒ Difficulty staying asleep
☒ Insomnia ☐ Hypersomnia ☐ Average hours slept *occasional* ☐ Usual bedtime ☐ Usual wake time
☒ Medications used *16* ☐ Ever tested/diagnosed with a sleep disorder *NO*

**Crisis/Risk Assessment:**
History of suicidal thoughts, threats, plans: 4-5 weeks ago I "I've been slowly
wanting to die the last couple of years"                    **Family History:** ☒ Yes ☐ No
                                                        Brother, Mother, Grandmother
**Current Suicidal Thoughts/Gestures/Attempts:** ☒ Yes ☐ No    Hx. Bipolar
Describe in detail: 2 yrs ago drug & alcohol overdose

**History of Sexual/Physical Abuse** ☒ Yes ☐ No
Describe: "Mental & physical throughout my childhood"
"Mother & whatever step father was around the
time."

Thoughts/Attempts to harm others; (specify) Denies

Patient's expectation from treatment: "I need to get my head straight"
"I need to stop crying & using drugs."

Strengths: "I can survive anything."

Weaknesses: "Too sensitive" "Took my marriage a little to serously."
"Not enough energy."
Activities that the patient may need assistance in performing: (describe) _____

(Feeding, ADL's, hygiene, reading, writing, ambulating, communicating with others)

Is there anything the patient and/or family would like to know regarding care in the hospital or after
discharge:
"Rt now my mind is blank"

**Legal:**
Do you have any current legal problems. ☒ Yes ☐ No
Describe: Wood County Adult Probation - Mike Clark
Back child support

0801.00    4262 1

1355656    07/31/00
HALL , JAMES M
SGT    MWX
GUPTA, KUL BHUSHAN M.D.
M/R 34-60-39

Mental Status Assessment: page 3

**Drug/Alcohol History:**    ☐ No History

| Category | Name/Type | F.U. | Usual Amount | Last Used |
|---|---|---|---|---|
| Alcohol | Beers | 14-15yrs | 2 beers | 2mago |
| Benzodiazepines | | | | |
| Sedatives | | | | |
| Cigarettes | | | | |
| Caffeine | | | | |
| Heroin/Opiates | | | | |
| Dilaudid | | | | |
| Methadone | | | | |
| Stimulants | — | | | |
| Hallucinogens | Acid | | | 2yrs |
| Cocaine/Crack | | | | |
| Marijuana/Hash | ½ per week | 2yrs | 1/per week | Yesterday |
| Glue/Aerosols | | | | |

Have you ever experienced any difficulty withdrawing from drugs and /or alcohol? ☐ Yes ☒ No
Describe: _____
_____
_____

Have you ever experienced delirium tremors or seizures? ☐ Yes ☒ No
Describe: _____
_____
_____

**Symptoms of C.D.:**
☐ Tremors ☐ Weight loss ☐ Hallucinations ☐ Blackouts ☐↑ Tolerance ☐↓ Tolerance ☐ Seizures
☒ Cravings ☐ Overdose ☐ Confusion ☐↓ Memory ☐ Depression ☐ Anxiety ☐ Pending divorce
☐ Financial stress ☐ Physical/Verbal Abuse

**Inpatient Psychiatric History/Chemical Dependency Treatment History:**
☐ No prior inpatient treatment

| Date | Facility | Length of stay | Area of Focus | Physician | Length of Sobriety |
|---|---|---|---|---|---|
| | St. minerals | | | | |
| | Riverbend | 2yrs | | | |
| | Las Vegas S | 2 mo | • | | |
| | Georgia | | | | |

**Outpatient Psychiatric History/Chemical Dependency Treatment History**
☐ No prior outpatient treatment

| Date | Facility | Duration | Area of Focus | Therapist | Length of Sobriety |
|---|---|---|---|---|---|
| 7/00 | zept | | Bi-Polar; Depression | Karen Jublinski | |
| | | | | | |
| | | | | | |

Current living situation: "Living E my Mother" "Wife was Kindeineyt to kick me out of the house."

002954

U80100

Mental Status Assessment: page 4

1355656        07/31/00

HALL ,JAMES M
SOI     MWX    26
GUPTA, KUL BHUSHAN
M/R 34-33-39        AddressSograph

Patient oriented to unit: ☑ Yes ☐ No   Explain _____

Orientation Information given: ☑ Yes ☐ No   Explain _____

Hazardous items collected: ☑ Yes ☐ No   Explain _____

Consent for release of information check as applicable: ☐ PCP ☑ CMHC ☐ Family ☐ Other

Do you want your clergy notified: ☐ Yes ☑ No      ☐ PCP consult obtained if needed _____

Do you want visitor restrictions: ☐ Yes ☐ No   (Specify) _____

Information Code Word   Peace _____

Attending Physician notified: Yes ✗ No____   Date/Time: 7/31/00   2350 _____

Assessment Completed By   _____   7/31/00 2330
                                  Signature/Title                Date/Time

R.N. Signature:   _____   7/31/00 2330
                  R.N. agrees with the above assessment data         Date/Time

002955

SCM Form 00013 Rev. 5/00 PSY
CMS IC # 43-643-04 Rev. 5/00

Re: James M. Hall
SS: ████████████
OR NOV 2 8 2000

**Page 5**

## HOW DISORDER AFFECTS CLAIMANT'S DAILY/WEEKLY FUNCTIONING

To help us with your client's claim, please give us the following information about your client's daily activities.

1. What is your client's living arrangement currently?  Alone _____ Group Home or Halfway House _____ With Family __xx__ Other (Describe) _____

   Is this a change since illness?  Yes __xx__ No ~~for a short while~~ and wife is divorcing him.
   If yes, describe: _____ was married ~~for a short while~~ and wife is divorcing him.

   If applicable:  What behaviors or deficits prevent independent living?
   Being able to keep a job and having no skills.
   _____

2. Does your client go out and visit others?  Yes _____ No __xx__ no friends
   If yes, whom does your client visit? _____

   How often does he/she visit?  none
   How much time does he/she spend visiting?  0000
   If socialization is reduced, why?  no friends to visit

   Do others come to visit the client?  Yes _____ No XXX
   Please describe (who, how often) _____ no one

   Has the visiting changed since he/she became ill?  Yes XXX   No
   If yes, describe how it has changed: got older and grown away from people (anti-social
   too many problems not joy all pain.

3. What social activities does your client have (such as clubs, church, etc.)?
   What does he/she do there? _____ none
   _____

   Has his/her participation changed any since illness?  Yes xxx   No _____
   If yes, describe: _____ use to be more active in everything.

4. Describe any changes in how the client gets along with friends and family since illness: _____ mother-ok. Mother is bi-polar also.  Physically his pain in body is bad.

5. Describe how the client got along with former employers, supervisors and co-workers.
   a) before the illness began?  part of problem, 1 min. I am fine and the next severe mood swings.  Poor relationships.
   b) at his/her last regular job?  At present problems job, he had to call off one time.  So far in last 3 wks no prob
   c) during any attempts to return to work after he/she became ill?  always a problem with keeping job, pain in the ass and attitude problem

RSC-8594*(10/91)

002956

DDS RELEASE COPY TO:

C/E DR NOV 2 8 2000

Page 6

Was the client ever suspended, reprimanded or fired? Yes ~~XX~~ No ~~he can't~~
If yes, please describe: Many times can't say. He gets so ~~depressed~~ get out of bed. Client also goes into rages and is fired.

Does the claimant have any other problems relating to people in the community, such as neighbors, agency personnel, police, landlord, store clerks? Yes _____ No XX
If yes, please describe: I don't go out of the house much.

6. Does he/she cook for self? Yes XX No _____
If no, who prepares the meals? no one
If yes, how often does he/she cook? 4 - 5 times a week
Does he/she cook for others? (Who?) no
What type of food is prepared? meat & vegetables I don't eat often and do not
Has this changed since illness? YesXXXX No ~~take care of self~~
If yes, describe how it changed: I'm not hungry or no energy to fix the food

7. Describe the chores done by the client and how often he/she does them (such as washing dishes, laundry, cleaning house, yard work or repair work):
I do dishes, laundry, and my room I clean

Has there been any change in the chores since illness? Yes XX No _____
If yes, describe how they have changed: I use to fix my own cars.
My knee and hands hurt and lock up and unable to do things.

If he/she does not do these chores, how do they get done?
they don't get done.

8. Does the client help take care of children? Yes _____ No XX
How many children? _____ Ages? _____ How often? _____

What activities or care does he/she do with the children? _____

Has this changed since his/her illness began? Yes XXX No _____
If yes, describe how it has changed: I use to take care of son and daughter but we are divorced and not doing anything with them.

9. Does the client drive a car now? Yes _____ No XX
If so, how often do they drive? _____

Have there been any problems such as accidents, OMVI's? Yes XX No _____
If yes, please describe: driving no license, had a accident in 1994
Did he/she drive prior to their illness? Yes XX No _____
If he/she does not drive, how does he/she get around?
bum rides from people

Can the client take a bus alone to a new place? Yes XX No _____

RSC-8594*(10/91)

DDS RELEASE COPY TO:

**Page 7**

C/F DR NOV 2 8 2000

10. Does your client do his/her own errands without help (such as going to the drugstore, or grocery shopping)? Yes __XX__ No _____
What errands and how often? _____ if I have to
_____

If not, why not? _____
_____

If someone helps the client, who helps and what do they do? _____
_____ no one helps me

Has there been a change since the client became ill? Yes __XX__ No _____
If yes, please describe how doing errands has changed: _____
Use to do the shopping for my whole family
_____

11. What kinds of hobbies does this client have (cards, gardening, sewing, working on cars, etc.)?  I use to work on cars, use to play hockey, use the computers some now.
What does he/she do for relaxation or recreation?
            reads - Steven King novels, and go on the internet
How often?    1 time a day
Does he/she do this alone or with others? _____ alone

Does he/she do this as often as he/she used to before he/she became ill?
            much more
If no, why not? _____
Does the client finish what he/she starts?    I try to but it is not a quarantee

Have problems with quality of what he/she is doing?
  "Yes, like working on a car I am unable to do this anymore."
Take longer than he/she used to? _____
      yes much longer

12. Does he/she watch TV or listen to the radio? Yes __xx__ No _____
If yes, what programs are watched or listened to?  the radio doesn't have a tv

For how long at a time?   couple hours
Is this a change from before illness? Yes __XX__ No _____
If yes, please explain: I didn't do it all then.

13. Are there any sleep problems? Yes __xxx__ No _____
If yes, please describe: Sometimes I don't sleep at all and then my body crashes.

Does the client take medication for it? Yes __xx__ No _____
If yes, what type? _____ Depakote, Resperido, Celexa
Is this a change from before he/she became ill? Yes __XXX__ No _____
If yes, please describe the change.
  Did not have problems sleeping before.

