U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JAN 2 8 2020

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Hall                                         Civil Action No.: 6:18-00410

Versus                                       Magistrate Judge Carol B Whirehurst

Landstar Ranger Inc et al                    By Consent of the Parties

## JURY VERDICT FORM

1. Please state what sum of money, if any, would reasonably and fairly compensate James Hall for the following?

| | |
|---|---|
| Past Medical Expenses | $ 232,017.62 |
| Future Medical Expenses | $ 750,000.00 |
| Past Lost Wages | $ 93,000.00 |
| Future Loss of Earning Capacity | $ 800,000.00 |
| Past Physical Pain & Suffering and Mental Pain & Suffering | $ 1,000,000.00 |
| Future Physical Pain & Suffering and Mental Pain & Suffering | $ 750,000.00 |
| Past & Future Disability and Loss of Enjoyment of Life | $ 750,000.00 |
| TOTAL | $ 4,375,017.62 |

SO SAY WE ALL this 28TH day of January, 2020 at Lafayette, Louisiana.

Jury Foreperson

Have the foreperson sign and date this verdict form and tell the Court Security Officer that you have reached a verdict.