14. Does your client have any problems with personal hygiene, grooming, dressing? Yes _____ No __XXX__
If yes, please describe: _____
_____

RSC-8594*(10/91)                                                002958

15. Does the client handle his/her own banking and bill paying? Yes XXX  No ____
    Budget own money?  Yes XXX   No ____
    If no to either of these questions, who helps and how do they help? ____
    _____ no one _____

    Describe any specific behaviors/deficits that would prevent adequate money
    management? ____ none _____

    Did the client use to handle these before becoming ill? Yes xx   No ____
    If no, why not? _____

16. Does your client need more help from others since the illness?
    Yes xx   No ____
    If yes, please describe in terms of shelter, supervision, support and
    structure needed: all of the above _____

17. Has ability to keep attention on activities or chores changed since your
    client's illness began?  Yes XX   No ____
    If yes, please describe (give examples of the changes and when you or
    others noticed the changes):  my mind races _____

18. Has the time it takes to complete an activity or chore changed since your
    client's illness began?  Yes xx  No ____
    If yes, please describe giving examples of pace, persistence and any
    failure to complete tasks in a timely manner:  I use to do laundry and clean kitchen
    and now it takes much longer to get it done if I do. _____

19. Describe any behaviors that might prevent work activities for a usual work
    day or work week, i.e., high need for rests, poor attendance, lack of
    awareness of normal hazards: all of the above, looses jobs due to attendance and
    goes off on people, looses control _____

20. Has your client's ability to handle stress, pressures or changes in his/her
    life changed since his/her illness began?  Yes XX  No ____
    If yes, please explain how often there is a problem (give examples of the
    problem and what the client does when the problem occurs): ____
    _____ "less ability to cope with them" _____

RSC-8594*(10/91)

21. Has this client ever gone home, run away, gone to emergency services, to a treating professional or hospital directly from a work setting (such as a job, school, evaluation or workshop)? Yes xxx  No _____
If yes, please describe:
At a job, finger chewed up and went to emergency room.
I was admitted to Psych Unit at St. Charles Hospital due to overdosing.

How often has this occurred?   couple times

Has the client's illness seemed to become worse due to participation in work-like activities? Yes xxx  No _____
If yes, please describe:  I can't seem to controll my attitude
and I get stressed out and blow up.

22. Has the client's illness changed his/her life in any other way?
Bad relationships, I seclude myself by staying away from people.

23. How frequently is he/she seen at the Mental Health Center? _____
1 time a wk
Type of treatment?  Psych
How does this client relate to his/her current therapist or case manager?
ok
Any problems in treatment (keeping scheduled appointments, for example)?
yes I have no car to get to appt.

Joanne C. Tarr                    SSI/SSDI SPEC.                419-255-4050
Person Providing This Information     Position•              Telephone #
                    9-25-00
Date you last saw client _____

Other Third Party Sources (If Needed)     Relationship          Telephone #

002960

PSC-8594*(10/91)

# ZEPF COMMUNITY MENTAL HEALTH CENTER

| Client Name | | Client Number | Lucas ID | Program / Team |
|---|---|---|---|---|
| HALL, JAMES M | | 302613 | HAJ0080894 | 151 |

| Alias: (list maiden, married, and nicknames) | Admit Status | Admit Date | Initial Contact Date |
|---|---|---|---|
| | 1 - Admit<br>2 - Readmit  1 | 05-13-98 | 04-06-98 |

| Client Address | City | State |
|---|---|---|
| 7777 W BANCROFT, #30 | TOLEDO | OH |

| County | Res. County | Zip Code | Mail | Living Arrangements |
|---|---|---|---|---|
| LUCA | LUCA | 43617 | 1 - Yes<br>2 - No  1 | C |

| Chart Location | Telephone | Sex | Social Security Number |
|---|---|---|---|
| Central  WC<br>_milton | Home:  419-842 - 1198<br>Work: | 1 - Male  1<br>2 - Female | ██████████ |

| Birthdate | Ethnic Group | Marital Status | Military/Vet Status | Legal Status |
|---|---|---|---|---|
| ████ | W | E | N | |

| Clinician | Code | Education | Education Type |
|---|---|---|---|
| JABLONSKI | 3561 | 14 | R |

| Physician | Physician Code | Occupation | Census Tract | Catchment Area |
|---|---|---|---|---|
| LAFORREST | 1032 | 17 | 091.0 | 20 |

A D M I S S I O N   R E C O R D

### POPULATION GROUP

(Circle Y - yes  or  N - no)

| | | |
|---|---|---|
| Severely Mentally Disabled | Ⓨ or N | |
| Alcohol / other drug abuse | Ⓨ or N | |
| Forensic | Ⓨ or N | |
| Deaf / hearing impaired | Y or Ⓝ | |
| Sexual abuse victim | Y or Ⓝ | |
| Physical abuse victim | Ⓨ or N | |
| MI / MR Dual Diagnosis | Y or Ⓝ | |
| Developmentally Disabled | Y or N | |
| Other | Y or N | |
| None | Y or N | |

| Cluster Assignment | Certainty Rating |
|---|---|
| 2 | 2 |

Prior Treatment:  1  ②  3

Referral Source:  020

1 - Growth / Non - SPMI
2 - Sustenance / SPMI   2

**Diagnosis**

| | |
|---|---|
| Axis I | P296.70<br>P304.30 |
| Axis II | P301.90 |
| Axis III | defer to psychiatry |
| Axis IV | stressors: mod-severe |
| Axis V / GAF | 55 |

| EMERGENCY CONTACT - Name | Relationship |
|---|---|
| JOYCE BANKS | 01 |

| Address | City | State | Zip Code |
|---|---|---|---|
| UNKNOWN | TOLEDO | OH | |

| Telephone | Mail |
|---|---|
| Home: 419-474-9499   Work: | 1 - Yes<br>2 - No  2 |

Rev
12/5

002961

**ZEPF COMMUNITY MENTAL HEALTH CENTER**
**COMPREHENSIVE ASSESSMENT**

| | | |
|---|---|---|
| Client Name | : | **Hall, James M.** |
| Case Number | : | 302613 |
| Date of Birth | : | ████████ |
| Admit Date | : | May 13, 1998 |
| Referral Source | : | Self |

PHYSICAL APPEARANCE AND PRESENTING COMPLAINT(S):
Mr. James Hall is a 24-year old, caucasian male, who appears to be of appropriate weight for his height. Mr. Hall was dressed in a seasonally-appropriate fashion and appeared to be well-groomed for today's interview. Mr. Hall was not accompanied by anyone to this interview.

Mr. Hall reports he is seeking outpatient mental health services at the Zepf Center in order to be evaluated for psychotropic medication and to avail himself of psychotherapy.

PSYCHIATRIC HISTORY AND TREATMENT:
Mr. Hall reports no history of inpatient treatment and has been an outpatient in the state of Georgia for psychotherapy, but could not recall neither the practitioner nor the specific dates of service.

EMPLOYMENT HISTORY:
Mr. Hall reports that during his adult life, he has done construction work and, for the last 7 years, has been an "exotic dancer" in clubs both in Georgia, Colorado, Michigan, etc.

Mr. Hall reports he is a high school graduate and has one year of college credits accumulated. Mr. Hall reports no history of military involvement.

SOCIAL HISTORY:
Mr. Hall reports he was born in Toledo, Ohio, and was raised by his natural mother. Mr. Hall reports that during the course of his upbringing, he had 3 stepfathers. Mr. Hall reports he has a brother and a sister. Mr. Hall reports that his mother was verbally and emotionally abusive to him, but he could not recall any sexual abuse as a child or adolescent. Mr. Hall reports that, in terms of history of mental illness, his mother has been diagnosed in the past with bipolar disorder. Mr. Hall reports that alcoholism does seem to be a factor within his family.

Mr. Hall reports that at age 16, he left home and has lived in several states including Colorado, Indiana, Ohio, Michigan, Texas, and Florida. Mr. Hall reports that during the last 8 years, he has been an "exotic dancer", a waiter, a roofer, a construction worker, a data processor, etc. Mr. Hall reports no history of marriage and no children. Mr. Hall reports that he has had 2 long-term relationships with females: one for 1-1/2 years and the other for 6 months. Mr. Hall reports that, in terms of sexual orientation, he is primarily interested in women, but he has experimented and appreciates a bisexual lifestyle for others and, possibly, himself.

Mr. Hall reports not having any support system at the present time.

| | | |
|---|---|---|
| Client Name | : | **Hall, James M.** |
| Case Number | : | 302613 |
| Page | : | 1 of 3 |

002962

## ZEPF COMMUNITY MENTAL HEALTH CENTER
## COMPREHENSIVE ASSESSMENT

Client Name          :     **Hall, James M.**
Case Number          :     302613

### LEISURE ACTIVITIES:
Mr. Hall reports in his spare time, he enjoys watching movies.  Mr. Hall reports no club or organization affiliation as well as no religious affiliation.

### LEGAL STATUS:
Mr. Hall reports no history of parole, but he is on probation on a charge of possession of marijuana and has been incarcerated many times in Georgia for driving while under suspended license, in Stryker, Ohio, for one month, etc.

### ALCOHOL/DRUG USAGE:
Mr. Hall was somewhat vague, in terms of his alcohol usage, but he uses marijuana 2 to 3 times per day, if marijuana is available, and has used marijuana at this level for "a couple of years".  Mr. Hall reports he has tried most drugs, but has not tried I.V. drugs and has not tried inhalants.

### ISSUES AND CONCERNS:
Mr. Hall reports he feels his primary issues center around a need for psychiatric evaluation and possible psychotropic medication and for "anger control".

### MEDICAL HISTORY:
Mr. Hall reports that he was involved in a 3-wheeler accident in 1994, but has had reconstructive surgery on his face.  Mr. Hall reports no other major surgeries.

Mr. Hall reports smoking approximately 1/2 pack of cigarettes a day and drinking one cup of coffee per day.

### MEDICATIONS:
Mr. Hall reports no current prescription drug usage and no over-the-counter medication usage and, in terms of vitamins, he uses Centrum and a calcium supplement

### MENTAL STATUS EXAMINATION:
Mr. Hall reports no history of visual or auditory hallucinations as well as no history of obsessive compulsive characteristics.  Mr. Hall reports that his long-term and  short-term memories as "both good".  Mr. Hall reports no current suicidal or homicidal plan or ideation.  Mr. Hall reports that on a scale of 1 to 10 with 10 being the highest rating, his feelings of self-worth/self-esteem is "between 4 and 5".  Mr. Hall was oriented times three at today's interview.  Mr. Hall was able to report to this Writer his understanding of the proverb "People in glass houses shouldn't cast stones.".

Client Name          :     Hall, James M.
Case Number          :     302613
Page                 :     2 of 3

## ZEPF COMMUNITY MENTAL HEALTH CENTER
## COMPREHENSIVE ASSESSMENT

Client Name              :     **Hall, James M.**
Case Number              :     302613

DIAGNOSTIC IMPRESSIONS:

| | | | |
|---|---|---|---|
| Axis I | : | P296.70 | Bipolar Disorder, Most Recent Episode, Unspecified |
| | | P304.30 | *Cannabis* Dependence |
| Axis II | : | P301.90 | Personality Disorder NOS |
| Axis III | : | Deferred to psychiatry | |
| Axis IV | : | Stressors:  Moderate to severe (vocational issues, need to address chemical dependency,  etc.) | |
| Axis V | : | G.A.F.:  Current, 55 | |

*[signature]* 6-17-98

JEFFREY D. LONG, M.Ed., LPCC
Diagnostician Clinical Supervisor

t:061198:en

---

Client Name              :     **Hall, James M.**
Case Number              :     302613
Page                     :     3 of 3

002964

# INITIAL CONTACT SCREENING

DATE _5-6-98_     SCREENED BY _Joseph Habib_     SERVICE LOCATION _Central_

## REFERRAL INFORMATION

PERSON CALLING _self_

REFERRAL SOURCE _____

PRIOR MH SERVICE _East Center (Ohio)_

_Dr. Hillary Bell_

REFERRING DIAGNOSIS _____

_Bipolar_

ALCOHOL/DRUG HISTORY _____

_"pot" —_

CURRENT MEDICATION _no —_

_(Lithium in the past)_

PRESENTING PROBLEM(S)/SERVICE REQUEST _____

_"up + down fast and hard"_

_"No point of doing anything"_

~~too~~ _poor concentration_
_lack of energy._

_Inability to hold a job_
_(quits for no reason:_
_erratic behavior.)_

_X Needs psychiatric services_

## DEMOGRAPHICS

CLIENT NAME _James M. Hall_

ADDRESS _7777 West Bancroft St_
_Toledo — 43606  43817._

PHONE NUMBER(S) - HOME _842-1198._

OTHER _____

SS# ▇▇▇▇▇▇▇▇     DOB ▇▇▇▇▇▇

SEX ( M ) F   MARITAL STATUS _single_

EDUCATION _____   WORK _____

SOURCE OF INCOME _____

INSURANCE _no —_

GUARDIAN _____   PAYEE _____

LIVING STATUS _____

## POST INTAKE FINDINGS, RECOMMENDATIONS, DIAGNOSIS

_to discussed_

DIAGNOSIS _____   _(Deferred)_

DX. APPT. - DR. _Central_

DATE _____   TIME _____

_Jeff_
_Long_

INTAKE APPT. STAFF _Joseph Habib_   DATE _5-11-98_   TIME _9:30 AM_   _2:30pm_

CSP ASSIGNMENT _Karen Jablonski_   DATE _5-14-98_

11/96

002965

LYCASID = HAJ0080896

# INITIAL CONTACT SCREENING

DATE 4-6-98   SCREENED BY Joyce Habib   SERVICE LOCATION Ham.

## REFERRAL INFORMATION

PERSON CALLING _self_

REFERRAL SOURCE _____

PRIOR MH SERVICE _____

_____

REFERRING DIAGNOSIS _mes._

ALCOHOL/DRUG HISTORY _no alcohol —_

_( pot )._

CURRENT MEDICATION _mo —_

_____

PRESENTING PROBLEM(S)/SERVICE REQUEST _____

Diagnosed as Manic
depressive when a teenager.
He has been on Lithium.
Current symptoms:
- mood swing
- not hold job (3 months max)
- impulsiveness
- withdrawal —

Services requested:
- psychiatry

## DEMOGRAPHICS

CLIENT NAME _James M. Hall_

ADDRESS _201 Knapp #218_

_Toledo - Ohio  43607._

PHONE NUMBER(S) - HOME _248-7631_

OTHER _____

SS# ▓▓▓▓▓▓▓   DOB ▓▓▓▓▓▓

SEX (M) F  MARITAL STATUS _single_

EDUCATION _____  WORK _mr —_

SOURCE OF INCOME _none._

INSURANCE _____

GUARDIAN _____ PAYEE _____

LIVING STATUS _mother —_

## POST INTAKE FINDINGS,
## RECOMMENDATIONS, DIAGNOSIS

_____

_____

_____

_____

_____

_____

_____

_____

_____

DIAGNOSIS _____

DX. APPT. - DR. _____

DATE _____ TIME _____

*****************************************

INTAKE APPT. STAFF _Joseph Habib_   DATE _4-14-98_ TIME _10:30 PM._

CSP ASSIGNMENT _____ DATE _____

11/96   no show —
4-14-98

002966

## ZEPF COMMUNITY MENTAL HEALTH CENTER
## PSYCHIATRIC DIAGNOSTIC UPDATE

<u>INITIAL PSYCHIATRIC EVALUATION COMPLETED ON:</u>  2 - 11 - 00

<u>UPDATE OF INFORMATION:</u>

Pt is a married 36 y.o. way. ♂ multi year h/o mood swings, irritability and polysubst abuse transferred from Dr LaForrest's service for tmt. r/ B. polar dx unspecified. Pt states he recently ran out of Depakote "stat lool" to today (his police). He continues to struggle with irritability, anger outbursts, energy surges" as well as daily Suicidal thoughts — mood overall described as depressed today. He recently has just wanted to "crawl into a hole and forget I was ever born."

<u>PREVIOUS MEDICATION TRIALS:</u>

H/o lithium, Ritalin, Prozac, Xanax — currently on Depakote 250mg po tot 5mg po penard trials short — limited by S.E.

<u>IMPRESSIONS:</u>
PRIMARY:   Bipolar ds. NOS
AXIS I:   R/o M. Depression, recurrent R/o Dysthymia, H/o polysubstance abuse.
AXIS II:   deferred (Cluster B traits)
AXIS III:   S/P MVA ō residual penis/dysfunction (LUE ē/DLE)
AXIS IV:   moderate to severe.
AXIS V:   CURRENT GAF: 50 - 55      PAST GAF:   55

<u>RECOMMENDATIONS:</u>

Start a trial of Zoloft 25mg po d × 7d ——advance to——→ 50mg po d thereafter to treat depressive Sx ē irritability ✓ Pt cautioned to watch for manic episode and inform his wife of same ——→ Stop Zoloft if manic Sx develops (discussed in detail) and call. Meanwhile, continue ō Depakote as presents (see above).

<u>UPDATED BY:</u>  G R Williams, MD  DATE OF UPDATE:  02 - 11 - 00

DATA PROCESSING DATE STAMP _____

Hall, James M.

Client Name (Last, First, MI)

302613

Case No.

0007 Rev. 2/1999
Page 1 of 1

002967

## PHYSICIAN PSYCHIATRIC HISTORY AND EVALUATION

*Zepf Community Mental Health Center*
*Page 1*

Client Name          :     **Hall, James**

Case Number          :     302613

Date                 :     May 26, 1998

IDENTIFYING DATA:
James Hall is a 24-year old single caucasian male who referred himself
to the Zepf Center.  He is single and has no children.  He is
currently living at his aunt and uncle's trailer.

HISTORY OF PRESENT ILLNESS:
The patient reports that he moved back to Toledo about 2 months ago
from Atlanta.  He stated that he had been living in Atlanta for 2
years and had a desire to try to build a relationship with his mother,
brother, and sister.  He also stated that there was an old warrant
that he wanted to take care of.  He stated that the old warrant was
dropped because of the time frame.  He states that things are not
going as well as he had hoped and he does not feel that he will be
able to make headway in processing things with his family.  He states
that he has been diagnosed with Bipolar Disorder.  He has been off
medications for some time.  He states that he originally went to the
East Center between 1990 and 1994.  He was seeing Hilary Bell at that
time for therapy.  He was also seeing a psychiatrist and was on
Lithium, Prozac, Xanax, and Ritalin.  He stated that he only took the
Lithium for about 2 or 3 months and stoppped it when he did not feel
that it was helpful.  He admits that he had difficulty accepting that
he had Bipolar Disorder and would generally go off of his medication.
He states that now he feels that he needs to get his life in order and
that he is tired of the mood swings.  He reports that he gets
depressed and does not feel like getting up in the morning.  At other
times, he reports that he gets angry and frustrated, is quite
irritable, and he has racing thoughts.  He reports that he has not
been able to hold a job, and the longest job he had was for 6 months
working at a restaurant.  He reports decreased sleep and decreased
appetite.  He reports that when he was younger, he would get quite
angry and destructive but states that, as he has gotten older, he is
not as violent as he used to be.  He states that he primarily gets
angry verbally.  He reports no history of any suicide attempts and
denies and suicidal ideation.  He would like to go back on medication.
He denies any nightmares or flashbacks about any traumas.

PAST PSYCHIATRIC HISTORY:
He was hospitalized at Riverbend Hospital in Tennessee when he was
about 8 years old.  He reported that he had a lot of behavior problems
at that time.  He went to the Pemberville Boys Ranch between the ages
of 13 and 14 for behavior problems.  After getting out, he left home
at the age of 15 and was primarily living on the streets.  As
mentioned previously, he went to the East Center for about 4 years
between 1990 and 1994.  He liked his therapist, Hilary Bell.  He
states that he would frequently go off of his medication.  He did feel

# PHYSICIAN PSYCHIATRIC HISTORY AND EVALUATION

## Zepf Community Mental Health Center
### Page 3

Client Name              :        **Hall, James**

## MENTAL STATUS EXAMINATION:

He presents as a well nourished, well developed 24-year old caucasian male who appears his stated age. He is pleasant and cooperative. He maintained good eye contact. He was casually dressed and groomed. There was no psychomotor agitation or psychomotor retardation. His mood was slightly irritable. His affect was appropriate to content. His speech was mildly pressured but was articulate and coherent. His thought processes were organized and goal directed and there is no overt delusional thinking. He denies hallucinations. He denies any suicidal or homicidal ideation. He was alert and oriented in all 3 spheres. Further cognitive testing was not done at this time. He recognized his need for help at this time.

## IMPRESSION:

The patient has previously been diagnosed with Bipolar Disorder and Lithium has been prescribed for him in the past. I do think that that is appropriate treatment for him. There is a strong family history of Bipolar Disorder. He reports that he was on Lithium several years ago and did not have any problems with it. He reported that he had labs at that time. He reports he cannot afford to have baseline labs done at this time since he has no income. Since he denies any acute or chronic medical problems and was on Lithium previously, I will restart it and have him get a Lithium level in about a week. He is also having difficulty sleeping and would like Xanax. I told him that I prefer to stay away from habit forming medications, if possible, and I will prescribe Vistaril for him. I reviewed the side effects, risks, and benefits of the medication and also the risks of no treatment and gave him written information on his medications. He feels that he is at a different time in his life and that he has more insight into his need for help at this time.

## DIAGNOSIS:
Primary       :
Axis I        :        Bipolar Disorder, last episode unspecified 296.70
                       Bipolar Disorder, last episode unspecified 296.70
Axis II       :        Cannabis Abuse 305.20
Axis III      :        Deferred 799.90
Axis IV       :        None diagnosed
Axis V        :        Stressors: Moderate
                       G.A.F., Current, 55

002969

## PHYSICIAN PSYCHIATRIC HISTORY AND EVALUATION

*Zepf Community Mental Health Center*
*Page 4*

Client Name        :    **Hall, James**


I will start Lithobid, 300 MG, 1 QAM and 2 QHS, and he was given a coupon for 100 tablets with no refill.  I also wrote a prescription for Vistaril, 25 MG, 1 to 2 tablets, QHS, PRN, for sleep.  He was given a Central Pharmacy prescription for #30 with no refill.  He will be referred for a CSP worker.  He is aware of the 24 hour access and Rescue Crisis for emergencies.  I will have him see the nurse in 2 weeks and see me in 5 weeks or sooner, if needed.  He can certainly call in the interim.


Barbara J. LaForrest, M.D. _Barbara J. LaForrest MD_

D: 5/26/98 BJL
T: 6/5/98 VDH
HALL, JAMES
Case No. 302613

002970

## ZEPF COMMUNITY MENTAL HEALTH CENTER
### MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| **9-15 00** Date / **165** Code / **30** Duration | **1012** Location / **30** Time | _ 1) In Facility<br>_ 2) In Field<br>_ 3) Phone/Client<br>_ 4) Phone/Others<br>_ 5) Face/Client<br>_ 6) Face/Others<br>CANCELLATIONS<br>_ 7) By Client<br>_ 8) By Clinician<br>_ 9) No Show | ✓ Medication Education, verbal/written<br>_ Side Effects Discussed<br>_ Pregnancy Precautions<br>✓ Other Treatment Alternatives<br>✓ Benefits of Treatment/Risk of No Treatment<br>✓ Other Medications/OTC Medications<br>_ Labwork Discussed<br>_ Date of Last  AIMS Exam<br>_ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**

HIGH PROTEIN DIET
Multi Vit.

Depakote 500mg ī tid #100
Risperdal 1mg ī 1/2 tab Bid #31
Celexa 20mg ī qd #28

**PRESENCE OF SUICIDAL IDEATIONS:** YES _____ NO ✓
**PRESENCE OF HOMICIDAL IDEATIONS:** YES _____ NO ✓

**IF YES EXPLAIN:** Reports doing better. Sees him-
self as a "5" on 1-10 ⊕ depression
scale. Will be going to jail soon
due to parole violation. Was arrested
for lack of child support payment & broke
parole when he tested ⊕ for marijuana
Thinks he will be doing 4-6 month in
Wood Co. Denies suicidal/homicidal
thoughts, adverse effects of meds
States marijuana use has ↑ d due to
many legal stressors. RTC 4wks RN + back
c̄ Dr. La Forrest. — P. Stock.

Hall James                                            302613

0027 Rev. 9/1999
Page 1 of 1

**MEDICAL PROGRESS NOTE**

**Client Name (Last, First, MI)**          **Case Number**

PEGGY STOCKMAN, R.N.

002971

## ZEPF COMMUNITY MENTAL HEALTH CENTER
### MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| 8 25 00 _Date_<br><br>160 _Code_<br><br>∅ _Duration_ | 1012 _Location_<br><br>1530 _Time_ | ✓ 1) In Facility<br>_ 2) In Field<br>_ 3) Phone/Client<br>_ 4) Phone/Others<br>_ 5) Face/Client<br>_ 6) Face/Others<br>CANCELLATIONS<br>_ 7) By Client<br>_ 8) By Clinician<br>✓ 9) No Show | _ Medication Education, verbal/written<br>_ Side Effects Discussed<br>_ Pregnancy Precautions<br>_ Other Treatment Alternatives<br>_ Benefits of Treatment/Risk of No Treatment<br>_ Other Medications/OTC Medications<br>_ Labwork Discussed<br>_ Date of Last  AIMS Exam<br>_ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**

PRESENCE OF SUICIDAL IDEATIONS:          YES _____     NO _____
PRESENCE OF HOMICIDAL IDEATIONS:          YES _____     NO _____

IF YES EXPLAIN: _Psychiatry Progress Note —_
_No Show —_

Client Name (Last, First, MI) _Hall, James_

Case Number _302613_

0027 Rev. 9/1999
Page 1 of 1

*MEDICAL PROGRESS NOTE*

002972

## ZEPF COMMUNITY MENTAL HEALTH CENTER
### MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| 8-22-00 Date<br>165 Code<br>30 Duration | 1012 Location<br>2³⁰ Time | _ 1) In Facility<br>_ 2) In Field<br>_ 3) Phone/Client<br>_ 4) Phone/Others<br>_ 5) Face/Client<br>_ 6) Face/Others<br>CANCELLATIONS<br>_ 7) By Client<br>_ 8) By Clinician<br>_ 9) No Show | _ Medication Education, verbal/written<br>_ Side Effects Discussed<br>_ Pregnancy Precautions<br>_ Other Treatment Alternatives<br>_ Benefits of Treatment/Risk of No Treatment<br>_ Other Medications/OTC Medications<br>_ Labwork Discussed<br>_ Date of Last  AIMS Exam<br>_ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**

Depakote 500mg ī tid #90 1p
Risperdal 1mg ½ tab Bid #30
Celexa 20mg ī gd #28 sample

PRESENCE OF SUICIDAL IDEATIONS:   YES _____   NO ✓
PRESENCE OF HOMICIDAL IDEATIONS:   YES _____   NO ✓

IF YES EXPLAIN: Reports that since getting out of St. Charles he has greatly improved. Meds were changed as noted above. States temper & impulsive behaviors is minimal. "These 3 meds really work!" Denies adverse effects of meds. No crying spells lately. Sees himself as an (7-8) on 1-10⊕ depression scale. States his Depakote level in the hospital was (25) + since ↑ of Depakote is much more relaxed. Would like to change M.D. as he feels Dr. Williams is "not that available to see." Feels his meds

Hall James                                    30 2613

*Client Name (Last, First, MI)*          *Case Number*

should have been ↑'d before hospitalization

0027 Rev. 9/1999                              PEGGY STOCKMAN, R.N.
Page 1 of 1                 MEDICAL PROGRESS NOTE

'TC
/25  Mood more stable & 3 instability. Admits to smoking
EMD  occasional joint. Denies suicidal thoughts. Supp

002973

# ZEPF COMMUNITY MENTAL HEALTH CENTER
## MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| 8-11 00 **Date**  160 **Code**  Ø **Duration** | 1012 **Location**  1315 **Time** | _ 1) In Facility  _ 2) In Field  _ 3) Phone/Client  _ 4) Phone/Others  _ 5) Face/Client  _ 6) Face/Others  CANCELLATIONS  _ 7) By Client  _ 8) By Clinician  ✓ 9) No Show | _ Medication Education, verbal/written  _ Side Effects Discussed  _ Pregnancy Precautions  _ Other Treatment Alternatives  _ Benefits of Treatment/Risk of No Treatment  _ Other Medications/OTC Medications  _ Labwork Discussed  _ Date of Last  AIMS Exam  _ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**

PRESENCE OF SUICIDAL IDEATIONS:　　　　　YES _____　　NO _____
PRESENCE OF HOMICIDAL IDEATIONS:　　　　YES _____　　NO _____

IF YES EXPLAIN: _Rescheduling Progress Note_

_Do show_

8/17/00   N.S   _____   P. Steer

_Hall, James_　　　　　　　　302613
**Client Name (Last, First, MI)**　　　　**Case Number**

0027 Rev. 9/1999
Page 1 of 1　　　　　　　　*MEDICAL PROGRESS NOTE*

002974

**ZEPF COMMUNITY MENTAL HEALTH CENTER**
**MEDICAL PROGRESS NOTE**

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| 7-28-00 Date | 1012 Location | ✓ 1) In Facility <br> _ 2) In Field <br> _ 3) Phone/Client <br> ✓ 4) Phone/Others <br> _ 5) Face/Client <br> _ 6) Face/Others <br> **CANCELLATIONS** <br> _ 7) By Client <br> _ 8) By Clinician <br> _ 9) No Show | ✓ Medication Education, verbal/written <br> _ Side Effects Discussed <br> _ Pregnancy Precautions <br> _ Other Treatment Alternatives <br> _ Benefits of Treatment/Risk of No Treatment <br> _ Other Medications/OTC Medications <br> _ Labwork Discussed <br> _ Date of Last AIMS Exam <br> _ Consultation Other |
| 160 Code | 1300 Time | | 24 <br> 3 <br> lot# 60027A440 |
| 30 Duration | | | |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**   Depakote 500g ×72 7 period supples
Risperdal 1.0g ×20 supl ½ bd po bid
5-Depakote level.

D-bottles (Klonopin)
Depakote Stop po bid -cleas nothing
for the agent of

**PRESENCE OF SUICIDAL IDEATIONS:**   YES ✓   NO ___  passively but not act
**PRESENCE OF HOMICIDAL IDEATIONS:**   YES ___   NO ✓  -none-

**IF YES EXPLAIN:** Psychiatric Progress Note —
Pt states he does not know what to do — "can't sleep
eating ass my wife tried to put me in jail, marriage headed for
divorce, + job stress" "I can't stop crying" Pt states felt like was
clearing me into even worse fits of rage. His wife claims he threatened
to kill her ∴ he has a restraining order against him ×2mo. He has been
staying at his mother's house + kids care.
Pt made his appt on time - tearful. Mood +/- depressed.
Meds reviewed & mutual agreement for a trial of Risperdal for added
mood stability SE discussed. Pt to see RN next week at Hamilton
for flu-adjust meds as needed.
A/ Bipolar d/o NOS

Hill, James   302613
Client Name (Last, First, MI)   Case Number

P/ med as above, RTC - wk RN Hamilton of labwork (Depakote lev

0027 Rev. 9/1999
Page 1 of 1   **MEDICAL PROGRESS NOTE**   Yuh MD
Call pm.

Li, Depakote, ½ lft

002955

## ZEPF COMMUNITY MENTAL HEALTH CENTER
### MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| 7-17-00 Date | 1012 Location | _ 1) In Facility<br>_ 2) In Field<br>_ 3) Phone/Client<br>_ 4) Phone/Others<br>_ 5) Face/Client<br>_ 6) Face/Others<br>CANCELLATIONS<br>_ 7) By Client<br>_ 8) By Clinician<br>_ 9) No Show | _ Medication Education, verbal/written<br>_ Side Effects Discussed<br>_ Pregnancy Precautions<br>_ Other Treatment Alternatives<br>_ Benefits of Treatment/Risk of No Treatment<br>_ Other Medications/OTC Medications<br>_ Labwork Discussed<br>_ Date of Last AIMS Exam<br>_ Consultation Other |
| 165 Code | Time | | |
| 18 Duration | | | |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**

*Med info given to the Lucas Co. jail.*

Geraldine Funari, R.N.

PRESENCE OF SUICIDAL IDEATIONS:     YES _____     NO _____
PRESENCE OF HOMICIDAL IDEATIONS:     YES _____     NO _____

IF YES EXPLAIN: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Client Name (Last, First, MI)          Case Number     302613          002976

0027 Rev. 9/1999
Page 1 of 1               *MEDICAL PROGRESS NOTE*

# ZEPF COMMUNITY MENTAL HEALTH CENTER
## MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| **Date** _7 10-00_ **Code** _165_ **Duration** _18_ | **Location** _1012_ **Time** | _✗_ 1) In Facility<br>_ 2) In Field<br>_ 3) Phone/Client<br>_✗_ 4) Phone/Others<br>_ 5) Face/Client<br>_ 6) Face/Others<br>**CANCELLATIONS**<br>_ 7) By Client<br>_ 8) By Clinician<br>_ 9) No Show | _ Medication Education, verbal/written<br>_ Side Effects Discussed<br>_ Pregnancy Precautions<br>_ Other Treatment Alternatives<br>_ Benefits of Treatment/Risk of No Treatment<br>_ Other Medications/OTC Medications<br>_ Labwork Discussed<br>_ Date of Last  AIMS Exam<br>_ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**

_med info_
_To Wood Co_
_Call_

**PRESENCE OF SUICIDAL IDEATIONS:**   YES _____   NO _____
**PRESENCE OF HOMICIDAL IDEATIONS:**   YES _____   NO _____

Geraldine Funari, R.N.

**IF YES EXPLAIN:** _____

Client Name (Last, First, MI)   _Hall   James_          Case Number   _302615_

0027 Rev. 9/1999
Page 1 of 1

*MEDICAL PROGRESS NOTE*

002977

## ZEPF COMMUNITY MENTAL HEALTH CENTER
## MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| 4-21 to **Date** 160 **Code** 0 **Duration** | 102 **Location** 1530 **Time** | _ 1) In Facility<br>_ 2) In Field<br>_ 3) Phone/Client<br>_ 4) Phone/Others<br>_ 5) Face/Client<br>_ 6) Face/Others<br>**CANCELLATIONS**<br>_ 7) By Client<br>_ 8) By Clinician<br>_ 9) No Show | _ Medication Education, verbal/written<br>_ Side Effects Discussed<br>_ Pregnancy Precautions<br>_ Other Treatment Alternatives<br>_ Benefits of Treatment/Risk of No Treatment<br>_ Other Medications/OTC Medications<br>_ Labwork Discussed<br>_ Date of Last  AIMS Exam<br>_ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**

**PRESENCE OF SUICIDAL IDEATIONS:**        YES _____    NO _____
**PRESENCE OF HOMICIDAL IDEATIONS:**      YES _____    NO _____

IF YES EXPLAIN: *Psychiatry Progress Note*
                        *NS*

Client Name (Last, First, MI)     *Neil, James*

Case Number     *302613*

002978

0027 Rev. 9/1999
Page 1 of 1

*MEDICAL PROGRESS NOTE*

## ZEPF COMMUNITY MENTAL HEALTH CENTER
## LAB REQUISITION

**6605 WEST CENTRAL**
TOLEDO, OHIO 43617
Telephone: (419) 841-7926
Fax: (419) 843-4175

**525 HAMILTON**
TOLEDO, OHIO 43602
Telephone: (419) 255-1106
Fax: (419) 255-4037

NAME: _James M. Hall_

ADDRESS: _3715 Oak St_

ORDERED BY: _Dr. Williams_

DATE: _4/3/00_

DOB: ▮▮▮▮▮▮▮▮▮

DIAGNOSIS CODE: _____

Basic Metabolic Panel_____
Comprehensive Metabolic Panel_____
Electrolytes_____
Bun_____
Creatinine_____
Liver Panel_____
CBC _____
TSH _____
Thyroid Panel_____
Urinalysis _____
Other _____

Lithium Level _____
Bun _____
Creatinine _____
TSH _____
Depakote Level _X_____
Liver Panel _____
CBC _____
Tegretol Level _____
Liver Panel _____
CBC _____
Other _____

SPECIAL INSTRUCTIONS: _Bring to next visit_

Page 1 of 2
Original to client

COMMENTS:_____

SIGNATURE:_____   DATE: _4/3/00_

CLIENT NAME: _Hall, James_   CASE NUMBER: _30261/3_

0036 NEW 1/1999
Page 2 of 2 - Chart copy

002979

## ZEPF COMMUNITY MENTAL HEALTH CENTER
### MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| Date **4-3-00**  Code **165**  Duration **18** | Location **1012**  Time **2P** | ✓ 1) In Facility<br>_ 2) In Field<br>_ 3) Phone/Client<br>_ 4) Phone/Others<br>✓ 5) Face/Client<br>_ 6) Face/Others<br>**CANCELLATIONS**<br>_ 7) By Client<br>_ 8) By Clinician<br>_ 9) No Show | ✓ Medication Education, verbal/written<br>✓ Side Effects Discussed<br>_ Pregnancy Precautions<br>_ Other Treatment Alternatives<br>_ Benefits of Treatment/Risk of No Treatment<br>✓ Other Medications/OTC Medications<br>✓ Labwork Discussed<br>_ Date of Last AIMS Exam<br>_ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**   Depakote 250 mg TgAn Tight #100 indigo prog

(Depakote level)   Client d/c'd Zoloft

**PRESENCE OF SUICIDAL IDEATIONS:**   YES _____ NO ✓
**PRESENCE OF HOMICIDAL IDEATIONS:**   YES _____ NO ✓

**IF YES EXPLAIN:** Client on time for appt. Affect dress + grooming approp. States he has been doing fine since he stopped taking Zoloft. Had experienced ↑ anxiety, anger + irritability. Con't to work + does well on job. Denies drug or alcohol use. States no longer depressed, moods stable + gets along c̄ wife + family. Agreed to get Depakote level prior to next visit. Will call if any probs or moods start swinging otherwise To RTC as scheduled.

L. Berry

Client Name (Last, First, MI): **Hall, James**

Case Number: **302613**

Linda Berry, R.N.

0027 Rev. 9/1999
Page 1 of 1

*MEDICAL PROGRESS NOTE*

002980

**Medical Progress Note**

| Serv. Tim Date & Dur. | Location | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| Date 3/7/00<br><br>Code 164<br><br>Dur. 0.06 | 10(2<br><br>Time of Service 2.35 pm | __1) In Facility<br>__2) In Field<br>__3) Phone/Client<br>_X_4) Phone/Others  Dr. Chahel<br>__5) Face/Client<br>__6) Face/Others<br>**CANCELLATIONS**<br>__7) By Client<br>__8) By Clinician<br>__9) No Show | __ Medication Education, verbal/written<br>__ Side Effects Discussed<br>__ Pregnancy Precautions<br>__ Other Treatment Alternatives<br>__ Benefits of Treatment/Risk of No Treatment<br>__ Other Medications/OTC Medications<br>__ Labwork Discussed<br>__ Date of Last AIMS Exam |

Contact related to Domain #_____ Goal #_____ Action Step#_____ . Contact not related to Action Steps____ . (check here)

Include client perceptions

---

**LIST MEDICATIONS PRESCRIBED FOR CLIENT FIRST:**

ADMISSION NOTE

ADMITTING PHYSICIAN:  Dr. Chahel

HOSPITAL:  Flower

REASON FOR ADMISSION:  of from meds ) psychotic, walking in street, inappropriate behavior

LESS RESTRICTIVE ENVIRONMENTS CONSIDERED  (YES)  NO

LESS RESTRICTIVE ENVIRONMENTS NOT UTILIZED BECAUSE:  psychotic

AGREE WITH AND AUTHORIZE ADMISSION  (YES)  NO

CLIENT'S DIAGNOSIS DISCUSSED  (YES)  NO

CLIENT'S MEDICATION DISCUSSED  (YES)  NO

TREATMENT PLAN DISCUSSED  (YES)  NO

DISCHARGE PLAN DISCUSSED  (YES)  NO

INFORMATION FAXED TO ADMITTING PHYSICIAN  (YES)  NO  — will be faxed by our staff.

OTHER INFORMATION:

_____  M.D.

| Client Name  Jerald Hall | Case Number  CO1115 |
|---|---|
| Audited____ | **MEDICAL PROGRESS NOTE**  Rev. 5/95 |

002981

## ZEPF COMMUNITY MENTAL HEALTH CENTER
## MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| 2-11 ∞ **Date** 160 **Code** 60 **Duration** | 160 **Location** 1400 **Time** | ✓1) In Facility<br>_ 2) In Field<br>_ 3) Phone/Client<br>_ 4) Phone/Others<br>✓5) Face/Client<br>_ 6) Face/Others<br>**CANCELLATIONS**<br>_ 7) By Client<br>_ 8) By Clinician<br>_ 9) No Show | ✓ Medication Education, verbal/written<br>✓ Side Effects Discussed<br>_ Pregnancy Precautions<br>_ Other Treatment Alternatives<br>_ Benefits of Treatment/Risk of No Treatment<br>_ Other Medications/OTC Medications<br>_ Labwork Discussed<br>_ Date of Last  AIMS Exam<br>_ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**

Depakote 25cg #42 5cpls Tpg Ag Tp
start Zoloft - 3wk panic starter pack #1

No ins - 29 som b/w 30 y.s.
wife - Amy since Dec 14 1995 - together 8 yrs off & on.

**PRESENCE OF SUICIDAL IDEATIONS:**     YES  ✓     NO  ✗   passive only -
**PRESENCE OF HOMICIDAL IDEATIONS:**     YES         NO  ✓   (none today)

**IF YES EXPLAIN:** Psychiatry Progress Note

S: Pt states he has ↑↑↑ energy - too aggressive in interactions ē others yet fatigued easily. "One minute I'm so angry - the next minute I'm bawling." He is on ct/Depakote 2 dosage - times when he would like to crawl into a hole & forget the whole scene.

O: Pt was ~ 15-20 min late for his 60 min. session. Mood anxious & irritable - depression also acknowledged. Thot process nonpsychotic. Meds reviewed ē mutual agreement for trial of Zoloft (for depr. sx & irritability), cont ē Depakote.

A: Bipolar dis NOS; R/O Mn Depression. T/O Dysthymia.

P: Meds as above. RTC ~2wks RN & 4wks - MD. Call prn.

2wks RN
4wks MD            Hall James                    302613
**Client Name (Last, First, MI)**                **Case Number**

0027 Rev. 9/1999
Page 1 of 1

2/24/00

## ZEPF COMMUNITY MENTAL HEALTH CENTER
## MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| *2-7 00* <br> Date <br> *165* <br> Code <br> *0* <br> Duration | *101 2* <br> Location <br> *N/A* <br> Time | _ 1) In Facility <br> _ 2) In Field <br> _ 3) Phone/Client <br> _ 4) Phone/Others <br> _ 5) Face/Client <br> _ 6) Face/Others <br> CANCELLATIONS <br> _ 7) By Client <br> _ 8) By Clinician <br> _ 8) No Show | _ Medication Education, verbal/written <br> _ Side Effects Discussed <br> _ Pregnancy Precautions <br> _ Other Treatment Alternatives <br> _ Benefits of Treatment/Risk of No Treatment <br> _ Other Medications/OTC Medications <br> _ Labwork Discussed <br> _ Date of Last  AIMS Exam <br> _ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**

PRESENCE OF SUICIDAL IDEATIONS:      YES _____    NO _____
PRESENCE OF HOMICIDAL IDEATIONS:    YES _____    NO _____

IF YES EXPLAIN: _____

*N.S* ———————————————  *P. Stock*

PEGGY STOCKMAN, R.N

*Hall James*
Client Name (Last, First, MI)

*302613*
Case Number

0027 Rev. 9/1999
Page 1 of 1

***MEDICAL PROGRESS NOTE***

002983

## ZEPF COMMUNITY MENTAL HEALTH CENTER
### MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| Date  1-3-00  Code  165  Duration  30 | Location  1012  Time  3³⁰ | ✓ 1) In Facility  _ 2) In Field  _ 3) Phone/Client  _ 4) Phone/Others  ✓ 5) Face/Client  _ 6) Face/Others  CANCELLATIONS  _ 7) By Client  _ 8) By Clinician  _ 9) No Show | ✓ Medication Education, verbal/written  ✓ Side Effects Discussed  _ Pregnancy Precautions  _ Other Treatment Alternatives  _ Benefits of Treatment/Risk of No Treatment  ✓ Other Medications/OTC Medications  _ Labwork Discussed  _ Date of Last  AIMS Exam  _ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**   Depakote 250 mg ī gᴀ ī ī gh. #72

PRESENCE OF SUICIDAL IDEATIONS:     YES _____   NO ✓
PRESENCE OF HOMICIDAL IDEATIONS:     YES _____   NO ✓

IF YES EXPLAIN: Client on time for appt. Affect dress + grooming appropr. States he has been taking only 500 mg/day depakote didn't realize he was to take 2 at bedtime. Does feel moods are more stable. Agreed to start taking depakote as prescribed. Cont to work 2 jobs but feels he is handling situation well. Getting along well c̄ girlfriend + co workers. Sleeps okay + appetite normal. Denies drug or alcohol use. To RTC in 3 wks c̄ MD or call PRN

L. Berry

Hall, James                          30.2613  Linda Berry, R.N.
Client Name (Last, First, MI)        Case Number

0027 Rev. 9/1999
Page 1 of 1              **MEDICAL PROGRESS NOTE**

002984

## ZEPF COMMUNITY MENTAL HEALTH CENTER
## MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| 12-17 99 <br> Date <br> 160 <br> Code <br> Ø <br> Duration | 012 <br> Location <br> 1400 <br> Time | ✓ 1) In Facility <br> _ 2) In Field <br> _ 3) Phone/Client <br> _ 4) Phone/Others <br> _ 5) Face/Client <br> _ 6) Face/Others <br> CANCELLATIONS <br> _ 7) By Client <br> _ 8) By Clinician <br> ✓ 9) No Show | _ Medication Education, verbal/written <br> _ Side Effects Discussed <br> _ Pregnancy Precautions <br> _ Other Treatment Alternatives <br> _ Benefits of Treatment/Risk of No Treatment <br> _ Other Medications/OTC Medications <br> _ Labwork Discussed <br> _ Date of Last  AIMS Exam <br> _ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**

PRESENCE OF SUICIDAL IDEATIONS:        YES _____    NO _____
PRESENCE OF HOMICIDAL IDEATIONS:       YES _____    NO _____

IF YES EXPLAIN: _Psychiatry - Initial Session_
_No Show_

_12/21/99 N.S_

_L Berry Rn_
Linda Berry, R.N.

_Hall, James_ 
Client Name (Last, First, MI)

302613
Case Number

**MEDICAL PROGRESS NOTE**

002985

## ZEPF COMMUNITY MENTAL HEALTH CENTER
### MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| Date 12-10-99 / Code 165 / Duration 30 | Location 10:12 / Time | X 1) In Facility / _ 2) In Field / _ 3) Phone/Client / _ 4) Phone/Others / X 5) Face/Client / _ 6) Face/Others / CANCELLATIONS / _ 7) By Client / _ 8) By Clinician / _ 9) No Show | _ Medication Education verbal/written / _ Side Effects Discussed / _ Pregnancy Precautions / _ Other Treatment Alternatives / _ Benefits of Treatment/Risk of No Treatment / _ Other Medications/OTC Medications / _ Labwork Discussed  none / _ Date of Last AIMS Exam / _ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**

Depakote 250mg/AM
# 16. per DR sample
note of 12/3.   Bld work Normal

PRESENCE OF SUICIDAL IDEATIONS:          YES ____  NO ____
PRESENCE OF HOMICIDAL IDEATIONS:         YES ____  NO ____

IF YES EXPLAIN:  in a high hurry
running from one job to
another. Seems very hyper.
states that he is in love
& doesn't want to mess up.
Knows that he need help
and can't do it by himself.
Grooming is good.
To RTC in 2 weeks to nurse
when DR is here to see how
he is doing.
Called for Depakote assistance app
Have James              3026/9

Client Name (Last, First, MI)          Case Number

G Funari RN

0027 Rev. 9/1999
Page 1 of 1
*MEDICAL PROGRESS NOTE*                002986

Geraldine Funari, R.N.

## MEDICAL PROGRESS NOTES

**12/03/99**

# HALL, JAMES

| | |
|---|---|
| **Case No.:** | **302613** |
| **Code:** | **160** |
| **Duration:** | **30** |
| **Location:** | **1012** |
| **Time:** | **10:30 A.M.** |

**Other Medications:**
No other meds

**Psychiatric Medications:**
No meds currently

I was asked to see James by his case manager today. I have not seen him for about 1 1/2 years. He recently got out of Wood County jail and was wanting to get back on medication. In reviewing his history with him, he reports that he was in Wood County jail for 6 months for failure to pay back child support. He stated that prior to that, he was in Las Vegas for a few months in jail until he was extradited back to Wood County. He states that he has been off of his medications for about a year. He states he is still having periods of depression and mood swings, but he felt that the Lithium was not very helpful. He admits that he never gave it more than 3 months. He states that both his mother and his brother are Bipolar. He currently is living with a roommate. He is working 2 jobs and feels that he is handling them O.K. but is quite frustrated about his financial situation. He denies any alcohol or substance use. He reports racing thoughts and some difficulty sleeping. He reports that his appetite has been good. He denies any auditory hallucinations. He had hoped to have a better relationship with his family but states that he does not feel that it has worked out, so he has decided to try it "on my own". He denies any interval medical problems.

His mood is dysphoric. He is casually dressed and groomed. He is pleasant and cooperative. His speech is non-pressured, articulate, and coherent. His thought processes are organized and goal directed and there is no overt delusional thinking. He denies hallucinations. He denies any suicidal or homicidal ideation.

*Impression:*   With his long history of mood swings and difficulties holding a job, I do feel he meets criteria for Bipolar Disorder. He does not feel that the Lithium was helpful and I talked with him about other alternatives. He states that his brother is on Depakote. I will start him on Depakote, but I would like to get some baseline labs first. I educated him about Depakote and reviewed the side effects, risks, and benefits of the medication and also the risks of no treatment.

**PLAN:**
1. I will get a baseline CBC and liver profile and keep him off meds until the results are back.
2. He will continue with case management services.
3. He was educated about his illness.
4. RV: in 1 week with the nurse. If his CBC and liver profile are within normal limits, I will start him on Depakote, 250 MG 1 QAM or 2 QHS or Valproic Acid, 250 MG 1 QAM or 2 QHS. He is not eligible for Central Pharmacy. If the Depakote is helpful, I will have the nurse give him an application for the assistance program through Abbott. He will see the nurse in 1 week and will see me in 5 weeks or sooner, if needed.

Barbara J. LaForrest, M.D. _____ 12/15/99

D:  12/03/99 BJL
T:  12/14/99 VDH
HALL, JAMES
Case No.  302613

**MEDICAL PROGRESS NOTES**.

002987

## ZEPF COMMUNITY MENTAL HEALTH CENTER
### MEDICAL PROGRESS NOTE

| Serv. Date Code & Dur. | Serv. Loc. & Time | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| 12-3-99 Date  160 Code  30 Duration | 1012 Location  10 A.M. Time | ✓1) In Facility<br>_ 2) In Field<br>_ 3) Phone/Client<br>_ 4) Phone/Others<br>_5) Face/Client<br>_ 6) Face/Others<br>CANCELLATIONS<br>_ 7) By Client<br>_ 8) By Clinician<br>_ 9) No Show | _ Medication Education, verbal/written<br>_ Side Effects Discussed<br>_ Pregnancy Precautions<br>_ Other Treatment Alternatives<br>_ Benefits of Treatment/Risk of No Treatment<br>_ Other Medications/OTC Medications<br>_ Labwork Discussed<br>_ Date of Last  AIMS Exam<br>_ Consultation Other |

**LIST MEDICATIONS PRESCRIBED FOR CLIENT:**  No meds currently CBC, Liver Prof.

No other meds.

PRESENCE OF SUICIDAL IDEATIONS:   YES _____   NO ✓
PRESENCE OF HOMICIDAL IDEATIONS:   YES _____   NO ✓

IF YES EXPLAIN: _____

12/3/99 Progress note dictated. RV 1wk c̄ nurse; 5½ wks c̄ m ordered CBC, Liver Profile. If OK, start on Depakote 250 mg ī qAM īī qHS or Valproic Acid 250 mg ī qAM īī qHS. Not eligible for C.P. ~~Has tan~~ Please give him application for assistance program through Abbott.

BJL Forrestrus
BARBARA LaFORREST, M.D.

Hall, James
Client Name (Last, First, MI)

302613
Case Number

0027 Rev. 9/1999
Page 1 of 1

**MEDICAL PROGRESS NOTE**

002988

## Medical Progress Note

| Serv. Time Date & Dur. | Location | Appointment | Check the following to indicate the information was reviewed with the client: |
|---|---|---|---|
| Date **5/26/98** Code **120** Dur. **60** | **1012** Time of Service **2⁰⁰ PM.** | ✓ 1) In Facility<br>__ 2) In Field<br>__ 3) Phone/Client<br>__ 4) Phone/Others<br>✗ 5) Face/Client<br>__ 6) Face/Others<br>**CANCELLATIONS**<br>__ 7) By Client<br>__ 8) By Clinician<br>__ 9) No Show | ✓ Medication Education, verbal/written<br>✓ Side Effects Discussed<br>__ Pregnancy Precautions<br>__ Other Treatment Alternatives<br>__ Benefits of Treatment/Risk of No Treatment<br>✓ Other Medications/OTC Medications<br>__ Labwork Discussed<br>__ Date of Last AIMS Exam |

Contact related to Domain #_____ Goal #_____ Action Step#_____. Contact not related to Action Steps____. (check here)

Include client perceptions

**LIST MEDICATIONS PRESCRIBED FOR CLIENT FIRST:**

Lithobid 300mg T qAM ᵀ¹ q HS #100 - Nᴸₐ
(coupon given)
a Calcium
Vistaril 25mg T - ᵀ¹ q HS PRN #30
c. P. Rx.

Pt. seen for initial psych eval. See full dictated report.

Dx - Bipolar Disorder, most recent episode unspecified. Cannabis abuse.

Plan - ① Meds as above ② RV 2 wks c̄ nurse, 4-5 wks c̄ me ③ lit level.

Barbara LaFORREST, M.D.

Client Name **Hall, James**

Audited____

Case Number **302613**

MEDICAL PROGRESS NOTE

002989   Rev. 5/95

3/26/98   Hall, James

362613

# IDENTIFYING DATA

(24)

- Back in Toledo 2 mos
  - Was in Atlanta 2 yrs.

- Single
  - No children

  Living at aunt + uncle's trailer

## HPI

Wants to build relationship c mother
   brother + sister - not working out

Old warrant - wanted to take care of it

Arrested - attempted possession.
         Probation until fine
         paid off

When younger - anger, destructive.

Gets depressed, doesn't get up.

  Gets angry, frustrated, irritable

Can't hold a job

Racing thoughts; ↓ sleep

No hx of suicide

## HISTORY - PSYCH      Riverbend, Tennessee - 8 yrs.
                              Hosp
Last 90-94   Dr. Mary Bell. Pemberville Boys Ranch age 13-14 → age 15 left
   Psychiatrist - Lithium Prozac,
                     Ritalin, Xanax
   as child Prozac - helped 1 - 1½ mos
             Lithium      1 - 1½ mos
Atlanta - N. Fulton Mental Health Center
         Xanax.

## DICAL/SURGICAL

1994 - accident - truck+pt run over
       Knee replacement      a 3 wheeler

Surgeries - Reconstruction (2) hand
                      knee
            Tonsils.

Seizures - No

---

## MEDS

No meds currently

Centrum Calcium

Allergies - PCN

## ALCOHOL/SUBSTANCE ABUSE

Doesn't

Pot - reduction in to help mood
      Daily for few yrs

Tried coke, cocaine      No IV.

## FAMILY HISTORY   Doesn't know anything
                          about father
Mom - Bipolar. Lithium, Paxil.
Brother - Bipolar.
MGM - committed suicide
      hanging → mother found her at
      age 5.
1 younger B, 1 younger S - different
                              fathers

## SOCIAL HISTORY   Physical/some
                          mental abuse
10th grade - got GED.
Didn't get along c anyone growing.
No serious relationships few yrs
Restaurants, Roofing, Construction

## TREATMENT   6 mos - longest job - waiting
Many times on quit - traffic tickets   tables
   few months - longest time ↓ trucking
                        Under suspension
Strengths                  Weaknesses
  I'm a survivor             Moods
  Can tolerate pain          feelings of loss
                             Financial

Case 6:18-cv-00412-EPW COMMUNITY MENTAL HEALTH CENTER, INC. Page 407 of 444 PageID #: 2523

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

*(CHECK TYPE)*

☑ CSP    ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 3:30  ☐ AM  ☑ PM

CSP contacted PO Mike Clark,
B6 re clt's current sentencing
status & rehab possibilities —
reviewed several & PO will
continue to advocate re rehab
facility appropriate for clt. CSP
will confer with clt & PO re
nec. steps prior to sentencing.
Kara Jablonski, BALSW, CSP

002991

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 9/15/00 | 302613 | Hall, James | 24 | 163 | 1012 | 470 | 4 | |

1032 REV 10/1998

PAGE _____ OF _____

Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

*(CHECK TYPE)*

☒ CSP ☐ THERAPY

**Include Goal, Behavior observed, Service provided, Outcome and Next appointment.**

Start Time: ___2:15___ ☐ AM ☒ PM

Writer spoke with the client who is working and wants to quit his job due to the

problems he is having. *Jeanne C. Jess, CSP*

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 9-15-00 | 302613 | Hall, James | 12 | xx154 JCC | 1013 | 470 | 3 | |

0032 REV. 10/1998

# ZERF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP   ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 1:00   ☐ AM   ☑ PM

CSP met with clt - assisted clt with SSI process (contacted Jan Few). Assisted clt in contacting PO Mike Clark re upcoming ct date & decision of where to place clt (jail vs. rehab facility). Discussed ongoing issues re ↑ anxiety & agent re divorce pending. CSP will monitor & assist re the above

_Kim Joblonski, BA, CSW, CSP_

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 9/15/00 | 902613 | Hall, James | 78 | 163 | 1012 | 470 | 5 | |

032 REV. 10/1998

002993

PAGE _____ OF _____    Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

(CHECK TYPE)

[XX] CSP          [ ] THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: _____9:35_____ [X] AM [ ] PM

Writer received phone call from Mr. Kruger at Soc. Sec. regarding the client having a wrong number and not being able to reach him.  Mr. Kruger took the application for SSI Disability and also stated when I gave him work history that the client had 11 jobs in 1998 and 1999, which the client never told me of.  Writer to contact client regarding his application for Disability Benefits.

*Jeanne C. Jess, CSP*

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 9-15-00 | 302613 | Hall, James | 30 | 154 | 1013 | 470 | 4 | |

032 REV. 10/1998

002994

PAGE _____ OF _____

Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.

## PROGRESS NOTES

*(CHECK TYPE)*

☑ CSP  ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 10:50 ☑ AM ☐ PM

Clt contacted CSP re
needed support + update of SSI.
Clt expressed agitation &
hopelessness re. Cath system. CSP
will discuss the above with P.O.
Mike Clark (BG) re assisting
clt in getting into drug rehab
facility. Ron Jablonski, BA (SW,
CSP)

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 9/14/00 | 302613 | Hall, James | 12 | 163 | 012 | 470 | 3 | |

032 REV. 10/1998

002995

Audited: _____

PAGE _____ OF _____

Case 6:18-cv-00412-RBW Document 92-5 Filed 01/28/20 Page 412 of 444 PageID #: 2528

## ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.

### PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP  ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: __3:20__ ☐ AM ☑ PM

CSP cntacted clt re last Dr.'s appt. on Fri. Clt stated he met with Dr. William — he is currently awaiting Crt's decision to send him to rehab center in BC. Clt shgued feelings of anxiety re "worrying about being locked up." Clt agreed meds TX is working re controlling rapid cycling. CSP will chtime to monitor & offer positive support. Ken Joblonski, BA, LSW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 8/28/00 | 302613 | Hall, James | 24 | 163 | 1012 | 470 | 3 | |

X032 REV. 10/1998

002996

Audited: _____

PAGE _____ OF _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.

## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP   ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: __1:40__   ☐ AM   ☑ PM

CSP left message with
clt's mother re Thie's appt today.
Kar Jablonski, BA, LSW/CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 8/25/00 | 302613 | Moll, James | 6 | 163 | 1012 | 470 | *4 | |

1032 REV. 10/1996

002997

Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP    ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 1:30   ☐ AM   ☑ PM

_Clt contacted CSP — updated re cat date & rehab plans for Wood City facility. CSP encouraged clt re positive step re his recovery & offered cntd. support. Ron Jablonski, BA, LSW, CSP_

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 6/21/06 | 302613 | Hall, James | 24 | 63 | 1012 | 476 | 3 | |

0032 REV 10/1998

002998

Audited: _____

Case 6:18-cv-00412-GRW   Document 93-5   Filed 01/28/20   Page 415 of 444   PageID #:  2531

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.

## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP      ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: **3:00**   ☐ AM   ☑ PM

CSP spoke with clt's PO, Mike Clark re plans for clt to be admitted to Correctional Facility in BG. Mike feels clt would do well re rehab/recovery program — clt is sceptical re 4-6 month stay & worries re staying on psych meds. Mike feels clt did well in meeting today (able to focus on agenda) & not rambling on as she did before. CSP will continue to assist re the above.

Kar. Joblowski, BA, LSW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 8/10/00 | 302613 | Hall, James | 18 | 163 | 1012 | 476 | 4 | |

3032 REV. 10/1996

002999

Audited: _____

PAGE ____ OF ____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

(CHECK TYPE)

☑ CSP    ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 11:00  ☑ AM  ☐ PM

CSP contacted clt re
discussion with PO Mike Clark
of proposed stay at Rehab/
Correctional Facility. Clt will
be monitored re psych meds. Clt
seems hopeful & positive that
this may be nec. step re
his recovery. Ken Jeblowski,
BA, LSW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 8/10/00 | 302613 | Hall, James | 18 | 163 | 1012 | 470 | 3 | |

X32 REV. 10/1998

'AGE _____ OF _____

003000    Audited:

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP    ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 12:00  ☐ AM ☑ PM

CSP contacted Mike Clark
(PO for Wood County). — discussed
clt's current legal standing —
"possible jail time" due to dirty urine.
Explored putting clt in N.W.
Community Correction Center, for
rehab/recovery plan. CSP
will continue to assist re clt's
TX at Zepf & housing needs.
Ken _____, BA, LSW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 8/8/00 | 302613 | Hall, James | 24 | 163 | 1012 | 476 | 4 | |

X32 REV 10/1996

AGE _____ OF _____

003001

Audited: _____

## ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

*(CHECK TYPE)*

☑ CSP     ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 1:00   ☐ AM   ☑ PM

CSP attempted to contact Probation
Officer, Mike Clark (BS). Left
3 diff. messages with prob. staff
re: clt's court date today. Karen
Jablonski, BA, LSW, CSP/

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 8/4/00 | 302613 | Hall, James | 12 | 163 | 1012 | 470 | 4 | |

3032 REV. 10/1998

003002

PAGE _____ OF _____

Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

(CHECK TYPE)

☑ CSP     ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 12:30   ☐ AM   ☑ PM

Clt contacted CSP re expiring court date — Clt concerned re possible jailtime due to "dirty urine". Clt stressed he cannot handle any more jailtime & stated he would hurt himself before he is incarcerated again. CSP reminded Clt of TXP goals — housing, PR, and meds TX & hope for a stable lifestyle. CSP will continue to monitor & assist. Kan Jablonski, BA, CSW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 8/4/00 | 302613 | Hall, James | 18 | 163 | 1012 | 470 | 3 | |

X32 REV. 10/1996

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 1 00 ☐ AM ☑ PM

Writer received call requesting after-care appt. for James.

Writer contacted SW @ St. Chas. & provided day / time of appt for James

Rhonda Sheehey LPC/CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 8-3-00 | 302613 | Hall, James | 12 | 57 | 1013 | 470 | 4 | |

PAGE _____ OF _____

003004      Audited: _____

# ZERF COMMUNITY MENTAL HEALTH CENTER, INC.

## PROGRESS NOTES

*(CHECK TYPE)*

☑ CSP    ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 10:30 ☑ AM ☐ PM

Clt contacted CSP 3x
re concern over housing when
discharged. Clt contacted CSP
later to inform he is home & still
feeling ↑ anxiety & overwhelming
dread. CSP contacted clt
re process of getting NPI
housing & will assist with
referral. Karen Jablonski, BA, LSW,
CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 8/3/00 | 302613 | Hall, James | 24 | 63 | 1012 | 470 | 43 AJ | |

0032 REV. 10/1998

003005

PAGE ____ OF ____

Audited: ____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

*(CHECK TYPE)*

☑ CSP  ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 2:00 ☐ AM ☑ PM

Clt contacted CSP re "need
for in-patient hospitalization." Clt
shared update of "anxiety, mania
& out-of-control feeling." CSP
reviewed process of going to
Rescue re admit to St. Charles
after evaluation. Ken Juhlmich,
BA, LSW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT STATUS | SECOND OR TA |
|---|---|---|---|---|---|---|---|---|
| 7/31/00 | 302613 | Hall, James | 24 | 163 | 1012 | 470 | 3 | |

0032 REV. 10/1998

003006

Audited: _____

PAGE _____ OF _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

**(CHECK TYPE)**

☒ CSP ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: __1:55__ ☐ AM ☒ PM

Writer and the client completed a Soc. Sec. Dis. application.  Client to finish the
Daily Functioning level at home and bring it back with him when he signs the final
paperwork.  Client during interview seemed to overexagerate everything about his
life. _Jerome C____, CSP, GT_

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 7-27-00 | 302613 | Hall, James | 60 | 154 | 1013 | 470 | 5 | |

1032 REV. 10/1998

003007

Audited: _____

PAGE _____ OF _____

Case 6:18-cv-00410  Document Filed 01/28/20  Page 424 of 444 PageID #: 2540

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

(CHECK TYPE)

☑ CSP      ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: **9:30**  ☑ AM  ☐ PM

CSP met with clt re completion of NPI housing referral. Rescheduled SSI appt. with J. Tom. Clt shared thoughts on probation, housing, pot smoking & need to stay on meds. CSP strongly urged clt to attend DR re recovery plan. CSP will continue to assist re the above. Clt presented manicky, little eye contact & somewhat agitated. Karl Jablonski, BA, LSW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 7/24/00 | 30263 | Hall, James | 66 | 163 | 1012 | 476 | 5 | |

I32 REV. 10/1996

AGE _____ OF _____

003008
Audited: _____

# ZERF COMMUNITY MENTAL HEALTH CENTER, INC.

## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP    ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: **3:40**    ☐ AM   ☑ PM

Clt contacted CSP - reported
he had been in jail for 3 days due
to dom. viol charges from ex-wife.
CSP & clt reviewed recovery plan
& scheduled appt for next week.
Karen Jablonski, BA, LSW/CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 7/19/00 | 302613 | Hall, James | 18 | 163 | 1012 | 470 | 3 | |

d32 REV. 10/1986

AGE _____ OF _____

003009    Audited:

Case 6:18-cv-00412-... Document... Filed... Page... PageID #: 2542

# ZERF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP   ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 2 : 00   ☐ AM   ☑ PM

CSP spoke with Mike Clark
(BG Probation Dept) re clt's
recent incarceration & aftercare plan.
Reviewed clt's TXP goals re the
same (cogent from signed). Ken
Jablonski, BA, USW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 7/14/00 | 302613 | Hall, James | 18 | 163 | 1012 | 470 | 4 | |

**ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.**

**PROGRESS NOTES**

*(CHECK TYPE)*

☑ CSP   ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 10:00 ☑ AM ☐ PM

Clt contacted CSP 2 x reg needed support services - shared concerns over ↑ anxiety which causes him to lose job after job - reviewed SSI update + CSP will reschedule appt. with J. Tern at next appt. with clt. CSP reassured clt that continued compliance & commitment reg mental health services will decrease some stressors in his life. (housing needs, Dr's appts, OR) Kar Jablock, BA, LSW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 7/14/00 | 302613 | Hall, James | 30 | 163 | 1012 | 470 | 3 | |

032 REV. 10/1998

PAGE _____ OF _____

003011    Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP          ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 11:45  ☑ AM  ☐ PM

Client came in to update his financial paperwork. Client could not be put back on Central Pharmacy because he did not have any pay stubs. Writer gave client a self addressed envelope to mail copies of 2 most recent pay stubs. Once writer receives clients stubs, Central Pharmacy may be a option. Client left the office at 11:56 AM

Therese O'Neal
Billing CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 7-3-00 | 302413 | Hall, James | 12 | 154 | 1012 | 470 | 5 | |

0032 REV. 10/1996

PAGE _____ OF _____

HOT 11087

Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

(CHECK TYPE)

☑ CSP    ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: _9:00_  ☑ AM ☐ PM

Clt met with CSP re complete
of TxP. Clt met with fin. dept &
made appt. with John T. re
S.S.I for 7/10/00. Clt feels
"there is no way he'll ever pull
out of financial mess." CSP
reviewed Bref services (having
Empact Project Tx.) Clt
very mendly (avoided eye
contact & helped) CSP will
continue to assist re the above
Kara Jablonski, BA, SW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 7/3/00 | 302613 | Hall, James | 66 | 163 | 1012 | 470 | 5 | TxP |

X32 REV. 10/1998

PAGE _____ OF _____

003013     Audited: _____

Case 6:18-cv-00410-FW Document 1-5 Filed 08/14/18 Page 430 of 444 PageID 2546

# ZERF COMMUNITY MENTAL HEALTH CENTER, INC.

## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP   ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: __11:00__ ☑ AM ☐ PM

Clt contacted CSP - relayed
urgent need to see CSP & get
back on psych meds. CSP
scheduled appt for 7/3/00.
Ken Joblonski, BA, LCW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY CR TAG |
|---|---|---|---|---|---|---|---|---|
| 6/30/00 | 302613 | Hall, James | 12 | 163 | 1012 | 470 | 3 | |

032 REV. 10/1998

PAGE _____ OF _____

003014

Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

*(CHECK TYPE)*

☑ CSP     ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 1155    ☑ AM ☐ PM

Client called to re-open his case. Since his case is open, I redirected him to call his psychiatrist Dr. Williams and CSP Karen Jakolonski.

Joseph Habb MSW/LISW

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 6-29-00 | 302613 | Hall- James | 6 | 157 | 1012 | 470 | 3 | |

232 REV. 10/1996

PAGE 1 OF 1

003015     Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.

## PROGRESS NOTES

(CHECK TYPE)

☑ CSP     ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: **3:00**   ☐ AM  ☑ PM

CSP met with clt re completion of TXP. Discussed recent marriage, recovery plan re alcoholism, probation to loss of employmt. Clt has shown more insight re need to stay on meds (control mania). CSP & clt discussed SSI benefits — CSP made appt. for clt to see J. Tan. Kim Jablonski, BA, CSW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 2/11/00 | 302613 | Hall, James | 54 | 163 | 1012 | 470 | 5 | TXP |

32 REV. 10/1998

AGE _____ OF _____

003016     Audited: _____

# ZEFF COMMUNITY MENTAL HEALTH CENTER, INC.

## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP          ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 2:30  ☐ AM  ☑ PM

CSP left 3 messages for clt to return call + complete intake process per MAESIS. Karen Joblonski, BA, LSW CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 12/21/99 | 302413 | Hall, James | 6 | 163 | 1012 | 4700 | 1 | |

0032 REV. 10/1996

HOT 1108

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

**(CHECK TYPE)**

☑ CSP          ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 2:30 ☐ AM ☑ PM

CSP spoke with Mike Clark
(PO in Bowling Green) re clt's
probate mendates. CSP & Mike
shared clt's employmt issues,
feelings of overwhelming financial
burden & agreed to jointly assist
clt re ltd records. (Consent
form signed) Kam Joblonski, BA,
LSW CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 12/9/99 | 302613 | Hall, James | 48 | 163 | 1012 | 470 | 4 | |

0032 REV 10/1996

HOT 1108

PAGE _____ OF _____          Audited: _____

**ZEFF COMMUNITY MENTAL HEALTH CENTER, INC.**

## PROGRESS NOTES

*(CHECK TYPE)*

☑ CSP        ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: __12:30__  ☐ AM  ☑ PM

CSP met with clt per TXP & PO mandate. Clt states he is overwhelmed w his responsibility in paying child support & other outstanding debt. CSP spoke to Dr. LaForest re clt's need to see Dr. ASAP — due to cancellation Dr. was able to see clt (scheduled next appt & bloodwork for Lithium). CSP reviewed clt's other options to stay out of jail. Clt was dressed nicely, extremely nervous & anxious to start meds. program. CSP will assist re TXP goal. Ron Jablonski, BA, LSW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 12/3/99 | 302613 | Hall, James | 96 | 163 | 1012 | 470 | 5 | |

0032 REV. 10/1998

PAGE _____ OF _____        Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

**(CHECK TYPE)**

☐ CSP       ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: _1110_   ☐ AM ☐ PM

Face to face via update w/ CPT. Clt. also
has a new adder. to Clt. status form has
been completed.

X. Biberman

Billing Specialist/CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 12399 | 302613 | Hall, James | 18 | 154 | 1012 | 470 | 5 | |

0032 REV. 10/1998

PAGE _1_ OF _1_

003020          Audited: _____

003020

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

(CHECK TYPE)

☑ CSP ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 3:40 ☐ AM ☑ PM

CSP contacted clt re message left. Clt updated CSP re firing from job o related incident CSP scheduled appt for 12/3/99 with clt. Kar Jablonski, BA CSW CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 11/30/99 | 302613 | Hall, James | 18 | 163 | 012 | 470 | 3 | |

0032 REV. 10/1998

PAGE _____ OF _____          003021          Audited: _____

# ZERF COMMUNITY MENTAL HEALTH CENTER, INC.

## PROGRESS NOTES

(CHECK TYPE)

☑ CSP     ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: __3:20__ ☐ AM ☑ PM

CSP attempted to contact clt
at no given — clt not available
Karen Jablonski, BA/SW/CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 11/19/99 | 302613 | Hall, James | 6 | 163 | 1012 | 4700 | 1 | |

12 REV. 10/1998

Case 6:18-cv-00410-CBW   Document 92-5   Filed 07/26/19   Page 14 of 19   PageID #: 2555

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.
## PROGRESS NOTES

(CHECK TYPE)

☑ CSP     ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 5:30 ☐ AM ☑ PM

CSP met with clt at Central office re initial meeting & completing of TXP. CSP reviewed full history of clt's past drug/alcohol issues, employmt, psychiatric treatmt, etc pertaining to clt's involvmt with mental health services. Clt requests CSP contact with PO (Wood City) on reg. basis re his recent incarceration. CSP will assist re scheduling Dr.'s appts. (Clt seems unsure of what to do) Karen Jablonski, BA, (SW, CSP,

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 11/11/99 | 302613 | Hall, James | 96 | 163 | 1012 | 470 | 5 | TXP |

REV. 10/1996

GE _____ OF _____

003023

Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.

## PROGRESS NOTES

(CHECK TYPE)

☑ CSP          ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 2:40  ☐ AM  ☑ PM

Clt contacted CSP re needed support services. Clt gave brief update re his incarceration. CSP scheduled FXP appt for 11/11/99. Kaa Jablonski, BA, LSW/CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 11/10/99 | 302613 | Hall, James | 12 | 163 | 101 | 4-70 | 3 | |

0032 REV. 10/1998

003024

PAGE _____ OF _____                                Audited: _____

# ZEPF COMMUNITY MENTAL HEALTH CENTER, INC.

## PROGRESS NOTES

(CHECK TYPE)

☑ CSP          ☐ THERAPY

Include Goal, Behavior observed, Service provided, Outcome and Next appointment.

Start Time: 1:10   ☐ AM  ☑ PM

CSP attempted to contact clt
at phone # given — out of service,
CSP will send letter re contact
for TXP. Karen Jablonski, BA,
LSW, CSP

| SERVICE DATE | CLIENT NUMBER | CLIENT NAME | DURATION | PROGRAM | LOCATION | SERVICE CODE | APPT. STATUS | SECONDARY OR TAG |
|---|---|---|---|---|---|---|---|---|
| 7/22/99 | 302613 | Hall, James | 6 | 16C | 1012 | 470 | 1 | TXP |

REV. 10/1998

GE _____ OF _____

Audited: _____

## Casemanagement Progress Note

| Serv. Time Date & Dur. | Location | Appointment | Activity | Content |
|---|---|---|---|---|
| Date<br>5-26-98<br>Code<br>470<br>Dur.<br>48m | 1012<br><br>Time of Service<br>12 40 pm | __1) In Facility<br>__2) In Field<br>__3) Phone/Client<br>__4)Phone/Others<br>_X_5)Face/Client<br>__6)Face/Others<br>**CANCELLATIONS**<br>__7)By Client<br>__8)By Clinician<br>__9)No Show | __Assessment<br>_X_Treatment/Serv. Plan<br>__Crisis<br>__ADL<br>__Linking/Referral<br>    Advocacy | __Housing<br>__Job<br>__Other Income Sup.<br>__Money Management<br>_X_Interpersonal<br>__Education/Info.<br>__Med Educ.Monitoring<br>__Comprehensive<br>    Assessment |

Contact related to Domain #__2__ Goal #__1__ Action Step#__3__. Contact not related to Action Steps____ . (check here)

Include client perceptions

New client of CSP Jablonski in for Treatment Plan, she was otherwise occupied so met with client to ascertain needs. Client presenting stable + well oriented, did report some problems sleeping and wants to stop self-medicating with pot, ref. to Dr. Laforest for correct medications. Client certain he is moving to L.A. within 3 mos so precluded ref. to several longterm resources, but did ref to therapist. Client not interested in substance abuse assessment or counseling, living with aunt till moving, and capable of getting job on his own - looking into waiter or bartending jobs. Mostly interested in therapy + psych. services, Treatment Plan reflected such. Paul Hahl LSW CSP

Client Name  Hall, James      Case Number  302613
Audited ____

Rev. 1/94

## Casemanagement Progress Note

| Serv. Time Date & Dur. | Location | Appointment | Activity | Content |
|---|---|---|---|---|
| Date 5/26/98 Code 47C Dur. 18 | 10:12 Time of Service 11:30 a.m. | __1) In Facility<br>__2) In Field<br>__3) Phone/Client<br>__4)Phone/Others<br>_✓5)Face/Client<br>__6)Face/Others<br>**CANCELLATIONS**<br>__7)By Client<br>__8)By Clinician<br>__9)No Show | __Assessment<br>__Treatment/Serv. Plan<br>__Crisis<br>__ADL<br>__Linking/Referral<br>Advocacy | __Housing<br>__Job<br>__Other Income Sup.<br>__Money Management<br>__Interpersonal<br>__Education/Info.<br>__Med Educ.Monitoring<br>__Comprehensive<br>Assessment |

Contact related to Domain # __2__ Goal # __1__ Action Step# __3__. Contact not related to Action Steps____. (check here)

Include client perceptions

_Writer had initial meeting with client but had other appt. to go to. Client met with Paul Halal & completed TXP re new goals for Dr.'s appt. & meds treatment. Writer will reschedule other meeting with client next week. Ken Nablonski, BA, SW, CSP_

Client Name _Hall, James_   Case Number _302613_

Audited ____

003027

Rev. 1/94

## Casemanagement Progress Note

| Serv. Time Date & Dur. | Location | Appointment | Activity | Content |
|---|---|---|---|---|
| Date 4/23/98  Code 470  Dur. 12 | 1500  Time of Service 4:00 pm | __1) In Facility __2) In Field __3) Phone/Client __4)Phone/Others __5)Face/Client ✓6)Face/Others **CANCELLATIONS** __7)By Client __8)By Clinician __9)No Show | __Assessment __Treatment/Serv. Plan __Crisis __ADL ✓Linking/Referral Advocacy | __Housing __Job __Other Income Sup. __Money Management ✓Interpersonal __Education/Info. __Med Educ.Monitoring __Comprehensive Assessment |

Contact related to Domain #_____ Goal #_____ Action Step#_____. Contact not related to Action Steps ✓. (check here)
*******************************************************************************************

Include client perceptions

Writer will inform appropriate CSP of this report.  Writer was able
to confirm another court date for client. 4/28/98 before Judge
Weider.
_____   Jail Liaison
David J. Nischl, LSW

Client Name   Hall, James          Case Number        New
Audited _____

Rev. 1/94